**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) Case No. 19-56885 (JEH) |
| | ) Judge John E. Hoffman |
| Debtors. | ) (Joint Administration Requested) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDER J. NICAS**

Kim Martin Lewis, proposed co-counsel for Murray Energy Holdings Co., debtors and debtors in possession (collectively, the "Debtors"), and pursuant to Local Rule 2090-1, hereby moves the Court to admit Alexander J. Nicas ("Mr. Nicas") *pro hac vice* to appear and participate as counsel in this case for the Debtors.  Mr. Nicas is an attorney in the New York, New York office of the firm Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("Kirkland"). Mr. Nicas acknowledges that his employment and the employment of Kirkland by the Debtors is subject to Court approval pursuant to 11 U.S.C. § 327, Federal Rule of Bankruptcy Procedure 2014, and Local Rule 2014-1.

Movant represents that Mr. Nicas is a member in good standing of the highest court of New York (Bar No. 5133517), and was admitted to practice in New York in 2013.  Additionally, Mr. Nicas is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York (admitted 2015).  Mr. Nicas is in good standing to practice

---

[1]  Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy.  The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

before all courts to which s/he is admitted, and there are no disciplinary actions pending against her/him in any jurisdiction

Mr. Nicas will familiarize herself/himself with the applicable rules of the Court and agrees to abide by the ethical standards governing the practice of law in this Court.

Mr. Nicas's contact information is as follows:

> **KIRKLAND & ELLIS LLP**
> **KIRKLAND & ELLIS INTERNATIONAL LLP**
> 601 Lexington Avenue
> New York, New York 10022
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900
> Email: alexander.nicas@kirkland.com

WHEREFORE, Movant respectfully requests that this Court grant Alexander J. Nicas *pro hac vice* admission to appear before this Court on behalf of the Debtors with respect to the above-captioned Chapter 11 proceeding and any related adversary proceedings, and for any further relief the Court deems just. A proposed order is attached hereto as **Exhibit A**.

Dated: October 29, 2019

Respectfully Submitted,
/s/ *Kim Martin Lewis*
Kim Martin Lewis (0043533)
Alexandra S. Horwitz (0096799)
**DINSMORE & SHOHL LLP**
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
Telephone:   (513) 977-8200
Facsimile:   (513) 977-8141
Email:   kim.lewis@dinsmore.com
         allie.horwitz@dinsmore.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*