IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) ) ) | Case No. 19-56885 (JEH) |
| | ) ) | Judge John E. Hoffman, Jr. |
| Debtors. | ) ) ) | (Jointly Administered) |

NOTICE OF CONTINUANCE OF HEARING FOR CERTAIN
MATTERS SCHEDULED FOR DECEMBER 4, 2019

**PLEASE TAKE NOTICE** that the motions and applications set forth below, previously set for a hearing on December 4, 2019, at 9:30 a.m., prevailing Eastern Time, have been continued to **December 12, 2019, at 9:30 a.m., prevailing Eastern Time**, before the Honorable John E. Hoffman, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215.

**PLEASE TAKE FURTHER NOTICE** that each of the following motions and applications shall be heard at the December 12, 2019, hearing: **(a)** *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Shippers, (D) 503(b)(9) Claimants, and (E) Royalty and Leasehold Claimants, (II) Confirming Administrative Expense Priority Status of Outstanding Orders, and (III) Granting Related Relief* [Docket No. 15], **(b)** *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral,*

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy.  The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

*(II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 28], **(c)** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Dinsmore & Shohl LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 213], **(d)** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 214], **(e)** *Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 215], **(f)** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisor to the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 216], **(g)** *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Evercore Group L.L.C. as Investment Banker to the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 223], and **(h)** *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business, and (II) Granting Related Relief* [Docket No. 221].

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the hearing.  The Debtors will file an agenda before the hearing, which may modify or supplement the matters to be heard at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the aforementioned motions and applications may be obtained free of charge by visiting the website of Prime Clerk at https://cases.primeclerk.com/MurrayEnergy. You may also obtain copies of any pleadings by visiting the Court's website at http://www.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 26, 2019
Columbus, Ohio

/s/ *Kim Martin Lewis*

| | |
|---|---|
| Kim Martin Lewis (0043533)<br>Alexandra S. Horwitz (0096799)<br>**DINSMORE & SHOHL LLP**<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, Ohio 45202<br>Telephone:   (513) 977-8200<br>Facsimile:   (513) 977-8141<br>Email:   kim.lewis@dinsmore.com<br>           allie.horwitz@dinsmore.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   nicole.greenblatt@kirkland.com<br>           mark.mckane@kirkland.com<br><br>- and -<br><br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Joseph M. Graham (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:   ross.kwasteniet@kirkland.com<br>           joe.graham@kirkland.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |