## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., et al.,[1] | : |
| | : Case No. 19-56885 (JEH) |
| | : |
| | : Judge John E. Hoffman |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |

### *AMENDED* NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF MORRISON & FOERSTER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO NOVEMBER 7, 2019

**PLEASE TAKE NOTICE** that on December 6, 2019, The Official Committee of Unsecured Creditors (the "Committee") of Murray Energy Holdings Co. and its debtor affiliates filed the *Application for Entry of an Order Authorizing the Retention and Employment of Morrison & Foerster LLP as Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 7, 2019* (the "Application"). A hearing on the Application will be held before the Honorable John E. Hoffman, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215, on **January 9, 2020, at 10:00 a.m., prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Application shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, *General*

---

[1] Due to the large number of Debtors in these chapter 11 cases ("chapter 11 cases" or "cases"), for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

*Order 30-3* from the United States Bankruptcy Court for the Southern District of Ohio, dated December 4, 2019 (the "General Order"), and the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 113] (the "Case Management Order") approved by the Court; (c) be filed electronically with the Court on the docket of *In re Murray Energy Holdings, Co.,* Case No. 19-56885 (JEH), by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http//www.ohsb.uscourts.gov; and (d) be served so as to be actually received by **4:00 p.m. (prevailing Eastern Time) January 2, 2020** (the "Objection Deadline"), by (i) the entities on the Master Service List (as defined in the Case Management Order and available on the Debtors' case website at http://cases.primeclerk.com/MurrayEnergy and (ii) any person or entity with a particularized interest in the subject matter of the Application. Replies, if any, shall be filed by on or before **4:00 p.m. (prevailing Eastern Time) January 6, 2020**.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Application, the Committee shall, on or after the Objection Deadline, submit to the Court an order substantially in the form attached as **Exhibit A** to the Application, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application may be obtained free of charge by visiting the website of Prime Clerk at http://cases.primeclerk.com/MurrayEnergy. You may also obtain copies of any pleadings by visiting the Court's website at http//www.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

2

Dated: December 10, 2019

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

*/s/ Tiffany Strelow Cobb*
Tiffany Strelow Cobb (#0067516)
Brenda K. Bowers (#0046799)
Melissa S. Giberson (#0082413)
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
E-mail: tscobb@vorys.com
bkbowers@vorys.com
msgiberson@vorys.com

*-and-*

Lorenzo Marinuzzi, Esq. (admitted *pro hac vice*)
Erica Richards, Esq. (admitted *pro hac vice*)
Benjamin Butterfield, Esq. (admitted *pro hac vice*)
Jennifer Marines, Esq. (admitted *pro hac vice*)
Todd Goren, Esq. (admitted *pro hac vice*)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-8045
Facsimile: (212) 468-7900
E-mail: lmarinuzzi@mofo.com
E-mail: erichards@mofo.com
E-mail: bbutterfield@mofo.com
E-mail: jmarines@mofo.com
E-mail: tgoren@mofo.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*