**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD END: November 30, 2019**

IN RE:  

MURRAY ENERGY HOLDINGS CO., et al.,  
**Debtor**

CASE NO: 19-56885 (JEH)  
CHAPTER 11  
JUDGE: Judge John E. Hoffman, Jr.

As a debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| x | Operating Statement | (Form 2) |
| x | Balance Sheet | (Form 3) |
| x | Summary of Operations | (Form 4) |
| x | Monthly Cash Statement | (Form 5) |
| x | Cash Report | (Form 5A) |
| x | Statement of Compensation | (Form 6) |
| x | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect and, (If not, attach a written explanation)

    YES    x        NO  _____

3. That all postpetition taxes as described in Section 1 and 14 of the Operating Instruction and Reporting Requirements for Chapter 11 cases are current. (If not, attach a written explanation)

    YES    x        NO  _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
(If not, attach a written explanation)

    YES    x        NO  _____

5. All United States Trustee Quarterly fees have been paid and are current (see explanation below)

    YES  _____    NO    x

    *United States Trustee Quarterly fees have not come due, nor are owed, at the time of this Monthly Operating Report*

6. Have you filed your prepetition tax returns.
(If not, attach a written explanation)

    YES    x        NO  _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: 12/30/19

Debtor in Possession, by  
Name: Robert D. Moore  
Title: President, CEO, CFO and COO

*This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in the bankruptcy cases and is in a format acceptable to the U.S. Trustee. The financial information contained herein is unaudited, limited in scope and as discussed below, not prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP").*

*The unaudited consolidated financial statements have been derived from the books and records of the Debtors in these Chapter 11 cases. The information furnished in this report includes primarily normal recurring adjustments, but not all of the adjustments that would typically be made for the quarterly and annual financial statements to be in accordance with U.S. GAAP. Furthermore, the monthly financial information contained herein has not been subjected to the same level of accounting review and testing that the Debtors apply in the preparation of their quarterly and annual financial information in accordance with U.S. GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information may be subject to change, and that these changes could be material.*

*The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and schedule of receipts and disbursements of the Debtors in the future. The Debtors caution readers not to place undue reliance upon the MOR. There can be no assurance that such information is complete and the MOR may be subject to revision.*

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**THE PERIOD END: November 30, 2019**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,  Case No.: 19-56885 (JEH)
Debtors

### LISTING OF DEBTOR ENTITIES

**GENERAL:**

The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| AMCA Coal Leasing, Inc. | 19-56886 (JEH) |
| Amcoal Holdings, Inc. | 19-56889 (JEH) |
| American Compliance Coal, Inc. | 19-56893 (JEH) |
| American Energy Corporation | 19-56897 (JEH) |
| American Equipment & Machine, Inc. | 19-56901 (JEH) |
| American Mine Services, Inc. | 19-56903 (JEH) |
| American Natural Gas, Inc. | 19-56907 (JEH) |
| AmericanHocking Energy, Inc. | 19-56912 (JEH) |
| AmericanMountaineer Energy, Inc. | 19-56916 (JEH) |
| Americanmountaineer Properties, Inc. | 19-56920 (JEH) |
| Anchor Longwall And Rebuild, Inc. | 19-56925 (JEH) |
| Andalex Resources Inc. | 19-56932 (JEH) |
| Andalex Resources Management, Inc. | 19-56929 (JEH) |
| Avonmore Rail Loading, Inc. | 19-56936 (JEH) |
| Belmont Coal, Inc. | 19-56940 (JEH) |
| Belmont County Broadcast Studio, Inc. | 19-56945 (JEH) |
| Canterbury Coal Company | 19-56949 (JEH) |
| CCC Land Resources LLC | 19-56953 (JEH) |
| CCC RCPC LLC | 19-56956 (JEH) |
| Central Ohio Coal Company | 19-56887 (JEH) |
| Coal Resources Holdings Co. | 19-56890 (JEH) |
| Coal Resources, Inc. | 19-56892 (JEH) |
| Consolidated Land Company | 19-56894 (JEH) |
| Consolidation Coal Company | 19-56898 (JEH) |
| Corporate Aviation Services, Inc. | 19-56902 (JEH) |
| Eighty-Four Mining Company | 19-56904 (JEH) |
| Empire Dock, Inc. | 19-56908 (JEH) |
| Energy Resources, Inc. | 19-56911 (JEH) |
| Energy Transportation, Inc. | 19-56915 (JEH) |
| Genwal Resources, Inc. | 19-56919 (JEH) |
| Kanawha Transportation Center, Inc. | 19-56922 (JEH) |
| Kenamerican Resources, Inc. | 19-56926 (JEH) |
| Keystone Coal Mining Corporation | 19-56930 (JEH) |
| Maple Creek Mining, Inc. | 19-56935 (JEH) |
| Maple Creek Processing, Inc. | 19-56938 (JEH) |
| Mcelroy Coal Company | 19-56942 (JEH) |
| Mill Creek Mining Company | 19-56946 (JEH) |
| Mon River Towing, Inc. | 19-56948 (JEH) |
| Monvalley Transportation Center, Inc. | 19-56952 (JEH) |
| Murray American Coal, Inc. | 19-56888 (JEH) |
| Murray American Energy, Inc. | 19-56891 (JEH) |
| Murray American Kentucky Towing, Inc. | 19-56896 (JEH) |
| Murray American Minerals, Inc. | 19-56900 (JEH) |
| Murray American Resources, Inc. | 19-56906 (JEH) |
| Murray American River Towing, Inc. | 19-56910 (JEH) |
| Murray American Transportation, Inc. | 19-56914 (JEH) |
| Murray Colombian Resources, LLC | 19-56918 (JEH) |
| Murray Energy Corporation | 19-57017 (JEH) |
| Murray Energy Holdings Co. | 19-56885 (JEH) |
| Murray Equipment & Machine, Inc. | 19-56924 (JEH) |
| Murray Global Commodities, Inc. | 19-56981 (JEH) |
| Murray Kentucky Energy Services, Inc. | 19-56928 (JEH) |
| Murray Kentucky Energy, Inc. | 19-56933 (JEH) |
| Murray Keystone Processing, Inc. | 19-56939 (JEH) |
| Murray South America, Inc. | 19-56944 (JEH) |
| Murray Utah Energy Services, Inc. | 19-56950 (JEH) |
| Ohio Energy Transportation, Inc. | 19-56955 (JEH) |
| Ohio Valley Resources, Inc. | 19-56958 (JEH) |
| Ohioamerican Energy, Incorporated | 19-56961 (JEH) |

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**THE PERIOD END: November 30, 2019**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,  Case No.: 19-56885 (JEH)
Debtors

## LISTING OF DEBTOR ENTITIES

**GENERAL:**

The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| Oneida Coal Company, Inc. | 19-56964 (JEH) |
| Pennamerican Coal L.P. | 19-56967 (JEH) |
| Pennamerican Coal, Inc. | 19-56970 (JEH) |
| Pennsylvania Transloading, Inc. | 19-56973 (JEH) |
| Pinski Corp. | 19-56975 (JEH) |
| Pleasant Farms, Inc. | 19-56978 (JEH) |
| Premium Coal, Inc. | 19-56980 (JEH) |
| Southern Ohio Coal Company | 19-56974 (JEH) |
| Spring Church Coal Company | 19-56976 (JEH) |
| Sunburst Resources, Inc. | 19-56977 (JEH) |
| TDK Coal Sales, Incorporated | 19-56979 (JEH) |
| The American Coal Company | 19-56895 (JEH) |
| The American Coal Sales Company | 19-56899 (JEH) |
| The Franklin County Coal Company | 19-56905 (JEH) |
| The Harrison County Coal Company | 19-56909 (JEH) |
| The Marion County Coal Company | 19-56913 (JEH) |
| The Marshall County Coal Company | 19-56917 (JEH) |
| The Mclean County Coal Company | 19-56921 (JEH) |
| The Meigs County Coal Company | 19-56923 (JEH) |
| The Monongalia County Coal Company | 19-56927 (JEH) |
| The Muhlenberg County Coal Company, LLC | 19-56931 (JEH) |
| The Muskingum County Coal Company | 19-56934 (JEH) |
| The Ohio County Coal Company | 19-56937 (JEH) |
| The Ohio Valley Coal Company | 19-56884 (JEH) |
| The Ohio Valley Transloading Company | 19-56941 (JEH) |
| The Oklahoma Coal Company | 19-56943 (JEH) |
| The Washington County Coal Company | 19-56947 (JEH) |
| The Western Kentucky Coal Company, LLC | 19-56951 (JEH) |
| Twin Rivers Towing Company | 19-56954 (JEH) |
| UMCO Energy, Inc. | 19-56957 (JEH) |
| Utahamerican Energy, Inc. | 19-56959 (JEH) |
| West Ridge Resources, Inc. | 19-56960 (JEH) |
| West Virginia Resources, Inc. | 19-56962 (JEH) |
| Western Kentucky Coal Resources, LLC | 19-56963 (JEH) |
| Western Kentucky Consolidated Resources, LLC | 19-56965 (JEH) |
| Western Kentucky Land Holding, LLC | 19-56966 (JEH) |
| Western Kentucky Rail Loadout, LLC | 19-56968 (JEH) |
| Western Kentucky Resources Financing, LLC | 19-56969 (JEH) |
| Western Kentucky Resources, LLC | 19-56971 (JEH) |
| Western Kentucky River Loadout, LLC | 19-56972 (JEH) |

| | |
|---|---|
| In Re: MURRAY ENERGY HOLDINGS CO., et al., | Case No.: 19-56885 (JEH) |
| Debtors | |

**NOTES TO THE MONTHLY OPERATING REPORT**

**Global Notes to the MOR:**

**1. Introduction**
On October 29, 2019 (the "Petition Date"), Murray Energy Holdings Co. and certain of its subsidiaries and affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of Ohio (the "Bankruptcy Court"). The Debtors are operating their business and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 7, 2019, the United States Trustee for the Southern District of Ohio (the "U.S. Trustee") appointed an official committee of unsecured creditors in the Debtors' chapter 11 cases [Docket No. 168]. Information contained herein may differ from the Debtors' first day pleadings filed on the Petition Date due to more accurate information becoming available.

**2. Accounting Principles**
This Monthly Operating Report (the "MOR") includes information regarding the Debtors only and excludes information regarding non-debtor affiliates. The financial statements and supplemental information contained herein are preliminary and unaudited, limited in scope, cover a limited time period, and have been prepared solely for the purpose of complying with the monthly reporting requirements for chapter 11 debtors as required by the Bankruptcy Court. As discussed below, the financial statements and supplemental information contained herein may not comply with generally accepted accounting principles in the United States of America ("GAAP") in all material respects. Therefore, there can be no assurance that the financial statements and supplemental information presented herein are complete, and the MOR should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

The unaudited financial statements have been derived from the Debtors' books and records available at the time of preparation. The information furnished in this report includes primarily normal recurring adjustments but does not include all the adjustments that would typically be made for financial statements in accordance with GAAP. Furthermore, the information contained herein has not been subject to the same level of accounting review and testing that would typically be applied to financial information in accordance with GAAP. Accordingly, upon the application of such procedures, the Debtors believe that the financial information could be subject to material changes, and errors or omissions may exist. Notwithstanding any such procedures, the Debtors do not undertake any obligation or commitment to update the MOR.

**3. General Methodology**
The Debtors prepared this MOR relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the ordinary course of business in the Debtors' books and records may not be included in this MOR. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein, to the extent necessary.

**4. Past Performance**
The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

**5. Accounts Payable and Accrued Expenses**
To the best of the Debtors' knowledge, unaudited postpetition trade payables are current as well as all premiums for insurance policies and taxes.

**6. Carrying Value of Assets**
Unless otherwise indicated, the values for assets contained in this MOR are book values as of the end of the month for the reporting period. Amounts ultimately realized from the disposition of the Debtors' assets may vary materially from the stated book value of the Debtors' assets. Thus, unless otherwise noted, this MOR reflects the carrying values of the assets as recorded on the Debtors' books and records as of the end of the month and are not based upon any estimate of their current market value. The Debtors reserve their rights to amend or adjust the value of each asset set forth herein.

**7. Intercompany Receivables/Payables**
Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions and Pay Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 389] entered on December 10, 2019, the Debtors are authorized to continue utilizing their Cash Management System to engage in Intercompany Transactions in the ordinary course of business and to honor any prepetition Intercompany Claims arising from the same.

**8. Prepetition Liabilities**
As a result of commencing these chapter 11 cases, the payment of prepetition indebtedness is subject to compromise or other treatment under a chapter 11 plan of reorganization. Generally, actions to enforce or otherwise effect payment of prepetition liabilities are stayed.

**9. Postpetition Liabilities**
Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories and subject to certain terms and conditions. This relief generally was designed to preserve the value of the Debtors' business and assets. To the extent such claims have been categorized as "Postpetition Liabilities" herein, the Debtors reserve the right to dispute their obligation to make such payments and not pay such amounts if they believe the payment not to be in the best interests of the Debtors' estates. The Debtors have paid and will continue to pay undisputed postpetition obligations in the ordinary course of business.

**10. Allocation of Prepetition and Postpetition Liabilities**
The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based upon the information available at the time of, and research conducted in connection with, the preparation of this MOR. As additional information becomes available and further research is conducted, the Debtors' allocation of liabilities between the prepetition and postpetition periods may change. The liability information, except as otherwise noted, is listed as of the close of business as of the end of the month. Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify this MOR as necessary and appropriate.

| In Re: | MURRAY ENERGY HOLDINGS CO., et al., | Case No.: | 19-56885 (JEH) |
|---|---|---|---|
| | **Debtors** | | |

## NOTES TO THE MONTHLY OPERATING REPORT

**11. Reservation of Rights**
Given the complexity of the Debtors' business, inadvertent errors or omissions or the overinclusion of contracts or leases may have occurred in the preparation of this MOR. Accordingly, the Debtors hereby reserve all rights to dispute the validity, status, enforceability, or the executory nature of any claim amounts, representations, or other statements in this MOR and reserve the right to amend or supplement this MOR, if necessary.

Nothing contained in this MOR shall constitute a waiver of the Debtors' rights or an admission with respect to these chapter 11 cases, including with respect to any issues regarding the Debtors' ownership interests, substantive consolidation, equitable subordination, defenses, and/or causes of action arising under chapter 5 of the Bankruptcy Code and any other applicable non-bankruptcy law.

**Notes to Form 2 and Form 3:**
The information contained in Forms 2 and 3 is provided to fulfill the requirements of the U.S. Trustee. All information contained in Forms 2 and 3 is unaudited and subject to future adjustment.

**Notes to Form 4:**
Pursuant to the *Final Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 329] entered on December 4, 2019, the Debtors are authorized, but not directed, to pay or remit Taxes and Fees that accrued prior to the Petition Date and will become payable in the ordinary course during the pendency of these chapter 11 cases at such time when the Taxes and Fees are payable.

Form 4 only reflects the payment of postpetition taxes. The Debtors are current on postpetition payables, taking into consideration pending credits and adjustments and disputes that arise in the ordinary course of business.

**Notes to Form 5:**
All prepetition and postpetition bank accounts are included in Form 5. Cash balances reflected are on a book basis. The ending total cash balance is equal to cash and cash equivalents on the Balance Sheet (Form 3).

**Notes to Form 6:**
If the debtor is a corporation, section 101(31) of the Bankruptcy Code defines "insider" as: (i) director of the debtor; (ii) officer of the debtor; (iii) persons in control of the debtor; (iv) relatives of the debtor's directors, officers, or persons in control of the debtors; and the (v) debtor's affiliates, or insider of an affiliate as if such affiliate were the debtor. Persons listed as "insiders" herein have been included to fulfill the requirements of the U.S. Trustee; any persons inclusion shall not constitute an admission that the person or persons are insiders for purposes of section 101(31) of the Bankruptcy Code. The Debtors do not take any position with respect to: (i) any insider's control of the Debtors; (ii) the management responsibilities or functions of any such insider; or (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or any other purposes.

**Notes to Form 7:**
Pursuant to *Final Order (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and Honor All Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C) Honor the Terms of the Insurance Premium Financing Agreements and Pay Premiums Thereunder, and (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 333] entered on December 3, 2019, the Debtors are authorized to maintain their Insurance Programs and pay Insurance Obligations without interruption and in accordance with the same practices and procedures as were in effect prior to the commencement of the Debtors' chapter 11 cases. A listing of the Debtors' insurance policies is included in Form 7.

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**Period Ending: November 30, 2019**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,  Case No.: 19-56885 (JEH)
**Debtors**

**OPERATING STATEMENT (P&L)**
(UNAUDITED)

| (In Thousands) | One month ended November 30, 2019 | For the period October 29, 2019 to November 30, 2019 |
|---|---:|---:|
| Revenues: | | |
|    Coal sales, net | $ 139,345 | $ 156,114 |
|    Other revenues | 7,763 | 8,355 |
| Total revenues | 147,108 | 164,469 |
| Costs and expenses: | | |
| Cost of coal produced (excluding depreciation, depletion, and amortization) | 103,512 | 114,697 |
|    Purchased coal | 6,678 | 7,432 |
|    Transportation and transloading | 2,624 | 2,908 |
|    Depreciation, depletion, and amortization | 32,632 | 35,846 |
|    Selling, general, and administrative | 1,672 | 2,002 |
| Total costs and expenses | 147,118 | 162,885 |
| (Loss) income from operations | (10) | 1,584 |
| Other income (expense): | | |
|    (Losses) earnings, net from non-debtor subsidiaries | (3,359) | (4,037) |
|    Other income, net | 366 | 393 |
|    Interest expense | (31,859) | (32,460) |
|    Reorganization costs, net | 2,663 | 190 |
| Loss before income taxes | (32,199) | (34,330) |
| Income tax (expense) benefit | - | - |
| Net loss | $ (32,199) | $ (34,330) |

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**Period Ending: November 30, 2019**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,                                Case No.:    19-56885 (JEH)
Debtors

**BALANCE SHEET**
(UNAUDITED)

| *(In Thousands)* | | November 30, 2019 |
|---|---|---:|
| **Assets** | | |
| Current assets: | | |
|   Cash and cash equivalents | $ | 180,653 |
|   Accounts receivable, net | | 169,339 |
|   Due from affiliates | | 34,475 |
|   Inventories, net | | 116,279 |
|   Prepaid expenses and other | | 42,794 |
|     Total current assets | | 543,540 |
| Property, plant, and equipment, net | | 2,340,496 |
| Restricted investments | | 135,819 |
| Investment in non-debtor subsidiaries | | 242,734 |
| Equity investment in affiliates | | 68,549 |
| Other assets | | 80,152 |
|     Total assets | $ | 3,411,290 |
| **Liabilities and equity (deficit)** | | |
| Current liabilities: | | |
|   Current maturities of long-term debt and capital lease obligations | $ | 276,239 |
|   Accounts payable | | 57,673 |
|   Due to affiliates | | 7,885 |
|   Accrued interest | | 202 |
|   Accrued expenses and other current liabilities | | 122,033 |
|   Workers' compensation and pneumoconiosis | | 24,290 |
|   Mine closing and benefit costs - postretirement benefits | | 101,713 |
|   Mine closing and benefit costs - reclamation and other | | 9,968 |
|     Total current liabilities | | 600,003 |
| Long-term debt and capital lease obligations, net of current portion | | 11,928 |
| Other long-term liabilities | | 62,599 |
| Workers' compensation and pneumoconiosis | | 124,505 |
| Mine closing and benefit costs - postretirement benefits | | 1,792,477 |
| Mine closing and benefit costs - reclamation | | 229,916 |
|     Total liabilities not subject to compromise | | 2,821,428 |
| Liabilities subject to compromise | | 3,016,507 |
|     Total Liabilities | | 5,837,935 |
| Equity (deficit): | | |
|   Common stock (10,000 shares issued and outstanding, no par value) | | - |
|   Additional paid-in capital | | 110,474 |
|   Accumulated deficit | | (2,334,120) |
|   Accumulated other comprehensive loss | | (202,999) |
|     Total liabilities and equity (deficit) | $ | 3,411,290 |

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**THE PERIOD END: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,  **Case No.:** 19-56885 (JEH)
**Debtors**

### NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
(UNAUDITED)

**1. REORGANIZATION COSTS, NET**

Reorganization costs for November 2019 consist of the following:

| *(In Thousands)* | | One month ended November 30, 2019 |
|---|---|---:|
| Professional fees | $ | (1,168) |
| Accounts payable settlement gains | | 5,057 |
| Loss on extinguishment of ABL Facility | | (1,226) |
| Reorganization costs, net | $ | 2,663 |

Professional fees are only those that are directly related to the reorganization and include fees associated with advisors to the Debtors, the statutory committee of unsecured creditors and certain secured creditors based on invoices received.

**2. LIABILITIES SUBJECT TO COMPROMISE**

Estimated liabilities subject to compromise as of November 30, 2019 consist of the following:

| *(In Thousands)* | | November 30, 2019 |
|---|---|---:|
| Debt obligations | $ | 2,553,224 |
| Accrued interest | | 102,157 |
| Accounts payable | | 358,276 |
| Accrued expenses and other liabilities | | 2,850 |
| Liabilities subject to compromise | $ | 3,016,507 |

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
**Period Ending: November 30, 2019**

**SUMMARY OF PAYABLES AND RECEIVABLES**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,  Case No.: 19-56885 (JEH)
**Debtors**

**Summary of Post-Petition Taxes Payables**

| | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Ending Tax |
|---|---|---|---|---|
| Income Taxes Withheld | | | | |
|    Federal | $ - | $ 4,142,747 | $ (4,142,747) | $ - |
|    State | - | 1,232,925 | (1,232,925) | - |
|    Local | - | 48,920 | (47,794) | 1,126 |
| FICA Withheld | - | 1,610,501 | (1,610,501) | - |
| Employers FICA | - | 2,517,074 | (1,591,103) | 925,971 |
| Unemployment Taxes | - | - | - | - |
|    Federal | - | 1,324 | (1,324) | - |
|    State | - | 14,041 | (14,041) | - |
| Severance Tax | - | 4,390,979 | (60,071) | 4,330,908 |
| Excise Tax | - | 1,227,206 | (637,746) | 589,460 |
| Sales & Use Tax | - | 84,511 | (26,633) | 57,878 |
| Business and Occupation Tax | - | 22,159 | - | 22,159 |
| Franchise Tax | - | - | - | - |
| Income Tax | - | - | - | - |
| Property Tax | - | 2,210,007 | (209,590) | 2,000,417 |
| Reclamation Tax | - | 1,119,387 | - | 1,119,387 |
| Consumption Tax | - | 167,165 | (337) | 166,828 |
| **Total Taxes**[1] | **$ -** | **$ 18,788,946** | **$ (9,574,812)** | **$ 9,214,134** |

Note:
(1) Ending Total Taxes are included in Accrued expenses and other current liabilities on the Balance Sheet (Form 3).

**Aging of Accounts Receivables and Postpetition Accounts Payable**

| Age in Days | 0-30 | 30-60 | Over 60 | Total |
|---|---|---|---|---|
| Postpetition Accounts Payable [1] | $ 57,672,999 | $ - | $ - | $ 57,672,999 |
| Accounts Receivable [2] | $ 149,680,263 | $ 7,904,703 | $ 11,754,524 | $ 169,339,490 |

Notes:
(1) The Debtors Aging of Postpetition Accounts Payable schedule includes invoices received prior to and after the petition date for postpetition merchandise and services. The invoices are aged from the date the invoices were received. The Debtors are current on postpetition payables, taking into consideration pending credits and adjustments and disputes that arise in the ordinary course of business.

(2) Accounts Receivable over 60 days includes medical rebates received in Q2 and Q3 2019, which are on customary terms.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:
None

**UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR**
Period Ending: November 30, 2019

**MONTHLY CASH STATEMENT**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,   Case No.: 19-56885 (JEH)
**Debtors**

| Depository Name | Account No[1] | Account Type | Beginning Balance[2] | Receipts | Available Balance | Less Disbursement | Intercompany Transfers[3] | Ending Balance[2] |
|---|---|---|---:|---:|---:|---:|---:|---:|
| Huntington Bank | x6909 | Concentration | $ 7,913,193 | $ - | $ 7,913,193 | $ 3,508,613 | $ 62,059,583 | $ 66,464,163 |
| Huntington Bank | x6954 | Zero Balance Account | (8,882) | 749,318 | $ 740,435 | 4,184,765 | 3,435,447 | (8,882) |
| Huntington Bank | x6912 | Zero Balance Account | (1,158,420) | 167,982,319 | 166,823,899 | 69,991,874 | (102,573,646) | (5,741,621) |
| Huntington Bank | x6941 | Zero Balance Account | (517,879) | 265,348 | (252,531) | 34,471,551 | 34,476,866 | (247,217) |
| Huntington Bank | x6938 | Zero Balance Account | (10,482) | 24,909 | 14,427 | 81,622 | 56,048 | (11,148) |
| Huntington Bank | x6925 | Zero Balance Account | - | - | - | 433 | 125 | (308) |
| Huntington Bank | x7034 | Zero Balance Account | (22,911) | 1,092 | (21,818) | 1,549 | 5,883 | (17,484) |
| Huntington Bank | x7209 | Zero Balance Account | - | 504 | 504 | 198,727 | 198,223 | - |
| Huntington Bank | x6886 | Standalone | - | - | - | 141,471 | 141,471 | - |
| Huntington Bank | x6967 | Standalone | - | - | - | 38 | 38 | - |
| Huntington Bank | x6899 | Standalone | 400,000 | - | 400,000 | - | - | 400,000 |
| Huntington Bank | x7018 | Standalone | - | - | - | 33 | 33 | - |
| Huntington Bank | x7021 | Standalone | 3,723 | - | 3,723 | - | (38) | 3,685 |
| Huntington Bank | x7212 | Standalone | 14,837 | 12,207 | 27,043 | 6,229 | - | 20,815 |
| Huntington Bank | x6442 | Concentration | 7,557,160 | 21,255,780 | 28,812,940 | 9,305,170 | (6,168,303) | 13,339,467 |
| Huntington Bank | x6455 | Zero Balance Account | (4,701) | 242 | (4,459) | 2,873,884 | 2,877,717 | (626) |
| Huntington Bank | x6471 | Zero Balance Account | (254) | 529 | 275 | 351,607 | 351,078 | (254) |
| Huntington Bank | x6468 | Zero Balance Account | (3,396) | 116 | (3,280) | 2,619,189 | 2,618,274 | (4,194) |
| Huntington Bank | x6484 | Zero Balance Account | (573) | 1,160 | 586 | 322,362 | 321,202 | (573) |
| Huntington Bank | x6552 | Standalone | - | - | - | - | - | - |
| Huntington Bank | x8945 | DIP Financing | - | 47,156,027 | 47,156,027 | - | (9,990,250) | 37,165,777 |
| Huntington Bank | x8929 | DIP Utilities Assurance [4] | - | - | - | 30 | 2,200,000 | 2,199,970 |
| Huntington Bank | x8932 | DIP Professional Fee [5] | - | - | - | 30 | 9,990,250 | 9,990,220 |
| Chase Bank | x7371 | Escrow | - | 57,000,000 | 57,000,000 | - | - | 57,000,000 |
| Cache Valley Bank | x1413 | Petty Cash | 60,267 | - | 60,267 | 3,349 | - | 56,918 |
| Fifth Third Bank | x2853 | Standalone | (248) | 248 | - | 6,000 | - | (6,000) |
| Fifth Third Bank | x4146 | Standalone | 48,392 | 1,426 | 49,818 | - | - | 49,818 |
| **Total** | | | **$ 14,269,826** | **$ 294,451,224** | **$ 308,721,051** | **$ 128,068,526** | **$ 0** | **$ 180,652,525** |

Notes:

(1) Represents last four digit of bank account.

(2) Negative balances primarily represent outstanding checks between a Zero Balance Account and Concentration account.

(3) Intercompany transfers primarily reflect movements between the Debtors' centralized bank accounts and Zero Balance Accounts on account of automatic sweep.

(4) Pursuant to the Final Order (I) Approving the Debtors' Proposed Adequate Assurance Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Relief Requested [Docket No. 387] entered on December 10, 2019, the Debtors have deposited $2.2 million into a segregated account for the benefit of utility providers (the "Adequate Assurance Deposit").

(5) Pursuant to the Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection of the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 431] entered on December 12, 2019, the Debtors shall establish and fund a segregated account (the "Funded Reserve Account") for the purpose of funding the Carve Out.

Other monies on hand (specify type and location, i.e., CD's, bonds, etc.):

The Debtors maintain restricted investments and certificates of deposit to satisfy collateral obligations for certain employee-related and reclamation obligations. These balances are included

within Restricted investments on the Balance Sheet (Form 3). As of November 30, 2019, total Restricted investments is $135.8 million.

**CASH REPORT**
(BASED UPON A CONSOLIDATED ACCOUNTING OF ALL D-I-P ACCOUNTS)

CASE NAME: MURRAY ENERGY HOLDINGS CO., et al.,

CASE NUMBER: 19-56885 (JEH)

MONTH AND YEAR: November 2019

| | |
|---|---:|
| Beginning cash balance (i.e. ending balance form previous report) | $ 14,269,826 |
| Add: All receipts for the month. Do not include transfers between accounts. | $ 294,451,224 |
| Deduct: All disbursements for the month. Do not include transfers between accounts. | $ 128,068,526 |
| Net cash flow (receipts minus disbursements) | $ 166,382,699 |
| Ending cash balance (i.e. next month's beginning cash balance) | $ 180,652,525 |

**REPORT OF UNPAID DELINQUENT POST PETITION TAXES**

List all unpaid tax obligations which have accrued after the date of the filing of the Chapter 11 petition obligations) which are now due and owning (i.e. delinquent), but have, in fact, not have been timely paid. Do not list any prepetition tax obligations.

| TAXING AUTHORITY | TYPE TAX | TAX PERIOD | DUE DATE | AMOUNT |
|---|---|---|---|---|

None

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,     **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

| Name: | Murray, Robert Eugene | Capacity: | | |
|---|---|---|---|---|
| | | x | Shareholder | |
| | | | Officer | |
| | | x | Director | |
| | | x | Insider | |

Detailed Description of Duties: Chairman of the Board - Murray Energy Corporation

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 1,125,000 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | - |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | 1,499 |
| Other Benefits | - | | 220 |
| **Total Benefits** | **$ -** | | **$ 2,919** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 1,127,919** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,      **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

Name: Moore, Robert D.      Capacity:

| | |
|---|---|
| | Shareholder |
| x | Officer |
| x | Director |
| x | Insider |

Detailed Description of Duties: President, CEO, COO, CFO and Director - Murray Energy Corporation

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $ 833,334 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 45 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | - |
| Other Benefits | - | | 133 |
| **Total Benefits** | **$ -** | | **$ 1,378** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 834,711** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al., **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

| Name: | Turner, Jr., James R. | Capacity: | | |
|---|---|---|---|---|
| | | | | Shareholder |
| | | | x | Officer |
| | | | | Director |
| | | | x | Insider |

Detailed Description of Duties: Senior Vice President - Murray Energy Corporation

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 47,083 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 30 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | 22 |
| Other Benefits | - | | 321 |
| **Total Benefits** | **$ -** | | **$ 1,573** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 48,657** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al., **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

Name: McKown, Michael O

Capacity:
- ___  Shareholder
- _x_  Officer
- ___  Director
- _x_  Insider

Detailed Description of Duties: Secretary, Senior Vice President Law & Administration - Murray Energy Corporation

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 41,231 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 352 |
| Retirement | - | | 1,237 |
| Company Vehicle | - | | - |
| Entertainment | - | | - |
| Travel | - | | 702 |
| Other Benefits | - | | 133 |
| **Total Benefits** | **$ -** | | **$ 2,423** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 43,654** |

Form 6                                                                                                                 14

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,     **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

| Name: | Piccolini, Paul B. | Capacity: | | |
|---|---|---|---|---|
| | | | | Shareholder |
| | | | x | Officer |
| | | | | Director |
| | | | x | Insider |

Detailed Description of Duties: Vice President Human Resources and Employee Relations - Murray Energy Corporation

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 38,333 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 198 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | 360 |
| Other Benefits | - | | 252 |
| **Total Benefits** | **$ -** | | **$ 2,011** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 40,344** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,     **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

| Name: | Harrison, Jeremy J. | Capacity: | | |
|---|---|---|---|---|
| | | | | Shareholder |
| | | | | Officer |
| | | | | Director |
| | | | x | Insider |

Detailed Description of Duties: Chief Accounting Officer - Murray Energy Corporation

| Current Compensation Paid: | **Weekly** | or | **Monthly** |
|---|---|---|---|
| | | | $ 30,000 |

| Current Benefits Paid: | **Weekly** | or | **Monthly** |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 27 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | - |
| Other Benefits | - | | 70 |
| **Total Benefits** | **$ -** | | **$ 1,297** |

| Current Other Payments Paid: | **Weekly** | or | **Monthly** |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 31,297** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al., **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

Name: Murray, Ryan M.  Capacity: x Shareholder
                                  x Officer
                                    Director
                                  x Insider

Detailed Description of Duties: Vice President Operations - Murray Energy Corporation

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $ 50,833 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 30 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | - |
| Other Benefits | - | | 97 |
| **Total Benefits** | **$ -** | | **$ 1,327** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 52,160** |

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**Period Ending: November 30, 2019**

**In Re:** MURRAY ENERGY HOLDINGS CO., et al.,     **Case No.:** 19-56885 (JEH)
**Debtors**

The following information is to be provided for each shareholder, officer, director, manager, insider or owner that is employed by the debtor in possession

Name: Murray, Robert Edward

Capacity:
| | |
|---|---|
| x | Shareholder |
| x | Officer |
|   | Director |
| x | Insider |

Detailed Description of Duties: Executive Vice President Sales and Marketing - Murray Energy Corporation

| | Weekly | or | Monthly |
|---|---|---|---|
| Current Compensation Paid: | | | $ 40,833 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | - | | 45 |
| Retirement | - | | - |
| Company Vehicle | - | | 1,200 |
| Entertainment | - | | - |
| Travel | - | | 763 |
| Other Benefits | - | | 78 |
| **Total Benefits** | **$ -** | | **$ 2,087** |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| Other (Describe) | - | | - |
| **Total Other Payments** | **$ -** | | **$ -** |
| **CURRENT TOTAL OF ALL PAYMENTS** | **$ -** | | **$ 42,920** |

Form 6     18

**SCHEDULE OF IN-FORCE INSURANCE**
**Period Ending: November 30, 2019**

In Re: MURRAY ENERGY HOLDINGS CO., et al.,   Case No.: 19-56885 (JEH)
**Debtors**

| Insurance Type | Carrier | Expiration Date |
|---|---|---|
| Property Insurance | Lloyd's (Beazley Led) | 12/15/2019-12/15/2020 |
| Property Insurance | Markel Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | Liberty Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | Arch Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | RSUI Indemnity | 12/15/2019-12/15/2020 |
| Property Insurance | OCIL Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | Argo Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | AWAC Bermuda | 12/15/2019-12/15/2020 |
| Property Insurance | Lloyd's (Amtrust) | 12/15/2019-12/15/2020 |
| Property Insurance | Axis USA | 12/15/2019-12/15/2020 |
| Property Insurance | HIIG | 12/15/2019-12/15/2020 |
| Property Insurance | Starr Surplus Lines Insurance Company | 12/15/2019-12/15/2020 |
| Property Insurance | NOA | 12/15/2019-12/15/2020 |
| Property Insurance | RSUI Indemnity | 12/15/2019-12/15/2020 |
| Property Insurance | Lloyd's (Markel Led) | 12/15/2019-12/15/2020 |
| Commercial General Liability | Certain Underwriters at Lloyds Apollo Liability Consortium | 6/1/2019-6/1/2020 |
| Commercial General Liability | Underwriters at Lloyds, London | 6/1/2019-6/1/2020 |
| Property Insurance - WV/PA | Western World Insurance Co | 6/1/2019-6/1/2020 |
| Property Insurance - Ancillary | Great Lakes Insurance SE | 6/1/2019-6/1/2020 |
| Pollution Liability | Ironshore Specialty Insurance Company | 6/1/2019-6/1/2020 |
| $10,000,000 Umbrella over Primary | Certain Underwriters at Lloyd's Apollo Liability Consortium/ Hiscox | 6/1/2019-6/1/2020 |
| Excess Liability $5mil xs $10mil | Lexington Insurance Company | 6/1/2019-6/1/2020 |
| Excess Liability $10mil xs $15mil | Certain Underwriters at Lloyds Apollo Liability Consortium/ Amtrust Casualty Consortium | 6/1/2019-6/1/2020 |
| Excess Liability $25mil xs $25mil | Ironshore Specialty Insurance Company | 6/1/2019-6/1/2020 |
| Excess Liability $25mil xs $50mil | HIIG | 6/1/2019-6/1/2020 |
| OH Excess Workers Compensation | Zurich American Insurance Company | 6/1/2019-6/1/2020 |
| WV Excess Workers Compensation | Rockwood Casualty Insurance Company | 12/5/2019-12/5/2020 |
| Boiler and Pressure Vessel | Arise Boiler Inspection and Insurance Company Risk Retention Group | 4/15/2019-4/15/2020 |
| Automobile Liability | Travelers Indemnity Company | 6/1/2019-6/1/2020 |
| Aircraft | Seguros Banorte, S.A. De C.V., Groupo | 5/23/2019-5/23/2020 |
| Aircraft | USAIG | 5/23/2019-5/23/2020 |
| Fiduciary Liability | Illinois National Insurance Co | 7/01/2019-7/01/2020 |
| The American Coal Company WC | Rockwood Casualty Insurance Company | 7/01/2019-7/01/2020 |
| American Equipment and Machine, Inc. WC | Rockwood Casualty Insurance Company | 1/01/2019-1/01/2020 |
| The Ohio Valley Transloading Company WC | Rockwood Casualty Insurance Company | 3/25/2019-3/25/2020 |
| American Energy Corporation WC | Rockwood Casualty Insurance Company | 2/01/2019-2/01/2020 |
| KenAmerican Resources, Inc. (MO) WC | Rockwood Casualty Insurance Company | 11/01/2019-11/01/2020 |
| UtahAmerican Energy, Inc. WC | Rockwood Casualty Insurance Company | 10/01/2019-10/01/2020 |
| AmericanMountaineer Energy, Inc. WC | Rockwood Casualty Insurance Company | 10/25/2019-10/25/2020 |
| The Monongalia County Coal Company WC | Rockwood Casualty Insurance Company | 12/05/2019-12/05/2020 |
| The Muhlenberg County Coal Company, LLC WC | Zurich American Insurance Company | 2/13/2019-2/13/2020 |
| Key Person Life Insurance | Ameritas Insurance Company | 7/12/1990-6/1/2035 |
| Key Person Life Insurance | Ameritas Insurance Company | 7/12/1990-6/1/2035 |
| Key Person Life Insurance | John Hancock Financial | 7/12/2002 - 7/12/2020 |
| Key Person Life Insurance | John Hancock Financial | 7/12/2002 - 7/12/2020 |
| Key Person Life Insurance | Wilton Re (FKA Utica Life) | 7/1/1992-7/1/2040 |
| Key Person Life Insurance | Brighthouse Financial (New England Life) | 3/25/1999 - to age 95 |
| Key Person Life Insurance | MetLife (FKA GenAmerican Financial) | 7/12/2002 - to age 95 |
| Key Person Life Insurance | Prudential Financial | 12/11/2002 - 12/11/2022 |
| Key Person Life Insurance | MetLife (FKA GenAmerican Financial) | 5/14/2002-5/14/2022 |
| International Exporters | The Ins Co of the State of PA | 6/01/2019-6/01/2020 |
| Crime | Continental Insurance Co | 5/05/2019-5/05/2020 |
| Marine General Liability | Ascot Insurance Company | 12/05/2019-12/05/2020 |
| Hull and Machinery incl Collision & Towers Liability | Ascot Insurance Company | 12/05/2019-12/05/2020 |
| Protection & Indemnity | West of England | 12/05/2019-12/05/2020 |
| COFR | Safe Harbor Pollution | 12/5/2019-12/05/2020 |
| Excess Marine $40mil xs $10 mil | Ascot Insurance Company 50% | 12/5/2019-12/05/2020 |
| Excess Marine $40mil xs $10 mil | Liberty 12.5% | 12/5/2019-12/05/2020 |
| Excess Marine $40mil xs $10 mil | Atlantic Specialty 12.5% | 12/5/2019-12/05/2020 |
| Excess Marine $40mil xs $10 mil | Beazley 25% | 12/5/2019-12/05/2020 |
| Marine Cargo | National Union Fire Ins Co | 8/12/2019-8/12/2020 |
| Helicopter | USAIG | 12/02/2019-12/02/2020 |
| American Natural Gas Package | St. Paul Fire & Marine | 8/01/2019-8/01/2020 |
| American Natural Gas - Control of Well | Travelers Property and Casualty | 8/15/2019-8/15/2020 |
| Kidnap and Ransom | AIG National Union Fire Ins | 8/11/2019-8/11/2020 |
| Breach Response | Underwriters at Lloyds, London | 9/21/2019-9/21/2020 |
| Ancillary Property for Barns | Westchester Surplus Lines | 4/13/2019-4/13/2020 |
| Hangar and Helipad Building | The Travelers Indemnity Co. | 3/17/2019-3/17/2020 |
| D&O/EPL/EL-Primary | National Union Fire Ins Co | 10/13/18-10/13/20 |
| Excess D&O/EPL/EL-$5M xs $5M | Navigators Insurance Co. | 10/13/18-10/13/20 |

Form 7

19