**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: December 30, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., et al.,[1] | : | |
| | : | Case No. 19-56885 (JEH) |
| | : | |
| | : | Judge John E. Hoffman |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion for Admission Pro Hac Vice filed by the attorney below is granted.

| Attorney Name | Allison B. Selick |
|---|---|
| Name of Law Firm | Morrison & Foerster LLP |
| Street Address | 250 West 55th Street |
| City, State, and Zip Code | New York, NY 10019-9601 |
| Telephone Number | (212) 336-4162 |
| Facsimile Number | (212) 468-7900 |
| Email Address | aselick@mofo.com |
| State Bar Number | New York # 5570866 |

---

[1] Due to the large number of Debtors in these chapter 11 cases ("chapter 11 cases" or "cases"), for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

This Order shall be served only on CM/ECF participants.

**SO ORDERED.**

Distribution List: Default List