# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-56885 |
| | ) | |
| Murray Energy Holdings Co., et al | ) | Chapter 11 |
| *Jointly Administered* | ) | |
| | ) | **Hon. John E. Hoffman, Jr.** |
| Debtors | ) | U.S. Bankruptcy Judge |
| | ) | |

## NOTICE OF APPOINTMENT OF
## OFFICIAL COMMITTEE OF RETIREES PURSUANT TO 11 U.S.C. §1114(d)

Please take notice that pursuant to 11 U.S.C. § 1114(d), and the Court's Order Directing the U. S. Trustee to Appoint a Committee of Retired Employees 9 (Doc. #396) the United States Trustee for Region 9, Andrew R. Vara, by and through Assistant United States Trustee Monica V. Kindt, appoints the following persons to serve on the Official Committee of Retirees in this case:

| |
|---|
| Benjamin Harris |
| Sharon S. Myer |
| Samuel Louis Uveges |

Respectfully Submitted,

Dated: December 31, 2019

Andrew R. Vara
United States Trustee
Region 9

/s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202
Voice: (513) 684-6988, x226, Fax: 684-6994
e-mail: Monica.kindt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on December 31, 2019 via ECF noticing upon the parties on the ECF noticing list for this case as follows:

- **Bennett P Allen**   ballen@econjustice.com, troth@econjustice.com;dcook@econjustice.com
- **Daniel M Anderson**   Daniel.Anderson@icemiller.com, Erin.Lovins@icemiller.com
- **John R Ashmead**   ashmead@sewkis.com
- **Asst US Trustee (Cin)**   ustpregion09.ci.ecf@usdoj.gov
- **William C Ballard**   William.C.Ballard@wvago.gov
- **Christopher S Baxter**   chris.baxter@btlaw.com
- **Alexis C Beachdell**   abeachdell@bakerlaw.com
- **Robert B Berner**   rberner@baileycav.com, BR-ECF@baileycav.com,lpatterson@baileycav.com
- **Jordan J Blask**   jblask@tuckerlaw.com, agilbert@tuckerlaw.com
- **Brenda K Bowers**   bkbowers@vorys.com
- **Kirk B Burkley**   kburkley@bernsteinlaw.com, cwirick@bernsteinlaw.com
- **Benjamin Butterfield**   bbutterfield@mofo.com
- **John C Cannizzaro**   John.Cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
- **Maria G. Carr**   mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Nick V Cavalieri**   ncavalieri@baileycav.com, lpatterson@baileycav.com;BR-ECF@BaileyCav.com
- **Frederick D Clarke**   fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com;tparker@rumberger.com
- **Tiffany Strelow Cobb**   tscobb@vorys.com, mdwalkuski@vorys.com;msgiberson@vorys.com
- **David M Cook**   dcook@econjustice.com, troth@econjustice.com;ballen@econjustice.com
- **Kenneth R. Cookson**   kcookson@keglerbrown.com
- **Tyson A Crist**   Tyson.Crist@icemiller.com, Deborah.Martin@icemiller.com
- **Jeremy Shane Flannery**   Jeremy.S.Flannery@usdoj.gov
- **Robert C Folland**   Rob.Folland@btlaw.com, kskamfer@btlaw.com
- **Christopher M Foy**   CFoy@atg.state.il.us, RLS@atg.state.il.us
- **Michelle Yvonne Francois**   michelle.francois@dbr.com, cathy.greer@dbr.com
- **Kyle Robert Gerlach**   kgerlach@btlaw.com
- **Brian M Gianangeli**   bgianangeli@mifsudlaw.com
- **Melissa S. Giberson**   msgiberson@vorys.com, mdwalkuski@vorys.com
- **Alessandra Glorioso**   glorioso.alessandra@dorsey.com
- **Ronald E Gold**   rgold@fbtlaw.com, eseverini@fbtlaw.com

- **Andrew N. Goldman**    Andrew.Goldman@wilmerhale.com
- **Irena Goldstein**    irenagoldstein@paulhastings.com
- **Todd Goren**    tgoren@mofo.com
- **Joe Graham**    joe.graham@kirkland.com
- **Brian Leland Greenert**    bgreenert@pa.gov, jgeisler@pa.gov
- **Harry W Greenfield**    hgreenfield@bernsteinlaw.com, jtoole@bernsteinlaw.com;lyoung@bernsteinlaw.com
- **Jonathan S Hawkins**    jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com
- **Michael John Heilman**    mheilman@pa.gov
- **Jeffrey M Hendricks**    jhendricks@graydon.com
- **Jack Herman**    jherman@robbinsrussell.com, ECFAdmins@robbinsrussell.com
- **J Christopher Hopgood**    chopgood@dkgnlaw.com
- **Alexandra Siebler Horwitz**    allie.horwitz@dinsmore.com
- **I-Heng Hsu**    i-heng.hsu@usdoj.gov
- **Michael E Idzkowski**    michael.idzkowski@ohioattorneygeneral.gov, sandra.finan@ohioattorneygeneral.gov
- **Matthew Indrisano**    matthew.indrisano@usdoj.gov
- **Harold Israel**    hisrael@lplegal.com, bdroca@lplegal.com;ikropiewnicka@lplegal.com;tmassat@lplegal.com
- **Henry J Jaffe**    jaffeh@pepperlaw.com, henrys@pepperlaw.com,molitorm@pepperlaw.com
- **Michael David Jankowski**    mjankowski@reinhartlaw.com
- **Pedro Jimenez**    pedrojimenez@paulhastings.com
- **Michael J Kaczka**    mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Jeffery Davis Kaiser**    jeffkaiser@pgka.com
- **Timothy J Kern**    timothy.kern@ohioattorneygeneral.gov, Sandra.finan@ohioattorneygeneral.gov
- **John Kettering**    jk@pietragallo.com, ms@pietragallo.com;rjp@pietragallo.com
- **Douglas Kilmer**    dougkilmerlaw@gmail.com
- **Monica V Kindt**    Monica.kindt@usdoj.gov
- **Joel A Kunin**    jkunin@ghalaw.com
- **Kim Martin Lewis**    kim.lewis@dinsmore.com, lisa.geeding@dinsmore.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com;carrie.oppenheim@kirkland.com
- **Douglas L Lutz**    dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com;sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com
- **Sean D Malloy**    smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Jennifer Marines**    jmarines@mofo.com
- **Lorenzo Marinuzzi**    lmarinuzzi@mofo.com
- **Richard D Nelson**    ricknelson@ctks.com
- **John R O'Keefe**    jokeefe@metzlewis.com
- **Scott N Opincar**    sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

- **Timothy Palmer**   timothy.palmer@bipc.com, donna.curcio@bipc.com
- **Richard J Parks**   rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- **Holly S Planinsic**   hplaninsic@hmhy.com, kschrack@hmhy.com
- **Erica Richards**   erichards@mofo.com
- **Justin W Ristau**   jristau@bricker.com, aklein@bricker.com
- **Benjamin A Sales**   benjamin.a.sales@usdoj.gov
- **James W. Sandy**   jsandy@mcglinchey.com, hhines@mcglinchey.com
- **Matthew T Schaeffer**   mschaeffer@baileycav.com, lpatterson@baileycav.com;br-ecf@baileycav.com
- **Eric Lopez Schnabel**   schnabel.eric@dorsey.com
- **Lena Seward**   lena.seward@ky.gov
- **Jason V. Stitt**   jstitt@kmklaw.com, rshoemaker@kmklaw.com
- **Gregory M Taube**   greg.taube@nelsonmullins.com, ayo.uboh@nelsonmullins.com;silvi.shaw@nelsonmullins.com
- **Richard J Thomas**   rthomas@hendersoncovington.com
- **Jeffrey C Toole**   jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- **Michael A VanNiel**   mvanniel@bakerlaw.com
- **Daniel I. Waxman**   dwaxman@wyattfirm.com, lexbankruptcy@wyattfirm.com;rburdine@wyattfirm.com
- **Richard Scott Williams**   swilliams@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com
- **Daniel T Yon**   dty@bcyon.com
- **Scott A Zuber**   szuber@csglaw.com
- **Amy A Zuccarello**   azuccarello@sandw.com, nkoslof@sandw.com

and via regular mail to:

**John Michael Craig**
2258 Wheatlands Drive
Manakin Sabot, VA 23103

**Drury Hotels Company, LLC**
c/o Armstrong Teasdale LLP
7700 Forsyth Blvd
St. Louis, MO 63105

**Marita S Erbeck**
Drinker Biddle and Reath LLP
600 Campus Dr
Florham Park, NJ 07932-1047

**Russell R Johnson**
2258 Wheatlands Drive

Manakin-Sabot, VA 23103

**Benjamin W. Loveland**
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**James H Millar**
Drinker Biddle and Reath LLP
1177 Avenue of the Americas
41st Fl
New York, NY 10036-2714

**Pennsylvania Department of Labor & Industry**
Unemployment Compensation Tax Services
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**Prime Clerk LLC**
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

**Damian S. Schaible**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Union Pacific Railroad Company**
1400 Douglas Street, STOP 1580
c/o Tonya W. Conley & Lila L. Howe
Omaha, NE 68179

And the members of the Retiree Committee, Samuel Uveges, Sharon Myer, and Benjamin Harris.