# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) ) ) | Case No. 19-56885 (JEH) |
| | ) ) | Judge John E. Hoffman, Jr. |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR FEBRUARY 14, 2020, AT 2:00 P.M. (PREVAILING EASTERN TIME)

Time and Date of Hearing:    February 14, 2020, at 2:00 p.m. (prevailing Eastern Time)

Location of Hearing:    The Honorable John E. Hoffman, Jr.
United States Bankruptcy Court for the Southern District of Ohio
Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215

**Any party who wishes to attend telephonically is required to make arrangements through CourtSolutions by telephone (917-746-7476).**

## I. MATTERS GOING FORWARD

1. Debtors' Motion for Entry of (I) an Interim Order Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund Interim Amounts Under the Met DIP Facility, and (II) A Final Order (A) Authorizing Murray Energy Corporation to Enter into and Perform Under the Murray Met Restructuring Support Agreement, (B) Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund the Met DIP Facility, and (C) Granting Related Relief [Docket No. 864].

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

KE 66622871

Responses Received:

A. Response of the United States Trustee to Debtor's Motion for (I) an Expedited Hearing, (II) Shortened Notice, and (III) an Expedited Ruling with Respect to Debtors' Motion for Entry of (I) an Interim Order Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund Interim Amounts Under the Met DIP Facility, and (II) A Final Order (A) Authorizing Murray Energy Corporation to Enter into and Perform Under the Murray Met Restructuring Support Agreement, (B) Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund the Met DIP Facility, and (C) Granting Related Relief [Docket No. 866].

Related Documents:

A. Debtors' Motion for (I) an Expedited Hearing, (II) Shortened Notice, and (III) an Expedited Ruling with Respect to Debtors' Motion for Entry of (I) an Interim Order Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund Interim Amounts Under the Met DIP Facility, and (II) A Final Order (A) Authorizing Murray Energy Corporation to Enter into and Perform Under the Murray Met Restructuring Support Agreement, (B) Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund the Met DIP Facility, and (C) Granting Related Relief [Docket No. 865].

B. Certificate of Service of Motion and Notice [Docket No. 871].

C. Order Granting Debtors' Motion for (I) An Expedited Hearing, (II) Shortened Notice, and (III) An Expedited Ruling with Respect to Debtors' Motion for Entry of (I) An Interim Order Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund Interim Amounts Under the Met DIP Facility, and (II) A Final Order (A) Authorizing Murray Energy Corporation to Enter into and Perform Under the Murray Met Restructuring Support Agreement, (B) Authorizing Murray Energy Corporation to Use Property of the Estate Outside of the Ordinary Course of Business to Fund the Met DIP Facility, and (C) Granting Related Relief [Docket No. 872].

Status: This matter is going forward with respect to the proposed order.

Dated: February 13, 2020
Cincinnati, Ohio

| | |
|---|---|
| /s/ *Kim Martin Lewis* | |
| Kim Martin Lewis (0043533) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Alexandra S. Horwitz (0096799) | Mark McKane, P.C. (admitted *pro hac vice*) |
| **DINSMORE & SHOHL LLP** | **KIRKLAND & ELLIS LLP** |
| 255 East Fifth Street | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Suite 1900 | 601 Lexington Avenue |
| Cincinnati, Ohio 45202 | New York, New York 10022 |
| Telephone:   (513) 977-8200 | Telephone:   (212) 446-4800 |
| Facsimile:    (513) 977-8141 | Facsimile:    (212) 446-4900 |
| Email:          kim.lewis@dinsmore.com | Email:          nicole.greenblatt@kirkland.com |
|                     allie.horwitz@dinsmore.com |                     mark.mckane@kirkland.com |
| | |
| *Counsel to the Debtors and Debtors in Possession* | - and - |
| | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| | Joseph M. Graham (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone:   (312) 862-2000 |
| | Facsimile:    (312) 862-2200 |
| | Email:          ross.kwasteniet@kirkland.com |
| |                     joe.graham@kirkland.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

KE 66622871