## FEE AGREEMENT

Client: Committee of Retired Employees (Murray Energy Holdings Companies)

It is our pleasure to provide legal services to you in the above matter pursuant to the decision of the Committee to select our office as counsel on January 7, 2020 We believe that a clear understanding of the terms of the representation is fundamental to a sound relationship between the attorney and client. We have found that a fee agreement enables both parties to define the scope and terms by which Healey Block LLC will provide legal services to the Committee..

Pursuant to this fee agreement, Healey Block LLC. agrees to represent the Committee of Retired Employees of the of the Murray Energy Holdings Companies under Section 1114 of the Bankruptcy Code.

**Fees:** Our attorney's fee for performing this work will be at a rate of **$350** per hour. Time is billed in a minimum of six (6) minute increments. Where possible, paralegals may be utilized to provide timely and cost efficient services and they will be billed at the rate of **$100** per hour. The Murray Energy Holdings Companies are responsible for payment of fees, subject to Court approval.

**Costs:** These costs include, but are not limited to: litigation expenses (filing fees), postage, copying charges, facsimile charges and long distance telephone expenses. Costs are itemized and billed in conjunction with the attorney's fee statement. The Murray Energy Holdings Companies are responsible for payment of these costs, subject to Court approval.

**Invoices:** Statement for fees and costs which itemizes the time spent on your case and the task performed by the attorney will be presented to the Bankruptcy Court for approval. Should you have a question regarding an invoice, please feel free to contact the attorney working for you. Our commitment is to provide exemplary legal services in the most expeditious and cost efficient manner possible.

**Agreement:** This Agreement shall be effective as of the date the Committee decided to retain Michael Healey, January 7, 2020. By signing this Agreement, both parties agree to the terms as stated herein.

Date: January 14, 2020

Sharon S. Myers 1/28/2020
COMMITTEE OF RETIRED EMPLOYEES

MICHAEL J. HEALEY

EXHIBIT A

## FEE AGREEMENT

Client: Committee of Retired Employees (Murray Energy Holdings Companies)

It is our pleasure to provide legal services to you in the above matter pursuant to the decision of the Committee to select our office as counsel on January 7, 2020 We believe that a clear understanding of the terms of the representation is fundamental to a sound relationship between the attorney and client. We have found that a fee agreement enables both parties to define the scope and terms by which Healey Block LLC will provide legal services to the Committee..

Pursuant to this fee agreement, Healey Block LLC. agrees to represent the Committee of Retired Employees of the of the Murray Energy Holdings Companies under Section 1114 of the Bankruptcy Code.

**Fees:** Our attorney's fee for performing this work will be at a rate of **$350** per hour. Time is billed in a minimum of six (6) minute increments. Where possible, paralegals may be utilized to provide timely and cost efficient services and they will be billed at the rate of **$100** per hour. The Murray Energy Holdings Companies are responsible for payment of fees, subject to Court approval.

**Costs:** These costs include, but are not limited to: litigation expenses (filing fees), postage, copying charges, facsimile charges and long distance telephone expenses. Costs are itemized and billed in conjunction with the attorney's fee statement. The Murray Energy Holdings Companies are responsible for payment of these costs, subject to Court approval.

**Invoices:** Statement for fees and costs which itemizes the time spent on your case and the task performed by the attorney will be presented to the Bankruptcy Court for approval. Should you have a question regarding an invoice, please feel free to contact the attorney working for you. Our commitment is to provide exemplary legal services in the most expeditious and cost efficient manner possible.

**Agreement:** This Agreement shall be effective as of the date the Committee decided to retain Michael Healey, January 7, 2020. By signing this Agreement, both parties agree to the terms as stated herein.

Date: January 14, 2020

_Samuel J. Shreger_    _Michael Healey_
COMMITTEE OF RETIRED EMPLOYEES    MICHAEL J. HEALEY

## FEE AGREEMENT

Client: Committee of Retired Employees (Murray Energy Holdings Companies)

It is our pleasure to provide legal services to you in the above matter pursuant to the decision of the Committee to select our office as counsel on January 7, 2020 We believe that a clear understanding of the terms of the representation is fundamental to a sound relationship between the attorney and client. We have found that a fee agreement enables both parties to define the scope and terms by which Healey Block LLC will provide legal services to the Committee..

Pursuant to this fee agreement, Healey Block LLC. agrees to represent the Committee of Retired Employees of the of the Murray Energy Holdings Companies under Section 1114 of the Bankruptcy Code.

**Fees:** Our attorney's fee for performing this work will be at a rate of **$350** per hour. Time is billed in a minimum of six (6) minute increments. Where possible, paralegals may be utilized to provide timely and cost efficient services and they will be billed at the rate of **$100** per hour. The Murray Energy Holdings Companies are responsible for payment of fees, subject to Court approval.

**Costs:** These costs include, but are not limited to: litigation expenses (filing fees), postage, copying charges, facsimile charges and long distance telephone expenses. Costs are itemized and billed in conjunction with the attorney's fee statement. The Murray Energy Holdings Companies are responsible for payment of these costs, subject to Court approval.

**Invoices:** Statement for fees and costs which itemizes the time spent on your case and the task performed by the attorney will be presented to the Bankruptcy Court for approval. Should you have a question regarding an invoice, please feel free to contact the attorney working for you. Our commitment is to provide exemplary legal services in the most expeditious and cost efficient manner possible.

**Agreement:** This Agreement shall be effective as of the date the Committee decided to retain Michael Healey, January 7, 2020. By signing this Agreement, both parties agree to the terms as stated herein.

Date: January 14, 2020

_____    _____
COMMITTEE OF RETIRED EMPLOYEES    MICHAEL J. HEALEY