# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) | |
| | ) | Case No: 19-56885 |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION OF UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER APPOINTING FEE EXAMINER AND ESTABLISHING RELATED PROCEDURES FOR THE REVIEW OF FEE APPLICATIONS OF RETAINED PROFESSIONALS

Andrew R. Vara, United States Trustee for Region 9 (the "United States Trustee"), by and through his undersigned counsel, hereby moves this Court for entry of an order appointing Robert J. Keach ("Keach") as fee examiner in these chapter 11 cases, and establishing related procedures for the review of fee applications of retained professionals (the "Motion"). In support thereof, the United States Trustee alleges the following:

### Jurisdiction

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b); 28 U.S.C. §§ 157(a) and (b); and 28 U.S.C. § 151, and General Order No. 05-02 entered on October

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

1

24, 2005 by the United States District Court. This is a core proceeding pursuant to 28 U.S.C. § 307 and 28 U.S.C. § 586(a)(5).

2.  Under 28 U.S.C. § 586, the United States Trustee is generally charged with monitoring the federal bankruptcy system. See Morgensetern v. Revco D.S., Inc. (In re Revco D.S., Inc.), 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog").

3.  Pursuant to 28 U.S.C. § 586(a)(5) and section 307 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee has standing to file this Motion.

**Background**

4.  On October 29, 2019 (the "Petition Date"), each of the Debtors filed a petition for relief under chapter 11 of the Bankruptcy Code.

5.  On November 7, 2019, the United States Trustee appointed the official committee of unsecured creditors (the "Committee"). See Docket No. 168.

6.  This Motion is being filed pursuant to and in compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, at C.F.R. Part 58, Appendix A, and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, at 28 C.F.R. Part 58, Appendix B (collectively the "United States Trustee Guidelines"). The Debtors, the Committee, and the United States Trustee have conferred regarding the appointment of a fee examiner and the establishment of related procedures, and have agreed to submit Keach to the

Court as proposed fee examiner in these chapter 11 cases. The Declaration of Robert J. Keach in Support of Order Appointing Robert J. Keach as Fee Examiner is attached hereto as Exhibit A.

### **Relief Requested**

7. Based on the foregoing, the United States Trustee is requesting that the Court enter a proposed form of order (the "Proposed Order"), a copy of which is attached hereto as Exhibit B, approving the appointment of Keach as fee examiner in these chapter 11 cases and establishing certain procedures in connection therewith.

WHEREFORE, the United States Trustee respectfully requests the entry of the Proposed Order substantially in the form attached hereto as Exhibit B, and such further relief as the Court may deem appropriate.

Dated: February 25, 2020

Respectfully Submitted:

Andrew R. Vara
United States Trustee
Regions 3 and 9

by: /s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202
Voice: (513) 684-6988, x226, Fax: 684-6994
e-mail: Monica.kindt@usdoj.gov

3

# CERTIFICATE OF SERVICE

  I hereby certify that on <u>February 25, 2020</u>, the foregoing MOTION OF UNITED STATES TRUSTEE FOR ENTRY OF AN ORDER APPOINTING FEE EXAMINER AND ESTABLISHING RELATED PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS was served via the Court's Electronic Case Filing System to all participants registered in this case at the email address registered with the Court as follows:

- **Bennett P Allen**    ballen@econjustice.com, troth@econjustice.com;dcook@econjustice.com
- **Thomas R Allen**    allen@aksnlaw.com, doan@aksnlaw.com
- **Daniel M Anderson**    Daniel.Anderson@icemiller.com, Erin.Lovins@icemiller.com
- **Kenneth Michael Argentieri**    KMARGENTIERI@DUANEMORRIS.COM
- **John R Ashmead**    ashmead@sewkis.com
- **Asst US Trustee (Cin)**    ustpregion09.ci.ecf@usdoj.gov
- **William C Ballard**    William.C.Ballard@wvago.gov
- **Christopher S Baxter**    chris.baxter@btlaw.com
- **Alexis C Beachdell**    abeachdell@bakerlaw.com
- **David A. Beck**    beck@carpenterlipps.com
- **Robert B Berner**    rberner@baileycav.com, BR-ECF@baileycav.com,lpatterson@baileycav.com
- **Jordan J Blask**    jblask@tuckerlaw.com, agilbert@tuckerlaw.com
- **Brenda K Bowers**    bkbowers@vorys.com
- **Kirk B Burkley**    kburkley@bernsteinlaw.com, cwirick@bernsteinlaw.com
- **Benjamin Butterfield**    bbutterfield@mofo.com
- **John C Cannizzaro**    John.Cannizzaro@icemiller.com, Thyrza.Skofield@icemiller.com
- **Maria G. Carr**    mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Nick V Cavalieri**    ncavalieri@baileycav.com, lpatterson@baileycav.com;BR-ECF@BaileyCav.com
- **Frederick D Clarke**    fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com;tparker@rumberger.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com, mdwalkuski@vorys.com;msgiberson@vorys.com
- **David M Cook**    dcook@econjustice.com, troth@econjustice.com;ballen@econjustice.com
- **Kenneth R. Cookson**    kcookson@keglerbrown.com
- **James A Coutinho**    coutinho@aksnlaw.com, doan@aksnlaw.com
- **Tyson A Crist**    Tyson.Crist@icemiller.com, Deborah.Martin@icemiller.com
- **Salvatore M Daniele**    Sal.Daniele@wilmerhale.com
- **Jeremy Shane Flannery**    Jeremy.S.Flannery@usdoj.gov

4

- **Brian D Flick**    bflick@dannlaw.com, notices@dannlaw.com;bflickecf@gmail.com;4724185420@filings.docketbird.com;4724185420@filings.docketbird.com
- **Robert C Folland**    Rob.Folland@btlaw.com, kskamfer@btlaw.com
- **Christopher M Foy**    CFoy@atg.state.il.us, RLS@atg.state.il.us
- **Michelle Yvonne Francois**    michelle.francois@dbr.com, cathy.greer@dbr.com
- **Kyle Robert Gerlach**    kgerlach@btlaw.com
- **Brian M Gianangeli**    bgianangeli@mifsudlaw.com
- **Melissa S. Giberson**    msgiberson@vorys.com, mdwalkuski@vorys.com
- **Alessandra Glorioso**    glorioso.alessandra@dorsey.com
- **Ronald E Gold**    rgold@fbtlaw.com, eseverini@fbtlaw.com
- **Craig Goldblatt**    Craig.Goldblatt@wilmerhale.com
- **Andrew N. Goldman**    Andrew.Goldman@wilmerhale.com
- **Irena Goldstein**    irenagoldstein@paulhastings.com
- **Todd Goren**    tgoren@mofo.com
- **Joe Graham**    joe.graham@kirkland.com
- **Kevin Paul Green**    kevin@ghalaw.com, kateryna@ghalaw.com
- **Brian Leland Greenert**    bgreenert@pa.gov, jgeisler@pa.gov
- **Harry W Greenfield**    hgreenfield@bernsteinlaw.com, jtoole@bernsteinlaw.com;lyoung@bernsteinlaw.com
- **Chris D Hampson**    Chris.Hampson@wilmerhale.com
- **Jonathan S Hawkins**    jonathan.hawkins@thompsonhine.com, mary.hicks@thompsonhine.com;ECFDocket@thompsonhine.com
- **Michael J Healey**    mike@unionlawyers.net
- **Michael John Heilman**    mheilman@pa.gov
- **Jeffrey M Hendricks**    jhendricks@graydon.com
- **Jack Herman**    jherman@robbinsrussell.com, ECFAdmins@robbinsrussell.com
- **J Christopher Hopgood**    chopgood@dkgnlaw.com
- **Thomas Christopher Horscroft**    thorscroft@ghalaw.com, kateryna@ghalaw.com
- **Alexandra Siebler Horwitz**    allie.horwitz@dinsmore.com
- **I-Heng Hsu**    i-heng.hsu@usdoj.gov
- **Michael E Idzkowski**    michael.idzkowski@ohioattorneygeneral.gov, sandra.finan@ohioattorneygeneral.gov
- **Matthew Indrisano**    matthew.indrisano@usdoj.gov
- **Harold Israel**    hisrael@lplegal.com, bdroca@lplegal.com;ikropiewnicka@lplegal.com;tmassat@lplegal.com
- **Henry J Jaffe**    jaffeh@pepperlaw.com, henrys@pepperlaw.com,molitorm@pepperlaw.com
- **Michael David Jankowski**    mjankowski@reinhartlaw.com
- **Pedro Jimenez**    pedrojimenez@paulhastings.com
- **Rebecca Janelle Johnson**    rjohnson@rolfeshenry.com, mcummings@rolfeshenry.com

- **Michael J Kaczka**     mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Jeffery Davis Kaiser**     jeffkaiser@pgka.com
- **Vera Kanova**     verkanova@pa.gov
- **Timothy J Kern**     timothy.kern@ohioattorneygeneral.gov, Sandra.finan@ohioattorneygeneral.gov
- **John Kettering**     jk@pietragallo.com, ms@pietragallo.com;rjp@pietragallo.com
- **Douglas Kilmer**     dougkilmerlaw@gmail.com
- **Monica V Kindt**     Monica.kindt@usdoj.gov
- **Erika Klie Kolenich**     ehklie@klielawoffices.com
- **Joel A Kunin**     jkunin@ghalaw.com
- **Kim Martin Lewis**     kim.lewis@dinsmore.com, lisa.geeding@dinsmore.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com;carrie.oppenheim@kirkland.com
- **Jon J Lieberman**     bankruptcy@sottileandbarile.com
- **Benjamin Loveland**     Benjamin.Loveland@wilmerhale.com
- **Douglas L Lutz**     dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com;sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com
- **Sean D Malloy**     smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Jennifer Marines**     jmarines@mofo.com
- **Lorenzo Marinuzzi**     lmarinuzzi@mofo.com
- **Timothy Mayer**     timothy.mayer@ky.gov
- **Richard D Nelson**     ricknelson@ctks.com
- **James Patrick Nolan**     jnolan@rolfeshenry.com, nweber@rolfeshenry.com
- **John R O'Keefe**     jokeefe@metzlewis.com
- **Scott N Opincar**     sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Aaron Owens**     aaronwowens@gmail.com
- **Timothy Palmer**     timothy.palmer@bipc.com, donna.curcio@bipc.com
- **Richard J Parks**     rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- **Holly S Planinsic**     hplaninsic@hmhy.com, kschrack@hmhy.com
- **Miranda Powell**     mpowell@rolfeshenry.com, nweber@rolfeshenry.com
- **Erica Richards**     erichards@mofo.com
- **Kenneth M Richards**     krichards@LNLattorneys.com
- **Justin W Ristau**     jristau@bricker.com, aklein@bricker.com
- **Michael J Roeschenthaler**     mroeschenthaler@wtplaw.com, llescallette@wtplaw.com;dschimizzi@wtplaw.com
- **Thomas Paul Rosenfeld**     tom@ghalaw.com, kateryna@ghalaw.com
- **Benjamin A Sales**     benjamin.a.sales@usdoj.gov
- **James W. Sandy**     jsandy@mcglinchey.com, hhines@mcglinchey.com
- **Matthew T Schaeffer**     mschaeffer@baileycav.com, lpatterson@baileycav.com;br-ecf@baileycav.com
- **Daniel R. Schimizzi**     dschimizzi@wtplaw.com, llescallette@wtplaw.com
- **Eric Lopez Schnabel**     schnabel.eric@dorsey.com

- **Allison B Selick** aselick@mofo.com
- **Lena Seward** lena.seward@ky.gov
- **Jason V. Stitt** jstitt@kmklaw.com, rshoemaker@kmklaw.com
- **Ward Stone** wstone@stoneandbaxter.com, tnorton@stoneandbaxter.com,lford@stoneandbaxter.com
- **Philip K Stovall** pstovall@isaacwiles.com, swallace@isaacwiles.com
- **Richard K Stovall** stovall@asnfa.com, ashton@asnfa.com;schenck@asnfa.com
- **Gregory M Taube** greg.taube@nelsonmullins.com, ayo.uboh@nelsonmullins.com;silvi.shaw@nelsonmullins.com
- **Myron N Terlecky** mnt@columbuslawyer.net, mlv@columbuslawyer.net
- **Richard J Thomas** rthomas@hendersoncovington.com
- **Jeffrey C Toole** jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- **Michael A VanNiel** mvanniel@bakerlaw.com
- **Daniel I. Waxman** diw@kewafinancial.com
- **David M. Whittaker** dwhittaker@isaacwiles.com
- **Richard Scott Williams** swilliams@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com
- **Daniel T Yon** dty@bcyon.com
- **Matthew M Zofchak** zofchak@asnfa.com, doan@asnfa.com
- **Scott A Zuber** szuber@csglaw.com
- **Amy A Zuccarello** azuccarello@sandw.com, nkoslof@sandw.com
- **Eric Robert von Helms** evonhelms@kmksc.com

And via regular mail to:

**CRG Financial LLC**
100 Union Avenue
Suite 240
Cresskill, NJ 07626

**Tiffany Strelow Cobb**
52 East Gay Street / P.O. Box 1008
Columbus, OH 43216-1008

**John Michael Craig**
2258 Wheatlands Drive
Manakin Sabot, VA 23103

**Drury Hotels Company, LLC**
c/o Armstrong Teasdale LLP
7700 Forsyth Blvd
St. Louis, MO 63105

**Marita S Erbeck**
Drinker Biddle and Reath LLP
600 Campus Dr
Florham Park, NJ 07932-1047

**Stephen Hessert**
Norman, Hanson & DeTroy, LLC
Two Canal Plaza
PO Box 4600
Portland, ME 04112-4600

**Russell R Johnson**
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

**Benjamin W. Loveland**
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**David MacGreevey**
909 Third Avenue
Floor 30
New York, NY 10022

**Lorenzo Marinuzzi**
250 West 55th Street
New York, NY 10019-9601

**James H Millar**
Drinker Biddle and Reath LLP
1177 Avenue of the Americas
41st Fl
New York, NY 10036-2714

**Moelis & Company**
399 Park Avenue, 5th Floor
New York, NY 10022

**Pennsylvania Department of Labor & Industry**

Unemployment Compensation Tax Services
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**Prime Clerk LLC**
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

**Damian S. Schaible**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

**Union Pacific Railroad Company**
1400 Douglas Street, STOP 1580
c/o Tonya W. Conley & Lila L. Howe
Omaha, NE 68179

                                                            /s/ Monica V. Kindt
                                                            Monica V. Kindt