## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) | Case No. 19-56885 (JEH) |
|  | ) |  |
|  | ) | Judge John E. Hoffman, Jr. |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF SECOND AMENDED CASE MANAGEMENT ORDER

**PLEASE TAKE NOTICE** that on October 29, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion Seeking Authority to Implement Certain Notice and Case Management Procedures* (the "Case Management Motion") [Docket No. 22] which included approving and implementing the notice, case management, and administrative procedures attached as Exhibit 1 to Exhibit A (the "Case Management Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 11, 2019, the Court entered the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 113] (the "Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that on January 17, 2020, the Court entered the *Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No. 764] (the "Amended Case Management Order").

**PLEASE TAKE FURTHER NOTICE** that on March 30, 2020, the Court entered the *Second Amended Order Implementing Certain Notice and Case Management Procedures* (the "Second Amended Order"), attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the Second Amended Order reflecting changes from the Amended Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Order provides that, unless otherwise ordered by the Court, all Omnibus Hearings, including evidentiary Omnibus

---

[1]   Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy.  The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Hearings, will be conducted telephonically.  Parties participating telephonically or attending through a listen-only telephonic line must arrange such participation with CourtSolutions by calling (917) 746-7476 or visiting the website www.court-solutions.com and by adhering to the procedures for telephonic participation applicable in the Court.

**PLEASE TAKE FURTHER NOTICE** that the Second Amended Order further provides that testimonial evidence at telephonic hearings shall be taken in accordance with Rule 43(a) of the Federal Rules of Civil Procedure.  In the event it becomes clear during a telephonic hearing that additional evidence and/or witness testimony is necessary for resolution of the matter, the hearing shall be converted to a status conference and a future date for an evidentiary hearing shall be scheduled.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/MurrayEnergy.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  March 30, 2020
Cincinnati, Ohio

/s/ *Kim Martin Lewis*

| | |
|---|---|
| Kim Martin Lewis (0043533) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Alexandra S. Horwitz (0096799) | Mark McKane, P.C. (admitted *pro hac vice*) |
| **DINSMORE & SHOHL LLP** | **KIRKLAND & ELLIS LLP** |
| 255 East Fifth Street | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Suite 1900 | 601 Lexington Avenue |
| Cincinnati, Ohio 45202 | New York, New York 10022 |
| Telephone:   (513) 977-8200 | Telephone:   (212) 446-4800 |
| Facsimile:   (513) 977-8141 | Facsimile:   (212) 446-4900 |
| Email:   kim.lewis@dinsmore.com | Email:   nicole.greenblatt@kirkland.com |
|        allie.horwitz@dinsmore.com |        mark.mckane@kirkland.com |

*Counsel to the Debtors and Debtors in Possession*

- and -

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   ross.kwasteniet@kirkland.com
       joe.graham@kirkland.com

*Counsel to the Debtors and Debtors in Possession*