IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) Case No. 19-56885 (JEH) |
|  | ) Judge John E. Hoffman, Jr. |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF DEBTORS' MOTION FOR ORDER APPROVING CERTAIN
DATES AND PROTOCOLS IN CONNECTION WITH PLAN CONFIRMATION**

**PLEASE TAKE NOTICE** that on March 31, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Approving Certain Dates and Protocols in Connection with Plan Confirmation*. A hearing on the motion will be held before the Honorable John E. Hoffman, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215, on **April 14, 2020, at 10:00 a.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, *General Order 30-3* from the United States Bankruptcy Court for the Southern District of Ohio, dated December 4, 2019 ("General Order"), and the *Second Amended Order Implementing Certain Notice and Case*

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

*Management Procedures* [Docket No. 1103] ("Case Management Order"); (c) be filed electronically with the Court on the docket of *In re Murray Energy Holdings Co.*, Case No. 19-56885 (JEH), by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http://www.ohsb.uscourts.gov); and (d) be served so as to be actually received by **April 7, 2020, at 4:00 p.m., prevailing Eastern Time**, by (i) the entities on the Master Service List (as defined in the Case Management Order) and (ii) any person or entity with a particularized interest in the subject matter of the motion.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the motion, the Debtors shall, on or after the objection deadline, submit to the Court an order substantially in the form attached as **Exhibit A** to the motion, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the hearing. The Debtors will file an agenda before the hearing, which may modify or supplement the motion to be heard at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the motion may be obtained free of charge by visiting the website of Prime Clerk at https://cases.primeclerk.com/MurrayEnergy. You may also obtain copies of any pleadings by visiting the Court's website at http://www.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: March 31, 2020
Cincinnati, Ohio

/s/ Kim Lewis
<div style="display: grid; grid-template-columns: 1fr 1fr;">

| | |
|---|---|
| Kim Martin Lewis (0043533) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Alexandra S. Horwitz (0096799) | Mark McKane, P.C. (admitted *pro hac vice*) |
| **DINSMORE & SHOHL LLP** | **KIRKLAND & ELLIS LLP** |
| 255 East Fifth Street | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Suite 1900 | 601 Lexington Avenue |
| Cincinnati, Ohio 45202 | New York, New York 10022 |
| Telephone: (513) 977-8200 | Telephone: (212) 446-4800 |
| Facsimile: (513) 977-8141 | Facsimile: (212) 446-4900 |
| Email: kim.lewis@dinsmore.com | Email: nicole.greenblatt@kirkland.com |
| allie.horwitz@dinsmore.com | mark.mckane@kirkland.com |

</div>

*Counsel to the Debtors and Debtors in Possession*

- and -

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Joseph M. Graham (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: ross.kwasteniet@kirkland.com
joe.graham@kirkland.com

*Counsel to the Debtors and Debtors in Possession*