**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| MURRAY ENERGY HOLDINGS, CO., *et al.*,[1] | ) ) ) | Case No. 19-56885 (JEH) |
| | ) ) | Judge John E. Hoffman, Jr. |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Robert J. Keach, Esq. of Bernstein, Shur, Sawyer & Nelson, P.A. hereby enters his appearance in the above-captioned chapter 11 cases as proposed counsel for Robert J. Keach, the fee examiner (the "Fee Examiner"), and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served at the following address:

> Robert J. Keach, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle Street
> P.O. Box 9729
> Portland, ME 04104-5029
> Telephone: (207) 774-1200
> Facsimile: (207) 774-1127
> rkeach@bernsteinshur.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtor's claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing also requests to be added to the Clerk's mailing matrix in these cases.

Please take further notice that Mr. Keach was admitted *pro hac vice* on April 1, 2020.

Dated: April 2, 2020    Respectfully submitted,

*/s/ Robert J. Keach*
Robert J. Keach, Esq.
*Admitted Pro Hac Vic*e
**Bernstein, Shur, Sawyer & Nelson, P.A.**
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
Email: rkeach@bernsteinshur.com

*Proposed Counsel to the Fee Examiner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, a true and accurate copy of the foregoing *Notice of Entry of Appearance and Demand for Notices and Papers* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice.

*/s/ Robert J. Keach*
Robert J. Keach