**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) | Case No. 19-56885 (JEH) |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION OF GACP FINANCE CO., LLC TO FILE DOCUMENTS UNDER SEAL**

GACP Finance Co., LLC, as DIP FILO Lender (in such capacity, the "<u>DIP FILO Lender</u>"),

by and through its undersigned counsel, pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Rule 9018

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), respectfully moves the

Court for the entry of an order, in substantially the form attached hereto as <u>Exhibit A</u>, permitting

the DIP FILO Lender to file certain documents with this Court under seal.

A memorandum in support of this Motion follows.

Dated: May 13, 2020
      Cleveland, Ohio

Respectfully submitted,

*/s/   Rocco I. Debitetto*
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2374
Facsimile:  (216) 241-2824
E-mail:  ridebitetto@hahnlaw.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

-and-

Jennifer C. Hagle (admitted *pro hac vice*)
Anna Gumport (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
E-mail:  jhagle@sidley.com
E-mail:  agumport@sidley.com

Leslie A. Plaskon (admitted *pro hac vice*)
John J. Kuster (*pro hac vice* pending)
Andrew P. Propps (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
E-mail:  jkuster@sidley.com
E-mail:  lplaskon@sidley.com
E-mail:  apropps@sidley.com

*Counsel to GACP Finance Co., LLC*

**MEMORANDUM IN SUPPORT**

1.      By the Motion, the DIP FILO Lender requests that this Court enter an order (the

"Proposed Order"), substantially in the form of the attached Exhibit A, authorizing it to file the

DIP Enforcement Motion, the Louzan Declaration, and the Huygens Declaration (in each case as

defined below) under seal, redacting from the DIP Enforcement Motion, the Louzan Declaration,

and the Huygens Declaration such documents and information that the DIP FILO Lender believes

to be confidential commercial information (the "Designated Material").

2.      The relief requested by way of the Motion is necessary because,

contemporaneously herewith, the DIP FILO Lender filed redacted versions of the *Motion of GACP*

*Finance Co., LLC to Enforce the Final DIP Order and Preserve the DIP FILO Collateral and*

*Ability of DIP FILO Lender to Exercise Certain of Its Remedies* (the "DIP Order Enforcement

Motion"), the *Declaration of Robert Louzan in Support of Motion of GACP Finance Co., LLC to*

*Enforce the Final DIP Order and Preserve the DIP FILO Collateral and Ability of DIP FILO*

*Lender to Exercise Certain of Its Remedies* (the "Louzan Declaration"), and the *Declaration of*

*Paul Huygens in Support of Motion of GACP Finance Co., LLC to Enforce the Final DIP Order*

*and Preserve the DIP FILO Collateral and Ability of DIP FILO Lender to Exercise Certain of Its*

*Remedies* (the "Huygens Declaration"), enforcing the *Final Order (I) Authorizing the Debtors to*

*(A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing*

*Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the*

*Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief*

[Docket No. 431] (the "Final DIP Order") and preserving the DIP FILO Collateral (as defined in

the Final DIP Order) and the DIP FILO Lender's ability to exercise certain of its remedies.  The

DIP FILO Lender understands that certain information described in and/or attached as an exhibit

to the DIP Enforcement Motion, the Louzan Declaration, and the Huygens Declaration may constitute confidential commercial information of the Debtors.

3.     Section 107(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") requires the Court to protect confidential commercial information from public disclosure. 11 U.S.C. § 107(b)(1) ("On request of a party in interest, the bankruptcy court shall . . . protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .").

4.     Bankruptcy Rule 9018 establishes the procedures by which a party in interest may obtain a protective order authorizing the filing of a document under seal.  Pursuant to Bankruptcy Rule 9018, the Court, in response to a motion or upon its own initiative, "may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information . . ."  Fed. R. Bankr. P. 9018.

5.     "Commercial information" includes "information which would result in 'an unfair advantage to competitors by providing them with information as to the commercial operations of the debtor.'"  *In re Alterra Healthcare Corp.*, 353 B.R. 66, 75 (Bankr. D. Del. 2006) (quoting *Video Software Dealers Ass'n v. Orion Pictures Corp. (In re Orion Pictures Corp.)*, 21 F.3d 24, 27-28 (2d Cir. 1994)).  Commercial information need not rise to the level of a trade secret to be protected under section 107(b) of the Bankruptcy Code.  *See In re Orion Pictures Corp.*, 21 F.3d at 28.  The information need only be confidential and commercial in nature.  *Id*. at 27; *In re Handy Andy Home Improvement Centers, Inc.*, 199 B.R. 376, 381 (Bankr. N.D. Ill. 1996).

6.     Moreover, the movant is not required to demonstrate "good cause" to file the relevant document(s) under seal.  *See, e.g.*, *id.* at 28; *Phar-Mor, Inc. v. Defendants Named Under Seal (In re Phar-Mor, Inc.)*, 191 B.R. 675, 679 (Bankr. N.D. Ohio 1995).  Rather, if the material

2

falls within one of the categories identified in section 107(b) of the Bankruptcy Code, "the court

is *required* to protect a requesting interested party and has no discretion to deny the application."

*In re Orion Pictures Corp.*, 21 F.3d at 27 (emphasis in original); *see also, e.g.*, *In re Handy Andy

Home Improvement Centers, Inc.*, 199 B.R. at 381.

7.      Cause exists for the Court to grant the relief requested in this Motion. The DIP

Order Enforcement Motion, the Louzan Declaration, and the Huygens Declaration contain certain

information regarding the Debtors' assets and operations that the DIP FILO Lender believes the

Debtors may view as confidential commercial information protected pursuant to section 107(b)(1)

of the Bankruptcy Code, and may further be subject to the confidentiality provisions of Section

10.18 of the DIP Credit Agreement (as defined in the Final DIP Order).  Disclosure of such

information could potentially place the Debtors at a competitive disadvantage or harm their

relations with other creditors and trade partners, or cause the DIP FILO Lender to breach the

confidentiality provisions of the DIP Credit Agreement.

8.      By this Motion, the DIP FILO Lender does not seek to restrict unduly, overly

broadly or indefinitely the public's access to the hearing on its DIP Order Enforcement Motion

"DIP Order Enforcement Hearing").  The DIP FILO Lender instead seeks to afford the Court the

opportunity for an appropriate *in camera* review of the DIP Enforcement Motion with the

unredacted Designated Material in advance of the DIP Order Enforcement Hearing; to protect, in

the interim, information that the DIP FILO Lender reasonably believes to be confidential

commercial information; and to facilitate the orderly conduct of the DIP Order Enforcement

Hearing, including through developing the appropriate means for protecting confidential

commercial information in that context.

9.      Specifically, the DIP FILO Lender requests authority to redact from its electronic filings of the DIP Enforcement Motion, the Louzan Declaration, the Huygens Declaration, and any exhibits to the foregoing, any references to Designated Material, and to similarly redact any documents containing or constituting Designated Material that may be attached to any filing made in connection with the DIP Enforcement Motion.  In compliance with ECF Procedure 6, the DIP FILO Lender will, subsequent to electronic filing, provide the Clerk of the Court with both a paper form of the filing along with a copy on an acceptable electronic medium in PDF format, accompanied by a paper copy of the order authorizing the filing under seal, or by such other means as the Court directs.  The DIP FILO Lender further requests that the complete, unredacted copy of any document filed under seal in accordance with the Proposed Order be deemed filed as of the date the redacted version is filed electronically with the Court.

10.     The DIP FILO Lender will provide an unredacted copy of the DIP Order Enforcement Motion, the Louzan Declaration, and the Huygens Declaration to the Court and counsel to each of (i) the Debtors, (ii) the Committee, (iii) the DIP Administrative Agent, (iv) the DIP Collateral Agent, (v) the DIP Term Lenders (as defined in the Final DIP Order), and (vi) the Office of the United States Trustee for Region 9.

11.     The DIP FILO Lender submits that the procedures set forth herein adequately protect the confidential commercial information, if any, contained in the DIP Enforcement Motion, the Louzan Declaration, the Huygens Declaration, and any documents containing or constituting Designated Material that may be attached to any filing made in connection with the DIP Enforcement Motion.[2]

---

[2] While the DIP FILO Lender is not a party to the *Confidentiality Agreement and Stipulated Protective Order* [Docket No. 1060] (the "Protective Order") and the Designated Material is not "Discovery Material" as defined in, and thus not subject to, the Protective Order, the procedures proposed in this Motion are substantially consistent with those set forth in paragraphs 16 and 17 of the Protective Order.

## **CONCLUSION**

WHEREFORE, the DIP FILO Lender respectfully requests that the Court enter an order,

substantially in the form attached hereto as Exhibit A, (i) authorizing the DIP FILO Lender to file

documents containing or constituting Designated Material under seal, and (ii) granting such other

or further relief as the Court deems just or proper.

Dated: May 13, 2020
   Cleveland, Ohio

Respectfully submitted,


/s/  Rocco I. Debitetto
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2374
Facsimile:  (216) 241-2824
E-mail:  ridebitetto@hahnlaw.com

-and-

Jennifer C. Hagle (admitted *pro hac vice*)
Anna Gumport (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
E-mail:  jhagle@sidley.com
E-mail:  agumport@sidley.com

Leslie A. Plaskon (admitted *pro hac vice*)
John J. Kuster (*pro hac vice* pending)
Andrew P. Propps (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
E-mail:  jkuster@sidley.com
E-mail:  lplaskon@sidley.com
E-mail:  apropps@sidley.com

*Counsel to GACP Finance Co., LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing *Motion of GACP Finance Co., LLC to File Documents under Seal* was served on the 13th day May 2020, electronically on all ECF participants registered in this case through the Court's ECF System at the email address registered with the Court, and upon the parties listed on the attached Master Service List as of May 7, 2020 via the method indicated therein.

*/s/ Rocco I. Debitetto*
*One of the Attorneys for GACP Finance Co., LLC*

In re:  **Murray Energy Holdings Co.,** *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO MURRAY METALLURIGCAL COAL HOLDINGS, LLC | ALLEN STOVALL NEUMAN FISHER & ASHTON LLP | ATTN: THOMAS R. ALLEN, RICHARD K. STOVALL, JAMES A. COUTINHO, MATTHEW M. ZOFCHAK | 17 SOUTH HIGH STREET | SUITE 1220 | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO STATE OF OHIO, OHIO ENVIRONMENTAL PROTECTION AGENCY ("OHIO EPA") AND THE OHIO DEPARTMENT OF NATURAL RESOURCES ("ODNR") | ATTORNEY GENERAL OF OHIO | ATTN: MICHAEL E. IDZKOWSKI AND TIMOTHY J. KERN, ASSISTANT ATTORNEY GENERAL | ENVIRONMENTAL ENFORCEMENT SECTION | 30 E. BROAD STREET, 25TH FLOOR | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO ALLIANCE CONSULTING, INC. | BAILES, CRAIG, YON & SELLARDS, PLLC | ATTN: DANIEL T. YON, ESQ. | 401 10TH STREET SUITE 500, THE ST. JAMES BUILDING | P.O. BOX 1926 | HUNTINGTON | WV | 25720-1926 | E-mail |
| COUNSEL TO UMWA 1974 PENSION PLAN, UMWA 1992 BENEFIT PLAN, 1993 BENEFIT PLAN, UMWA 1988 CASH DEFERRED SAVINGS PLAN, AND UMWA COMBINED BENEFIT FUND | BAILEY CAVALIERI LLC | ATTN: NICK V. CAVALIERI & MATTHEW T. SCHAEFFER | 10 WEST BROAD STREET | SUITE 2100 | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO UMWA 1974 PENSION PLAN, UMWA 1992 BENEFIT PLAN, 1993 BENEFIT PLAN, UMWA 1988 CASH DEFERRED SAVINGS PLAN, AND UMWA COMBINED BENEFIT FUND | BAILEY CAVALIERI LLC | ATTN: ROBERT B. BERNER | 1250 KETTERING TOWER | | DAYTON | OH | 45423 | E-mail |
| COUNSEL TO FORESIGHT ENERGY GP LLC AND FORESIGHT ENERGY LP | BAKER & HOSTETLER LLP | ATTN: ALEXIS C. BEACHDELL, ESQ. | KEY TOWER | 127 PUBLIC SQUARE, SUITE 2000 | CLEVELAND | OH | 44114-1214 | E-mail |
| COUNSEL TO THE U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE ("U.S. BANK") | BARNES & THORNBURG LLP | ATTN: ROBERT C. FOLLAND AND KYLE R. GERLACH | 41 SOUTH HIGH STREET | SUITE 3300 | COLUMBUS | OH | 43215-6104 | E-mail |
| COUNSEL TO NATIONS EQUIPMENT FINANCE | BARNES & THORNBURG LLP | ATTN: ROBERT C. FOLLAND, ESQ., CHRISTOPHER S. BAXTER, ESQ. | 41 SOUTH HIGH STREET | SUITE 3300 | COLUMBUS | OH | 43215-6104 | E-mail |
| COUNSEL TO NATIONS FUND I, LLC | BARNES & THORNBURG LLP | ATTN: ROBERT C. FOLLAND, ESQ., CHRISTOPHER S. BAXTER, ESQ. | 41 SOUTH HIGH STREET | SUITE 3300 | COLUMBUS | OH | 43215-6104 | E-mail |
| COUNSEL TO ROBERT J. KEACH, THE FEE EXAMINER | BERNSTEIN, SHUR, SAWYER & NELSON, P.A. | ATTN: ROBERT J. KEACH, ROMA N. DESAI | 100 MIDDLE STREET | P.O. BOX 9729 | PORTLAND | ME | 04104-5029 | E-mail |
| COUNSEL TO CONSOL ENERGY INC. | BERNSTEIN-BURKLEY, P.C. | ATTN: HARRY W. GREENFIELD, ESQ., JEFFREY C. TOOLE, ESQ. | 600 SUPERIOR AVENUE EAST | FIFTH THIRD BUILDING, SUITE 1300 | CLEVELAND | OH | 44114 | E-mail |
| COUNSEL TO LAUREL AGGREGATES OF DELAWAR, LLC, CONSOL ENERGY, INC AND ITS SUBSIDIARIES | BERNSTEIN-BURKLEY, P.C. | ATTN: JOHN J. RICHARDSON, KIRK B. BURKLEY, AND ARTHUR W. ZAMOSKY | 707 GRANT STREET, SUITE 2200 | | PITTSBURGH | PA | 15219 | E-mail |
| COUNSEL TO WAYNE'S WATER & WELLS, INC. | BRYAN & BREWER, LLC | ATTN: LEE M. BREWER, JONATHAN M. BRYAN | 355 E. CAMPUS VIEW BLVD | SUITE 100 | COLUMBUS | OH | 43235 | E-mail |
| COUNSEL TO THE HUNTINGTON NATIONAL BANK | BUCHANAN INGERSOLL & ROONEY PC | ATTN: TIMOTHY P. PALMER | UNION TRUST BUILDING | 501 GRANT STREET, SUITE 200 | PITTSBURGH | PA | 15219-1410 | E-mail |

In re:  **Murray Energy Holdings Co.,** *et al.*
Master Service List
Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO EQM OLYMPUS MIDSTREAM, LLC, MOUNTAIN VALLEY PIPELINE, LLC, EQM POSEIDON MIDSTREAM, LLC, EQUITRANS, LP, EQUITRANS MIDSTREAM CORPORATION | BURNS WHITE LLC | ATTN: WILLIAM M. BUCHANAN, GILDA M. ARROYO AND KOURTNEY E. DOMAN | BURNS WHITE CENTER | 48 26TH STREET | PITTSBURGH | PA | 15222 | E-mail |
| COUNSEL TO OHIO MACHINERY CO., WHAYNE SUPPLY COMPANY, CECIL I. WALKER MACHINERY COMPANY, JOHN FABICK TRACTOR COMPANY, FABICK MINING INC., SAVAGE SERVICES CORPORATION AND ENVIROSERVE, INC. | CARPENTER LIPPS & LELAND LLP | ATTN: DAVID A. BECK | 280 NORTH HIGH STREET, SUITE 1300 | | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO ARGONAUT INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: SCOTT A. ZUBER, ESQ | ONE BOLAND DRIVE | | WEST ORANGE | NJ | 07052 | E-mail |
| COUNSEL TO CHRISTY MACHINE, INC., HOWARD L. WILSON AND TARA P. WILSON AND HERMAN MORRIS | COHEN, TODD, KITE & STANFORD, LLC | ATTN: RICHARD D. NELSON AND NICOLAS A. ZUCCARELLI | 250 EAST FIFTH STREET | SUITE 2350 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS), DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY COLLECTIONS SUPPORT UNIT | ATTN: RYAN STARNOWSKY | 651 BOAS STREET, ROOM 925 | | HARRISBURG | PA | 17121 | E-mail |
| COUNSEL TO OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES, DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY | ATTN: DEB SECREST | COLLECTIONS SUPPORT UNIT | 651 BOAS STREET, ROOM 925 | HARRISBURG | PA | 17121 | E-mail |
| CO-COUNSEL FOR CREDITOR UNITED MINE WORKERS OF AMERICA ("UMWA") | COOK & LOGOTHETIS, LLC | ATTN: DAVID M. COOK & BENNETT P. ALLEN | 30 GARFIELD PLACE | SUITE 540 | CINCINNATI | OH | 45202 | E-mail |
| CO-COUNSEL TO AD HOC GROUP OF SUPERPRIORITY TERM LENDERS AND DIP TERM LENDERS | DAVIS POLK & WARDELL LLP | ATTN: DAMIAN SCHAIBLE, DAVID ZILBERGERG, ADAM SHPEEN, DANIEL RUDEWICZ, JAMES I. MCCLAMMY & MILES CHRISTIAN BABIN | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | E-mail |
| PROPOSED LOCAL COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | DINSMORE & SHOHL LLP | ATTN: KIM MARTIN LEWIS & ALEXANDRA S HORWITZ | 255 EAST FIFTH STREET | SUITE 1900 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO U.S. BANK NATIONAL ASSOCIATION, AS COLLATERAL TRUSTEE | DORSEY & WHITNEY (DELAWARE) LLP | ATTN: ERIC LOPEZ SCHNABEL AND ALESSANDRA GLORIOSO | 300 DELAWARE AVENUE | SUITE 1010 | WILMINGTON | DE | 19801 | E-mail |
| COUNSEL TO US BANK NATIONAL ASSOCIATION AS COLLATERAL TRUSTEE | DORSEY & WHITNEY LLP | ATTN: MARK JUTSEN ESQ, ERIC LOPEZ SCHNABEL ESQ., ALESSANDRA GLORIOSO, ESQ. | 51 WEST 52ND STREET | | NEW YORK | NY | 10019 | E-mail |

In re:  **Murray Energy Holdings Co.,** *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO DELAWARE TRUST COMPANY | DRINKER BIDDLE & REATH LLP | ATTN: JAMES MILLAR, ESQ. | 1177 AVENUE OF THE AMERICAS | 41ST FLOOR | NEW YORK | NY | 10036-2714 | E-mail |
| COUNSEL TO DELAWARE TRUST COMPANY | DRINKER BIDDLE & REATH LLP | ATTN: MARITA S. ERBECK, ESQ. | 600 CAMPUS DR. | | FLORHAM PARK | NJ | 07932-1047 | E-mail |
| COUNSEL TO DELAWARE TRUST COMPANY | DRINKER BIDDLE & REATH LLP | ATTN: MICHELLE Y. FRANCOIS, ESQ. | 1500 K STREET, N.W. | SUITE 1100 | WASHINGTON | DC | 20005-1209 | E-mail |
| COUNSEL TO THE COMMONWEALTH OF KENTUCKY, ENERGY AND ENVIRONMENT CABINET | ENERGY AND ENVIRONMENT CABINET | ATTN: LENA K. SEWARD, TIMOTHY J. MAYER | OFFICE OF LEGAL SERVICES | 300 SOWER BLVD., 3RD FLOOR | FRANKFORT | KY | 40601 | E-mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 1445 ROSS AVENUE | SUITE 1200 | DALLAS | TX | 75202-2733 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 1595 WYNKOOP ST. | 1595 WYNKOOP ST. | DENVER | CO | 80202-1129 | E-mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 (DC, DE, MD, PA, VA, WV) | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103-2029 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 5 (IL, IN, MI, MN, OH, WI) | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 77 WEST JACKSON BOULEVARD | | CHICAGO | IL | 60604-3507 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | ATLANTA FEDERAL CENTER | 61 FORSYTH STREET | ATLANTA | GA | 30303-3104 | U.S. Mail |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY - HEADQUARTERS | ENVIRONMENTAL PROTECTION AGENCY | ATTN: OFFICE OF GENERAL COUNSEL 2310A | 1200 PENNSYLVANIA AVENUE NW | | WASHINGTON | DC | 20045 | U.S. Mail |
| CO-COUNSEL TO AD HOC GROUP OF SUPERPRIORITY TERM LENDERS AND DIP TERM LENDERS AND TO GLAS TRUST COMPANY LLC, AS PREPETITION SUPERPRIORITY AGENT, GLAS USA LLC, AS DIP ADMINISTRATIVE AGENT, AND GLAS AMERICAS LLC, AS DIP COLLATERAL AGENT, AND COUNSEL TO GACP FINANCE CO., LLC ("GACP"), AS PREPETITION FILO LENDER AND DIP FILO LENDER | FROST BROWN TODD LLC | ATTN: DOUGLAS L. LUTZ, A.J. WEBB, BRYAN J. K. SISTO, RONALD E. GOLD & ERIN P. SEVERINI | 3300 GREAT AMERICAN TOWER | 301 EAST FOURTH STREET | CINCINNATI | OH | 45202 | E-mail |
| GLAS TRUST COMPANY LLC AS ADMINISTRATIVE AGENT - SUPERPRIORITY TERM LOAN (B-2/ B-3) AND TERM LOAN (B-2/ B-3) | GLAS TRUST COMPANY LLC AS ADMINISTRATIVE AGENT | ATTN: MARTIN REED VICE PRESIDENT | 125 HALF MILE ROAD SUITE 200 | | RED BANK | NJ | 07701 | E-mail |
| COUNSEL TO JETSON MITCHELL AND SHERMAN RIDER | GOLDENBERG HELLER & ANTOGNOLI, P.C. | ATTN: JOEL A. KUNIN | P.O. BOX 959 | 2227 SOUTH STATE ROUTE 157 | EDWARDSVILLE | IL | 62025 | E-mail |
| GOLDMAN SACHS BANK USA AS AGENT - ABL RCF (REVOLVER) / FILO ASSET BASED TL | GOLDMAN SACHS BANK (USA) | ATTN: DOUGLAS TANSEY & DANA HORAN | 200 WEST STREET | | NEW YORK | NY | 10282-2198 | E-mail |

In re:  Murray Energy Holdings Co., *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS BANK USA AS AGENT - ABL RCF (REVOLVER) / FILO ASSET BASED TL | GOLDMAN SACHS BANK (USA) | ATTN: PRESIDENT OR GENERAL COUNSEL | 2001 ROSS AVENUE 29TH FLOOR | | DALLAS | TX | 75201 | E-mail |
| COUNSEL TO PNC EQUIPMENT FINANCE, LLC ("PNC") | GRAYDON HEAD & RITCHEY LLP | ATTN: JEFFREY M. HENDRICKS | 312 WALNUT STREET | SUITE 1800 | CINCINNATI | OH | 45202-4060 | E-mail |
| COUNSEL TO LAUREL AGGREGATES OF DELAWAR, LLC | HAHN LOESER & PARKS LLP | ATTN: CHRISTOPHER B. WICK | 200 PUBLIC SQUARE, SUITE 2800 | | CLEVELAND | OH | 44114 | E-mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF RETIREES | HEALY BLOCK LLC | ATTN: MICHAEL J. HEALY | 247 FORT PITT BOULEVARD, 4TH FLOOR | | PITTSBURGH | PA | 15222 | E-mail |
| COUNSEL TO COASTAL DRILLING EAST, LLC | HENDERSON, COVINGTON, MESSENGER, NEWMAN & THOMAS CO., L.P.A. | ATTN: RICHARD J. THOMAS | 6 FEDERAL PLAZA CENTRAL | SUITE 1300 | YOUNGSTOWN | OH | 44503 | E-mail |
| COUNSEL TO DAVID STANLEY CONSULTANTS LLC | HERNDON, MORTON, HERNDON & YAEGER | ATTN: HOLLY S. PLANINSIC | 83 EDGINGTON LANE | | WHEELING | WV | 26003 | E-mail |
| COUNSEL TO BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. ("BDCF") | ICE MILLER LLP | ATTN: TYSON A. CRIST | 250 WEST STREET | SUITE 700 | COLUMBUS | OH | 43215 | E-mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 2970 MARKET ST | MAIL STOP 5-Q30.133 | PHILADELPHIA | PA | 19104-5016 | U.S. Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | U.S. Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | INSOLVENCY GROUP 6 | 1240 EAST NINTH ST | ROOM 493 | CLEVELAND | OH | 44199 | U.S. Mail |
| COUNSEL TO GMS MINE REPAIR & MAINTENANCEINC. AND PIONEER CONVEYOR LLC | ISAAC WILES BURKHOLDER & TEETOR, LLC | ATTN: DAVID M. WHITTAKER AND PHILIP K. STOVALL | TWO MIRANOVA PLACE, SUITE 700 | | COLUMBUS | OH | 43125 | E-mail |
| COUNSEL TO CONSOL ENERGY INC. AND ITS SUBSIDIARIES | JENNER & BLOCK LLP | ATTN: CATHERINE L. STEEGE, MELISSA M. ROOT | 353 N. CLARK STREET | | CHICAGO | IL | 60654 | E-mail |
| COUNSEL TO CRUCIBLE, LLC D/B/A TASSCO | JONES WALKER LLP | ATTN: C. ELLIS BRAZEAL III | 420 20TH STREET NORTH | SUITE 1100 | BIRMINGHAM | AL | 35203 | E-mail |
| COUNSEL TO LIGHTSTONE GENERATION, LLC AND GAVIN POWER | KATTEN MUCHIN ROSENMAN LLP | ATTN: PETER SIDDIQUI | 525 W. MONROE STREET | | CHICAGO | IL | 60661 | E-mail |
| COUNSEL TO LIGHTSTONE GENERATION, LLC AND GAVIN POWER | KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, SHAYA ROCHESTER | 575 MADISON AVENUE | | NEW YORK | NY | 10022-2585 | E-mail |
| COUNSEL TO CINTAS CORPORATION ("CINTAS") | KEATING MUETHING & KLEKAMP PLL | ATTN: JASON V. STITT | ONE EAST FOURTH STREET | SUITE 1400 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. ("BDCF") | KEATING MUETHING & KLEKAMP PLL | ATTN: ROBERT G. SANKER & JOSEPH E. LEHNERT | ONE EAST FOURTH STREET | SUITE 1400 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO ARGONAUT INSURANCE COMPANY | KEGLER, BROWN, HILL & RITTER CO., LPA | ATTN: KENNETH R. COOKSON | 65 E. STATE STREET | SUITE 1800 | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO LIGHTSTONE GENERATION, LLC AND GAVIN POWER | KINDLE ENERGY LLC | ATTN: ELIZABETH QUIRK-HENDRY | 500 ALEXANDER PARK, SUITE 300 | | PRINCETON | NJ | 08540 | E-mail |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: MICHAEL P. ESSER, JOY M. DINEO | 555 CALIFORNIA STREET | | SAN FRANCISCO | CA | 94104 | E-mail |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: NICOLE L GREENBLATT & MARK MCKANE | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | E-mail |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP | ATTN: ROSS M KWASTENIET & JOSEPH M GRAHAM | 300 NORTH LASALLE | | CHICAGO | IL | 60654 | E-mail |

In re: **Murray Energy Holdings Co.,** *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO MATTHEW R. CARTIER | KLIE LAW OFFICES, PLLC | ATTN: ERIKA KLIE KOLENICH | 85 W. MAIN STREET | | BUCKHANNON | WV | 26201 | E-mail |
| COUNSEL TO BANC OF AMERICA LEASING & CAPTIAL, LLC | KOHNER, MANN & KAILAS, S.C. | ATTN: ERIC R. VON HELMS | 4650 NORTH PORT WASHINGTON ROAD, 2ND FLOOR | | MILWAUKEE | WI | 53212 | E-mail |
| COUNSEL TO SECOND LIEN AD HOC GROUP | KRAMER LEVIN | ATTN: ANUPAMA YERRAMALLI | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | U.S. Mail |
| COUNSEL TO PREPETITION ABL AGENT AND DIP ABL AGENT | LATHAM & WATKINS LLP | ATTN: RICHARD LEVY, VIK PURI & JAMES KTSANES | 330 NORTH WABASH AVENUE | SUITE 2800 | CHICAGO | IL | 60611 | E-mail |
| COUNSEL TO THE CREDITORS OF POOL TRUST-BETTY POOL ETAL TRUSTEES AND JOHN W & BETTY J. POOL TRUST | LAW OFFICE OF BRADLEY OLSON | ATTN: BRADLEY P. OLSON | 101 E. DEYOUNG | | MARION | IL | 62959 | U.S. Mail |
| COUNSEL TO FUCHS LUBRICANTS CO. | LEVENFELD PEARLSTEIN, LLC | ATTN: HAROLD D. ISRAEL | 2 NORTH LASALLE ST SUITE 1300 | | CHICAGO | IL | 60602 | E-mail |
| COUNSEL TO ACE WELDING, INC | LITTLE, SHEETS & BARR, LLP | ATTN: MICHAEL L. BARR | 211-213 EAST SECOND STREET | P.O. BOX 686 | POMEROY | OH | 45769 | E-mail |
| CO-COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS OF MURRAY METALLURGICAL COAL HOLDINGS, LLC | LOWENSTEIN SANDLER LLP | ATTN: JENNIFER B. KIMBLE, JEFFREY L. COHEN | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | E-mail |
| COUNSEL TO TRIAD ENGINEERING, INC. AND ANDERSON EXCAVATING, LLC | LUPER, NEIDENTHAL & LOGAN, LPA | ATTN: KENNETH M. RICHARDS | 1160 DUBLIN ROAD, SUITE 400 | | COLUMBUS | OH | 43125 | E-mail |
| COUNSEL TO JAVELIN GLOBAL COMMODITIES HOLDINGS LLP | MCDONALD HOPKINS LLC | ATTN: MARIA G. CARR, MICHAEL J. KACZKA, SEAN D. MALLOY | 600 SUPERIOR AVENUE, E. | SUITE 2100 | CLEVELAND | OH | 44114 | E-mail |
| COUNSEL TO COLUMBIA GAS TRANSMISSION, LLC | MCDONALD HOPKINS LLC | ATTN: SCOTT N. OPINCAR, RICHARD W. CLINE | 600 SUPERIOR AVENUE, E. | SUITE 2100 | CLEVELAND | OH | 44114 | E-mail |
| COUNSEL TO CAPITAL ONE, NATIONAL ASSOCIATION | MCGLINCHEY STAFFORD, PLLC | ATTN: JAMES W. SANDY | 3401 TUTTLE RD. | SUITE 200 | CLEVELAND | OH | 44112 | E-mail |
| COUNSEL TO ALL POINTS CAPITAL CORPORATION T/A CAPITAL ONE EQUIPMENT LEASING & FINANCING | MCGLINCHEY STAFFORD, PLLC | ATTN: JAMES W. SANDY | 3401 TUTTLE RD. | SUITE 200 | CLEVELAND | OH | 44112 | E-mail |
| COUNSEL TO COASTAL DRILLING EAST, LLC | METZ LEWIS BRODMAN MUST O'KEEFE LLC | ATTN: JOHN R. O'KEEFE, JR., ESQ. | 535 SMITHFIELD STREET | SUITE 800 | PITTSBURGH | PA | 15222 | E-mail |
| COUNSEL TO UMWA 1974 PENSION PLAN, UMWA 1992 BENEFIT PLAN, 1993 BENEFIT PLAN, UMWA 1988 CASH DEFERRED SAVINGS PLAN, AND UMWA COMBINED BENEFIT FUND | MOONEY, GREEN, SAINDON, MURPHY & WELCH, P.C. | ATTN: PAUL A. GREEN, JOHN R. MOONEY, DIANA M. BARDES | 1920 L STREET, N.W. | SUITE 400 | WASHINGTON | DC | 20036 | E-mail |
| COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | MORRISON & FOERSTER LLP | ATTN: DIMITRA DOUFEKIAS | 2000 PENNSYLVANIA AVENUE, NW | SUITE 6000 | WASHINGTON | DC | 20006-1888 | E-mail |
| COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, TODD GOREN, JENNIFER MARINES, ERICA RICHARDS, BENJAMIN BUTTERFIELD, ALLISON B. SELICK | 250 WEST 55TH STREET | | NEW YORK | NY | 10019-9601 | E-mail |

In re:  Murray Energy Holdings Co., *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION AS COLLATERAL TRUSTEE | MURRAY ENERGY CORPORATE TRUST ADMINISTRATOR | ATTN: JOSHUA HAHN | 60 LIVINGSTON AVENUE | EP-MN-WS3C | ST PAUL | MN | 55107-2292 | U.S. Mail |
| DEBTORS | MURRAY ENERGY CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL | 46226 NATIONAL ROAD | | ST. CLAIRSVILLE | OH | 43950 | U.S. Mail |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR | | WASHINGTON | DC | 20036 | E-mail |
| COUNSEL TO DANIEL M. MCDERMOTT, UNITED STATES TRUSTEE FOR REGION 9 | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: BENJAMIN A. SALES & MONICA V. KINDT | UNITED STATES DEPARTMENT OF JUSTICE | 550 MAIN STREET, SUITE 4-812 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO DANIEL M. MCDERMOTT, UNITED STATES TRUSTEE FOR REGION 9 | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEREMY SHANE FLANNERY | 170 NORTH HIGH STREET | SUITE 200 | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO JAVELIN GLOBAL COMMODITIES HOLDINGS LLP | PAUL HASTINGS LLP | ATTN: PEDRO A. JIMENEZ & IRENA M. GOLDSTEIN | 200 PARK AVENUE | | NEW YORK | NY | 10166 | E-mail |
| PENSION BENEFIT GUARANTEE CORPORATION | PENSION BENEFIT GUARANTEE CORPORATION | ATTN: BRUCE PERLIN | 1200 K STREET NW | | WASHINGTON | DC | 20005 | E-mail |
| COUNSEL TO CB MINING INC. AND CLEVELAND BROTHERS EQUIPMENT CO. INC. | PEPPER HAMILTON LLP | ATTN: HENRY J. JAFFE, ESQUIRE | HERCULES PLAZA, SUITE 5100 | 1313 MARKET STREET, P.O. BOX 1709 | WILMINGTON | DE | 19899-1709 | E-mail |
| COUNSEL TO RM WILSON CO., INC. | PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC | ATTN: JEFFERY D. KAISER, ESQ. | 61 FOURTEENTH STREET | | WHEELING | WV | 26003 | E-mail |
| COUNSEL TO H.R. LEWIS AND E.D. LEWIS | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | ATTN: RICHARD J. PARKS | 7 WEST STATE STREET, SUITE 100 | | SHARON | PA | 16146 | E-mail |
| CLAIMS AGENT | PRIME CLERK LLC | ATTN: JORDAN SEARLES | 60 EAST 42ND STREET | SUITE 1440 | NEW YORK | NY | 10165 | E-mail |
| COUNSEL FOR CROWN PRODUCTS & SERVICES, LLC | REINHART BOERNER VAN DEUREN S.C. | ATTN: MICHAEL D. JANKOWSKI | 1000 NORTH WATER STREET, SUITE 1700 | P.O. BOX 2965 | MILWAUKEE | WI | 53201-2965 | E-mail |
| COUNSEL TO THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP | ATTN: CURTIS PLAZA, PARTNER | HEADQUARTERS PLAZA | ONE SPEEDWELL AVENUE | MORRISTOWN | NJ | 07962-1981 | E-mail |
| COUNSEL TO US BANK NATIONAL ASSOCIATION AS COLLATERAL TRUSTEE | RIKER DANZIG SCHERER HYLAND PERRETTI LLP | ATTN: CURTIS PLAZA, MARIA DANTAS & TARA SCHELLHORN | ONE SPEEDWELL AVENUE | | MORRISTOWN | NJ | 07962-1981 | E-mail |
| COUNSEL TO BLACK DIAMOND COMMERCIAL FINANCE, L.L.C. ("BDCF") | ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER SAUBER LLP | ATTN: LAWRENCE S. ROBBINS, KATHRYN S. ZECCA, ARIEL N. LAVINBUK, WILLIAM J. TRUNK, JACK A. HERMAN | 2000 K STREET, NW | 4TH FLOOR | WASHINGTON | DC | 20006 | E-mail |
| COUNSEL TO DEUTSCHE LEASING USA, INC. | ROBBINS, SALOMON & PATT, LTD. | ATTN: VINCENT T. BORST | 180 NORTH LASALLE STREET | SUITE 3300 | CHICAGO | IL | 60601 | E-mail |
| COUNSEL TO ILLINOIS MINE SUBSIDENCE INSURANCE FUND | ROLFES HENRY CO., LPA | ATTN: JAMES P. NOLAN, II, MIRANDA R. POWELL, REBECCA J. JOHNSON | 600 VINE STREET | SUITE 2600 | CINCINNATI | OH | 45202 | E-mail |
| COUNSEL TO TERM LOAN BORROWERS AND TERM LOAN AGENT | ROPES & GRAY LLP | ATTN: GREGG M GALARDY | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | E-mail |
| COUNSEL TO UNITED MINE WORKERS OF AMERICA | RUMBERGER, KIRK & CALDWELL, P.C. | ATTN: FREDERICK D. CLARKE III AND R. SCOTT WILLIAMS | 2001 PARK PLACE NORTH | SUITE 1300 | BIRMINGHAM | AL | 35203 | E-mail |

In re: Murray Energy Holdings Co., *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| SEAFARERS INTERNATIONAL UNION | SEAFARERS INTERNATIONAL UNION | ATTN PRESIDENT OR GENERAL COUNSEL | 2604 SOUTH FOURTH STREET | | PHILADELPHIA | PA | 19148 | U.S. Mail |
| SEAFARERS INTERNATIONAL UNION | SEAFARERS INTERNATIONAL UNION OF N | ATTN SEAFARERS UNION CONTROLLER | 5201 AUTH WAY | | CAMP SPRINGS | MD | 20746 | U.S. Mail |
| SEAFARERS INTERNATIONAL UNION | SEAFARERS JOINT EMPLOYMENT FUND | ATTN PRESIDENT OR GENERAL COUNSEL | MANPOWER MONITORING SYSTEM | 5201 AUTH WAY | CAMP SPRINGS | MD | 20746 | U.S. Mail |
| SEAFARERS INTERNATIONAL UNION | SEAFARERS MONEY PURCH PENSION PLAN | ATTN PRESIDENT OR GENERAL COUNSEL | MANPOWER MONITORING SYSTEM | 5201 AUTH WAY | CAMP SPRINGS | MD | 20746 | U.S. Mail |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | E-mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | E-mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | E-mail |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS"), AS SUCCESSOR INDENTURE TRUSTEE FOR THE 11.25% SENIOR SECURED NOTES | SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, GREGG BATEMAN, CATHERINE V. LOTEMPIO | ONE BATTERY PARK PLAZA | | NEW YORK | NY | 10004 | E-mail |
| COUNSEL TO GACP FINANCE CO., LLC ("GACP"), AS PREPETITION FILO LENDER AND DIP FILO LENDER | SIDLEY AUSTIN LLP | ATTN: JENNIFER C. HAGLE & ANNA GUMPORT | 555 WEST FIFTH STREET, SUITE 4000 | | LOS ANGELES | CA | 90013 | E-mail |
| COUNSEL TO GACP FINANCE CO., LLC ("GACP"), AS PREPETITION FILO LENDER AND DIP FILO LENDER | SIDLEY AUSTIN LLP | ATTN: LESLIE A. PLASKON | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | E-mail |
| COUNSEL TO VULCAN MATERIALS COMPANY | SOTTILE & BARILE | ATTN: JON J. LIEBERMAN | 394 WARDS CORNER ROAD | SUITE 180 | LOVELAND | OH | 45140 | E-mail |
| STATE ATTORNEY GENERAL OF WYOMING | STATE ATTORNEY GENERAL OF WYOMING | ATTN: BANKRUPTCY DEPARTMENT | KENDRICK BUILIDNG | 2320 CAPITAL AVENUE | CHEYENNE | WY | 82002 | U.S. Mail |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - ALABAMA | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | 1400 COLISEUM BOULEVARD | | MONTGOMERY | AL | 36110-2400 | U.S. Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - COLORADO | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN: MARTHA RUDOLPH | 4300 CHERRY CREEK DRIVE SOUTH | | DENVER | CO | 80246-1530 | U.S. Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG | 820 N FRENCH ST | WILMINGTON | DE | 19801 | E-mail |

In re: Murray Energy Holdings Co., *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY - DELAWARE | STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | ATTN: BANKRUPTCY DEPARTMENT | 89 KINGS HWY | | DOVER | DE | 19901 | U.S. Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | E-mail |
| ENVIRONMENTAL PROTECTION AGENCY - ILLIONIS | STATE OF ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | 1021 NORTH GRAND AVENUE EAST | P.O. BOX 19276 | SPRINGFIELD | IL | 62794-9276 | U.S. Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - KENTUCKY | STATE OF KENTUCKY ENERGY AND ENVIRONMENT CABINET | ATTN: BANKRUPTCY DEPARTMENT | 500 MERO STREET | 5TH FLOOR | FRANKFORT | KY | 40601 | U.S. Mail |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - OHIO | STATE OF OHIO ENVIROMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 1049 | | COLUMBUS | OH | 43216-1049 | U.S. Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - OKLAHOMA | STATE OF OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT | 707 N ROBINSON | | OKLAHOMA CITY | OK | 73102 | U.S. Mail |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - PENNSYLVANIA | STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT | RACHEL CARSON STATE OFFICE BUILDING | 400 MARKET STREET | HARRISBURG | PA | 17101 | U.S. Mail |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | E-mail |
| ENVIRONMENTAL PROTECTION AGENCY - UTAH | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT | 195 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84116 | U.S. Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | E-mail |
| ENVIRONMENTAL PROTECTION AGENCY - WEST VIRGINIA | STATE OF WV DEPARTMENT OF ENVIROMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT | MELINDA S CAMBELL CHIEF | 601 57TH STREET SE | CHARLESTON | WV | 25304 | U.S. Mail |
| ENVIRONMENTAL PROTECTION AGENCY - WYOMING | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | 122 W 25TH ST | HERSCHLER BUILDING | CHEYENNE | WY | 82002 | U.S. Mail |
| COUNSEL TO UMWA 1974 PENSION PLAN, UMWA 1992 BENEFIT PLAN, 1993 BENEFIT PLAN, UMWA 1988 CASH DEFERRED SAVINGS PLAN, AND UMWA COMBINED BENEFIT FUND | STEPTOE & JOHNSON LLP | ATTN: FILIBERTO AGUSTI AND JOSHUA TAYLOR | 1330 CONNECTICUT AVENUE, NW | | WASHINGTON | DC | 20036 | E-mail |

In re:  **Murray Energy Holdings Co.,** *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CB MINING INC. AND CLEVELAND BROTHERS EQUIPMENT CO. INC. | STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA | ATTN: MYRON N. TERLECKY | 575 SOUTH THIRD STREET | | COLUMBUS | OH | 43215 | E-mail |
| COUNSEL TO LORD SECURITIES CORPORATION | SULLIVAN & WORCESTER LLP | ATTN: AMY A. ZUCCARELLO | ONE POST OFFICE SQUARE | | BOSTON | MA | 02109 | E-mail |
| COUNSEL TO ROBERT J. KEACH, THE FEE EXAMINER | TAFT, STETTINIUS & HOLLISTER, LLP | ATTN: BRUCE J.L. LOWE | 200 PUBLIC SQUARE, SUITE 3500 | | CLEVELAND | OH | 44114 | E-mail |
| THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE | THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE | ATTN: BETH SLABY, VICE PRESIDENT BNY MELLON CORPORATE TRUST | DEFAULT ADMINISTRATION GROUP | 500 ROSS ST 12TH FLOOR | PITTSBURGH | PA | 15262 | U.S. Mail |
| THE BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEE | THE BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEE | ATTN: ELIZABETH SLABY | CORPORATE TRUST DEFAULT ADMINISTRATION GROUP | 500 ROSS ST 12TH FLOOR | PITTSBURGH | PA | 15262 | U.S. Mail |
| THE BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEE | THE BANK OF NEW YORK MELLON TRUST COMPANY NA AS INDENTURE TRUSTEE | ATTN: RENEE MARON | 2 NORTH LASALLE ST SUITE 1020 | | CHICAGO | IL | 60602 | U.S. Mail |
| COUNSEL TO DYNEGY COMMERCIAL ASSET MANAGEMENT, LLC | THE BRAME LAW FIRM PLLC | ATTN: FRANK C. BRAME | 3333 LEE PARKWAY | SUITE 600 | DALLAS | TX | 75219 | E-mail |
| COUNSEL TO THE STATE OF OHIO, BUREAU OF WORKERS' COMPENSATION | THE LAW OFFICE OF CHARLES MIFSUD, LLC | ATTN: BRIAN M. GIANANGELI | 6305 EMERALD PARKWAY | | DUBLIN | OH | 43016 | U.S. Mail |
| COUNSEL TO LEAF CAPITAL FUNDING, LLC, SOUTH CENTRAL POWER COMPANY,CERALVO HOLDINGS, LLC, WESTERN MINERAL DEVELOPMENT, LLC AND THOROUGHBRED RESOURCES, L.P. | THOMPSON HINE LLP | ATTN: JONATHAN S. HAWKINS | DISCOVERY PLACE | 10050 INNOVATION DRIVE, SUITE 400 | MIAMISBURG | OH | 45342-4934 | E-mail |
| COUNSEL TO THERMO FISHER SCIENTIFIC AND MARGARET ANNE WICKLAND, IN HER CAPACITY AS TRUSTEE FOR AND BEHALF OF (I) AN IRREVOCABLE TRUST ESTABLISHED BY VIRGINIA A. TETRICK AS DONOR ON DECEMBER 23, 1974, (II) A REVOCABLE TRUST ESTABLISHED BY WILLIS G. TETRICK, JR., CATHERINE TETRICK SUTTON, AND MARGARET ANNE TETRICK AS SETTLORS ON AUGUST 23, 1985, AND GUY CORPORATION | TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK AND MICHAEL A. SHINER | 1500 ONE PPG PLACE | | PITTSBURGH | PA | 15222 | E-mail |
| COUNSEL ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT OF AGRICULTURE, DEPARTMENT OF INTERIOR, AND ARMY CORPS OF ENGINEERS, AND REQUESTS | U.S. DEPARTMENT OF JUSTICE | ATTN: MATTHEW INDRISANO, TRIAL ATTORNEY | ENVIRONMENTAL ENFORCEMENT SECTION, ENVIRONMENT AND NATURAL RESOURCES DIVISION | P.O. BOX 7611 | WASHINGTON | DC | 20044-7611 | E-mail |
| COUNSEL TO WELLS FARGO EQUIPMENT FINANCE, INC. | ULMER & BERNE LLP | ATTN: MICHAEL S. TUCKER | 1660 WEST 2ND STREET, SUITE 1100 | | CLEVELAND | OH | 44113-1448 | E-mail |

In re:  Murray Energy Holdings Co., *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO UNION PACIFIC RAILROAD COMPANY | UNION PACIFIC RAILROAD COMPANY | ATTN: TONYA W. CONLEY, LILA L. HOWE | 1400 DOUGLAS STREET | STOP 1580 | OMAHA | NE | 68179 | E-mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA | ATTN: COMPAC TREASURER | 18354 QUANTICO GATEWAY DRIVE SUITE | | TRIANGLE | VA | 22172-1779 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA | C/O UNITED MINE WORKERS OF AMERICA | ATTN: DENNIS ADAM FRYE | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA | C/O UNITED MINE WORKERS OF AMERICA | ATTN: KEVIN FAGAN | 18354 QUANTICO GATEWAY DRIVE, SUITE 200 | TRIANGLE | VA | 22172 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA | C/O UNITED MINE WORKERS OF AMERICA | ATTN: LAURA KARR | 18354 QUANTICO GATEWAY DRIVE, SUITE 200 | TRIANGLE | VA | 22172 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA | C/O UNITED MINE WORKERS OF AMERICA | ATTN: MICHAEL PHILLIPI | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA (UMWA) | 18354 QUANTICO GATEWAY DRIVE | SUITE 200 | | TRIANGLE | VA | 22171 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA (UMWA) | 1974 PENSION PLAN | 2121 K STREET, NW | | WASHINGTON | DC | 20037 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN | ATTN: COMPTROLLER | UMWA HEALTH & RETIREMENT FUNDS | 2121 K STREET, NW SUITE 350 | WASHINGTON | DC | 20037 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA INTERNATIONAL UNION | C/O UNITED MINE WORKERS OF AMERICA | ATTN: CHARLES F. DONNELLY | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA, DISTRICT 31 | C/O UNITED MINE WORKERS OF AMERICA | ATTN: CHARLES F. DONNELLY | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA, LOCAL UNION 1501 | C/O UNITED MINE WORKERS OF AMERICA | ATTN: CHARLES F. DONNELLY | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA, LOCAL UNION 1702 | C/O UNITED MINE WORKERS OF AMERICA | ATTN: CHARLES F. DONNELLY | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED MINE WORKERS OF AMERICA | UNITED MINE WORKERS OF AMERICA, LOCAL UNION 9909 | C/O UNITED MINE WORKERS OF AMERICA | ATTN: CHARLES F. DONNELLY | 310 GASTON AVENUE | FAIRMONT | WV | 26554 | U.S. Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF OHIO | UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF OHIO | ATTN: BENJAMIN C GLASSMAN | 303 MARCONI BOULEVARD | SUITE 200 | COLUMBUS | OH | 43215 | U.S. Mail |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | U.S. Mail |
| US BANK NATIONAL ASSOCIATION AS COLLATERAL TRUSTEE | US BANK NATIONAL ASSOCIATION AS COLLATERAL TRUSTEE | ATTN: RICK PROKOSCH | 60 LIVINGSTON AVENUE | EP-MN-WS3C | ST PAUL | MN | 55107-2292 | U.S. Mail |
| UNITED STATES ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE TAX DIVISION | CIVIL TRIAL SECTION NORTHERN REGION | P.O. BOX 55, BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | U.S. Mail |
| LOCAL COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: BRENDA K. BOWERS | 52 EAST GAY STREET | P.O. BOX 1008 | COLUMBUS | OH | 43216-1008 | E-mail |

In re:  **Murray Energy Holdings Co.,** *et al.*

Master Service List

Case No. 19-56885 (JEH)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STAT | POSTAL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| LOCAL COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: MELISSA S. GIBERSON | 52 EAST GAY STREET | P.O. BOX 1008 | COLUMBUS | OH | 43216-1008 | E-mail |
| LOCAL COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB | 52 EAST GAY STREET | P.O. BOX 1008 | COLUMBUS | OH | 43216-1008 | E-mail |
| LOCAL COUNSEL ON BEHALF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (THE "COMMITTEE") | VORYS, SATER, SEYMOUR AND PEASE LLP | ATTN: TIFFANY STRELOW COBB, BRENDA K. BOWERS, MELISSA S. GIBERSON | 52 EAST GAY STREET | P.O. BOX 1008 | COLUMBUS | OH | 43216-1008 | E-mail |
| COUNSEL TO KENTUCKY TRANSPORTATION CABINET | WALLACE BOGGS, PLLC | ATTN: JEFFREY C. SHIPP | 300 BUTTERMILK PIKE | SUITE 100 | FT. MITCHELL | KY | 41017 | E-mail |
| COUNSEL TO BELLAIRE HARBOR SERVICE, LLC | WHITMER & EHRMAN LLC | ATTN: JAMES W. EHRMAN, ROBERT M. STEFANCIN, ESQ. | 2344 CANAL ROAD, SUITE 401 | | CLEVELAND | OH | 44113-2535 | E-mail |
| CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MURRAY METALLURGICAL COAL HOLDINGS, LLC | WICKENS HERZER PANZA | ATTN: JOHN A. POLINKO, CHRISTOPHER W. PEER | 35765 CHESTER ROAD | | AVON | OH | 44011-1262 | E-mail |
| INTERESTED PARTY | WILLKIE FARR & GALLAGHER LLP | ATTN: BRIAN LENNON | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019-6099 | E-mail |
| CO-COUNSEL TO GLAS TRUST COMPANY LLC, AS PREPETITION SUPERPRIORITY AGENT, GLAS USA LLC, AS DIP ADMINISTRATIVE AGENT, AND GLAS AMERICAS LLC, AS DIP COLLATERAL AGENT, GLAS TRUST COMPANY LLC, AS ADMINISTRATIVE AGENT | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: ANDREW N. GOLDMAN BENJAMIN W. LOVELAND & SALVATORE M. DANIELE | 7 WORLD TRADE CENTER | 250 GREENWICH STREET | NEW YORK | NY | 10007 | E-mail |
| COUNSEL TO GLAS TRUST COMPANY LLC, AS ADMINSTRATIVE AGENT | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: BENJAMIN LOVELAND & CHRISTOPHER D. HAMPSON | 60 STATE STREET | | BOSTON | MA | 02109 | E-mail |
| COUNSEL TO GLAS TRUST COMPANY LLC, AS ADMINSTRATIVE AGENT | WILMER CUTLER PICKERING HALE AND DORR LLP | ATTN: CRAIG GOLDBLATT | 1875 PENNSYLVANIE AVENUE, NW | | WASHINGTON | DC | 20006 | E-mail |
| WILMINGTON SAVINGS FUND SOCIETY, FSB ("WSFS"), AS SUCCESSOR INDENTURE TRUSTEE FOR THE 11.25% SENIOR SECURED NOTES | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY | 500 DELAWARE AVENUE, 11TH FLOOR | P.O. BOX 957 | WILMINGTON | DE | 19899 | E-mail |
| COUNSEL TO OHIO MACHINERY CO., WHAYNE SUPPLY COMPANY, CECIL I. WALKER MACHINERY COMPANY, JOHN FABICK TRACTOR COMPANY, FABICK MINING INC., SAVAGE SERVICES CORPORATION AND ENVIROSERVE, INC. | WOLCOTT RIVERS GATES | ATTN: JOSHUA D. STIFF | 200 BENDIX ROAD, SUITE 300 | | VIRGINIA BEACH | VA | 23452 | E-mail |

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) | Case No. 19-56885 (JEH) |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL (REL. DOC. NO. ___)**

This matter came before the Court pursuant to the May 13, 2020, *Motion of GACP Finance*

*Co., LLC to File Certain Documents Under Seal* [Docket No. ___] (the "Motion").   Upon

consideration of the Motion, this Court finds that: (a) it has jurisdiction over the matters raised in

the Motion under 28 U.S.C. §§157 and 1334; (b) venue of this matter is proper under 28 U.S.C.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

§§1408 and 1409; (c) this matter is a core proceeding under 28 U.S.C. §157(b)(2); (d) adequate

and proper notice of the Motion has been given and no other or further notice is necessary under

the circumstances; (e) the Motion complies with the requirements of 11 U.S.C. §§ 105(a), 107(b)

and Bankruptcy Rule 9018; and (f) the information provided in the Motion states sufficient cause

for the Court to grant the relief requested therein.

Now, THEREFORE, in view of the foregoing FINDINGS, it is HEREBY ORDERED,

ADJUDGED, and DECREED as follows:

1.      The Motion is GRANTED as set forth herein.

2.      Unless otherwise defined or stated in this Order, all capitalized terms used but not

defined in this Order shall have the meanings ascribed to them in the Motion.

3.      The DIP FILO Lender shall redact information containing or constituting

Designated Material from any and all filings made in connection with the DIP Order Enforcement

Motion.

4.      If a filing includes reference to Designated Material, only that portion of the filing

that specifically includes reference to the Designated Material shall be redacted.

5.      If a document constituting Designated Material is filed with the Court, the DIP

FILO Lender shall include in any electronic filing a redaction with the word "REDACTED"

printed in place of the portion of the document constituting Designated Material.

6.      All documents filed in accordance with this Order shall first be filed electronically

in redacted form.  Within one (1) business day after the electronic filing of a redacted document,

the DIP FILO Lender shall provide the Clerk of the Court with both a paper form of the filing

along with a copy on an acceptable electronic medium in PDF format, accompanied by a paper

copy of this Order, or by such other means as the Court directs.  The complete, unredacted copy

of any document filed under seal in accordance with this Order will be deemed to have been filed

*nunc pro tunc* to the date of the electronic redacted filing.

7.      The DIP FILO Lender will provide an unredacted copy of the DIP Order

Enforcement Motion, the Louzan Declaration, and the Huygens Declaration to the Court and

counsel to each of (i) the Debtors, (ii) the Committee, (iii) the DIP Administrative Agent, (iv) the

DIP Collateral Agent, (v) the DIP Term Lenders (as defined in the Final DIP Order), and (v) Office

of the United States Trustee for Region 9.  All other parties entitled to service of any document

filed in accordance with this Order shall be served with a redacted copy of such filing, unless

otherwise authorized by a separate order of this Court.

8.      This Order shall be effective and enforceable immediately upon entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related

to the implementation of this Order.

10.     This Order is without prejudice to any requests to protect any documents or

information, including without limitation Designated Material, at or in connection with the DIP

Order Enforcement Hearing.

**IT IS SO ORDERED.**

# # #

Prepared and respectfully submitted by:

*/s/  Draft*
Rocco I. Debitetto (0073878)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2374
Facsimile:  (216) 241-2824
E-mail:  ridebitetto@hahnlaw.com

-and-

Jennifer C. Hagle (admitted *pro hac vice*)
Anna Gumport (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600
E-mail:  jhagle@sidley.com
E-mail:  agumport@sidley.com

Leslie A. Plaskon (admitted *pro hac vice*)
John J. Kuster (*pro hac vice* pending)
Andrew P. Propps (*pro hac vice* pending)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
E-mail:  jkuster@sidley.com
E-mail:  lplaskon@sidley.com
E-mail:  apropps@sidley.com

*Counsel for GACP Finance Co., LLC*

**Copies to: Default List and Master Service List**