Form a0ntrans
(Rev. 6/19)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

| | |
|---|---|
| In Re: Murray Energy Holdings Co. | Case No.: 2:19–bk–56885 |
| Debtor(s) | Chapter: 11 |
| SSN/TAX ID: 20–0100463 | Judge: John E. Hoffman Jr. |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 28, 2020, was filed on June 9, 2020. Pursuant to Bankruptcy Rule 9037 the following items may be redacted on the request of a party or nonparty filer:

1. the last four digits of the social security number and taxpayer– identification number;
2. the year of an individual's birth;
3. the names of minors, except for a minor's initials; and
4. financial account numbers, except the last four digits.

A request to redact any other information must be sought through a motion filed with the court and served upon all affected parties in accordance with the Bankruptcy Rules of Procedure and Local Rules of this bankruptcy court.

The following redaction deadlines apply to this transcript:

The parties have until June 16, 2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is June 30, 2020.

If a request for redaction is filed, the redacted transcript is due July 10, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is September 8, 2020 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Legal Electronic Recording – 5230 St. Clair Avenue, Cleveland, OH 44103 – (216) 881–8000 or you may view the document at the clerk's office public terminal.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: June 9, 2020

FOR THE COURT:
Richard B. Jones

Clerk, U.S. Bankruptcy Court

In addition to the individuals who received this Notice via the Notice of Electronic Filing, the following individuals were served by regular US Mail on: N/A.

By: Kimberly McDaniels, Deputy Clerk