**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) Case No. 19-56885 (JEH) |
|  | ) Judge John E. Hoffman, Jr. |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF NINTH MONTHLY FEE STATEMENT OF DINSMORE & SHOHL LLP
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FROM
JULY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| Name of Applicant: | Dinsmore & Shohl LLP |
| Applicant's Role in Case: | Counsel to the Debtors and Debtors in Possession |
| Date of Retention: | December 11, 2019 [Docket No. 398] |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2020 through July 31, 2020 |
| Total Fees: | $521,222.00 |
| Fees Requested in this Statement: | $469,099.80 (90% of $521,222.00) |
| Fees Subject to Holdback: | $52,122.20 (10% of $521,222.00) |
| Total Expenses: | $1,266.08 |
| Expenses Requested in this Statement: | $1,139.47 (90% of $1,266.08) |
| Expenses Subject to Holdback: | $126.61 (10% of $1,266.08) |
| Total Fees and Expenses Requested in this Statement: | $470,239.27 (90% of Fees and 90% of Expenses) |

**PLEASE TAKE NOTICE**, that Dinsmore & Shohl LLP ("Dinsmore"), as counsel to Murray Energy Holdings Co., and its affiliated debtors, as debtors in possession (collectively, the "Debtors"), hereby submits a summary of its ninth monthly fee statement (the "Summary"),

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

pursuant to Sections 327 and 328 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 and 2016 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Ohio (the "Local Rules"), General Order 30-3 from the United States Court for the Southern District of Ohio (the "General Order"), the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expense Field under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No. 1103], and the *Order Authorizing the Retention and Employment of Dinsmore & Shohl LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date,* dated December 11, 2019 [Docket No. 398], for allowance of compensation and professional services rendered and for reimbursement of actual and necessary expenses incurred in connection with such services from July 1, 2020 through and including July 31, 2020 (the "Compensation Period").

**PLEASE TAKE FURTHER NOTICE** that (a) **Exhibit A** of this Summary consists of a summary of each of the billing categories and the total time professionals billed to each category, (b) **Exhibit B** of this Summary consists of a summary of the number of hours billed by each professional, and (c) **Exhibit C** of this Summary consists of a summary calculation of compensation sought and a summary of actual and necessary expenses incurred.

*[Remainder of Page Intentionally Left Blank; Signature Page Follows]*

Dated: September 3, 2020
Cincinnati, Ohio

/s/ *Kim Martin Lewis*
Kim Martin Lewis (0043533)
Alexandra S. Horwitz (0096799)
**DINSMORE & SHOHL LLP**
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
Email: kim.lewis@dinsmore.com
allie.horwitz@dinsmore.com

*Counsel to the Debtors and Debtors in Possession*