# EXHIBIT B

## Summary of Fees by Attorney or other Legal Professional

| Professional | Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| J. David Bolen | Partner | Litigation | $390 | 2.00 | $780.00 |
| Brandon D. Coneby | Partner | Environmental | $465 | 105.60 | $49,104.00 |
| Thomas M. Connor | Partner | Litigation | $395 | 56.70 | $22,396.50 |
| Douglas J. Feichtner | Partner | Litigation | $435 | 171.50 | 74,602.50 |
| Thomas D. Flanigan | Partner | Corporate | $400 | 7.10 | 2,840.00 |
| Christopher M. Hammond | Partner | Corporate | $355 | 108.20 | 38,411.00 |
| Gregory A. Harrison | Partner | Litigation | $550 | 8.80 | 4,840.00 |
| Jerrad T. Howard | Partner | Corporate | $355 | 59.40 | 21,087.00 |
| Kerry O. Irwin | Partner | Corporate | $370 | 65.70 | 24,309.00 |
| Andrew R. Kwiatkowski | Partner | Litigation | $445 | 8.40 | 3,738.00 |
| Kim Martin Lewis | Partner | Business Restructuring | $725 | 47.20 | 34,220.00 |
| David K. Liberati | Partner | Real Estate | $385 | 43.70 | 16,824.50 |
| Christopher J. Plybon | Partner | Corporate | $395 | 58.60 | 23,147.00 |
| William E. Robinson | Partner | Employment | $505 | 24.80 | 12,524.00 |
| Noah J. Stern | Partner | Tax | $475 | 0.40 | 190.00 |
| Joan M. Verchot | Partner | Workers' Compensation | $495 | 0.90 | 445.50 |
| Aimee M. Stern | Of Counsel | Workers' Compensation | $255 | 42.90 | 10,939.50 |
| Bryon D. Collier | Associate | Real Estate | $300 | 75.50 | 22,650.00 |
| P. Danielle Cortez | Associate | Corporate | $280 | 25.60 | 7,168.00 |
| Andrew M. Gammill | Associate | Real Estate | $355 | 1.10 | 368.50 |
| Mark J. Gayetsky | Associate | Corporate | $290 | 3.10 | 899.00 |
| Leon A. Hampton | Associate | Corporate | $270 | 1.20 | 324.00 |
| Adam T. Harlow | Associate | Corporate | $290 | 1.10 | 319.00 |
| Ian G. Henry | Associate | Corporate | $290 | 4.70 | 1,363.00 |

| Alexandra S. Horwitz | Associate | Business Restructuring | $290 | 86.90 | 25,201.00 |
|---|---|---|---|---|---|
| Matthew Ingram | Associate | Corporate | $300 | 1.70 | 510.00 |
| Sara A. Johnston | Associate | Business Restructuring | $275 | 3.70 | 1,017.50 |
| Christopher M. Jones | Associate | Labor & Employment | $360 | 9.50 | 3,420.00 |
| Lauren K. Levenson | Associate | Commercial Litigation | $280 | 5.90 | 1,652.00 |
| Patrick Schlembach | Associate | Corporate | $305 | 34.80 | 10,614.00 |
| Melissa Spievack | Associate | Corporate | $375 | 45.50 | 17,062.50 |
| Bradley M. Thompson | Associate | Corporate | $270 | 2.10 | 567.00 |
| Michael A. Xavier | Associate | IP | $315 | 132.30 | 41,674.50 |
| David A. Zulandt | Associate | Litigation | $280 | 50.50 | 14,140.00 |
| Annette J. Javorsky | Paralegal | Real Estate | $150 | 44.90 | 6,735.00 |
| Mary R. Ontko | Paralegal | Workers' Compensation | $155 | 146.50 | 22,707.50 |
| Alyson D. Smith | Paralegal | Corporate | $210 | 1.70 | 357.00 |
| Jeffrey L. Combs | Litigation Support | Litigation Support | $170 | 12.20 | 2,074.00 |
| **Total:** | --- | --- | --- | **1,502.40** | **$521,222.00** |