IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY ENERGY HOLDINGS CO., *et al.*,[1] | ) | Case No. 19-56885 (JEH) |
| | ) | |
| | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SIXTH AMENDED PLAN
SUPPLEMENT FOR THE DEBTORS' SECOND AMENDED
JOINT PLAN PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

Dated: September 11, 2020

**Overview**

Murray Energy Holdings Co. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit this sixth amendment to the Plan Supplement (as may be amended from time to time, this "Sixth Amended Plan Supplement") contemplated by the *Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code*, which was filed with the Bankruptcy Court on August 24, 2020 [Docket No. 2082] (as may be amended or modified from time to time, the "Plan"). Capitalized terms used but not defined herein have the meanings set forth in the Plan. The documents contained in the Sixth Amended Plan Supplement are integral to, part of, and incorporated by reference into the Plan, which was approved by the Bankruptcy Court on August 31, 2020 [Docket No. 2135].

On May 29, 2020, the Debtors filed the *Plan Supplement for the Debtors' First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1610] (the "Initial Plan Supplement"). On July 24, 2020, the Debtors filed the *First Amended Plan Supplement for the Debtors' First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1873] (the "First Amended Plan Supplement"). On August 6, 2020, the Debtors filed the *Second Amended Amended Plan Supplement for the Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1933] (the "Second Amended Plan Supplement"). On August 26, 2020, the Debtors filed the *Third Amended Amended Plan Supplement for the Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the*

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Holdings Co.'s principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

*Bankruptcy Code* [Docket No. 2104] (the "Third Amended Plan Supplement"). On August 28, 2020, the Debtors filed the *Fourth Amended Amended Plan Supplement for the Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2125] (the "Fourth Amended Plan Supplement"). On September 10, 2020, the Debtors filed the *Fifth Amended Amended Plan Supplement for the Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2162] (the "Fifth Amended Plan Supplement").

## Contents

This Sixth Amended Plan Supplement contains the following documents, as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:

Exhibit C         Schedule of Assumed Executory Contracts and Unexpired Leases[2]

Exhibit C-1      Redline of Exhibit C to **Exhibit C** of the Fourth Amended Plan Supplement

Exhibit D         Schedule of Rejected Executory Contracts and Unexpired Leases[3]

Exhibit D-1      Redline of Exhibit D to **Exhibit D** of the Fourth Amended Plan Supplement

Exhibit K         Supplement to Wind-Down Budget

The Debtors reserve all rights to amend, modify, or supplement this Sixth Amended Plan Supplement, and any of the documents contained therein, in accordance with the terms of the Plan. The Ad Hoc Group reserves all of its rights set forth in the Plan with respect to the documents contained in the Sixth Amended Plan Supplement.

[*Remainder of page intentionally left blank*]

---

[2] On May 15, 2020, the Debtors filed the *Notice of Proposed Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 1529], which is the initial version of the Schedule of Assumed Executory Contracts and Unexpired Leases.

[3] On May 15, 2020, the Debtors filed the *Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan* [Docket No. 1530], which is the initial version of the Schedule of Rejected Executory Contracts and Unexpired Leases.

KE 71062921

Dated:  September 11, 2020
Cincinnati, Ohio

| | |
|---|---|
| /s/ *Kim Martin Lewis* | |
| Kim Martin Lewis (0043533) | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| Travis Bayer (admitted *pro hac vice*) | Mark McKane, P.C. (admitted *pro hac vice*) |
| Alexandra S. Horwitz (0096799) | **KIRKLAND & ELLIS LLP** |
| **DINSMORE & SHOHL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 255 East Fifth Street | 601 Lexington Avenue |
| Suite 1900 | New York, New York 10022 |
| Cincinnati, Ohio 45202 | Telephone:  (212) 446-4800 |
| Telephone:  (513) 977-8200 | Facsimile:  (212) 446-4900 |
| Facsimile:  (513) 977-8141 | Email:  nicole.greenblatt@kirkland.com |
| Email:  kim.lewis@dinsmore.com | mark.mckane@kirkland.com |
| travis.bayer@dinsmore.com | |
| allie.horwitz@dinsmore.com | - and - |
| | |
| *Counsel to the Debtors* | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| *and Debtors in Possession* | Joseph M. Graham (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | Email:  ross.kwasteniet@kirkland.com |
| | joe.graham@kirkland.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |

KE 71062921