**<u>Exhibit C</u>**

**Engagement Letter**

*Legal Counsel.*

# Dinsmore

DINSMORE & SHOHL LLP
255 East Fifth Street · Suite 1900 · Cincinnati, OH 45202
www.dinsmore.com

Kim Martin Lewis
(513) 977-8259 (direct) ^ (513) 977-8105 (fax)
kim.lewis@dinsmore.com

October 15, 2019

Robert E. Murray
Chairman, President and Chief
 Executive Officer
Murray Energy Corporation
46226 National Road
St. Clairsville, OH 43950

Dear Mr. Murray:

Thank you for selecting Dinsmore & Shohl LLP ("Dinsmore) to represent Murray Energy Corporation and certain of its direct and indirect wholly-owned subsidiaries (collectively, the "Company"). This letter will confirm our discussion regarding your engagement of Dinsmore and will describe the basis upon which we will provide legal services to you. Attached to this letter is the Dinsmore & Shohl LLP Statement of Engagement Terms (the "Terms and Conditions") that are a part of this letter. By signing below, you agree to those terms and conditions.

You have engaged us to represent the Company in the reorganization of the Company's capital structure and, should the need arise, to act as general bankruptcy co-counsel with Kirkland & Ellis LLP to the Company.

Our legal services will be billed to the Company based on the firm's standard hourly rates. My current hourly rate is $695. We bill our time in 1/10th hour increments. These hourly rates are reviewed and adjusted annually at the beginning of each calendar year. Any estimate we furnish of the amount of fees and costs likely to be incurred in this matter will be based on our professional judgment, taking into account a variety of factors that affect the cost, such as the scope and complexity of the matter. Those factors can change over the course of the matter resulting in the estimate not representing the amount actually charged. Any estimate is not a maximum or fixed fee quotation. The payment of our fee is not contingent on outcome or success

Dinsmore's representation will not commence until we receive a retainer in the amount of $200,000. These funds will be deposited in our client trust account, and we will draw against those funds to satisfy our fees at any time and, we will provide copies of partial or full monthly statements to you for your information. You agree to replenish the retainer to its original level on

Robert E. Murray
October 15, 2019
Page Two

a monthly basis in an amount equal to the previous month's draw. We reserve the right to ask for an increase in the retainer if the level of services is greater than expected. Any unused portion of the retainer will be refundable at the conclusion of our services. It is understood that Dinsmore reserves the right to withdraw from representing the Company upon reasonable notice if the replenishment of the retainer is not paid in accordance with these expectations. Information for remitting funds by wire transfer is as follows:

| | |
|---|---|
| Bank Name: | Fifth Third Bank |
| Name on Account: | Dinsmore & Shohl LLP IOLTA Account |
| Account No: | 73065171 |
| ABA Routing No.: | 042000314 |

Bills for our legal services, including any expenses, will be sent to the Company on a monthly basis and are due upon receipt of each invoice. The Company will be responsible for payment regardless of the outcome of the matter. It is understood that Dinsmore reserves the right to withdraw from representing the Company upon reasonable notice, if our statements for fees and expenses are not paid in accordance with these expectations. If the Company files for Chapter 11, Dinsmore will submit bills in accordance with the appropriate bankruptcy rules and orders.

Please review this letter and the Terms and Conditions carefully. If it meets with your approval, please sign it and return it with the required retainer so that we may begin work. If you do not agree with one or more of the provisions of this letter or the Terms and Conditions, please contact me so that we can try to address your concerns.

Again, let me thank you for retaining us in connection with this matter. I look forward to working with you.

Very truly yours,

Kim Martin Lewis

AGREED AND ACCEPTED:

Murray Energy Corporation

By: Robert E. Murray
Chairman, President and
Chief Executive Officer

Date: October 24, 2019



**Dinsmore & Shohl LLP**
**Statement of Engagement Terms**

### 1. Engagement of Our Services

The law firm of Dinsmore & Shohl LLP (the "Firm") has undertaken to represent you and to act on your behalf. Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment and are not guarantees. Also, our opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

### 2. The Scope of Our Representation

Our clients in this matter are the persons or entities identified ("client" or "clients") in our engagement letter ("engagement letter") to which this Statement of Engagement Terms is attached. Unless specifically identified in the engagement letter, our representation of the client does not include representation of (i) parent companies or other owners of the client, (ii) subsidiaries or other affiliates of the client, (iii) partners of the client, (iv) family members of the client, or (v) beneficial owners of the client. The clients are hiring the Firm to represent them in connection with issues or claims arising out of the matters identified in the engagement letter, and only those matters unless specifically agreed in a writing signed by the Firm. We will provide services of a strictly legal nature related to the matters described in the engagement letter. You will provide us with the factual information and materials we require to perform such services, and you will make such business or technical decisions and determinations as are appropriate. You will not rely on us for business, investment or accounting decisions, unless otherwise specified in the engagement letter. If the Firm has been engaged to form a corporation, limited liability company, partnership, trust or other entity, subsequent to the formation, the Firm will represent the entity formed and not the person or entity that caused such formation.

### 3. Relationships With Other Clients

In representing you, it is important that you receive advice from lawyers who are free from conflicts of interest. We represent a diverse group of clients on a variety of legal matters. Accordingly, it is possible that we represent current clients or may be asked in the future to represent new clients in the same general field of interest or business. We have conducted an internal review and have not identified any conflict of interest implicated by our common representation of you and any other existing client of the Firm. We have specifically considered any persons and business you have identified as being adverse in this matter, if any, and found no conflict. However, conflicts of interest are at times difficult to identify and can sometimes arise as a result of client activities or other developments of which we may be unaware. We will make reasonable efforts to identify and resolve those conflict situations and to establish appropriate mechanisms to safeguard your interests. In an appropriate situation, we may provide you with full information regarding a potential conflict of interest and ask you to waive the potential conflict.



**Dinsmore & Shohl LLP**
**Statement of Engagement Terms**

### 4. Who Will Provide the Legal Services

The principal attorney contacts for this matter are identified in the engagement letter. Subject to the decision of these principal attorneys, your work or parts of it may be performed from time to time by other lawyers and legal assistants in the Firm. Such delegation may be for the purpose of involving lawyers or legal assistants with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis..

### 5. Responsibilities of the Parties

The Firm will provide those legal services reasonably required to represent the clients and will take reasonable steps to keep clients informed of progress and developments, and to respond promptly to inquiries and communications. The clients agree to cooperate with the Firm, to keep the Firm informed of any information and developments which may come to clients' attention, and to abide by these terms. The clients agree to appear at all legal proceedings when the Firm deems it necessary, and generally to cooperate fully with the Firm in all matters related to the preparation and presentation of the clients' claims. If the clients believe that any portion of the fees payable to the Firm may be covered by a policy of insurance, it is the responsibility of clients to bring such policy to the attention of the Firm for review.

### 6. Legal Fees

The time of each attorney who may work on your project may be billed at a differing hourly rate. Each attorney's rate depends on his or her experience and skill for the type of work required by the project, and the novelty and complexity of the issues involved. Paralegals and clerks also have hourly rates. Time spent on a project is recorded on a daily basis. Such time may include research, investigation, telephone calls, travel, conferences, court appearances, preparation, drafting, correspondence and organizing evidence and materials.

### 7. Costs and Litigation Expenses

Charges, in addition to time charges, will be made for certain items. Examples include charges for travel, postage related to mass mailings or related to certified or registered mail, overnight delivery, deposition or transcript fees, witness fees, filing fees, court costs, messenger service, and secretarial overtime. To aid in the preparation and presentation of the clients' case, it may be necessary to hire expert witnesses, consultants and/or investigators. The Firm will select any expert witnesses, consultants or investigators to be hired, after consultation with clients. The Firm requires that you pay all third-party vendors for goods and services directly for any charge in excess of $1,500.



Dinsmore & Shohl LLP
**Statement of
Engagement Terms**

## 8. Payment Terms

Statements for fees and disbursements will be sent monthly. Payment is due upon receipt. If any balance remains unpaid for more than thirty (30) days, and no arrangements have been made in writing to pay the balance, we reserve the right to postpone or defer providing additional services or to discontinue our representation if your matter and/or case has not reached its conclusion. We may have performed certain legal services and incurred charges before you sign the engagement letter. If so, we will bill for these services and charges in our first statement. We reserve the right to charge a service fee of one percent (1%) per month with respect to any fees and expenses not paid within thirty (30) days.

## 9. Confidentiality and Related Matters

As a matter of professional responsibility, we are required to preserve the confidences and secrets of our clients. This professional obligation and the legal privilege for attorney-client communications exist to encourage candid and complete communication between a client and his or her lawyer. We can perform at our best only if we are aware of all information that may be relevant to our representation of you. Consequently, we trust that our attorney-client relationship with you will be based on mutual confidence and unrestrained communication. Additionally, you should be aware that, in instances in which we represent a corporation or other entity, our client relationship is with the entity and not with its individual executives, shareholders, members, directors, managers, partners, trustees or persons or business organizations that have a relationship to you. Of course, we sometimes also represent individuals and persons related to an entity client in matters that we believe do not conflict with the interests of the entity, but any such representation will be the subject of a specific, separate engagement letter.

## 10. Use of E-mail to Transmit Documents

The Firm may use unencrypted e-mail to transmit client documents, believing that e-mail offers a reasonably secure, efficient means of transmitting information. Please advise us if you have highly sensitive information you do not want transmitted in such a manner.

## 11. Use of Your Name

Subject to any limitations you communicate to us in writing, you agree that we may describe, using solely public information and only with your prior consent as set forth below, cases and other matters in which we have acted as your counsel, in informational material, including the Firm's web sites. We will not use your name in any such description without your advance consent.

# Dinsmôre

Dinsmore & Shohl LLP
**Statement of Engagement Terms**

## 12. Termination

Either clients or the Firm may terminate the engagement at any time for any reason by written notice, subject on our part to applicable rules of professional conduct. In the event of termination of our engagement, we will, at your request, return whatever papers and property you have provided to us. Additionally, we will deliver to you all of the other material in our files relating to our representation of you, to which you are entitled under the applicable rules of professional conduct, provided that we reserve the right to make and retain a copy, at your expense, of all material delivered to you.

Circumstances and types of conduct which may require us to withdraw from representing a client or which will clearly be a basis for our withdrawal include, for example, breach of these terms, client's refusal to cooperate with the Firm or to follow the Firm's advice on a material matter, or any other fact or circumstance that would render the Firm's continuing representation unlawful or unethical. We try to identify in advance and discuss with our clients any situation which may lead to withdrawal, and if withdrawal ever becomes necessary, we will immediately give you written notice of our withdrawal. If permission for withdrawal is required by a court, we will promptly apply for such permission and you agree to engage a successor counsel to represent you.

Unless previously terminated, our representation of you will terminate upon our completion of any services that you have retained us to perform. Following such termination, any otherwise non-public information you have supplied to us which is retained by us will be kept confidential in accordance with applicable rules of professional conduct. If you later retain us to perform further or additional services, our attorney-client relationship will be revived subject to these terms of engagement, as they may be supplemented at that time. You agree that unless you engage us after completion of a matter to provide additional advice on issues arising with respect to that matter, the Firms have no continuing obligation to advice you in connection with future legal developments pertaining to the matter.

Notwithstanding the Firm's withdrawal or the clients' notice of discharge, and without regard to the reasons for the withdrawal or discharge, clients, jointly and severally, will remain obligated to pay the Firm for all costs incurred prior to the termination and, in the event that there is any net recovery obtained by clients after conclusion of the Firms' services, clients remain obligated to pay the Firm for all services rendered prior to the date of withdrawal or discharge.

## 13. Retention of Files

For various reasons, including the minimization of unnecessary storage expense, the firm generally retains client files for six years after termination of the engagement. After six years, we may destroy or otherwise dispose of any such document or other material without additional notice to you.