# Exhibit D

## Budget and Staffing Plan

**Consolidated Budget and Staffing Plan**
**(For Matter Categories for the Fee Period)**

*October 29, 2019 through and including August 31, 2020*

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 1 | Restructuring | 0 | $ 0.00 |
| 3 | Asset Analysis and Recovery | 160 | $ 60,101.30 |
| 4 | Asset Disposition | 830 | $ 306,722.50 |
| 5 | Assumption and Rejection of Lease and Contracts | 325 | $ 132,642.25 |
| 6 | Avoidance Action Analysis | 30 | $ 12,243.90 |
| 7 | Budgeting (Case) | 52 | $ 20,150.00 |
| 8 | Business Operations | 342 | $ 107,512.60 |
| 9 | Case Administration | 3,149 | $ 1,071,431.00 |
| 10 | Claims Administration and Objections | 648 | $ 259,878.00 |
| 11 | Corporate Governance and Board Matters | 55 | $ 4,081.30 |
| 12 | Employee Benefits and Pensions | 151 | $ 47,875.00 |
| 13 | Employment and Fee Applications | 275 | $ 108,362.50 |
| 14 | Employment and Fee Applications Objections | 55 | $ 27,912.50 |
| 15 | Financing and Cash Collateral | 502 | $ 163,857.10 |
| 16 | Litigation | 153 | $ 57,853.65 |
| 17 | Non-Bankruptcy Litigation | 403 | $ 148,975.60 |
| 19 | Meeting and Communications with Creditors | 207 | $ 70,225.00 |
| 20 | Non-Working Travel | 57 | $ 20,203.25 |
| 21 | Plan and Disclosure Statement | 329 | $ 121,626.00 |
| 22 | Real Estate | 1,821 | $ 585,417.50 |
| 23 | Relief from Stay and Adequate Protection | 336 | $ 139,499.20 |
| 24 | Reporting (Schedules, SOFAs, MORs, etc.) | 101 | $ 33,162.60 |
| 25 | Tax | 55 | $ 20,659.65 |
| 26 | Valuation | 55 | $ 20,659.65 |
| 27 | Wokers' Compensation Claims | 2,079 | $ 590,000.00 |
| 28 | Black Lung Claims | 821 | $ 212,750.00 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

| 235 | Labor & Employment | 0 | $ 0.00 |
| 236 | FOIA Requests | 45 | $ 15,187.50 |
| 247 | BAP | 105 | $ 42,853.65 |
| 249 | Oak Grove Purchase | 500 | $ 131,470.50 |
| | **Total** | **13,641** | **$4,533,313.70** |

### Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matters During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 12 | $495.42 |
| Of Counsel Partner | 1 | $255 |
| Associate | 17 | $300.00 |
| Paralegal | 5 | $182.00 |
| Legal Assistant | 2 | N/A |
| **Total Attorney** | 30 | $397.71 |
| **Total Non-Attorney** | 7 | $182.00 |
| **Total** | 37 | $289.85 |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.