## Exhibit E

**Voluntary Rate Disclosures**

- The blended hourly rate for all Dinsmore timekeepers (including both attorneys and other legal professionals) who billed time to the Debtors during the Fee Period was, in the aggregate, approximately $**346.79** (the "Debtor Blended Hourly Rate").[1]

- The blended hourly rate for all Dinsmore timekeepers (including both attorneys and other legal professionals) who billed time during the 12-month period beginning September 1, 2019 and ending August 31, 2020 (the "Comparable Period") was, in the aggregate, approximately $**248.64** (the "Dinsmore Blended Hourly Rate").[2]

- A detailed comparison of these rates is as follows:

| Position at D&S | Debtor Blended Hourly Rate during the Fee Period | Dinsmore Blended Hourly Rate during the Comparable Period |
|---|---|---|
| Partners | $470.71 | $362.58 |
| Of Counsel | $260.04 | $189.81 |
| Associates | $298.02 | $221.96 |
| Paralegals | $156.33 | $109.64 |

---

[1] Dinsmore calculated the blended rate for timekeepers who billed time to the Debtors, as set forth in this Fee Application, by dividing the *total dollar amount* billed by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

[2] Dinsmore calculated the blended rate for all Dinsmore timekeepers by dividing the *total dollar amount* billed by all Dinsmore timekeepers during the Comparable Period by the *total number of hours* billed by all Dinsmore timekeepers during the Comparable Period