**Exhibit F**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed — In this Application[1] | Hourly Rate Billed — In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| G. Randall Ayers | Partner | Labor |  | $0.00 | 0 | 1 | $215 | $215 | $0.00 |
|  |  |  |  | $165.00 | 0.30 |  | $550 | $215 | $64.50 |
| Travis Bayer | Partner | Bankruptcy | 11/1/12 | $0.00 | 0 | 0 | N/A | N/A | $0.00 |
|  |  |  |  | $58,590.00 | 86.80 |  | $675 | N/A | $58,590.00 |
| J. David Bolen | Partner | Torts | 10/18/68 | $0.00 | 0 | 1 | $360 | $360 | $0.00 |
|  |  |  |  | $897.00 | 2.30 |  | $390 | $360 | $828.00 |
| Brandon D. Coneby | Partner | Environmental | 10/29/01 | $21,576.00 | 49.6 | 1 | $435 | $435 | $21,576.00 |
|  |  |  |  | $192,091.50 | 413.10 |  | $465 | $435 | $179,698.50 |
| Brandon D. Coneby[2] | Partner | Environmental | 10/29/01 | $0.00 | 0 | 1 | $217.5 | $217.5 | $0.00 |
|  |  |  |  | $1,813.50 | 7.8 |  | $232.50 | $217.5 | $1,696.50 |
| Thomas M. Connor | Partner | Torts | 11/5/07 | $3,102.50 | 8.50 | 1 | $365 | $365 | $3,102.50 |
|  |  |  |  | $95,708.50 | 242.30 |  | $395 | $365 | $88,439.50 |
| Lloyd R. Cress, Jr. | Partner | Healthcare Lobbying & Public Policy | 5/11/91 | $0.00 | 0 | 0 | $450 | $450 | $0.00 |
|  |  |  |  | $528.00 | 1.10 |  | $480 | $450 | $195.00 |

---

[1] These hourly rates reflect the Dinsmore attorney's or other legal professional's rate effective as of 1/1/2020. As disclosed in the Dinsmore Declarations, Dinsmore annually increases billable rates in the ordinary course on the basis of advancing seniority.

[2] This line item reflects Mr. Coneby's hourly rate for non-working travel which is billed at 50% of Mr. Coneby's standard billing rate.

| Name | Title | Department | Date | Fees | Hours | | Rate | Rate | |
|---|---|---|---|---|---|---|---|---|---|
| Anna M. Dailey | Partner | Employment | 5/15/79 | $0.00 | 0 | 1 | $555 | $555 | $0.00 |
| | | | | $812.00 | 1.40 | | $580 | $555 | $777.00 |
| Douglas J. Feichtner | Partner | Commercial Litigation | 10/10/03 | $0.00 | 0 | 1 | $410 | $410 | $0.00 |
| | | | | $223,894.50 | 514.70 | | $435 | $410 | $211,027.00 |
| Thomas D. Flanigan | Partner | Commercial Litigation | | $0.00 | 0 | 1 | $170 | $170 | $0.00 |
| | | | | $11,640.00 | 29.10 | | $400 | $170 | $4,947.00 |
| Christopher M. Hammond | Partner | Business Acquisitions and Securities | 11/5/12 | $0.00 | 0 | 1 | $320 | $320 | $0.00 |
| | | | | $105,151.00 | 296.20 | | $355 | $320 | $94,784.00 |
| Gregory A. Harrison | Partner | Commercial Litigation | 11/4/85 | $424.00 | 0.80 | 1 | $530 | $530 | $424.00 |
| | | | | $14,630.00 | 26.60 | | $550 | $530 | $14,098.00 |
| Timothy D. Hoffman | Partner | Environmental | 1/1/81 | $0.00 | 0 | 1 | $585 | $585 | $0.00 |
| | | | | $2,082.50 | 3.50 | | $595 | $585 | $2,047.50 |
| Jerrad T. Howard | Partner | Business Acquisitions and Securities | 9/28/12 | $0.00 | 0 | 1 | $325 | $325 | $0.00 |
| | | | | $72,349.00 | 203.80 | | $355 | $325 | $66,235.00 |
| Kerry O. Irwin | Partner | Business Acquisitions and Securities | 10/1/09 | $0.00 | 0 | 1 | $330 | $330 | $0.00 |
| | | | | $63,751.00 | 172.30 | | $370 | $330 | $56,859.00 |
| Lira A. Johnson | Partner | Employment | 11/19/93 | $0.00 | 0 | 1 | $465 | $465 | $0.00 |
| | | | | $297.00 | 0.60 | | $495 | $465 | $279.00 |
| Andrew R. Kwiatkowski | Partner | Litigation | 11/18/02 | $0.00 | 0 | 1 | $425 | $425 | $0.00 |
| | | | | $23,229.00 | 52.20 | | $445 | $425 | $22,185.00 |
| David J. Lavan | Partner | Business Acquisitions and Securities | | $0.00 | 0 | 1 | $590 | $590 | $0.00 |
| | | | | $250.00 | 0.40 | | $625 | $590 | $236.00 |
| Kim Martin Lewis | Partner | Business Restructuring | 11/6/89 | $119,540.00 | 172.0 | 1 | $695 | $695 | $119,540.00 |

| Name | Title | Department | Date | Fees | Hours | | Rate | Rate | Fees |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $321,465.00 | 443.40 | | $725 | $695 | $308,163.00 |
| Kim Martin Lewis[3] | Partner | Business Restructuring | 11/6/89 | $1,042.50 | 3.00 | 1 | $347.50 | $347.50 | $1,042.50 |
| | | | | $2,537.50 | 7.00 | | $362.5 | $347.50 | $2,432.50 |
| David K. Liberati | Partner | Real Estate | 1/1/82 | $29,926.50 | 84.30 | 1 | $355 | $355 | $29,926.50 |
| | | | | $118,541.50 | 307.90 | | $385 | $355 | $109,304.50 |
| Jacob A. Manning | Partner | Litigation | 10/22/04 | $0.00 | 0 | 1 | $365 | $365 | $0.00 |
| | | | | $2,418.00 | 6.20 | | $390 | $365 | $2,263.00 |
| Jason M. Nutzman | Partner | Employment | 1/1/07 | $0.00 | 0 | 1 | $360 | $360 | $0.00 |
| | | | | $19,365.50 | 50.30 | | $385 | $360 | $18,108.00 |
| Christopher J. Plybon | Partner | Business Acquisitions and Securities | 10/18/83 | $0.00 | 0 | 1 | $365 | $365 | $0.00 |
| | | | | $79,039.50 | 200.10 | | $395 | $365 | $73,036.50 |
| William E. Robinson | Partner | Employment | 5/17/83 | $30,827.50 | 64.90 | 1 | $475 | $475 | $30,827.50 |
| | | | | $129,229.50 | 255.90 | | $505 | $475 | $121,552.50 |
| F. Thomas Rubenstein | Partner | Employment | 5/19/81 | $0.00 | 0 | 1 | $490 | $490 | $0.00 |
| | | | | $5,980.00 | 11.50 | | $520 | $490 | $5,635.00 |
| John M. Spires | Partner | Business Restructuring | 10/1/06 | $5,076.00 | 14.10 | 1 | $360 | $360 | $5,076.00 |
| | | | | $693.00 | 1.80 | | $385 | $360 | $648.00 |
| Lee Stautberg | Partner | Tax | 11/8/93 | 0.00 | 0 | 1 | $525 | $525 | $0.00 |
| | | | | $275.00 | 0.50 | | $550 | $525 | $262.50 |
| Noah J. Stern | Partner | Tax | 11/8/99 | $0.00 | 0 | 1 | $445 | $445 | $0.00 |
| | | | | $190.00 | 0.40 | | $475 | $445 | $178.00 |
| James W. Thweatt, III | Partner | Employee Benefits | 6/1/2000 | $0.00 | 0 | 1 | $400 | $400 | $0.00 |
| | | | | $3,053.00 | 7.10 | | $430 | $400 | $2,840.00 |
| Joan M. | Partner | Workers' | 11/12/86 | $0.00 | 0 | 1 | $475 | $475 | $0.00 |

---

[3] This line item reflects Ms. Lewis' hourly rate for non-working travel which is billed at 50% of Ms. Lewis' standard billing rate.

| Name | Title | Department | Date | Fees | Hours | Flag | Rate 1 | Rate 2 | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Verchot | | Compensation | | $2,475.00 | 5.00 | | $495 | $475 | $2,375.00 |
| Faith C. Whittaker | Partner | Employment | 11/5/2007 | $0.00 | 0 | 1 | $375 | $375 | $0.00 |
| | | | | $400.00 | 1.00 | | $400 | $375 | $375.00 |
| Vladimir P. Belo | Of Counsel | Commercial Litigation | | $3,187.50 | 8.50 | 0 | $375 | $375 | $3,187.50 |
| | | | | $0.00 | 0 | | $375 | $375 | $0.00 |
| Steven R. Chadwick | Of Counsel | Real Estate | 10/1/06 | $4,268.00 | 8.80 | 0 | $485 | $485 | $4,268.00 |
| | | | | $1,843.00 | 3.80 | | $485 | $485 | $1,843.00 |
| Aimee M. Stern | Of Counsel | Workers' Compensation | 5/28/97 | $25,921.00 | 112.70 | 1 | $230 | $230 | $25,921.00 |
| | | | | $94,681.50 | 371.30 | | $255 | $230 | $85,399.00 |
| Leslie G. Wolfe | Of Counsel | Environmental | 11/20/2000 | $0.00 | 0 | 1 | $320 | $320 | $0.00 |
| | | | | $5,899.50 | 17.10 | | $345 | $320 | $5,472.00 |
| Jessica Spencer Benedict | Associate | Tort | | $0.00 | 0.00 | 1 | $245 | $245 | $0.00 |
| | | | | $586.50 | 2.30 | | $255 | $245 | $563.50 |
| Sam G. Brinker | Associate | Real Estate | 11/16/2015 | $0.00 | 0 | 1 | $290 | $290 | $0.00 |
| | | | | $806.00 | 2.60 | | $310 | $290 | $754.00 |
| Andrew J. Chamberlain | Associate | Business Acquisitions and Securities | 8/28/2014 | $0.00 | 0 | 1 | $290 | $290 | $0.00 |
| | | | | $224.00 | 0.70 | | $320 | $290 | $203.00 |
| Byron D. Collier | Associate | Real Estate | 10/24/2013 | $0.00 | 0 | 1 | $285 | $285 | $0.00 |
| | | | | $104,310.00 | 347.70 | | $300 | $285 | $99,094.50 |
| P. Danielle Cortez | Associate | Business Acquisitions and Securities | Pending | $0.00 | 0 | 1 | $270 | $270 | $0.00 |
| | | | | $15,876.00 | 56.70 | | $280 | $270 | $15,309.00 |
| Melissa N. Fann | Associate | Public Policy | 10/18/2018 | $0.00 | 0 | 1 | $275 | $275 | $0.00 |
| | | | | $464.00 | 1.60 | | $290 | $275 | $440.00 |
| Andrew M. Gammill | Associate | Real Estate | 11/4/2013 | $0.00 | 0 | 1 | $305 | $305 | $0.00 |
| | | | | $1,775.00 | 5.00 | | $355 | $305 | $1,525.00 |
| Mark J. Gayetsky | Associate | Business Acquisitions and Securities | 11/13/2018 | $0.00 | 0 | 1 | $270 | $270 | $0.00 |
| | | | | $1,624.00 | 5.60 | | $290 | $270 | $1,513.00 |

| Name | Title | Department | Date | Fees | Hours | | Rate | Rate | Fees |
|---|---|---|---|---|---|---|---|---|---|
| Alex M. Greenberg | Associate | Litigation | 10/25/2012 | $0.00 | 0 | 1 | $280 | $280 | $0.00 |
| | | | | $4,950.00 | 16.50 | | $300 | $280 | $4,620.00 |
| Leon A. Hampton | Associate | Business Acquisitions and Securities | Pending | $0.00 | 0 | 1 | $260 | $260 | $0.00 |
| | | | | $7,209.00 | 26.70 | | $270 | $260 | $6,942.00 |
| Nina L. Hanson | Associate | Commercial Litigation | 11/1/08 | $320.00 | 1.0 | 0 | $320 | $320 | $320.00 |
| | | | | $0.00 | 0 | | $320 | $320 | $0.00 |
| Adam T. Harlow | Associate | Business Acquisitions and Securities | 10/14/2014 | $0.00 | 0 | 1 | $270 | $270 | $0.00 |
| | | | | $13,253.00 | 45.70 | | $290 | $270 | $12,339.00 |
| Raymond L. Harrell, Jr. | Associate | Labor & Employment | 9/21/16 | $800.00 | 3.20 | 0 | $250 | $250 | $800.00 |
| | | | | $0.00 | 0 | | $250 | $250 | $0.00 |
| Ian G. Henry | Associate | Commercial Finance & Banking | 10/1/2014 | $0.00 | 0 | 1 | $270 | $270 | $0.00 |
| | | | | $10,440.00 | 36.00 | | $290 | $270 | $9,720.00 |
| Alexandra S. Horwitz | Associate | Business Restructuring | 11/13/17 | $43,254.00 | 160.20 | 1 | $270 | $270 | $43,254.00 |
| | | | | $154,599.00 | 533.10 | | $290 | $270 | $143,937.00 |
| Alexandra S. Horwitz[4] | Associate | Business Restructuring | 11/13/17 | $567.00 | 4.20 | 1 | $135 | $135 | $567.00 |
| | | | | $1,798.00 | 12.40 | | $145 | $135 | $1,674.00 |
| Matthew Ingram | Associate | Business Acquisitions and Securities | 11/7/2016 | $0.00 | 0 | 1 | $275 | $275 | $0.00 |
| | | | | $2,190.00 | 7.30 | | $300 | $275 | $2,007.50 |
| Sara A. Johnston | Associate | Business Restructuring | 10/1/2015 | $0.00 | 0 | 0 | $275 | $275 | $0.00 |
| | | | | $21,367.50 | 77.70 | | $275 | $275 | $21,367.50 |

---

[4] This line item reflects Ms. Horwitz's hourly rate for non-working travel which is billed at 50% of Ms. Horwitz's standard billing rate.

| Name | Title | Department | Date | Fees | Hours | Count | Rate | Rate | Fees |
|---|---|---|---|---|---|---|---|---|---|
| Christopher M. Jones | Associate | Employment | 10/19/11 | $2,244.00 | 6.60 | 1 | $340 | $340 | $2,244.00 |
| | | | | $19,836.00 | 55.10 | | $360 | $340 | $18,734.00 |
| Lauren K. Levenson | Associate | Commercial Litigation | 10/25/19 | $486.00 | 1.80 | 1 | $270 | $270 | $486.00 |
| | | | | $2,604.00 | 9.30 | | $280 | $270 | $2,511.00 |
| J. Michael Prascik | Associate | Commercial Litigation | 9/24/02 | $72.00 | 0.40 | 1 | $180 | $180 | $72.00 |
| | | | | $260.00 | 1.30 | | $200 | $180 | $234.00 |
| Madison A. Rittley | Associate | Business Acquisitions and Securities | 11/12/19 | $52.00 | 0.20 | 1 | $260 | $260 | $52.00 |
| | | | | $0.00 | 0 | | $270 | $260 | $0.00 |
| Julia M. Scheinberg | Associate | Litigation | 10/13/2016 | $0.00 | 0 | 1 | $285 | $285 | $0.00 |
| | | | | $244.00 | 0.80 | | $305 | $285 | $228.00 |
| Patrick Schlembach | Associate | Business Acquisitions and Securities | | $0.00 | 0 | 0 | $305 | $305 | $0.00 |
| | | | | $25,010.00 | 82.00 | | $305 | $305 | $25,010.00 |
| Brittany K. Skibowski | Associate | Real Estate | 11/13/2018 | $0.00 | 0 | 1 | $260 | $260 | $0.00 |
| | | | | $392.00 | 1.40 | | $280 | $260 | $364.00 |
| Clayton J. Smith | Associate | Commercial Litigation | Pending | $0.00 | 0 | 1 | $260 | $260 | $0.00 |
| | | | | $2,241.00 | 8.30 | | $270 | $260 | $2,158.00 |
| Marcie Solomon | Associate | Business Acquisitions and Securities | | $0.00 | 0 | 0 | $295 | $295 | $0.00 |
| | | | | $914.50 | 3.10 | | $295 | $295 | $914.50 |
| Melissa Spievack | Associate | Business Acquisitions and Securities | 11/21/2011 | $0.00 | 0 | 1 | $335 | $335 | $0.00 |
| | | | | $40,762.50 | 108.70 | | $375 | $335 | $36,414.50 |
| Jeffrey M. Stacko | Associate | Commercial Litigation | 11/1/2012 | $0.00 | 0 | 1 | $285 | $285 | $260 |
| | | | | $91.50 | 0.30 | | $305 | $285 | $85.50 |

| Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Bradley M. Thompson | Associate | Business Acquisitions and Securities | 10/25/2019 | $0.00 | 0 | 1 | $260 | $260 | $0.00 |
| | | | | $4,455.00 | 16.50 | | $270 | $260 | $4,290.00 |
| Michael A. Xavier | Associate | Commercial Litigation | 11/13/2017 | $0.00 | 0 | 1 | $285 | $285 | $0.00 |
| | | | | $101,650.50 | 322.70 | | $315 | $285 | $91,969.50 |
| David A. Zulandt | Associate | Commercial Litigation | 11/1/16 | $1,107.00 | 4.10 | 1 | $270 | $270 | $1,107.00 |
| | | | | $32,676.00 | 116.70 | | $280 | $270 | $31,509.00 |
| **Totals for Attorneys:** | | | | **$2,522,368.50** | **6,357.5** | | | | |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Brenda M. Cleveland | Paralegal | Commercial Litigation | N/A | $2,376.00 | 13.20 | 0 | $180 | $180 | $2,376.00 |
| | | | | $3,366.00 | 18.70 | | $180 | $180 | $3,366.00 |
| Gregory S. Hribik | Paralegal | Torts | N/A | $107.50 | 0.50 | 0 | $215 | $215 | $107.50 |
| | | | | $0.00 | 0 | | $215 | $215 | $0.00 |
| Annette J. Javorsky | Paralegal | Real Estate | N/A | $0.00 | 0 | 1 | $130 | $130 | $0.00 |
| | | | | $32,160.00 | 214.40 | | $150 | $130 | $27,872.00 |
| Mary R. Ontko | Paralegal | Workers' Compensation | N/A | $39,889.50 | 275.10 | 1 | $145 | $145 | $39,889.50 |
| | | | | $159,650.00 | 1030.00 | | $155 | $145 | $149,350.00 |
| Shelly L. Raines | Senior eDiscovery Analyst | eDiscovery | N/A | $704.00 | 4.40 | 0 | $160 | $160 | $704.00 |
| | | | | $0.00 | 0 | | $160 | $160 | $0.00 |
| Kelly J. Schoolcraft | Paralegal | Labor & Employment | N/A | $741.00 | 3.80 | 1 | $195 | $195 | $741.00 |
| | | | | $16,422.00 | 78.20 | | $210 | $195 | $15,249.00 |
| Alyson D. Smith | Paralegal | Commercial Finance & Banking | N/A | $0.00 | 0 | 1 | $180 | $180 | $0.00 |
| | | | | $2,772.00 | 13.20 | | $210 | $180 | $2,376.00 |

| Jeffrey L. Combs | eDiscovery Analyst | eDiscovery | N/A | $0.00 | 0 | 0 | $170 | $170 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $2,958.00 | 17.40 | | $170 | $170 | $2,958.00 |
| **Total for Non-Attorneys:** | | | | **$261,146.00** | **1,668.90** | | | | |
| **Subtotal for all Timekeepers:** | | | | **$2,783,514.50** | **8026.40** | | | | |
| **Voluntary Reductions:** | | | | **$3,785.00** | --- | | | | |
| **Voluntary Reductions based on Agreement with Fee Examiner:** | | | | **$31,082.40** | | | | | |
| **Grand Total:** | | | | **$2,748,647.10** | **8026.40** | | | | |