**Exhibit G**

**Summary of Actual and Necessary Expenses for the Fee Period**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Service Provider (if Applicable) | Amount |
|---|---|---|
| Audio Conference | Soundpath/Global Meet<br>Intrado Enterprise Collaboration, Inc. | $3,128.71 |
| Business Meals | Various (including Morelien Lager House, Einstein Bagels, Jason's Deli, Boston's, and Tim Horton's) | $4,190.36 |
| Computer | --- | $15.95 |
| Court Costs | --- | $280.00 |
| Court Reporter | Legal Electronic Recording, Inc.<br>Anderson Reporting Services<br>Free state Reporting, Inc.<br>Tri-County Court Reporting and Videotape Service<br>Betler's Reporting & Legal Video Services, LLC | $7,540.66 |
| Expert Fees | Appalachian Institute of Occupational & Environmental Medical<br>Clinical & Occupational Pulmonary Associates LLC<br>Morgantown Pulmonary Clinical Research<br>Mountainstate Orthopedic Associates | $17,777.50 |
| Federal Express | Federal Express | $292.08 |
| Filing and Recording Fees | PACER<br>CT Corporation<br>QuestRecord<br>CourtSolutions, LLC<br>Various Secretary of State Offices (PA/AL)<br>Various County Recording Offices (Marion County, Jefferson County, Allegheny County) | $2,138.00 |
| Hotel Expenses | Hotel LeVeque<br>Hilton | $3,311.56 |
| Mediator/Arbitrator | Danielle M. Seaman, MD | $125.00 |
| Medical Exam Fees (Workers' Compensation and Black Lung matters) | Appalachian Institute of Occupational & Environmental Medical<br>Clinical & Occupational Pulmonary Associates LLC<br>Morgantown Pulmonary Clinical Research<br>Mountainstate Orthopedic Associates<br>Danielle M. Seaman, MD | $8,301.50 |

| | | |
|---|---|---|
| Medical Record Fees(Workers' Compensation and Black Lung matters) | Gregory J. Fino, MD<br>Verisma Systems, Inc.<br>UVW Hospital HIM Department<br>RHM Release of Information<br>CIOX Health<br>Wheeling Hospital<br>Pro PT<br>Mon Health Medical Center<br>Advanced Family Practice PLLC<br>Daniel W. Wilson, MD<br>Marden Physical Therapy<br>Wheeling Hospital<br>United Physicians Care<br>Richard Ryncarz, MD<br>Lung Center<br>Manchin Clinic<br>Wood Healthcare Clinic<br>Michael Wayt, MD<br>Attila A. Lenkey, Jr., MD<br>Doctor's Urgent Care<br>Urgent Care MSO LLC<br>Medical Center of Taylor County<br>Matthew G. Sokos, MD<br>Cameron Community Health Center<br>W. Eric Shrader, MD<br>Wetzel County Hospital<br>ScanSTAT<br>Reynold's Memorial Hospital | $3,326.28 |
| Online Document Retrieval Service | PACER | $81.20 |
| Other Travel | --- | $235.01 |
| Outside Copy Services | Federal Express Office | $3,128.14 |
| Internal Copy Services | --- | $12,289.60 |
| Travel Mileage | --- | $1,810.64 |
| **Subtotal:** | --- | **$67,972.19** |
| **Voluntary Reduction Pursuant to Agreement with the Fee Examiner:** | | **$357.00** |
| **Grand Total:** | | **$67,615.19** |