## Exhibit H

**Summary of Fees by Matter for the Fee Period**

**Summary of Fees by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 1 | Restructuring | 0 | 34.10 | $0.00 | $15,713.00 |
| 3 | Asset Analysis and Recovery | 160 | 0 | $60,101.30 | $0.00 |
| 4 | Asset Disposition | 830 | 711.60 | $306,722.50 | $267,955.50 |
| 5 | Assumption and Rejection of Leases and Contracts | 325 | 62.60 | $132,642.25 | $26,601.50 |
| 6 | Avoidance Action Analysis | 30 | 0.00 | $12,243.90 | $0.00 |
| 7 | Budgeting (Case) | 52 | 14.60 | $20,150.00 | $6,237.00 |
| 8 | Business Operations | 342 | 46.10 | $107,512.60 | $21,869.00 |
| 9 | Case Administration | 3149 | 876.20 | $1,071,431.00 | $367,750.50 |
| 10 | Claims Administration and Objections | 648 | 1187.10 | $259,878.00 | $453,358.50 |
| 11 | Corporate Governance and Board Matters | 55 | 13.50 | $4,081.30 | $6,904.50 |
| 12 | Employee Benefits and Pensions | 151 | 14.40 | $47,787500 | $6,957.50 |
| 13 | Employment and Fee Applications | 275 | 241.90 | $108,362.50 | $105,632.50 |
| 14 | Employment and Fee Application Objections | 55 | 0.00 | $27,912.50 | $0.00 |
| 15 | Financing and Cash Collateral | 502 | 25.40 | $163,857.10 | $17,272.00 |
| 16 | Litigation | 153 | 36.80 | $57,853.65 | $24,159.00 |

| 17 | Non-Bankruptcy Litigation | 403 | 533.50 | $148,975.60 | $229,161.00 |
|---|---|---|---|---|---|
| 19 | Meetings and Communications with Creditors | 207 | 47.10 | $70,225.00 | $28,080.00 |
| 20 | Non-Working Travel | 57 | 36.40 | $20,203.25 | $8,628.50 |
| 21 | Plan and Disclosure Statement | 329 | 164.00 | $121,626.00 | $87,401.50 |
| 22 | Real Estate | 1821 | 1115.90 | $585,417.50 | $363,722.00 |
| 23 | Relief From Stay and Adequate Protection | 336 | 127.80 | $139,499.20 | $52,098.00 |
| 24 | Reporting (Schedules, SOFAs, MORs, etc.) | 101 | 31.70 | $33,162.60 | $14,103.00 |
| 25 | Tax | 55 | 0.00 | $20,659.65 | $0.00 |
| 26 | Valuation | 55 | 0.00 | $20,659.65 | $0.00 |
| 27 | Workers' Compensation Claims | 2079 | 1926.20 | $590,000.00 | $412,927.50 |
| 28 | Black Lung Claims | 821 | 310.90 | $212,750.00 | $83,086.50 |
| 235 | Labor & Employment | 0 | 19.30 | $0.00 | $11,907.00 |
| 236 | FOIA Requests | 45 | 63.10 | $15,187.50 | $24,991.50 |
| 247 | BAP | 105 | 3.00 | $42,853.65 | $957.00 |
| 249 | Oak Grove Purchase | 500 | 383.20 | $131,470.50 | $142,434.00 |
| | **Totals** | **13,641** | **8,026.40** | **$4,533,313.70** | **$2,779,908.00**[1] |

---

[1] This reflects the aggregate of all Fees by Matter plus $178.50. This additional $178.50 will not be collected by Dinsmore.