**Exhibit I-2**

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills October 29-November 30)**

December 31, 2019
Invoice # 4370777

Dinsmore & Shohl LLP
Client Number – 123837.27
**Matter: Workers' Compensation Claims**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 410.25 |
| Total Attorney Costs | $410.25 |
| Current Amount Due This Invoice | $410.25 |

December 31, 2019
Invoice # 4370778

Dinsmore & Shohl LLP
Client Number – 123837.28
**Matter: Black Lung Claims**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 129.00 | |
| Total Attorney Costs | | $129.00 |
| Current Amount Due This Invoice | | $129.00 |

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills December 1-December 31)**

Dinsmore & Shohl LLP
Client Number – 123837.31

January 31, 2020
Invoice # 4392332

**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 29.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $29.00 |

January 31, 2020
Invoice # 4392332

Dinsmore & Shohl LLP
Client Number – 123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/12/19 | MO | 0.20 | Update chronology to include Claimant's Insurance Complaint regarding stay of proceeding in WV Supreme Court. |

| | Total Hours | 0.20 | |

January 31, 2020
Invoice # 4392335

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 10.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 12.20 | $ 1,947.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.20 | |
| | Total Attorney Costs | $1.20 |
| | Current Amount Due This Invoice | $1,948.70 |

January 31, 2020
Invoice # 4392335

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/13/19 | MO | 0.40 | Prepare Employer's Notice of Appearance and letter to Office of Judges filing. |
| 11/15/19 | MO | 0.30 | Prepare letter to claimants counsel with authorization for medical records. |
| 11/15/19 | MO | 6.50 | Begin to review and analyze claim file documents to prepare chronology. |
| 11/18/19 | MO | 0.90 | Continue to review and analyze claim file documents in order to prepare chronology. |
| 11/18/19 | MO | 1.20 | Complete review and analyze of claim file documents to prepare chronology. |
| 11/18/19 | MO | 0.20 | Review client website for Employer investigation report. |
| 11/18/19 | MO | 0.20 | Email to client asking for copy of Employer investigation report. |
| 11/19/19 | MO | 0.40 | Update chronology with 02-10-15 Employer's investigation report. |
| 12/19/19 | AMS | 1.00 | Review file received from client. |
| 12/19/19 | AMS | 0.50 | Draft Initial Litigation Evaluation. |
| 12/20/19 | AMS | 0.60 | Finalize Initial Litigation Evaluation. |

Total Hours    12.20

Dinsmore & Shohl LLP
Client Number – 123837.34

January 31, 2020
Invoice # 4392337

**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 150.00 |
| | Current Amount Due This Invoice | | $150.00 |

January 31, 2020
Invoice # 4392337

Dinsmore & Shohl LLP
Client Number – 123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/31/19 | MO | 0.20 | Update chronology to include 10/28/19 Order Submitting Protest. |
| 11/22/19 | AMS | 0.20 | Review ALJ's 11/15/19 Order affirming SCS' 5/15/19 Order. |
| 11/22/19 | AMS | 0.20 | Draft correspondence to client regarding ALJ's 11/15/19 Order. |
| 11/22/19 | MO | 0.20 | Update chronology to include 11/15/19 ALJ Order. |

Total Hours      0.80

January 31, 2020
Invoice # 4392340

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ –**

Marion County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.50 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 2.30 | $ 461.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 16.20 |
| Federal Express | $ 17.93 |
| Total Attorney Costs | $34.13 |
| Current Amount Due This Invoice | $495.13 |

January 31, 2020
Invoice # 4392340

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**               **Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10-28-19 WV Supreme Court of Appeals Statutory Notice of Appeal. |
| 10/31/19 | AMS | 0.40 | Identify additional evidence needed to file in support of SmartCasualty's 2/26/19 Order. |
| 10/31/19 | AMS | 0.20 | Review updated medical records. |
| 11/20/19 | MO | 0.20 | Update chronology to include 11/12/19 Claimant's response to Employer's 10/28/19 Petition for Appeal to WV Supreme Court. |
| 11/20/19 | AMS | 0.20 | Review Claimant's Response Brief regarding Employer's Petition for Appeal of Board of Review's 9/24/19 Order affirming Administrative Law Judge's 5/9/19 Order. |
| 12/18/19 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 2/26/19 Order. |
| 12/19/19 | AMS | 0.20 | Finalize evidence to file in support of SmartCasualty's 2/26/19 Order. |
| 12/23/19 | MO | 0.40 | Update chronology to include Employer's 12/20/19 evidence submission regarding claim Order dated 02/26/19. |

Total Hours     2.30

January 31, 2020
Invoice # 4392343

Dinsmore & Shohl LLP
Client Number -- 123837.37

**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.30 | $ 1,109.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 77.25 | |
| Total Attorney Costs | | $77.25 |
| Current Amount Due This Invoice | | $1,186.25 |

January 31, 2020
Invoice # 4392343

Dinsmore & Shohl LLP
Client Number – 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10/28/19 Board of Review Order. |
| 10/30/19 | AMS | 0.10 | Review Board of Review's 10/28/19 Order. |
| 10/30/19 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 10/28/19 Order. |
| 11/26/19 | MO | 0.50 | Update chronology to include 11/21/19 Claimant's Petition for Appeal to WV Supreme Court regarding Board of Review Order 10/28/19. |
| 11/26/19 | AMS | 0.30 | Review Claimant's Petition for Appeal regarding Board of Review's 10/28/19 Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11/25/19 Statutory Notice of Filing Petition for Appeal from WV Supreme Court. |
| 12/16/19 | AMS | 1.20 | Draft WV Supreme Court brief in response to Claimant's Petition for appeal regarding Board of Review's 10/28/19 Order. |
| 12/16/19 | MO | 0.60 | Locate exhibits for filing with the WV Supreme Court. |
| 12/16/19 | MO | 0.80 | Prepare Appendix of Exhibits and exhibit labels. |
| 12/16/19 | MO | 0.60 | Prepare Table of Contents and Table of Points and Authorities. |
| 12/16/19 | MO | 0.60 | Review reply brief to add exhibit labeling and prepare Certificate of Service. |
| 12/17/19 | AMS | 0.60 | Finalize WV Supreme Court brief in response to Claimant's Petition for Appeal regarding Board of Review's 10/28/19 Order. |
| 12/19/19 | MO | 0.50 | Update chronology to include Employer's Reply Brief to the WV Supreme Court of Appeals and Appendix of exhibits regarding Board of Review Order. |

Total Hours        6.30

January 31, 2020
Invoice # 4392345

Dinsmore & Shohl LLP
Client Number – 123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.40 | $ 245.50 |

Current Amount Due This Invoice          $245.50

January 31, 2020
Invoice # 4392345

Dinsmore & Shohl LLP
Client Number – 123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | AMS | 0.30 | Identify additional evidence needed to file in support of SmartCasualty's 10/24/17 Order. |
| 11/20/19 | MO | 0.50 | Check client website for additional medical records. |
| 11/20/19 | AMS | 0.20 | Review evidence filed by both parties regarding SmartCasualty's 10/24/17 Order. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12/13/19 Order submitting protest regarding claim Order dated 10/24/17. |
| 12/16/19 | MO | 0.20 | Check record attached to Order submitting protest to ensure all Employer evidence included in the record. |

Total Hours    1.40

January 31, 2020
Invoice # 4392348

Dinsmore & Shohl LLP
Client Number – 123837.39

**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.00 | |
| | Partner | | |
| Mary R. Ontko | | 5.00 | |
| | Paralegal | | |
| Total Hours / Fees | | 6.00 | $ 1,080.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 4.05 |
|---|---|
| Total Attorney Costs | $4.05 |
| Current Amount Due This Invoice | $1,084.05 |

January 31, 2020
Invoice # 4392348

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/26/19 | MO | 0.40 | Prepare Employer's Notice of Appearance and letter to Office of Judges filing same. |
| 11/26/19 | DKL | 0.10 | Enter Notice of Appearance. |
| 11/26/19 | DKL | 0.80 | Initial review of claim file received from SmartCasualty. |
| 12/30/19 | DKL | 0.10 | Receive and review Notice of Occupational Pneumoconiosis Board hearing. |
| 12/30/19 | MO | 1.40 | Begin to prepare chronology from claim file documents. |
| 12/30/19 | MO | 0.20 | Update chronology to include 12/26/19 Notice of Occupational Pneumoconiosis Board Hearing 02/05/20. |
| 12/30/19 | MO | 1.60 | Continue to prepare chronology from claim file documents. |
| 12/31/19 | MO | 0.80 | Complete chronology from claim file documents. |
| 12/31/19 | MO | 0.60 | Organize claim file pleadings for review by attorney. |

Total Hours    6.00

Dinsmore & Shohl LLP
Client Number – 123837.41

January 31, 2020
Invoice # 4392351

**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | ———— | |
| | Total Hours / Fees | 0.20 | $ 29.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $29.00 |

January 31, 2020
Invoice # 4392351

Dinsmore & Shohl LLP
Client Number – 123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/12/19 | MO | 0.20 | Update chronology to include Claimant's Insurance Complaint regarding stay of proceeding in WV Supreme Court. |

|  | Total Hours | 0.20 |  |

Dinsmore & Shohl LLP
Client Number – 123837.43

January 31, 2020
Invoice # 4392354

**Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.00 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.70 | $ 1,521.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 209.87 | |
| | Total Attorney Costs | $209.87 |
| | Current Amount Due This Invoice | $1,731.37 |

January 31, 2020
Invoice # 4392354

Dinsmore & Shohl LLP
Client Number – 123837.43
**Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | DKL | 0.60 | Review medical evidence in preparation for final O.P. Board hearing. |
| 11/06/19 | DKL | 0.10 | Receive and review Notice of O.P. Board Hearing. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11/01/19 Notice of Occupational Pneumoconiosis Board Hearing 12/04/19. |
| 12/04/19 | DKL | 2.60 | Travel to Charleston for final OP Board Hearing. |
| 12/04/19 | DKL | 0.50 | Defend Protest at Final Occupational Pneumoconiosis Board Hearing. |
| 12/11/19 | MO | 0.20 | Update chronology to include 12-06-19 Order |
| 12/11/19 | MO | 0.10 | Check record to be considered attached to Order Submitting Protest |
| 12/11/19 | DKL | 0.10 | Receive and review Order Submitting Protest. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/04/19 Occupational Pneumoconiosis Board Hearing transcript. |
| 12/26/19 | DKL | 0.10 | Receive and review hearing transcript. |

Total Hours    4.70

January 31, 2020
Invoice # 4392357

Dinsmore & Shohl LLP
Client Number – 123837.79
**Matter: Edgell, Ernest -- 5/2/2002 -- JCN 2019013956 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.40 | $ 308.00 |

Current Amount Due This Invoice            $308.00

January 31, 2020
Invoice # 4392357

Dinsmore & Shohl LLP
Client Number – 123837.79
**Matter: Edgell, Ernest -- 5/2/2002 -- JCN 2019013956 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/21/19 | MO | 0.30 | Letter to client with 11/14/19 ALJ Decision. |
| 11/21/19 | MO | 0.20 | Email client with 11/14/19 ALJ Decision reversing the claims administrator's 2/27/19 Order. |
| 11/21/19 | DKL | 0.20 | Receive and review Administrative Law Judge Decision reversing Claims Administrators Order. |
| 11/21/19 | DKL | 0.20 | Letter to Ed Pauley with Administrative Law Judge Decision and Order. |
| 12/13/19 | DKL | 0.10 | Review of non-medical Order. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12/10/19 SmartCasualty Occupational Pneumoconiosis Board Referral Request. |
| 12/16/19 | MO | 0.20 | Update chronology to include SmartCasualty self insured employer decision. |

Total Hours    1.40

January 31, 2020
Invoice # 4392358

Dinsmore & Shohl LLP
Client Number – 123837.44
**Matter: Bizick, Paul - 1/4/2015 - JCN 2018010850 ODHL- Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.50 | $ 98.00 |
| Current Amount Due This Invoice | | | $98.00 |

January 31, 2020
Invoice # 4392358

Dinsmore & Shohl LLP
Client Number – 123837.44
**Matter: Bizick, Paul - 1/4/2015 - JCN 2018010850 ODHL- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | MO | 0.20 | Update chronology to include 11/12/19 Board of Review Order. |
| 11/18/19 | AMS | 0.10 | Review Board of Review's 11/12/19 Order. |
| 11/18/19 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 11/12/19 Order. |

Total Hours    0.50

January 31, 2020
Invoice # 4392360

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 2.60 | $ 461.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 1.80 |
| | Total Attorney Costs | $1.80 |
| | Current Amount Due This Invoice | $462.80 |

January 31, 2020
Invoice # 4392360

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.30 | Prepare Motion for Final OP Board hearing. |
| 10/29/19 | MO | 0.60 | Prepare Employer evidence submission. |
| 11/08/19 | DKL | 0.30 | Review, analyze and select evidence to submit with request for final O.P. Board Hearing. |
| 11/11/19 | MO | 0.60 | Finalize Employer evidence submission regarding claim administrator's 10/29/18 Order. |
| 11/22/19 | MO | 0.40 | Update chronology to include Employer's 11/22/19 Motion for Final Occupational Pneumoconiosis Board Hearing and evidence regarding claims administrator's 10/29/18 Order. |
| 12/30/19 | DKL | 0.10 | Receive and review Notice of Occupational Pneumoconiosis Board hearing. |
| 12/30/19 | MO | 0.20 | Update chronology to include 12/27/19 Notice of Occupational Pneumoconiosis Board Hearing regarding claim Order 10/29/18. |
| 12/30/19 | MO | 0.10 | Check record attached to 12/27/19 Notice of Occupational Pneumoconiosis Board hearing to ensure all Employer evidence is included. |

Total Hours    2.60

January 31, 2020
Invoice # 4392362

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel -- 4/30/2013 -- JCN 2016000969 OP -- Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.30 | $ 293.50 |

Current Amount Due This Invoice $293.50

January 31, 2020
Invoice # 4392362

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel -- 4/30/2013 -- JCN 2016000969 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/07/19 | MO | 0.50 | Update chronology to include Employer's 11/07/19 Motion for Final O.P. Board Hearing and evidence submission. |
| 12/12/19 | MO | 0.20 | Update chronology to include 12/09/19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/12/19 | MO | 0.10 | Review evidentiary record attached to Notice of Occupational Pneumoconiosis Board Hearing to ensure all Employer evidence considered. |
| 12/12/19 | DKL | 0.10 | Review Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/13/19 | DKL | 0.40 | Review evidence to prepare for final Occupational Pneumoconiosis Board Hearing. |

Total Hours        1.30

January 31, 2020
Invoice # 4392364

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.80 | |
| Mary R. Ontko | Paralegal | 2.90 | |
| | Total Hours / Fees | 3.70 | $ 704.50 |
| | Current Amount Due This Invoice | | $704.50 |

January 31, 2020
Invoice # 4392364

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/09/19 | DKL | 0.10 | Receive and review Claimant's protest. |
| 11/01/19 | MO | 0.40 | Draft Employer's Notice of Appearance regarding new claim for occupational pneumoconiosis. |
| 11/01/19 | DKL | 0.60 | Initial review of claim file from SmartCasualty. |
| 11/04/19 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 11/11/19 | MO | 2.30 | Review and analyze claim file documents, prepare chronology. |
| 11/13/19 | MO | 0.20 | Email client regarding federal black lung claims. |

Total Hours    3.70

January 31, 2020
Invoice # 4392366

Dinsmore & Shohl LLP
Client Number – 123837.82
**Matter: Ferguson, Frank --  6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.70 | $ 206.50 |
| | Current Amount Due This Invoice | | $206.50 |

January 31, 2020
Invoice # 4392366

Dinsmore & Shohl LLP
Client Number – 123837.82
**Matter: Ferguson, Frank --  6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.20 | Update chronology to include 10/25/19 Notice of O.P. Board Hearing. |
| 11/01/19 | DKL | 0.10 | Review Notice of O.P. Board Hearing. |
| 12/16/19 | DKL | 0.40 | Review medical evidence in preparation for final hearing. |

|  |  |
|------|------|
| Total Hours | 0.70 |

Dinsmore & Shohl LLP
Client Number – 123837.51

January 31, 2020
Invoice # 4392370

**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | | 3.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.80 | $ 1,002.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.65 | |
| Total Attorney Costs | | $1.65 |
| Current Amount Due This Invoice | | $1,003.65 |

January 31, 2020
Invoice # 4392370

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | AMS | 0.20 | Review IME Report. |
| 10/30/19 | AMS | 0.10 | Confer with client regarding PPD award. |
| 11/11/19 | MO | 0.20 | Update chronology to include 11/06/19 SmartCasualty self insured employer decision granting a permanent impairment rating. |
| 11/11/19 | AMS | 0.10 | Review SmartCasualty's 11/6/19 Order. |
| 11/15/19 | MO | 0.20 | Update chronology to include 10/31/19 Claimant's protest to the claims administrator's Order dated 9/6/19 acknowledging the ALJ Decision dated 9/6/19. |
| 11/15/19 | MO | 0.20 | Update chronology to include 11/12/19 Office of Judges Statement. |
| 11/15/19 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 9/16/19 acknowledgement of Administrative Law Judge's 9/6/19 Order and Office of Judge's 11/12/19 Order. |
| 11/26/19 | AMS | 0.10 | Review Claimant's Petition to Add Diagnoses. |
| 12/04/19 | AMS | 2.40 | Review Claimant's 11/22/19 Petition to Add Diagnoses and relevant portions of claim file for purpose of advising client. |
| 12/04/19 | AMS | 0.30 | Confer with client regarding Claimant's Petition to Add Diagnosis. |
| 12/05/19 | MO | 0.20 | Update chronology to include 11/22/19 Claimant's Petition to Add Diagnoses. |
| 12/05/19 | AMS | 0.20 | Confer with client regarding response to Claimant's Petition to Add Diagnosis Codes. |
| 12/13/19 | MO | 0.20 | Update chronology to include 12/09/19 SmartCasualty letter to Claimant. |
| 12/30/19 | MO | 0.20 | Update chronology to include Claimant's protest to claim Order dated 11/06/19. |
| 12/30/19 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 11/6/19 Order. |

Total Hours     4.80

Dinsmore & Shohl LLP
Client Number – 123837.55

January 31, 2020
Invoice # 4392372

**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 35.50 |
| | Current Amount Due This Invoice | | $35.50 |

January 31, 2020
Invoice # 4392372

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | DKL | 0.10 | Review Notice of Stay from WV Supreme Court. |

| | Total Hours | 0.10 |
|--|-------------|------|

January 31, 2020
Invoice # 4392374

Dinsmore & Shohl LLP
Client Number – 123837.84
**Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.10 | $ 176.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Federal Express | $ 17.93 | |
| | Total Attorney Costs | $17.93 |
| | Current Amount Due This Invoice | $194.43 |

January 31, 2020
Invoice # 4392374

Dinsmore & Shohl LLP
Client Number – 123837.84
**Matter: Fitzwater, Carey --  8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10/28/19 WV Supreme Court of Appeals Statutory Notice of Appeal regarding Board of Review Order 09/24/19. |
| 11/26/19 | MO | 0.70 | Update chronology to include Claimant's response to Employer's Petition for Appeal to WV Supreme Court with appendix regarding Board of Review Order dated 09/24/19. |
| 11/26/19 | AMS | 0.20 | Review Claimant's brief in response to Employer's Petition for Appeal to WV Supreme Court regarding Board of Review's 9/24/19 Order. |

Total Hours     1.10

January 31, 2020
Invoice # 4392376

Dinsmore & Shohl LLP
Client Number – 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 251.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.90 | |
| Total Attorney Costs | | $0.90 |
| Current Amount Due This Invoice | | $252.40 |

January 31, 2020
Invoice # 4392376

Dinsmore & Shohl LLP
Client Number – 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/07/19 | AMS | 0.10 | Review Order for Claimant to show cause regarding Claimant's protest to SmartCasualty's 5/15/19 Order. |
| 11/26/19 | MO | 0.30 | Update chronology to include 11/21/19 SmartCasualty letter to Claimant. |
| 11/26/19 | MO | 0.60 | Review client website for new medical documents. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12/3/19 SmartCasualty letter to Claimant. |
| 12/09/19 | AMS | 0.10 | Review SmartCasualty's 12/3/19 Order. |
| 12/11/19 | AMS | 0.10 | Review Administrative Law Judge's 12/3/19 Order. |
| 12/11/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 12/3/19 Order. |

Total Hours     1.50

Dinsmore & Shohl LLP
Client Number – 123837.57

January 31, 2020
Invoice # 4392379

**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 3.80 | |
| | Total Hours / Fees | 4.30 | $ 728.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $728.50 |

January 31, 2020
Invoice # 4392379

Dinsmore & Shohl LLP
Client Number – 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/19 | MO | 0.20 | Discussion with Attorney Liberati regarding medical issues. |
| 12/09/19 | MO | 0.20 | Phone call to schedule medical appointment. |
| 12/09/19 | MO | 0.30 | Prepare letter to Attorney Garrett regarding medical appointment. |
| 12/09/19 | MO | 0.30 | Prepare letter to confirm medical appointment. |
| 12/09/19 | MO | 0.60 | Review claim file and medical records for evidence to submit in support of claim administrator's Order. |
| 12/09/19 | MO | 0.50 | Prepare Motion for Extension of 01/09/20 Time Frame. |
| 12/09/19 | DKL | 0.10 | Letter to Claimant's counsel. |
| 12/09/19 | DKL | 0.10 | Emails with Claimant's counsel. |
| 12/10/19 | MO | 0.50 | Prepare Employer evidence submission regarding claim administrator's 07/03/19 Order. |
| 12/10/19 | MO | 0.30 | Prepare Motion for Final Occupational Pneumoconiosis Board Hearing. |
| 12/10/19 | MO | 0.50 | Review Employer Request for Extension of Time Frame. |
| 12/10/19 | DKL | 0.10 | Review and revise Motion for Extension of Time Frame. |
| 12/10/19 | DKL | 0.10 | Review evidence for submission with Motion for Final Hearing. |
| 12/30/19 | DKL | 0.10 | Receive and review claimant's Request for Extension of Time Frame. |
| 12/30/19 | MO | 0.20 | Update chronology to include claimant's 12/26/19 Request for Extension of Time. |
| 12/30/19 | MO | 0.20 | Update chronology to include 12/27/19 Order extending time frame. |

Total Hours      4.30

January 31, 2020
Invoice # 4392382

Dinsmore & Shohl LLP
Client Number – 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.30 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 1.70 | $ 357.00 |
| | Current Amount Due This Invoice | | $357.00 |

January 31, 2020
Invoice # 4392382

Dinsmore & Shohl LLP
Client Number – 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/07/19 | AMS | 0.50 | Draft Board of Review Brief regarding Administrative Law Judge's 9/10/19 Order. |
| 11/11/19 | AMS | 0.30 | Finish drafting Board of Review Brief regarding Administrative Law Judge's 9/10/19 Order. |
| 11/12/19 | MO | 0.20 | Update chronology to include Employer's 11/12/19 Brief to the Board of Review regarding ALJ Decision 09/10/19. |
| 11/12/19 | AMS | 0.30 | Finalize Board of Review Brief regarding appeal of Administrative Law Judge's 09/10/19 Order. |
| 12/18/19 | MO | 0.20 | Update chronology to include Claimant's 12/10/19 Reply Brief to the Board of Review. |
| 12/18/19 | AMS | 0.20 | Review Claimant's Board of Review Brief in response to Employer's appeal of Administrative Law Judge's 9/10/19 Order. |

Total Hours      1.70

January 31, 2020
Invoice # 4392384

Dinsmore & Shohl LLP
Client Number – 123837.75
**Matter: Dodd, Joseph - 12/31/2012 - JCN 2013017059 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| Mary R. Ontko | | 3.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.50 | $ 799.50 |
| | Current Amount Due This Invoice | | $799.50 |

January 31, 2020
Invoice # 4392384

Dinsmore & Shohl LLP
Client Number – 123837.75
**Matter: Dodd, Joseph - 12/31/2012 - JCN 2013017059 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10/5/19 Order to Compel Claimant to provide signed medical authorization. |
| 10/30/19 | MO | 0.30 | Prepare letter to client sending 10/25/19 Order to Compel medical authorization from Claimant and Employer's Motion for Extension of Time Frame. |
| 10/30/19 | MO | 0.70 | Prepare Motion for Extension of Time Frame in light of 10/25/19 Order to Compel. |
| 10/30/19 | DKL | 0.10 | Review Order to Compel Claimant to sign release of medical records. |
| 10/30/19 | DKL | 0.30 | Review available medical evidence from both Employer and Claimant to determine whether to request extension of Time Frame Order based on Order to Compel. |
| 10/30/19 | DKL | 0.10 | Letter to Ed Pauley regarding Order to Compel Claimant to sign medical authorization. |
| 10/30/19 | DKL | 0.10 | Review, sign, and file Motion to Extend Time Frame as a result of Order to Compel. |
| 11/05/19 | MO | 0.50 | Update chronology to include 11/05/19 Employer's Motion for Final O.P. Board Hearing and evidence regarding claims administrator's 01/02/19 Order. |
| 11/06/19 | MO | 1.10 | Prepare medical authorizations and requests to Claimant's physicians. |
| 11/07/19 | MO | 0.30 | Review new medical records. |
| 11/07/19 | MO | 0.30 | Prepare medical authorization and request letter. |
| 11/20/19 | MO | 0.40 | Review new medical records. |
| 11/21/19 | DKL | 0.10 | Review of Order Extending Time Frame. |

Total Hours     4.50

Dinsmore & Shohl LLP
Client Number – 123837.61

January 31, 2020
Invoice # 4392386

**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 4.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.00 | $ 1,500.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 9.45 | |
| Medical Records | $ 45.50 | |
| | Total Attorney Costs | $54.95 |
| | Current Amount Due This Invoice | $1,554.95 |

Dinsmore & Shohl LLP
Client Number – 123837.61

January 31, 2020
Invoice # 4392386

**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.40 | Update chronology to include Claimant's Reply Brief. |
| 10/30/19 | MO | 0.20 | Update chronology to include 10/28/19 Order Submitting Protest. |
| 10/30/19 | MO | 0.10 | Review Order Submitting Protest to ensure all Employer evidence submitting is included in the record. |
| 10/30/19 | MO | 0.30 | Prepare letter to Office of Judges advising of missing evidence from 10/28/19 Order. |
| 10/30/19 | AMS | 0.10 | Review Claimant's Board of Review Brief in response to Employer's appeal brief regarding Administrative Law Judge's 7/10/19 Order. |
| 10/31/19 | AMS | 0.20 | Identify additional evidence needed to file in support of SmartCasualty's 9/6/19 Order. |
| 10/31/19 | AMS | 0.10 | Review updated medical records. |
| 11/04/19 | MO | 0.20 | Update chronology to include transcript of 10/18/19 hearing. |
| 11/05/19 | MO | 0.30 | Prepare medical authorization and request for records. |
| 11/05/19 | MO | 0.20 | Review/analyze new medical records. |
| 11/05/19 | AMS | 0.30 | Identify evidence to file in support of 9/6/19 Order. |
| 11/06/19 | AMS | 0.40 | Finish identifying evidence to file in support of SmartCasualty's 9/6/19 Order. |
| 11/06/19 | AMS | 0.50 | Draft Closing Argument in support of SmartCasualty's 9/6/19 Order. |
| 11/07/19 | MO | 0.50 | Update chronology to include Employer's 11/7/19 closing argument and evidence submission regarding claim administrator's 9/6/19 Order. |
| 11/07/19 | AMS | 0.50 | Finalize evidence in support of SmartCasualty's 9/6/19 Order. |
| 11/07/19 | AMS | 0.50 | Finalize Closing Argument in support of SmartCasualty's 9/6/19 Order. |
| 11/07/19 | AMS | 0.40 | Prepare for expedited hearing regarding Claimant's protest to SmartCasualty's 9/6/19 Order. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11/8/19 transcript of hearing. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11/14/19 Order Submitting Protest regarding claim administrator's 9/6/19 Order. |
| 11/18/19 | MO | 0.10 | Check Order Submitting Protest regarding claim administrator's 9/6/19 Order to ensure all Employer evidence is included in the record. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11/19/19 Notice of Board of Review Telephone Hearing. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12/13/19 Order Noting Evidence Correction. |
| 12/18/19 | AMS | 0.40 | Prepare for Board of Review oral argument regarding Employer's appeal of Administrative Law Judge's 7/10/19 Order. |
| 12/19/19 | AMS | 0.20 | Attend telephonic hearing before Board of Review regarding Employer's appeal of Administrative Law Judge's 7/10/19 Order. |
| 12/20/19 | AMS | 0.40 | Review Administrative Law Judge's 12/3/19 Order reversing SmartCasualty's 9/5/19 Order. |
| 12/20/19 | AMS | 0.30 | Draft correspondence to client regarding Administrative Law Judge's 12/3/19 Order reversing SmartCasualty's 9/5/19 Order and SmartCasualty's 9/6/19 Order. |

January 31, 2020
Invoice # 4392386

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

| | | | |
|---|---|---|---|
| 12/23/19 | MO | 0.20 | Update chronology to include 12/17/19 SmartCasualty acknowledgement of ALJ Decision dated 12/3/19. |
| 12/23/19 | MO | 0.30 | Prepare Notice of Appeal to Board of Review regarding ALJ Decision dated 12/3/19. |
| 12/23/19 | MO | 0.20 | Update chronology to include Employer's 12/23/19 Notice of Appeal to the Board of Review regarding ALJ Decision dated 12/3/19. |
| 12/23/19 | MO | 0.20 | Update chronology to include Board of Review Order affirming 07/10/19 ALJ Decision. |

Total Hours        8.00

Dinsmore & Shohl LLP
Client Number – 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

January 31, 2020
Invoice # 4392388

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 272.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Federal Express | $ 17.93 |
| Total Attorney Costs | $17.93 |
| Current Amount Due This Invoice | $290.43 |

January 31, 2020
Invoice # 4392388

Dinsmore & Shohl LLP
Client Number – 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.90 | Update chronology to include Employer's Response to Claimant's Petition for Appeal to WV Supreme Court of Appeals and Employer's Appendix of exhibits. |
| 10/29/19 | DKL | 0.30 | Final review, sign, serve and file Brief to Supreme Court. |
| 11/18/19 | DKL | 0.10 | Receive and review Notice of Stay from WV Supreme Court. |

Total Hours    1.30

Dinsmore & Shohl LLP                January 31, 2020
Client Number – 123837.63           Invoice # 4392390

**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 3.90 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 4.40 | $ 1,457.00 |
| | | | |
| | Current Amount Due This Invoice | | $1,457.00 |

Dinsmore & Shohl LLP
Client Number – 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

January 31, 2020
Invoice # 4392390

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | DKL | 0.50 | Review medical records in preparation for final O.P. Board Hearing. |
| 11/06/19 | DKL | 0.10 | Receive and review Notice of O.P. Board Hearing. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11/01/19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/04/19 | DKL | 2.60 | Return travel to and from Charleston for final O.P. Board Hearing. |
| 12/04/19 | DKL | 0.50 | Defend Protest at Final Occupational Pneumoconiosis Board Hearing. |
| 12/11/19 | MO | 0.20 | Update chronology to include 12/6/19 Order Submitting Protest. |
| 12/11/19 | MO | 0.10 | Check record to be considered attached to Order Submitting Protest to ensure all Employer evidence in the record. |
| 12/11/19 | DKL | 0.10 | Receive and review Order Submitting Protest. |
| 12/26/19 | DKL | 0.10 | Receive and review hearing transcript. |

Total Hours        4.40

Dinsmore & Shohl LLP
Client Number – 123837.70

January 31, 2020
Invoice # 4392391

**Matter: Delbert, Charles - 10/3/1996 - JCN 970022786 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.00 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 2.40 | $ 518.00 |
| | Current Amount Due This Invoice | | $518.00 |

January 31, 2020
Invoice # 4392391

Dinsmore & Shohl LLP
Client Number – 123837.70
**Matter: Delbert, Charles - 10/3/1996 - JCN 970022786 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/19 | AMS | 0.80 | Draft Board of Review brief in response to Claimant's appeal of the Administrative Law Judge's 6/26/19 and 8/14/19 Orders. |
| 11/15/19 | AMS | 0.40 | Revise Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 6/26/19 and 8/14/19 Orders. |
| 11/18/19 | MO | 0.20 | Update chronology to include Employer's 11/19/19 reply brief to the Board of Review regarding ALJ Decisions dated 06/26/19 and 08/14/19. |
| 11/18/19 | AMS | 0.60 | Finalize Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 6/26/19 and 8/14/18 Orders. |
| 12/20/19 | AMS | 0.10 | Review Board of Review's 12/10/19 Order affirming the Administrative Law Judge's 6/26/19 Order. |
| 12/20/19 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 12/10/19 Order affirming the Administrative Law Judge's 6/26/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/10/19 Board of Review Order affirming the ALJ Decisions dated 06/26/19 and 08/14/19. |

Total Hours        2.40

Dinsmore & Shohl LLP
Client Number – 123837.154

January 31, 2020
Invoice # 4392393

**Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 301.50 |
| | Current Amount Due This Invoice | | $301.50 |

January 31, 2020
Invoice # 4392393

Dinsmore & Shohl LLP
Client Number – 123837.154
**Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/26/19 | DKL | 0.20 | Receive and review Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-25-19 Clamant' s protest to claims administrator's 11-19-19 Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-19-19 SmartCasualty employer decision. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12-04-19 Time Frame Order. |
| 12/09/19 | DKL | 0.10 | Review Time Frame Order. |
| 12/19/19 | MO | 0.50 | Update chronology to include Claimant's 12-16-19 evidence regarding claim Order dated 11-19-19. |
| 12/19/19 | DKL | 0.10 | Review medical evidence submitted by claimant. |

Total Hours    1.50

January 31, 2020
Invoice # 4392395

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.10 | |
| Mary R. Ontko | Paralegal | 3.80 | |
| Total Hours / Fees | | 5.90 | $ 1,034.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 8.85 |
| Total Attorney Costs | $8.85 |
| Current Amount Due This Invoice | $1,042.85 |

January 31, 2020
Invoice # 4392395

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/22/19 | AMS | 0.50 | Review Claimant's request for authorization. |
| 11/22/19 | MO | 0.20 | Update chronology to include 11/22/19 Claimant's Request for authorization. |
| 12/02/19 | MO | 0.20 | Update chronology to include 11/22/19 SmartCasualty letter to Claimant. |
| 12/12/19 | AMS | 0.40 | Identify medical records to send to physician for review. |
| 12/12/19 | AMS | 0.20 | Draft correspondence to physician regarding file review. |
| 12/13/19 | AMS | 0.30 | Continue identifying medical records to provide to physician for review. |
| 12/16/19 | AMS | 0.70 | Review updated medical records for purpose of identifying records to send to physician for file review to address treatment request. |
| 12/20/19 | MO | 1.30 | Update chronology with records from SmartCasualty website. |
| 12/23/19 | MO | 2.10 | Update chronology to include additional records. |

Total Hours     5.90

January 31, 2020
Invoice # 4392397

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 3.70 | |
| Mary R. Ontko | Paralegal | 3.20 | |
| | Total Hours / Fees | 6.90 | $ 1,315.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.35 | |
| Total Attorney Costs | $1.35 | |
| Current Amount Due This Invoice | $1,316.35 | |

January 31, 2020
Invoice # 4392397

Dinsmore & Shohl LLP
Client Number – 123837.67

**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 8/12/19 Order. |
| 11/05/19 | MO | 0.40 | Locate and pull documents for Attorney Stern to submit as evidence. |
| 11/05/19 | MO | 0.40 | Phone calls to WV Supreme Court Clerk and Board of Review to confirm that Claimant took no appeal to the Board of Review Order dated 11/06/17. |
| 11/05/19 | MO | 0.20 | Update chronology to include 11/04/19 Claimant's protest regarding claim administrator's 09/19/19 Order. |
| 11/05/19 | MO | 0.50 | Update chronology to include Employer's 11/05/19 evidence submission regarding claims administrator's 08/12/19 Order. |
| 11/05/19 | MO | 0.40 | Update chronology to include Claimant's 10/30/19 evidence submission regarding claims administrator's 08/12/19 Order. |
| 11/05/19 | AMS | 0.20 | Review evidence filed by the Claimant in support of SmartCasualty's 8/12/19 Order. |
| 11/05/19 | AMS | 0.50 | Finalize evidence to file in support of SmartCasualty's 8/12/19 Order. |
| 11/05/19 | AMS | 0.80 | Draft Closing Argument in support of SmartCasualty's 8/12/19 Order. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11/12/19 Time Frame Order regarding claims administrator's 09/19/19 Order. |
| 11/21/19 | MO | 0.20 | Update chronology to include Claimant's closing argument regarding claim administrator's 08/12/19 Order. |
| 11/21/19 | AMS | 1.20 | Finish drafting Closing Argument in support of SmartCasualty's 8/12/19 Order. |
| 11/22/19 | MO | 0.20 | Update chronology to include Employer's 11/22/19 closing argument regarding claim administrator's 08/12/19 Order. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12/05/19. |
| 12/09/19 | MO | 0.10 | Check record attached to Order Submitting Protest to ensure all Employer evidence considered. |
| 12/12/19 | MO | 0.20 | Update chronology to include Claimant's Insurance Complaint regarding stay of proceeding in WV Supreme Court. |
| 12/20/19 | AMS | 0.30 | Review ALJ's 12/17/19 Order affirming SmartCasualty's 8/12/19 Order. |
| 12/20/19 | AMS | 0.20 | Draft correspondence to Claimant regarding Administrative Law Judge's 12/17/19 Order affirming SmartCasualty's 8/12/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/17/19 ALJ Decision affirming claim Order dated 08/12/19. |

Total Hours    6.90

January 31, 2020
Invoice # 4392399

Dinsmore & Shohl LLP
Client Number – 123837.66
**Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.10 | $ 598.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.90 | |
| | Total Attorney Costs | $0.90 |
| | Current Amount Due This Invoice | $599.40 |

January 31, 2020
Invoice # 4392399

Dinsmore & Shohl LLP
Client Number – 123837.66
**Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/05/19 | DKL | 0.40 | Review medical records and initial hearing transcript in preparation for final O.P. Board Hearing. |
| 11/06/19 | DKL | 0.10 | Receive and review Notice of O.P. Board Hearing. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11/01/19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/04/19 | DKL | 0.50 | Defend Protest at Final Occupational Pneumoconiosis Board Hearing. |
| 12/05/19 | DKL | 0.20 | Memo to Ed Pauley regarding Occupational Pneumoconiosis Board Hearing. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12/06/19 Order Submitting Protest. |
| 12/09/19 | MO | 0.10 | Check evidentiary record attached to Order Submitting Protest to ensure all Employer evidence considered. |
| 12/09/19 | DKL | 0.10 | Review Order Submitting Protest. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/04/19 Occupational Pneumoconiosis Board Hearing transcript. |
| 12/26/19 | DKL | 0.10 | Receive and review hearing transcript. |

Total Hours    2.10

Dinsmore & Shohl LLP
Client Number – 123837.151

January 31, 2020
Invoice # 4392401

**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.80 | $ 593.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.05 | |
| Total Attorney Costs | | $4.05 |
| Current Amount Due This Invoice | | $597.05 |

January 31, 2020
Invoice # 4392401

Dinsmore & Shohl LLP
Client Number – 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/19 | MO | 0.20 | Update chronology to include 11-13-19 Board of Review Order accepting Claimant's late brief. |
| 11/20/19 | MO | 0.20 | Update chronology to include 11-12-19 Claimant's Brief to the Board of Review and Motion for Enlargement of Time to File Brief regarding ALJ Decision dated 08-15-19. |
| 11/20/19 | AMS | 0.20 | Review Claimant's Board of Review appeal brief regarding Administrative Law Judge's 8/15/19 Order. |
| 12/09/19 | AMS | 1.00 | Draft Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 8/15/19 Order. |
| 12/10/19 | MO | 0.20 | Update chronology to include Employer's 12-10-19 brief to the Board of Review. |
| 12/10/19 | AMS | 1.00 | Finalize Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 8/15/19 Order. |

Total Hours    2.80

January 31, 2020
Invoice # 4392403

Dinsmore & Shohl LLP
Client Number – 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.10 | |
| Mary R. Ontko | Paralegal | 4.70 | |
| | Total Hours / Fees | 6.80 | $ 1,164.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.95 | |
| Total Attorney Costs | $1.95 | |
| Current Amount Due This Invoice | $1,166.45 | |

January 31, 2020
Invoice # 4392403

Dinsmore & Shohl LLP
Client Number – 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | MO | 0.50 | Update chronology with Claimant's Brief to the WV Supreme Court of Appeals regarding Board of Review Order 10-21-19. |
| 11/21/19 | MO | 0.20 | Update chronology to include WV Supreme Court 11-19-19 Statutory Notice of Filing Appeal. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-19-19 WV Supreme Court of Appeals Stay Order. |
| 11/22/19 | AMS | 0.20 | Review Claimant's Petition for Appeal to WV Supreme Court regarding Board of Review's 10/21/19 Order. |
| 12/11/19 | MO | 0.60 | Locate exhibits for Appendix to Employer's reply brief to Claimant's WV Supreme Court Petition for Appeal. |
| 12/11/19 | MO | 0.80 | Prepare Appendix of Exhibits and exhibit labels. |
| 12/11/19 | MO | 0.60 | Review Employer's Response to Claimant's Petition for Appeal and revise to include exhibits. |
| 12/11/19 | MO | 0.40 | Review reply brief and prepare Table of Contents. |
| 12/11/19 | MO | 0.40 | Review reply brief and prepare Table of Points and Authorities. |
| 12/11/19 | MO | 0.30 | Prepare letter to Supreme Court Clerk filing Employer's Reply Brief and Appendix. |
| 12/11/19 | AMS | 0.10 | Review Administrative Law Judge's 12/3/19 Order affirming SmartCasualty's 7/18/19 Order. |
| 12/11/19 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 12/3/19 Order. |
| 12/11/19 | AMS | 0.80 | Draft brief in response to Claimant's Petition for Appeal of Board of Review's 10/21/19 Order. |
| 12/12/19 | MO | 0.20 | Update chronology to include 12-03-19 ALJ Decision affirming the claims Order dated 07-18-19. |
| 12/12/19 | AMS | 0.80 | Finalize WV Supreme Court brief in response to Claimant's Petition for Appeal of Board of Review's 10/21/19 Order. |
| 12/16/19 | MO | 0.50 | Update chronology to include 12-13-19 Employer's Reply to Claimant's Petition for Appeal to WV Supreme Court and Appendix of Exhibits. |

Total Hours    6.80

January 31, 2020
Invoice # 4392405

Dinsmore & Shohl LLP
Client Number – 123837.188
**Matter: Murray, James – DOI 10-06-13 - JCN 2019019342 OP – Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.50 | |
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 1.80 | |
| | Total Hours / Fees | 3.40 | $ 816.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.35 | |
| Total Attorney Costs | | $1.35 |
| Current Amount Due This Invoice | | $817.85 |

January 31, 2020
Invoice # 4392405

Dinsmore & Shohl LLP
Client Number – 123837.188
**Matter: Murray, James – DOI 10-06-13 - JCN 2019019342 OP – Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/25/19 | DKL | 0.70 | Prepare for Claimant's deposition. |
| 10/30/19 | AMS | 0.10 | Review evidence submitted by Claimant in support of protest to SmartCasualty's 8/2/19 Order. |
| 11/05/19 | MO | 0.20 | Update chronology to include 10-28-19 transcript of Claimant's deposition. |
| 11/05/19 | MO | 0.30 | Email copy of 10-28-19 deposition transcript to client. |
| 11/05/19 | DKL | 0.20 | Review transcript of Claimant's deposition. |
| 12/05/19 | DKL | 0.10 | Several emails regarding non-medical Order. |
| 12/13/19 | DKL | 0.10 | Receive and review Notice of Rejection Order Rescinded. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-06-19 SmartCasualty letter to Claimant. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-11-19 SmartCasualty letter to WV Office of the Insurance Commissioner. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-11-19 SmartCasualty employer decision |
| 12/16/19 | MO | 0.20 | Update chronology to include Claimant's 12-13-19 evidence. |
| 12/16/19 | DKL | 0.20 | Review claimant's deposition transcript. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-13-19 Claimant's withdrawal of protest. |
| 12/26/19 | MO | 0.20 | Update chronology to include 12-23-19 Order Dismissing Protest. |
| 12/26/19 | MO | 0.10 | Email client with Order Dismissing Protest. |
| 12/26/19 | DKL | 0.10 | Review claimant's withdrawal of protest. |
| 12/26/19 | DKL | 0.10 | Review Order Dismissing Protest. |

Total Hours        3.40

January 31, 2020
Invoice # 4392407

Dinsmore & Shohl LLP
Client Number – 123837.189
**Matter: Knight, Kelly – DOI 08-27-15 - JCN 2019004107 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 1.40 | |
| Total Hours / Fees | | 1.70 | $ 309.50 |

Current Amount Due This Invoice     $309.50

January 31, 2020
Invoice # 4392407

Dinsmore & Shohl LLP
Client Number – 123837.189
**Matter: Knight, Kelly – DOI 08-27-15 - JCN 2019004107 - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.20 | Email to counsel including copy of diffusion study for his review. |
| 11/01/19 | MO | 0.30 | Email client with results of diffusion study and statement for services. |
| 11/01/19 | MO | 0.10 | Email from client instructing us to withdraw the protest based on new diffusion study. |
| 11/01/19 | MO | 0.40 | Draft Motion to Withdraw Protest to claims administrator's 03-25-19 Order. |
| 11/01/19 | DKL | 0.10 | Review results of diffusion re-test. |
| 11/04/19 | DKL | 0.10 | Review, sign, and file Motion to Withdraw Protest. |
| 11/08/19 | DKL | 0.10 | Review Order Dismissing Protest. |
| 11/11/19 | MO | 0.20 | Update chronology to include 11-05-19 Order Dismissing Protest regarding claims administrator's 3-25-19 Order. |
| 11/11/19 | MO | 0.20 | Email to client with copy of Order Dismissing Protest. |

Total Hours       1.70

Dinsmore & Shohl LLP
Client Number – 123837.190

January 31, 2020
Invoice # 4392409

**Matter: Denard, Michael - DOI: 5/21/2009 - JCN 2010121075 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 64.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $64.50 |

January 31, 2020
Invoice # 4392409

Dinsmore & Shohl LLP
Client Number – 123837.190
**Matter: Denard, Michael - DOI: 5/21/2009 - JCN 2010121075 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | MO | 0.20 | Update chronology to include 10-30-19 Order Dismissing Protest. |
| 11/01/19 | DKL | 0.10 | Review Order Dismissing Protest. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

January 31, 2020
Invoice # 4392411

Dinsmore & Shohl LLP
Client Number – 123837.191
**Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.70 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 3.80 | $ 780.50 |
| | Current Amount Due This Invoice | | $780.50 |

January 31, 2020
Invoice # 4392411

Dinsmore & Shohl LLP
Client Number – 123837.191
**Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | AMS | 0.40 | Finish preparing settlement evaluation. |
| 10/30/19 | AMS | 0.10 | Conference with client regarding settlement. |
| 10/30/19 | AMS | 0.10 | Telephone call with Claimant's attorney regarding response to settlement demand. |
| 11/04/19 | MO | 0.50 | Update chronology to include 11-04-19 Employer's evidence regarding claims administrator's 07-03-18 Order. |
| 11/04/19 | AMS | 0.40 | Review updated medical records. |
| 11/04/19 | AMS | 0.10 | Finalize evidence to be filed in support of SmartCasualty's 7/3/18 Order. |
| 11/04/19 | AMS | 0.60 | Draft Closing Argument in support of SmartCasualty's 7/3/18 Order. |
| 11/05/19 | MO | 0.20 | Update chronology to include Employer's 11-05-19 closing argument regarding claim administrator's 07-03-18 Order. |
| 11/05/19 | AMS | 0.10 | Finalize Closing Argument in support of SmartCasualty's 7/3/18 Order. |
| 11/06/19 | AMS | 0.10 | Conference with counsel and clients regarding settlement. |
| 11/07/19 | AMS | 0.60 | Draft Settlement Agreement. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11-15-19 signed Settlement Agreement. |
| 11/20/19 | AMS | 0.10 | Draft correspondence to client regarding Settlement Agreement. |
| 11/26/19 | MO | 0.20 | Update chronology to include 11-21-19 Order Administratively Extending Time Frame to 12-20-19 to finalize settlement. |
| 11/27/19 | AMS | 0.10 | Draft correspondence to Claimant's attorney regarding Settlement Agreement. |

Total Hours    3.80

January 31, 2020
Invoice # 4392414

Dinsmore & Shohl LLP
Client Number – 123837.192
**Matter: Feiock, Troy - DOI: 3/22/2018 - JCN 2018021870 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 127.00 |
| | Current Amount Due This Invoice | | $127.00 |

January 31, 2020
Invoice # 4392414

Dinsmore & Shohl LLP
Client Number – 123837.192
**Matter: Feiock, Troy - DOI: 3/22/2018 - JCN 2018021870 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | MO | 0.20 | Update chronology to include 11-13-19 Order to Show Cause. |
| 11/22/19 | AMS | 0.10 | Review Claimant's notice of withdrawal of protest to SmartCasualty's Order. |
| 11/22/19 | MO | 0.20 | Update chronology to include Claimant's 11-20-19 withdrawal of protest to claims administrator's 04-02-19 Order. |
| 11/27/19 | AMS | 0.10 | Review Office of Judge's 11/22/19 Order dismissing Claimant's protest to SmartCasualty's 4/2/19 Order. |
| 11/27/19 | AMS | 0.10 | Draft correspondence to client regarding Office of Judge's 11/22/19 Order dismissing Claimant's protest to SmartCasualty's 4/2/19 Order. |

Total Hours    0.70

Dinsmore & Shohl LLP
Client Number – 123837.193
**Matter: Markovich, Virgil - DOI: 7/31/2015 - JCN 2019021008 OP - Ohio County Coal Co.**

January 31, 2020
Invoice # 4392416

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.80 | $ 158.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $158.00 |

January 31, 2020
Invoice # 4392416

Dinsmore & Shohl LLP
Client Number – 123837.193
**Matter: Markovich, Virgil - DOI: 7/31/2015 - JCN 2019021008 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/01/19 | MO | 0.20 | Update chronology to include 10-30-19 Claimant's Motion to Withdraw Protest to claims administrator's 11-14-18 Order. |
| 11/01/19 | DKL | 0.10 | Review correspondence from Claimant withdrawing protest. |
| 11/13/19 | DKL | 0.10 | Review Order Dismissing Protest. |
| 11/13/19 | MO | 0.20 | Update chronology to include 11-06-19 Order Dismissing Protest regarding claim administrator's 11-14-18 Order. |
| 11/13/19 | MO | 0.20 | Email copy of Order Dismissing Protest to 11-14-18 claims administrator's Order to client. |

Total Hours        0.80

January 31, 2020
Invoice # 4392418

Dinsmore & Shohl LLP
Client Number – 123837.194
**Matter: Holland, David - DOI: 3/17/2012 - JCN 2013009725 OP - Murray American Energy**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.80 | |
| | Partner | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.80 | $ 429.00 |

Current Amount Due This Invoice                $429.00

January 31, 2020
Invoice # 4392418

Dinsmore & Shohl LLP
Client Number – 123837.194
**Matter: Holland, David - DOI: 3/17/2012 - JCN 2013009725 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | DKL | 0.40 | Review medical records regarding preparation for final O.P. Board Hearing. |
| 11/06/19 | DKL | 0.10 | Review Notice of O.P. Board Hearing. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11-01-19 Notice of Occupational Pneumoconiosis Board Hearing 12-04-19. |
| 11/13/19 | MO | 0.20 | Update chronology to include Claimant's 11-07-19 handwritten withdrawal of protest. |
| 11/13/19 | MO | 0.20 | Email Office of Judges to ask if Claimant's withdrawal was received. |
| 11/14/19 | DKL | 0.10 | Review Claimant's correspondence withdrawing protest. |
| 11/15/19 | MO | 0.20 | Update chronology to include 11-12-19 Order Dismissing Claimant's Protest. |
| 11/15/19 | DKL | 0.10 | Receive and review Order discussing protest. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11-13-19 Order from the Office of Judges cancelling the 12-04-19 Occupational Pneumoconiosis Board hearing. |
| 11/18/19 | DKL | 0.10 | Review Order Cancelling Hearing. |

Total Hours    1.80

Dinsmore & Shohl LLP
Client Number – 123837.201

January 31, 2020
Invoice # 4392433

**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 108.00 |
| | Current Amount Due This Invoice | | $108.00 |

January 31, 2020
Invoice # 4392433

Dinsmore & Shohl LLP
Client Number – 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/06/19 | DKL | 0.10 | Review evidence submitted by Claimant. |
| 11/06/19 | MO | 0.50 | Update chronology to include Claimant's 11-04-19 evidence submission regarding claims administrator's 09-24-19 Order. |

Total Hours        0.60

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

January 31, 2020
Invoice # 4392437

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.90 | |
| Mary R. Ontko | Paralegal | 5.00 | |
| | Total Hours / Fees | 5.90 | $ 932.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.10 | |
| Total Attorney Costs | | $5.10 |
| Current Amount Due This Invoice | | $937.10 |

January 31, 2020
Invoice # 4392437

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/19/19 | MO | 0.40 | Prepare Notice of Appearance and letter to Office of Judges filing the same. |
| 12/19/19 | MO | 3.10 | Review and analyze claim file documents and prepare chronology. |
| 12/20/19 | MO | 0.80 | Review SmartCasualty website for prior claims. |
| 12/20/19 | MO | 0.30 | Review Office of Judges website for additional records. |
| 12/23/19 | AMS | 0.60 | Review file received from client. |
| 12/23/19 | AMS | 0.30 | Draft Initial Litigation Evaluation. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-19-19 Notice of Expedited Hearing. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-19-19 confirmation of claimant's telephone deposition. |

Total Hours        5.90

January 31, 2020
Invoice # 4392441

Dinsmore & Shohl LLP
Client Number – 123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 10.90 | |
| Total Hours / Fees | | 10.90 | $ 1,580.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 1.35 |
| Total Attorney Costs | $1.35 |
| Current Amount Due This Invoice | $1,581.85 |

January 31, 2020
Invoice # 4392441

Dinsmore & Shohl LLP
Client Number – 123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/19 | MO | 0.40 | Prepare Employer's Notice of Appearance and letter to Office of Judges filing same. |
| 12/17/19 | MO | 2.80 | Begin to review/analyze claim file documents and prepare chronology. |
| 12/18/19 | MO | 7.70 | Continue to review and analyze claim file documents to prepare chronology. |

Total Hours    10.90

January 31, 2020
Invoice # 4392443

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.90 | $ 235.50 |
| | Current Amount Due This Invoice | | $235.50 |

January 31, 2020
Invoice # 4392443

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/13/19 | DKL | 0.10 | File Notice of Appearance. |
| 12/13/19 | DKL | 0.40 | Initial review of file from SmartCasualty. |
| 12/13/19 | MO | 0.40 | Prepare Employer's Notice of Appearance and letter to Office of Judges filing same. |

| | | | |
|------|-----------|-------|-------------|
| | Total Hours | 0.90 | |

January 31, 2020
Invoice # 4392447

Dinsmore & Shohl LLP
Client Number – 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.10 | |
| | Total Hours / Fees | 2.10 | $ 304.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.95 | |
| Total Attorney Costs | | $4.95 |
| Current Amount Due This Invoice | | $309.45 |

January 31, 2020
Invoice # 4392447

Dinsmore & Shohl LLP
Client Number – 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/26/19 | MO | 0.40 | Review SmartCasualty website for new medical records. |
| 12/26/19 | MO | 0.90 | Prepare medical records requests. |
| 12/27/19 | MO | 0.80 | Review new medical records. |

| | | |
|---|---|---|
| Total Hours | 2.10 | |

January 31, 2020

Dinsmore & Shohl LLP
Client Number – 123837.148

Invoice # 4392449

**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 11.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 13.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 25.40 | $ 4,791.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.25 | |
| Federal Express | $ 16.28 | |
| Total Attorney Costs | | $27.53 |
| Current Amount Due This Invoice | | $4,819.03 |

Dinsmore & Shohl LLP
Client Number – 123837.148

January 31, 2020
Invoice # 4392449

**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.50 | Update chronology to include new documents received from client. |
| 10/30/19 | MO | 0.60 | Update chronology with new medical notes. |
| 10/30/19 | AMS | 0.20 | Review updated medical records. |
| 11/07/19 | MO | 0.80 | Locate all exhibits from claim file to prepare Appendix to Employer's Petition for Appeal to WV Supreme Court. |
| 11/07/19 | MO | 1.20 | Prepare Appendix of Exhibits and exhibit labels to support Employer's Petition for Appeal to WV Supreme Court. |
| 11/07/19 | MO | 0.50 | Revise Employer's Petition for Appeal to WV Supreme Court including exhibits. |
| 11/07/19 | MO | 0.40 | Prepare Table of Contents for Employer's Petition for Appeal to WV Supreme Court. |
| 11/07/19 | MO | 0.50 | Prepare Table of Points and Authorities for Employer's Petition for Appeal to WV Supreme Court. |
| 11/07/19 | AMS | 1.00 | Draft Petition for Appeal to W.V. Supreme Court regarding Employer's Appeal of Board of Review's 10/18/19 Order. |
| 11/08/19 | MO | 0.90 | Prepare docketing statement with attached list of compensable injuries and list of pending litigation in court below. |
| 11/08/19 | MO | 1.20 | Review and analyze doctor's 10-22-19 independent medical examination and update chronology. |
| 11/08/19 | AMS | 0.40 | Review 10/22/19 Independent Medical Examination report. |
| 11/08/19 | AMS | 0.40 | Conference with clients regarding 0/22/19 Independent Medical Examination. |
| 11/11/19 | AMS | 1.30 | Finish drafting Supreme Court brief regarding Employer's appeal of Board of Review's Orders dated 10/18/19. |
| 11/12/19 | MO | 0.60 | Update chronology to include Employer's 11-12-19 Petition for Appeal to WV Supreme Court of Appeals. |
| 11/12/19 | AMS | 1.20 | Finalize WV Supreme Court Petition for Appeal regarding Board of Review's Orders dated 10/18/19. |
| 11/12/19 | WER | 0.50 | Review Petition for Appeal to WV Supreme Court of Appeals and related documents. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-19-19 Claimant's reply brief to the Board of Review. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-19-19 SmartCasualty letter to client. |
| 11/21/19 | AMS | 1.50 | Draft Board of Review appeal brief regarding Administrative Law Judge's 9/6/19 Order. |
| 11/21/19 | AMS | 0.10 | Review SmartCasualty's 11/19/19 Order. |
| 11/21/19 | AMS | 0.20 | Review Claimant's Board of Review brief in response to Employer's appeal of Administrative Law Judge's 8/9/19 Order. |
| 11/21/19 | AMS | 0.30 | Draft additional question as follow-up to 10/22/19 report. |
| 11/25/19 | MO | 0.20 | Phone call to WV Supreme Court regarding Employer's recent Petition for Appeal. |
| 11/25/19 | MO | 1.10 | Prepare Motion to Accept "late" filing and letter to Court Clerk. |
| 11/25/19 | MO | 0.30 | Prepare letter to WV Board of Review filing Employer's Appeal of ALJ Decision dated 09-06-19. |

January 31, 2020

Dinsmore & Shohl LLP
Client Number – 123837.148
Invoice # 4392449

**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

| | | | |
|---|---|---|---|
| 11/25/19 | AMS | 2.40 | Finalize Board of Review appeal brief regarding Administrative Law Judge's 9/6/19 Order. |
| 11/26/19 | MO | 0.20 | Update chronology to include Employer's 11-25-19 Brief to the Board of Review appealing ALJ decision 09-06-19 and Motion to Exceed 20 page limit. |
| 11/26/19 | MO | 0.20 | Update chronology to include Employer's 11-25-19 Motion to WV Supreme Court to accept late filing of Petition for Appeal. |
| 11/26/19 | AMS | 0.10 | Review 11/22/19 addendum report. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-25-19 Statutory Notice of Filing Petition for Appeal from WV Supreme Court. |
| 11/27/19 | AMS | 0.50 | Confer with client regarding 10/22/19 report and 11/22/19 addendum. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12-04-19 Board of Review Order permitting Employer to exceed 20 page limit. |
| 12/12/19 | MO | 0.20 | Update chronology to include 11-25-19 ALJ Decision modifying the claims Order dated 06-12-19. |
| 12/12/19 | MO | 0.20 | Update chronology to include 11-22-19 clarification report. |
| 12/12/19 | AMS | 0.40 | Review Administrative Law Judge's 11/25/19 Order. |
| 12/12/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 11/25/19 Order. |
| 12/12/19 | AMS | 0.20 | Confer with client regarding Claimant's request for authorization. |
| 12/16/19 | AMS | 0.10 | Review SmartCasualty's Orders dated 12/12/19. |
| 12/16/19 | MO | 0.60 | Update chronology to include 12-12-19 SmartCasualty employer decisions. |
| 12/19/19 | AMS | 0.10 | Review SmartCasualty's 12/12/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-19-19 SmartCasualty letter to Claimant. |
| 12/26/19 | MO | 0.20 | Update chronology to include 12-23-19 Board of Review Notice of Telephone Hearing. |
| 12/27/19 | MO | 0.20 | Email client requesting addidtional medical records. |
| 12/27/19 | MO | 1.60 | Update chronology with new medical records received from client. |
| 12/30/19 | MO | 0.20 | Update chronology to include Claimant's 12-26-19 Reply Brief to the Board of Review. |
| 12/30/19 | MO | 0.20 | Update chronology to include Claimant's 12-26-19 protest to claim Order dated 12-12-19. |
| 12/30/19 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 12/12/19 Order. |
| 12/30/19 | AMS | 0.30 | Review Claimant's Board of Review brief in response to Employer's appeal of Administrative Law Judge's 9/6/19 Order. |
| 12/31/19 | MO | 0.20 | Update chronology to include Claimant's 12-10-19 reply to Employer's Petition for Appeal to WV Supreme Court. |
| 12/31/19 | AMS | 0.20 | Review Claimant's Brief in response to Employer's Petition for Appeal from Board of Review's 10/18/19 Order. |

Total Hours     25.40

January 31, 2020
Invoice # 4392451

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 7.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 7.30 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 14.70 | $ 2,760.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.50 | |
| Medical Records | $ 15.00 | |
| Total Attorney Costs | $16.50 | |
| Current Amount Due This Invoice | $2,777.00 | |

January 31, 2020
Invoice # 4392451

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | MO | 0.20 | Update chronology to include 10-30-19 Confirmation of telephone deposition. |
| 11/01/19 | MO | 0.90 | Prepare medical records requests and authorizations. |
| 11/04/19 | AMS | 0.70 | Identify evidence to file in support of SmartCasualty's Orders dated 9/4/19. |
| 11/05/19 | MO | 0.30 | Review new medical records. |
| 11/05/19 | MO | 0.60 | Review documents on SmartCasualty website for additional medical documents. |
| 11/05/19 | AMS | 0.70 | Finish identifying evidence to file in support of SmartCasualty's Orders dated 9/4/19. |
| 11/05/19 | AMS | 0.50 | Prepare for deposition of Nurse. |
| 11/06/19 | MO | 1.10 | Update chronology to include new medical records from client website. |
| 11/06/19 | MO | 0.20 | Telephone call to office of Nurse Practitioner regarding 10-23-19 report. |
| 11/06/19 | MO | 0.30 | Prepare medical authorization and medical request letter. |
| 11/06/19 | MO | 0.50 | Update chronology to include Employer's 11-06-19 evidence submission regarding Orders dated 09-04-19. |
| 11/06/19 | AMS | 0.50 | Review updated medical records. |
| 11/06/19 | AMS | 0.60 | Finish identifying evidence to file in support of SmartCasualty's Orders dated 9/4/19. |
| 11/06/19 | AMS | 1.00 | Draft Closing Argument in support of SmartCasualty's Orders dated 9/4/19. |
| 11/06/19 | AMS | 1.00 | Prepare for deposition of Nurse. |
| 11/06/19 | AMS | 0.40 | Attend deposition of Nurse. |
| 11/07/19 | MO | 0.50 | Update chronology to include 10-23-19 office notes. |
| 11/07/19 | MO | 0.40 | Update chronology to include Claimant's requests for extensions of time frame regarding Claimant's protests dated 09-04-19. |
| 11/07/19 | MO | 0.20 | Update chronology to include Employer's 11-07-19 additional evidence submission. |
| 11/07/19 | AMS | 0.10 | Review Claimant's Motion for Extension of Time regarding his protest to SmartCasualty's Orders dated 9/4/19. |
| 11/07/19 | AMS | 0.10 | Review testing results. |
| 11/07/19 | AMS | 0.30 | Review updated medical records. |
| 11/13/19 | AMS | 0.10 | Review evidence filed by the Claimant in support of protest to SmartCasualty's Orders dated 9/4/19, 10/14/19, and 9/13/19. |
| 11/13/19 | MO | 0.20 | Telephone call from Office of Judges requesting a more legible copy of 10-23-19 document submitted. |
| 11/13/19 | MO | 0.10 | Locate document requested by Office of Judges and fax to them. |
| 11/15/19 | MO | 0.20 | Update chronology to include 11-06-19 deposition transcript. |
| 11/20/19 | MO | 0.20 | Update chronology to include 11-18-19 Claimant's evidence regarding claim administrator's Orders dated 09-04-19, 09-13-19, and 10-14-19. |

January 31, 2020
Invoice # 4392451

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

| | | | |
|---|---|---|---|
| 12/06/19 | AMS | 0.10 | Identify additional evidence needed to file in support of SmartCasualty's 10/14/19 Order. |
| 12/12/19 | MO | 0.80 | Update chronology with additional records. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-12-19 confirmation of telephone deposition. |
| 12/17/19 | AMS | 0.90 | Prepare for deposition of treating physician. |
| 12/20/19 | AMS | 0.40 | Attend telephonic deposition of Claimant's treating physician. |
| 12/30/19 | MO | 0.20 | Update chronology to include 12-20-19 deposition transcript. |
| 12/31/19 | MO | 0.20 | Update chronology to include 12-16-19 Order. |

Total Hours    14.70

January 31, 2020
Invoice # 4392453

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.90 | |
| | Total Hours / Fees | 2.90 | $ 420.50 |
| | Current Amount Due This Invoice | | $420.50 |

January 31, 2020
Invoice # 4392453

Dinsmore & Shohl LLP
Client Number – 123837.89

**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.40 | Prepare Employer Notice of Appearance. |
| 11/11/19 | MO | 2.10 | Review and analyze claim file documents and draft corresponding chronology. |
| 11/11/19 | MO | 0.40 | Prepare medical authorization and letter to claimant enclosing authorization and medical provider list. |
| | Total Hours | 2.90 | |

January 31, 2020
Invoice # 4392457

Dinsmore & Shohl LLP
Client Number – 123837.90
**Matter: Goddard, Kenneth - 6/12/2019 - JCN 2019026370 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.70 | $ 127.00 |
| | Current Amount Due This Invoice | | $127.00 |

January 31, 2020
Invoice # 4392457

Dinsmore & Shohl LLP
Client Number – 123837.90
**Matter: Goddard, Kenneth - 6/12/2019 - JCN 2019026370 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | MO | 0.20 | Update chronology to include 10/30/19 Order to Show Cause. |
| 11/04/19 | AMS | 0.10 | Review Order to Claimant to Show Cause regarding protest to SmartCasualty's 6/26/19 Order. |
| 12/20/19 | AMS | 0.10 | Review Administrative Law Judge's 12/16/19 Order affirming SmartCasualty's 6/26/19 Order. |
| 12/20/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 12/16/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/16/19 Order. |

Total Hours        0.70

January 31, 2020
Invoice # 4392460

Dinsmore & Shohl LLP
Client Number – 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 75.00 |
| | Current Amount Due This Invoice | | $75.00 |

Dinsmore & Shohl LLP
Client Number – 123837.146

January 31, 2020
Invoice # 4392460

**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/22/19 | MO | 0.20 | Update chronology to include 11-18-19 Permanent Total Disability Board Final Recommendations. |
| 11/22/19 | AMS | 0.10 | Review Permanent Total Disability Review Board's 11/18/19 Final Recommendation. |
| 11/26/19 | AMS | 0.10 | Review SmartCasualty's 11/20/19 Order. |

| | |
|---|---|
| Total Hours | 0.40 |

Dinsmore & Shohl LLP
Client Number – 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | | —————— | |
| | Total Hours / Fees | 0.50 | $ 81.00 |

Current Amount Due This Invoice    $81.00

January 31, 2020
Invoice # 4392465

Dinsmore & Shohl LLP
Client Number – 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/26/19 | MO | 0.20 | Update chronology to include 11-20-19 SmartCasualty employer decision. |
| 12/23/19 | AMS | 0.10 | Review SmartCausalty's 12/18/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-18-19 SmartCasualty employer decision. |

Total Hours    0.50

Dinsmore & Shohl LLP
Client Number – 123837.92

January 31, 2020
Invoice # 4392471

**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 4.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 15.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 19.70 | $ 3,196.50 |
| | Current Amount Due This Invoice | | $3,196.50 |

Dinsmore & Shohl LLP
Client Number – 123837.92

January 31, 2020
Invoice # 4392471

**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/16/19 | MO | 0.40 | Draft Employer's Notice of Appearance. |
| 10/16/19 | MO | 2.60 | Begin drafting chronology. |
| 10/16/19 | MO | 0.30 | Draft subpoena for medical records from physician. |
| 10/16/19 | MO | 0.30 | Draft subpoena for medical records from medical center. |
| 10/17/19 | MO | 2.80 | Continue drafting chronology. |
| 10/17/19 | MO | 0.20 | Update chronology to include 10/14/19 SmartCasualty letter. |
| 10/17/19 | MO | 2.10 | Continue drafting chronology. |
| 10/18/19 | MO | 2.60 | Continue drafting chronology. |
| 10/21/19 | MO | 0.20 | Update chronology to include Claimant's 10/17/19 protest. |
| 10/23/19 | MO | 2.10 | Update chronology to include new medical records. |
| 11/01/19 | MO | 0.20 | Update chronology to include 10/28/19 SmartCasualty letter to client. |
| 11/13/19 | AMS | 0.90 | Prepare for Claimant's depositions. |
| 11/14/19 | AMS | 0.20 | Finish preparing for deposition of Claimant. |
| 11/18/19 | AMS | 0.40 | Attend telephonic deposition of Claimant. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11/25/19 Claimant's evidence regarding claim administrator's 10/14/19 Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11/21/19 SmartCasualty letter to Claimant. |
| 11/27/19 | AMS | 0.10 | Review evidence filed by Claimant in support of his protest to SmartCasualty's 10/14/19 Order. |
| 12/11/19 | MO | 0.20 | Update chronology to include 12/06/19 SmartCasualty letter to Claimant. |
| 12/11/19 | MO | 0.40 | Prepare Motion to Compel Claimant to provide medical authorization. |
| 12/12/19 | MO | 0.20 | Update chronology to include Employer's Motion to Compel medical authorization from Claimant. |
| 12/18/19 | AMS | 1.10 | Review file received from client. |
| 12/18/19 | AMS | 0.60 | Draft Initial Litigation Evaluation. |
| 12/20/19 | AMS | 0.50 | Finalize Initial Litigation Evaluation. |
| 12/20/19 | AMS | 0.20 | Review evidence filed by Claimant in support of his protest to SmartCasualty's 10/14/19 Order. |
| 12/23/19 | MO | 0.70 | Update chronology to include 12/16/19 Claimant's evidence. |

Total Hours    19.70

January 31, 2020
Invoice # 4392471

Dinsmore & Shohl LLP
Client Number – 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

Dinsmore & Shohl LLP
Client Number – 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

January 31, 2020
Invoice # 4392475

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.50 |
| | Partner | |
| Mary R. Ontko | | 0.80 |
| | Paralegal | |
| Total Hours / Fees | | 1.30 |

$ 293.50

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Federal Express | $ 16.28 |
| Total Attorney Costs | $16.28 |
| Current Amount Due This Invoice | $309.78 |

January 31, 2020
Invoice # 4392475

Dinsmore & Shohl LLP
Client Number – 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.50 | Update chronology to include 10-29-18 evidence submission and Motion for Final Occupational Pneumoconiosis Board Hearing. |
| 12/12/19 | MO | 0.20 | Update chronology to include 12-09-19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/12/19 | MO | 0.10 | Check evidentiary record attached to Notice of Occupational Pneumoconiosis Board Hearing to ensure all Employer evidence considered in the record. |
| 12/12/19 | DKL | 0.10 | Receive and review Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/17/19 | DKL | 0.40 | Review evidence and prepare for final O.P. Board Hearing. |

Total Hours     1.30

January 31, 2020
Invoice # 4392477

Dinsmore & Shohl LLP
Client Number – 123837.93
**Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.30 | |
| Mary R. Ontko | Paralegal | 1.20 | |
| Total Hours / Fees | | 2.50 | $ 635.50 |

Current Amount Due This Invoice          $635.50

January 31, 2020
Invoice # 4392477

Dinsmore & Shohl LLP
Client Number – 123837.93
**Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | DKL | 0.40 | Review medical evidence in preparation for final O.P. Board Hearing. |
| 11/06/19 | DKL | 0.10 | Receive and review Notice of O.P. Board Hearing. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11/01/19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/04/19 | DKL | 0.50 | Defend Protest at Final Occupational Pneumoconiosis Board Hearing. |
| 12/13/19 | DKL | 0.10 | Receive and review Order Submitting Protest. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12/11/19 Order Submitting Protest. |
| 12/16/19 | MO | 0.10 | Review record attached to 12/11/19 Order Submitting Protest to ensure all Employer evidence contained in the record. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/04/19 Occupational Pneumoconiosis Board Hearing transcript. |
| 12/26/19 | DKL | 0.10 | Receive and review hearing transcript. |
| 12/30/19 | DKL | 0.10 | Receive and review Decision of Administrative Law Judge Affirming Claims Administrator's Order. |
| 12/30/19 | MO | 0.30 | Letter to client with 12/26/19 ALJ Decision. |
| 12/30/19 | MO | 0.20 | Update chronology to include 12/26/19 ALJ Decision affirming claim Order dated 11/29/18. |

Total Hours     2.50

January 31, 2020
Invoice # 4392481

Dinsmore & Shohl LLP
Client Number – 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 2.60 | |
| | Total Hours / Fees | 2.90 | $ 483.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.70 | |
| | Total Attorney Costs | $14.70 |
| | Current Amount Due This Invoice | $498.20 |

January 31, 2020
Invoice # 4392481

Dinsmore & Shohl LLP
Client Number – 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.30 | Prepare Motion for Final O.P. Board Hearing. |
| 10/29/19 | MO | 0.50 | Prepare Employer evidence submission. |
| 11/08/19 | DKL | 0.20 | Review, analyze and select evidence to submit with Motion for final O.P. Board Hearing. |
| 11/20/19 | MO | 0.60 | Review new medical records. |
| 11/20/19 | MO | 0.80 | Finalize Employer's evidence submission regarding claim administrator's 02-13-19 Order. |
| 11/22/19 | DKL | 0.10 | Review, sign and file Motion for Final Occupational Pneumoconiosis Board Hearing and evidence. |
| 12/19/19 | MO | 0.40 | Update chronology to include 12-19-19 Employer's Motion for Final O.P. Board Hearing and evidence regarding claims Order dated 02-13-19. |

Total Hours    2.90

Dinsmore & Shohl LLP
Client Number – 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

January 31, 2020
Invoice # 4392482

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.20 | $ 382.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.10 | |
| | Total Attorney Costs | $2.10 |
| | Current Amount Due This Invoice | $384.10 |

Dinsmore & Shohl LLP
Client Number – 123837.95

January 31, 2020
Invoice # 4392482

**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/26/19 | MO | 0.60 | Review claim file and medical records for documents to submit regarding claim Order dated 10/2/18. |
| 12/26/19 | MO | 0.40 | Prepare Employer's evidence submission regarding claim Order dated 10/2/18. |
| 12/26/19 | MO | 0.30 | Prepare Motion for Final Occupational Pneumoconiosis Board hearing. |
| 12/27/19 | MO | 0.60 | Finalize Employer's evidence submission regarding claim Order dated 10/2/18. |
| 12/27/19 | DKL | 0.20 | Review and select evidence to file with Motion for Final Hearing. |
| 12/30/19 | DKL | 0.10 | Review Motion for Final Occupational Pneumoconiosis Board Hearing. |

Total Hours    2.20

January 31, 2020
Invoice # 4392486

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 14.70 | |
| Mary R. Ontko | Paralegal | 15.70 | |
| | Total Hours / Fees | 30.40 | $ 5,657.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 6.00 |
| Medical Records | $ 205.16 |
| Total Attorney Costs | $211.16 |
| Current Amount Due This Invoice | $5,868.66 |

January 31, 2020
Invoice # 4392486

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/29/19 | MO | 1.10 | Prepare medical records requests and authorizations. |
| 10/30/19 | MO | 0.40 | Review documents on SmartCasualty website to identify new medical records. |
| 10/30/19 | MO | 0.50 | Update chronology to include new records. |
| 10/31/19 | AMS | 0.80 | Review file received from client. |
| 11/04/19 | MO | 0.20 | Update chronology to include 10/31/19 confirmation of telephone deposition. |
| 11/11/19 | AMS | 0.90 | Draft Initial Litigation Evaluation. |
| 11/12/19 | AMS | 1.80 | Prepare for deposition of Claimant's treating physician. |
| 11/13/19 | AMS | 0.50 | Prepare for Claimant's deposition. |
| 11/13/19 | AMS | 0.70 | Attend telephonic deposition of Claimant's treating physician. |
| 11/13/19 | AMS | 0.60 | Continue drafting Initial Litigation Evaluation. |
| 11/14/19 | AMS | 0.40 | Finalize Initial Litigation Evaluation. |
| 11/15/19 | AMS | 0.40 | Attend Claimant's telephonic deposition. |
| 11/20/19 | MO | 0.20 | Update chronology to include 11/13/19 transcript of Claimant's treating physician's deposition. |
| 11/20/19 | MO | 0.20 | Update chronology to include transcript of Claimant's deposition. |
| 11/21/19 | MO | 0.40 | Review client website for new medical records. |
| 11/22/19 | AMS | 0.30 | Identify evidence to file in support of SCS' 8/27/19 and 10/7/19 Orders. |
| 11/22/19 | MO | 1.60 | Update chronology to include new medical records. |
| 11/25/19 | AMS | 0.70 | Continue identifying evidence to file in support of SmartCasualty's 8/27/19 and 10/7/19 Orders. |
| 11/25/19 | AMS | 1.20 | Draft Closing Argument in support of SmartCasualty's 8/27/19 and 10/7/19 Orders. |
| 11/26/19 | MO | 0.90 | Finalize Employer's evidence submission regarding claim administrator's 08/12/19, 08/13/19, 08/27/19 and 10/07/19 Orders. |
| 11/26/19 | MO | 0.80 | Update chronology to include new records. |
| 11/26/19 | MO | 0.60 | Update chronology to include Claimant's 11/21/19 evidence submission. |
| 11/26/19 | MO | 0.60 | Update chronology to include Employer's 11/26/19 evidence submission. |
| 11/26/19 | AMS | 0.50 | Review evidence filed by Claimant in support of his protest to SmartCasualty's Orders. |
| 11/26/19 | AMS | 0.40 | Finalize evidence to file in support of SmartCasualty's Orders. |
| 12/02/19 | MO | 0.20 | Update chronology to include 11/26/19 SmartCasualty letter to Claimant acknowledging 11/22/19 benefits request. |
| 12/02/19 | MO | 0.20 | Update chronology to include 12/02/19 Employer's closing argument. |
| 12/02/19 | AMS | 2.00 | Finalize closing argument in support of SCS' 8/27/19 and 10/7/19 Orders. |

Dinsmore & Shohl LLP

January 31, 2020
Invoice # 4392486

Client Number – 123837.96

**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

| | | | |
|---|---|---|---|
| 12/05/19 | MO | 0.40 | Initial review of medical records. |
| 12/05/19 | MO | 0.20 | Phone call to physician regarding medical records. |
| 12/06/19 | MO | 5.70 | Update chronology to include medical records. |
| 12/18/19 | AMS | 0.50 | Identify additional evidence to file in support of SmartCasualty's 8/12/19 Order and 8/13/19 Order. |
| 12/18/19 | AMS | 0.50 | Draft Closing Argument in support of SmartCasualty's 8/12/19 Order and 8/13/19 Order. |
| 12/23/19 | AMS | 0.50 | Finalize evidence to file in support of SmartCasualty's 8/12/19 and 8/13/19 Orders. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12/18/19 Order Submitting Protest regarding claim administrator Orders dated 08/27/19 and 10/07/19. |
| 12/23/19 | MO | 0.10 | Review evidence record attached to 12/18/19 Order. |
| 12/23/19 | MO | 0.30 | Update chronology to include 12/23/19 Employer's additional evidence regarding claim Orders dated 08/12/19 and 08/13/19. |
| 12/30/19 | MO | 0.40 | Review closing argument regarding claim Orders dated 08/12/19 and 08/13/19 to ensure all Employer's evidence included. |
| 12/30/19 | MO | 0.30 | Prepare letter to Office of Judges. |
| 12/30/19 | AMS | 1.50 | Draft Closing Argument in support of SmartCasualty's 8/12/19 Order and 8/13/19 Order. |
| 12/31/19 | MO | 0.20 | Update chronology to include 12/31/19 Employer's closing argument regarding claim Orders dated 08/12/19 and 08/13/19. |
| 12/31/19 | AMS | 0.50 | Finalize Closing Argument in support of SmartCasualty's 8/12/19 Order closing claim and 8/13/19 Order denying request for temporary total disability benefits. |

Total Hours    30.40

January 31, 2020
Invoice # 4392494

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 3.30 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| Total Hours / Fees | | 4.20 | $ 889.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 10.95 |
| Total Attorney Costs | $10.95 |
| Current Amount Due This Invoice | $900.45 |

Dinsmore & Shohl LLP
Client Number – 123837.98

January 31, 2020
Invoice # 4392494

**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.20 | Update chronology to include Claimant's argument in lieu of evidence regarding claim administrator's Order dated 07/05/19. |
| 10/31/19 | AMS | 0.10 | Identify additional evidence needed to file in support of SmartCasualty's 7/5/19 Order. |
| 10/31/19 | AMS | 0.10 | Review updated medical. |
| 11/20/19 | MO | 0.50 | Update chronology to include 11/11/19 Claimant's Evidence regarding CAO dated 07/05/19. |
| 11/20/19 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to SmartCasualty's 07/05/19 Order. |
| 12/03/19 | AMS | 2.00 | Draft closing argument in support of SmartCasualty's 07/05/19 Order. |
| 12/05/19 | AMS | 0.90 | Finalize closing argument in support of SmartCasualty's 07/05/19 Order. |
| 12/16/19 | AMS | 0.10 | Review Claimant's response to Employer's Closing Argument in support of SmartCasualty's 07/05/19 Order. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12/12/19 Claimant's closing argument. |

Total Hours     4.20

Dinsmore & Shohl LLP
Client Number – 123837.140

**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

January 31, 2020
Invoice # 4392498

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 434.00 |
| | Current Amount Due This Invoice | | $434.00 |

Dinsmore & Shohl LLP
Client Number – 123837.140

January 31, 2020
Invoice # 4392498

**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/04/19 | MO | 0.20 | Update chronology to include 10-18-19 transcript of expedited hearing. |
| 11/04/19 | MO | 0.20 | Update chronology to include 10-31-19 Order Submitting Protest at expiration of time frame regarding claims administrator's 08-21-19 Order. |
| 11/04/19 | MO | 0.10 | Review the record attached to the 10-31-19 Order Submitting Protest regarding the claims administrator's 08-21-19 Order. |
| 11/22/19 | AMS | 0.20 | Review ALJ's 11/14/19 Order reversing SmartCasualty's 8/21/19 Order. |
| 11/22/19 | AMS | 0.20 | Draft correspondence to client regarding ALJ's 11/14/19 Order. |
| 11/22/19 | MO | 0.20 | Update chronology to included 11-14-19 ALJ Decision. |
| 11/22/19 | MO | 0.30 | Prepare Employer's Notice of Appeal to the Board of Review. |
| 11/26/19 | MO | 0.20 | Update chronology to include Employer's 11-25-19 Notice of Appeal to the Board of Review regarding ALJ Decision dated 11-14-18. |
| 11/26/19 | MO | 0.20 | Update chronology to include claimant's 11-22-19 Motion for extension of time. |
| 11/26/19 | AMS | 0.10 | Review Claimant's Motion for Extension of Time regarding her protest to SmartCasualty's 7/1/19 Order. |
| 12/02/19 | MO | 0.20 | Update chronology to include 11-25-19 SmartCasualty letter to Claimant acknowledging 11-14-19 ALJ Decision. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12-04-19 Board of Review briefing schedule. |
| 12/09/19 | MO | 0.20 | Update chronology to include 12-05-19 SmartCasualty letter to Claimant. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-12-19 Order extending time frame. |

Total Hours    2.70

Dinsmore & Shohl LLP
Client Number – 123837.100

**Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ - Ohio County Coal Co.**

January 31, 2020
Invoice # 4392502

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.40 | $ 58.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $58.00 |

January 31, 2020
Invoice # 4392502

Dinsmore & Shohl LLP
Client Number – 123837.100
**Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/06/19 | MO | 0.20 | Update chronology to include client letter to Claimant regarding appointment. |
| 11/06/19 | MO | 0.20 | Client letter to physician confirming appointment and approved diagnosis in claim. |

Total Hours    0.40

Dinsmore & Shohl LLP
Client Number – 123837.101

January 31, 2020
Invoice # 4392503

**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.00 | |
| | Partner | | |
| Mary R. Ontko | | 1.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 913.00 |
| | | | |
| | Current Amount Due This Invoice | | $913.00 |

Dinsmore & Shohl LLP
Client Number – 123837.101

January 31, 2020
Invoice # 4392503

**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | MO | 0.20 | Telephone conference with attorney's office regarding deposition dates for Claimant's telephone deposition. |
| 11/05/19 | MO | 0.20 | Phone call to attorney's office regarding deposition dates. |
| 11/05/19 | DKL | 0.10 | Email from Claimant's counsel to arrange Claimant deposition. |
| 11/08/19 | MO | 0.20 | Update chronology to include Notice of Telephone Deposition of Claimant. |
| 11/08/19 | DKL | 0.10 | Receive and review Notice of Deposition. |
| 11/08/19 | DKL | 0.40 | Review file and medical records regarding deposition of Claimant. |
| 11/25/19 | DKL | 0.10 | Emails with Mary Ontko regarding changing deposition date. |
| 12/03/19 | DKL | 0.10 | Review Notice of Deposition of Claimant. |
| 12/03/19 | MO | 0.20 | Update chronology to include 11-26-19 Notice of Telephone Deposition. |
| 12/10/19 | DKL | 0.40 | Prepare for Claimant's deposition. |
| 12/10/19 | DKL | 0.50 | Attend telephone deposition of Claimant. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-10-19 transcript of claimant's deposition |
| 12/26/19 | DKL | 0.10 | Receive and review transcript of claimant's deposition. |
| 12/27/19 | MO | 0.40 | Update chronology with 12-27-19 Claimant's evidence submission re: claim order dated 03-20-19 |
| 12/27/19 | DKL | 0.10 | Receive and review claimant's evidence submission. |
| 12/30/19 | DKL | 0.10 | Review evidence submitted by claimant. |

Total Hours     3.40

January 31, 2020
Invoice # 4392505

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 4.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 3.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 8.20 | $ 1,563.00 |
| | | | |
| Current Amount Due This Invoice | | | $1,563.00 |

January 31, 2020
Invoice # 4392505

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/30/19 | MO | 0.30 | Review documents on SmartCasualty website to identify new medical records. |
| 10/31/19 | MO | 0.20 | Phone call from physician regarding report. |
| 10/31/19 | MO | 0.20 | Update chronology to include 08-09-19 report. |
| 10/31/19 | MO | 0.30 | Email to physician including study for his review and inclusion in his records review report. |
| 10/31/19 | AMS | 0.30 | Identify additional evidence needed to file in support of SmartCasualty's 8/27/19 Order. |
| 11/04/19 | MO | 0.20 | Update chronology to include Claimant's 10-31-19 request for extension of Time Frame regarding claims administrator's 06-17-19 Order. |
| 11/04/19 | AMS | 0.10 | Review Claimant's Motion for Extension of Time regarding protest to SmartCasualty's 6/17/19 Order. |
| 11/13/19 | MO | 0.20 | Update chronology to include 11-06-19 Order Extending Time Frame regarding claims administrator's 06-07-19 Order. |
| 11/20/19 | MO | 0.50 | Update chronology with 11-19-19 supplemental report. |
| 11/21/19 | MO | 0.40 | Review client website for new medical records. |
| 11/21/19 | AMS | 0.70 | Review physician's 11/19/19 supplemental report. |
| 11/26/19 | MO | 0.80 | Prepare  Employer's additional evidence submission regarding claim Orders dated 08-27-19, 07-18-19 and 04-05-19. |
| 11/26/19 | MO | 0.50 | Update chronology to include 11-21-19 Claimant's evidence regarding claim administrator's 08-27-19 Order. |
| 11/26/19 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 8/27/19 Order. |
| 11/26/19 | AMS | 0.30 | Review evidence filed by Claimant in support of protest to SmartCasualty's 8/27/19 Order. |
| 11/27/19 | AMS | 0.10 | Finalize additional evidence to file in support of SmartCasualty's 8/27/19 Order, 7/18/19 Order, and 4/8/19 Order. |
| 12/12/19 | AMS | 1.90 | Draft Closing Argument in support of SmartCasualty's 6/7/19 Order, 4/15/19 Order, 7/18/19 Order, and 8/27/19 Order. |
| 12/13/19 | AMS | 0.50 | Finalize Closing Argument in support of SmartCasualty's 4/5/19 Order, 6/7/19 Order, 7/18/19 Order, and 8/27/19 Order. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-13-19 Employer closing argument regarding claim Orders dated 04-05-19, 06-07-19, 07-08-19, and 08-27-19. |

Total Hours        8.20

January 31, 2020
Invoice # 4392507

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.90 | $ 582.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.50 | |
| | Total Attorney Costs | $1.50 |
| | Current Amount Due This Invoice | $583.50 |

January 31, 2020
Invoice # 4392507

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/30/19 | MO | 0.20 | Update chronology with Employer Notice of Appeal to Board of Review. |
| 11/08/19 | MO | 0.20 | Update chronology to include 11-05-19 SmartCasualty employer decision. |
| 11/08/19 | AMS | 0.10 | Review SmartCasualty's 11/5/19 Order. |
| 11/13/19 | MO | 0.20 | Update chronology to include 11-07-19 Board of Review briefing schedule. |
| 12/17/19 | MO | 0.20 | Update chronology to include 12-11-19 SmartCasualty corrected acknowledgement of ALJ Decision. |
| 12/30/19 | MO | 0.20 | Update chronology to include Employer's 12-30-19 Brief to the Board of Review. |
| 12/30/19 | AMS | 1.80 | Draft Board of Review appeal brief regarding Administrative Law Judge's 10/18/18 Order. |

Total Hours    2.90

January 31, 2020
Invoice # 4392511

Dinsmore & Shohl LLP
Client Number – 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.50 | |
| Mary R. Ontko | Paralegal | 6.50 | |
| Total Hours / Fees | | 8.00 | $ 1,287.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Medical Records | $ 15.00 |
| Total Attorney Costs | $15.00 |
| Current Amount Due This Invoice | $1,302.50 |

January 31, 2020
Invoice # 4392511

Dinsmore & Shohl LLP
Client Number – 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.30 | Prepare medical records request letter and authorization. |
| 10/30/19 | MO | 0.30 | Review documents on SmartCasualty website to identify new medical records. |
| 10/31/19 | AMS | 0.10 | Identify additional evidence needed to file in support of SmartCasualty's 9/6/19 Order. |
| 11/19/19 | MO | 0.30 | Prepare subpoena for medical records. |
| 12/04/19 | MO | 5.20 | Update chronology of medical records. |
| 12/09/19 | AMS | 1.10 | Identify additional evidence to file in support of SmartCasualty's 9/6/18 Order. |
| 12/10/19 | MO | 0.40 | Update chronology to include Employer's 12-10-19 additional evidence regarding 09-06-18 Order rejecting claim. |
| 12/10/19 | AMS | 0.30 | Finalize additional evidence to file in support of SmartCasualty's 9/6/18 Order. |

Total Hours     8.00

January 31, 2020
Invoice # 4392515

Dinsmore & Shohl LLP
Client Number – 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.40 | |
| Mary R. Ontko | Paralegal | 1.80 | |
| | Total Hours / Fees | 3.20 | $ 758.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 13.95 |
| Total Attorney Costs | $13.95 |
| Current Amount Due This Invoice | $771.95 |

January 31, 2020
Invoice # 4392515

Dinsmore & Shohl LLP
Client Number – 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.30 | Prepare Motion for Final O.P. Board hearing. |
| 10/29/19 | MO | 0.50 | Prepare Employer evidence submission. |
| 11/08/19 | DKL | 0.30 | Initial review of evidence regarding closing argument. |
| 11/08/19 | DKL | 0.60 | Draft Closing Argument. |
| 11/11/19 | DKL | 0.30 | Revise Closing Argument. |
| 11/12/19 | DKL | 0.20 | Finale revisions to Closing Argument. |
| 11/22/19 | MO | 0.60 | Finalize Employer's evidence submission. |
| 12/16/19 | MO | 0.40 | Update chronology to include 12-13-19 Employer closing argument and evidence regarding claim Order dated 06-03-19. |

Total Hours     3.20

Dinsmore & Shohl LLP
Client Number – 123837.135

January 31, 2020
Invoice # 4392519

**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 64.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.40 | |
| | Total Attorney Costs | $5.40 |
| | Current Amount Due This Invoice | $69.90 |

January 31, 2020
Invoice # 4392519

Dinsmore & Shohl LLP
Client Number – 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/21/19 | MO | 0.20 | Update chronology to include 11-15-19 Order. |
| 11/22/19 | DKL | 0.10 | Review, sign and file Closing Argument and evidence. |

Total Hours     0.30

January 31, 2020
Invoice # 4392522

Dinsmore & Shohl LLP
Client Number – 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Total Hours / Fees | | 0.10 | $ 35.50 |

| Current Amount Due This Invoice | $35.50 |
|---|---|

January 31, 2020
Invoice # 4392522

Dinsmore & Shohl LLP
Client Number – 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/19 | DKL | 0.10 | Review Claimant's pre-hearing evidence submission. |

| | | | |
|------|-----------|-------|-------------|
| Total Hours | | 0.10 | |

January 31, 2020
Invoice # 4392523

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.20 | |
| Mary R. Ontko | Paralegal | 10.30 | |
| | Total Hours / Fees | 12.50 | $ 2,274.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $2,274.50 |

January 31, 2020
Invoice # 4392523

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/08/19 | MO | 0.40 | Prepare Employer's notice of appearance and letter to Office of Judges filing same. |
| 11/08/19 | MO | 0.20 | Telephone call to Office of Judges. |
| 11/08/19 | DKL | 0.10 | File Notice of Appearance. |
| 11/08/19 | DKL | 1.20 | Initial review of file including extensive medical record received from SmartCasualty. |
| 11/11/19 | DKL | 0.10 | File Notice of Appearance. |
| 11/11/19 | MO | 0.80 | Begin to review and analyze claim file documents and draft chronology. |
| 11/12/19 | MO | 7.10 | Continue to review and analyze claim file to draft chronology. |
| 11/13/19 | MO | 0.50 | Complete review/analyze of claim file documents and chronology. |
| 11/13/19 | MO | 0.40 | Review client website for documents from prior occupational pneumoconiosis claim. |
| 11/13/19 | MO | 0.20 | Email client to inquire whether Claimant has filed any Federal Black Lung claims. |
| 11/13/19 | MO | 0.50 | Update chronology to include documents from prior claim. |
| 12/12/19 | MO | 0.20 | Update chronology to include 12-09-19 Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/12/19 | DKL | 0.10 | Receive and review Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/17/19 | DKL | 0.70 | Review medical evidence to prep for initial O.P. Board Hearing. |

Total Hours     12.50

Dinsmore & Shohl LLP
Client Number – 123837.130

January 31, 2020
Invoice # 4392526

**Matter: Reha, Michael -- 8/31/2011 -- JCN 201207780 INJ -- Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | —————— | |
| | Total Hours / Fees | 0.70 | $ 144.00 |
| | Current Amount Due This Invoice | | $144.00 |

January 31, 2020
Invoice # 4392526

Dinsmore & Shohl LLP
Client Number – 123837.130
**Matter: Reha, Michael -- 8/31/2011 -- JCN 201207780 INJ -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | MO | 0.20 | Update chronology to include 10-28-19 ALJ Decision. |
| 11/01/19 | AMS | 0.40 | Review Administrative Law Judge's 10/28/19 Order. |
| 11/01/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 10/28/19 Order. |

Total Hours     0.70

Dinsmore & Shohl LLP
Client Number – 123837.129

January 31, 2020
Invoice # 4392529

**Matter: Pyles, Ralph -- 9/15/2011 -- JCN 2019011642 OP -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.00 | $ 187.00 |
| | | | |
| Current Amount Due This Invoice | | | $187.00 |

January 31, 2020
Invoice # 4392529

Dinsmore & Shohl LLP
Client Number – 123837.129
**Matter: Pyles, Ralph -- 9/15/2011 -- JCN 2019011642 OP -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | MO | 0.30 | Prepare letter to client enclosing 11-01-19 ALJ Decision. |
| 11/04/19 | DKL | 0.10 | Review Decision of Administrative Law Judge. |
| 11/05/19 | MO | 0.20 | Update chronology to include 11-01-19 ALJ Decision. |
| 11/05/19 | MO | 0.30 | Draft letter to client enclosing 11-01-19 ALJ Decision. |
| 11/05/19 | DKL | 0.10 | Letter to client with Administrative Law Judge Decision. |

Total Hours    1.00

January 31, 2020
Invoice # 4392532

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.60 | |
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 4.80 | $ 917.00 |

Current Amount Due This Invoice                    $917.00

January 31, 2020
Invoice # 4392532

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | MO | 0.20 | Update chronology to include 10-28-19 ALJ Decision. |
| 11/01/19 | AMS | 0.40 | Review Administrative Law Judge's 10/28/19 Order. |
| 11/01/19 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 10/28/19 Order. |
| 11/06/19 | MO | 0.20 | Update chronology to include 11-04-19 Claimant's Notice of Appeal. |
| 11/06/19 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 10/28/19 Order. |
| 11/07/19 | AMS | 0.70 | Draft Board of Review appeal brief regarding Administrative Law Judge's 8/29/18 Order. |
| 11/11/19 | AMS | 0.50 | Finish drafting Board of Review appeal brief regarding Employer's appeal of Administrative Law Judge's 8/29/19 Order. |
| 11/12/19 | MO | 0.20 | Update chronology to include Employer's 11-12-19 Brief. |
| 11/12/19 | AMS | 0.50 | Finalize Board of Review brief regarding appeal of Administrative Law Judge's 8/29/19 Order. |
| 12/26/19 | MO | 0.40 | Review SmartCasualty website for new medical records. |
| 12/26/19 | MO | 0.80 | Prepare medical records requests. |
| 12/27/19 | MO | 0.20 | Update chronology with new records. |
| 12/31/19 | MO | 0.20 | Update chronology to include 12-13-18 Claimant's reply brief to the Board of Review. |
| 12/31/19 | AMS | 0.20 | Review Claimant's Board of Review brief in response to Employer's appeal of Administrative Law Judge's 8/29/19 Order. |

Total Hours     4.80

January 31, 2020
Invoice # 4392536

Dinsmore & Shohl LLP
Client Number – 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 75.00 |
| | Current Amount Due This Invoice | | $75.00 |

January 31, 2020
Invoice # 4392536

Dinsmore & Shohl LLP
Client Number – 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | AMS | 0.10 | Review Administrative Law Judge's 10/30/19 Order. |
| 11/04/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 10/30/19 Order. |
| 11/05/19 | MO | 0.20 | Update chronology to include 10-30-19 Order. |

Total Hours     0.40

January 31, 2020
Invoice # 4392538

Dinsmore & Shohl LLP
Client Number – 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.30 | |
| | Partner | | |
| Mary R. Ontko | | 2.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.00 | $ 853.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.85 | |
| Total Attorney Costs | | $11.85 |
| Current Amount Due This Invoice | | $864.85 |

Dinsmore & Shohl LLP
Client Number – 123837.125

January 31, 2020
Invoice # 4392538

**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/22/19 | MO | 0.60 | Review claimant's work history to calculate total number of years employed for presumption. |
| 12/09/19 | MO | 0.60 | Review claim file for evidence to submit in support of claims administrator's 07-01-19 Order. |
| 12/09/19 | MO | 0.20 | Confer with Attorney Liberati regarding closing argument. |
| 12/09/19 | MO | 0.30 | Email client regarding status of Occupational Pneumoconiosis Board examination. |
| 12/11/19 | DKL | 0.80 | Draft Closing Argument regarding non-medical Order. |
| 12/19/19 | MO | 0.60 | Finalize Employer's evidence and closing argument regarding claim Order dated 07-01-19. |
| 12/20/19 | DKL | 0.50 | Revise Closing Argument. |
| 12/31/19 | MO | 0.40 | Update chronology to include Employer's 12-31-19 closing argument and evidence re: claim Order dated 07-01-19. |

Total Hours        4.00

January 31, 2020
Invoice # 4392541

Dinsmore & Shohl LLP
Client Number – 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.70 | |
| Mary R. Ontko | Paralegal | 5.00 | |
| | Total Hours / Fees | 6.70 | $ 1,116.00 |
| | Current Amount Due This Invoice | | $1,116.00 |

January 31, 2020
Invoice # 4392541

Dinsmore & Shohl LLP
Client Number – 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/14/19 | MO | 0.90 | Locate exhibits for appendix to accompany Petition for Appeal to Supreme Court. |
| 11/14/19 | MO | 0.50 | Prepare exhibit labels for Appendix exhibits. |
| 11/14/19 | MO | 0.70 | Prepare index to Appendix of Exhibits for Supreme Court Petition. |
| 11/14/19 | MO | 0.50 | Review Petition and edit to include exhibit labeling in text of Petition. |
| 11/14/19 | MO | 0.40 | Prepare Table of Contents. |
| 11/14/19 | MO | 0.40 | Prepare Table of Points and Authorities. |
| 11/14/19 | MO | 0.50 | Prepare docketing statement for Supreme Court. |
| 11/14/19 | AMS | 0.70 | Draft Petition for Appeal to WV Supreme Court regarding Board of Review's 10/21/19 Order. |
| 11/15/19 | MO | 0.30 | Prepare letter to WV Supreme Court of Appeals Clerk to file Petition for Appeal and Appendix. |
| 11/15/19 | MO | 0.60 | Update chronology to include Employer's 11-15-19 Petition for Appeal and Appendix to the WV Supreme Court of Appeals. |
| 11/15/19 | AMS | 1.00 | Finalize Petition for Appeal to WV Supreme Court regarding Board of Review's 10/21/18 Order. |
| 11/26/19 | MO | 0.20 | Update chronology to include 11-21-19 WV Supreme Court Statutory Notice of Filing Appeal. |

Total Hours        6.70

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

January 31, 2020
Invoice # 4392544

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.60 | $ 300.00 |
| | Current Amount Due This Invoice | | $300.00 |

Dinsmore & Shohl LLP

January 31, 2020
Invoice # 4392544

Client Number – 123837.123

**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10-25-19 Claimant's evidence submission. |
| 11/07/19 | AMS | 0.20 | Confer with mine regarding whether horseplay was involved in Claimant's compensable injury. |
| 11/20/19 | AMS | 0.30 | Confer with client regarding compensability issue. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-20-19 SmartCasualty self insured employer corrected decision. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-21-19 Motion to Dismiss. |
| 11/21/19 | AMS | 0.20 | Draft Motion to Dismiss Claimant's Protest to SmartCasualty's 8/2/19 Order. |
| 11/26/19 | AMS | 0.10 | Review SmartCasualty's 11/20/19 corrected decision. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-20-19 Claimant's Petition for Attorney Fees and Costs. |

Total Hours   1.60

January 31, 2020
Invoice # 4392547

Dinsmore & Shohl LLP
Client Number – 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.50 | |
| Mary R. Ontko | Paralegal | 1.00 | |
| | Total Hours / Fees | 2.50 | $ 490.00 |
| | Current Amount Due This Invoice | | $490.00 |

January 31, 2020
Invoice # 4392547

Dinsmore & Shohl LLP
Client Number – 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/19 | AMS | 0.10 | Review Administrative Law Judge's 11/6/19 Order affirming SmartCasualty's 9/24/18 Order. |
| 11/14/19 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 11/6/19 Order. |
| 11/15/19 | MO | 0.20 | Update chronology to include 11-06-19 ALJ Decision. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11-14-19 Claimant's appeal to the Board of Review. |
| 11/20/19 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 11/6/19 Order. |
| 11/22/19 | MO | 0.20 | Update chronology to include 11-19-19 WV Board of Review briefing schedule. |
| 12/11/19 | MO | 0.20 | Update chronology to include 12-05-19 Claimant's brief to the Board of Review. |
| 12/11/19 | AMS | 0.10 | Review Claimant's Board of Review appeal brief. |
| 12/27/19 | AMS | 0.50 | Draft Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 11/6/19 Order. |
| 12/30/19 | MO | 0.20 | Update chronology to include Claimant's 12-30-19 Reply Brief to Claimant's appeal to the Board of Review. |
| 12/30/19 | AMS | 0.60 | Finish drafting Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 11/6/19 Order. |

Total Hours      2.50

January 31, 2020
Invoice # 4392550

Dinsmore & Shohl LLP
Client Number – 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.70 | $ 110.00 |
| | Current Amount Due This Invoice | | $110.00 |

January 31, 2020
Invoice # 4392550

Dinsmore & Shohl LLP
Client Number – 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/11/19 | MO | 0.20 | Update chronology to include 11-05-19 SmartCasualty letter to Claimant. |
| 11/11/19 | AMS | 0.10 | Review SmartCasualty's 11/5/19 Order. |
| 11/15/19 | MO | 0.20 | Update chronology to include 11-12-19 SmartCasualty letter to physician scheduling independent medical evaluation appointment. |
| 11/15/19 | MO | 0.20 | Update chronology to include SmartCasualty letter to claimant regarding appointment with physician. |

Total Hours    0.70

January 31, 2020
Invoice # 4392553

Dinsmore & Shohl LLP
Client Number – 123837.120
**Matter: Miller, Thomas -- 8/18/2004 -- JCN 2005018939 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.10 | |
| Mary R. Ontko | Paralegal | 2.40 | |
| | Total Hours / Fees | 3.50 | $ 738.50 |
| | Current Amount Due This Invoice | | $738.50 |

January 31, 2020
Invoice # 4392553

Dinsmore & Shohl LLP
Client Number – 123837.120
**Matter: Miller, Thomas -- 8/18/2004 -- JCN 2005018939 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/19 | MO | 1.10 | Review claim file and medical records for evidence to file regarding claim administrator's 12-27-18 Order. |
| 12/09/19 | MO | 0.30 | Prepare Motion for final Occupational Pneumoconiosis Board Hearing. |
| 12/09/19 | MO | 0.50 | Prepare Employer's evidence submission. |
| 12/12/19 | DKL | 0.90 | Review, analyze and select medical evidence for submission with Motion for Final Hearing. |
| 12/19/19 | MO | 0.20 | Update chronology to include Claimant's 12-19-18 Withdrawal of protest to 12-27-18 claim Order. |
| 12/19/19 | DKL | 0.10 | Receive and review Claimant's Motion to Withdraw Protest. |
| 12/26/19 | MO | 0.20 | Update chronology to include 12-23-19 Order Dismissing Protest. |
| 12/26/19 | MO | 0.10 | Email to client with Order Dismissing Protest. |
| 12/26/19 | DKL | 0.10 | Review Order Dismissing Protest. |

Total Hours        3.50

Dinsmore & Shohl LLP
Client Number – 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

January 31, 2020
Invoice # 4392556

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.80 | |
| | Partner | | |
| Mary R. Ontko | | 3.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.30 | $ 791.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.00 | |
| | Total Attorney Costs | $3.00 |
| | Current Amount Due This Invoice | $794.50 |

Dinsmore & Shohl LLP
Client Number – 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

January 31, 2020
Invoice # 4392556

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/10/19 | MO | 0.30 | Prepare Motion for final Occupational Pneumoconiosis Board Hearing. |
| 12/10/19 | MO | 0.60 | Review claim file and medical records for evidence to submit in support of claims administrator's 07-03-19 Order. |
| 12/10/19 | MO | 0.50 | Prepare Employer's evidence submission re: 07-03-19 Order. |
| 12/10/19 | MO | 0.20 | Phone call to Occupational Lung Center to schedule appointment. |
| 12/10/19 | MO | 0.30 | Prepare letter to Attorney Stultz regarding examination scheduled with Occupational Lung Center. |
| 12/10/19 | MO | 0.30 | Prepare letter to Occupational Lung Center confirming appointment. |
| 12/10/19 | DKL | 0.10 | Letter to Claimant's counsel. |
| 12/10/19 | DKL | 0.30 | Review evidence regarding submission with Motion for Final Occupational Pneumoconiosis Hearing. |
| 12/23/19 | MO | 0.30 | Email client with statement for services. |
| 12/26/19 | MO | 0.60 | Finalize Employer's evidence submission. |
| 12/26/19 | DKL | 0.10 | Review testing and emails regarding same. |
| 12/27/19 | DKL | 0.20 | Review and revise Motion for Final O.P. Hearing. |
| 12/30/19 | DKL | 0.10 | Receive and review medical evidence filed by Claimant. |
| 12/30/19 | MO | 0.40 | Update chronology to include 12-27-19 Claimant's evidence. |

Total Hours        4.30

Dinsmore & Shohl LLP
Client Number – 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

January 31, 2020
Invoice # 4392559

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 2.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.00 | $ 561.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 9.60 | |
| Total Attorney Costs | | $9.60 |
| Current Amount Due This Invoice | | $570.60 |

January 31, 2020
Invoice # 4392559

Dinsmore & Shohl LLP
Client Number – 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/09/19 | MO | 0.60 | Review claim file for evidence regarding claim administrator's 01-28-19 Order. |
| 12/09/19 | MO | 0.30 | Prepare Motion for final Occupational Pneumoconiosis Board Hearing. |
| 12/09/19 | MO | 0.50 | Prepare Employer evidence submission. |
| 12/09/19 | DKL | 0.30 | Review and analyze evidence to submit with request for final hearing. |
| 12/19/19 | MO | 0.60 | Finalize Employer evidence submission regarding claim Order 01-28-19. |
| 12/20/19 | DKL | 0.30 | Review and analyze evidence to submit with Motion for Final Occupational Pneumoconiosis Board Hearing. |
| 12/31/19 | MO | 0.40 | Update chronology to include Employer's 12-31-19 Motion for Final Occupational Pneumoconiosis Board Hearing and evidence regarding claim Order dated 01-28-19. |

Total Hours     3.00

Dinsmore & Shohl LLP
Client Number – 123837.112
January 31, 2020
Invoice # 4392561

**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 4.50 | |
| Mary R. Ontko | Paralegal | 5.50 | |
| | Total Hours / Fees | 10.00 | $ 1,832.50 |
| | Current Amount Due This Invoice | | $1,832.50 |

Dinsmore & Shohl LLP
Client Number – 123837.112

January 31, 2020
Invoice # 4392561

**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.50 | Review documents on SmartCasualty website to identify new medical records. |
| 10/30/19 | MO | 0.50 | Update chronology to include new medical records. |
| 10/31/19 | AMS | 0.50 | Identify additional evidence needed to file in support of SmartCasualty's 10/9/19 Order. |
| 11/21/19 | MO | 0.40 | Review client website for new medical records. |
| 11/21/19 | MO | 0.30 | Second request for medical authorization to Claimant's counsel. |
| 11/22/19 | AMS | 0.30 | Identify evidence to file in support of SmartCasualty's 10/9/19 Order. |
| 11/25/19 | MO | 1.20 | Prepare Employer's evidence submission regarding claim administrator's 10-09-19 Order. |
| 11/25/19 | AMS | 1.00 | Continue identifying evidence to file in support of SmartCasualty's 10/9/19 Order. |
| 11/25/19 | AMS | 0.60 | Draft Closing Argument in support of SmartCasualty's 10/9/19 Order. |
| 11/26/19 | MO | 0.90 | Finalize Employer evidence submission regarding claim administrator's 10-09-19 Order. |
| 11/26/19 | MO | 0.50 | Update chronology to include Employer's 11-26-19 evidence submission regarding 10-09-19 Order |
| 11/26/19 | AMS | 0.20 | Finalize evidence to file in support of SmartCasualty's 10/9/19 Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-21-19 SmartCasualty letter to Claimant acknowledging 11-05-19 request. |
| 12/02/19 | MO | 0.20 | Update chronology to include 12-02-19 Employer's closing argument |
| 12/02/19 | AMS | 1.50 | Finalize closing argument in support of SmartCasualty's 10/9/19 Order. |
| 12/03/19 | MO | 0.20 | Update chronology to include 11-26-19 Order granting Claimant's late extension of time frame. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-18-19 Order to Show Cause. |
| 12/26/19 | MO | 0.20 | Update chronology to include 12-23-19 Claimant's Motion to Withdraw Protest. |
| 12/26/19 | MO | 0.20 | Update chronology to include Claimant's 12-23-19 request to discuss settlement. |
| 12/27/19 | AMS | 0.10 | Review Office of Judges 12/18/19 Order to Show Cause regarding Claimant's protest to SmartCasualty's 10/9/19 Order. |
| 12/27/19 | AMS | 0.10 | Review Claimant's Motion to Withdraw protest to SmartCasualty's 10/9/19 Order. |
| 12/31/19 | AMS | 0.10 | Review correspondence regarding settlement. |
| 12/31/19 | AMS | 0.10 | Confer with client regarding possible settlement. |

Total Hours        10.00

Dinsmore & Shohl LLP
Client Number – 123837.111
**Matter: Kimble, Richard -- 1/29/2019 -- JCN 2019016053 ODHL -- Marion County Coal Co.**

January 31, 2020
Invoice # 4392564

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 1.00 | $ 187.50 |
| | Current Amount Due This Invoice | | $187.50 |

Dinsmore & Shohl LLP                                                          January 31, 2020
Client Number – 123837.111                                                   Invoice # 4392564
**Matter: Kimble, Richard -- 1/29/2019 -- JCN 2019016053 ODHL -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Update chronology to include 10-28-19 Order Submitting Protest. |
| 10/30/19 | MO | 0.10 | Review Order Submitting Protest. |
| 12/20/19 | AMS | 0.30 | Review Administrative Law Judge's 12/13/19 Order. |
| 12/20/19 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 12/13/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-13-19 ALJ Decision affirming Order dated 06-26-19. |

Total Hours     1.00

Dinsmore & Shohl LLP
Client Number – 123837.105

January 31, 2020
Invoice # 4392567

**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.40 | |
| Mary R. Ontko | Paralegal | 4.30 | |
| | Total Hours / Fees | 6.70 | $ 1,175.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 3.45 |
| Federal Express | $ 17.93 |
| Total Attorney Costs | $21.38 |
| Current Amount Due This Invoice | $1,196.88 |

Dinsmore & Shohl LLP
Client Number – 123837.105

January 31, 2020
Invoice # 4392567

**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/30/19 | MO | 0.20 | Update chronology to include 10-28-19 WV Supreme Court of Appeals Statutory Notice of Appeal. |
| 10/30/19 | AMS | 0.20 | Review requests for authorization of treatment. |
| 10/30/19 | AMS | 0.10 | Confer with client regarding requests for authorization of treatment. |
| 11/06/19 | MO | 0.20 | Update chronology to include 10/30/19 client self insured employer decision. |
| 11/06/19 | MO | 0.20 | Update chronology to include Claimant's 11/04/19 protest to claim administrator's 10/31/19 Order. |
| 11/06/19 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 10/30/19 Order. |
| 11/07/19 | AMS | 0.10 | Review SmartCasualty's 10/30/19 Order. |
| 11/13/19 | MO | 0.20 | Update chronology to include 11/07/19 Time Frame Order regarding claims administrator's 10/30/19 Order. |
| 11/18/19 | MO | 0.40 | Update chronology to include 11/14/19 Time Frame Order. |
| 11/20/19 | MO | 0.20 | Update chronology to include 11-12-19 Claimant's response to Employer's Petition for Appeal to WV Supreme Court regarding Board of Review Order 09-24-19. |
| 11/20/19 | AMS | 0.10 | Review evidence filed by Claimant in support of protests to SmartCasualty's 10/14/19 Order. |
| 11/20/19 | AMS | 0.20 | Review Claimant's Response to Employer's Petition for Appeal regarding Board of Review's 9/24/19 Order. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-15-19 Order consolidating Claimant's protests to the 10-30-19 claim administrator's Orders and extending the time frame on the 10-30-19 Order. |
| 11/26/19 | MO | 0.20 | Update chronology to include 11-22-19 Confirmation of Telephone Deposition of Claimant. |
| 12/05/19 | AMS | 1.30 | Prepare for Claimant's 12/6/19 deposition. |
| 12/06/19 | MO | 0.90 | Prepare medical records requests. |
| 12/06/19 | AMS | 0.30 | Attend telephonic deposition of claimant. |
| 12/16/19 | MO | 0.20 | Update chronology to include transcript of Claimant's deposition. |
| 12/20/19 | MO | 0.40 | Review new physical therapy records. |
| 12/20/19 | MO | 0.50 | Review new medical records and add to chronology. |
| 12/26/19 | MO | 0.50 | Update chronology to include Claimant's 12-23-19 evidence submission. |

Total Hours     6.70

Dinsmore & Shohl LLP
Client Number – 123837.106

January 31, 2020
Invoice # 4392570

**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.50 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 2.10 | $ 432.00 |
| | Current Amount Due This Invoice | | $432.00 |

Dinsmore & Shohl LLP
Client Number – 123837.106

January 31, 2020
Invoice # 4392570

**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | AMS | 0.60 | Draft Board of Review Brief in support of appeal of Administrative Law Judge's 8/28/19 Order. |
| 11/05/19 | MO | 0.20 | Update chronology to include Employer's 11-05-19 Brief to the Board of Review regarding the ALJ Decision dated 08-28-18. |
| 11/05/19 | AMS | 0.70 | Finish drafting Board of Review Brief regarding Employer's appeal of Administrative Law Judge's 8/9/18 Order. |
| 12/11/19 | MO | 0.20 | Update chronology to include Claimant's 12-05-19 reply brief to the Board of Review regarding the 08-28-19 ALJ Decision. |
| 12/11/19 | AMS | 0.20 | Review Claimant's Board of Review Brief. |
| 12/26/19 | MO | 0.20 | Update chronology to include 12-23-19 Board of Review Notice of Telephone Hearing. |

Total Hours     2.10

Dinsmore & Shohl LLP
Client Number – 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

January 31, 2020
Invoice # 4392572

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.60 | $ 129.00 |
| | Current Amount Due This Invoice | | $129.00 |

Dinsmore & Shohl LLP
Client Number – 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

January 31, 2020
Invoice # 4392572

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/06/19 | DKL | 0.10 | Review Claimant's protest to 9-18-19 Order. |
| 11/06/19 | MO | 0.20 | Update chronology to include claimant's 11-04-19 protest t09-18-19 Order. |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-18-19. |
| 11/21/19 | DKL | 0.10 | Review of Time Frame Order. |

Total Hours    0.60

January 31, 2020
Invoice # 4392575

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 8.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 8.10 | |
| | Paralegal | | |
| Total Hours / Fees | | 16.90 | $ 3,198.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.85 | |
| Total Attorney Costs | | $5.85 |
| Current Amount Due This Invoice | | $3,204.35 |

Dinsmore & Shohl LLP
Client Number – 123837.109

January 31, 2020
Invoice # 4392575

**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | MO | 0.20 | Email to SmartCasualty representative requesting new medical records. |
| 10/31/19 | MO | 1.10 | Review new medical records received from client and update chronology. |
| 10/31/19 | AMS | 0.80 | Identify additional evidence to file in support of SmartCasualty's 4/15/19 Order. |
| 10/31/19 | AMS | 0.50 | Review updated medical records. |
| 11/14/19 | AMS | 0.10 | Review WV Supreme Court's 10/31/19 Order. |
| 11/14/19 | AMS | 0.30 | Draft correspondence to client regarding Supreme Court's 10/31/19 Order. |
| 11/15/19 | MO | 0.20 | Update chronology to include 10-31-19 WV Supreme Court Memorandum Decision. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11-14-19 Claimant's brief to the Board of Review. |
| 11/20/19 | AMS | 0.30 | Review Claimant's Board Appeal Brief regarding Administrative Law Judge's 8/21/19 Order |
| 11/21/19 | MO | 0.20 | Update chronology to include 11-18-19 Order from the Board of Review granting Claimant permission to exceed 20 page limit on brief. |
| 11/22/19 | AMS | 0.50 | Identify evidence to file in support of 4/15/19 Order. |
| 11/25/19 | MO | 1.50 | Prepare Employer's evidence submission regarding claim administrator's 04-15-19 Order. |
| 11/25/19 | AMS | 0.40 | Continue identifying evidence to file in support of SmartCasualty's 9/15/19 Order. |
| 11/26/19 | MO | 0.90 | Finalize Employer's evidence submission regarding claim administrator's 04-15-19 order |
| 11/26/19 | MO | 0.20 | Update chronology to include 11-21-19 Claimant's Request for Attorney Fees. |
| 11/26/19 | MO | 0.50 | Update chronology to include Employer's 11-26-19 evidence regarding claim Order dated 04-15-19. |
| 11/26/19 | AMS | 0.10 | Finalize evidence to file in support of SmartCasualty's 4/15/19 Order |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-21-19 SmartCasualty letter to Claimant acknowledging 10-31-19 WV Supreme Court award of attorney fees. |
| 12/02/19 | MO | 0.30 | Update chronology to include Employer's 12-02-19 additional evidence. |
| 12/02/19 | MO | 0.40 | Update chronology to include 11-27-19 Claimant's closing argument and supplemental closing argument. |
| 12/02/19 | AMS | 1.10 | Draft closing argument in support of SmartCasualty's 4/15/19 Order. |
| 12/02/19 | AMS | 0.50 | Review claimant's closing argument and supplemental closing argument in support of protest to SmartCasualty's 4/15/19 Order. |
| 12/03/19 | MO | 0.60 | Update chronology to include Claimant's 11-27-19 evidence submission. |
| 12/03/19 | AMS | 0.50 | Review evidence filed by Claimant with support of protest to SmartCasualty's 4/15/19 Order. |
| 12/03/19 | AMS | 1.30 | Finalize closing argument in support of 4/15/19 Order. |

Dinsmore & Shohl LLP
Client Number – 123837.109

January 31, 2020
Invoice # 4392575

**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

| 12/06/19 | AMS | 0.20 | Identify additional evidence needed to file in support of SCS' 3/16/19 order |
| 12/09/19 | MO | 0.20 | Update chronology to include Claimant's 12-06-19 inquiry regarding Board of Review decision. |
| 12/09/19 | AMS | 0.80 | Draft Board of Review Brief in response to Claimant's appeal brief regarding Administrative Law Judge's 8/21/19 Order. |
| 12/09/19 | AMS | 0.10 | Review Claimant's 12/6/19 correspondence to Board of Review inquiring into status of decision on Employer's appeal of Administrative Law Judge's 6/27/19 Order. |
| 12/10/19 | MO | 0.20 | Update chronology to include Employer's brief to the Board of Review |
| 12/10/19 | AMS | 0.80 | Finalize Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 8/21/19 Order affirming SmartCasualty's 3/12/19 Order. |
| 12/12/19 | MO | 0.20 | Update chronology to include Claimant's Insurance Complaint regarding stay of proceeding in WV Supreme Court |
| 12/19/19 | MO | 0.20 | Update chronology to include 12-17-19 Order Submitting Protest regarding claim Order dated 04-15-19. |
| 12/19/19 | MO | 0.10 | Review records attached to Order Submitting Protest regarding 04-15-19 claim Order. |
| 12/20/19 | AMS | 0.20 | Review Board of Review's 12/11/19 Order. |
| 12/20/19 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 12/11/19 Order. |
| 12/20/19 | AMS | 0.10 | Review Claimant's rebuttal evidence regarding his protest to SmartCasualty's 3/16/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-11-19 Board of Review Order. |
| 12/23/19 | MO | 0.30 | Update chronology to include 12-18-19 Claimant's submission of evidence regarding claim Order dated 03-16-19. |
| 12/31/19 | MO | 0.20 | Update chronology to include Claimant's 12-16-19 request for payment of permanent partial disability award. |

Total Hours    16.90

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

January 31, 2020
Invoice # 4392578

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 3.80 | |
| Mary R. Ontko | Paralegal | 2.80 | |
| | Total Hours / Fees | 6.60 | $ 1,280.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 22.80 | |
| Total Attorney Costs | | $22.80 |
| Current Amount Due This Invoice | | $1,302.80 |

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

January 31, 2020
Invoice # 4392578

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/30/19 | AMS | 0.40 | Draft correspondence to physician regarding file review. |
| 10/30/19 | AMS | 0.50 | Identify medical records to provide to physician regarding file review. |
| 11/04/19 | MO | 0.50 | Update chronology to include 10-30-19 records review report of physician. |
| 11/04/19 | MO | 0.20 | Email to client with physician's statement for services regarding 10-30-19 records review report. |
| 11/08/19 | AMS | 0.20 | Review physician's 10/30/19 report. |
| 11/08/19 | AMS | 0.10 | Confer with clients regarding physican's report. |
| 11/14/19 | MO | 0.20 | Update chronology to include 11-11-19 SmartCasualty self insured employer decision. |
| 11/15/19 | AMS | 0.20 | Review SmartCasualty's 11/11/19 Orders. |
| 11/18/19 | MO | 0.20 | Update chronology to include 11-14-19 Claimant's protest to claims administrator's 11-11-19 Order. |
| 11/20/19 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 11/11/19 Order. |
| 11/22/19 | MO | 0.20 | Update chronology to include 11-19-19 Time Frame Order regarding claim administrator's 11-11-19 Order. |
| 11/27/19 | MO | 0.20 | Update chronology to include 11-25-19 Claimant's Request for Extension of Time regarding claim administrator's 07-01-19 Order. |
| 11/27/19 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame regarding protest to SmartCasualty's 12/6/15 Order. |
| 12/06/19 | AMS | 0.20 | Identify additional evidence needed to file in support of 11/11/19 Order. |
| 12/16/19 | MO | 0.20 | Update chronology to include 12-11-19 confirmation of telephone deposition of Claimant. |
| 12/23/19 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 11/11/19 Order. |
| 12/23/19 | MO | 0.20 | Update chronology to include 12-20-19 Claimant's evidence regarding claim Order dated 11-11-19. |
| 12/27/19 | MO | 0.50 | Update chronology to include 12-27-19 Employer's evidence regarding claim Order dated 11-11-19. |
| 12/27/19 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to SmartCasualty's 11/11/19 Order. |
| 12/27/19 | AMS | 1.30 | Finalize evidence to file in support of SmartCasualty's 11/11/19 Order. |
| 12/30/19 | MO | 0.20 | Update chronology to include Claimant's 12-26-19 request for extension of time regarding claim Order dated 11-11-19. |
| 12/30/19 | AMS | 0.10 | Review Claimant's request for extension of time regarding protest to SmartCasualty's 11/11/19 Order. |
| 12/31/19 | MO | 0.20 | Update chronology to include 12-16-19 Order Extending Time Frame regarding claim Order dated 07-02-19. |

Total Hours   6.60

January 31, 2020
Invoice # 4392579

Dinsmore & Shohl LLP
Client Number – 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 364.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $364.50 |

Dinsmore & Shohl LLP
Client Number – 123837.186

January 31, 2020
Invoice # 4392579

**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.50 | Update chronology to include 10-31-19 Employer evidence and Motion for Final OP Board Hearing. |
| 12/12/19 | DKL | 0.10 | Review Notice of Occupational Pneumoconiosis Board Hearing. |
| 12/12/19 | MO | 0.20 | Update chronology to include 12-09-19 Notice of OP Board Hearing. |
| 12/12/19 | MO | 0.10 | Check record attached to Notice of OP Board hearing to ensure all Employer evidence included in the record. |
| 12/16/19 | DKL | 0.60 | Review medical evidence and prepare for final Occupational Pneumoconiosis Board Hearing. |

Total Hours    1.50

Dinsmore & Shohl LLP
Client Number – 123837.209

January 31, 2020
Invoice # 4409080

**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 35.50 |
| | Current Amount Due This Invoice | | $35.50 |

Dinsmore & Shohl LLP
Client Number – 123837.209

January 31, 2020
Invoice # 4409080

**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/26/19 | DKL | 0.10 | Enter Notice of Appearance. |

| | Total Hours | 0.10 | |

Dinsmore & Shohl LLP
Client Number – 123837.210

January 31, 2020
Invoice # 4409081

**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 29.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.50 | |
| Total Attorney Costs | $1.50 | |
| Current Amount Due This Invoice | $30.50 | |

Dinsmore & Shohl LLP
Client Number – 123837.210

January 31, 2020
Invoice # 4409081

**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/31/19 | MO | 0.20 | Telephone call to Office of Judges regarding protests and Time Frame Orders. |

|  |  |  |
|------|------|--|
| Total Hours | 0.20 | |

January 31, 2020
Invoice # 4409082

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.30 | |
| Mary R. Ontko | Paralegal | 4.50 | |
| Total Hours / Fees | | 5.80 | $ 951.50 |

Current Amount Due This Invoice    $951.50

Dinsmore & Shohl LLP
Client Number – 123837.216

January 31, 2020
Invoice # 4409082

**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/05/19 | MO | 0.30 | Email to physician to schedule independent medical examination. |
| 12/05/19 | AMS | 1.30 | Review file received from client. |
| 12/10/19 | MO | 3.40 | Begin to prepare chronology of claim file. |
| 12/10/19 | MO | 0.80 | Complete preparation of chronology. |

| Total Hours | 5.80 |
|-------------|------|

January 31, 2020
Invoice # 4409085

Dinsmore & Shohl LLP
Client Number – 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.20 | $ 46.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.65 | |
| | Total Attorney Costs | $1.65 |
| | Current Amount Due This Invoice | $47.65 |

January 31, 2020
Invoice # 4409085

Dinsmore & Shohl LLP
Client Number – 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/06/19 | AMS | 0.20 | Identify additional evidence needed to file in support of SmartCasualty's 5/8/19 Order. |

| | Total Hours | 0.20 | |

Black Lung Bills

Dinsmore & Shohl LLP

January 31, 2020
Invoice # 4392420

Client Number – 123837.195

**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 3.60 | |
| | Partner | | |
| Mary R. Ontko | | 2.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.80 | $ 1,597.00 |

Current Amount Due This Invoice   $1,597.00

January 31, 2020
Invoice # 4392420

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | DKL | 0.20 | Review additional medical reports from Claimant. |
| 11/04/19 | DKL | 0.10 | Emails with Claimant's counsel regarding evidence submissions. |
| 11/05/19 | MO | 0.30 | Email client with copies of evidence submission form and Pre-Hearing Memorandum submitted to Judge, along with other evidence for hearing. |
| 11/06/19 | DKL | 0.10 | Review Claimant's Motion to Accept Evidence Outside 20 Day Rule. |
| 11/12/19 | DKL | 0.30 | Initial overview of medical evidence and pretrial memorandum in preparation for Administrative Law Judge Hearing. |
| 11/13/19 | DKL | 0.20 | Review evidence submissions from Claimant. |
| 11/13/19 | DKL | 0.20 | Correspondence with Claimant's counsel regarding evidence submissions. |
| 11/13/19 | MO | 0.20 | Email to claimant's counsel requesting a CD of the 10-22-19 CT scan for expert's review. |
| 11/13/19 | MO | 0.60 | Compare Employer's 01-19-19 evidence submission with Employer's 11-05-19 evidence submission to prepare a chart of evidence submitted for counsel's review. |
| 11/13/19 | MO | 0.20 | Email Claimant's attorney regarding 01-19-19 evidence submission. |
| 11/14/19 | DKL | 0.20 | Review evidence comparison regarding Administrative Law Judge Hearing. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance at hearing. |
| 11/26/19 | DKL | 0.10 | Emails with Claimant's counsel regarding CT scan reading. |
| 11/26/19 | DKL | 0.10 | Receive and review CT scan regarding interpretation received from Claimant's counsel. |
| 11/26/19 | DKL | 0.30 | Review current evidence regarding CT scan evidence. |
| 11/27/19 | MO | 0.60 | Organize file for hearing. |
| 11/27/19 | DKL | 0.50 | Review and organize evidence for Administrative Law Judge Hearing. |
| 11/27/19 | DKL | 0.40 | Organize cross-examination of Claimant for Administrative Law Judge Hearing. |
| 12/02/19 | DKL | 0.70 | Defend claim at Federal Black Lung Hearing. |
| 12/05/19 | MO | 0.30 | Email B-Readers regarding sending CD with CT scan for review. |
| 12/05/19 | DKL | 0.10 | Review correspondence from Claimant. |

Total Hours     5.80

January 31, 2020
Invoice # 4392422

Dinsmore & Shohl LLP
Client Number – 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 35.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $35.50 |

January 31, 2020
Invoice # 4392422

Dinsmore & Shohl LLP
Client Number – 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/19 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

|  |  |  |
|--|--|--|
| Total Hours | 0.10 | |

January 31, 2020
Invoice # 4392424

Dinsmore & Shohl LLP
Client Number – 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.60 | |
| Mary R. Ontko | Paralegal | 2.70 | |
| Total Hours / Fees | | 4.30 | $ 959.50 |
| Current Amount Due This Invoice | | | $959.50 |

Dinsmore & Shohl LLP
Client Number – 123837.197

January 31, 2020
Invoice # 4392424

**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/13/19 | DKL | 0.20 | Review Proposed Decision and Order. |
| 11/14/19 | MO | 0.20 | Telephone call to Claims Examiner regarding copy of autopsy report. |
| 11/14/19 | MO | 0.20 | Email to Claimant's counsel asking for copy of autopsy report. |
| 11/14/19 | MO | 0.90 | Review claim file for documents for file review by physician. |
| 11/19/19 | MO | 0.30 | Letter to counsel regarding status of receiving responses to discovery requests and asking for autopsy report. |
| 11/19/19 | DKL | 0.10 | Letter to Claimant's Counsel requesting responses to discovery requests. |
| 11/25/19 | DKL | 0.10 | Review correspondence from SmartCasualty contesting liability and requesting Administrative Law Judge Hearing. |
| 11/26/19 | DKL | 0.20 | Review PDO. |
| 11/26/19 | DKL | 0.20 | Outline discovery and strategy to secure medical records for defense. |
| 12/05/19 | MO | 0.60 | Prepare Employer's responses to Claimant's Requests for Production of Documents. |
| 12/05/19 | MO | 0.20 | Prepare Authorization for release of medical records. |
| 12/05/19 | MO | 0.30 | Email to counsel attaching authorization and list of medical providers. |
| 12/05/19 | DKL | 0.10 | Review request for production of documents from Claimant. |
| 12/05/19 | DKL | 0.10 | Review Claimant's response to employer's request for production of documents. |
| 12/05/19 | DKL | 0.20 | Review autopsy report. |
| 12/05/19 | DKL | 0.20 | Review, sign and serve responses to Claimant's discovery. |
| 12/16/19 | DKL | 0.10 | Review non-medical Order and referral to Occupational Pneumoconiosis for review. |
| 12/16/19 | DKL | 0.10 | Review Initial Determination from Department of Labor. |

|   |   |   |
|---|---|---|
| Total Hours | 4.30 | |

January 31, 2020
Invoice # 4392427

Dinsmore & Shohl LLP
Client Number – 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.80 | $ 221.00 |
| | Current Amount Due This Invoice | | $221.00 |

January 31, 2020
Invoice # 4392427

Dinsmore & Shohl LLP
Client Number – 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/15/19 | MO | 0.30 | Prepare letter to client enclosing Decision and Order. |
| 11/15/19 | DKL | 0.20 | Review Decision and Order of Administrative Law Judge. |
| 11/18/19 | DKL | 0.20 | Draft letter to client with Administrative Law Judge opinion. |
| 11/18/19 | DKL | 0.10 | Revise letter to client with Proposed Decision and Order. |

Total Hours    0.80

Dinsmore & Shohl LLP
Client Number -- 123837.199

January 31, 2020
Invoice # 4392429

**Matter: Sigman, Roland - DOI: 8/1/1998 - BRDTT-2018190 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.00 | $ 187.00 |
| | | | |
| Current Amount Due This Invoice | | | $187.00 |

Dinsmore & Shohl LLP
Client Number – 123837.199
**Matter: Sigman, Roland - DOI: 8/1/1998 - BRDTT-2018190 - Marion County Coal Co.**

January 31, 2020
Invoice # 4392429

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/19/19 | MO | 0.30 | Review claim file documents for autopsy report. |
| 11/19/19 | MO | 0.30 | Prepare letter to client re acceptance of liability. |
| 11/21/19 | MO | 0.20 | Email client regarding Proposed Decision and Order. |
| 11/21/19 | DKL | 0.20 | Letter to client regarding Proposed Decision and Order. |

Total Hours    1.00

Dinsmore & Shohl LLP
Client Number – 123837.200

January 31, 2020
Invoice # 4392431

**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| Total Hours / Fees | | 0.90 | $ 214.50 |

Current Amount Due This Invoice $214.50

January 31, 2020
Invoice # 4392431

Dinsmore & Shohl LLP
Client Number – 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/18/19 | DKL | 0.10 | Review Order denying request for reconsideration. |
| 11/19/19 | MO | 0.30 | Letter to client with copy of Decision and Order. |
| 11/19/19 | DKL | 0.20 | Review Decision and Order of Administrative Law Judge. |
| 11/21/19 | MO | 0.20 | Email client with copy of Decision and Order. |
| 11/21/19 | DKL | 0.10 | Letter to client with Administrative Law Judge Decision. |

Total Hours   0.90

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

January 31, 2020
Invoice # 4392435

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 142.00 |
| | Current Amount Due This Invoice | | $142.00 |

January 31, 2020
Invoice # 4392435

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/18/19 | DKL | 0.10 | Review Notice of Appearance of Claimant's Counsel. |
| 12/18/19 | DKL | 0.20 | Review pleadings and email to Claimant's counsel regarding claim status. |
| 12/18/19 | DKL | 0.10 | Emails with Claimant's counsel regarding status of medical opinion submitted as evidence. |

|  | Total Hours | 0.40 |

January 31, 2020
Invoice # 4392445

Dinsmore & Shohl LLP
Client Number – 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.60 | |
| Mary R. Ontko | Paralegal | 9.30 | |
| | Total Hours / Fees | 11.90 | $ 2,271.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.45 | |
| Medical Exam and Report Fees | $ 3,749.00 | |
| | Total Attorney Costs | $3,749.45 |
| | Current Amount Due This Invoice | $6,020.95 |

Dinsmore & Shohl LLP
Client Number – 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

January 31, 2020
Invoice # 4392445

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/01/19 | MO | 0.30 | Email to physician regarding independent medical examination. |
| 11/11/19 | DKL | 0.10 | Emails from physician regarding additional medical records. |
| 11/11/19 | MO | 0.20 | Email to physician with medical authorization. |
| 11/18/19 | DKL | 0.40 | Review IME Report and IME testing. |
| 11/19/19 | MO | 0.30 | Letter to Attorney with copy of independent medical evaluation report. |
| 11/19/19 | MO | 0.40 | Discussion regarding records sent with report and radiology studies contained on CD. |
| 11/19/19 | MO | 0.30 | Email to physician regarding report. |
| 11/19/19 | DKL | 0.20 | Conference regarding evidentiary issues. |
| 11/19/19 | DKL | 0.10 | Correspondence forwarding Independent Medical Examination report to claimant's counsel. |
| 11/20/19 | MO | 0.80 | Review documents from physician attached to 11-08-19 examination report. |
| 11/20/19 | MO | 0.60 | Review items on imaging CD provided by physician for reports. |
| 11/20/19 | MO | 0.90 | Prepare draft of Employer's initial evidence submission. |
| 11/20/19 | MO | 0.80 | Review documents on CD for reports and studies. |
| 11/20/19 | MO | 0.20 | Email physician regarding 11-08-19 x-ray on compact disc. |
| 11/20/19 | MO | 0.30 | Prepare letter requesting 11-08-19 x-ray on compact disc. |
| 11/20/19 | MO | 0.60 | Review office notes. |
| 11/21/19 | MO | 0.50 | Discussion regarding medical records. |
| 11/21/19 | DKL | 0.70 | Review Independent Medical Examination report and review potential additional evidence to submit per Schedule for the Submission of Additional Evidence. |
| 11/22/19 | DKL | 0.50 | Conference regarding evidentiary issues. |
| 11/27/19 | MO | 0.30 | Letter to counsel with records requested. |
| 11/27/19 | DKL | 0.10 | Correspondence to claimant's counsel with physician's report. |
| 12/03/19 | MO | 1.30 | Prepare pre-hearing memorandum and evidence submission form. |
| 12/05/19 | MO | 0.30 | Email B-Readers regarding sending medical information for review. |
| 12/05/19 | MO | 0.30 | Prepare letter to counsel enclosing 01-16-14 x-ray. |
| 12/05/19 | MO | 0.60 | Revise Employer's initial evidence and evidence submission form. |
| 12/05/19 | MO | 0.30 | Prepare letter to Claims Examiner filing Employer's initial evidence and evidence submission form. |
| 12/05/19 | DKL | 0.10 | Letter to claimant's counsel with x-ray on compact disc. |
| 12/05/19 | DKL | 0.40 | Review and analyze evidence for submission per Social Security Administration. |

January 31, 2020
Invoice # 4392445

Dinsmore & Shohl LLP
Client Number – 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

Total Hours    11.90

January 31, 2020
Invoice # 4392455

Dinsmore & Shohl LLP
Client Number – 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 6.10 | |
| Mary R. Ontko | Paralegal | 3.00 | |
| | Total Hours / Fees | 9.10 | $ 2,600.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Exam and Report Fees | $ 4,052.50 | |
| Travel Mileage | $ 91.70 | |
| Total Attorney Costs | | $4,144.20 |
| Current Amount Due This Invoice | | $6,744.70 |

January 31, 2020
Invoice # 4392455

Dinsmore & Shohl LLP
Client Number – 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/01/19 | DKL | 0.20 | Review additional medical report submitted as evidence by Claimant. |
| 11/05/19 | MO | 0.30 | Email client with copies of evidence submission form and Pre-Hearing Memorandum submitted to Judge, along with other evidence for hearing. |
| 11/12/19 | DKL | 0.20 | Initial overview of medical evidence and pretrial memorandum in preparation of Administrative Law Judge Hearing. |
| 11/13/19 | DKL | 0.20 | Review Medical Report submitted by Claimant. |
| 11/13/19 | DKL | 0.20 | Review Independent Medical Examination Report. |
| 11/13/19 | MO | 0.90 | Revise Pre-Hearing Memorandum and evidence submission form to include evaluation report and testing. |
| 11/13/19 | MO | 0.30 | Prepare letter to Judge filing Amended Pre-Hearing Memorandum and Amended black lung evidence submission form. |
| 11/14/19 | DKL | 0.20 | Email to client regarding Independent Medical Examination report. |
| 11/14/19 | DKL | 0.10 | Letter to Claimant's counsel with Independent Medical Examination report. |
| 11/14/19 | DKL | 0.50 | Review and analyze Independent Medical Examination report with regard to submission as evidence. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance at hearing. |
| 11/21/19 | MO | 0.30 | Letter to claimant's representative with 10-31-19 x-ray. |
| 11/21/19 | DKL | 0.20 | Review correspondence from Claimant's Counsel requesting x-ray. |
| 11/26/19 | DKL | 0.30 | Review evidence in preparation for Administrative Law Judge Hearing. |
| 11/27/19 | MO | 0.60 | Organize file for hearing. |
| 11/27/19 | MO | 0.60 | Finalize Employer's evidence submission. |
| 11/27/19 | DKL | 0.10 | Outline cross-exam for Administrative Law Judge Hearing. |
| 12/02/19 | DKL | 1.60 | Travel to Morgantown for Federal Black Lung Hearing. |
| 12/02/19 | DKL | 0.70 | Defend claim at Federal Black Lung Hearing. |
| 12/06/19 | DKL | 0.20 | Review additional medical reports submitted by claimant's counsel. |
| 12/17/19 | DKL | 0.30 | Initial work on post-hearing brief. |
| 12/19/19 | DKL | 1.00 | Work on initial draft of post-hearing brief. |

Total Hours   9.10

January 31, 2020
Invoice # 4392463

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 6.30 |
| J. Michael Prascik | Associate | 0.40 |
| Mary R. Ontko | Paralegal | 6.80 |
| Total Hours / Fees | | 13.50 |

$ 3,294.50

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 6.90 |
| Total Attorney Costs | $6.90 |
| Current Amount Due This Invoice | $3,301.40 |

January 31, 2020
Invoice # 4392463

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/08/19 | DKL | 0.10 | Review Claimant's evidentiary submission. |
| 11/11/19 | DKL | 0.80 | Legal research regarding procedure on modification request filed by Claimant. |
| 11/11/19 | DKL | 0.70 | Review Claimant's medical evidence in preparation for Hearing on Modification. |
| 11/11/19 | JMP | 0.40 | Legal research regarding submission of additional evidence on modification. |
| 11/12/19 | DKL | 0.30 | Telephone call with Claimant's counsel regarding procedural issue in upcoming Modification Motion Hearing. |
| 11/13/19 | DKL | 0.30 | Telephone call with Claimant's counsel regarding recent introduction of new evidence and request for continuance. |
| 11/13/19 | DKL | 0.60 | Review Administrative Law Judge's decision regarding need for rebuttal evidence to evidence filed by Claimant. |
| 11/13/19 | MO | 0.40 | Review pleadings and Director's Exhibits to locate information for Motion to Continue. |
| 11/13/19 | MO | 1.80 | Prepare Motion to Continue 12-03-19 hearing. |
| 11/14/19 | MO | 0.60 | Conference regarding strategy going forward and file review by physician. |
| 11/14/19 | DKL | 0.30 | Review and revise Motion to Continue Hearing. |
| 11/14/19 | DKL | 0.70 | Review and analyze pulmonary function test and arterial blood gas studies from Claimant with regard to need for further evidence. |
| 11/14/19 | DKL | 0.80 | Legal research regarding detailed Federal Standards for disability based on pulmonary function test and arterial blood gas studies. |
| 11/15/19 | DKL | 0.30 | Conference regarding evidentiary issue pre-hearing. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance at hearing. |
| 11/19/19 | MO | 0.90 | Review claim file, employer evidence, director's exhibits, report and Claimant's evidence for documents review. |
| 11/19/19 | MO | 1.60 | Prepare letter to physician in anticipation of records review to determine whether an independent medical evaluation would be beneficial. |
| 11/21/19 | DKL | 0.30 | Review evidence regarding potential for seeking rebuttal evidence on modification. |
| 11/22/19 | DKL | 0.20 | Telephone call regarding issues in Administrative Law Judge Hearing. |
| 11/25/19 | DKL | 0.10 | Telephone call with Department of Labor regarding continuance granted. |
| 12/03/19 | DKL | 0.10 | Review Order Granting Continuance. |
| 12/04/19 | MO | 0.90 | Prepare Motion to Remand claim back to Claims Examiner. |
| 12/05/19 | MO | 0.30 | Prepare letter to Judge with Employer's Motion for Remand. |
| 12/05/19 | MO | 0.30 | Email to counsel attaching Motion for Remand for review prior to filing. |
| 12/05/19 | DKL | 0.20 | Review and revise Motion for Remand to Claims Examiner. |
| 12/06/19 | DKL | 0.20 | Telephone call with Claimant's counsel regarding Motion for Remand. |
| 12/06/19 | DKL | 0.10 | Revise Motion for Remand per telephone call with Claimant's counsel. |

January 31, 2020
Invoice # 4392463

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

| | | | |
|---|---|---|---|
| 12/13/19 | DKL | 0.10 | Review of Claimant's Response to Motion for Remand. |

Total Hours   13.50

January 31, 2020
Invoice # 4392468

Dinsmore & Shohl LLP
Client Number – 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.50 | $ 1,534.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 9.15 |
| Court Reporter | $ 105.00 |
| Federal Express | $ 16.25 |
| Total Attorney Costs | $130.40 |
| Current Amount Due This Invoice | $1,664.90 |

January 31, 2020
Invoice # 4392468

Dinsmore & Shohl LLP
Client Number – 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 11/15/19 | DKL | 1.10 | Begin draft of Post-Hearing Brief. |
| 11/18/19 | DKL | 0.90 | Review reports in preparation of post-hearing brief. |
| 11/19/19 | DKL | 0.50 | Continue draft of post-hearing brief. |
| 12/06/19 | DKL | 0.40 | Receive and review hearing transcript. |
| 12/12/19 | DKL | 0.80 | Continue work on post-hearing brief. |
| 12/16/19 | MO | 0.30 | Letter to Judge enclosing post-hearing brief. |
| 12/16/19 | DKL | 0.30 | Revise post-hearing brief. |
| 12/26/19 | DKL | 0.20 | Review claimant's post-hearing brief. |

Total Hours        4.50

January 31, 2020
Invoice # 4392473

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.10 | |
| Mary R. Ontko | Paralegal | 3.20 | |
| | Total Hours / Fees | 4.30 | $ 854.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 20.10 | |
| Total Attorney Costs | | $20.10 |
| Current Amount Due This Invoice | | $874.60 |

January 31, 2020
Invoice # 4392473

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/19 | DKL | 0.10 | Review Notice of Hearing and Pre-Hearing Order. |
| 11/25/19 | DKL | 0.30 | Review current evidence in preparation for Administrative Law Judge Hearing. |
| 11/27/19 | MO | 0.50 | Calculate and calendar deadlines per Notice of Hearing. |
| 12/02/19 | MO | 0.80 | Review Director's Exhibits for evidence previously submitted. |
| 12/02/19 | MO | 0.40 | Prepare evidence submission form. |
| 12/02/19 | MO | 0.30 | Prepare letter to counsel regarding initial evidence exchange. |
| 12/03/19 | DKL | 0.30 | Review and submit evidence for submission to expert witness. |
| 12/26/19 | MO | 0.40 | Prepare evidence submission form. |
| 12/26/19 | MO | 0.50 | Prepare Employer's Pre-Hearing Memorandum. |
| 12/26/19 | MO | 0.30 | Prepare letter to Judge to submit evidence submission form and Pre-Hearing Memorandum. |
| 12/26/19 | DKL | 0.10 | Review correspondence from Director regarding exhibits at Administrative Law Judge Hearing. |
| 12/27/19 | DKL | 0.10 | Review, sign and file evidence submission form for Administrative Law Judge Hearing. |
| 12/27/19 | DKL | 0.20 | Review and revise Closing Argument. |

Total Hours     4.30

January 31, 2020
Invoice # 4392479

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.60 | |
| Mary R. Ontko | Paralegal | 1.00 | |
| | Total Hours / Fees | 2.60 | $ 713.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Expert Fees | $ 250.00 | |
| Total Attorney Costs | | $250.00 |
| Current Amount Due This Invoice | | $963.00 |

January 31, 2020
Invoice # 4392479

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/31/19 | MO | 0.30 | Draft request for formal ALJ hearing regarding 10-29-19 Proposed Decision and Order. |
| 11/01/19 | MO | 0.20 | Conference with counsel regarding whether to make second request to Claims Examiner to have chest x-rays sent to our expert. |
| 11/01/19 | MO | 0.20 | Second request to Claims Examiner to have chest x-rays sent to B-Readers for review. |
| 11/01/19 | DKL | 0.10 | Correspondence to Department of Labor requesting Administrative Law Judge hearing. |
| 11/04/19 | DKL | 0.80 | Review Proposed Decision and Order and all medical evidence to develop strategy for Administrative Law Judge hearing. |
| 11/18/19 | DKL | 0.20 | Review x-ray interpretations. |
| 11/18/19 | DKL | 0.30 | Review evidence in light of new x-ray reports and follow-up on autopsy. |
| 11/19/19 | MO | 0.30 | Letter to counsel sending B-readings and follow-up on responses to discovery requests. |
| 11/19/19 | DKL | 0.10 | Letter to Claimant's counsel with x-ray readings and requesting response to discovery. |
| 11/25/19 | DKL | 0.10 | Review correspondence from SmartCasualty and requesting Administrative Law Judge Hearing. |

Total Hours    2.60

January 31, 2020
Invoice # 4392484

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.30 | |
| | Partner | | |
| Mary R. Ontko | | 3.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.40 | $ 911.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 23.40 | |
| | Total Attorney Costs | $23.40 |
| | Current Amount Due This Invoice | $934.40 |

January 31, 2020
Invoice # 4392484

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 11/25/19 | DKL | 0.10 | Review Notice of Hearing and Pre-Hearing Order. |
| 11/25/19 | DKL | 0.10 | Initial evidence evaluation pre-pending Administrative Law Judge Hearing. |
| 11/27/19 | MO | 0.30 | Calculate and calendar deadlines per Notice of 01-28-20 hearing. |
| 12/02/19 | MO | 0.10 | Telephone call to Claims Examiner asking for copy of Claimant's death certificate. |
| 12/02/19 | MO | 0.20 | Prepare evidence submission form. |
| 12/02/19 | MO | 0.20 | Prepare pre-hearing memorandum |
| 12/03/19 | DKL | 0.20 | Review and submit evidence for Administrative Law Judge Hearing. |
| 12/03/19 | MO | 0.20 | Prepare letter to counsel sending evidence submission forms and Employer's Exhibit 1. |
| 12/09/19 | MO | 0.80 | Prepare Employer's responses to Claimant's discovery requests. |
| 12/10/19 | DKL | 0.10 | Review and revise draft responses to discovery requests. |
| 12/10/19 | DKL | 0.10 | Letter to client with responses to discovery. |
| 12/16/19 | DKL | 0.10 | Review Notice of Appearance. |
| 12/16/19 | DKL | 0.10 | Review verified response from client. |
| 12/17/19 | MO | 0.20 | Letter to counsel enclosing Employer's discovery responses. |
| 12/17/19 | DKL | 0.10 | File and secure response to discovery requests. |
| 12/26/19 | MO | 0.30 | Prepare evidence submission form. |
| 12/26/19 | MO | 0.50 | Prepare Employer's Pre-Hearing Memorandum. |
| 12/26/19 | MO | 0.30 | Prepare letter to Judge submitting evidence submission form and Pre-Hearing Memorandum. |
| 12/26/19 | DKL | 0.10 | Receive and review correspondence from SmartCasualty regarding Administrative Law Judges Hearings. |
| 12/26/19 | DKL | 0.10 | Review correspondence from the Director regarding exhibits at Administrative Law Judge Hearing. |
| 12/27/19 | DKL | 0.20 | Review, sign and file evidence submissions for Administrative Law Judge Hearing. |

Total Hours    4.40

January 31, 2020
Invoice # 4392489

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 3.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.90 | $ 670.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 23.40 | |
| | Total Attorney Costs | $23.40 |
| | Current Amount Due This Invoice | $693.90 |

January 31, 2020
Invoice # 4392489

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/19 | DKL | 0.10 | Receive and review Notice of Hearing and Pre-Hearing Order. |
| 11/25/19 | DKL | 0.10 | Initial evidence evaluation pending Administrative Law Judge Hearing. |
| 11/27/19 | MO | 0.30 | Calculate and calendar deadlines per Notice of Hearing. |
| 12/02/19 | MO | 0.10 | Telephone call to Claims Examiner asking for copy of Claimant's death certificate. |
| 12/02/19 | MO | 0.40 | Prepare evidence submission forms. |
| 12/02/19 | MO | 0.20 | Prepare pre-hearing memorandum for Case ID 05049. |
| 12/02/19 | MO | 0.20 | Prepare pre-hearing memorandum in Case ID 05050. |
| 12/03/19 | MO | 0.10 | Prepare letter to counsel sending evidence submission forms and Employer's Exhibit 1. |
| 12/09/19 | MO | 0.80 | Prepare Employer's responses to Claimant's discovery requests. |
| 12/09/19 | DKL | 0.20 | Review discovery requests from claimant's counsel. |
| 12/10/19 | DKL | 0.10 | Review and revise draft responses to discovery requests. |
| 12/17/19 | MO | 0.20 | Letter to counsel enclosing Employer's discovery responses. |
| 12/26/19 | MO | 0.30 | Prepare evidence submission form. |
| 12/26/19 | MO | 0.50 | Prepare Employer's Pre-Hearing Memorandum. |
| 12/26/19 | MO | 0.30 | Prepare letter to Judge submitting evidence submission forms and Pre-Hearing Memorandum. |

Total Hours     3.90

January 31, 2020
Invoice # 4392490

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.80 | |
| Mary R. Ontko | Paralegal | 6.30 | |
| | Total Hours / Fees | 8.10 | $ 1,552.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 111.00 | |
| Expert Fees | $ 3,500.00 | |
| | Total Attorney Costs | $3,611.00 |
| | Current Amount Due This Invoice | $5,163.50 |

January 31, 2020
Invoice # 4392490

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/19 | DKL | 0.10 | Receive and review Notice of Hearing and Pre-Hearing Order. |
| 11/25/19 | DKL | 0.30 | Review existing evidence in preparation for Administrative Law Judge Hearing. |
| 11/27/19 | MO | 0.50 | Calculate and calendar deadlines per Notice of Hearing. |
| 11/27/19 | DKL | 0.40 | Review medical chronology analyze evidence for submission to expert. |
| 12/02/19 | MO | 0.80 | Review claim files for work history information |
| 12/02/19 | MO | 0.20 | Telephone call to Claims Examiner regarding Social Security earnings report |
| 12/02/19 | MO | 1.20 | Review black lung and state occupational pneumoconiosis claim files for medical documents for review by expert |
| 12/02/19 | MO | 1.10 | Prepare letter to expert for records review |
| 12/02/19 | MO | 0.30 | Prepare letter regarding initial evidence exchange |
| 12/03/19 | DKL | 0.30 | Review evidence for submission to expert witness. |
| 12/10/19 | DKL | 0.10 | Receive and review email from Dr. Fino's office. |
| 12/10/19 | DKL | 0.10 | Receive and review claimant's pre-hearing evidence submission. |
| 12/26/19 | DKL | 0.10 | Review correspondence from the Director regarding exhibits at Administrative Law Judge Hearing. |
| 12/26/19 | DKL | 0.10 | Review correspondence from SmartCasualty regarding Administrative Law Judge Hearing. |
| 12/30/19 | DKL | 0.20 | Review evidence for submission to physician. |
| 12/30/19 | DKL | 0.10 | Review and revise letter to physician. |
| 12/30/19 | MO | 0.30 | Prepare letter to physician requesting file review. |
| 12/30/19 | MO | 0.60 | Review claim file and director's exhibits for documents to submit as evidence. |
| 12/30/19 | MO | 0.40 | Prepare evidence submission form. |
| 12/30/19 | MO | 0.60 | Prepare Employer's pre-hearing memorandum. |
| 12/30/19 | MO | 0.30 | Prepare letter to Judge submitting Employer's eidence submission form and Pre-Hearing Memorandum. |

Total Hours        8.10

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

January 31, 2020
Invoice # 4392492

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 3.10 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 3.40 | $ 1,144.00 |
| | Current Amount Due This Invoice | | $1,144.00 |

January 31, 2020
Invoice # 4392492

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/05/19 | MO | 0.30 | Email client with copies of evidence submission form and Pre-Hearing Memorandum submitted to Judge, along with other evidence for hearing. |
| 11/12/19 | DKL | 0.20 | Initial overview of medical evidence and pretrial memorandum for hearing. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance of at hearing. |
| 11/25/19 | DKL | 0.50 | Review evidence and outline cross examination of Claimant. |
| 12/02/19 | DKL | 1.60 | Return travel from Morgantown for Federal Black Lung Hearing. |
| 12/02/19 | DKL | 0.70 | Defend claim at Federal Black Lung Hearing. |

Total Hours     3.40

January 31, 2020
Invoice # 4392496

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 35.50 |

Current Amount Due This Invoice          $35.50

January 31, 2020
Invoice # 4392496

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/26/19 | DKL | 0.10 | Review of Order remanding claim. |

| | Total Hours | 0.10 | |

January 31, 2020
Invoice # 4392500

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.60 | |
| Mary R. Ontko | Paralegal | 2.70 | |
| | Total Hours / Fees | 3.30 | $ 604.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 47.10 |
| Expert Fees | $ 4,802.50 |
| Medical Records | $ 40.62 |
| Total Attorney Costs | $4,890.22 |
| Current Amount Due This Invoice | $5,494.72 |

January 31, 2020
Invoice # 4392500

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/07/19 | MO | 0.30 | Prepare letter to counsel with copy of reports. |
| 11/08/19 | DKL | 0.20 | Review Independent Medical Examination report. |
| 11/08/19 | DKL | 0.10 | Letter to Claimant's counsel with Independent Medical Examination Report. |
| 11/11/19 | MO | 0.20 | Email to client with Claimant's expense voucher for travel to IME physician. |
| 11/13/19 | DKL | 0.10 | Review medical report and billing. |
| 11/13/19 | MO | 0.20 | Obtaining approval of statement for independent medical evaluation and testing. |
| 12/27/19 | MO | 0.60 | Finalize Employer's pre-hearing memorandum. |
| 12/27/19 | MO | 0.50 | Prepare submission form for initial submission of evidence. |
| 12/30/19 | DKL | 0.20 | Review and submit evidence per Schedule for the Submission of Additional Evidence. |
| 12/30/19 | MO | 0.60 | Review and revise Employer evidence submission. |
| 12/30/19 | MO | 0.30 | Prepare letter to Claims Examiner to submit Employer's initial evidence. |

Total Hours     3.30

January 31, 2020
Invoice # 4392509

Dinsmore & Shohl LLP
Client Number – 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 3.00 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 3.30 | $ 1,108.50 |

Current Amount Due This Invoice    $1,108.50

January 31, 2020
Invoice # 4392509

Dinsmore & Shohl LLP
Client Number – 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/04/19 | DKL | 0.10 | Review rebuttal x-ray reading submitted by Claimant. |
| 11/05/19 | MO | 0.30 | Email client with copies of evidence submission form and Pre-Hearing Memorandum submitted to Judge, along with other evidence for 12-02-19 hearing. |
| 11/12/19 | DKL | 0.30 | Initial overview of medical evidence and pretrial memorandum regarding hearing before Administrative Law Judge. |
| 11/13/19 | DKL | 0.20 | Review the medical evidence package submitted by Claimant including report. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance at hearing. |
| 11/22/19 | DKL | 0.20 | Review medical report. |
| 11/25/19 | DKL | 0.50 | Prepare cross-examination of Claimant for hearing before Administrative Law Judge. |
| 12/02/19 | DKL | 0.70 | Defend claim at Federal Black Lung Hearing. |
| 12/19/19 | DKL | 0.90 | Work on initial draft of post-hearing brief. |

Total Hours      3.30

Dinsmore & Shohl LLP
Client Number – 123837.169

January 31, 2020
Invoice # 4392513

**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 7.40 | |
| | Partner | | |
| | Total Hours / Fees | 7.40 | $ 2,627.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 91.70 | |
| Total Attorney Costs | | $91.70 |
| Current Amount Due This Invoice | | $2,718.70 |

Dinsmore & Shohl LLP
Client Number – 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

January 31, 2020
Invoice # 4392513

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/08/19 | DKL | 0.10 | Review Claimant's Evidence Submission form. |
| 11/11/19 | DKL | 0.80 | Review medical evidence for hearing. |
| 11/11/19 | DKL | 0.50 | Review procedural issues regarding Hearing on Reconsideration. |
| 11/12/19 | DKL | 0.40 | Telephone call with Claimant's counsel regarding issues pending in Motion for Modification. |
| 11/13/19 | DKL | 0.20 | Telephone call with Claimant's counsel regarding hearing with Administrative Law Judge. |
| 11/13/19 | DKL | 0.30 | Review of pulmonary function test submitted by Claimant in preparation for hearing before Administrative Law Judge. |
| 11/15/19 | DKL | 0.30 | Conference regarding evidentiary issue pre-hearing. |
| 11/15/19 | DKL | 0.10 | Review correspondence from Director regarding attendance at hearing. |
| 12/03/19 | DKL | 0.30 | Prepare for Administrative Law Judge Hearing. |
| 12/03/19 | DKL | 1.80 | Travel to Morgantown, WV for Administrative Law Judge Hearing. |
| 12/03/19 | DKL | 1.80 | Return travel from Administrative Law Judge Hearing in Morgantown, WV. |
| 12/03/19 | DKL | 0.80 | Defend Motion for Modification at Administrative Law Judge Hearing. |

Total Hours    7.40

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

January 31, 2020
Invoice # 4392517

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.90 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| Total Hours / Fees | | 2.70 | $ 790.50 |

| Current Amount Due This Invoice | $790.50 |
|---|---|

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

January 31, 2020
Invoice # 4392517

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/29/19 | MO | 0.50 | Review Directors' Exhibits. |
| 10/29/19 | MO | 0.30 | Review SmartCasualty website for state occupational pneumoconiosis claims filed by Claimant. |
| 10/30/19 | DKL | 0.90 | Review Director's exhibits in checking Statements on Standards for Attestation Engagements and Proposed Decision and Order regarding prep for Administrative Law Judge Evidence Development. |
| 11/04/19 | DKL | 0.10 | Reeview Notice of Docketing from Department of Labor. |
| 11/06/19 | DKL | 0.10 | Receive and review Notice of Appearance for Claimant. |
| 11/25/19 | DKL | 0.10 | Review correspondence from SmartCasualty contesting liability and requesting Administrative Law Judge Hearing. |
| 11/26/19 | DKL | 0.10 | Review Proposed Decision and Order. |
| 11/26/19 | DKL | 0.40 | Review Director's Exhibits and physician's opinion with right to possible development of additional evidence. |
| 12/12/19 | DKL | 0.20 | Review medical report submitted as evidence by Claimant's counsel. |

Total Hours      2.70

Dinsmore & Shohl LLP
Client Number – 123837.187

January 31, 2020
Invoice # 4392580

**Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung # 2018-BLA-05823 – Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.60 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 1.00 | $ 271.00 |
| | | | |
| Current Amount Due This Invoice | | | $271.00 |

Dinsmore & Shohl LLP
Client Number – 123837.187

January 31, 2020
Invoice # 4392580

**Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung # 2018-BLA-05823 – Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/08/19 | DKL | 0.10 | Review application for Claimant's representative fee. |
| 11/11/19 | MO | 0.20 | Email client with counsel's fee petitions for processing. |
| 11/13/19 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |
| 11/18/19 | DKL | 0.10 | Review Supplemental Fee Award to counsel for Claimant. |
| 11/21/19 | MO | 0.20 | Email client with benefits payment letter. |
| 11/21/19 | DKL | 0.10 | Review correspondence from Claimant regarding fee petition. |
| 11/21/19 | DKL | 0.10 | Review Order for payment from Department of Labor. |
| 12/12/19 | DKL | 0.10 | Review Attorney Fee Order. |

Total Hours      1.00

Dinsmore & Shohl LLP
Client Number – 123837.207

January 31, 2020
Invoice # 4409077

**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.50 | $ 114.50 |
| | Current Amount Due This Invoice | | $114.50 |

Dinsmore & Shohl LLP
Client Number – 123837.207

January 31, 2020
Invoice # 4409077

**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/26/19 | DKL | 0.20 | Review Administrative Law Judge opinions awarding benefits. |
| 12/31/19 | MO | 0.30 | Prepare letter to client with ALJ Decision. |
| | Total Hours | 0.50 | |

Dinsmore & Shohl LLP
Client Number – 123837.208

January 31, 2020
Invoice # 4409078

**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | | |
| | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 35.50 |

| | Current Amount Due This Invoice | $35.50 |
|---|---|---|

Dinsmore & Shohl LLP
Client Number – 123837.208

January 31, 2020
Invoice # 4409078

**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/26/19 | DKL | 0.10 | Review Order remanding claim for complete pulmonary exam. |

Total Hours     0.10

Dinsmore & Shohl LLP
Client Number – 123837.212

January 31, 2020
Invoice # 4409079

**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | | |
| | Partner | 0.60 | |
| | Total Hours / Fees | 0.60 | $ 213.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 26.40 | |
| Total Attorney Costs | | $26.40 |
| Current Amount Due This Invoice | | $239.40 |

Dinsmore & Shohl LLP
Client Number – 123837.212

January 31, 2020
Invoice # 4409079

**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/30/19 | DKL | 0.60 | Review initial file and medical evidence. |

|  | Total Hours | 0.60 |

Dinsmore & Shohl LLP
Client Number – 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

January 31, 2020
Invoice # 4409083

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.70 | $ 185.50 |
| | Current Amount Due This Invoice | | $185.50 |

Dinsmore & Shohl LLP
Client Number – 123837.155

January 31, 2020
Invoice # 4409083

**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/06/19 | MO | 0.30 | Prepare letter to client with Decision and Order Awarding Benefits. |
| 12/06/19 | DKL | 0.30 | Review Administrative Law Judge Decision. |
| 12/09/19 | DKL | 0.10 | Revise letter to client with Administrative Law Judge Decision. |

Total Hours       0.70

Dinsmore & Shohl LLP
Client Number – 123837.162

January 31, 2020
Invoice # 4409084

**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | | |
| | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 71.00 |

Current Amount Due This Invoice        $71.00

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

January 31, 2020
Invoice # 4409084

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/03/19 | DKL | 0.20 | Review additional medical evidence from Claimant's counsel. |

Total Hours    0.20

————

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills January 1-January 31)**

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414103
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.31
Matter: Alred Alexander - 12/31/2013          - JCN
2017018011 PTD- Ohio County Coal Co.
JCN 2017018011 PTD

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 155.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 162.65 |
| **Total Due for Current Professional Services** | **$ 162.65** |

Previous Balance Owed                                      $ 2.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414103

Dinsmore & Shohl LLP
Client Number – 123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392332 | 01/31/20 | $ 29.00 | $ 26.10 | $ 2.90 |
| | | Total Previous Outstanding Balance | | $ 2.90 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414103

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko |  | 1.00 | |
|  | Paralegal |  | |
|  | Total Hours / Fees | 1.00 | $ 155.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 7.65 |
|---|---|
| Total Attorney Costs | $7.65 |
| Current Amount Due This Invoice | $162.65 |

1

Dinsmore & Shohl LLP
Client Number – 123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414103

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | MO | 0.60 | Prepare Motion to Lift Stay before WV Supreme Court of Appeals. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours    1.00

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414105

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,247.00 |
| Attorney Costs | $ 35.10 |
| Current Total Due for Professional Services | $ 2,282.10 |
| **Total Due for Current Professional Services** | **$ 2,282.10** |

| | |
|---|---|
| Previous Balance Owed | $ 194.87 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414105

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392335 | 01/31/20 | $ 1,948.70 | $ 1,753.83 | $ 194.87 |
| | | Total Previous Outstanding Balance | | $ 194.87 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP

Client Number – 123837.32

**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

February 27, 2020

Invoice # 4414105

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.80 | |
| Aimee M Stern | Of Counsel | 5.10 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| Total Hours / Fees | | 9.40 | $ 2,247.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 35.10 | |
| Total Attorney Costs | | $35.10 |
| Current Amount Due This Invoice | | $2,282.10 |

1

February 27, 2020
Invoice # 4414105

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | MO | 0.60 | Prepare Motion to Compel Claimant to sign medical authorization. |
| 01/03/20 | MO | 0.30 | Prepare letter to Office of Judges filing Employer's Motion to Compel Claimant to sign medical authorization. |
| 01/03/20 | AMS | 0.40 | Identify medical records to provide to physician for review to address Diagnosis Update. |
| 01/03/20 | AMS | 0.70 | Draft correspondence to physician regarding file review to address Diagnosis Update. |
| 01/06/20 | AMS | 0.50 | Finish identifying medical records to provide to physician regarding file review and drafting correspondence to him regarding the same. |
| 01/06/20 | WER | 0.20 | Review correspondence to physician. |
| 01/16/20 | MO | 0.30 | Review client website for new medical documents. |
| 01/16/20 | MO | 0.20 | Email client regarding additional medical documents not posted on website. |
| 01/21/20 | MO | 0.80 | Prepare Employer's Evidence submission regarding claim Order dated 08-23-19. |
| 01/21/20 | AMS | 0.70 | Identify evidence to file in support of SmartCasualty's 8/23/19 Order. |
| 01/22/20 | MO | 0.50 | Update chronology to include Employer's 01-22-20 Evidence Submission. |
| 01/22/20 | AMS | 0.70 | Finalize evidence to file in support of SmartCasualty's 8/23/19 Order. |
| 01/22/20 | AMS | 1.20 | Draft Closing Argument in support of SmartCasualty's 8/23/19 Order denying secondary condition. |
| 01/22/20 | WER | 0.30 | Review and analyze Employer's Evidence. |
| 01/23/20 | MO | 0.50 | Update chronology to include physician's records review report. |
| 01/24/20 | AMS | 0.10 | Review physician's file review report. |
| 01/24/20 | AMS | 0.80 | Finish drafting Closing Argument in support of SmartCasualty's 8/23/19 Order denying secondary condition. |
| 01/24/20 | MO | 0.30 | Update chronology to include Employer's Closing Argument and additional evidence. |
| 01/24/20 | WER | 0.30 | Review and analyze Employer's Additional Evidence and Closing Argument. |

Total Hours        9.40

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414108

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -
        Marion County Coal Co.
JCN 2018013969 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 325.50 |
| Attorney Costs | $ 32.25 |
| Current Total Due for Professional Services | $ 357.75 |
| **Total Due for Current Professional Services** | **$ 357.75** |

Previous Balance Owed                                    $ 49.51
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

February 27, 2020
Invoice # 4414108

**Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392340 | 01/31/20 | $ 495.13 | $ 445.62 | $ 49.51 |
| | | Total Previous Outstanding Balance | | $ 49.51 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

February 27, 2020
Invoice # 4414108

**Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.10 | |
| | Total Hours / Fees | 2.10 | $ 325.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 32.25 |
|---|---|
| Total Attorney Costs | $32.25 |
| Current Amount Due This Invoice | $357.75 |

1

Dinsmore & Shohl LLP
Client Number – 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -

February 27, 2020
Invoice # 4414108

Marion County Coal Co.

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.90 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals. |
| 01/21/20 | MO | 0.60 | Finalize Employer's Motions to Lift Stay in WV Supreme Court of Appeals. |
| 01/23/20 | MO | 0.20 | Update chronology to include 01-17-20 Order Submitting protest. |
| 01/30/20 | MO | 0.40 | Update chronology to include 01-30-20 Motions to Lift Stay. |

Total Hours    2.10

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414110

Billing Attorney - William E Robinson

Client Number - 123837.37
Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ -
Marshall County Coal Co.
JCN 2018027148 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 116.15 |
| **Total Due for Current Professional Services** | **$ 116.15** |

| | |
|---|---:|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 118.62 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414110

Dinsmore & Shohl LLP
Client Number – 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392343 | 01/31/20 | $ 1,186.25 | $ 1,067.63 | $ 118.62 |
| | | | Total Previous Outstanding Balance | $ 118.62 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414110

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $116.15 |

1

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414110

Client Number – 123837.37

**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals for Petition pending before the Court. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

| | Total Hours | 0.70 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414112

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 547.00 |
| Attorney Costs | $ 2.10 |
| Current Total Due for Professional Services | $ 549.10 |
| **Total Due for Current Professional Services** | **$ 549.10** |

| | |
|---|---|
| Previous Balance Owed | $ 108.41 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414112

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392348 | 01/31/20 | $ 1,084.05 | $ 975.64 | $ 108.41 |
| | | Total Previous Outstanding Balance | | $ 108.41 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414112

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.60 | $ 547.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 2.10 |
| Total Attorney Costs | $2.10 |
| Current Amount Due This Invoice | $549.10 |

1

February 27, 2020
Invoice # 4414112

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.70 | Review medical evidence in preparation for Occupational Pneumoconiosis Board Hearing. |
| 01/07/20 | MO | 0.30 | Prepare medical records authorization and provider list. |
| 01/24/20 | DKL | 0.60 | Review Board Studies and related Hospital studies regarding preparation for Initial Occupational Pneumoconiosis Board Hearing. |

Total Hours     1.60

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                    February 27, 2020
46226 National Road                                  Invoice # 4414116
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314            Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

February 27, 2020
Invoice # 4414116

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.70 | $ 200.50 |

Current Amount Due This Invoice $200.50

Dinsmore & Shohl LLP                                              February 27, 2020
Client Number – 123837.40                                        Invoice # 4414116
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | MO | 0.30 | Update chronology to include 12-30-19 Order Submitting Protest. |
| 01/02/20 | DKL | 0.40 | Receive and review Order Submitting Protest. |

|  |  |
|--|--|
| Total Hours | 0.70 |

# Dinsm⌃ore

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414118

Billing Attorney - William E Robinson

Client Number - 123837.41
Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ -
Marshall County Coal Co.
JCN 2013017957 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 85.15 |
| **Total Due for Current Professional Services** | **$ 85.15** |

| | |
|---|---|
| Previous Balance Owed | $ 2.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414118

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|----------------|--------------|-------------------------|------------------------------|----------------------|
| 4392351 | 01/31/20 | $ 29.00 | $ 26.10 | $ 2.90 |
| | | Total Previous Outstanding Balance | | $ 2.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414118

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 0.50 | $ 77.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $85.15 |

1

Dinsmore & Shohl LLP
Client Number – 123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414118

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motions to Lift Stay in WV Supreme Court of Appeals. |
| | Total Hours | 0.50 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414121

Billing Attorney - William E Robinson

Client Number - 123837.42
Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ-
Marion County Coal Co.
JCN 2017007930 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 263.50 |
| Attorney Costs | $ 10.95 |
| Current Total Due for Professional Services | $ 274.45 |
| **Total Due for Current Professional Services** | **$ 274.45** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314                Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414121

Client Number – 123837.42

**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.70 | |
| | Total Hours / Fees | 1.70 | $ 263.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 10.95 |
| Total Attorney Costs | $10.95 |
| Current Amount Due This Invoice | $274.45 |

Dinsmore & Shohl LLP
Client Number – 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

February 27, 2020
Invoice # 4414121

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | MO | 0.20 | Email client requesting additional medical records. |
| 01/16/20 | MO | 0.60 | Update chronology with new medical records received from client. |
| 01/16/20 | MO | 0.20 | Prepare and send new medical authorization to counsel for client's signature. |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motions to Lift Stay. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours     1.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414123

Billing Attorney - William E Robinson

Client Number - 123837.45
Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall
County Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 300.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 300.50 |
| **Total Due for Current Professional Services** | **$ 300.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414123

Dinsmore & Shohl LLP
Client Number – 123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.90 | $ 300.50 |

Current Amount Due This Invoice    $300.50

Dinsmore & Shohl LLP
Client Number – 123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

February 27, 2020
Invoice # 4414123

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/03/20 | MO | 0.20 | Email to Office of Judges regarding status of Motion for Final OP Board Hearing. |
| 01/03/20 | DKL | 0.10 | Emails with Mr. Pauley and M. Ontko re status of final hearing. |
| 01/07/20 | DKL | 0.60 | Review medical evidence and Initial Hearing transcript to prepare for final Occupational Pneumoconiosis Board Hearing. |

Total Hours     0.90

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414128

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 423.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 423.50 |
| **Total Due for Current Professional Services** | **$ 423.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 46.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414128

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392360 | 01/31/20 | $ 462.80 | $ 416.52 | $ 46.28 |
| | | Total Previous Outstanding Balance | | $ 46.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

February 27, 2020
Invoice # 4414128

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| | Total Hours / Fees | 1.10 | $ 423.50 |
| | Current Amount Due This Invoice | | $423.50 |

1

February 27, 2020
Invoice # 4414128

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.80 | Review Hospital report and medical opinion in preparation for Final Occupational Pneumoconiosis Board Hearing. |
| 01/24/20 | DKL | 0.30 | Review medical evidence submission from claimant regarding final Occupational Pneumoconiosis Board Hearing. |

Total Hours    1.10

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414131

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.45 |
| Current Total Due for Professional Services | $ 46.95 |
| **Total Due for Current Professional Services** | **$ 46.95** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 70.45

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414131

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392364 | 01/31/20 | $ 704.50 | $ 634.05 | $ 70.45 |
| | | Total Previous Outstanding Balance | | $ 70.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP                                          February 27, 2020
Client Number – 123837.48                                    Invoice # 4414131
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 0.45 |
| | Total Attorney Costs | $0.45 |
| | Current Amount Due This Invoice | $46.95 |

1

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414131

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | MO | 0.30 | Prepare authorization and letter to counsel for client's signature. |

Total Hours     0.30

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414134

Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 102.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 102.00 |
| **Total Due for Current Professional Services** | **$ 102.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414134

Dinsmore & Shohl LLP
Client Number – 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 102.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $102.00 |

Dinsmore & Shohl LLP
Client Number – 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414134

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | AMS | 0.10 | Identify additional evidence needed to file in support of permanent partial disability award. |
| 01/31/20 | AMS | 0.30 | Identify evidence needed to file in support of SmartCasualty's 3/29/19 Order. |
| | Total Hours | 0.40 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414138

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 134.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 134.00 |
| **Total Due for Current Professional Services** | **$ 134.00** |

Previous Balance Owed                                          $ 100.36
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414138

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392370 | 01/31/20 | $ 1,003.65 | $ 903.29 | $ 100.36 |
| | | Total Previous Outstanding Balance | | $ 100.36 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414138

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 134.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $134.00 |

1

February 27, 2020
Invoice # 4414138

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/08/20 | MO | 0.20 | Update chronology to include 01-06-20 Time Frame Order. |
| 01/16/20 | MO | 0.30 | Review client website for any new medical documents. |
| 01/27/20 | MO | 0.20 | Update chronology to include Claimant's 01-23-20 protest to claim Order. |
| 01/27/20 | AMS | 0.10 | Review Claimant's protest to SmartCasualty's 12/9/19 Order. |

Total Hours        0.80

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414141
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.52
Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ -
Harrison County Coal Co.
JCN 2016014547 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 116.15 |
| **Total Due for Current Professional Services** | **$ 116.15** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414141

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| | Total Attorney Costs | $7.65 |
| | Current Amount Due This Invoice | $116.15 |

February 27, 2020
Invoice # 4414141

Dinsmore & Shohl LLP
Client Number – 123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals for Petition pending before the Court. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift the bankruptcy stay for case pending in WV Supreme Court. |

Total Hours     0.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414145

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 178.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 185.65 |
| **Total Due for Current Professional Services** | **$ 185.65** |

| | |
|---|---|
| Previous Balance Owed | $ 3.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414145

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392372 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | Total Previous Outstanding Balance | | $ 3.55 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414145

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.00 | $ 178.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $185.65 |

1

February 27, 2020
Invoice # 4414145

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DKL | 0.10 | Review Order of SmartCasualty denying reopening. |
| 01/13/20 | MO | 0.20 | Update chronology to include SmartCasualty employer decision. |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours     1.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          February 27, 2020
46226 National Road                                                        Invoice # 4414152
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.56
Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ -
Marshall County Coal Co.
JCN 2018016154 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 485.00 |
| Attorney Costs | $ 3.00 |
| Current Total Due for Professional Services | $ 488.00 |
| **Total Due for Current Professional Services** | **$ 488.00** |


Previous Balance Owed                                                      $ 25.24
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414152

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392376 | 01/31/20 | $ 252.40 | $ 227.16 | $ 25.24 |
| | | Total Previous Outstanding Balance | | $ 25.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414152

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.00 | $ 485.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 3.00 |
| Total Attorney Costs | $3.00 |
| Current Amount Due This Invoice | $488.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414152

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/08/20 | MO | 0.90 | Update chronology with new medical records. |
| 01/10/20 | MO | 0.60 | Update chronology with additional medical records. |
| 01/24/20 | AMS | 0.10 | Review Order authorizing therapy. |
| 01/24/20 | MO | 0.20 | Update chronology to include employer decision authorizing therapy. |
| 01/24/20 | MO | 0.40 | Review client website for new medical records. |
| 01/24/20 | MO | 0.50 | Update chronology to include additional medical records. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 correspondence to Claimant. |
| 01/28/20 | AMS | 0.10 | Review updated medical records. |

Total Hours     3.00

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414155
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.57
Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP -
Marion County Coal Co.
JCN 2019015948 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 72.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414155

Client Number – 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392379 | 01/31/20 | $ 728.50 | $ 655.65 | $ 72.85 |
| | | Total Previous Outstanding Balance | | $ 72.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

February 27, 2020
Invoice # 4414155

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

Dinsmore & Shohl LLP
Client Number – 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

February 27, 2020
Invoice # 4414155

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.10 | Review Order Extending Time Frame. |

|  |  |  |
|--|--|--|
| Total Hours | 0.10 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414157

Billing Attorney - William E Robinson

Client Number - 123837.58
Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ -
Marshall County Coal Co.
JCN 2017020926 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 116.15 |
| **Total Due for Current Professional Services** | **$ 116.15** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314            Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414157

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $116.15 |

February 27, 2020
Invoice # 4414157

Dinsmore & Shohl LLP
Client Number – 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours     0.70



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                           February 27, 2020
46226 National Road                                         Invoice # 4414163
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 155.49 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414163

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392386 | 01/31/20 | $ 1,554.95 | $ 1,399.46 | $ 155.49 |
| | | Total Previous Outstanding Balance | | $ 155.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414163

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 82.00 |
| | Current Amount Due This Invoice | | $82.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414163

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | MO | 0.20 | Update chronology to include Board of Review Briefing Schedule. |
| 01/06/20 | AMS | 0.10 | Review Board of Review's 12/19/19 Order affirming Administrative Law Judge's 7/10/19 Order. |
| 01/06/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 12/19/19 Order affirming Administrative Law Judge's 7/10/19 Order. |

Total Hours    0.40

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                         February 27, 2020
46226 National Road                                                       Invoice # 4414168
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.62
Matter: Conaway, Ricky - 5/4/2012 -          JCN 2012038428
INJ - Marshall County Coal Co.
JCN 2012038428 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 116.15 |
| **Total Due for Current Professional Services** | **$ 116.15** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.62
**Matter: Conaway, Ricky - 5/4/2012 - JCN 2012038428 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414168

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $116.15 |

February 27, 2020
Invoice # 4414168

Dinsmore & Shohl LLP
Client Number – 123837.62
**Matter: Conaway, Ricky - 5/4/2012 - JCN 2012038428 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours      0.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414170

Billing Attorney - William E Robinson

Client Number - 123837.63
Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP -
Harrison County Coal Co.
JCN 2012014930 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 344.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 344.00 |
| **Total Due for Current Professional Services** | **$ 344.00** |

| | |
|---|---|
| Previous Balance Owed | $ 145.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414170

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392390 | 01/31/20 | $ 1,457.00 | $ 1,311.30 | $ 145.70 |
| | | Total Previous Outstanding Balance | | $ 145.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.63

February 27, 2020
Invoice # 4414170

**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.40 | $ 344.00 |
| | Current Amount Due This Invoice | | $344.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.63

February 27, 2020
Invoice # 4414170

**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | MO | 0.20 | Update chronology to include 01-13-20 ALJ Decision. |
| 01/16/20 | MO | 0.30 | Letter to client with ALJ Decision. |
| 01/16/20 | DKL | 0.20 | Review Decision of Administrative Law Judge affirming award. |
| 01/17/20 | DKL | 0.10 | Letter to Mr. Pauley with Administrative Law Judge Decision. |
| 01/17/20 | WER | 0.10 | Review 01-13-2020 ALJ Decision. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 Board of Review Briefing Schedule. |
| 01/27/20 | MO | 0.20 | Update chronology to include Claimant's 01-23-20 Appeal to the Board of Review regarding ALJ Decision. |
| 01/27/20 | DKL | 0.10 | Review Claimant's Appeal to Workers Compensation Board of Review. |

Total Hours     1.40

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414175

Billing Attorney - William E Robinson

Client Number - 123837.66
Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365
OP - Marshall County Coal Co.
JCN 2013010365 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 205.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 205.00 |
| **Total Due for Current Professional Services** | **$ 205.00** |

| | |
|---|---|
| Previous Balance Owed | $ 59.94 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414175

Dinsmore & Shohl LLP
Client Number – 123837.66
**Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365 OP - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392399 | 01/31/20 | $ 599.40 | $ 539.46 | $ 59.94 |

|  |  |  | Total Previous Outstanding Balance | $ 59.94 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414175

Dinsmore & Shohl LLP
Client Number – 123837.66
**Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 0.80 | $ 205.00 |
| | Current Amount Due This Invoice | | $205.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.66
**Matter: Dabrawsky, Theodore - 1/15/2009 - JCN 2013010365 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414175

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/23/20 | DKL | 0.10 | Review Decision of Administrative Law Judge Affirming Claims Administrators Order. |
| 01/23/20 | MO | 0.20 | Update chronology to include 01-17-20 ALJ Decision affirming Claim Order. |
| 01/23/20 | MO | 0.30 | Prepare letter to client with 01-27-20 ALJ Decision affirming Claim Order. |
| 01/24/20 | DKL | 0.10 | Letter to Mr. Pauley with Administrative Law Judge Decision. |
| 01/24/20 | WER | 0.10 | Review 1/17/20 ALJ Decision and related correspondence. |

Total Hours    0.80

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      February 27, 2020
46226 National Road                                                    Invoice # 4414173
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 360.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 367.65 |
| **Total Due for Current Professional Services** | **$ 367.65** |

| | |
|---|---|
| Previous Balance Owed | $ 131.63 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414173

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392397 | 01/31/20 | $ 1,316.35 | $ 1,184.72 | $ 131.63 |
|  |  | Total Previous Outstanding Balance |  | $ 131.63 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414173

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.00 | $ 360.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $367.65 |

1

February 27, 2020
Invoice # 4414173

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/15/20 | MO | 0.20 | Update chronology to include 1-13-20 Notice of Appeal by Claimant of ALJ Decision dated 12-17-19 affirming Claim Order dated 08-12-19. |
| 01/15/20 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 12/17/19 Order affirming SmartCasualty's 8/12/19 Order . |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals for Petition pending before the Court. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-22-20 Board of Review Briefing Schedule. |
| 01/27/20 | MO | 0.40 | Update chronology to include Claimant's 01-22-20 evidence submission. |
| 01/27/20 | AMS | 0.40 | Review evidence filed by Claimant in support of protest to 9/19/19 Order. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours    2.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414160
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 35.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414160

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392382 | 01/31/20 | $ 357.00 | $ 321.30 | $ 35.70 |
| | | | Total Previous Outstanding Balance | $ 35.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP                                         February 27, 2020
Client Number – 123837.76                                    Invoice # 4414160
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $31.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414160

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 Notice of Board of Review Telephone Hearing. |

| | Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  February 27, 2020
46226 National Road                                                Invoice # 4414129
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 385.00 |
| Attorney Costs | $ 41.61 |
| Current Total Due for Professional Services | $ 426.61 |
| **Total Due for Current Professional Services** | **$ 426.61** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 29.35 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414129

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 264.15 | $ 29.35 |
| | | Total Previous Outstanding Balance | | $ 29.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

February 27, 2020
Invoice # 4414129

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.00 | |
| | Partner | | |
| | Total Hours / Fees | 1.00 | $ 385.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 41.61 | |
| Total Attorney Costs | | $41.61 |
| Current Amount Due This Invoice | | $426.61 |

1

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

February 27, 2020
Invoice # 4414129

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | DKL | 0.30 | Review pulmonary function tests and initial hearing transcript to prepare for final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 0.50 | Defend claim at Occupational Pneumoconiosis Board Hearing. |
| 01/23/20 | DKL | 0.20 | Memo to Mr. Pauley regarding Occupational Pneumoconiosis Board Hearing. |
| Total Hours | | 1.00 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414136
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.82
Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP --
Harrison County Coal Co.
JCN 2018021007 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,686.50 |
| Attorney Costs | $ 41.62 |
| Current Total Due for Professional Services | $ 1,728.12 |
| **Total Due for Current Professional Services** | **$ 1,728.12** |

| | |
|---|---|
| Previous Balance Owed | $ 20.65 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.82
**Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

February 27, 2020
Invoice # 4414136

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392366 | 01/31/20 | $ 206.50 | $ 185.85 | $ 20.65 |
| | | Total Previous Outstanding Balance | | $ 20.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.82
**Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

February 27, 2020
Invoice # 4414136

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.50 | $ 1,686.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 41.62 | |
| | Total Attorney Costs | $41.62 |
| | Current Amount Due This Invoice | $1,728.12 |

1

February 27, 2020
Invoice # 4414136

Dinsmore & Shohl LLP
Client Number – 123837.82
**Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | DKL | 0.40 | Review results of two pulmonary function tests at Hospital and notes on other medicals in preparation for final Occupation Pneumoconiosis Board Hearing; no Initial Hearing held. |
| 01/22/20 | DKL | 2.90 | Travel to Charleston for Final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 0.50 | Defend claim at Final Occupational Pneumoconiosis Board Hearing. |
| 01/23/20 | DKL | 0.20 | Memo to Ed Pauley regarding Occupational Pneumoconiosis Board Hearing. |
| 01/24/20 | DKL | 0.20 | Revise memo to Ed Pauley. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 Order Submitting Protest. |
| 01/27/20 | DKL | 0.10 | Review Order Submitting Protest with Schedule of Evidence. |

Total Hours     4.50

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414143

Billing Attorney - William E Robinson

Client Number - 123837.83
Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ --
Harrison County Coal Co.
JCN 2017020639 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

February 27, 2020
Invoice # 4414143

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |
| | Current Amount Due This Invoice | | $46.50 |

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414143

Client Number – 123837.83

**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/15/20 | MO | 0.30 | Review client website for additional medical records. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.30 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414148

Billing Attorney - William E Robinson

Client Number - 123837.84
Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ
-- Marshall County Coal Co.
JCN 2016004423 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.50 |
| Current Total Due for Professional Services | $ 116.00 |
| **Total Due for Current Professional Services** | **$ 116.00** |

| | |
|---|---|
| Previous Balance Owed | $ 19.44 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414148

Dinsmore & Shohl LLP
Client Number – 123837.84
**Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392374 | 01/31/20 | $ 194.43 | $ 174.99 | $ 19.44 |
|  |  | Total Previous Outstanding Balance |  | $ 19.44 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.84
**Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

February 27, 2020
Invoice # 4414148

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.50 | |
| | Total Attorney Costs | $7.50 |
| | Current Amount Due This Invoice | $116.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.84

February 27, 2020
Invoice # 4414148

**Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours   0.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                     February 27, 2020
46226 National Road                                                   Invoice # 4414166
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.85
Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074
OP -- Marshall County Coal Co.
JCN 2018003074 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.20 |
| Current Total Due for Professional Services | $ 115.70 |
| **Total Due for Current Professional Services** | **$ 115.70** |

| | |
|---|---:|
| Previous Balance Owed | $ 29.04 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414166

Dinsmore & Shohl LLP
Client Number – 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392388 | 01/31/20 | $ 290.43 | $ 261.39 | $ 29.04 |
| | | | Total Previous Outstanding Balance | $ 29.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414166

Dinsmore & Shohl LLP
Client Number – 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.20 | |
| Total Attorney Costs | | $7.20 |
| Current Amount Due This Invoice | | $115.70 |

1

February 27, 2020
Invoice # 4414166

Dinsmore & Shohl LLP
Client Number – 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours      0.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414281
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.88
Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ -
Marion County Coal Co.
JCN 2019011549 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 545.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 545.00 |
| **Total Due for Current Professional Services** | **$ 545.00** |

Previous Balance Owed                                            $ 30.94
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414281

Dinsmore & Shohl LLP
Client Number – 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392447 | 01/31/20 | $ 309.45 | $ 278.51 | $ 30.94 |
| | | Total Previous Outstanding Balance | | $ 30.94 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414281

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 3.00 | $ 545.00 |

Current Amount Due This Invoice          $545.00

February 27, 2020
Invoice # 4414281

Dinsmore & Shohl LLP
Client Number – 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/03/20 | MO | 0.60 | Review medical records for additional records. |
| 01/03/20 | MO | 0.50 | Update chronology with new medical records. |
| 01/06/20 | AMS | 0.10 | Identify additional evidence needed to file in support of SmartCasualty's 3/12/19 Order. |
| 01/07/20 | MO | 0.90 | Update chronology with updated medical records. |
| 01/28/20 | AMS | 0.60 | Review updated medical records. |
| 01/29/20 | AMS | 0.10 | Review Office of Judges' Order to Show Cause regarding Claimant's protest. |
| 01/30/20 | MO | 0.20 | Update chronology to include Order to Show Cause. |

Total Hours    3.00

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414290
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730
ODHL - Harrison County Coal Co.
JCN 2019024730 ODHL

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 153.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 153.00 |
| **Total Due for Current Professional Services** | **$ 153.00** |

Previous Balance Owed                                                $ 42.05
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414290

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392453 | 01/31/20 | $ 420.50 | $ 378.45 | $ 42.05 |
| | | Total Previous Outstanding Balance | | $ 42.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414290

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| | Total Hours / Fees | 0.60 | $ 153.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $153.00 |

1

February 27, 2020
Invoice # 4414290

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/24/20 | AMS | 0.20 | Review file received from client. |
| 01/24/20 | AMS | 0.20 | Draft Initial Litigation Evaluation. |
| 01/30/20 | AMS | 0.20 | Finish drafting Initial Litigation Evaluation. |

| | | |
|---|---|---|
| Total Hours | 0.60 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414298
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.91
Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ -
Harrison County Coal Co.
JCN 2017018624 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 8.25 |
| Current Total Due for Professional Services | $ 116.75 |
| **Total Due for Current Professional Services** | **$ 116.75** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414298

Dinsmore & Shohl LLP
Client Number – 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 8.25 | |
| Total Attorney Costs | | $8.25 |
| Current Amount Due This Invoice | | $116.75 |

Dinsmore & Shohl LLP
Client Number – 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414298

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals for Petition pending before the Court |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift the bankruptcy stay for case pending in WV Supreme Court |

Total Hours    0.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414307

Billing Attorney - William E Robinson

Client Number - 123837.92
Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ -
Ohio County Coal Co.
JCN 2019018684 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,106.50 |
| Attorney Costs | $ 28.65 |
| Current Total Due for Professional Services | $ 1,135.15 |
| **Total Due for Current Professional Services** | **$ 1,135.15** |

| | |
|---|---:|
| Previous Balance Owed | $ 319.65 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414307

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392471 | 01/31/20 | $ 3,196.50 | $ 2,876.85 | $ 319.65 |
| | | Total Previous Outstanding Balance | | $ 319.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414307

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 3.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.30 | $ 1,106.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 28.65 |
| | Total Attorney Costs | $28.65 |
| | Current Amount Due This Invoice | $1,135.15 |

1

Dinsmore & Shohl LLP
Client Number – 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414307

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/14/20 | AMS | 0.90 | Identify evidence to file in support of SmartCasualty's 10/14/19 Order closing claim for temporary total disability. |
| 01/15/20 | MO | 0.40 | Update chronology to include Employer's Evidence regarding 10-14-19 Order. |
| 01/15/20 | MO | 0.30 | Review client website for additional medical records. |
| 01/15/20 | AMS | 0.50 | Finish identifying evidence to file in support of SmartCasualty's 10/14/19 Order closing claim for temporary total disability. |
| 01/15/20 | AMS | 1.00 | Draft Closing Argument in support of SmartCasualty's 10/14/19 Order closing claim for temporary total disability. |
| 01/15/20 | WER | 0.30 | Review and analyze Employer's Evidence regarding 10/14/19 Order. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-27-20 Employer's losing argument regarding Order dated 10-14-19. |
| 01/27/20 | AMS | 0.60 | Finish drafting Closing Argument in support of SmartCasualty's 10/14/19 Order. |
| 01/27/20 | WER | 0.10 | Review Employer's Closing Argument regarding 10-14-19 Order. |

Total Hours     4.30

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                     February 27, 2020
46226 National Road                                    Invoice # 4414312
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.93
Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP -
Murray American Energy
JCN 2018021871 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 139.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 139.50 |
| **Total Due for Current Professional Services** | **$ 139.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 63.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414312

Dinsmore & Shohl LLP
Client Number – 123837.93
**Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP - Murray American Energy**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392477 | 01/31/20 | $ 635.50 | $ 571.95 | $ 63.55 |
| | | Total Previous Outstanding Balance | | $ 63.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.93
**Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP - Murray American Energy**

February 27, 2020
Invoice # 4414312

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Total Hours / Fees | | 0.30 | $ 139.50 |
| | | | |
| Current Amount Due This Invoice | | | $139.50 |

1

February 27, 2020
Invoice # 4414312

Dinsmore & Shohl LLP
Client Number – 123837.93
**Matter: Gray, Donald - 9/3/1994 - JCN 2018021871 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.10 | Letter to Mr. Pauley with Administrative Law Judge Decision. |
| 01/02/20 | WER | 0.20 | Review and analyze ALJ's Decision. |

Total Hours    0.30

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414316

Billing Attorney - William E Robinson

Client Number - 123837.95
Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP -
Marshall County Coal Co.
JCN 2017022385 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 112.50 |
| Attorney Costs | $ 6.30 |
| Current Total Due for Professional Services | $ 118.80 |
| **Total Due for Current Professional Services** | **$ 118.80** |

Previous Balance Owed                                                    $ 38.41
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414316

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392482 | 01/31/20 | $ 384.10 | $ 345.69 | $ 38.41 |
| | | Total Previous Outstanding Balance | | $ 38.41 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414316

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 112.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.30 | |
| Total Attorney Costs | | $6.30 |
| Current Amount Due This Invoice | | $118.80 |

1

Dinsmore & Shohl LLP
Client Number – 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414316

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/15/20 | MO | 0.40 | Update chronology to include Employer's Motion for Final OP Board Hearing and evidence regarding Order dated 10-02-19. |
| 01/15/20 | WER | 0.10 | Review and analyze Employer's Motion for a Final OP Board Hearing and evidence with regard to the 10-02-19 CAO. |

Total Hours    0.50

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      February 27, 2020
46226 National Road                                                    Invoice # 4414319
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 738.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 738.50 |
| **Total Due for Current Professional Services** | **$ 738.50** |

| | |
|---|---|
| Previous Balance Owed | $ 586.87 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414319

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392486 | 01/31/20 | $ 5,868.66 | $ 5,281.79 | $ 586.87 |
| | | Total Previous Outstanding Balance | | $ 586.87 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414319

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 3.70 | $ 738.50 |
| | | | |
| Current Amount Due This Invoice | | | $738.50 |

1

February 27, 2020
Invoice # 4414319

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | WER | 0.30 | Review and analyze Employer's Closing Argument. |
| 01/15/20 | MO | 0.40 | Review client website for additional medical records. |
| 01/15/20 | MO | 0.40 | Update chronology with new medical records. |
| 01/15/20 | MO | 0.30 | Prepare and send second request to physician for records. |
| 01/21/20 | MO | 0.30 | Prepare letter to physician's office concerning request for records. |
| 01/21/20 | MO | 0.50 | Update chronology to include 01-16-20 Order Submitting Protest regarding Order closing claim. |
| 01/21/20 | MO | 0.50 | Update chronology to include 01-16-20 Order Submitting Protest regarding Order denying benefits. |
| 01/21/20 | MO | 0.40 | Update chronology to include 01-16-20 Order Submitting Protest regarding Order denying treatment. |
| 01/28/20 | AMS | 0.60 | Review updated medical records from healthcare facility and physician's office. |

Total Hours     3.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414328

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 90.04 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414328

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392494 | 01/31/20 | $ 900.45 | $ 810.41 | $ 90.04 |
| | | Total Previous Outstanding Balance | | $ 90.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414328

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414328

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | MO | 0.20 | Update chronology to include 01-02-20 Order Submitting Protest. |
| 01/06/20 | MO | 0.10 | Check evidence record to ensure all Employer evidence is included. |

| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414336

Billing Attorney - William E Robinson

Client Number - 123837.100
Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ -
Ohio County Coal Co.
JCN 2019006800 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 29.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 29.00 |
| **Total Due for Current Professional Services** | **$ 29.00** |

| | |
|---|---|
| Previous Balance Owed | $ 5.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.100
**Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414336

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392502 | 01/31/20 | $ 58.00 | $ 52.20 | $ 5.80 |
| | | Total Previous Outstanding Balance | | $ 5.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.100
**Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414336

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.20 | $ 29.00 |

Current Amount Due This Invoice                    $29.00

1

February 27, 2020
Invoice # 4414336

Dinsmore & Shohl LLP
Client Number – 123837.100
**Matter: Henry, Casey - 9/19/2018 - JCN 2019006800 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/23/19 | MO | 0.20 | Update chronology to include 12-18-19 SmartCasualty letter to Claimant. |
| | Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414370

Billing Attorney - William E Robinson

Client Number - 123837.102
Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio
County Coal Co.
JCN 2019016626 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 213.50 |
| Attorney Costs | $ 9.00 |
| Current Total Due for Professional Services | $ 222.50 |
| **Total Due for Current Professional Services** | **$ 222.50** |

| | |
|---|---|
| Previous Balance Owed | $ 79.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP                                              February 27, 2020
Client Number – 123837.102                                       Invoice # 4414370
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392556 | 01/31/20 | $ 794.50 | $ 715.05 | $ 79.45 |
| | | Total Previous Outstanding Balance | | $ 79.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414370

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 213.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 9.00 |
| Total Attorney Costs | $9.00 |
| Current Amount Due This Invoice | $222.50 |

1

Dinsmore & Shohl LLP
Client Number – 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414370

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | MO | 0.40 | Update chronology to include Employer's 01-10-19 Final Occupational Pneumoconiosis Board Motion and evidence regarding Claim Order dated 07-31-19. |
| 01/10/20 | WER | 0.30 | Review and analyze Motion for Final Hearing and related evidence. |

Total Hours    0.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414372

Billing Attorney - William E Robinson

Client Number - 123837.103
Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP -
Marshall County Coal. Co.
JCN 2017014996 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

February 27, 2020
Invoice # 4414372

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 192.50 |
| | Current Amount Due This Invoice | | $192.50 |

Dinsmore & Shohl LLP
Client Number – 123837.103

February 27, 2020
Invoice # 4414372

**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/20 | DKL | 0.50 | Review medical evidence and transcript from initial hearing to prepare for final Occupational Pneumoconiosis Board Hearing. |

| | Total Hours | 0.50 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414375

Billing Attorney - William E Robinson

Client Number - 123837.104
Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP -
Marion County Coal Co.
JCN 2019005830 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 151.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 151.50 |
| **Total Due for Current Professional Services** | **$ 151.50** |

| | |
|---|---|
| Previous Balance Owed | $ 57.06 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414375

Dinsmore & Shohl LLP
Client Number – 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392559 | 01/31/20 | $ 570.60 | $ 513.54 | $ 57.06 |
|  |  | Total Previous Outstanding Balance |  | $ 57.06 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

February 27, 2020
Invoice # 4414375

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 151.50 |

Current Amount Due This Invoice    $151.50

1

Dinsmore & Shohl LLP                                    February 27, 2020
Client Number – 123837.104                              Invoice # 4414375
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | WER | 0.30 | Review and analyze Employer's Evidence and Motion for Final Hearing. |
| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414379
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ -
Marion County Coal Co.
JCN 2019001358 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 711.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 719.15 |
| **Total Due for Current Professional Services** | **$ 719.15** |

| | |
|---|---|
| Previous Balance Owed | $ 119.69 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414379

Client Number – 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392567 | 01/31/20 | $ 1,196.88 | $ 1,077.19 | $ 119.69 |
| | | Total Previous Outstanding Balance | | $ 119.69 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP        February 27, 2020
Client Number – 123837.105        Invoice # 4414379
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.30 | $ 711.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 7.65 |
| | Total Attorney Costs | $7.65 |
| | Current Amount Due This Invoice | $719.15 |

1

Dinsmore & Shohl LLP
Client Number – 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414379

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | AMS | 0.30 | Identify additional evidence needed to file in support of 10/30/19 Orders. |
| 01/09/20 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to 10/30/19 Orders. |
| 01/14/20 | MO | 0.30 | Review client website for additional medical records. |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |
| 01/30/20 | AMS | 0.20 | Identify medical records to send to physician for file review. |
| 01/30/20 | AMS | 0.50 | Draft correspondence to physician regarding file review. |
| 01/31/20 | MO | 0.30 | Email to client regarding additional medical records. |
| 01/31/20 | AMS | 0.90 | Finalize medical records and correspondence to provide to physician for file review. |

Total Hours        3.30

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414380
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.106
Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230
INJ - Marion County Coal Co.
JCN 2017021230 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 280.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 280.50 |
| **Total Due for Current Professional Services** | **$ 280.50** |

| | |
|---|---|
| Previous Balance Owed | $ 43.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414380

Client Number – 123837.106

**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392570 | 01/31/20 | $ 432.00 | $ 388.80 | $ 43.20 |
| | | Total Previous Outstanding Balance | | $ 43.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

February 27, 2020
Invoice # 4414380

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.10 | |
| | Total Hours / Fees | 1.10 | $ 280.50 |
| | Current Amount Due This Invoice | | $280.50 |

1

February 27, 2020
Invoice # 4414380

Dinsmore & Shohl LLP
Client Number – 123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/22/20 | AMS | 0.90 | Prepare for 1/23/2020 oral argument before Board of Review. |
| 01/23/20 | AMS | 0.20 | Attend Board of Review telephonic oral argument. |
| | Total Hours | 1.10 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414386

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 638.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 638.50 |
| **Total Due for Current Professional Services** | **$ 638.50** |

| | |
|---|---|
| Previous Balance Owed | $ 130.28 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414386

Client Number – 123837.108

**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392578 | 01/31/20 | $ 1,302.80 | $ 1,172.52 | $ 130.28 |
| | | Total Previous Outstanding Balance | | $ 130.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

February 27, 2020
Invoice # 4414386

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 638.50 |

Current Amount Due This Invoice               $638.50

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

February 27, 2020
Invoice # 4414386

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | AMS | 0.80 | Prepare for Claimant's deposition. |
| 01/03/20 | AMS | 0.90 | Finish preparing for Claimant's deposition. |
| 01/07/20 | AMS | 0.40 | Attend deposition of Claimant. |
| 01/15/20 | MO | 0.20 | Update chronology to include Claimant's 01-07-20 deposition transcript. |
| 01/15/20 | MO | 0.30 | Review client website for additional medical records. |
| 01/21/20 | AMS | 0.10 | Review evidence filed by Claimant in support of his protest to 11/11/19 Order. |

Total Hours     2.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414383

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,749.00 |
| Attorney Costs | $ 27.90 |
| Current Total Due for Professional Services | $ 1,776.90 |
| **Total Due for Current Professional Services** | **$ 1,776.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 320.43

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414383

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392575 | 01/31/20 | $ 3,204.35 | $ 2,883.92 | $ 320.43 |
| | | Total Previous Outstanding Balance | | $ 320.43 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414383

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.70 | |
| | Partner | | |
| Aimee M Stern | | 4.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.60 | |
| | Paralegal | | |
| Total Hours / Fees | | 6.80 | $ 1,749.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 27.90 | |
| Total Attorney Costs | | $27.90 |
| Current Amount Due This Invoice | | $1,776.90 |

1

February 27, 2020
Invoice # 4414383

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | MO | 0.20 | Update chronology to include 01-02-20 Board of Review Order. |
| 01/06/20 | AMS | 0.10 | Review Board of Review's 1/2/20 Order. |
| 01/06/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 1/2/20 Order. |
| 01/06/20 | WER | 0.10 | Review 1/2/20 Order and related correspondence. |
| 01/06/20 | WER | 0.10 | Review 12/18/19 Order and related correspondence. |
| 01/08/20 | AMS | 0.40 | Identify evidence to file in support of SmartCasualty's 3/16/19 Order. |
| 01/09/20 | AMS | 0.10 | Review SmartCasualty's 4/25/17 Order. |
| 01/09/20 | AMS | 1.00 | Continue identifying evidence to file in support of SmartCasualty's 3/16/19 Order. |
| 01/10/20 | AMS | 0.20 | Finalize evidence to file in support of SmartCasualty's 3/16/19 Order. |
| 01/10/20 | AMS | 2.50 | Draft Closing Argument in support of SmartCasualty's 3/16/19 Order. |
| 01/10/20 | WER | 0.50 | Review and analyze Employer's Evidence and Employer's Closing Argument. |
| 01/13/20 | MO | 0.50 | Update chronology to include 01-10-20 Employer's evidence and closing argument regarding Order dated 03-16-19. |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Update chronology to include Claimant's Withdrawal of Protest to Order dated 03-16-19. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/21/20 | AMS | 0.10 | Review Claimant's Notice of Withdrawal of Protest to 3/16/19 Order. |
| 01/30/20 | MO | 0.20 | Update chronology to include Motion to Lift Stay. |

Total Hours      6.80

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  February 27, 2020
46226 National Road                                                Invoice # 4414376
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 460.50 |
| Attorney Costs | $ 8.40 |
| Current Total Due for Professional Services | $ 468.90 |
| **Total Due for Current Professional Services** | **$ 468.90** |

Previous Balance Owed                                              $ 183.25
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414376

Dinsmore & Shohl LLP
Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392561 | 01/31/20 | $ 1,832.50 | $ 1,649.25 | $ 183.25 |
| | | | Total Previous Outstanding Balance | $ 183.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414376

Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.10 |
| | Partner | |
| Aimee M Stern | | 1.00 |
| | Of Counsel | |
| Mary R. Ontko | | 1.00 |
| | Paralegal | |
| | Total Hours / Fees | 2.10 |

$ 460.50

### Summary of Current Attorney Costs Incurred

Photocopies                           $ 8.40

Total Attorney Costs        $8.40

Current Amount Due This Invoice        $468.90

1

February 27, 2020
Invoice # 4414376

Dinsmore & Shohl LLP
Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | MO | 0.20 | Update chronology to include ALJ Order. |
| 01/06/20 | AMS | 0.10 | Review Office of Judges 1/2/20 Order. |
| 01/06/20 | AMS | 0.10 | Draft correspondence to client regarding Office of Judges 1/2/20 Order. |
| 01/06/20 | WER | 0.10 | Review 1/2/20 Order and related correspondence. |
| 01/10/20 | MO | 0.20 | Update chronology to include Claimant's second request for settlement. |
| 01/10/20 | AMS | 0.10 | Review 1/7/20 correspondence from Claimant's attorney regarding settlement. |
| 01/10/20 | AMS | 0.10 | Draft correspondence to Claimant's attorney regarding settlement. |
| 01/10/20 | AMS | 0.10 | Review Order dated 1/7/20. |
| 01/13/20 | MO | 0.20 | Update chronology to include 01-07-20 acknowledgement of benefits request from physician. |
| 01/24/20 | AMS | 0.30 | Review relevant portions of file for purpose of responding to Claimant's settlement demand. |
| 01/24/20 | AMS | 0.10 | Confer with client regarding settlement demand. |
| 01/28/20 | AMS | 0.10 | Review updated medical records. |
| 01/29/20 | MO | 0.40 | Update chronology to include updated medical records. |

Total Hours     2.10

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414369

Billing Attorney - William E Robinson

Client Number - 123837.121
Matter: Moodie, Sean -- 9/18/2018 --       JCN 2019006525
INJ -- Ohio County Coal Co.
JCN 2019006525 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 14.85 |
| Current Total Due for Professional Services | $ 123.35 |
| **Total Due for Current Professional Services** | **$ 123.35** |

| | |
|---|---:|
| Previous Balance Owed | $ 11.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414369

Dinsmore & Shohl LLP
Client Number – 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392550 | 01/31/20 | $ 110.00 | $ 99.00 | $ 11.00 |
| | | Total Previous Outstanding Balance | | $ 11.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414369

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.85 | |
| Total Attorney Costs | | $14.85 |
| Current Amount Due This Invoice | | $123.35 |

1

February 27, 2020
Invoice # 4414369

Dinsmore & Shohl LLP
Client Number – 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

| | | |
|---|---|---|
| Total Hours | 0.70 | |

2

# Dinsmore

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414367

Billing Attorney - William E Robinson

Client Number - 123837.122
Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ --
Ohio County Coal Co.
JCN 2018023959 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 151.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 151.50 |
| **Total Due for Current Professional Services** | **$ 151.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 49.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414367

Dinsmore & Shohl LLP
Client Number – 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392547 | 01/31/20 | $ 490.00 | $ 441.00 | $ 49.00 |
| | | Total Previous Outstanding Balance | | $ 49.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414367

Dinsmore & Shohl LLP
Client Number – 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.30 |
| | Partner | |
| Total Hours / Fees | | 0.30 | $ 151.50 |

Current Amount Due This Invoice          $151.50

1

Dinsmore & Shohl LLP
Client Number – 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414367

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | WER | 0.30 | Review and analyze Employer's Brief. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.30 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414363

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 709.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 709.00 |
| **Total Due for Current Professional Services** | **$ 709.00** |

| | |
|---|---|
| Previous Balance Owed | $ 30.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414363

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392544 | 01/31/20 | $ 300.00 | $ 270.00 | $ 30.00 |
| | | Total Previous Outstanding Balance | | $ 30.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

February 27, 2020
Invoice # 4414363

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 2.80 | $ 709.00 |
| | | | |
| Current Amount Due This Invoice | | | $709.00 |

1

February 27, 2020
Invoice # 4414363

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | AMS | 0.10 | Review Claimant's Petition for Attorney's Fees. |
| 01/02/20 | AMS | 1.10 | Draft Response to Claimant's Petition for Attorney's Fees. |
| 01/02/20 | WER | 0.20 | Review and analyze Employer's Response to Claimant's Petition for Attorney Fees. |
| 01/06/20 | MO | 0.20 | Update chronology to include Order to Show Cause. |
| 01/06/20 | AMS | 0.10 | Review Office of Judges Order to Show Cause. |
| 01/08/20 | MO | 0.20 | Update chronology to include 01-06-20 Claimant's withdrawal of protest to claim Orders. |
| 01/08/20 | AMS | 0.10 | Review Claimant's Notice of Withdrawal of Protest to Order rejecting claim and Order holding claim compensable. |
| 01/16/20 | MO | 0.20 | Update chronology to include 01-07-20 Acknowledgement of Petition for Attorney Fees and Time Frame Order. |
| 01/24/20 | AMS | 0.10 | Review Order dismissing Claimant's protest to SmartCasualty's 8/2/19 Order. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-07-20 Order Dismissing Protest. |
| 01/27/20 | WER | 0.10 | Review 1/7/20 Order. |
| 01/31/20 | AMS | 0.20 | Identify additional evidence needed to file in response to Claimant's 8/2/29 Petition for Attorney Fees. |

Total Hours        2.80

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414362

Billing Attorney - William E Robinson

Client Number - 123837.124
Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156
INJ -- Marshall County Coal Co.
JCN 2018016156 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 216.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 223.65 |
| **Total Due for Current Professional Services** | **$ 223.65** |

| | |
|---|---|
| Previous Balance Owed | $ 111.60 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414362

Dinsmore & Shohl LLP
Client Number – 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 --- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392541 | 01/31/20 | $ 1,116.00 | $ 1,004.40 | $ 111.60 |
| | | | Total Previous Outstanding Balance | $ 111.60 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414362

Dinsmore & Shohl LLP
Client Number – 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 216.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 7.65 |
| Total Attorney Costs | $7.65 |
| Current Amount Due This Invoice | $223.65 |

1

February 27, 2020
Invoice # 4414362

Dinsmore & Shohl LLP
Client Number – 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | AMS | 0.30 | Review Claimant's brief in response to Employer's Petition for Appeal of Board of Review's 10/21/19 Order. |
| 01/02/20 | MO | 0.20 | Update chronology to include Claimant's 12-10-19 Response to Employer's Petition for Appeal. |
| 01/17/20 | MO | 0.30 | Prepare Motions to Lift Stay in WV Supreme Court of Appeals. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay in WV Supreme Court of Appeals. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

Total Hours    1.20

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414360

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,000.50 |
| Attorney Costs | $ 1.80 |
| Current Total Due for Professional Services | $ 1,002.30 |
| **Total Due for Current Professional Services** | **$ 1,002.30** |

| | |
|---|---|
| Previous Balance Owed | $ 86.48 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414360

Dinsmore & Shohl LLP
Client Number – 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392538 | 01/31/20 | $ 864.85 | $ 778.37 | $ 86.48 |
| | | Total Previous Outstanding Balance | | $ 86.48 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

February 27, 2020
Invoice # 4414360

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 1.40 |
| William E Robinson | Partner | 0.30 |
| Mary R. Ontko | Paralegal | 2.00 |
| Total Hours / Fees | | 3.70 | $ 1,000.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 1.80 |
| Total Attorney Costs | $1.80 |
| Current Amount Due This Invoice | $1,002.30 |

1

February 27, 2020
Invoice # 4414360

Dinsmore & Shohl LLP
Client Number – 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/02/20 | WER | 0.30 | Review and analyze Employer's Closing Argument. |
| 01/06/20 | MO | 0.50 | Update chronology to include Claimant's 01-02-20 evidence and Closing Argument regarding Order dated 07-01-19. |
| 01/06/20 | MO | 0.20 | Telephone conversation with Mr. Pauley regarding Claimant's Closing Argument. |
| 01/06/20 | MO | 0.20 | Consultation with Attorney Liberati regarding conversation with Mr. Pauley. |
| 01/06/20 | MO | 0.20 | Consultation with Attorney Stern regarding telephone conversation with Mr. Pauley. |
| 01/06/20 | MO | 0.40 | Prepare Motion for Final OP Board Hearing and letter to Office of Judges filing same. |
| 01/06/20 | DKL | 0.30 | Review Closing Argument and evidence submitted by claimant, and conference with Ms. Ontko regarding same. |
| 01/07/20 | DKL | 0.30 | Review claimant evidence and conference with A. Stern regarding formal hearing and requiring claimant's presence. |
| 01/09/20 | DKL | 0.60 | Revise amended Motion for Evidentiary Hearing. and consultation with Attorney Stern and Mr. Pauley regarding same. |
| 01/09/20 | MO | 0.20 | Telephone conference with Office of Judges regarding amending Motion for Final OP Board Hearing. |
| 01/09/20 | MO | 0.30 | Review Motion for Final OP Board Hearing. |
| 01/10/20 | DKL | 0.20 | Revise letter to claimant's counsel regarding Motion for Evidentiary Hearing and need for claimant testimony. |

Total Hours   3.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414359

Billing Attorney - William E Robinson

Client Number - 123837.127
Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243
INJ -- Monongalia County Coal Co.
JCN 2018010243 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 7.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414359

Dinsmore & Shohl LLP
Client Number – 123837.127
Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392536 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| | | Total Previous Outstanding Balance | | $ 7.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414359

Dinsmore & Shohl LLP
Client Number – 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

February 27, 2020
Invoice # 4414359

Dinsmore & Shohl LLP
Client Number – 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/14/20 | MO | 0.30 | Check client website for additional medical records. |
| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414356

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,028.50 |
| Attorney Costs | $ 21.00 |
| Current Total Due for Professional Services | $ 2,049.50 |
| **Total Due for Current Professional Services** | **$ 2,049.50** |

| | |
|---|---|
| Previous Balance Owed | $ 91.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414356

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392532 | 01/31/20 | $ 917.00 | $ 825.30 | $ 91.70 |
| | | Total Previous Outstanding Balance | | $ 91.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414356

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 2.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 8.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 10.70 | $ 2,028.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 21.00 |
|---|---|
| Total Attorney Costs | $21.00 |
| Current Amount Due This Invoice | $2,049.50 |

1

February 27, 2020
Invoice # 4414356

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | MO | 0.20 | Update chronology to include Claimant's 12-30-19 Brief to the Board of Review. |
| 01/03/20 | MO | 0.80 | Update chronology to include new medical records. |
| 01/03/20 | MO | 0.60 | Begin to update chronology with new medical records. |
| 01/03/20 | AMS | 0.10 | Review Claimant's Board of Review Brief. |
| 01/06/20 | MO | 5.70 | Review additional medical records and update chronology with the same. |
| 01/06/20 | AMS | 0.10 | Identify additional evidence needed to file in support of 4/2/19 Order. |
| 01/24/20 | AMS | 0.90 | Draft Brief in response to Claimant's Board of Review Brief regarding Administrative Law Judge's 10/28/19 Order. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-27-20 Employer's Reply Brief to Board of Review regarding ALJ Decision dated 10-28-19. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 Notice of Board of Review Telephone Hearing. |
| 01/27/20 | AMS | 1.00 | Finish drafting Board of Review Brief in response to Claimant's Appeal Brief regarding Administrative Law Judge's 10/28/19 Order. |
| 01/27/20 | WER | 0.40 | Review and analyze Employer's Reply Brief to the Board of Review regarding ALJ Decision dated 10-28-19. |
| 01/28/20 | AMS | 0.20 | Review updated medical records. |
| 01/29/20 | MO | 0.30 | Review additional medical records. |

Total Hours    10.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414354

Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 385.00 |
| Attorney Costs | $ 41.61 |
| Current Total Due for Professional Services | $ 426.61 |
| **Total Due for Current Professional Services** | **$ 426.61** |

| | |
|---|---|
| Previous Balance Owed | $ 227.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414354

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392523 | 01/31/20 | $ 2,274.50 | $ 2,047.05 | $ 227.45 |
| | | Total Previous Outstanding Balance | | $ 227.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

February 27, 2020
Invoice # 4414354

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.00 | |
| | Partner | | |
| | Total Hours / Fees | 1.00 | $ 385.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 41.61 | |
| Total Attorney Costs | | $41.61 |
| Current Amount Due This Invoice | | $426.61 |

1

February 27, 2020
Invoice # 4414354

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | DKL | 0.30 | Review pulmonary function test and Board's prior hearing transcripts to prepare for final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 0.50 | Defend claim at Occupational Pneumoconiosis Board Hearing. |
| 01/23/20 | DKL | 0.20 | Memo to Mr. Pauley regarding Occupational Pneumoconiosis Board Hearing. |

Total Hours      1.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414352

Billing Attorney - William E Robinson

Client Number - 123837.132
Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ
-- Marshall County Coal Co.
JCN 2013002855 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,261.00 |
| Attorney Costs | $ 25.65 |
| Current Total Due for Professional Services | $ 1,286.65 |
| **Total Due for Current Professional Services** | **$ 1,286.65** |

| | |
|---|---|
| Previous Balance Owed | $ 4.76 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414352

Dinsmore & Shohl LLP
Client Number – 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409085 | 01/31/20 | $ 47.65 | $ 42.89 | $ 4.76 |

|  |  |  | Total Previous Outstanding Balance | $ 4.76 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414352

Dinsmore & Shohl LLP
Client Number – 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 2.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.90 | |
| | Paralegal | | |
| Total Hours / Fees | | 5.20 | $ 1,261.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 25.65 | |
| Total Attorney Costs | | $25.65 |
| Current Amount Due This Invoice | | $1,286.65 |

1

February 27, 2020
Invoice # 4414352

Dinsmore & Shohl LLP
Client Number – 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/20 | AMS | 0.40 | Identify evidence to file in support of 5/8/19 Order. |
| 01/08/20 | MO | 0.40 | Update chronology to include 01-08-20 Employer's evidence regarding Order dated 05-08-19. |
| 01/08/20 | AMS | 0.50 | Finish identifying evidence to file in support of 5/8/19 Order. |
| 01/08/20 | AMS | 1.40 | Draft Closing Argument in support of 5/8/19 Order. |
| 01/08/20 | WER | 0.40 | Review and analyze Employer's Evidence regarding 5-8-19 Order. |
| 01/10/20 | MO | 0.40 | Update chronology with physician's office notes. |
| 01/17/20 | MO | 0.30 | Prepare Motion to Lift Stay in WV Supreme Court of Appeals for Petition pending before the Court. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/22/20 | MO | 0.20 | Update chronology to include Employer's 01-22-20 closing argument regarding Order dated 05-08-19. |
| 01/22/20 | AMS | 0.40 | Finalize Closing Argument in support of 5/8/19 Order. |
| 01/22/20 | WER | 0.10 | Review and analyze Closing Argument. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-27-20 Order to Show Cause. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |
| 01/30/20 | AMS | 0.10 | Review Office of Judge's 1/27/20 Order to Show Cause regarding Claimant's protest to 5/8/19 Order. |

Total Hours        5.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414351

Billing Attorney - William E Robinson

Client Number - 123837.135
Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL --
Monongalia County Coal Co.
JCN 2019021250 ODHL

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

Previous Balance Owed                                    $ 6.99
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414351

Dinsmore & Shohl LLP
Client Number – 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392519 | 01/31/20 | $ 69.90 | $ 62.91 | $ 6.99 |
|  |  | Total Previous Outstanding Balance |  | $ 6.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414351

Dinsmore & Shohl LLP
Client Number – 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.40 | $ 62.00 |

Current Amount Due This Invoice   $62.00

1

February 27, 2020
Invoice # 4414351

Dinsmore & Shohl LLP
Client Number – 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/21/20 | MO | 0.40 | Update chronology to include 01-16-20 Order Submitting Protest regarding Order dated 06-30-19. |
| | Total Hours | 0.40 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414345
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.136
Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP --
Monongalia County Coal Co.
JCN 2019021913 OP

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 85.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 85.00 |
| **Total Due for Current Professional Services** | **$ 85.00** |

| | |
|---|---|
| Previous Balance Owed | $ 77.19 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314            Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414345

Dinsmore & Shohl LLP
Client Number – 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392515 | 01/31/20 | $ 771.95 | $ 694.76 | $ 77.19 |
| | | Total Previous Outstanding Balance | | $ 77.19 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414345

Dinsmore & Shohl LLP
Client Number – 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.40 | $ 85.00 |

Current Amount Due This Invoice          $85.00

1

Dinsmore & Shohl LLP
Client Number – 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

February 27, 2020
Invoice # 4414345

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/24/20 | DKL | 0.10 | Review Order Submitting Protest. |
| 01/24/20 | MO | 0.30 | Update chronology to include 01-21-20 Order Submitting Protest. |

| | Total Hours | 0.40 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414343

Billing Attorney - William E Robinson

Client Number - 123837.137
Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ --
Harrison County Coal Co.
JCN 2019000919 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

| | |
|---|---|
| Previous Balance Owed | $ 131.25 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414343

Dinsmore & Shohl LLP
Client Number – 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392511 | 01/31/20 | $ 1,302.50 | $ 1,171.25 | $ 131.25 |
| | | Total Previous Outstanding Balance | | $ 131.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

February 27, 2020
Invoice # 4414343

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.40 | $ 62.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $62.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.137

February 27, 2020
Invoice # 4414343

**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | MO | 0.20 | Update chronology to include 01-03-20 Order Submitting Protest. |
| 01/06/20 | MO | 0.20 | Review Evidence Record attached to Order Submitting Protest to ensure all Employer Evidence included. |
| | Total Hours | 0.40 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414340

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 442.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 442.50 |
| **Total Due for Current Professional Services** | **$ 442.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 58.35 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414340

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392507 | 01/31/20 | $ 583.50 | $ 525.15 | $ 58.35 |
| | | Total Previous Outstanding Balance | | $ 58.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

February 27, 2020
Invoice # 4414340

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 442.50 |

Current Amount Due This Invoice          $442.50

1

February 27, 2020
Invoice # 4414340

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | WER | 0.30 | Review and analyze Employer's Brief. |
| 01/16/20 | AMS | 0.10 | Review 1/14/20 Order. |
| 01/16/20 | MO | 0.20 | Update chronology to include 01-14-20 Order. |
| 01/17/20 | AMS | 0.20 | Review Claimant's Brief in response to Employer's Appeal Brief regarding Administrative Law Judge's 10/18/19 Order. |
| 01/21/20 | MO | 0.20 | Update chronology to include Claimant's 01-14-20 Reply Brief to the Board of Review regarding ALJ Decision dated 10-18-19. |
| 01/21/20 | AMS | 0.10 | Review 1/14/20 Order. |
| 01/22/20 | WER | 0.10 | Review Request for Oral Argument. |
| 01/28/20 | AMS | 0.30 | Review updated medical records. |

Total Hours     1.50

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414338

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 155.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 155.00 |
| **Total Due for Current Professional Services** | **$ 155.00** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 156.30 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414338

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392505 | 01/31/20 | $ 1,563.00 | $ 1,406.70 | $ 156.30 |
| | | | Total Previous Outstanding Balance | $ 156.30 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414338

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.00 | |
| Total Hours / Fees | | 1.00 | $ 155.00 |

Current Amount Due This Invoice                    $155.00

1

February 27, 2020
Invoice # 4414338

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/08/20 | MO | 0.20 | Update chronology to include 01-03-20 Order Submitting Protest. |
| 01/08/20 | MO | 0.50 | Review records attached to 01-03-20 Order Submitting Protest to ensure all Employer evidence considered in the record. |
| 01/15/20 | MO | 0.30 | Review client website for additional medical records. |

Total Hours       1.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414332

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 848.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 855.65 |
| **Total Due for Current Professional Services** | **$ 855.65** |

| | |
|---|---|
| Previous Balance Owed | $ 43.40 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414332

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 390.60 | $ 43.40 |
| | | Total Previous Outstanding Balance | | $ 43.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414332

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.60 | $ 848.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $855.65 |

1

February 27, 2020
Invoice # 4414332

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/14/20 | MO | 0.30 | Review client website for new medical records. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/29/20 | AMS | 1.80 | Draft Board of Review Appeal Brief regarding Administrative Law Judge's 11/14/19 Order. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |
| 01/30/20 | AMS | 1.10 | Finish drafting Board of Review Appeal Brief regarding Employer's appeal of Administrative Law Judge's 11/14/19 Order. |

Total Hours    3.60

2

# Dinsm♠re

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414311

Billing Attorney - William E Robinson

Client Number - 123837.144
Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP --
Marshall County Coal Co.
JCN 2013017054 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,548.00 |
| Attorney Costs | $ 41.61 |
| Current Total Due for Professional Services | $ 1,589.61 |
| **Total Due for Current Professional Services** | **$ 1,589.61** |

Previous Balance Owed                                    $ 30.98
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414311

Dinsmore & Shohl LLP
Client Number – 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392475 | 01/31/20 | $ 309.78 | $ 278.80 | $ 30.98 |
| | | Total Previous Outstanding Balance | | $ 30.98 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414311

Dinsmore & Shohl LLP
Client Number – 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 3.90 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.20 | $ 1,548.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 41.61 | |
| Total Attorney Costs | | $41.61 |
| Current Amount Due This Invoice | | $1,589.61 |

1

February 27, 2020
Invoice # 4414311

Dinsmore & Shohl LLP
Client Number – 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | DKL | 0.30 | Review pulmonary function test and initial hearing transcript to prepare for Final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 2.90 | Return travel from Charleston for Final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 0.40 | Defend claim at Final Occupational Pneumoconiosis Board Hearing. |
| 01/23/20 | DKL | 0.20 | Memo to Mr. Pauley regarding Occupational Pneumoconiosis Board Hearing. |
| 01/27/20 | MO | 0.30 | Update chronology to include 01-24-20 Order Submitting Protest. |
| 01/27/20 | DKL | 0.10 | Review Order Submitting Protest with Schedule of Evidence. |

Total Hours      4.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414303
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.145
Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ --
Ohio County Coal Co.
JCN 2016017902 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 8.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414303

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392465 | 01/31/20 | $ 81.00 | $ 72.90 | $ 8.10 |
| | | Total Previous Outstanding Balance | | $ 8.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414303

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 31.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $31.00 |

1

February 27, 2020
Invoice # 4414303

Dinsmore & Shohl LLP
Client Number – 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | MO | 0.20 | Update chronology to include 01-29-20 healthcare facility request. |

Total Hours   0.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   February 27, 2020
46226 National Road                                                 Invoice # 4414295
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 537.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 537.50 |
| **Total Due for Current Professional Services** | **$ 537.50** |

Previous Balance Owed                                               $ 7.50
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414295

Dinsmore & Shohl LLP
Client Number – 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392460 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| | | Total Previous Outstanding Balance | | $ 7.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

February 27, 2020
Invoice # 4414295

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.50 | $ 537.50 |
| | Current Amount Due This Invoice | | $537.50 |

1

February 27, 2020
Invoice # 4414295

Dinsmore & Shohl LLP
Client Number – 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | MO | 0.30 | Update chronology with Claimant's protest to Order dated 11-25-19. |
| 01/13/20 | AMS | 0.10 | Review Claimant's protest to 11/25/19 Order. |
| 01/16/20 | MO | 0.20 | Update chronology to include 01-14-20 Time Frame Order. |
| 01/28/20 | MO | 0.50 | Update chronology to include Claimant's 01-24-20 evidence submissions regarding Order dated 11-25-19. |
| 01/28/20 | AMS | 0.90 | Review evidence filed by Claimant in support of protest to 11/25/19 Order. |
| 01/31/20 | AMS | 0.40 | Identify additional evidence needed to file in support of 11/25/19 Order. |
| 01/31/20 | AMS | 0.10 | Review correspondence from physician. |

Total Hours    2.50

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414288

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 954.00 |
| Attorney Costs | $ 41.85 |
| Current Total Due for Professional Services | $ 995.85 |
| **Total Due for Current Professional Services** | **$ 995.85** |

| | |
|---|---|
| Previous Balance Owed | $ 277.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414288

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392451 | 01/31/20 | $ 2,777.00 | $ 2,499.30 | $ 277.70 |
| | | | Total Previous Outstanding Balance | $ 277.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414288

Client Number – 123837.147

**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 1.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.20 | $ 954.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 41.85 |
| Total Attorney Costs | $41.85 |
| Current Amount Due This Invoice | $995.85 |

1

February 27, 2020
Invoice # 4414288

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | DKL | 0.10 | Review correspondence regarding claimant's request for claim records. |
| 01/06/20 | MO | 0.20 | Update chronology to include Claimant's request for Extension of Time regarding Order dated 10-14-19. |
| 01/06/20 | AMS | 0.10 | Identify additional evidence needed to file in support of Order dated 9/4/19. |
| 01/06/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time regarding Protest to 0/14/19 Order. |
| 01/15/20 | MO | 0.30 | Review client website for additional medical records. |
| 01/15/20 | MO | 0.30 | Update chronology with additional medical records. |
| 01/15/20 | MO | 0.30 | Prepare records request to physician's office for updated records. |
| 01/15/20 | MO | 0.50 | Review new records received from physician's office. |
| 01/15/20 | AMS | 0.40 | Identify evidence to file in support of 10/14/19 Order. |
| 01/16/20 | AMS | 0.70 | Finish identifying evidence to file in support of 10/14/19 Order. |
| 01/16/20 | MO | 0.20 | Telephone call to Office of Judges regarding evidence submission form for filing. |
| 01/16/20 | MO | 0.50 | Update chronology to include Employer's 01-16-20 evidence submission. |
| 01/16/20 | WER | 0.40 | Review and analyze Employer's Evidence regarding 10-14-19 Order. |
| 01/28/20 | AMS | 0.10 | Review updated medical records. |

Total Hours    4.20

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414284
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,380.00 |
| Attorney Costs | $ 23.85 |
| Current Total Due for Professional Services | $ 1,403.85 |
| **Total Due for Current Professional Services** | **$ 1,403.85** |

Previous Balance Owed                                          $ 481.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414284

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392449 | 01/31/20 | $ 4,819.03 | $ 4,337.13 | $ 481.90 |
| | | Total Previous Outstanding Balance | | $ 481.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

February 27, 2020
Invoice # 4414284

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 3.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.00 | $ 1,380.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 23.85 | |
| Total Attorney Costs | | $23.85 |
| Current Amount Due This Invoice | | $1,403.85 |

1

February 27, 2020
Invoice # 4414284

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | WER | 0.10 | Review Request for Oral Argument. |
| 01/03/20 | AMS | 0.30 | Identify additional evidence needed to file in support of 3/16/19 Order. |
| 01/10/20 | MO | 0.20 | Update chronology to include 01-06-20 Time Frame Order. |
| 01/16/20 | MO | 0.20 | Prepare and send new medical authorization to Attorney Stultz for client signature. |
| 01/17/20 | MO | 0.30 | Prepare Motion to Lift Stay. |
| 01/21/20 | MO | 0.20 | Update chronology to include 01-13-20 correspondence to Claimant. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/22/20 | AMS | 0.50 | Prepare for Oral Argument before Board of Review regarding Employer's appeal of Administrative Law Judge's 8/9/19 Order. |
| 01/23/20 | AMS | 0.20 | Attend Board of Review Telephonic Oral Argument regarding Employer's appeal of Administrative Law Judge's 8/9/19 Order. |
| 01/27/20 | MO | 0.20 | Update chronology to include 01-23-20 Notice of Board of Review Telephone Hearing. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Employer's Brief to Board of Review. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |
| 01/30/20 | AMS | 1.10 | Identify evidence to file in support of Order dated 3/16/19. |
| 01/31/20 | MO | 0.40 | Update chronology to include 01-31-20 Employer's evidence regarding Order dated 03-16-19. |
| 01/31/20 | MO | 0.40 | Review Office of Judges Website regarding evidence filed by Claimant's counsel. |
| 01/31/20 | WER | 0.30 | Review and analyze Employer's Evidence. |
| 01/31/20 | AMS | 1.00 | Finalize evidence to file in support of Order dated 3/16/19. |

Total Hours        6.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414278

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 127.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 127.50 |
| **Total Due for Current Professional Services** | **$ 127.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414278

Dinsmore & Shohl LLP
Client Number – 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.50 | $ 127.50 |

Current Amount Due This Invoice $127.50

February 27, 2020
Invoice # 4414278

Dinsmore & Shohl LLP
Client Number – 123837.149
**Matter: Tominack, John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/03/20 | AMS | 0.20 | Identify additional evidence needed to file in support of 2/20/19 Order. |
| 01/31/20 | AMS | 0.30 | Identify evidence to file in support of Order dated 2/20/19. |

| | Total Hours | 0.50 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414177
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.150
Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ --
Ohio County Coal Co.
JCN 2015028184 INJ

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 116.15 |
| **Total Due for Current Professional Services** | **$ 116.15** |

Previous Balance Owed                                       $ 116.64
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414177

Client Number – 123837.150

**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392403 | 01/31/20 | $ 1,166.45 | $ 1,049.81 | $ 116.64 |
| | | | Total Previous Outstanding Balance | $ 116.64 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414177

Dinsmore & Shohl LLP
Client Number – 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.65 | |
| Total Attorney Costs | | $7.65 |
| Current Amount Due This Invoice | | $116.15 |

1

February 27, 2020
Invoice # 4414177

Dinsmore & Shohl LLP
Client Number – 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | MO | 0.30 | Prepare Motion to Lift Stay. |
| 01/21/20 | MO | 0.20 | Finalize Employer's Motion to Lift Stay. |
| 01/30/20 | MO | 0.20 | Update chronology to include 01-30-20 Motion to Lift Stay. |

| | | |
|---|---|---|
| Total Hours | 0.70 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414276

Billing Attorney - William E Robinson

Client Number - 123837.156
Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 -
Harrison County Coal Co.
2B2HS-2018176

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414276

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

February 27, 2020
Invoice # 4414276

Dinsmore & Shohl LLP
Client Number – 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | DKL | 0.10 | Review employer's Response to Notice of Claim. |
| Total Hours | | 0.10 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                   February 27, 2020
46226 National Road                                                 Invoice # 4414310
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 924.00 |
| Attorney Costs | $ 12.60 |
| Current Total Due for Professional Services | $ 936.60 |
| **Total Due for Current Professional Services** | **$ 936.60** |

Previous Balance Owed                                               $ 87.46
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414310

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 787.14 | $ 87.46 |
| | | Total Previous Outstanding Balance | | $ 87.46 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414310

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.40 | |
| | Total Hours / Fees | 2.40 | $ 924.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 12.60 | |
| Total Attorney Costs | | $12.60 |
| Current Amount Due This Invoice | | $936.60 |

1

February 27, 2020
Invoice # 4414310

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | DKL | 0.20 | Telephone call with Mr. Long regarding additional evidence submission. |
| 01/13/20 | DKL | 0.40 | Review claimant's evidence submission in light of current evidence. |
| 01/16/20 | DKL | 0.10 | Review letter from Director regarding attendance at hearing and exhibits. |
| 01/21/20 | DKL | 0.30 | Review medical evidence and pre-trial memo; prepare for Administrative Law Judge Hearing. |
| 01/27/20 | DKL | 0.40 | Review pre-trial memo and medical evidence in preparation for Administrative Law Judges Hearing. |
| 01/28/20 | DKL | 1.00 | Defend claim at Administrative Law Judges Hearing. |

Total Hours    2.40



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                              February 27, 2020
46226 National Road                                                            Invoice # 4414388
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.186
Matter: Lemmons, Ralph - JCN No. 2016002123 OP - DOI
06/30/11 - Marshall County Coal Company
JCN 2016002123 OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 508.50 |
| Attorney Costs | $ 41.61 |
| Current Total Due for Professional Services | $ 550.11 |
| **Total Due for Current Professional Services** | **$ 550.11** |

| | |
|---|---|
| Previous Balance Owed | $ 36.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414388

Dinsmore & Shohl LLP
Client Number – 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392579 | 01/31/20 | $ 364.50 | $ 328.05 | $ 36.45 |
| | | Total Previous Outstanding Balance | | $ 36.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.186

February 27, 2020
Invoice # 4414388

**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 1.50 | $ 508.50 |

### Summary of Current Attorney Costs Incurred

| Travel Mileage | $ 41.61 |
|---|---|
| Total Attorney Costs | $41.61 |
| Current Amount Due This Invoice | $550.11 |

1

February 27, 2020
Invoice # 4414388

Dinsmore & Shohl LLP
Client Number – 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP - DOI 06/30/11 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | DKL | 0.50 | Review and analyze new evidence from claimant; prepare for Final Occupational Pneumoconiosis Board Hearing. |
| 01/22/20 | DKL | 0.40 | Defend claim at Occupational Pneumoconiosis Board Hearing. |
| 01/23/20 | DKL | 0.20 | Memo to Mr. Pauley regarding Occupational Pneumoconiosis Board Hearing. |
| 01/29/20 | MO | 0.30 | Update chronology to include Order Submitting Protest. |
| 01/29/20 | DKL | 0.10 | Review Order from Administrative Law Judge submitting protest with evidence record. |

Total Hours     1.50



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          February 27, 2020
46226 National Road                                                        Invoice # 4414180
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 770.50 |
| Attorney Costs | $ 278.60 |
| Current Total Due for Professional Services | $ 1,049.10 |
| **Total Due for Current Professional Services** | **$ 1,049.10** |

| | |
|---|---:|
| Previous Balance Owed | $ 159.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314           Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414180

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392420 | 01/31/20 | $ 1,597.00 | $ 1,437.30 | $ 159.70 |
| | | | Total Previous Outstanding Balance | $ 159.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414180

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.30 | $ 770.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.60 | |
| Expert Fees | $ 275.00 | |
| | Total Attorney Costs | $278.60 |
| | Current Amount Due This Invoice | $1,049.10 |

1

February 27, 2020
Invoice # 4414180

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/06/20 | DKL | 0.40 | Begin work on draft of post-hearing brief. |
| 01/08/20 | MO | 0.50 | Review claim file and pleadings, prepare list of all evidence submitted by both parties for 12-02-19 hearing. |
| 01/08/20 | DKL | 0.10 | Review CT scan report from physician. |
| 01/09/20 | DKL | 0.90 | Review and analyze CT reading from physician in light of all evidence - memo to B. Vinskovich. |
| 01/13/20 | DKL | 0.20 | Emails with W. Robinson and K. Lewis regarding payment of expert invoices. |
| 01/13/20 | DKL | 0.10 | Letter to Attorney Long with CT scan reading. |
| 01/14/20 | DKL | 0.10 | Letter to Attorney Long regarding CT scan evidence. |

Total Hours    2.30

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414184
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.197
Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 -
Marshall County Coal Co.
BXGGB-2018285

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.30 |
| Current Total Due for Professional Services | $ 200.80 |
| **Total Due for Current Professional Services** | **$ 200.80** |

Previous Balance Owed                                                $ 95.95
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414184

Dinsmore & Shohl LLP
Client Number – 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392424 | 01/31/20 | $ 959.50 | $ 863.55 | $ 95.95 |
| | | Total Previous Outstanding Balance | | $ 95.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414184

Dinsmore & Shohl LLP
Client Number – 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 200.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 0.30 |
| Total Attorney Costs | $0.30 |
| Current Amount Due This Invoice | $200.80 |

1

Dinsmore & Shohl LLP
Client Number – 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414184

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | DKL | 0.10 | Review correspondence regarding Initial Determination. |
| 01/17/20 | DKL | 0.10 | Review Proposed Decision and Order. |
| 01/27/20 | MO | 0.30 | Prepare request for ALJ hearing. |
| 01/28/20 | DKL | 0.10 | File Appeal to Proposed Decision and Order requesting Administrative Law Judge Hearing. |
| 01/29/20 | DKL | 0.10 | Review request for Administrative Law Judge Hearing. |

Total Hours    0.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414187
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.198
Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 -
Harrison County Coal Co.
2019-BLA-05308

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 22.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414187

Dinsmore & Shohl LLP
Client Number – 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392427 | 01/31/20 | $ 221.00 | $ 198.90 | $ 22.10 |
| | | | Total Previous Outstanding Balance | $ 22.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414187

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |
| | Current Amount Due This Invoice | | $38.50 |

1

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414187

Client Number – 123837.198

**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | DKL | 0.10 | Review application for payment of expenses for experts. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414189

Billing Attorney - William E Robinson

Client Number - 123837.200
Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 -
Monongalia County Coal Co.
2018-BLA-05326

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 208.50 |
| Attorney Costs | $ 12.15 |
| Current Total Due for Professional Services | $ 220.65 |
| **Total Due for Current Professional Services** | **$ 220.65** |

| | |
|---|---|
| Previous Balance Owed | $ 21.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414189

Dinsmore & Shohl LLP
Client Number – 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392431 | 01/31/20 | $ 214.50 | $ 193.05 | $ 21.45 |
| | | Total Previous Outstanding Balance | | $ 21.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

February 27, 2020
Invoice # 4414189

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.90 | $ 208.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 12.15 | |
| Total Attorney Costs | | $12.15 |
| Current Amount Due This Invoice | | $220.65 |

1

Dinsmore & Shohl LLP
Client Number – 123837.200

February 27, 2020
Invoice # 4414189

**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/24/20 | DKL | 0.10 | Review Order for Reimbursement from Department of Labor. |
| 01/27/20 | MO | 0.30 | Prepare letter to client regarding benefits and reimbursement from DOL. |
| 01/28/20 | DKL | 0.10 | Letter to B. Vinskovich regarding reimbursement. |
| 01/28/20 | MO | 0.30 | Prepare letter to Attorney Himmel regarding documents received from Department of Labor. |
| 01/29/20 | DKL | 0.10 | Letter to AIG counsel regarding payment. |

Total Hours     0.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414193

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,244.50 |
| Attorney Costs | $ 46.50 |
| Current Total Due for Professional Services | $ 3,291.00 |
| **Total Due for Current Professional Services** | **$ 3,291.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 93.71

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

February 27, 2020
Invoice # 4414193

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392437 | 01/31/20 | $ 937.10 | $ 843.39 | $ 93.71 |
| | | Total Previous Outstanding Balance | | $ 93.71 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

February 27, 2020
Invoice # 4414193

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 10.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 12.90 | $ 3,244.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 46.50 | |
| Total Attorney Costs | | $46.50 |
| Current Amount Due This Invoice | | $3,291.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

February 27, 2020
Invoice # 4414193

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | AMS | 0.40 | Finalize Initial Litigation Evaluation. |
| 01/06/20 | AMS | 0.60 | Begin preparing for Claimant's deposition. |
| 01/07/20 | AMS | 1.00 | Identify medical records to send to physician for file review. |
| 01/07/20 | AMS | 0.60 | Draft correspondence to physician regarding file review. |
| 01/09/20 | MO | 0.60 | Review physician report to update chronology. |
| 01/09/20 | AMS | 0.40 | Finish preparing for Claimant's deposition. |
| 01/09/20 | AMS | 0.30 | Finalize Initial Litigation Evaluation. |
| 01/09/20 | WER | 0.20 | Review and analyze Initial Case Evaluation. |
| 01/10/20 | AMS | 0.50 | Attend telephonic deposition of Claimant. |
| 01/10/20 | AMS | 0.20 | Review Physician Report. |
| 01/13/20 | AMS | 0.50 | Finalize evidence to file in support of Order rejecting claim. |
| 01/13/20 | AMS | 1.00 | Draft Closing Argument in support of Order rejecting claim. |
| 01/15/20 | AMS | 0.50 | Revise Closing Argument in support of Order rejecting claim. |
| 01/16/20 | AMS | 0.40 | Finalize Closing Argument in support of Order rejecting claim. |
| 01/16/20 | AMS | 1.00 | Prepare for expedited hearing regarding Claimant's protest to Order rejecting claim. |
| 01/16/20 | MO | 0.50 | Update chronology to include Employer's Closing Argument and Evidence regarding Order rejecting claim. |
| 01/17/20 | WER | 0.30 | Review and analyze Employer's Evidence and Employer's Closing Argument regarding Order rejecting claim. |
| 01/17/20 | AMS | 3.30 | Attend expedited hearing in Fairmont, WV regarding Claimant's protest to Order closing claim. |
| 01/21/20 | MO | 0.20 | Update chronology to include deposition transcript of Claimant. |
| 01/21/20 | MO | 0.40 | Update chronology to include Claimant's Evidence and Closing Argument. |

Total Hours    12.90

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4451472

Billing Attorney - William E Robinson

Client Number - 123837.204
Matter: WC Claim No. 2019007970: Joseph Morris - DOI:
10/08/18 - Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,463.50 |
| Attorney Costs | $ 40.05 |
| Current Total Due for Professional Services | $ 2,503.55 |
| **Total Due for Current Professional Services** | **$ 2,503.55** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 158.18

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4451472

Dinsmore & Shohl LLP
Client Number – 123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392441 | 01/31/20 | $ 1,581.85 | $ 1,423.67 | $ 158.18 |
| | | Total Previous Outstanding Balance | | $ 158.18 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4451472

Dinsmore & Shohl LLP
Client Number – 123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 8.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 9.70 | $ 2,463.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 40.05 | |
| | Total Attorney Costs | $40.05 |
| | Current Amount Due This Invoice | $2,503.55 |

1

February 27, 2020
Invoice # 4451472

Dinsmore & Shohl LLP
Client Number – 123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/20 | MO | 0.40 | Review claim file and organize pleadings. |
| 01/07/20 | AMS | 0.80 | Review file received from client. |
| 01/07/20 | AMS | 0.60 | Draft Initial Litigation Evaluation. |
| 01/09/20 | AMS | 1.00 | Finish drafting Initial Litigation Evaluation. |
| 01/14/20 | AMS | 0.50 | Continue identifying evidence to file in support of Order closing claim. |
| 01/14/20 | AMS | 1.00 | Draft Closing Argument in support of Order closing claim. |
| 01/16/20 | AMS | 0.60 | Finalize Closing Argument in support of Order closing claim. |
| 01/16/20 | AMS | 0.40 | Prepare for Expedited hearing regarding Claimant's protest to Order closing claim. |
| 01/16/20 | MO | 0.50 | Update chronology to include Employer's Closing Argument and Evidence regarding Order closing claim. |
| 01/17/20 | WER | 0.40 | Review and analyze Employer's Evidence and Employer's Closing Argument regarding Order closing claim. |
| 01/17/20 | AMS | 3.30 | Attend expedited hearing in Fairmont, WV regarding Claimant's protest to Order rejecting claim. |
| 01/30/20 | MO | 0.20 | Update chronology to include Order Submitting Protest. |

Total Hours     9.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414201

Billing Attorney - William E Robinson

Client Number - 123837.205
Matter: WC Claim No. 2019022877-OP: David E. Giles DOI:
01/22/17 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 341.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 341.00 |
| **Total Due for Current Professional Services** | **$ 341.00** |

| | |
|---|---|
| Previous Balance Owed | $ 23.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414201

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392443 | 01/31/20 | $ 235.50 | $ 211.95 | $ 23.55 |
| | | Total Previous Outstanding Balance | | $ 23.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414201

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 2.20 | $ 341.00 |
| | Current Amount Due This Invoice | | $341.00 |

1

Dinsmore & Shohl LLP
Client Number – 123837.205

February 27, 2020
Invoice # 4414201

**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/20 | MO | 1.80 | Prepare chronology from claim file documents. |
| 01/07/20 | MO | 0.40 | Review claim file and organize pleadings. |

| | Total Hours | 2.20 |
|--|-------------|------|

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414240
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.206
Matter: Jeskey, Raymond - DOI: 03/01/2014 -
2017-BLA-05828 - Marshall County Coal Co.
2017-BLA-05828

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 423.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 423.50 |
| **Total Due for Current Professional Services** | **$ 423.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.206

February 27, 2020
Invoice # 4414240

**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| | Total Hours / Fees | 1.10 | $ 423.50 |
| | Current Amount Due This Invoice | | $423.50 |

Dinsmore & Shohl LLP
Client Number – 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414240

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.10 | Review correspondence regarding payment of amounts owed. |
| 01/07/20 | DKL | 0.50 | Conference with M. Ontko regarding payment issue; review check and letter from Mr. Seer; emails with E. Dean regarding same. |
| 01/07/20 | DKL | 0.20 | Draft letter to Mr. Seer regarding payment issues. |
| 01/08/20 | DKL | 0.30 | Revise letter to claimant's counsel; emails with E. Dean and B. Vinskovich. |

Total Hours    1.10

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414252

Billing Attorney - William E Robinson

Client Number - 123837.209
Matter: Gary Kota: WC Claim No. 2020002459-OP DOI:
01/01/2017 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 648.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 648.50 |
| **Total Due for Current Professional Services** | **$ 648.50** |

| | |
|---|---|
| Previous Balance Owed | $ 3.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414252

Dinsmore & Shohl LLP
Client Number – 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409080 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | Total Previous Outstanding Balance | | $ 3.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.209

February 27, 2020
Invoice # 4414252

**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.00 | |
| | Partner | | |
| Mary R. Ontko | | 1.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 648.50 |
| | Current Amount Due This Invoice | | $648.50 |

1

February 27, 2020
Invoice # 4414252

Dinsmore & Shohl LLP
Client Number – 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/07/20 | MO | 1.40 | Prepare chronology from claim file documents. |
| 01/08/20 | DKL | 0.20 | Review medical chronology. |
| 01/08/20 | DKL | 0.80 | Initial review of file from client; analyze medical evidence regarding defense of claim. |
| 01/09/20 | MO | 0.30 | Prepare medical authorization and provider list for client signature. |

Total Hours    2.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                February 27, 2020
46226 National Road                                              Invoice # 4414254
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,551.50 |
| Attorney Costs | $ 20.10 |
| Current Total Due for Professional Services | $ 3,571.60 |
| **Total Due for Current Professional Services** | **$ 3,571.60** |

Previous Balance Owed                                                $ 3.05
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.210

February 27, 2020
Invoice # 4414254

**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 27.45 | $ 3.05 |
| | | Total Previous Outstanding Balance | | $ 3.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.210

February 27, 2020
Invoice # 4414254

**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 18.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 21.30 | $ 3,551.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 20.10 | |
| Total Attorney Costs | | $20.10 |
| Current Amount Due This Invoice | | $3,571.60 |

1

February 27, 2020
Invoice # 4414254

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | MO | 7.70 | Review claim file documents and prepare chronology. |
| 01/07/20 | MO | 0.40 | Review Office of Judges website for Order Granting Late Filing of Protest by Claimant and Time Frame Order. |
| 01/07/20 | MO | 0.40 | Update chronology with Order Granting Late Filing of Protest and Time Frame Order. |
| 01/08/20 | MO | 0.20 | Update chronology to include employer decision. |
| 01/09/20 | AMS | 0.10 | Review Order dated 1/3/2020. |
| 01/14/20 | MO | 0.40 | Review client website for additional medical records. |
| 01/14/20 | MO | 0.40 | Update chronology with new records from client website. |
| 01/23/20 | MO | 0.20 | Email to client requesting additional medical records. |
| 01/23/20 | MO | 0.20 | Phone call requesting additional medical records. |
| 01/23/20 | MO | 0.90 | Prepare medical records requests to healthcare facilities. |
| 01/23/20 | MO | 0.20 | Update chronology to include correspondence regarding temporary total disability benefits. |
| 01/23/20 | MO | 0.20 | Update chronology to include employer decision. |
| 01/23/20 | MO | 0.20 | Update chronology to include employer decision. |
| 01/23/20 | MO | 0.50 | Review client website for additional medical records. |
| 01/23/20 | MO | 0.60 | Update chronology to include additional medical records from client website. |
| 01/23/20 | MO | 1.60 | Initial review and update chronology to include new records from healthcare facilities. |
| 01/23/20 | AMS | 0.80 | Review file received from client. |
| 01/23/20 | AMS | 0.60 | Draft Initial Litigation Evaluation. |
| 01/23/20 | AMS | 0.10 | Review updated medical records. |
| 01/24/20 | MO | 1.80 | Complete updating chronology with new medical records. |
| 01/27/20 | MO | 0.50 | Review new medical records received and update chronology. |
| 01/28/20 | MO | 2.40 | Update chronology to include new medical records. |
| 01/28/20 | AMS | 0.10 | Review updated medical records. |
| 01/31/20 | AMS | 0.80 | Continue drafting Initial Litigation Evaluation. |

Total Hours    21.30



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414247
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.211
Matter: Richard W. McDowell: WC 2020001969-OP DOI:
12/07/2014 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 672.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 672.00 |
| **Total Due for Current Professional Services** | **$ 672.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.211

February 27, 2020
Invoice # 4414247

**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.90 | |
| Mary R. Ontko | Paralegal | 2.10 | |
| Total Hours / Fees | | 3.00 | $ 672.00 |
| Current Amount Due This Invoice | | | $672.00 |

February 27, 2020
Invoice # 4414247

Dinsmore & Shohl LLP
Client Number – 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | DKL | 0.10 | Review, sign and file Notice of Appearance. |
| 01/06/20 | DKL | 0.80 | Initial review of claim file. |
| 01/06/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 01/08/20 | MO | 1.40 | Review claim file documents and prepare chronology. |
| 01/09/20 | MO | 0.30 | Prepare medical authorization and provider list for client signature. |

Total Hours    3.00

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        February 27, 2020
46226 National Road                                                        Invoice # 4414204
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.214
Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368
- Ohio County Coal Co.
2018008368

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 25.50 |
| **Total Due for Current Professional Services** | **$ 25.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314      Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414204

Dinsmore & Shohl LLP
Client Number – 123837.214
**Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368 - Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

Current Amount Due This Invoice                $25.50

Dinsmore & Shohl LLP
Client Number – 123837.214

**Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368 - Ohio County Coal Co.**

February 27, 2020
Invoice # 4414204

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | AMS | 0.10 | Review Order dated 1/8/2020. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414208

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 256.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 256.00 |
| **Total Due for Current Professional Services** | **$ 256.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 95.15

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314         Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414208

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409082 | 01/31/20 | $ 951.50 | $ 856.35 | $ 95.15 |
| | | Total Previous Outstanding Balance | | $ 95.15 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414208

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 256.00 |
| | Current Amount Due This Invoice | | $256.00 |

1

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414208

Client Number – 123837.216

**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/24/20 | AMS | 0.70 | Review file received from client. |
| 01/24/20 | MO | 0.20 | Email client requesting additional medical records. |
| 01/24/20 | MO | 0.30 | Email to client regarding medical authorizations. |

| | | |
|---|---|---|
| Total Hours | 1.20 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414211

Billing Attorney - William E Robinson

Client Number - 123837.217
Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437
- Marshall County Coal Co.
2019010437

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 133.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 133.00 |
| **Total Due for Current Professional Services** | **$ 133.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414211

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 133.00 |

Current Amount Due This Invoice          $133.00

Dinsmore & Shohl LLP
Client Number – 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414211

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | AMS | 0.20 | Review Office of Judges Order to Show Cause. |
| 01/15/20 | MO | 0.20 | Update chronology to include Claimant's Response to Office of Judges Motion to Show Cause. |
| 01/15/20 | AMS | 0.20 | Review Claimant's Response to Motion to Show Cause and Motion for Extension of Time Frame. |

| | | |
|---|---|---|
| Total Hours | 0.60 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        February 27, 2020
46226 National Road                                                      Invoice # 4414262
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.219
Matter: Henry, Robert: WC Claim No. 2019020260 DOI:
03/22/2019 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,018.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,018.00 |
| **Total Due for Current Professional Services** | **$ 1,018.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414262

Dinsmore & Shohl LLP
Client Number – 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.60 | $ 1,018.00 |
| | Current Amount Due This Invoice | | $1,018.00 |

February 27, 2020
Invoice # 4414262

Dinsmore & Shohl LLP
Client Number – 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/29/20 | AMS | 0.50 | Initial review of file received from client. |
| 01/30/20 | MO | 0.20 | Phone call to physician's office to schedule updated independent medical examination. |
| 01/30/20 | AMS | 1.00 | Finish reviewing file received from client. |
| 01/31/20 | MO | 3.90 | Prepare chronology of claim file. |

Total Hours    5.60

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414216

Billing Attorney - William E Robinson

Client Number - 123837.220
Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP -
Marshall County Coal Co.
2016019730-OP

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 209.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 209.00 |
| **Total Due for Current Professional Services** | **$ 209.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.220
**Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP - Marshall County Coal Co.**

February 27, 2020
Invoice # 4414216

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.20 | $ 209.00 |

Current Amount Due This Invoice                $209.00

February 27, 2020
Invoice # 4414216

Dinsmore & Shohl LLP
Client Number – 123837.220
**Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/23/20 | DKL | 0.10 | Review of non-medical order approving re-opening. |
| 01/23/20 | MO | 0.20 | Update chronology to include employer decision. |
| 01/23/20 | MO | 0.20 | Update chronology to include reopening application. |
| 01/23/20 | MO | 0.40 | Update chronology to include medical tests. |
| 01/23/20 | MO | 0.30 | Prepare and send medical authorization to Attorney Stultz. |

Total Hours    1.20

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          February 27, 2020
46226 National Road                                                        Invoice # 4414265
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.221
Matter: Pelkowski, Richard - DOI: 01/10/2005 -
2BXPM-2018058 - Marshall County Coal Co.
2BXPM-2018058

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 618.50 |
| Attorney Costs | $ 2.40 |
| Current Total Due for Professional Services | $ 620.90 |
| **Total Due for Current Professional Services** | **$ 620.90** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.221

February 27, 2020
Invoice # 4414265

**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 0.60 |
| Mary R. Ontko | Paralegal | 2.50 |
| Total Hours / Fees | | 3.10 |

$ 618.50

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 2.40 |
| Total Attorney Costs | $2.40 |

| | |
|---|---|
| Current Amount Due This Invoice | $620.90 |

February 27, 2020
Invoice # 4414265

Dinsmore & Shohl LLP
Client Number – 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/23/20 | MO | 0.30 | Prepare request for formal ALJ Hearing. |
| 01/23/20 | MO | 0.30 | Prepare request to Claims Examiner to have chest X-ray sent to expert for review. |
| 01/27/20 | DKL | 0.20 | Review Proposed Decision and Order; analyze evidence development. |
| 01/28/20 | DKL | 0.10 | File Appeal to Proposed Decision and Order requesting Administrative Law Judges Hearing. |
| 01/29/20 | MO | 0.80 | Review claim file for documents to send to expert for review. |
| 01/29/20 | MO | 0.80 | Prepare letter to expert outlining claim and providing documents for review. |
| 01/29/20 | MO | 0.30 | Follow up on medical records requests. |
| 01/29/20 | DKL | 0.30 | Review and analyze evidence to send to expert. |

Total Hours     3.10

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414270

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 601.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 601.00 |
| **Total Due for Current Professional Services** | **$ 601.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414270

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.80 | $ 601.00 |
| | Current Amount Due This Invoice | | $601.00 |

February 27, 2020
Invoice # 4414270

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/23/20 | MO | 0.40 | Prepare Notice of Appearance to Office of Judges and letter filing same. |
| 01/24/20 | DKL | 0.10 | Review, sign and file Notice of Appearance. |
| 01/24/20 | DKL | 0.70 | Initial review of file from client. |
| 01/24/20 | DKL | 0.60 | Initial research; outline and analyze need for evidence regarding Time Frame. |

Total Hours     1.80

Black Lung Bills

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414274

Billing Attorney - William E Robinson

Client Number - 123837.155
Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 -
Harrison County Coal Co.
2018-BLA-06272

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 18.55 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414274

Dinsmore & Shohl LLP
Client Number – 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409083 | 01/31/20 | $ 185.50 | $ 166.95 | $ 18.55 |
| | | Total Previous Outstanding Balance | | $ 18.55 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414274

Dinsmore & Shohl LLP
Client Number – 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Total Hours / Fees | | 0.10 | $ 38.50 |

Current Amount Due This Invoice           $38.50

1

February 27, 2020
Invoice # 4414274

Dinsmore & Shohl LLP
Client Number – 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/24/20 | DKL | 0.10 | Review Order for Reimbursement from Department of Labor. |
| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414301

Billing Attorney - William E Robinson

Client Number - 123837.159
Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 -
Marion County Coal Co.
2019-BLA-05865

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,027.50 |
| Attorney Costs | $ 26.85 |
| Current Total Due for Professional Services | $ 1,054.35 |
| **Total Due for Current Professional Services** | **$ 1,054.35** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 330.14 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414301

Client Number – 123837.159

**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392463 | 01/31/20 | $ 3,301.40 | $ 2,971.26 | $ 330.14 |
| | | Total Previous Outstanding Balance | | $ 330.14 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

February 27, 2020
Invoice # 4414301

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.30 | |
| | Partner | | |
| Mary R. Ontko | | 3.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.70 | $ 1,027.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 26.85 | |
| Total Attorney Costs | | $26.85 |
| Current Amount Due This Invoice | | $1,054.35 |

1

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

February 27, 2020
Invoice # 4414301

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DKL | 0.10 | Review Order Denying Motion to Remand. |
| 01/13/20 | MO | 0.80 | Review claim file and director's exhibits for documents to send to physician for review. |
| 01/13/20 | MO | 1.20 | Continue review of claim file and director's exhibits for medical documents to send to physician for review. |
| 01/13/20 | MO | 1.40 | Review documents from claim file and director's exhibits in preparation of letter to physician. |
| 01/14/20 | DKL | 0.60 | Review, analyze and select medical records to send to expert requesting expert opinion. |
| 01/30/20 | DKL | 0.10 | Conference with Ms. Ontko regarding expert review of medical records. |
| 01/30/20 | DKL | 0.50 | Review and analyze Administrative Law Judges Opinion in light of expert evidence. |

Total Hours    4.70

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  February 27, 2020
46226 National Road                                                Invoice # 4414315
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 85.00 |
| Attorney Costs | $ 0.45 |
| Current Total Due for Professional Services | $ 85.45 |
| **Total Due for Current Professional Services** | **$ 85.45** |

Previous Balance Owed                                               $ 96.30
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414315

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392479 | 01/31/20 | $ 963.00 | $ 866.70 | $ 96.30 |
| | | Total Previous Outstanding Balance | | $ 96.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414315

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.40 | $ 85.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 0.45 |
|---|---|
| Total Attorney Costs | $0.45 |
| Current Amount Due This Invoice | $85.45 |

1

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414315

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/13/20 | DKL | 0.10 | Review medical authorization. |
| 01/14/20 | MO | 0.30 | Prepare letter to Attorney Wolfe regarding certificate of appointment for executrix. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.40 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                           February 27, 2020
46226 National Road                                         Invoice # 4414334
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.163
Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 -
Monongalia County Coal Co.
BG6CF-2019025

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 252.50 |
| Attorney Costs | $ 66.15 |
| Current Total Due for Professional Services | $ 318.65 |
| **Total Due for Current Professional Services** | **$ 318.65** |

| | |
|---|---:|
| Previous Balance Owed | $ 549.47 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414334

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392500 | 01/31/20 | $ 5,494.72 | $ 4,945.25 | $ 549.47 |
| | | Total Previous Outstanding Balance | | $ 549.47 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

February 27, 2020
Invoice # 4414334

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 252.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 66.15 |
| | Total Attorney Costs | $66.15 |
| | Current Amount Due This Invoice | $318.65 |

1

February 27, 2020
Invoice # 4414334

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/17/20 | WER | 0.50 | Review and analyze Employer's initial evidence submission. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414341

Billing Attorney - William E Robinson

Client Number - 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 -
Harrison County Coal Co.
2019-BLA-05778

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,509.50 |
| Attorney Costs | $ 14.55 |
| Current Total Due for Professional Services | $ 1,524.05 |
| **Total Due for Current Professional Services** | **$ 1,524.05** |

| | |
|---|---:|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 110.85 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414341

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392509 | 01/31/20 | $ 1,108.50 | $ 997.65 | $ 110.85 |
| | | | Total Previous Outstanding Balance | $ 110.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

February 27, 2020
Invoice # 4414341

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 3.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.10 | $ 1,509.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.55 | |
| Total Attorney Costs | | $14.55 |
| Current Amount Due This Invoice | | $1,524.05 |

1

Dinsmore & Shohl LLP                                                 February 27, 2020
Client Number – 123837.168                                          Invoice # 4414341
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/15/20 | DKL | 0.20 | Revisions to post-hearing brief. |
| 01/17/20 | DKL | 0.50 | Continue draft of post-hearing brief. |
| 01/21/20 | DKL | 0.90 | Continue draft of post-hearing brief. |
| 01/23/20 | DKL | 0.80 | Continue draft of post-hearing brief. |
| 01/27/20 | DKL | 0.30 | Revisions to post-hearing brief. |
| 01/27/20 | DKL | 0.30 | Review hearing transcript. |
| 01/29/20 | MO | 0.30 | Prepare letter to Judge Swank filing post-hearing brief. |
| 01/29/20 | DKL | 0.30 | Continue draft of post-hearing brief. |
| 01/30/20 | DKL | 0.50 | Complete post-hearing brief. |

Total Hours       4.10

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414318

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 901.50 |
| Attorney Costs | $ 15.90 |
| Current Total Due for Professional Services | $ 917.40 |
| **Total Due for Current Professional Services** | **$ 917.40** |

| | |
|---|---:|
| Previous Balance Owed | $ 93.44 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414318

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392484 | 01/31/20 | $ 934.40 | $ 840.96 | $ 93.44 |
| | | Total Previous Outstanding Balance | | $ 93.44 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

February 27, 2020
Invoice # 4414318

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 2.70 | $ 901.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 15.90 | |
| Total Attorney Costs | | $15.90 |
| Current Amount Due This Invoice | | $917.40 |

1

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

February 27, 2020
Invoice # 4414318

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | DKL | 0.25 0.10 | Review claimant's evidence summary form. |
| 01/10/20 | DKL | 0.20 | Review supplemental evidentiary submission with Pharmacy records and treatment records. |
| 01/15/20 | MO | 0.40 | Organize file for upcoming black lung hearing. |
| 01/16/20 | DKL | 0.10 | Review correspondence from DOL re attendance at hearing and exhibits. |
| 01/21/20 | DKL | 0.30 | Review medical evidence and pre-trial memo in preparation for hearing before Administrative Law Judge. |
| 01/27/20 | DKL | 1.40 | Defend Federal Black Lung Claim in combined hearing before Administrative Law Judge. |
| 01/31/20 | MO | 0.20 | Locate Director's exhibits for Attorney Liberati to use in preparing post-hearing brief. |

Total Hours     2.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                       February 27, 2020
46226 National Road                                                     Invoice # 4414323
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.175
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio
County Coal Company
2020-BLA-05050

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 341.00 |
| Attorney Costs | $ 18.75 |
| Current Total Due for Professional Services | $ 359.75 |
| **Total Due for Current Professional Services** | **$ 359.75** |

| | |
|---|---:|
| Previous Balance Owed | $ 69.39 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414323

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392489 | 01/31/20 | $ 693.90 | $ 624.51 | $ 69.39 |
| | | Total Previous Outstanding Balance | | $ 69.39 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414323

Client Number – 123837.175

**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 2.20 | $ 341.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 18.75 | |
| Total Attorney Costs | $18.75 | |
| Current Amount Due This Invoice | $359.75 | |

1

February 27, 2020
Invoice # 4414323

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/06/20 | MO | 0.80 | Revise Pre-Hearing Memorandum and Black Lung Evidence Submission Form to reflect receipt of physician report. |
| 01/15/20 | MO | 0.40 | Organize file for upcoming black lung hearing. |
| 01/15/20 | MO | 0.80 | Organize file for upcoming black lung hearing. |
| 01/31/20 | MO | 0.20 | Locate Director's exhibits for Attorney Liberati to use in preparing post-hearing brief. |

Total Hours    2.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414325

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,455.00 |
| Attorney Costs | $ 53.21 |
| Current Total Due for Professional Services | $ 1,508.21 |
| **Total Due for Current Professional Services** | **$ 1,508.21** |

| | |
|---|---:|
| Previous Balance Owed | $ 516.35 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

February 27, 2020
Invoice # 4414325

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392490 | 01/31/20 | $ 5,163.50 | $ 4,647.15 | $ 516.35 |
| | | Total Previous Outstanding Balance | | $ 516.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414325

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.60 | |
| | Partner | | |
| William E Robinson | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.40 | $ 1,455.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 35.85 | |
| Federal Express | $ 17.36 | |
| Total Attorney Costs | $53.21 | |
| Current Amount Due This Invoice | $1,508.21 | |

1

February 27, 2020
Invoice # 4414325

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | MO | 0.20 | Email to Attorney Long regarding expert report. |
| 01/02/20 | DKL | 0.20 | Review, sign and file evidence submission. |
| 01/02/20 | WER | 0.10 | Consultation with Ms. Ontko regarding medical evaluation. |
| 01/03/20 | MO | 0.40 | Prepare Employer's Motion to Submit Outside of 20 Day Time Frame. |
| 01/03/20 | MO | 0.20 | Email Claimant's counsel with Employer's Motion to File Outside of 20 Day Time Frame. |
| 01/03/20 | DKL | 0.10 | Review, sign and file Motion to permit filing expert report outside 20 day period. |
| 01/03/20 | WER | 0.10 | Review and analyze Employer's Motion to Submit Evidence. |
| 01/03/20 | MO | 0.20 | Email client with copy of Motion to file outside 20 day time frame. |
| 01/06/20 | MO | 0.30 | Prepare letter to Judge Swank to submit amended pre-hearing memorandum and Black Lung Evidence Submission Form. |
| 01/06/20 | DKL | 0.20 | Review report from medical expert. |
| 01/06/20 | DKL | 0.20 | Review, analyze and file evidence and pre-trial memo. |
| 01/06/20 | WER | 0.30 | Review Amended Evidence Submission Form and related documents (.2); review correspondence from physician (.1). |
| 01/09/20 | DKL | 0.10 | Review claimant's evidence summary form. |
| 01/16/20 | DKL | 0.10 | Review correspondence from the Director regarding attendance at hearing and exhibits. |
| 01/21/20 | DKL | 0.30 | Review medical evidence and pre-hearing memorandum in preparation for Administrative Law Judge Hearing. |
| 01/27/20 | DKL | 0.60 | Review pre-trial memo and evidence in preparation for Administrative Law Judge Hearing. |
| 01/28/20 | DKL | 0.80 | Defend claim at Administrative Law Judge Hearing. |

Total Hours    4.40

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414326
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 739.50 |
| Attorney Costs | $ 3.45 |
| Current Total Due for Professional Services | $ 742.95 |
| **Total Due for Current Professional Services** | **$ 742.95** |

Previous Balance Owed                                       $ 114.40
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414326

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392492 | 01/31/20 | $ 1,144.00 | $ 1,029.60 | $ 114.40 |
| | | Total Previous Outstanding Balance | | $ 114.40 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414326

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.10 | $ 739.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 3.45 |
| | Total Attorney Costs | $3.45 |
| | Current Amount Due This Invoice | $742.95 |

1

February 27, 2020
Invoice # 4414326

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.90 | Begin draft of post-hearing brief. |
| 01/08/20 | DKL | 0.50 | Continue draft of post-hearing brief. |
| 01/28/20 | DKL | 0.40 | Review hearing transcript; continue revisions to post-hearing brief. |
| 01/29/20 | MO | 0.30 | Prepare letter to Judge Swank filing post-hearing brief. |

Total Hours    2.10

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414331

Billing Attorney - William E Robinson

Client Number - 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 -
Marshall County Coal CO.
2B2Y4-2018182

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 131.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 131.50 |
| **Total Due for Current Professional Services** | **$ 131.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 3.55 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414331

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392496 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | Total Previous Outstanding Balance | | $ 3.55 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

February 27, 2020
Invoice # 4414331

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 131.50 |
| | Current Amount Due This Invoice | | $131.50 |

1

February 27, 2020
Invoice # 4414331

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | MO | 0.60 | Review old claim file in order to prepare memo to Attorney Liberati regarding claim status. |
| 01/10/20 | DKL | 0.10 | Review file regarding status and need for medical evidence regarding remand by Administrative Law Judge. |
| | Total Hours | 0.70 | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      February 27, 2020
46226 National Road                                                    Invoice # 4414347
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,656.50 |
| Attorney Costs | $ 15.00 |
| Current Total Due for Professional Services | $ 2,671.50 |
| **Total Due for Current Professional Services** | **$ 2,671.50** |

Previous Balance Owed                                                  $ 79.05
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

February 27, 2020
Invoice # 4414347

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392517 | 01/31/20 | $ 790.50 | $ 711.45 | $ 79.05 |
| | | Total Previous Outstanding Balance | | $ 79.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414347

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 3.80 | |
| | Partner | | |
| Mary R. Ontko | | 7.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 11.50 | $ 2,656.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 15.00 |
| | Total Attorney Costs | $15.00 |
| | Current Amount Due This Invoice | $2,671.50 |

1

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

February 27, 2020
Invoice # 4414347

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/13/20 | MO | 0.60 | Review Notice of Hearing and calendar the same. |
| 01/13/20 | MO | 0.30 | Prepare Employer's Notice of Appearance. |
| 01/13/20 | DKL | 0.20 | Letter to Attorney Long regarding hearing in Atlanta. |
| 01/13/20 | DKL | 0.80 | Review and analyze all medical evidence in light of denial of motion for remand; need for additional evidence at Modification Hearing. |
| 01/13/20 | DKL | 0.10 | File Notice of Appearance per Judges pre-trial order. |
| 01/13/20 | DKL | 0.10 | Review Claimant's Counsel's Notice of Appearance. |
| 01/14/20 | MO | 2.60 | Review claim file and directors exhibits for upcoming evidence exchange. |
| 01/15/20 | DKL | 0.50 | Review requirements of hearing notice; draft disclosures; analyze evidence disclosed. |
| 01/15/20 | MO | 0.30 | Review Employer's initial evidence exchange. |
| 01/15/20 | MO | 0.30 | Letter to Attorney Long with Employer's initial evidence exchange. |
| 01/16/20 | MO | 0.20 | Email to Attorney Long's office with draft of letter to Judge Price. |
| 01/16/20 | DKL | 0.30 | Emails with Claimant's Counsel regarding submitting matter on record and dismissing of correspondences regarding same; telephone call with Claimant's Counsel. |
| 01/16/20 | DKL | 0.90 | Review Proposed Decision and Order and analyze medical evidence regarding upcoming Administrative Law Judges Hearing. |
| 01/16/20 | DKL | 0.20 | Draft letter to Judge requesting determination on the record. |
| 01/17/20 | MO | 0.30 | Letter to Attorney Long regarding submission of evidence. |
| 01/17/20 | DKL | 0.10 | Review correspondence from Claimant's Counsel regarding discovery per Administrative Law Judge Order. |
| 01/21/20 | DKL | 0.10 | Letter to Claimant's Counsel regarding disability. |
| 01/21/20 | DKL | 0.10 | Review correspondence regarding hearing. |
| 01/21/20 | DKL | 0.10 | Review correspondence from Claimant's Counsel regarding deposition and hearing. |
| 01/28/20 | MO | 0.20 | Conference with Attorney Liberati regarding claim handling from this point forward. |
| 01/28/20 | MO | 0.30 | Letter to Claims Examiner regarding medical records. |
| 01/28/20 | MO | 1.80 | Review claim file, director's exhibits and medical records for documents to send to expert for review. |
| 01/28/20 | MO | 0.80 | Prepare letter to expert regarding review of records. |
| 01/29/20 | DKL | 0.30 | Review and analyze evidence to send to expert for review; revise letter to expert. |

February 27, 2020
Invoice # 4414347

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

Total Hours    11.50

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414348

Billing Attorney - William E Robinson

Client Number - 123837.182
Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 -
Monongalia County Coal Co.
2018-BLA-05476

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 127.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 127.50 |
| **Total Due for Current Professional Services** | **$ 127.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414348

Client Number – 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| William E Robinson | | 0.10 | |
| | Partner | | |
| Total Hours / Fees | | 0.30 | $ 127.50 |
| | | | |
| Current Amount Due This Invoice | | | $127.50 |

February 27, 2020
Invoice # 4414348

Dinsmore & Shohl LLP
Client Number – 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DKL | 0.10 | Review payment Order from District Director. |
| 01/13/20 | DKL | 0.10 | Review Claimant Counsel's application for payment of expert expenses. |
| 01/13/20 | WER | 0.10 | Review 1/7/2020 Order. |

Total Hours    0.30

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414292

Billing Attorney - William E Robinson

Client Number - 123837.184
Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 -
Harrison County Coal Co.
2019-BLA-05941

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 932.00 |
| Attorney Costs | $ 11.70 |
| Current Total Due for Professional Services | $ 943.70 |
| **Total Due for Current Professional Services** | **$ 943.70** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 674.47 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414292

Dinsmore & Shohl LLP
Client Number – 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392455 | 01/31/20 | $ 6,744.70 | $ 6,070.23 | $ 674.47 |
| | | Total Previous Outstanding Balance | | $ 674.47 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414292

Dinsmore & Shohl LLP
Client Number – 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.60 | $ 932.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.70 | |
| Total Attorney Costs | | $11.70 |
| Current Amount Due This Invoice | | $943.70 |

1

February 27, 2020
Invoice # 4414292

Dinsmore & Shohl LLP
Client Number – 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/10/20 | DKL | 0.30 | Continue draft of post-hearing brief. |
| 01/15/20 | DKL | 1.20 | Continue draft of post-hearing brief. |
| 01/16/20 | DKL | 0.30 | Revisions to post-hearing brief. |
| 01/17/20 | DKL | 0.10 | Revise agreement section of post-hearing brief. |
| 01/28/20 | DKL | 0.40 | Review hearing transcript; complete post-hearing brief. |
| 01/29/20 | MO | 0.30 | Prepare letter to Judge Swank filing post-hearing brief. |

Total Hours    2.60

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          February 27, 2020
46226 National Road                                        Invoice # 4414390
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.187
Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung
# 2018-BLA-05823 – Harrison County Coal Co.
2018-BLA-05823

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 27.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414390

Dinsmore & Shohl LLP
Client Number – 123837.187
**Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung # 2018-BLA-05823 – Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392580 | 01/31/20 | $ 271.00 | $ 243.90 | $ 27.10 |
|  |  | Total Previous Outstanding Balance |  | $ 27.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.187

February 27, 2020
Invoice # 4414390

**Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung # 2018-BLA-05823 – Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |
| | Current Amount Due This Invoice | | $38.50 |

1

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4414390

Client Number – 123837.187

**Matter: Holt, Charles & Melissa - DOI 01-10-2000 - Black lung # 2018-BLA-05823 – Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/16/20 | DKL | 0.10 | Review of request for reimbursement from Department of Labor. |
| | Total Hours | 0.10 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

---

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414242

Billing Attorney - William E Robinson

Client Number - 123837.207
Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 -
Consolidation Coal Company
2018-BLA-05632

---

### Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 139.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 139.50 |
| **Total Due for Current Professional Services** | **$ 139.50** |

Previous Balance Owed                                    $ 11.45
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414242

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409077 | 01/31/20 | $ 114.50 | $ 103.05 | $ 11.45 |
| | | Total Previous Outstanding Balance | | $ 11.45 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414242

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.30 | $ 139.50 |

Current Amount Due This Invoice     $139.50

1

February 27, 2020
Invoice # 4414242

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/02/20 | DKL | 0.10 | Revise letter to E. Dean regarding Proposed Decision and Order. |
| 01/02/20 | WER | 0.20 | Review and analyze Decision and Order Awarding Benefits. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    February 27, 2020
46226 National Road                                                  Invoice # 4414244
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.208
Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395
- Marshall County Coal Co.
2015-BLA-05395

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 255.00 |
| Attorney Costs | $ 2.85 |
| Current Total Due for Professional Services | $ 257.85 |
| **Total Due for Current Professional Services** | **$ 257.85** |

| | |
|---|---|
| Previous Balance Owed | $ 3.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414244

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409078 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | Total Previous Outstanding Balance | | $ 3.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

February 27, 2020
Invoice # 4414244

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.20 | $ 255.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.85 | |
| Total Attorney Costs | | $2.85 |
| Current Amount Due This Invoice | | $257.85 |

1

February 27, 2020
Invoice # 4414244

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | DKL | 0.10 | Review memo from M. Ontko summarizing evidence regarding Remand to Department of Labor. |
| 01/09/20 | MO | 0.90 | Review old claim file regarding status of claim; prepare brief memo to Attorney Liberati regarding same. |
| 01/13/20 | DKL | 0.20 | Review correspondence and medical evidence from claims examiner to physician requesting clarification of his medical opinion. |

| | | | |
|--|--|--|--|
| Total Hours | 1.20 | | |

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4451473

Billing Attorney - William E Robinson

Client Number - 123837.212
Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI:
01/01/2005 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,127.50 |
| Attorney Costs | $ 8,773.05 |
| Current Total Due for Professional Services | $ 10,900.55 |
| **Total Due for Current Professional Services** | **$ 10,900.55** |

| | |
|---|---:|
| Previous Balance Owed | $ 22.94 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314         Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP

February 27, 2020
Invoice # 4451473

Client Number – 123837.212

**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409079 | 01/31/20 | $ 239.40 | $ 216.46 | $ 22.94 |
| | | Total Previous Outstanding Balance | | $ 22.94 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

February 27, 2020
Invoice # 4451473

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.90 | |
| William E Robinson | Partner | 0.80 | |
| Mary R. Ontko | Paralegal | 6.40 | |
| Total Hours / Fees | | 9.10 | $ 2,127.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 73.05 |
| Expert Fees | $ 8,700.00 |
| Total Attorney Costs | $8,773.05 |
| Current Amount Due This Invoice | $10,900.55 |

1

February 27, 2020
Invoice # 4451473

Dinsmore & Shohl LLP
Client Number – 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/03/20 | DKL | 0.10 | Review, sign and file Operator's Response to Schedule for Submission of Additional Evidence. |
| 01/03/20 | DKL | 0.10 | Review, sign and file Notice of Appearance. |
| 01/03/20 | DKL | 0.10 | Review, sign and file Request for Production of Documents. |
| 01/03/20 | WER | 0.10 | Consultation with M. Ontko regarding medical evaluation. |
| 01/03/20 | WER | 0.30 | Review and analyze Employer's Response to SSAE and Discovery Requests to Claimant. |
| 01/03/20 | MO | 0.30 | Prepare Employer's Notice of Appearance to Claims Examiner. |
| 01/03/20 | MO | 0.50 | Prepare Employer's Requests for Production of Documents with medical authorization. |
| 01/03/20 | MO | 0.30 | Prepare letter forwarding discovery requests. |
| 01/03/20 | MO | 0.20 | Prepare Operator's Response to Schedule for Submission of Additional Evidence. |
| 01/03/20 | MO | 0.60 | Review new claim file for medical documentation to send to expert for review. |
| 01/03/20 | MO | 0.30 | Letter to expert with medical documentation for review. |
| 01/03/20 | MO | 0.20 | Email client with Employer's Notice of Appearance, Operator Response to SSAE, and discovery requests directed to Claimant. |
| 01/08/20 | MO | 0.60 | Review prior claim files and documents for submission as evidence. |
| 01/08/20 | MO | 0.80 | Prepare Employer's initial submission of evidence. |
| 01/08/20 | MO | 0.60 | Prepare Black Lung Evidence Submission form. |
| 01/08/20 | DKL | 0.20 | Receive and review medical report from expert witness. |
| 01/08/20 | WER | 0.10 | Review correspondence from expert. |
| 01/09/20 | DKL | 0.30 | Review, analyze and select evidence for submission per Schedule for the Submission of Additional Evidence. |
| 01/09/20 | MO | 0.30 | Letter to Claims Examiner submitting evidence pursuant to the Schedule for Submission of Additional Evidence. |
| 01/09/20 | MO | 0.60 | Finalize Employer's evidence submission per Schedule for Submission of Additional Evidence. |
| 01/13/20 | DKL | 0.20 | Conference with M. Ontko and A. Stern regarding new procedures regarding payment of expert invoices. |
| 01/13/20 | DKL | 0.30 | Further emails regarding payment of expert invoices. |
| 01/13/20 | WER | 0.30 | Review and analyze Employer's Initial Submission of Evidence. |
| 01/21/20 | DKL | 0.10 | Review correspondence from Claimant's counsel requesting file from Department of Labor. |
| 01/21/20 | DKL | 0.20 | Review request for production of documents from claimant. |
| 01/21/20 | MO | 0.80 | Prepare Employer's responses to Claimant's requests for production of |

February 27, 2020
Invoice # 4451473

Dinsmore & Shohl LLP
Client Number – 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

|  |  |  | documents. |
|---|---|---|---|
| 01/21/20 | MO | 0.30 | Prepare letter to Attorney Long with Employer's responses to requests for production. |
| 01/23/20 | DKL | 0.20 | Review, sign and file responses to discovery requests. |
| 01/27/20 | DKL | 0.10 | Review Notice from Department of Labor conveying claim file to H. Long. |

Total Hours    9.10

3

February 27, 2020
Invoice # 4414257

Dinsmore & Shohl LLP
Client Number – 123837.213
**Matter: McCourt, Robert - DOI: 02/01/2011 - 2018-BLA-06171 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/09/20 | DKL | 0.10 | Review fee petition Order from Department of Labor. |
| 01/27/20 | DKL | 0.10 | Review Attorney Fee Order. |
| | Total Hours | 0.20 | |

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414206

Billing Attorney - William E Robinson

Client Number - 123837.215
Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No.
2018-BLA-05344 - Marshall County Coal Co.
2018-BLA-05344

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.215

February 27, 2020
Invoice # 4414206

**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

February 27, 2020
Invoice # 4414206

Dinsmore & Shohl LLP
Client Number – 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/10/20 | DKL | 0.10 | Review Attorney Fee Order. |
| 01/29/20 | DKL | 0.10 | Emails from claimant's counsel regarding attorney fees. |

Total Hours     0.20



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                         February 27, 2020
46226 National Road                                                  Invoice # 4414214
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.218
Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI:
09/09/1999; Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 663.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 663.50 |
| **Total Due for Current Professional Services** | **$ 663.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414214

Dinsmore & Shohl LLP
Client Number – 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.50 | $ 663.50 |

Current Amount Due This Invoice                    $663.50

February 27, 2020
Invoice # 4414214

Dinsmore & Shohl LLP
Client Number – 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/09/20 | DKL | 0.80 | Initial review of claim file. |
| 01/09/20 | DKL | 0.10 | File and serve Notice of Appearance. |
| 01/09/20 | MO | 0.30 | Prepare Employer's Notice of Appearance. |
| 01/09/20 | MO | 0.20 | Email Attorney Long's office confirming representation of claimant. |
| 01/10/20 | DKL | 0.20 | Review and serve requests for production of documents on claimant's counsel. |
| 01/10/20 | MO | 0.80 | Prepare requests for production of documents to Claimant with medical authorization and letter to Attorney Long regarding the same. |
| 01/29/20 | DKL | 0.10 | Review claimant's response to discovery requests. |

Total Hours    2.50

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

February 27, 2020
Invoice # 4414268

Billing Attorney - William E Robinson

Client Number - 123837.222
Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI:
06/05/2015 Marshall County Coal Co.
17-0030

## Remittance Advice

For Professional Services Rendered Through January 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 949.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 949.50 |
| **Total Due for Current Professional Services** | **$ 949.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

February 27, 2020
Invoice # 4414268

Dinsmore & Shohl LLP
Client Number – 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.50 | |
| | Partner | | |
| Mary R. Ontko | | 2.40 | |
| | Paralegal | | |
| Total Hours / Fees | | 3.90 | $ 949.50 |

Current Amount Due This Invoice          $949.50

February 27, 2020
Invoice # 4414268

Dinsmore & Shohl LLP
Client Number – 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/22/20 | MO | 0.30 | Prepare Employer's Notice of Appearance to Claims Examiner. |
| 01/22/20 | MO | 0.60 | Prepare Employer's Requests for Production of Documents to Claimant. |
| 01/22/20 | MO | 0.30 | Prepare letter to Attorney Long serving Employer's Requests for Production. |
| 01/23/20 | DKL | 0.10 | File Notice of Appearance. |
| 01/23/20 | DKL | 0.10 | Review, secure and file requests for production of documents. |
| 01/23/20 | DKL | 1.20 | Initial review of pleadings and medical evidence regarding claimant's request for Administrative Law Judges Hearing. |
| 01/29/20 | DKL | 0.10 | Review claimant's response to discovery requests. |
| 01/29/20 | MO | 1.20 | Review claim file for documents to send to expert for review. |

Total Hours   3.90

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills February 1-February 29)**

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434715

Billing Attorney - William E Robinson

Client Number - 123837.30
Matter: Alfred Alexander - 12/31/2013- JCN 2017018011 OP3
- Ohio County Coal Co.
JCN 2017018011 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 25.50 |
| **Total Due for Current Professional Services** | **$ 25.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434715

Dinsmore & Shohl LLP
Client Number    123837.30
**Matter: Alfred Alexander - 12/31/2013- JCN 2017018011 OP3 - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

Current Amount Due This Invoice          $25.50

March 26, 2020
Invoice # 4434715

Dinsmore & Shohl LLP
Client Number    123837.30
**Matter: Alfred Alexander - 12/31/2013- JCN 2017018011 OP3 - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

| | Total Hours | 0.10 |

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434716

Billing Attorney - William E Robinson

Client Number - 123837.31
Matter: Alred Alexander - 12/31/2013      - JCN
2017018011 PTD- Ohio County Coal Co.
JCN 2017018011 PTD

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 165.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434716

Dinsmore & Shohl LLP
Client Number    123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392332 | 01/31/20 | $ 29.00 | $ 26.10 | $ 2.90 |
| 4414103 | 02/27/20 | $ 162.65 | $ 0.00 | $ 162.65 |
| | | | Total Previous Outstanding Balance | $ 165.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434716

Dinsmore & Shohl LLP
Client Number   123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 31.00 |

Current Amount Due This Invoice                $31.00

1

March 26, 2020
Invoice # 4434716

Dinsmore & Shohl LLP
Client Number   123837.31
**Matter: Alred Alexander - 12/31/2013 - JCN 2017018011 PTD- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |

| | Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434717

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 103.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 103.00 |
| **Total Due for Current Professional Services** | **$ 103.00** |

| | |
|---|---|
| Previous Balance Owed | $ 2,476.97 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434717

Dinsmore & Shohl LLP
Client Number    123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392335 | 01/31/20 | $ 1,948.70 | $ 1,753.83 | $ 194.87 |
| 4414105 | 02/27/20 | $ 2,282.10 | $ 0.00 | $ 2,282.10 |
| | | | Total Previous Outstanding Balance | $ 2,476.97 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434717

Dinsmore & Shohl LLP
Client Number   123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 0.60 | $ 103.00 |

Current Amount Due This Invoice        $103.00

1

March 26, 2020
Invoice # 4434717

Dinsmore & Shohl LLP
Client Number    123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | MO | 0.20 | Update chronology to include 02-06-2020 Order granting motion to compel and order extending time frame re: claim order dated 08-23-19 denying secondary conditions |
| 02/10/20 | AMS | 0.10 | Review Office of Judges' 2/6/2020 Order compelling Claimant to provide Employer with signed medical release. |
| 02/21/20 | MO | 0.30 | Check client website for any new medical records, none found |

Total Hours        0.60



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                Invoice # 4434718
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -
        Marion County Coal Co.
JCN 2018013969 INJ

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 72.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 72.00 |
| **Total Due for Current Professional Services** | **$ 72.00** |

| | |
|---|---|
| Previous Balance Owed | $ 407.26 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434718

Dinsmore & Shohl LLP
Client Number   123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392340 | 01/31/20 | $ 495.13 | $ 445.62 | $ 49.51 |
| 4414108 | 02/27/20 | $ 357.75 | $ 0.00 | $ 357.75 |
| | | Total Previous Outstanding Balance | | $ 407.26 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434718

Dinsmore & Shohl LLP
Client Number   123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.40 | $ 72.00 |

Current Amount Due This Invoice          $72.00

1

March 26, 2020
Invoice # 4434718

Dinsmore & Shohl LLP
Client Number    123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.30 | Update chronology to include WV Supreme Court 02-11-20 Orders granting Motion to lift bankruptcy court stays |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours     0.40

2



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434719

Billing Attorney - William E Robinson

Client Number - 123837.37
Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ -
Marshall County Coal Co.
JCN 2018027148 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 234.77 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434719

Dinsmore & Shohl LLP
Client Number   123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392343 | 01/31/20 | $ 1,186.25 | $ 1,067.63 | $ 118.62 |
| 4414110 | 02/27/20 | $ 116.15 | $ 0.00 | $ 116.15 |
| | | Total Previous Outstanding Balance | | $ 234.77 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434719

Dinsmore & Shohl LLP
Client Number   123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice        $56.50

1

March 26, 2020
Invoice # 4434719

Dinsmore & Shohl LLP
Client Number    123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours        0.30

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434720

Billing Attorney - William E Robinson

Client Number - 123837.38
Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ -
Marion County Coal Co.
JCN 2016011923 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 234.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 234.50 |
| **Total Due for Current Professional Services** | **$ 234.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 24.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434720

Dinsmore & Shohl LLP
Client Number    123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392345 | 01/31/20 | $ 245.50 | $ 220.95 | $ 24.55 |
| | | Total Previous Outstanding Balance | | $ 24.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434720

Dinsmore & Shohl LLP
Client Number    123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.90 | $ 234.50 |
| Current Amount Due This Invoice | | | $234.50 |

1

March 26, 2020
Invoice # 4434720

Dinsmore & Shohl LLP
Client Number   123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/12/20 | AMS | 0.50 | Review Administrative Law Judge's 2/6/2020 Order affirming SmartCasualty's 10/24/17 Order which granted 5% permanent partial disability award. |
| 02/12/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 2/6/2020 Order affirming SmartCasualty's 10/24/17 Order which granted 5% permanent partial disability award. |
| 02/13/20 | MO | 0.20 | Update chronology to include 02-06-2020 ALJ Decision affirming claim order dated 10-24-2017 awarding 5% permanent partial disability |
| 02/13/20 | WER | 0.10 | Review 2/6/20 Order. |

Total Hours      0.90

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434721

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,571.00 |
| Attorney Costs | $ 104.03 |
| Current Total Due for Professional Services | $ 1,675.03 |
| **Total Due for Current Professional Services** | **$ 1,675.03** |

| | |
|---|---:|
| Previous Balance Owed | $ 657.51 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434721

Dinsmore & Shohl LLP
Client Number    123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392348 | 01/31/20 | $ 1,084.05 | $ 975.64 | $ 108.41 |
| 4414112 | 02/27/20 | $ 549.10 | $ 0.00 | $ 549.10 |
| | | Total Previous Outstanding Balance | | $ 657.51 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434721

Dinsmore & Shohl LLP
Client Number    123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.00 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.20 | $ 1,571.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Travel Mileage | $ 104.03 |
| Total Attorney Costs | $104.03 |
| Current Amount Due This Invoice | $1,675.03 |

1

March 26, 2020
Invoice # 4434721

Dinsmore & Shohl LLP
Client Number   123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/05/20 | DKL | 2.90 | Return travel from Charleston regarding Occupational Pneumoconiosis Board Hearing. |
| 02/05/20 | DKL | 0.70 | Defend Occupational Pneumoconiosis claim at initial Occupational Pneumoconiosis Board Hearing. |
| 02/06/20 | DKL | 0.30 | Review hearing notes; memo to Ed Pauley regarding claim status. |
| 02/12/20 | MO | 0.20 | Update chronology to include 02-05-2020 Transcript of OP Board hearing |
| 02/12/20 | DKL | 0.10 | Receive and review transcript of Initial Occupational Pneumoconiosis Board Hearing. |

Total Hours     4.20

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        March 26, 2020
46226 National Road                                                      Invoice # 4434737
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 263.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 263.00 |
| **Total Due for Current Professional Services** | **$ 263.00** |

| | |
|---|---|
| Previous Balance Owed | $ 200.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434737

Dinsmore & Shohl LLP
Client Number    123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414116 | 02/27/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| | | Total Previous Outstanding Balance | | $ 200.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434737

Dinsmore & Shohl LLP
Client Number   123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.80 | $ 263.00 |
| | Current Amount Due This Invoice | | $263.00 |

1

March 26, 2020
Invoice # 4434737

Dinsmore & Shohl LLP
Client Number   123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/13/20 | MO | 0.30 | Letter to client enclosing 02-11-2020 ALJ Decision affirming the claim orders dated 10-12-18 and 12-06-18 |
| 02/13/20 | DKL | 0.20 | Receive and review Decision of Administrative Law Judge Affirming the Order of the Claims Administrator. |
| 02/18/20 | DKL | 0.10 | Letter to Ed Pauley re Administrative Law Judges Decision. |
| 02/18/20 | WER | 0.20 | Review and analyze ALJ's 2/11/20 Decision. |

Total Hours     0.80

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                               Invoice # 4434738
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.41
Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ -
Marshall County Coal Co.
JCN 2013017957 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 88.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434738

Dinsmore & Shohl LLP
Client Number   123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392351 | 01/31/20 | $ 29.00 | $ 26.10 | $ 2.90 |
| 4414118 | 02/27/20 | $ 85.15 | $ 0.00 | $ 85.15 |
| | | Total Previous Outstanding Balance | | $ 88.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434738

Dinsmore & Shohl LLP
Client Number   123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Invoice # 4434738

Dinsmore & Shohl LLP
Client Number   123837.41
**Matter: Bandy, Thomas - 1/9/2013 - JCN 2013017957 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours      0.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434739

Billing Attorney - William E Robinson

Client Number - 123837.42
Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ-
Marion County Coal Co.
JCN 2017007930 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 215.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 215.00 |
| **Total Due for Current Professional Services** | **$ 215.00** |

| | |
|---|---|
| Previous Balance Owed | $ 274.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434739

Dinsmore & Shohl LLP
Client Number    123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414121 | 02/27/20 | $ 274.45 | $ 0.00 | $ 274.45 |
| | | Total Previous Outstanding Balance | | $ 274.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434739

Dinsmore & Shohl LLP
Client Number   123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 1.00 | $ 215.00 |
| | Current Amount Due This Invoice | | $215.00 |

1

March 26, 2020
Invoice # 4434739

Dinsmore & Shohl LLP
Client Number   123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |
| 02/28/20 | MO | 0.20 | Update chronology to include 02-21-2020 WV Supreme Court of Appeals Memorandum Decision affirming the Board of Review 12-03-18 Order affirming the 05-01-18 ALJ Decision reversing the claim order dated 12-28-17 closing the claim for temporary total disability benefits |
| 02/28/20 | AMS | 0.30 | Review WV Supreme Court's 2/21/2020 Memorandum Decision affirming Board of Review's 12/3/18 Order which affirmed Administrative Law Judge's 5/1/18 Order reversing SmartCasualty's 12/28/17 Order closing claim for temporary total disability. |
| 02/28/20 | AMS | 0.20 | Draft correspondence to client regarding WV Supreme Court's 2/21/2020 Memorandum Decision. |

Total Hours      1.00

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  March 26, 2020
46226 National Road                                          Invoice # 4434740
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.43
Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP -
Marshall County Coal Co.
JCN 2012024472 OP

**Remittance Advice**

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 166.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 166.50 |
| **Total Due for Current Professional Services** | **$ 166.50** |

| | |
|---|---|
| Previous Balance Owed | $ 173.14 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434740

Dinsmore & Shohl LLP
Client Number    123837.43
**Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392354 | 01/31/20 | $ 1,731.37 | $ 1,558.23 | $ 173.14 |
| | | Total Previous Outstanding Balance | | $ 173.14 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434740

Dinsmore & Shohl LLP
Client Number   123837.43
**Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | | ——— | |
| | Total Hours / Fees | 0.70 | $ 166.50 |
| | Current Amount Due This Invoice | | $166.50 |

1

March 26, 2020
Invoice # 4434740

Dinsmore & Shohl LLP
Client Number   123837.43
**Matter: Belles, Vail - 1/15/2009- JCN 2012024472 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.20 | Update chronology to include 01-29-20 ALJ Decision affirming claim order dated 06-01-18 making no award of permanent partial disability |
| 02/03/20 | MO | 0.30 | Prepare letter to client with 01-29-20 ALJ Decision affirming the claim order dated 06-01-18 |
| 02/03/20 | DKL | 0.10 | Receive and review Administrative Law Judges Decision. |
| 02/03/20 | WER | 0.10 | Review 1/29/20 Order. |

Total Hours       0.70

2

# Dinsmôre

CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434741

Billing Attorney - William E Robinson

Client Number - 123837.45
Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall
County Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

| | |
|---|---|
| Previous Balance Owed | $ 300.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434741

Dinsmore & Shohl LLP
Client Number   123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414123 | 02/27/20 | $ 300.50 | $ 0.00 | $ 300.50 |
| | | Total Previous Outstanding Balance | | $ 300.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434741

Dinsmore & Shohl LLP
Client Number    123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 200.50 |

Current Amount Due This Invoice          $200.50

1

March 26, 2020
Invoice # 4434741

Dinsmore & Shohl LLP
Client Number    123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.30 | Update chronology to include 02-03-20 Notice of OP Board Hearing set for 03-18-20 |
| 02/06/20 | DKL | 0.10 | Receive and review notice of final Occupational Pneumoconiosis Board Hearing. |
| 02/10/20 | DKL | 0.30 | Review Initial hearing transcript in preparation for Final Occupational Pneumoconiosis Board Hearing. |

Total Hours    0.70

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          March 26, 2020
46226 National Road                                                        Invoice # 4434742
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,656.00 |
| Attorney Costs | $ 104.03 |
| Current Total Due for Professional Services | $ 1,760.03 |
| **Total Due for Current Professional Services** | **$ 1,760.03** |

| | |
|---|---|
| Previous Balance Owed | $ 469.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434742

Dinsmore & Shohl LLP
Client Number    123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392360 | 01/31/20 | $ 462.80 | $ 416.52 | $ 46.28 |
| 4414128 | 02/27/20 | $ 423.50 | $ 0.00 | $ 423.50 |
| | | | Total Previous Outstanding Balance | $ 469.78 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434742

Dinsmore & Shohl LLP
Client Number    123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 4.10 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 4.60 | $ 1,656.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Travel Mileage | $ 104.03 | |
| Total Attorney Costs | $104.03 | |
| Current Amount Due This Invoice | $1,760.03 | |

1

March 26, 2020
Invoice # 4434742

Dinsmore & Shohl LLP
Client Number   123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/05/20 | DKL | 2.90 | Travel to Charleston for Occupational Pneumoconiosis Board Hearing. |
| 02/05/20 | DKL | 0.70 | Defend claim at final Occupational Pneumoconiosis Board Hearing. |
| 02/06/20 | DKL | 0.30 | Review hearing notes; memo to Ed Pauley regarding claim status. |
| 02/12/20 | MO | 0.20 | Update chronology to include 02-05-2020 Transcript of OP Board hearing |
| 02/12/20 | MO | 0.30 | Update chronology to include 02-05-2020 Order submitting protest re: claim order dated 10-29-19 awarding 10% permanent partial disability |
| 02/12/20 | DKL | 0.10 | Receive and review transcript of Final Occupational Pneumoconiosis Board Hearing. |
| 02/12/20 | DKL | 0.10 | Receive and review Order Submitting Protest. |

Total Hours        4.60

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434744

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 117.40 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434744

Dinsmore & Shohl LLP
Client Number    123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392364 | 01/31/20 | $ 704.50 | $ 634.05 | $ 70.45 |
| 4414131 | 02/27/20 | $ 46.95 | $ 0.00 | $ 46.95 |
| | | | Total Previous Outstanding Balance | $ 117.40 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434744

Dinsmore & Shohl LLP
Client Number    123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Total Hours / Fees | | 0.10 | $ 38.50 |

Current Amount Due This Invoice    $38.50

1

March 26, 2020
Invoice # 4434744

Dinsmore & Shohl LLP
Client Number    123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/06/20 | DKL | 0.10 | Review medical authorization signed by claimant with list of providers. |

Total Hours    0.10

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434745

Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 658.00 |
| Attorney Costs | $ 12.45 |
| Current Total Due for Professional Services | $ 670.45 |
| **Total Due for Current Professional Services** | **$ 670.45** |

| | |
|---|---:|
| Previous Balance Owed | $ 102.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434745

Dinsmore & Shohl LLP
Client Number   123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414134 | 02/27/20 | $ 102.00 | $ 0.00 | $ 102.00 |
| | | Total Previous Outstanding Balance | | $ 102.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434745

Dinsmore & Shohl LLP
Client Number   123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 1.50 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 2.60 | $ 658.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 12.45 |
| Total Attorney Costs | $12.45 |
| Current Amount Due This Invoice | $670.45 |

1

March 26, 2020
Invoice # 4434745

Dinsmore & Shohl LLP
Client Number   123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.30 | Update chronology to include Employer's 02-03-20 evidence submission re: claim order dated 03-29-19 awarding 12.68 % permanent partial disability |
| 02/03/20 | AMS | 0.40 | Finalize evidence to file in support of SmartCasualty's 3/29/19 Order granting 12.68% permanent partial disability award. |
| 02/03/20 | AMS | 0.50 | Draft Closing Argument in support of SmartCasualty's 3/29/19 Order granting 12.68% permanent partial disability award. |
| 02/03/20 | WER | 0.20 | Review and analyze Employer's Evidence regarding 3/29/19 Order. |
| 02/05/20 | AMS | 0.60 | Finalize Closing Argument in support of SmartCasualty's 3/29/19 Order granting 12.68% permanent partial disability award. |
| 02/06/20 | MO | 0.20 | Update chronology to include 02-06-20 Employer's closing argument re: claim order dated 03-29-19 awarding 12.68% permanent partial disability |
| 02/06/20 | WER | 0.10 | Review and analyze Employer's Closing Argument. |
| 02/28/20 | MO | 0.30 | Update chronology to include 02-26-2020 Order Submitting Protest re: claim order dated 03-29-19 |

Total Hours      2.60

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434747

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

Previous Balance Owed                                             $ 234.36
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434747

Dinsmore & Shohl LLP
Client Number   123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392370 | 01/31/20 | $ 1,003.65 | $ 903.29 | $ 100.36 |
| 4414138 | 02/27/20 | $ 134.00 | $ 0.00 | $ 134.00 |
| | | Total Previous Outstanding Balance | | $ 234.36 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434747

Dinsmore & Shohl LLP
Client Number    123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice                 $31.00

1

March 26, 2020
Invoice # 4434747

Dinsmore & Shohl LLP
Client Number    123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.20 | Update chronology to include 01-28-20 Time Frame Order re: claim order dated 01-29-19 regarding secondary conditions |

Total Hours    0.20

2



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434748

Billing Attorney - William E Robinson

Client Number - 123837.52
Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ -
Harrison County Coal Co.
JCN 2016014547 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 116.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434748

Dinsmore & Shohl LLP
Client Number   123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414141 | 02/27/20 | $ 116.15 | $ 0.00 | $ 116.15 |
| | | Total Previous Outstanding Balance | | $ 116.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434748

Dinsmore & Shohl LLP
Client Number    123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Invoice # 4434748

Dinsmore & Shohl LLP
Client Number   123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours     0.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434750

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 126.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 126.00 |
| **Total Due for Current Professional Services** | **$ 126.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 189.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434750

Dinsmore & Shohl LLP
Client Number ▯ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392372 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414145 | 02/27/20 | $ 185.65 | $ 0.00 | $ 185.65 |
| | | Total Previous Outstanding Balance | | $ 189.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434750

Dinsmore & Shohl LLP
Client Number ▯ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.60 | $ 126.00 |
| | Current Amount Due This Invoice | | $126.00 |

1

March 26, 2020
Invoice # 4434750

Dinsmore & Shohl LLP
Client Number  123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |
| 02/27/20 | MO | 0.20 | Update chronology to include Claimant's 02-25-2020 protest to claim order dated 01-07-2020 denying permanent partial disability reopening |
| 02/27/20 | DKL | 0.10 | Receive and review Decision of Claims Administrator on petition to re-open. |

Total Hours          0.60

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                               March 26, 2020
46226 National Road                                          Invoice # 4434752
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.56
Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ -
Marshall County Coal Co.
JCN 2018016154 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 513.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434752

Dinsmore & Shohl LLP
Client Number ⬜ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392376 | 01/31/20 | $ 252.40 | $ 227.16 | $ 25.24 |
| 4414152 | 02/27/20 | $ 488.00 | $ 0.00 | $ 488.00 |
| | | Total Previous Outstanding Balance | | $ 513.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434752

Dinsmore & Shohl LLP
Client Number ‖ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Dinsmore & Shohl LLP                                                          Invoice # 4434752
Client Number 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.20 | Update chronology to include01-31-20 SmartCasualty letter to Claimant approving temporary total disability benefits 02-10-20 through 03-06-20 |
| 02/04/20 | AMS | 0.10 | Review SmartCasualty's 1/31/2020 Order approving temporary total disability benefits. |

Total Hours      0.30



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434753

Billing Attorney - William E Robinson

Client Number - 123837.58
Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ -
Marshall County Coal Co.
JCN 2017020926 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 116.15

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434753

Dinsmore & Shohl LLP
Client Number ꞏ 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414157 | 02/27/20 | $ 116.15 | $ 0.00 | $ 116.15 |
| | | Total Previous Outstanding Balance | | $ 116.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434753

Dinsmore & Shohl LLP
Client Number ‖ 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Invoice # 4434753

Dinsmore & Shohl LLP
Client Number ⬚ 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

| | Total Hours | 0.30 | |
|--|--|--|--|



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                                  Invoice # 4434755
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 463.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 463.50 |
| **Total Due for Current Professional Services** | **$ 463.50** |

| | |
|---|---|
| Previous Balance Owed | $ 237.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434755

Dinsmore & Shohl LLP
Client Number 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392386 | 01/31/20 | $ 1,554.95 | $ 1,399.46 | $ 155.49 |
| 4414163 | 02/27/20 | $ 82.00 | $ 0.00 | $ 82.00 |
| | | Total Previous Outstanding Balance | | $ 237.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434755

Dinsmore & Shohl LLP
Client Number ▯ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 1.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.70 | $ 463.50 |

Current Amount Due This Invoice        $463.50

1

March 26, 2020
Invoice # 4434755

Dinsmore & Shohl LLP
Client Number ⬛ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/24/20 | AMS | 0.80 | Draft Board of Review brief regarding Employer's appeal of Administrative Law Judge's 12/3/19 Order, which reversed SmartCasualty's 9/5/19 Order and authorized right shoulder arthroscopic surgery and SmartCasualty's 9/6/19 Order and gratned temporary total disability benefits. |
| 02/25/20 | MO | 0.20 | Update chronology to include 02-25-2020 Employer's Appeal Brief to the Board of Review re: ALJ Decision dated 12-03-19 |
| 02/25/20 | AMS | 0.50 | Finish drafting Board of Review appeal brief regarding Administrative Law Judge's 12/3/19 Order reversing SmartCasualty's 9/5/19 and 9/6/19 Orders, and authorizing surgery and granting temporary total disability benefits to Mr. Cole. |
| 02/25/20 | WER | 0.20 | Review and analyze Employer's Brief. |

Total Hours    1.70



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                             Invoice # 4434757
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.62
Matter: Conaway, Ricky - 5/4/2012 -      JCN 2012038428
INJ - Marshall County Coal Co.
JCN 2012038428 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 116.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434757

Dinsmore & Shohl LLP
Client Number ▯ 123837.62
**Matter: Conaway, Ricky - 5/4/2012 - JCN 2012038428 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414168 | 02/27/20 | $ 116.15 | $ 0.00 | $ 116.15 |
| | | Total Previous Outstanding Balance | | $ 116.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434757

Dinsmore & Shohl LLP
Client Number ▯ 123837.62
**Matter: Conaway, Ricky - 5/4/2012 - JCN 2012038428 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice $56.50

1

March 26, 2020
Invoice # 4434757

Dinsmore & Shohl LLP
Client Number ‖ 123837.62
**Matter: Conaway, Ricky - 5/4/2012 - JCN 2012038428 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours     0.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434758

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 189.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 189.50 |
| **Total Due for Current Professional Services** | **$ 189.50** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 499.28 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434758

Dinsmore & Shohl LLP
Client Number ▯ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392397 | 01/31/20 | $ 1,316.35 | $ 1,184.72 | $ 131.63 |
| 4414173 | 02/27/20 | $ 367.65 | $ 0.00 | $ 367.65 |
| | | Total Previous Outstanding Balance | | $ 499.28 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434758

Dinsmore & Shohl LLP
Client Number ⬜ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.90 | $ 189.50 |

Current Amount Due This Invoice    $189.50

1

March 26, 2020
Invoice # 4434758

Dinsmore & Shohl LLP
Client Number ▯ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |
| 02/28/20 | MO | 0.20 | Update chronology to include 02-21-2020 WV Supreme Court of Appeals Memorandumm Decision affirming the Board of Review Order dated 12-21-18 affirming the ALJ Decision dated 07-06-18 reversing the claim order dated 02-14-18 and ruling that Claimant has met the threshhold for permanent total disability |
| 02/28/20 | AMS | 0.20 | Review WV Supreme Court's 2/21/2020 Memorandum Decision affirming Board of Review's 12/21/18 Order, which affirmed Administrative Law Judge's  7/6/18 Order reversing SmartCasualty's 2/14/18 Order and finding that Mr. Delbert met the 50% impairment threshhold for further consideration of a permanent total disability award. |
| 02/28/20 | AMS | 0.20 | Draft correspondence to client regarding WV Supreme Court's 2/21/2020 Memorandum Decision. |

Total Hours     0.90



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   March 26, 2020
46226 National Road                                           Invoice # 4434754
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 158.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 158.50 |
| **Total Due for Current Professional Services** | **$ 158.50** |

| | |
|---|---|
| Previous Balance Owed | $ 66.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434754

Dinsmore & Shohl LLP
Client Number ⬜ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392382 | 01/31/20 | $ 357.00 | $ 321.30 | $ 35.70 |
| 4414160 | 02/27/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| | | Total Previous Outstanding Balance | | $ 66.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434754

Dinsmore & Shohl LLP
Client Number ◊ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.70 | $ 158.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $158.50 |

1

March 26, 2020
Invoice # 4434754

Dinsmore & Shohl LLP
Client Number ⏑ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/20 | AMS | 0.50 | Prepare for Board of Review Oral Argument regarding Employer's appeal of Administrative Law Judge's 9/10/19 Order which reversed SmartCasualty's 3/20/19 Order and held claim compensable for right knee sprain. |
| 02/28/20 | MO | 0.20 | Update chronology to include 02-20-2020 Board of Review Continuance of telephone hearing from 02-20-2020 to 03-19-2020 |

Total Hours 0.70

2



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434743

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 123.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 123.50 |
| **Total Due for Current Professional Services** | **$ 123.50** |

| | |
|---|---|
| Previous Balance Owed | $ 455.96 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434743

Dinsmore & Shohl LLP
Client Number 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 264.15 | $ 29.35 |
| 4414129 | 02/27/20 | $ 426.61 | $ 0.00 | $ 426.61 |
| | | | Total Previous Outstanding Balance | $ 455.96 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434743

Dinsmore & Shohl LLP
Client Number    123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 123.50 |

Current Amount Due This Invoice          $123.50

1

March 26, 2020
Invoice # 4434743

Dinsmore & Shohl LLP
Client Number   123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | DKL | 0.10 | Receive and review transcript of final Occupational Pneumoconiosis Board Hearing. |
| 02/07/20 | MO | 0.30 | Update chronology to include 02-04-2020 Order Submitting Protest re claim order dated 01-02-19 making no additional award for permanent partial disability |
| 02/07/20 | DKL | 0.10 | Receive and review Order Submitting Protest. |

Total Hours   0.50



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     March 26, 2020
46226 National Road                                                   Invoice # 4434746
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.82
Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP --
Harrison County Coal Co.
JCN 2018021007 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 433.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 433.00 |
| **Total Due for Current Professional Services** | **$ 433.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,748.77 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434746

Dinsmore & Shohl LLP
Client Number   123837.82
**Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392366 | 01/31/20 | $ 206.50 | $ 185.85 | $ 20.65 |
| 4414136 | 02/27/20 | $ 1,728.12 | $ 0.00 | $ 1,728.12 |
| | | Total Previous Outstanding Balance | | $ 1,748.77 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434746

Dinsmore & Shohl LLP
Client Number    123837.82
**Matter: Ferguson, Frank --  6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | | ————— | |
| | Total Hours / Fees | 1.60 | $ 433.00 |
| | | | |
| | Current Amount Due This Invoice | | $433.00 |

1

March 26, 2020
Invoice # 4434746

Dinsmore & Shohl LLP
Client Number   123837.82
**Matter: Ferguson, Frank -- 6/30/2015 -- JCN 2018021007 OP -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 01-22-20 Transcript of OP Board hearing |
| 02/06/20 | MO | 0.30 | Letter to client enclosing 02-03-20 ALJ Decision |
| 02/06/20 | MO | 0.20 | Update chronology to include 02-03-20 ALJ Decision reversing claim order dated 10-29-19 and awarding Claimant 15% permanent partial disability |
| 02/06/20 | DKL | 0.20 | Receive and review transcript of final Occupational Pneumoconiosis Board Hearing. |
| 02/06/20 | DKL | 0.10 | Receive and review Decision of Administrative Law Judge reversing Claims Administrator's Order and entering award of 15%. |
| 02/07/20 | DKL | 0.10 | Letter to Ed Pauley with Administrative Law Judge Decision. |
| 02/07/20 | WER | 0.20 | Review ALJ's 2/3/20 Decision. |
| 02/20/20 | DKL | 0.10 | Receive and review Order Granting 15% from SmartCasualty. |
| 02/21/20 | MO | 0.20 | Update chronology to include 02-18-2020 SmartCasualty letter to Claimant acknowledging receipt of Order from Office of Judges granting 15% permanent partial disability |

Total Hours      1.60

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434749

Billing Attorney - William E Robinson

Client Number - 123837.83
Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ --
Harrison County Coal Co.
JCN 2017020639 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 46.50 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434749

Dinsmore & Shohl LLP
Client Number ▯ 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414143 | 02/27/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | Total Previous Outstanding Balance | | $ 46.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434749

Dinsmore & Shohl LLP
Client Number 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 31.00 |
| | Current Amount Due This Invoice | | $31.00 |

1

March 26, 2020
Invoice # 4434749

Dinsmore & Shohl LLP
Client Number ⬚ 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | MO | 0.20 | Update chronology to include 02-26-2020 Order to Show Cause re: claim order dated 09-03-19 awarding permanent partial disability |

| | Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434751

Billing Attorney - William E Robinson

Client Number - 123837.84
Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ
-- Marshall County Coal Co.
JCN 2016004423 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 87.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 87.50 |
| **Total Due for Current Professional Services** | **$ 87.50** |

| | |
|---|---|
| Previous Balance Owed | $ 135.44 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434751

Dinsmore & Shohl LLP
Client Number ☐ 123837.84
**Matter: Fitzwater, Carey -- 8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392374 | 01/31/20 | $ 194.43 | $ 174.99 | $ 19.44 |
| 4414148 | 02/27/20 | $ 116.00 | $ 0.00 | $ 116.00 |
| | | Total Previous Outstanding Balance | | $ 135.44 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434751

Dinsmore & Shohl LLP
Client Number  123837.84
**Matter: Fitzwater, Carey --  8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.50 | $ 87.50 |

Current Amount Due This Invoice         $87.50

1

March 26, 2020
Invoice # 4434751

Dinsmore & Shohl LLP
Client Number  123837.84
**Matter: Fitzwater, Carey --  8/11/2015 -- JCN 2016004423 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 01-22-20 Transcript of OP Board hearing |
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

Total Hours      0.50

2



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                March 26, 2020
46226 National Road                                           Invoice # 4434756
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.85
Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074
OP -- Marshall County Coal Co.
JCN 2018003074 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 144.74 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434756

Dinsmore & Shohl LLP
Client Number �022 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392388 | 01/31/20 | $ 290.43 | $ 261.39 | $ 29.04 |
| 4414166 | 02/27/20 | $ 115.70 | $ 0.00 | $ 115.70 |
| | | Total Previous Outstanding Balance | | $ 144.74 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434756

Dinsmore & Shohl LLP
Client Number  123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

March 26, 2020
Invoice # 4434756

Dinsmore & Shohl LLP
Client Number ▯ 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434792

Billing Attorney - William E Robinson

Client Number - 123837.88
Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ -
Marion County Coal Co.
JCN 2019011549 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

| | |
|---|---|
| Previous Balance Owed | $ 575.94 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434792

Dinsmore & Shohl LLP
Client Number ▯ 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392447 | 01/31/20 | $ 309.45 | $ 278.51 | $ 30.94 |
| 4414281 | 02/27/20 | $ 545.00 | $ 0.00 | $ 545.00 |
| | | Total Previous Outstanding Balance | | $ 575.94 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434792

Dinsmore & Shohl LLP
Client Number ⫞ 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 82.00 |
| | Current Amount Due This Invoice | | $82.00 |

1

March 26, 2020
Invoice # 4434792

Dinsmore & Shohl LLP
Client Number ▯ 123837.88
**Matter: Gearde, David - 11/19/2018 - JCN 2019011549 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | MO | 0.20 | Update chronology to include the 02-24-2020 Office of Judges Order affirming by Rule the claim order dated 03-12-19 awarding no permanent partial disability |
| 02/28/20 | AMS | 0.10 | Review Administrative Law Judge's 2/24/2020 Decision affirming by Rule SmartCasualty's 3/12/19 Order granting no permanent partial disability award. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 2/24/2020 Order. |

Total Hours    0.40



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA [] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                             Invoice # 4434795
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730
ODHL - Harrison County Coal Co.
JCN 2019024730 ODHL

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 519.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 519.00 |
| **Total Due for Current Professional Services** | **$ 519.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 195.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434795

Dinsmore & Shohl LLP
Client Number ▯ 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392453 | 01/31/20 | $ 420.50 | $ 378.45 | $ 42.05 |
| 4414290 | 02/27/20 | $ 153.00 | $ 0.00 | $ 153.00 |
| | | | Total Previous Outstanding Balance | $ 195.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434795

Dinsmore & Shohl LLP
Client Number �ically 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 2.20 | |
| Total Hours / Fees | | 2.80 | $ 519.00 |

Current Amount Due This Invoice          $519.00

1

March 26, 2020
Invoice # 4434795

Dinsmore & Shohl LLP
Client Number ⊔ 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.30 | Prepare medical records request to WVU and University Health Associates |
| 02/03/20 | AMS | 0.20 | Finalize Initial Litigation Evaluation. |
| 02/03/20 | WER | 0.10 | Review and analyze Initial Case Evaluation. |
| 02/06/20 | MO | 0.20 | Update chronology to include 01-28-20 Claimant's evidence re: claim order dated 08-29-19 awarding 4.4% permanent partial disability |
| 02/06/20 | AMS | 0.10 | Review evidence and Closing Argument filed by Claimant in support of his protest to SmartCasualty's 8/29/19 Order granting 4.4% permanent partial disability award. |
| 02/11/20 | MO | 1.50 | Update chronology from review of new  WVU medical records |
| 02/11/20 | MO | 0.20 | Telephone call to Morgantown ENT re whether Claimant followed up with Dr. Wetmore; has appointment with Dr. Wilkinson in March |
| 02/11/20 | AMS | 0.20 | Review Updated Medical from WVU Medicine. |

Total Hours     2.80



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                                Invoice # 4434800
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.91
Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ -
Harrison County Coal Co.
JCN 2017018624 INJ

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 164.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 164.00 |
| **Total Due for Current Professional Services** | **$ 164.00** |

Previous Balance Owed                                                $ 116.75
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434800

Dinsmore & Shohl LLP
Client Number ⬜ 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414298 | 02/27/20 | $ 116.75 | $ 0.00 | $ 116.75 |
| | | Total Previous Outstanding Balance | | $ 116.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434800

Dinsmore & Shohl LLP
Client Number ☐ 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 164.00 |
| | Current Amount Due This Invoice | | $164.00 |

1

March 26, 2020
Invoice # 4434800

Dinsmore & Shohl LLP
Client Number ▯ 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02-11-20 Order granting Motion to lift bankruptcy court stay |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/2020 Order granting Murray's Motion to lift Stay and draft correspondence to client regarding the same. |
| 02/28/20 | MO | 0.20 | Update chronology to include 02-21-2020 WV Supreme Court of Appeals Memorandum Decision affirming the Board of Review Order dated 12-03-18 affirming the ALJ Decision dated 06-22-18 reversing the claim orders dated 12-27-17 and 01-30-18 |
| 02/28/20 | AMS | 0.20 | Review WV Supreme Court's 2/21/2020 Order affirming Board of Review's 12/3/18 Order, which affirmed the Administrative Law Judge's 6/22/18 Order, reversing SmartCasualty's 12/27/17 Order denying secondary conditions, and 1/30/18 Order denying treatment. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding WV Supreme Court's 2/21/2020 Memorandum Decision. |

Total Hours    0.80

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434803

Billing Attorney - William E Robinson

Client Number - 123837.92
Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ -
Ohio County Coal Co.
JCN 2019018684 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 72.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 72.00 |
| **Total Due for Current Professional Services** | **$ 72.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,454.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434803

Dinsmore & Shohl LLP
Client Number ⁃ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392471 | 01/31/20 | $ 3,196.50 | $ 2,876.85 | $ 319.65 |
| 4414307 | 02/27/20 | $ 1,135.15 | $ 0.00 | $ 1,135.15 |
| | | Total Previous Outstanding Balance | | $ 1,454.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434803

Dinsmore & Shohl LLP
Client Number ▯ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.40 | $ 72.00 |

Current Amount Due This Invoice        $72.00

1

March 26, 2020
Invoice # 4434803

Dinsmore & Shohl LLP
Client Number 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | AMS | 0.10 | Review Office of Judges' 1/24/2020 Order denying Motion to Compel Claimant to sign medical authorization. |
| 02/10/20 | MO | 0.30 | Update chronology to include 02-06-2020 Order submitting protest at expirationo of time framce re: claim order 10-14-19 |

Total Hours    0.40

2

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434807

Billing Attorney - William E Robinson

Client Number - 123837.95
Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP -
Marshall County Coal Co.
JCN 2017022385 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 157.21 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434807

Dinsmore & Shohl LLP
Client Number ⯀ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392482 | 01/31/20 | $ 384.10 | $ 345.69 | $ 38.41 |
| 4414316 | 02/27/20 | $ 118.80 | $ 0.00 | $ 118.80 |
| | | Total Previous Outstanding Balance | | $ 157.21 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434807

Dinsmore & Shohl LLP
Client Number ⏐ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

1

March 26, 2020
Invoice # 4434807

Dinsmore & Shohl LLP
Client Number ⧠ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | DKL | 0.20 | Review and analyze evidence submitted by Claimant in support of protest. |
| | Total Hours | 0.20 | |



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434809
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 596.00 |
| Attorney Costs | $ 25.65 |
| Current Total Due for Professional Services | $ 621.65 |
| **Total Due for Current Professional Services** | **$ 621.65** |

Previous Balance Owed                                              $ 1,325.37
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434809

Dinsmore & Shohl LLP
Client Number 〇 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392486 | 01/31/20 | $ 5,868.66 | $ 5,281.79 | $ 586.87 |
| 4414319 | 02/27/20 | $ 738.50 | $ 0.00 | $ 738.50 |
| | | | Total Previous Outstanding Balance | $ 1,325.37 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434809

Dinsmore & Shohl LLP
Client Number ⬚ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 0.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.20 | $ 596.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 25.65 | |
| Total Attorney Costs | | $25.65 |
| Current Amount Due This Invoice | | $621.65 |

1

March 26, 2020
Invoice # 4434809

Dinsmore & Shohl LLP
Client Number ☐ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/07/20 | MO | 0.20 | Update chronology to inckude 02-04-2020 Scmartcasualty letter to Claimant acknowledging Dr. Milton's 01-31-2020 request fr temporary total disability benefits |
| 02/13/20 | MO | 0.20 | Update chronology to include Claimant's 02-11-2020 request for extension of time frame re: claim order dated 08-20-2019 awarding 2% permanent partial disability |
| 02/13/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame regarding his protest to SmartCasualty's 8/20/19 Order granting 2% permanent partial disability. |
| 02/18/20 | MO | 0.20 | Update chronology to include 02-14-20 ALJ Decision reversing claim orders dated 08-12-19, 08-13-19, 08-17-19 and 10-17-19 regarding temporary total disability benefits |
| 02/21/20 | AMS | 0.50 | Review Administrative Law Judge's 2/14/2020 Order reversing SmartCasualtys' 8/12/19, 8/13/19, 8/27/19 and 10/7/19 Orders and granting temporary total disability benefits to the Claimant for the closed period of 6/21/19 - 10/18/19 and authorizing evaluation with Dr. Abbott. |
| 02/21/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 2/14/2020 Order reversing SmartCasualtys' 8/12/19, 8/13/19, 8/27/19 and 10/7/19 Orders and granting temporary total disability benefits to the Claimant for the closed period of 6/21/19 - 10/18/19 and authorizing evaluation with Dr. Abbott. |
| 02/21/20 | WER | 0.10 | Review ALJ‖s 2/14/20 Order and related correspondence. |
| 02/24/20 | MO | 0.30 | Prepare Notice of Appeal to Board of Review re ALJ Decision 02-14-2020 reversing claim orders dated 08-12-19, 08-13-19, 08-27-19, and 10-07-19 |
| 02/25/20 | WER | 0.40 | Review and analyze Petition for Appeal and related documents. |

Total Hours    2.20



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                         March 26, 2020
46226 National Road                                                   Invoice # 4434814
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.101
Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752
OP - Murray American Energy
JCN 2019017752 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 91.30 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434814

Dinsmore & Shohl LLP
Client Number ⬜ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392503 | 01/31/20 | $ 913.00 | $ 821.70 | $ 91.30 |
| | | | Total Previous Outstanding Balance | $ 91.30 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434814

Dinsmore & Shohl LLP
Client Number  123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 46.50 |

Current Amount Due This Invoice   $46.50

1

March 26, 2020
Invoice # 4434814

Dinsmore & Shohl LLP
Client Number ⬧ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.30 | Update chronology to include 01-30-20 Order Submitting Protest. |

|  | Total Hours | 0.30 |  |



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                Invoice # 4434842
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.102
Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio
County Coal Co.
JCN 2019016626 OP

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 269.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 269.50 |
| **Total Due for Current Professional Services** | **$ 269.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 301.95 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434842

Dinsmore & Shohl LLP
Client Number ⬚ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392556 | 01/31/20 | $ 794.50 | $ 715.05 | $ 79.45 |
| 4414370 | 02/27/20 | $ 222.50 | $ 0.00 | $ 222.50 |
| | | | Total Previous Outstanding Balance | $ 301.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434842

Dinsmore & Shohl LLP
Client Number ⬜ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| | Total Hours / Fees | 0.70 | $ 269.50 |

Current Amount Due This Invoice        $269.50

1

March 26, 2020
Invoice # 4434842

Dinsmore & Shohl LLP
Client Number ⬜ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | DKL | 0.70 | Outline hearing questions; review all submitted evidence regarding upcoming final Occupational Pneumoconiosis Board Hearing; note re-tort diffusion study. |

| | | |
|--|--|--|
| Total Hours | 0.70 | |

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434844

Billing Attorney - William E Robinson

Client Number - 123837.103
Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP -
Marshall County Coal. Co.
JCN 2017014996 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

| | |
|---|---|
| Previous Balance Owed | $ 192.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434844

Dinsmore & Shohl LLP
Client Number ⏀ 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414372 | 02/27/20 | $ 192.50 | $ 0.00 | $ 192.50 |
| | | Total Previous Outstanding Balance | | $ 192.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434844

Dinsmore & Shohl LLP
Client Number ▯ 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.70 | $ 200.50 |
| | Current Amount Due This Invoice | | $200.50 |

1

March 26, 2020
Invoice # 4434844

Dinsmore & Shohl LLP
Client Number ⬝ 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.30 | Update chronology to include 02-03-20 Notice of OP Board Hearing. |
| 02/06/20 | DKL | 0.10 | Review notice of Occupational Pneumoconiosis Board Hearing. |
| 02/10/20 | DKL | 0.30 | Review medical evidence and prior hearing transcript in preparation for Final Occupational Pneumoconiosis Board Hearing. |

Total Hours      0.70

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  March 26, 2020
46226 National Road                                             Invoice # 4434846
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.104
Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP -
Marion County Coal Co.
JCN 2019005830 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 277.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 277.50 |
| **Total Due for Current Professional Services** | **$ 277.50** |

| | |
|---|---|
| Previous Balance Owed | $ 208.56 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434846

Dinsmore & Shohl LLP
Client Number ▯ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392559 | 01/31/20 | $ 570.60 | $ 513.54 | $ 57.06 |
| 4414375 | 02/27/20 | $ 151.50 | $ 0.00 | $ 151.50 |
| | | Total Previous Outstanding Balance | | $ 208.56 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434846

Dinsmore & Shohl LLP
Client Number ⬜ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.90 | $ 277.50 |

Current Amount Due This Invoice          $277.50

1

March 26, 2020
Invoice # 4434846

Dinsmore & Shohl LLP
Client Number ▯ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.30 | Update chronology to include 02-03-20 Notice of OP Board Hearing. |
| 02/06/20 | DKL | 0.10 | Review notice of Occupational Pneumoconiosis Board Hearing. |
| 02/10/20 | DKL | 0.50 | Review medical evidence in preparation for Final Occupational Pneumoconiosis Board Hearing. |

Total Hours    0.90

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.  
46226 National Road  
St. Clairsville OH 43950  

March 26, 2020  
Invoice # 4434850

Billing Attorney - William E Robinson

Client Number - 123837.105  
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ -  
Marion County Coal Co.  
JCN 2019001358 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,801.50 |
| Attorney Costs | $ 25.20 |
| Current Total Due for Professional Services | $ 1,826.70 |
| **Total Due for Current Professional Services** | **$ 1,826.70** |

| | |
|---|---:|
| Previous Balance Owed | $ 838.84 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP  
PO Box 639038  
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank  
Account Name: Dinsmore and Shohl LLP  
ABA Number: 042000314     Swift Code: FTBCUS3C  
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434850

Dinsmore & Shohl LLP
Client Number    123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392567 | 01/31/20 | $ 1,196.88 | $ 1,077.19 | $ 119.69 |
| 4414379 | 02/27/20 | $ 719.15 | $ 0.00 | $ 719.15 |
| | | Total Previous Outstanding Balance | | $ 838.84 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434850

Dinsmore & Shohl LLP
Client Number   123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.80 | |
| | Partner | | |
| Aimee M Stern | | 3.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.30 | $ 1,801.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 25.20 | |
| | Total Attorney Costs | $25.20 |
| | Current Amount Due This Invoice | $1,826.70 |

1

March 26, 2020
Invoice # 4434850

Dinsmore & Shohl LLP
Client Number   123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/05/20 | AMS | 0.50 | Identify evidence to file in support of 10/30/19 Orders. |
| 02/06/20 | MO | 0.50 | Update chronology to include 02/06/20 Employer's Evidence. |
| 02/06/20 | AMS | 1.00 | Continue identifying evidence to file in support of 10/30/19 Order. |
| 02/06/20 | AMS | 0.50 | Draft Closing Argument in support of 10/30/19 Order. |
| 02/06/20 | WER | 0.40 | Review and analyze Employer s Evidence regarding 10/30/19 Order. |
| 02/10/20 | MO | 0.50 | Update chronology to include summary of expert's supplemental report dated 02/08/20. |
| 02/11/20 | MO | 0.40 | Prepare Employer's additional evidence submission regarding Claim Order dated 10/30/19. |
| 02/11/20 | MO | 0.30 | Update chronology to include Employer's 02/11/20 additional evidence submission regarding Claim Order dated 10/30/19. |
| 02/11/20 | AMS | 0.20 | Review expert's 02/08/20 supplemental report. |
| 02/11/20 | AMS | 1.00 | Finish drafting Closing Argument in support of 10/30/19 Order. |
| 02/11/20 | WER | 0.20 | Review Employer's Evidence in support of 10/30/19 Order. |
| 02/12/20 | MO | 0.30 | Compare Closing Argument to evidence submitted. |
| 02/12/20 | MO | 0.20 | Update chronology to include 02/12/20 Closing Argument. |
| 02/12/20 | AMS | 0.50 | Finish drafting Closing Argument in support of 10/30/19 Order. |
| 02/12/20 | WER | 0.20 | Review and analyze Employer's Closing Argument. |
| 02/13/20 | MO | 0.20 | Update chronology to include 02/11/20 Claimant's Motion for Extension of Time Frame. |
| 02/13/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame. |
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 02/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 02/11/20 Order Granting Motion to Lift Stay and draft correspondence to client regarding the same. |

Total Hours    7.30

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                    Invoice # 4434852
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.106
Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230
INJ - Marion County Coal Co.
JCN 2017021230 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,700.50 |
| Attorney Costs | $ 53.85 |
| Current Total Due for Professional Services | $ 1,754.35 |
| **Total Due for Current Professional Services** | **$ 1,754.35** |

| | |
|---|---:|
| Previous Balance Owed | $ 323.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434852

Dinsmore & Shohl LLP
Client Number   123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392570 | 01/31/20 | $ 432.00 | $ 388.80 | $ 43.20 |
| 4414380 | 02/27/20 | $ 280.50 | $ 0.00 | $ 280.50 |
| | | Total Previous Outstanding Balance | | $ 323.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434852

Dinsmore & Shohl LLP
Client Number   123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 1.20 | |
| | Partner | | |
| Aimee M Stern | | 1.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.10 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 7.10 | $ 1,700.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 53.85 | |
| | Total Attorney Costs | $53.85 |
| | Current Amount Due This Invoice | $1,754.35 |

1

March 26, 2020
Invoice # 4434852

Dinsmore & Shohl LLP
Client Number    123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.20 | Update chronology to include 1/24/20 Board of Review Order. |
| 02/04/20 | AMS | 0.10 | Review Board of Review's 1/24/20 Order. |
| 02/04/20 | AMS | 0.20 | Draft correspondence to clients regarding Board of Review's 1/24/20 Order. |
| 02/04/20 | WER | 0.10 | Review 1/24/20 Order. |
| 02/13/20 | MO | 0.60 | Locate all exhibits to file with WV Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.70 | Prepare appendix with exhibit labels to file with Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.50 | Review and edit Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.30 | Prepare Table of Contents for Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.30 | Prepare Table of Points and Authorities for Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.50 | Prepare Docketing Statement for filing Supreme Court Petition for Appeal. |
| 02/13/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk for filing Petition for Appeal and Appendix of Exhibits. |
| 02/13/20 | AMS | 0.60 | Draft Petition for Appeal to WV Supreme Court regarding Board of Review's 1/24/20 Order. |
| 02/14/20 | AMS | 0.90 | Finish drafting Petition to Supreme Court regarding Board of Review's 1/24/20 Order. |
| 02/19/20 | WER | 0.50 | Review and analyze Supreme Court Petition for Appeal. |
| 02/20/20 | WER | 0.60 | Review and analyze Supreme Court Petition for Appeal and Appendix of Exhibits. |
| 02/21/20 | MO | 0.50 | Update chronology to include Petition for Appeal and Appendix. |
| 02/26/20 | MO | 0.20 | Update chronology to include 2/21/20 Statutory Notice of Filing Petition for Appeal. |

Total Hours    7.10

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434856

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 768.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434856

Dinsmore & Shohl LLP
Client Number    123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392578 | 01/31/20 | $ 1,302.80 | $ 1,172.52 | $ 130.28 |
| 4414386 | 02/27/20 | $ 638.50 | $ 0.00 | $ 638.50 |
| | | Total Previous Outstanding Balance | | $ 768.78 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434856

Dinsmore & Shohl LLP
Client Number   123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

March 26, 2020
Invoice # 4434856

Dinsmore & Shohl LLP
Client Number    123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/03/20 | MO | 0.20 | Update chronology to include 1/31/20 Order granting late extension of Time Frame. |
| 02/03/20 | AMS | 0.10 | Review Office of Judges' 1/31/20 Order granting Claimant's late Motion to Extend Time Frame. |

Total Hours    0.30

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434854

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 474.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 474.00 |
| **Total Due for Current Professional Services** | **$ 474.00** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 2,097.33 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434854

Dinsmore & Shohl LLP
Client Number   123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392575 | 01/31/20 | $ 3,204.35 | $ 2,883.92 | $ 320.43 |
| 4414383 | 02/27/20 | $ 1,776.90 | $ 0.00 | $ 1,776.90 |
| | | Total Previous Outstanding Balance | | $ 2,097.33 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434854

Dinsmore & Shohl LLP
Client Number    123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.80 | $ 474.00 |
| | Current Amount Due This Invoice | | $474.00 |

1

March 26, 2020
Invoice # 4434854

Dinsmore & Shohl LLP
Client Number    123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.20 | Update chronology to include 1/23/20 Order. |
| 02/04/20 | AMS | 0.10 | Review Office of Judge's 1/23/20 Order. |
| 02/04/20 | AMS | 0.10 | Draft correspondence to client regarding Office of Judge's 1/23/20 Order. |
| 02/04/20 | WER | 0.10 | Review ALJ's 1/23/20 Order. |
| 02/18/20 | MO | 0.20 | Update chronology to include 2/12/20 ALJ Decision. |
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order granting Murray's Motion to Lift Stay and draft correspondence to client regarding the same. |
| 02/20/20 | AMS | 0.30 | Review Administrative Law Judge's 2/12/20 Order. |
| 02/20/20 | AMS | 0.30 | Draft correspondence to client regarding Administrative Law Judge's 2/12/20 Order. |
| 02/21/20 | WER | 0.20 | Review ALJ s 2/12/20 and 2/13/20 Orders and related correspondence. |

Total Hours    1.80

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434848

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 652.15

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434848

Dinsmore & Shohl LLP
Client Number    123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392561 | 01/31/20 | $ 1,832.50 | $ 1,649.25 | $ 183.25 |
| 4414376 | 02/27/20 | $ 468.90 | $ 0.00 | $ 468.90 |
| | | Total Previous Outstanding Balance | | $ 652.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434848

Dinsmore & Shohl LLP
Client Number   123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Invoice # 4434848

Dinsmore & Shohl LLP
Client Number   123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include 2/14/20 Claimant's Motion to Extend Time Frame. |
| 02/21/20 | AMS | 0.10 | Review Claimant's 2/14/20 Motion to Extend Time Frame. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.30 | |

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

---

Murray Energy Corporation, et al.                                       March 26, 2020
46226 National Road                                                  Invoice # 4434840
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.121
Matter: Moodie, Sean -- 9/18/2018 --        JCN 2019006525
INJ -- Ohio County Coal Co.
JCN 2019006525 INJ

---

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 231.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 231.50 |
| **Total Due for Current Professional Services** | **$ 231.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 134.35 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

---

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

---

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434840

Dinsmore & Shohl LLP
Client Number ⬜ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392550 | 01/31/20 | $ 110.00 | $ 99.00 | $ 11.00 |
| 4414369 | 02/27/20 | $ 123.35 | $ 0.00 | $ 123.35 |
| | | Total Previous Outstanding Balance | | $ 134.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434840

Dinsmore & Shohl LLP
Client Number ⬜ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 231.50 |

Current Amount Due This Invoice                $231.50

1

March 26, 2020
Invoice # 4434840

Dinsmore & Shohl LLP
Client Number ⬛ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | AMS | 0.20 | Review IME report and 1/28/20 Order. |
| 02/06/20 | MO | 0.20 | Update chronology to include 1/28/20 Order. |
| 02/06/20 | MO | 0.60 | Update chronology to include 1/10/20 IME report. |
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order Granting Motion to Lift Stay and draft correspondence to client regarding the same. |

Total Hours    1.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                           March 26, 2020
46226 National Road                                    Invoice # 4434837
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.122
Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ --
Ohio County Coal Co.
JCN 2018023959 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 132.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 132.50 |
| **Total Due for Current Professional Services** | **$ 132.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 200.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434837

Dinsmore & Shohl LLP
Client Number □ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392547 | 01/31/20 | $ 490.00 | $ 441.00 | $ 49.00 |
| 4414367 | 02/27/20 | $ 151.50 | $ 0.00 | $ 151.50 |
|  |  | Total Previous Outstanding Balance | | $ 200.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434837

Dinsmore & Shohl LLP
Client Number ▯ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 132.50 |
| | Current Amount Due This Invoice | | $132.50 |

1

March 26, 2020
Invoice # 4434837

Dinsmore & Shohl LLP
Client Number ‖ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | MO | 0.20 | Update chronology to include 2/26/20 Board of Review Order. |
| 02/28/20 | AMS | 0.10 | Review Board of Review's 2/26/20 Order. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 2/26/20 Order. |
| 02/28/20 | WER | 0.10 | Review and analyze Board of Review's 2/26/20 Decision. |

Total Hours    0.50



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                  Invoice # 4434835
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

**Remittance Advice**

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 612.00 |
| Attorney Costs | $ 6.75 |
| Current Total Due for Professional Services | $ 618.75 |
| **Total Due for Current Professional Services** | **$ 618.75** |

| | |
|---|---:|
| Previous Balance Owed | $ 739.00 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434835

Dinsmore & Shohl LLP
Client Number ⬜ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392544 | 01/31/20 | $ 300.00 | $ 270.00 | $ 30.00 |
| 4414363 | 02/27/20 | $ 709.00 | $ 0.00 | $ 709.00 |
| | | Total Previous Outstanding Balance | | $ 739.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434835

Dinsmore & Shohl LLP
Client Number ‖ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 1.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.40 | $ 612.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.75 | |
| | Total Attorney Costs | $6.75 |
| | Current Amount Due This Invoice | $618.75 |

1

March 26, 2020
Invoice # 4434835

Dinsmore & Shohl LLP
Client Number ▯ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/21/20 | AMS | 0.20 | Identify evidence to file in response to Administrative Law Judge's 1/7/20 acknowledgment of Petition for Attorney's Fees. |
| 02/26/20 | AMS | 0.30 | Finalize evidence to file in opposition to Claimant's 12/20/19 Petition for Attorney's Fees. |
| 02/26/20 | AMS | 1.10 | Draft Closing Argument in opposition to Claimant's Petition for Attorney's Fees. |
| 02/27/20 | MO | 0.50 | Update chronology to include 2/27/20 Employer's Closing Argument and evidence regarding 8/2/19 Claim Order. |
| 02/27/20 | AMS | 0.10 | Finalize Closing Argument in opposition to Claimant's Petition for Attorney's Fees. |
| 02/27/20 | WER | 0.20 | Review and analyze Employer▯s Evidence and Closing Argument regarding 8/2/19 Order. |

Total Hours    2.40

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ‖ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          March 26, 2020
46226 National Road                                                      Invoice # 4434834
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.124
Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156
INJ -- Marshall County Coal Co.
JCN 2018016156 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 335.25 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434834

Dinsmore & Shohl LLP
Client Number ▯ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392541 | 01/31/20 | $ 1,116.00 | $ 1,004.40 | $ 111.60 |
| 4414362 | 02/27/20 | $ 223.65 | $ 0.00 | $ 223.65 |
| | | Total Previous Outstanding Balance | | $ 335.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434834

Dinsmore & Shohl LLP
Client Number ⬚ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| <u>Timekeeper</u> | <u>Staff Level</u> | <u>Hours</u> | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

March 26, 2020
Invoice # 4434834

Dinsmore & Shohl LLP
Client Number ‖ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order Granting Motion to Lift Stay. |

| | Total Hours | 0.30 |
|--|-------------|------|

2



CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ⌐ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          March 26, 2020
46226 National Road                                                     Invoice # 4434832
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 947.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 947.50 |
| **Total Due for Current Professional Services** | **$ 947.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,088.78 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434832

Dinsmore & Shohl LLP
Client Number ⬜ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392538 | 01/31/20 | $ 864.85 | $ 778.37 | $ 86.48 |
| 4414360 | 02/27/20 | $ 1,002.30 | $ 0.00 | $ 1,002.30 |
| | | | Total Previous Outstanding Balance | $ 1,088.78 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434832

Dinsmore & Shohl LLP
Client Number  123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 947.50 |

Current Amount Due This Invoice          $947.50

1

March 26, 2020
Invoice # 4434832

Dinsmore & Shohl LLP
Client Number ⍰ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | DKL | 0.10 | Correspondence with claimant's counsel regarding deposition of claimant. |
| 02/18/20 | DKL | 0.60 | Review documents in evidence to prepare for deposition of claimant. |
| 02/24/20 | MO | 0.20 | Phone call to Attorney Stultz's office regarding Joint Motion to Extend Time Frame. |
| 02/24/20 | MO | 0.20 | Update chronology to include 2/20/20 Order Submitting Protest. |
| 02/24/20 | DKL | 0.10 | Review Order submitting protest with list of evidence. |
| 02/24/20 | DKL | 0.50 | Draft Joint Motion to Extend Time Frame for submission of claimant's deposition transcript. |
| 02/25/20 | DKL | 0.30 | Revise Joint Motion to Extend Time Frame. |
| 02/25/20 | DKL | 0.60 | Review evidence in file; outline questions for claimant's deposition. |
| 02/26/20 | DKL | 0.10 | Review, sign and file Stipulation regarding Joint Motion. |

Total Hours      2.70

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                               Invoice # 4434830
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,397.50 |
| Attorney Costs | $ 18.90 |
| Current Total Due for Professional Services | $ 1,416.40 |
| **Total Due for Current Professional Services** | **$ 1,416.40** |

| | |
|---|---|
| Previous Balance Owed | $ 2,141.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434830

Dinsmore & Shohl LLP
Client Number ⸗ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392532 | 01/31/20 | $ 917.00 | $ 825.30 | $ 91.70 |
| 4414356 | 02/27/20 | $ 2,049.50 | $ 0.00 | $ 2,049.50 |
| | | Total Previous Outstanding Balance | | $ 2,141.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434830

Dinsmore & Shohl LLP
Client Number ⬛ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 3.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.50 | $ 1,397.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 18.90 | |
| | Total Attorney Costs | $18.90 |
| | Current Amount Due This Invoice | $1,416.40 |

1

March 26, 2020
Invoice # 4434830

Dinsmore & Shohl LLP
Client Number 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/19/20 | AMS | 0.40 | Identify evidence to file in support of 4/2/19 Order. |
| 02/19/20 | AMS | 0.80 | Prepare for Board of Review Oral Argument. |
| 02/20/20 | AMS | 0.80 | Finish identifying evidence to file in support of 4/2/19 Order. |
| 02/20/20 | WER | 0.40 | Review and analyze Employer's Evidence regarding 4/2/19 Order. |
| 02/21/20 | MO | 0.30 | Update chronology with 2/20/20 evidence regarding Claim Order dated 4/2/19. |
| 02/21/20 | AMS | 0.10 | Identify additional evidence to file in support of 4/2/19 Order. |
| 02/24/20 | MO | 0.20 | Update chronology to include 2/24/20 additional evidence regarding Claim Order dated 4/2/19. |
| 02/27/20 | AMS | 0.70 | Draft Closing Argument in support of 4/2/19 Order. |
| 02/28/20 | MO | 0.20 | Update chronology to include 2/20/20 Board of Review Continuance of telephone hearing. |
| 02/28/20 | MO | 0.20 | Update chronology to include 2/25/20 Board of Review Order. |
| 02/28/20 | MO | 0.20 | Update chronology to include 2/21/20 Board of Review Order. |
| 02/28/20 | MO | 0.20 | Update chronology to include Employer's 2/28/20 Closing Argument. |
| 02/28/20 | AMS | 0.70 | Finish drafting Closing Argument in support of 4/2/19 Order. |
| 02/28/20 | AMS | 0.10 | Review Board of Review's 2/25/20 Order. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 2/25/20 Order. |
| 02/28/20 | WER | 0.10 | Review and analyze Employer's Closing Argument. |

Total Hours     5.50

2

# Dinsmôre

CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434828

Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 146.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 146.50 |
| **Total Due for Current Professional Services** | **$ 146.50** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 654.06 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434828

Dinsmore & Shohl LLP
Client Number ‎ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392523 | 01/31/20 | $ 2,274.50 | $ 2,047.05 | $ 227.45 |
| 4414354 | 02/27/20 | $ 426.61 | $ 0.00 | $ 426.61 |
| | | Total Previous Outstanding Balance | | $ 654.06 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434828

Dinsmore & Shohl LLP
Client Number ⬚ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 146.50 |
| | Current Amount Due This Invoice | | $146.50 |

1

March 26, 2020
Invoice # 4434828

Dinsmore & Shohl LLP
Client Number ⏿ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 1/22/20 Transcript of OP Board hearing. |
| 02/06/20 | DKL | 0.20 | Review transcript of final Occupational Pneumoconiosis Board Hearing. |
| 02/07/20 | DKL | 0.10 | Review corrected transcript of Initial Hearing. |

Total Hours     0.50

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

---

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                  Invoice # 4434826
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.132
Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ
-- Marshall County Coal Co.
JCN 2013002855 INJ

---

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 138.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 138.50 |
| **Total Due for Current Professional Services** | **$ 138.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,291.41 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

---

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

---

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434826

Dinsmore & Shohl LLP
Client Number ▯ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409085 | 01/31/20 | $ 47.65 | $ 42.89 | $ 4.76 |
| 4414352 | 02/27/20 | $ 1,286.65 | $ 0.00 | $ 1,286.65 |
| | | | Total Previous Outstanding Balance | $ 1,291.41 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434826

Dinsmore & Shohl LLP
Client Number 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 138.50 |

Current Amount Due This Invoice          $138.50

1

March 26, 2020
Invoice # 4434826

Dinsmore & Shohl LLP
Client Number 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order Granting Motion to Lift Stay and draft correspondence to client regarding the same. |
| 02/28/20 | MO | 0.20 | Update chronology to include 2/21/20 WV Supreme Court of Appeals Memorandum Decision. |
| 02/28/20 | AMS | 0.10 | Review WV Supreme Court's 2/21/20 Order. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding WV Supreme Court's 2/21/20 Order. |

Total Hours    0.70

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                     March 26, 2020
46226 National Road                                              Invoice # 4434824
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.133
Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP
-- Ohio County Coal Co.
JCN 2019011703 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 579.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 579.50 |
| **Total Due for Current Professional Services** | **$ 579.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 3.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434824

Dinsmore & Shohl LLP
Client Number 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392522 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | | Total Previous Outstanding Balance | $ 3.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434824

Dinsmore & Shohl LLP
Client Number ☐ 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.70 | |
| Mary R. Ontko | Paralegal | 2.00 | |
| Total Hours / Fees | | 2.70 | $ 579.50 |

Current Amount Due This Invoice          $579.50

1

March 26, 2020
Invoice # 4434824

Dinsmore & Shohl LLP
Client Number ‖ 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/20 | MO | 0.90 | Review claim file and black lung file for documents to submit as evidence per claim order dated 05-29-19 |
| 02/19/20 | MO | 0.30 | Prepare Motion for Final Occupational Pneumoconiosis Board hearing. |
| 02/19/20 | MO | 0.80 | Prepare Employer evidence submission. |
| 02/24/20 | DKL | 0.70 | Review and analyze evidence for submission with request for Final Occupational Pneumoconiosis Board Hearing. |

Total Hours    2.70

# Dinsmôre

CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434821

Billing Attorney - William E Robinson

Client Number - 123837.136
Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP --
Monongalia County Coal Co.
JCN 2019021913 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 166.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 166.50 |
| **Total Due for Current Professional Services** | **$ 166.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 162.19 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434821

Dinsmore & Shohl LLP
Client Number ▯ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392515 | 01/31/20 | $ 771.95 | $ 694.76 | $ 77.19 |
| 4414345 | 02/27/20 | $ 85.00 | $ 0.00 | $ 85.00 |
| | | Total Previous Outstanding Balance | | $ 162.19 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434821

Dinsmore & Shohl LLP
Client Number ▯ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 0.70 | $ 166.50 |
| | Current Amount Due This Invoice | | $166.50 |

1

March 26, 2020
Invoice # 4434821

Dinsmore & Shohl LLP
Client Number ⬛ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/26/20 | MO | 0.20 | Update chronology to include 2/21/20 ALJ Decision. |
| 02/26/20 | MO | 0.30 | Prepare letter to client with ALJ Decision. |
| 02/26/20 | DKL | 0.10 | Letter to Ed Pauley with Administrative Law Judge Decision. |
| 02/26/20 | WER | 0.10 | Review and analyze ALJ's 2/21/20 Decision. |

Total Hours    0.70

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434819

Billing Attorney - William E Robinson

Client Number - 123837.137
Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ --
Harrison County Coal Co.
JCN 2019000919 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 158.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 158.00 |
| **Total Due for Current Professional Services** | **$ 158.00** |

| | |
|---|---|
| Previous Balance Owed | $ 193.25 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434819

Dinsmore & Shohl LLP
Client Number  123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392511 | 01/31/20 | $ 1,302.50 | $ 1,171.25 | $ 131.25 |
| 4414343 | 02/27/20 | $ 62.00 | $ 0.00 | $ 62.00 |
| | | | Total Previous Outstanding Balance | $ 193.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434819

Dinsmore & Shohl LLP
Client Number ▯ 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.10 |
| | Partner | |
| Aimee M Stern | | 0.30 |
| | Of Counsel | |
| Mary R. Ontko | | 0.20 |
| | Paralegal | |
| Total Hours / Fees | | 0.60 | $ 158.00 |

Current Amount Due This Invoice          $158.00

1

March 26, 2020
Invoice # 4434819

Dinsmore & Shohl LLP
Client Number ⬡ 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.20 | Update chronology to include 1/29/20 ALJ Decision. |
| 02/04/20 | AMS | 0.20 | Review Administrative Law Judge's 1/29/20 Order. |
| 02/04/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 1/29/20 Order. |
| 02/04/20 | WER | 0.10 | Review ALJ's 1/29/20 Order. |

Total Hours    0.60

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434817

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 500.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434817

Dinsmore & Shohl LLP
Client Number ⏐ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392507 | 01/31/20 | $ 583.50 | $ 525.15 | $ 58.35 |
| 4414340 | 02/27/20 | $ 442.50 | $ 0.00 | $ 442.50 |
| | | Total Previous Outstanding Balance | | $ 500.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434817

Dinsmore & Shohl LLP
Client Number ⌷ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice        $31.00

1

March 26, 2020
Invoice # 4434817

Dinsmore & Shohl LLP
Client Number ☐ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | MO | 0.20 | Update chronology to include 2/20/20 Board of Review Continuance of telephone hearing. |
| | Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434815

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 311.30 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434815

Dinsmore & Shohl LLP
Client Number ☐ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392505 | 01/31/20 | $ 1,563.00 | $ 1,406.70 | $ 156.30 |
| 4414338 | 02/27/20 | $ 155.00 | $ 0.00 | $ 155.00 |
| | | Total Previous Outstanding Balance | | $ 311.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434815

Dinsmore & Shohl LLP
Client Number ☐ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

March 26, 2020
Invoice # 4434815

Dinsmore & Shohl LLP
Client Number◊ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | MO | 0.20 | Update chronology to include Claimant's 2/11/20 Motio for Extension of Time Frame. |
| 02/13/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame. |

| | Total Hours | 0.30 |
|---|---|---|

2

# Dinsmôre

CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434813

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 899.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434813

Dinsmore & Shohl LLP
Client Number  123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 390.60 | $ 43.40 |
| 4414332 | 02/27/20 | $ 855.65 | $ 0.00 | $ 855.65 |
| | | Total Previous Outstanding Balance | | $ 899.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434813

Dinsmore & Shohl LLP
Client Number ⬚ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice        $56.50

1

March 26, 2020
Invoice # 4434813

Dinsmore & Shohl LLP
Client Number ▯ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order Granting Motion to Lift Stay. |

| | Total Hours | 0.30 |
|--|-------------|------|

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434806

Billing Attorney - William E Robinson

Client Number - 123837.143
Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP --
Ohio County Coal Co.
JCN 2019000831 OP

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 277.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 277.50 |
| **Total Due for Current Professional Services** | **$ 277.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 49.82 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314       Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434806

Dinsmore & Shohl LLP
Client Number ⬭ 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392481 | 01/31/20 | $ 498.20 | $ 448.38 | $ 49.82 |
| | | Total Previous Outstanding Balance | | $ 49.82 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434806

Dinsmore & Shohl LLP
Client Number ⬜ 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.90 | $ 277.50 |

Current Amount Due This Invoice   $277.50

1

March 26, 2020
Invoice # 4434806

Dinsmore & Shohl LLP
Client Number 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.30 | Update chronology to include 2/3/20 Notice of OP Board Hearing. |
| 02/06/20 | DKL | 0.10 | Review notice of Occupational Pneumoconiosis Board Hearing. |
| 02/06/20 | DKL | 0.50 | Review medical evidence and prepare for Occupational Pneumoconiosis Board Hearing. |

Total Hours    0.90

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434805

Billing Attorney - William E Robinson

Client Number - 123837.144
Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP --
Marshall County Coal Co.
JCN 2013017054 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---|
| Previous Balance Owed | $ 1,620.59 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434805

Dinsmore & Shohl LLP
Client Number ▯ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392475 | 01/31/20 | $ 309.78 | $ 278.80 | $ 30.98 |
| 4414311 | 02/27/20 | $ 1,589.61 | $ 0.00 | $ 1,589.61 |
| | | Total Previous Outstanding Balance | | $ 1,620.59 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434805

Dinsmore & Shohl LLP
Client Number ⏐ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

March 26, 2020
Invoice # 4434805

Dinsmore & Shohl LLP
Client Number ⬚ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 1/22/20 transcript of OP Board Hearing. |
| 02/06/20 | DKL | 0.10 | Review transcript of final Occupational Pneumoconiosis Board Hearing. |

| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                             Invoice # 4434802
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.145
Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ --
Ohio County Coal Co.
JCN 2016017902 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 118.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 118.50 |
| **Total Due for Current Professional Services** | **$ 118.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 39.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434802

Dinsmore & Shohl LLP
Client Number ▯ 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392465 | 01/31/20 | $ 81.00 | $ 72.90 | $ 8.10 |
| 4414303 | 02/27/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| | | | Total Previous Outstanding Balance | $ 39.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434802

Dinsmore & Shohl LLP
Client Number  123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.70 | $ 118.50 |

Current Amount Due This Invoice              $118.50

1

March 26, 2020
Invoice # 4434802

Dinsmore & Shohl LLP
Client Number ⫠ 123837.145
**Matter: Szalay, Francis -- 1/12/2016 -- JCN 2016017902 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.40 | Update chronology to include Claimant's 1/27/20 Evidence regarding Claim Order dated 11/25/19. |
| 02/04/20 | MO | 0.20 | Update chronology to include 1/30/20 Employer Decision. |
| 02/04/20 | AMS | 0.10 | Review SmartCasualty's 1/30/2020 Order authorizing office visit and cortisone injection. |

|  | Total Hours | 0.70 |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434798

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 220.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 220.50 |
| **Total Due for Current Professional Services** | **$ 220.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 545.00 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP PO Box 639038 Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank Account Name: Dinsmore and Shohl LLP ABA Number: 042000314      Swift Code: FTBCUS3C Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434798

Dinsmore & Shohl LLP
Client Number ‖ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392460 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| 4414295 | 02/27/20 | $ 537.50 | $ 0.00 | $ 537.50 |
| | | Total Previous Outstanding Balance | | $ 545.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434798

Dinsmore & Shohl LLP
Client Number ▯ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 1.10 | $ 220.50 |
| | Current Amount Due This Invoice | | $220.50 |

1

March 26, 2020
Invoice # 4434798

Dinsmore & Shohl LLP
Client Number ☐ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.40 | Update chronology with Claimant's 1/27/20 evidence. |
| 02/04/20 | AMS | 0.40 | Review additional evidence filed by Claimant. |
| 02/10/20 | MO | 0.20 | Update chronology to include Order requiring Claimant to submit proposed findings of fact. |
| 02/10/20 | AMS | 0.10 | Review Office of Judge's 2/5/2020 Order requiring proposed findings of fact. |

Total Hours    1.10

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434794

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,476.00 |
| Attorney Costs | $ 0.90 |
| Current Total Due for Professional Services | $ 1,476.90 |
| **Total Due for Current Professional Services** | **$ 1,476.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,273.55

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434794

Dinsmore & Shohl LLP
Client Number ᴨ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392451 | 01/31/20 | $ 2,777.00 | $ 2,499.30 | $ 277.70 |
| 4414288 | 02/27/20 | $ 995.85 | $ 0.00 | $ 995.85 |
| | | | Total Previous Outstanding Balance | $ 1,273.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434794

Dinsmore & Shohl LLP
Client Number ꟷ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 4.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.20 | $ 1,476.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 0.90 |
|---|---|
| Total Attorney Costs | $0.90 |
| Current Amount Due This Invoice | $1,476.90 |

1

March 26, 2020
Invoice # 4434794

Dinsmore & Shohl LLP
Client Number ⬜ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/03/20 | MO | 0.20 | Update chronology to include 1/27/20 Order Extending Time Frame. |
| 02/11/20 | AMS | 0.60 | Continue drafting Closing Argument in support of Orders dated 9/4/19 and 10/14/19. |
| 02/12/20 | MO | 0.60 | Review Closing Argument and compare with evidence submitted for Claim Orders dated 9/4/19 and 10/14/19. |
| 02/12/20 | MO | 0.30 | Prepare Employer's additional evidence submission regarding Claim Orders dated 9/4/19 and 10/14/19. |
| 02/12/20 | AMS | 1.40 | Continue drafting Closing Argument in support of Orders dated 9/4/19 and 10/14/19. |
| 02/13/20 | MO | 0.20 | Update chronology to include 2/13/20 Closing Argument. |
| 02/13/20 | WER | 0.30 | Review and analyze Employer's Closing Argument. |
| 02/13/20 | AMS | 2.00 | Finish drafting Closing Argument in support of Orders dated 9/4/19 and 10/14/19. |
| 02/25/20 | MO | 0.50 | Update chronology to include Claimant's 2/18/20 evidence submission regarding Claim Orders. |
| 02/25/20 | AMS | 0.10 | Review evidence filed by Claimant in support of Orders dated 9/4/19, 9/13/19 and 10/14/19. |

Total Hours     6.20

2

# Dinsmore

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434793

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,160.50 |
| Attorney Costs | $ 118.35 |
| Current Total Due for Professional Services | $ 3,278.85 |
| **Total Due for Current Professional Services** | **$ 3,278.85** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,885.75 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434793

Dinsmore & Shohl LLP
Client Number 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392449 | 01/31/20 | $ 4,819.03 | $ 4,337.13 | $ 481.90 |
| 4414284 | 02/27/20 | $ 1,403.85 | $ 0.00 | $ 1,403.85 |
| | | | Total Previous Outstanding Balance | $ 1,885.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434793

Dinsmore & Shohl LLP
Client Number ‖ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 1.10 | |
| | Partner | | |
| Aimee M Stern | | 5.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 7.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 14.10 | $ 3,160.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 118.35 | |
| Total Attorney Costs | | $118.35 |
| Current Amount Due This Invoice | | $3,278.85 |

1

March 26, 2020
Invoice # 4434793

Dinsmore & Shohl LLP
Client Number 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/04/20 | MO | 0.20 | Update chronology to include 1/24/20 Board of Review Order. |
| 02/04/20 | AMS | 0.10 | Review Board of Review's 1/24/20 Order. |
| 02/04/20 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 1/24/20 Order. |
| 02/04/20 | WER | 0.10 | Review 1/24/20 Order. |
| 02/05/20 | AMS | 0.20 | Draft Closing Argument in support of 3/16/19 Order. |
| 02/10/20 | AMS | 0.20 | Finalize Closing Argument in support of 3/16/19 Order. |
| 02/11/20 | MO | 0.20 | Update chronology to include Employer's 2/11/20 Closing Argument. |
| 02/11/20 | AMS | 0.10 | Finalize Closing Argument in support of 3/16/19 Order. |
| 02/11/20 | WER | 0.10 | Review and analyze Employer's Closing Argument. |
| 02/12/20 | AMS | 0.20 | Identify evidence to file in support of 12/12/19 Order. |
| 02/13/20 | MO | 0.30 | Request to client for additional medical records. |
| 02/13/20 | MO | 0.30 | Update chronology to include Employer's 2/13/20 evidence submission. |
| 02/13/20 | MO | 0.30 | Letter to WV Supreme Court Clerk filing Petition for Appeal and Appendix of Exhibits. |
| 02/13/20 | MO | 0.80 | Prepare WV Supreme Court Docketing Statement and addenda |
| 02/13/20 | WER | 0.30 | Review and analyze Employer's Evidence in support of 12/12/19 Order. |
| 02/13/20 | AMS | 0.80 | Finish identifying evidence to file in support of 12/12/19 Order. |
| 02/13/20 | AMS | 1.00 | Draft Petition to WV Supreme Court regarding Board of Review's 1/24/20 Order. |
| 02/14/20 | MO | 0.90 | Prepare Appendix of Exhibits. |
| 02/14/20 | MO | 0.30 | Prepare table of contents for WV Supreme Court Petition for Appeal. |
| 02/14/20 | MO | 0.30 | Prepare table of points and authorities for WV Supreme Court Petition for Appeal. |
| 02/14/20 | MO | 0.50 | Review and edit Petition for Appeal to WV Supreme Court. |
| 02/14/20 | AMS | 1.20 | Finish drafting Petition for Appeal to Supreme Court regarding Board of Review's 1/24/20 Order. |
| 02/18/20 | MO | 0.60 | Update chronology with new medical records received from client. |
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order. |
| 02/18/20 | AMS | 0.30 | Finish drafting Petition to WV Supreme Court. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order. |
| 02/19/20 | WER | 0.50 | Review and analyze Supreme Court Petition for Appeal. |

March 26, 2020
Invoice # 4434793

Dinsmore & Shohl LLP
Client Number ⊡ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

| | | | |
|---|---|---|---|
| 02/20/20 | AMS | 0.50 | Prepare for Board of Review Oral Argument. |
| 02/21/20 | MO | 0.60 | Update chronology to include 2/20/20 Employer's Petition for Appeal and Appendix. |
| 02/24/20 | MO | 0.20 | Update chronology to include 2/20/20 Statutory Notice of Filing Petition for Appeal. |
| 02/24/20 | MO | 0.30 | Update chronology to include 2/20/20 Order. |
| 02/25/20 | MO | 0.50 | Update chronology to include 2/18/20 Claimant's evidence submission regarding Claim Order dated 12/12/19. |
| 02/25/20 | AMS | 0.10 | Review evidence filed by Claimant in support of 12/12/19 Order. |
| 02/27/20 | AMS | 0.40 | Draft Closing Argument in support of 12/12/19 Order. |
| 02/28/20 | MO | 0.20 | Update chronology with 2/25/20 letter to Claimant acknowledging benefits request. |
| 02/28/20 | MO | 0.20 | Update chronology to include 2/20/20 Board of Review Continuance of telephone hearing. |
| 02/28/20 | MO | 0.20 | Update chronology to include Employer's 2/28/20 Closing Argument. |
| 02/28/20 | AMS | 0.50 | Finish drafting Closing Argument in support of 12/12/19 Order. |
| 02/28/20 | WER | 0.10 | Review and analyze Employer's Closing Argument. |

Total Hours    14.10

3

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434790

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,558.50 |
| Attorney Costs | $ 38.70 |
| Current Total Due for Professional Services | $ 1,597.20 |
| **Total Due for Current Professional Services** | **$ 1,597.20** |

| | |
|---|---:|
| Previous Balance Owed | $ 127.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434790

Dinsmore & Shohl LLP
Client Number ▯ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414278 | 02/27/20 | $ 127.50 | $ 0.00 | $ 127.50 |
| | | Total Previous Outstanding Balance | | $ 127.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434790

Dinsmore & Shohl LLP
Client Number ⬚ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 3.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.70 | $ 1,558.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 38.70 |
| Total Attorney Costs | $38.70 |
| Current Amount Due This Invoice | $1,597.20 |

1

March 26, 2020
Invoice # 4434790

Dinsmore & Shohl LLP
Client Number 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 0.80 | Review Office of Judges and client websites for evidence to submit. |
| 02/04/20 | MO | 0.80 | Review old compensation files for ALJ Decisions. |
| 02/04/20 | MO | 0.50 | Update chronology to include Employer's 2/4/20 evidence. |
| 02/04/20 | AMS | 1.30 | Finish identifying evidence to file in support of 2/20/19 Order. |
| 02/04/20 | AMS | 1.50 | Draft Closing Argument in support of  2/20/19 Order. |
| 02/04/20 | WER | 0.30 | Review and analyze Employer's Evidence regarding 2/20/19 Order. |
| 02/05/20 | AMS | 0.80 | Finalize Closing Argument in support of 2/20/19 Order. |
| 02/06/20 | MO | 0.20 | Update chronology to include 2/6/20 Closing Argument. |
| 02/06/20 | MO | 0.20 | Update chronology to include 2/4/20 Closing Argument. |
| 02/06/20 | AMS | 0.20 | Review Claimant's Closing Argument in support of 2/20/19 Order. |
| 02/06/20 | WER | 0.10 | Review and analyze Employer's Closing Argument. |

Total Hours        6.70

# Dinsmore

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        March 26, 2020
46226 National Road                                                   Invoice # 4434760
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.150
Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ --
Ohio County Coal Co.
JCN 2015028184 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 232.79 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434760

Dinsmore & Shohl LLP
Client Number ⬚ 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392403 | 01/31/20 | $ 1,166.45 | $ 1,049.81 | $ 116.64 |
| 4414177 | 02/27/20 | $ 116.15 | $ 0.00 | $ 116.15 |
| | | Total Previous Outstanding Balance | | $ 232.79 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434760

Dinsmore & Shohl LLP
Client Number ⬜ 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

March 26, 2020
Invoice # 4434760

Dinsmore & Shohl LLP
Client Number 123837.150
**Matter: Vinesky, John -- 4/13/2015 -- JCN 2015028184 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/18/20 | MO | 0.20 | Update chronology to include WV Supreme Court 2/11/20 Order Granting Motion to Lift Stay. |
| 02/19/20 | AMS | 0.10 | Review WV Supreme Court of Appeals 2/11/20 Order Granting Motion to Lift Stay. |

Total Hours     0.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434759
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.151
Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ
-- Ohio County Coal Co.
JCN 2019013694 INJ

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 51.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 51.00 |
| **Total Due for Current Professional Services** | **$ 51.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 59.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434759

Dinsmore & Shohl LLP
Client Number 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392401 | 01/31/20 | $ 597.05 | $ 537.35 | $ 59.70 |
| | | | Total Previous Outstanding Balance | $ 59.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434759

Dinsmore & Shohl LLP
Client Number ⧠ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 51.00 |

Current Amount Due This Invoice     $51.00

1

March 26, 2020
Invoice # 4434759

Dinsmore & Shohl LLP
Client Number ⏐ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | AMS | 0.10 | Review Board of Review's 2/21/20 Order affirming Administrative Law Judge's 8/15/19 Order. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 2/21/20 Order. |

Total Hours      0.20

2

# Dinsmore

CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ‖ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434816
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.167
Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison
County Coal Co.
2NKNZ-2018249

**Remittance Advice**

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.30 |
| Current Total Due for Professional Services | $ 200.80 |
| **Total Due for Current Professional Services** | **$ 200.80** |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434816

Dinsmore & Shohl LLP
Client Number   123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 200.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.30 | |
| | Total Attorney Costs | $0.30 |
| | Current Amount Due This Invoice | $200.80 |

March 26, 2020
Invoice # 4434816

Dinsmore & Shohl LLP
Client Number  123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/07/20 | MO | 0.30 | Prepare Request for ALJ hearing. |
| 02/07/20 | DKL | 0.20 | Review Proposed Decision and Order. |
| 02/07/20 | DKL | 0.10 | Review, sign and file request for hearing before Administrative Law Judge. |
| 02/18/20 | DKL | 0.10 | Review appeal from Proposed Decision Order. |

Total Hours      0.70

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434858

Billing Attorney - William E Robinson

Client Number - 123837.186
Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI
06/30/11 - Marshall County Coal Company
JCN 2016002123 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 414.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 414.00 |
| **Total Due for Current Professional Services** | **$ 414.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 586.56 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434858

Dinsmore & Shohl LLP
Client Number   123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392579 | 01/31/20 | $ 364.50 | $ 328.05 | $ 36.45 |
| 4414388 | 02/27/20 | $ 550.11 | $ 0.00 | $ 550.11 |
| | | Total Previous Outstanding Balance | | $ 586.56 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434858

Dinsmore & Shohl LLP
Client Number    123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 1.40 | $ 414.00 |
| | Current Amount Due This Invoice | | $414.00 |

1

March 26, 2020
Invoice # 4434858

Dinsmore & Shohl LLP
Client Number   123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 01-22-20 Transcript of OP Board hearing |
| 02/06/20 | DKL | 0.20 | Receive and review transcript of final Occupational Pneumoconiosis Board Hearing. |
| 02/24/20 | MO | 0.20 | Update chronology to include 02-14-20 ALJ Decision reversing the claim order dated 10-16-19 and awarding an additional 5% for permanent partial disability, for a total of 15% |
| 02/24/20 | MO | 0.30 | Prepare letter to client sending 02-14-2020 ALJ Decision awarding additional 5% permanent partial disability |
| 02/24/20 | DKL | 0.10 | Receive and review Decision of Administrative Law Judge grating an additional 5% award. |
| 02/25/20 | DKL | 0.10 | Letter to Ed Pauley with Administrative Law Judge Decision. |
| 02/25/20 | WER | 0.20 | Review and analyze ALJ s 2/24/20 Decision. |
| 02/26/20 | WER | 0.10 | Review and analyze ALJ's 2/14/20 Decision. |

Total Hours      1.40

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434761

Billing Attorney - William E Robinson

Client Number - 123837.188
Matter: Murray, James   DOI 10-06-13 - JCN 2019019342 OP
Monongalia County Coal Co.
JCN 2019019342 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 81.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434761

Dinsmore & Shohl LLP
Client Number ▯ 123837.188
**Matter: Murray, James ▯ DOI 10-06-13 - JCN 2019019342 OP ▯ Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392405 | 01/31/20 | $ 817.85 | $ 736.07 | $ 81.78 |
| | | Total Previous Outstanding Balance | | $ 81.78 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434761

Dinsmore & Shohl LLP
Client Number ▯ 123837.188
**Matter: Murray, James ▯ DOI 10-06-13 - JCN 2019019342 OP ▯ Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

March 26, 2020
Invoice # 4434761

Dinsmore & Shohl LLP
Client Number ⬚ 123837.188
**Matter: Murray, James ⬚ DOI 10-06-13 - JCN 2019019342 OP ⬚ Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/26/20 | MO | 0.20 | Update chronology to include 02-19-2020 Smartcasualty etter to Claimant re OP Board examination scheduled for 04-07-2020 |
| 02/26/20 | DKL | 0.10 | Receive and review correspondence from HealthSmart regarding Occupational Pneumoconiosis Board Exam. |

|  |  |  |
|--|--|--|
| Total Hours | 0.30 | |

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                                  Invoice # 4434762
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.191
Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068
ODHL - Marshall County Coal Co.
JCN 2018024068 ODHL

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 78.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434762

Dinsmore & Shohl LLP
Client Number � 123837.191
**Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068 ODHL - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392411 | 01/31/20 | $ 780.50 | $ 702.45 | $ 78.05 |
| | | Total Previous Outstanding Balance | | $ 78.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434762

Dinsmore & Shohl LLP
Client Number ‖ 123837.191
**Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 82.00 |

Current Amount Due This Invoice          $82.00

1

March 26, 2020
Invoice # 4434762

Dinsmore & Shohl LLP
Client Number ⸱ 123837.191
**Matter: Schucht, Charles - DOI: 3/1/13 - JCN 2018024068 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/28/20 | MO | 0.20 | Update chronology to include 02-21-2020 Order dismissing Claimant's protests due to settlement of claim |
| 02/28/20 | AMS | 0.10 | Review Administrative Law Judge's 2/21/2020 Order dismissing Claimant's protest to SmartCasualty's 6/6/19 Order granting 9.98% permanent partial disability award, pursuant to the parties' settlement. |
| 02/28/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 2/21/2020 order. |

Total Hours        0.40

2



CALIFORNIA ⊃ COLORADO ⊃ CONNECTICUT
FLORIDA ⊃ GEORGIA ⫚ ILLINOIS ⫚ KENTUCKY
MASSACHUSETTS ⊃ MICHIGAN ⊃ OHIO
PENNSYLVANIA ⊃ WASHINGTON, D.C. ⊃ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                         March 26, 2020
46226 National Road                                  Invoice # 4434767
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 205.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 205.00 |
| **Total Due for Current Professional Services** | **$ 205.00** |

| | |
|---|---|
| Previous Balance Owed | $ 3,384.71 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434767

Dinsmore & Shohl LLP
Client Number ▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392437 | 01/31/20 | $ 937.10 | $ 843.39 | $ 93.71 |
| 4414193 | 02/27/20 | $ 3,291.00 | $ 0.00 | $ 3,291.00 |
| | | Total Previous Outstanding Balance | | $ 3,384.71 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434767

Dinsmore & Shohl LLP
Client Number ☐ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 1.00 | $ 205.00 |

Current Amount Due This Invoice        $205.00

1

March 26, 2020
Invoice # 4434767

Dinsmore & Shohl LLP
Client Number ▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 01-17-20 transcript of expedited hearing re: claim order dated 11-26-19 rejecting claim |
| 02/06/20 | MO | 0.30 | Update chronology to include 02-04-20 Order submitting protest re: claim order dated 11-26-19 rejecting claim |
| 02/28/20 | AMS | 0.30 | Review Administrative Law Judge's 2/20/2020 Order reversing SmartCasualty's 11/26/19 Order and holding claim compensable for compression of spinal cord. |
| 02/28/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 2/20/2020 Order. |

Total Hours      1.00

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          March 26, 2020
46226 National Road                                                        Invoice # 4455980
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.204
Matter: WC Claim No. 2019007970: Joseph Morris - DOI:
10/08/18 - Marion County Coal Co.

_____

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 240.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 240.00 |
| **Total Due for Current Professional Services** | **$ 240.00** |

| | |
|---|---|
| Previous Balance Owed | $ 2,661.73 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314      Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4455980

Dinsmore & Shohl LLP
Client Number   123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392441 | 01/31/20 | $ 1,581.85 | $ 1,423.67 | $ 158.18 |
| 4451472 | 02/27/20 | $ 2,503.55 | $ 0.00 | $ 2,503.55 |
| | | Total Previous Outstanding Balance | | $ 2,661.73 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4455980

Dinsmore & Shohl LLP
Client Number   123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 1.00 | $ 240.00 |

Current Amount Due This Invoice         $240.00

1

March 26, 2020
Invoice # 4455980

Dinsmore & Shohl LLP
Client Number  123837.204
**Matter: WC Claim No. 2019007970: Joseph Morris - DOI: 10/08/18 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 01-17-20 Trancript of expedited hearing re: claim order dated 10-15-19 closing claim |
| 02/18/20 | MO | 0.20 | Update chronology to include 02-13-20 ALJ Decision affirming the claims order dated 10-15-19 closing the claim for temporary total disability benefits |
| 02/20/20 | AMS | 0.30 | Review Administrative Law Judge's 2/13/20 Order affirming SmartCasualty's 10/15/19 Order closing claim for temporary total disability. |
| 02/20/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 2/13/20 Order affirming SmartCasualty's 10/15/19 Order closing claim for temporary total disability. |
| 02/21/20 | WER | 0.10 | Review ALJ s 2/13/20 Order and related correspondence. |

Total Hours     1.00

2



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4455981

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,460.00 |
| Attorney Costs | $ 88.65 |
| Current Total Due for Professional Services | $ 2,548.65 |
| **Total Due for Current Professional Services** | **$ 2,548.65** |

| | |
|---|---|
| Previous Balance Owed | $ 3,574.65 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4455981

Dinsmore & Shohl LLP
Client Number    123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 27.45 | $ 3.05 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 0.00 | $ 3,571.60 |
| | | | Total Previous Outstanding Balance | $ 3,574.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4455981

Dinsmore & Shohl LLP
Client Number   123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 1.00 | |
| Aimee M Stern | Of Counsel | 5.60 | |
| Mary R. Ontko | Paralegal | 3.40 | |
| | Total Hours / Fees | 10.00 | $ 2,460.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 88.65 | |
| Total Attorney Costs | | $88.65 |
| Current Amount Due This Invoice | | $2,548.65 |

1

March 26, 2020
Invoice # 4455981

Dinsmore & Shohl LLP
Client Number   123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | AMS | 0.50 | Finalize Initial Litigation Evaluation. |
| 02/03/20 | WER | 0.20 | Review and analyze Initial Case Evaluation. |
| 02/07/20 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 9/27/19 Order denying authorization for physical therapy. |
| 02/10/20 | MO | 0.50 | Update chronology to include Employer's 02-10-2020 evidence submission re: claim order dated 09-27-19 denying physical therapy |
| 02/10/20 | AMS | 1.00 | Finish identifying evidence to file in support of SmartCasualty's 9/27/19 Order denying authorization for physical therapy. |
| 02/10/20 | WER | 0.40 | Review and analyze Employer s Evidence in support of 9/27/19 Order. |
| 02/11/20 | MO | 0.40 | Update chronology from review of new MedExpress medical records |
| 02/12/20 | MO | 0.20 | Update chronology to include 02-10-2020 Notice of Telephone Deposition of Claimant 02-19-2020 |
| 02/12/20 | MO | 0.20 | Update chronology to include 02-10-2020 Order extending time frame for claim order dated 07-27-19 denying physical therapy |
| 02/12/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time regarding his protest to SmartCasualty's 9/27/19 Order denying authorization for physical therapy. |
| 02/18/20 | AMS | 1.50 | Prepare for deposition of Claimant. |
| 02/21/20 | MO | 0.50 | Review client's website for operative report to file as evidence; locate new records not sent to Dinsmore and print to add to chronology |
| 02/21/20 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 10/14/19 Order closing claim for temporary total disability. |
| 02/24/20 | MO | 0.50 | Update chronology with new documents from client's website |
| 02/24/20 | AMS | 0.10 | Review updated medical records from Dr. Danhires. |
| 02/26/20 | MO | 0.60 | Prepare medical reccords requests to UHC Endocrinologist and Bridgeport Endocrinologist |
| 02/26/20 | MO | 0.50 | Update chronology to include Employer's 02-26-2020 evidence submission re: claim order dated 10-14-19 closing claim for temporary total disability benefits |
| 02/26/20 | AMS | 0.90 | Finalize evidence to file in support of SmartCasualty's 10/14/19 Order closing claim for temporary total disability. |
| 02/26/20 | AMS | 0.50 | Attend deposition of Claimant. |
| 02/26/20 | WER | 0.40 | Review and analyze Employer's Evidence regarding 10/14/19 Order. |

Total Hours        10.00

March 26, 2020
Invoice # 4455981

Dinsmore & Shohl LLP
Client Number    123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA 〚 ILLINOIS 〔 KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434769

Billing Attorney - William E Robinson

Client Number - 123837.211
Matter: Richard W. McDowell: WC 2020001969-OP DOI:
12/07/2014 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 672.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434769

Dinsmore & Shohl LLP
Client Number ⬚ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414247 | 02/27/20 | $ 672.00 | $ 0.00 | $ 672.00 |
| | | Total Previous Outstanding Balance | | $ 672.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434769

Dinsmore & Shohl LLP
Client Number  123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |
| | Current Amount Due This Invoice | | $46.50 |

1

March 26, 2020
Invoice # 4434769

Dinsmore & Shohl LLP
Client Number ⬜ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/21/20 | MO | 0.30 | Prepare medical records request to Dr. Trent Mason |

Total Hours    0.30



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                                  Invoice # 4434773
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,457.00 |
| Attorney Costs | $ 17.40 |
| Current Total Due for Professional Services | $ 1,474.40 |
| **Total Due for Current Professional Services** | **$ 1,474.40** |

| | |
|---|---:|
| Previous Balance Owed | $ 351.15 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314            Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434773

Dinsmore & Shohl LLP
Client Number □ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409082 | 01/31/20 | $ 951.50 | $ 856.35 | $ 95.15 |
| 4414208 | 02/27/20 | $ 256.00 | $ 0.00 | $ 256.00 |
| | | | Total Previous Outstanding Balance | $ 351.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434773

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | | 3.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.40 | $ 1,457.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 17.40 | |
| | | |
| Total Attorney Costs | $17.40 | |
| Current Amount Due This Invoice | $1,474.40 | |

1

March 26, 2020
Invoice # 4434773

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | MO | 0.30 | Prepare medical records request to Clay Battelle Community Health |
| 02/18/20 | AMS | 0.40 | Identify medical records to send to Dr. Cheryl Hill for her review prior to independent psychiatric evaluation of Mr. Yost. |
| 02/18/20 | AMS | 0.40 | Draft correspondence to Dr. Hill regarding psychiatric independent evaluation. |
| 02/25/20 | MO | 1.30 | Review documents on client's website for medical records not previously sent to Dinsmore |
| 02/25/20 | AMS | 1.70 | Finish drafting correspondence to Dr. Hill regarding Independent Medical Examination and identifying medical records to provider her to review regarding the same. |
| 02/26/20 | AMS | 0.50 | Finalize medical records and correspondence to send to Dr. Hill regarding Independent Medical Examination. |
| 02/27/20 | MO | 2.10 | Update chronology with new medical documentation from client website not previously sent to Dinsmore |
| 02/27/20 | AMS | 0.10 | Finalize medical records and correspondence to send to Dr. Hill regarding Independent Medical Examination. |
| 02/28/20 | MO | 0.60 | Update chronology with new medical records from client's website not previously sent to Dinsmore |

Total Hours    7.40



CALIFORNIA ⌉ COLORADO ⌉ CONNECTICUT
FLORIDA ⌉ GEORGIA ⌉ ILLINOIS ⌊ KENTUCKY
MASSACHUSETTS ⌉ MICHIGAN ⌉ OHIO
PENNSYLVANIA ⌉ WASHINGTON, D.C. ⌉ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434774

Billing Attorney - William E Robinson

Client Number - 123837.217
Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437
- Marshall County Coal Co.
2019010437

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 87.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 87.50 |
| **Total Due for Current Professional Services** | **$ 87.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 133.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314         Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434774

Dinsmore & Shohl LLP
Client Number 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414211 | 02/27/20 | $ 133.00 | $ 0.00 | $ 133.00 |
| | | Total Previous Outstanding Balance | | $ 133.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434774

Dinsmore & Shohl LLP
Client Number ⬚ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.50 | $ 87.50 |

Current Amount Due This Invoice          $87.50

1

March 26, 2020
Invoice # 4434774

Dinsmore & Shohl LLP
Client Number ‖ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/06/20 | MO | 0.20 | Update chronology to include 02-04-20 Order extending time frame re: claim order dated 06-27-19 awarding 2.257% permanent partial disability |
| 02/26/20 | MO | 0.20 | Update chronology to include Claimant's 02-24-2020 Motion for Extension of Time Frame re: claim order dated 06-27-19 as Claimant has an IME scheduled outside the time frame date |
| 02/26/20 | AMS | 0.10 | Review Claimant's Motion to Extend Time Frame regarding his protest to SmartCasualty's 6/27/19 Order granting 2.25% permanent partial disability award. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434776

Billing Attorney - William E Robinson

Client Number - 123837.219
Matter: Henry, Robert: WC Claim No. 2019020260 DOI:
03/22/2019 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,529.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,529.00 |
| **Total Due for Current Professional Services** | **$ 1,529.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,018.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank | |
|---|---|---|
| | Account Name: Dinsmore and Shohl LLP | |
| | ABA Number: 042000314 | Swift Code: FTBCUS3C |
| | Account Number: 7027505945 | |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434776

Dinsmore & Shohl LLP
Client Number ⬜ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414262 | 02/27/20 | $ 1,018.00 | $ 0.00 | $ 1,018.00 |
| | | Total Previous Outstanding Balance | | $ 1,018.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434776

Dinsmore & Shohl LLP
Client Number ▯ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 9.70 | |
| | Total Hours / Fees | 9.80 | $ 1,529.00 |
| | Current Amount Due This Invoice | | $1,529.00 |

1

March 26, 2020
Invoice # 4434776

Dinsmore & Shohl LLP
Client Number ‖ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | MO | 3.90 | Continue preparing chronology from claim file documents |
| 02/03/20 | MO | 1.80 | Continue preparing chronology from claim file documents |
| 02/04/20 | MO | 3.10 | Complete preparation of chronology from claim file documents |
| 02/04/20 | MO | 0.40 | Review documents on client website for new medical not sent to Dinsmore since claim file was sent |
| 02/04/20 | MO | 0.50 | Update chronology with new documents from client website |
| 02/04/20 | AMS | 0.10 | Review Updated Medical from Dr. McFadden. |

Total Hours      9.80

2



CALIFORNIA ⫶ COLORADO ⫶ CONNECTICUT
FLORIDA ⫶ GEORGIA ⫶ ILLINOIS ⫶ KENTUCKY
MASSACHUSETTS ⫶ MICHIGAN ⫶ OHIO
PENNSYLVANIA ⫶ WASHINGTON, D.C. ⫶ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434777
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.220
Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP -
Marshall County Coal Co.
2016019730-OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 209.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434777

Dinsmore & Shohl LLP
Client Number  123837.220
**Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414216 | 02/27/20 | $ 209.00 | $ 0.00 | $ 209.00 |
| | | Total Previous Outstanding Balance | | $ 209.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434777

Dinsmore & Shohl LLP
Client Number ⬚ 123837.220
**Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

March 26, 2020
Invoice # 4434777

Dinsmore & Shohl LLP
Client Number ⏹ 123837.220
**Matter: Ridgeway, Larry - DOI: 03/10/2014 - 2016019730-OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | DKL | 0.10 | Receive and review Occupational Pneumoconiosis Board referral request. |

| | Total Hours | 0.10 |
|--|--|--|

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                    March 26, 2020
46226 National Road                                          Invoice # 4434779
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 503.50 |
| Attorney Costs | $ 1.05 |
| Current Total Due for Professional Services | $ 504.55 |
| **Total Due for Current Professional Services** | **$ 504.55** |

| | |
|---|---|
| Previous Balance Owed | $ 601.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434779

Dinsmore & Shohl LLP
Client Number ⬜ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414270 | 02/27/20 | $ 601.00 | $ 0.00 | $ 601.00 |
| | | Total Previous Outstanding Balance | | $ 601.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434779

Dinsmore & Shohl LLP
Client Number ◌ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 3.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.10 | $ 503.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.05 | |
| Total Attorney Costs | $1.05 | |
| Current Amount Due This Invoice | $504.55 | |

1

March 26, 2020
Invoice # 4434779

Dinsmore & Shohl LLP
Client Number 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV**
**Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/07/20 | DKL | 0.10 | Receive and review correspondence pro se claimant regarding West Virginia exposure. |
| 02/10/20 | MO | 1.20 | Begin review of claim file documents and preparation of chronology |
| 02/10/20 | MO | 0.60 | Brief internet research re whether North Branch Potomac and Humphrey 7 mines are still operational |
| 02/11/20 | MO | 0.60 | Complete chronology from review of claim file documents |
| 02/11/20 | MO | 0.30 | Review Pennsylvania Department of Labor website for Consolidation Coal Co. self insurance documentation for 2007 |
| 02/19/20 | MO | 0.30 | Letter to claimant with authorization and code section regarding release of medical information |

Total Hours     3.10



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      March 26, 2020
46226 National Road                                          Invoice # 4455982
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 4,506.00 |
| Attorney Costs | $ 21.90 |
| Current Total Due for Professional Services | $ 4,527.90 |
| **Total Due for Current Professional Services** | **$ 4,527.90** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4455982

Dinsmore & Shohl LLP
Client Number   123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.80 | |
| | Partner | | |
| Aimee M Stern | | 6.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 16.10 | |
| | Paralegal | | |
| Total Hours / Fees | | 23.20 | $ 4,506.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 21.90 |
| Total Attorney Costs | $21.90 |
| Current Amount Due This Invoice | $4,527.90 |

March 26, 2020
Invoice # 4455982

Dinsmore & Shohl LLP
Client Number   123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/03/20 | MO | 0.40 | Prepare Employer Notice of Appearance and letter to Office of Judges filing same |
| 02/04/20 | MO | 2.90 | Begin review of claim file to prepare chronology |
| 02/05/20 | MO | 7.90 | Continue to review claim file and prepare chronology |
| 02/05/20 | MO | 0.30 | Letter to Attorney Wm. Gerwig with medical authorization for claimant signature |
| 02/05/20 | AMS | 1.20 | Review file received from client. |
| 02/06/20 | MO | 3.60 | Complete review of claim file and preparation of chronology |
| 02/06/20 | AMS | 0.40 | Finish reviewing file received from client. |
| 02/06/20 | AMS | 0.60 | Draft Initial Litigation Evaluation. |
| 02/07/20 | AMS | 0.40 | Identify medical records for Dr. Mukkamala to review to address request for pain clinic consult. |
| 02/07/20 | AMS | 0.20 | Draft correspondence to Dr. Mukkamala regarding file review to address request for authorization of pain clinic referral. |
| 02/10/20 | MO | 0.50 | Update chronology to include summar of Dr. Mukkamala's 02-10-2020 supplemental report |
| 02/10/20 | AMS | 0.40 | Continue drafting Initial Litigation Evaluation regarding Claimant's protest to SmartCasualty's 12/20/19 Order denying pain clinic consultation and 12/27/19 Order granting 8% permenant partial disability award. |
| 02/11/20 | AMS | 0.20 | Finalize Initial Litigation Evaluation. |
| 02/11/20 | AMS | 0.20 | Review Dr. Mukkamala's 2/10/2020 supplemental report. |
| 02/11/20 | WER | 0.20· | Review and analyze Initial Litigation Evaluation. |
| 02/14/20 | AMS | 0.50 | Identify evidence to file in support of SmartCasualty's 12/20/19 Order denying authorization for pain clinic evaluation. |
| 02/19/20 | AMS | 1.30 | Finish identifying evidence to file in support of SmartCasualty's 12/20/19 Order denying authorization for pain clinic consult. |
| 02/19/20 | AMS | 0.90 | Draft Closing Argument in support of SmartCasualty's 12/20/19 Order denying authorization for pain clinic consult. |
| 02/21/20 | MO | 0.50 | Update chronology to include 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 Employer's Evidence re: claim order datedd 12-20-2019 denying pain clinic referral |
| 02/21/20 | WER | 0.60 | Review and analyze Employer's Evidence regarding 12/20/19 Order. |

Total Hours        23.20



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          March 26, 2020
46226 National Road                                        Invoice # 4455983
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.226
Matter: Hawkinberry, Robert - DOI: 01/01/1983 -
2NG2B-2014356 - Monongalia County Coal Co.
2NG2B-2014356

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 490.00 |
| Attorney Costs | $ 48.15 |
| Current Total Due for Professional Services | $ 538.15 |
| **Total Due for Current Professional Services** | **$ 538.15** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4455983

Dinsmore & Shohl LLP
Client Number    123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.90 |
| | Partner | |
| William E Robinson | | 0.10 |
| | Partner | |
| Mary R. Ontko | | 0.60 |
| | Paralegal | |
| Total Hours / Fees | | 1.60 | $ 490.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 48.15 |
| Total Attorney Costs | $48.15 |
| Current Amount Due This Invoice | $538.15 |

March 26, 2020
Invoice # 4455983

Dinsmore & Shohl LLP
Client Number   123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/07/20 | DKL | 0.70 | Receive and review Order for payment; review file; draft letter with Exhibits contesting need to reimburse. |
| 02/10/20 | MO | 0.60 | Locate claim file documents for letter to Claims Examiner regarding benefits payment letter of 02-03-2020 |
| 02/10/20 | DKL | 0.20 | Revise letter to Department of Labor regarding Depart of Labor's correspondence of February 3 requesting reimbursement with exhibits. |
| 02/10/20 | WER | 0.10 | Review correspondence regarding payment of benefits. |

Total Hours      1.60



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   March 26, 2020
46226 National Road                                              Invoice # 4434783
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.227
Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI:
12/31/2012  Marshall County Coal Company
2013017058 OP

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,971.00 |
| Attorney Costs | $ 13.35 |
| Current Total Due for Professional Services | $ 2,984.35 |
| **Total Due for Current Professional Services** | **$ 2,984.35** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434783

Dinsmore & Shohl LLP
Client Number ▯ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.00 | |
| | Partner | | |
| Mary R. Ontko | | 14.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 16.20 | $ 2,971.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 13.35 | |
| | Total Attorney Costs | $13.35 |
| | Current Amount Due This Invoice | $2,984.35 |

March 26, 2020
Invoice # 4434783

Dinsmore & Shohl LLP
Client Number ⬭ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/03/20 | DKL | 1.60 | Review and analyze extensive worker's compensation file with claims from 2008, 2012 and 2016 as well as current 2019 claim. |
| 02/03/20 | DKL | 0.10 | File Notice of Appearance. |
| 02/03/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to the Office of Judges to file |
| 02/07/20 | MO | 0.40 | Review Office of Judges website to locate old OP Board hearing transcripts |
| 02/10/20 | DKL | 0.30 | Review Occupational Pneumoconiosis Board hearing transcripts from 2013 claim. |
| 02/11/20 | MO | 2.10 | Begin to prepare chronology from review of claim file documents |
| 02/12/20 | MO | 1.00 | Continue to prepare chronology from claim file documents |
| 02/12/20 | MO | 3.10 | Continue to prepare chronology from claim file documents |
| 02/13/20 | MO | 3.60 | Continue to review claim file documents and prepare chronology |
| 02/14/20 | MO | 2.50 | Continue to review claim file and prepare chronology |
| 02/18/20 | MO | 0.80 | Complete review of claim file and preparation of chronology |
| 02/19/20 | MO | 0.30 | Authorization and provider list prepared and send to Attorney Stultz for client signature |

Total Hours    16.20



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ‖ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                      March 26, 2020
46226 National Road                                               Invoice # 4434785
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.228
Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP;
DOI: 12/28/2014; Marshall County Coal Co.

---

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 958.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 958.00 |
| **Total Due for Current Professional Services** | **$ 958.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434785

Dinsmore & Shohl LLP
Client Number ▯ 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| Mary R. Ontko | | 3.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.40 | $ 958.00 |

Current Amount Due This Invoice            $958.00

March 26, 2020
Invoice # 4434785

Dinsmore & Shohl LLP
Client Number ⬜ 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/19/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same |
| 02/19/20 | DKL | 0.10 | Review, sign and file Notice of Appearance. |
| 02/19/20 | DKL | 0.70 | Initial review of file and medical evidence from SmartCasualty. |
| 02/26/20 | DKL | 0.30 | Review of evidence and analyze for defense of strategy. |
| 02/26/20 | DKL | 0.10 | Receive and review claimant's request for initial Occupational Pneumoconiosis Board Hearing. |
| 02/28/20 | MO | 2.80 | Prepare chronology from review of claim file documents |

Total Hours    4.40

# Dinsmôre

CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ⌐ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434787

Billing Attorney - William E Robinson

Client Number - 123837.230
Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI:
01/03/2020 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 917.50 |
| Attorney Costs | $ 2.25 |
| Current Total Due for Professional Services | $ 919.75 |
| **Total Due for Current Professional Services** | **$ 919.75** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434787

Dinsmore & Shohl LLP
Client Number ⬜ 123837.230
**Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI: 01/03/2020 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.50 | $ 917.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.25 | |
| | Total Attorney Costs | $2.25 |
| | Current Amount Due This Invoice | $919.75 |

March 26, 2020
Invoice # 4434787

Dinsmore & Shohl LLP
Client Number ▯ 123837.230
**Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI: 01/03/2020 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/12/20 | MO | 1.10 | Prepare chronology from review of claim file documents |
| 02/13/20 | AMS | 0.30 | Begin reviewing file received from client. |
| 02/21/20 | AMS | 0.40 | Prepare information for IT Department to run full social media search on Mr. Burch for references to him participating in Toughman contest the weekend of 2/21 - 2/22/2020. |
| 02/24/20 | AMS | 0.20 | Identify medical records to send to Dr. Soulsby regarding Independent Medical Examination. |
| 02/24/20 | AMS | 0.20 | Draft correspondence to Dr. Soulsby regarding Independent Medical Examination. |
| 02/24/20 | MO | 0.20 | Update chronology to include 02-21-20 letter from SmartCasualty to Claimant re: appointment with Dr. Soulsby 03-04-2020 |
| 02/25/20 | AMS | 0.50 | Finish drafting correspondence to Dr. Soulsby regarding Independent Medical Examination and identifying medical records to provide him to review regarding the same. |
| 02/26/20 | MO | 0.50 | Review client website for new medical records not sent to Dinsmore |
| 02/26/20 | AMS | 0.60 | Finish drafting correspondence to Dr. Soulsby regarding Independent Medical Examination. |
| 02/27/20 | MO | 0.50 | Update chronology to include new medical documentation from client website not previously sent to Dinsmore |

Total Hours     4.50



CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ⌐ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434788

Billing Attorney - William E Robinson

Client Number - 123837.231
Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI:
02-14-2019; Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,108.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,108.00 |
| **Total Due for Current Professional Services** | **$ 2,108.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314     Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434788

Dinsmore & Shohl LLP
Client Number ⬚ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 13.60 | |
| | Total Hours / Fees | 13.60 | $ 2,108.00 |
| | Current Amount Due This Invoice | | $2,108.00 |

March 26, 2020
Invoice # 4434788

Dinsmore & Shohl LLP
Client Number ∥ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/24/20 | MO | 0.30 | Review client's website to locate time frame order in order to calendar deadline |
| 02/24/20 | MO | 0.40 | Prepare Employer's notice of appearance and letter to Office of Judges filing same |
| 02/25/20 | MO | 3.80 | Begin to prepare chronology from claim file documents |
| 02/25/20 | MO | 1.60 | Continue to prepare chronology from claim file documents |
| 02/26/20 | MO | 3.40 | Continue to prepare chronology from claim file documents |
| 02/26/20 | MO | 3.80 | Continue to prepare chronology from claim file documents |
| 02/27/20 | MO | 0.30 | Prepare medical records authorization and letter to Claimant for signature and return |

Total Hours     13.60

Black Lung Bills



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     March 26, 2020
46226 National Road                                                   Invoice # 4434789
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.155
Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 -
Harrison County Coal Co.
2018-BLA-06272

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 57.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434789

Dinsmore & Shohl LLP
Client Number ᵇ 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409083 | 01/31/20 | $ 185.50 | $ 166.95 | $ 18.55 |
| 4414274 | 02/27/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 57.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434789

Dinsmore & Shohl LLP
Client Number ⬜ 123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | | ———— | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice $77.00

1

March 26, 2020
Invoice # 4434789

Dinsmore & Shohl LLP
Client Number  123837.155
**Matter: Ashmore, Richard - 4/9/1991 - 2018-BLA-06272 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |
| 02/20/20 | DKL | 0.10 | Review Claimant's fee petitions. |

Total Hours          0.20

2

# Dinsmôre

CALIFORNIA ⫽ COLORADO ⫽ CONNECTICUT
FLORIDA ⫽ GEORGIA ⫽ ILLINOIS ⫽ KENTUCKY
MASSACHUSETTS ⫽ MICHIGAN ⫽ OHIO
PENNSYLVANIA ⫽ WASHINGTON, D.C. ⫽ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                               Invoice # 4434791
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.157
Matter: Clovis, Timothy - 1/11/2012 -         2BT4X-2019122
- Monongalia County Coal Co.
2BT4X-2019122

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 123.50 |
| Attorney Costs | $ 0.45 |
| Current Total Due for Professional Services | $ 123.95 |
| **Total Due for Current Professional Services** | **$ 123.95** |

| | |
|---|---|
| Previous Balance Owed | $ 602.09 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434791

Dinsmore & Shohl LLP
Client Number ⬛ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392445 | 01/31/20 | $ 6,020.95 | $ 5,418.86 | $ 602.09 |
| | | Total Previous Outstanding Balance | | $ 602.09 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434791

Dinsmore & Shohl LLP
Client Number ⬚ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.20 |
| | Partner | |
| Mary R. Ontko | | 0.30 |
| | Paralegal | |
| | | _____ |
| | Total Hours / Fees | 0.50 |

$ 123.50

### Summary of Current Attorney Costs Incurred

Photocopies                    $ 0.45

Total Attorney Costs        $0.45

Current Amount Due This Invoice        $123.95

1

March 26, 2020
Invoice # 4434791

Dinsmore & Shohl LLP
Client Number  123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | MO | 0.30 | Prepare request for ALJ hearing. |
| 02/10/20 | DKL | 0.10 | Review Proposed Decision and Order. |
| 02/11/20 | DKL | 0.10 | Review, sign and file Appeal to Administrative Law Judge. |

| Total Hours | 0.50 |
|-------------|------|

2

# Dinsmôre

CALIFORNIA ⏐ COLORADO ⏐ CONNECTICUT
FLORIDA ⏐ GEORGIA ⏐ ILLINOIS ⏐ KENTUCKY
MASSACHUSETTS ⏐ MICHIGAN ⏐ OHIO
PENNSYLVANIA ⏐ WASHINGTON, D.C. ⏐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          March 26, 2020
46226 National Road                                    Invoice # 4434801
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.159
Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 -
Marion County Coal Co.
2019-BLA-05865

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,384.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434801

Dinsmore & Shohl LLP
Client Number ⏀ 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392463 | 01/31/20 | $ 3,301.40 | $ 2,971.26 | $ 330.14 |
| 4414301 | 02/27/20 | $ 1,054.35 | $ 0.00 | $ 1,054.35 |
| | | Total Previous Outstanding Balance | | $ 1,384.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434801

Dinsmore & Shohl LLP
Client Number 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | | _____ | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice   $77.00

1

March 26, 2020
Invoice # 4434801

Dinsmore & Shohl LLP
Client Number ▯ 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/26/20 | DKL | 0.20 | Check status of expert review and report. |

Total Hours        0.20



CALIFORNIA ⏖ COLORADO ⏖ CONNECTICUT
FLORIDA ⏖ GEORGIA ⏖ ILLINOIS ⏖ KENTUCKY
MASSACHUSETTS ⏖ MICHIGAN ⏖ OHIO
PENNSYLVANIA ⏖ WASHINGTON, D.C. ⏖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        March 26, 2020
46226 National Road                                                      Invoice # 4434804
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,233.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,233.00 |
| **Total Due for Current Professional Services** | **$ 2,233.00** |

Previous Balance Owed                                                    $ 1,024.06
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434804

Dinsmore & Shohl LLP
Client Number  123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 787.14 | $ 87.46 |
| 4414310 | 02/27/20 | $ 936.60 | $ 0.00 | $ 936.60 |
| | | Total Previous Outstanding Balance | | $ 1,024.06 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

2252-10

March 26, 2020
Invoice # 4434804

Dinsmore & Shohl LLP
Client Number ⬚ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 5.80 | |
| Total Hours / Fees | | 5.80 | $ 2,233.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $2,233.00 |

1

March 26, 2020
Invoice # 4434804

Dinsmore & Shohl LLP
Client Number ⬜ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 01/31/20 | DKL | 1.20 | Review and analyze all medical evidence regarding draft of post-hearing brief. |
| 02/03/20 | DKL | 0.30 | Continue working on post-hearing brief. |
| 02/04/20 | DKL | 2.40 | Initial draft of post-hearing brief. |
| 02/06/20 | DKL | 0.30 | Revisions to post-hearing brief. |
| 02/11/20 | DKL | 1.10 | Continue draft of post-hearing brief. |
| 02/12/20 | DKL | 0.50 | Revisions to post-hearing brief. |

Total Hours     5.80

2

# Dinsmôre

CALIFORNIA ❘ COLORADO ❘ CONNECTICUT
FLORIDA ❘ GEORGIA ❘ ILLINOIS ❘ KENTUCKY
MASSACHUSETTS ❘ MICHIGAN ❘ OHIO
PENNSYLVANIA ❘ WASHINGTON, D.C. ❘ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  March 26, 2020
46226 National Road                                                Invoice # 4434812
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion
County Coal Co.
2BZW8-2917038

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 616.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 616.00 |
| **Total Due for Current Professional Services** | **$ 616.00** |

Previous Balance Owed                                              $ 7.10
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434812

Dinsmore & Shohl LLP
Client Number ‖ 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409084 | 01/31/20 | $ 71.00 | $ 63.90 | $ 7.10 |
| | | Total Previous Outstanding Balance | | $ 7.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434812

Dinsmore & Shohl LLP
Client Number ▯ 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.60 | |
| Total Hours / Fees | | 1.60 | $ 616.00 |

Current Amount Due This Invoice                $616.00

1

March 26, 2020
Invoice # 4434812

Dinsmore & Shohl LLP
Client Number ⏸ 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/28/20 | DKL | 1.20 | Review all director's exhibits regarding upcoming ALJ hearing. |
| 02/28/20 | DKL | 0.40 | Review and analyze conflicting expert medical reports and conflicting x-ray interpretations. |
| | Total Hours | 1.60 | |

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

---

Murray Energy Corporation, et al.                          March 26, 2020
46226 National Road                                    Invoice # 4434818
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 -
Harrison County Coal Co.
2019-BLA-05778

---

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 267.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 267.00 |
| **Total Due for Current Professional Services** | **$ 267.00** |


Previous Balance Owed                                      $ 1,634.90
(see outstanding invoice listing attached)

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

---

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

---

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434818

Dinsmore & Shohl LLP
Client Number ⬜ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392509 | 01/31/20 | $ 1,108.50 | $ 997.65 | $ 110.85 |
| 4414341 | 02/27/20 | $ 1,524.05 | $ 0.00 | $ 1,524.05 |
| | | Total Previous Outstanding Balance | | $ 1,634.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434818

Dinsmore & Shohl LLP
Client Number ▯ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 0.60 | $ 267.00 |
| | Current Amount Due This Invoice | | $267.00 |

1

March 26, 2020
Invoice # 4434818

Dinsmore & Shohl LLP
Client Number ▯ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | DKL | 0.10 | Review, sign, file and serve post-hearing brief. |
| 02/04/20 | WER | 0.30 | Review and analyze post-hearing brief. |
| 02/10/20 | DKL | 0.20 | Review Claimant's post-hearing brief. |

| Total Hours | 0.60 |
|-------------|------|

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434820

Billing Attorney - William E Robinson

Client Number - 123837.169
Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 -
Monongalia County Coal Co.
2019-BLA-05710

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 271.87 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434820

Dinsmore & Shohl LLP
Client Number ⬜ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392513 | 01/31/20 | $ 2,718.70 | $ 2,446.83 | $ 271.87 |
| | | Total Previous Outstanding Balance | | $ 271.87 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434820

Dinsmore & Shohl LLP
Client Number 〇 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

March 26, 2020
Invoice # 4434820

Dinsmore & Shohl LLP
Client Number ⬜ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | DKL | 0.10 | Review Order of Administrative Law Judge remanding case to District Director. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |



CALIFORNIA ⌡ COLORADO ⌡ CONNECTICUT
FLORIDA ⌡ GEORGIA ⌡ ILLINOIS ⌠ KENTUCKY
MASSACHUSETTS ⌡ MICHIGAN ⌡ OHIO
PENNSYLVANIA ⌡ WASHINGTON, D.C. ⌡ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434799
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.170
Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 -
Monongalia County Coal Co.
2018-BLA-06132

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434799

Dinsmore & Shohl LLP
Client Number ⬜ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

March 26, 2020
Invoice # 4434799

Dinsmore & Shohl LLP
Client Number ‖ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | DKL | 0.20 | Review claimants request for modification with medical evidence. |

Total Hours    0.20

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                 Invoice # 4434808
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,578.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,578.50 |
| **Total Due for Current Professional Services** | **$ 1,578.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,010.84 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434808

Dinsmore & Shohl LLP
Client Number ⊔ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392484 | 01/31/20 | $ 934.40 | $ 840.96 | $ 93.44 |
| 4414318 | 02/27/20 | $ 917.40 | $ 0.00 | $ 917.40 |
| | | Total Previous Outstanding Balance | | $ 1,010.84 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434808

Dinsmore & Shohl LLP
Client Number ‍ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.10 | |
| | Partner | | |
| | Total Hours / Fees | 4.10 | $ 1,578.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $1,578.50 |

1

March 26, 2020
Invoice # 4434808

Dinsmore & Shohl LLP
Client Number ▯ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | DKL | 1.80 | Initial work on post-hearing brief. |
| 02/03/20 | DKL | 0.70 | Continue draft of post-hearing brief. |
| 02/04/20 | DKL | 0.40 | Continue work on post-hearing brief. |
| 02/11/20 | DKL | 1.00 | Continue draft of post-hearing brief. |
| 02/18/20 | DKL | 0.20 | Revisions to post-hearing brief. |

| | Total Hours | 4.10 | |



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ‖ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        March 26, 2020
46226 National Road                                                   Invoice # 4434810
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,463.50 |
| Attorney Costs | $ 6.75 |
| Current Total Due for Professional Services | $ 1,470.25 |
| **Total Due for Current Professional Services** | **$ 1,470.25** |

| | |
|---|---:|
| Previous Balance Owed | $ 2,024.56 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434810

Dinsmore & Shohl LLP
Client Number ▯ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392490 | 01/31/20 | $ 5,163.50 | $ 4,647.15 | $ 516.35 |
| 4414325 | 02/27/20 | $ 1,508.21 | $ 0.00 | $ 1,508.21 |
| | | | Total Previous Outstanding Balance | $ 2,024.56 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434810

Dinsmore & Shohl LLP
Client Number  123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 3.60 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 4.10 | $ 1,463.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.75 | |
| Total Attorney Costs | | $6.75 |
| Current Amount Due This Invoice | | $1,470.25 |

1

March 26, 2020
Invoice # 4434810

Dinsmore & Shohl LLP
Client Number ‖ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/04/20 | MO | 0.50 | Locate exhibits for attorney preparation of post-hearing brief. |
| 02/04/20 | DKL | 0.60 | Review all medical evidence in preparation of post-hearing brief. |
| 02/11/20 | DKL | 0.40 | Review and outline medical evidence to prepare for draft of post-hearing brief. |
| 02/12/20 | DKL | 1.80 | Initial draft of post-hearing brief. |
| 02/13/20 | DKL | 0.50 | Continue draft of post-hearing brief. |
| 02/18/20 | DKL | 0.30 | Revisions to post-hearing brief. |

Total Hours      4.10



CALIFORNIA 〗 COLORADO 〗 CONNECTICUT
FLORIDA 〗 GEORGIA 〗 ILLINOIS 〖 KENTUCKY
MASSACHUSETTS 〗 MICHIGAN 〗 OHIO
PENNSYLVANIA 〗 WASHINGTON, D.C. 〗 WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                                Invoice # 4434811
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

**Remittance Advice**

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 216.50 |
| Attorney Costs | $ 10.65 |
| Current Total Due for Professional Services | $ 227.15 |
| **Total Due for Current Professional Services** | **$ 227.15** |

| | |
|---|---:|
| Previous Balance Owed | $ 857.35 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434811

Dinsmore & Shohl LLP
Client Number ‖ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392492 | 01/31/20 | $ 1,144.00 | $ 1,029.60 | $ 114.40 |
| 4414326 | 02/27/20 | $ 742.95 | $ 0.00 | $ 742.95 |
| | | Total Previous Outstanding Balance | | $ 857.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434811

Dinsmore & Shohl LLP
Client Number  123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 216.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 10.65 |
|---|---|
| Total Attorney Costs | $10.65 |
| Current Amount Due This Invoice | $227.15 |

1

March 26, 2020
Invoice # 4434811

Dinsmore & Shohl LLP
Client Number ⬜ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/18/20 | DKL | 0.10 | Secure and file post-hearing brief. |
| 02/24/20 | WER | 0.20 | Review and analyze post-hearing brief. |
| 02/27/20 | DKL | 0.20 | Review post-hearing brief from claimant. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ‖ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          March 26, 2020
46226 National Road                                    Invoice # 4434822
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 893.50 |
| Attorney Costs | $ 1.80 |
| Current Total Due for Professional Services | $ 895.30 |
| **Total Due for Current Professional Services** | **$ 895.30** |

| | |
|---|---:|
| Previous Balance Owed | $ 2,750.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434822

Dinsmore & Shohl LLP
Client Number 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392517 | 01/31/20 | $ 790.50 | $ 711.45 | $ 79.05 |
| 4414347 | 02/27/20 | $ 2,671.50 | $ 0.00 | $ 2,671.50 |
| | | Total Previous Outstanding Balance | | $ 2,750.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434822

Dinsmore & Shohl LLP
Client Number ⬜ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 2.50 | $ 893.50 |

### Summary of Current Attorney Costs Incurred

Photocopies                                     $ 1.80

Total Attorney Costs                          $1.80

Current Amount Due This Invoice          $895.30

1

March 26, 2020
Invoice # 4434822

Dinsmore & Shohl LLP
Client Number ⬜ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | DKL | 0.10 | Review Order Cancelling Hearing and Ordering Submission of Evidence Deadlines. |
| 02/12/20 | DKL | 0.10 | Review letter from Department of Labor. |
| 02/19/20 | DKL | 0.10 | Emails with Claimant's counsel to schedule deposition. |
| 02/19/20 | DKL | 0.20 | Initial work on pre-hearing submissions required by Administrative Law Judges Order. |
| 02/21/20 | DKL | 0.10 | Review deposition notice. |
| 02/21/20 | DKL | 0.10 | Review notification from Cincinnati B-Readers regarding certain x-ray accruals. |
| 02/21/20 | DKL | 0.50 | Review evidence and potential exhibits; conference with M. Ontko regarding expert reports. |
| 02/21/20 | DKL | 0.10 | Review correspondence regarding intentions to continue to contest liability. |
| 02/24/20 | DKL | 0.30 | Review evidence submission. |
| 02/24/20 | DKL | 0.10 | Review claimant's Notice of Deposition of Claimant. |
| 02/25/20 | DKL | 0.30 | Review detailed expert report. |
| 02/25/20 | DKL | 0.20 | Outline all evidence to be submitted to Administrative Law Judge. |
| 02/25/20 | MO | 0.30 | Prepare letter to Attorney Long sending doctor's report dated 2/24/20. |

Total Hours        2.50

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                              March 26, 2020
46226 National Road                                          Invoice # 4434797
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.183
Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 -
Harrison County Coal Co.
2BKDV-2018117

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 7.20 |
| Current Total Due for Professional Services | $ 84.20 |
| **Total Due for Current Professional Services** | **$ 84.20** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434797

Dinsmore & Shohl LLP
Client Number 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.20 | |
| Total Attorney Costs | | $7.20 |
| Current Amount Due This Invoice | | $84.20 |

March 26, 2020
Invoice # 4434797

Dinsmore & Shohl LLP
Client Number ‖ 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/20/20 | DKL | 0.20 | Review medical report from Claimant's Expert. |

Total Hours        0.20

# Dinsmôre

CALIFORNIA ⟩ COLORADO ⟩ CONNECTICUT
FLORIDA ⟩ GEORGIA ⟩ ILLINOIS ⟨ KENTUCKY
MASSACHUSETTS ⟩ MICHIGAN ⟩ OHIO
PENNSYLVANIA ⟩ WASHINGTON, D.C. ⟩ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434796

Billing Attorney - William E Robinson

Client Number - 123837.184
Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 -
Harrison County Coal Co.
2019-BLA-05941

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 178.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 178.00 |
| **Total Due for Current Professional Services** | **$ 178.00** |

| | |
|---|---:|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 1,618.17 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434796

Dinsmore & Shohl LLP
Client Number ▯ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392455 | 01/31/20 | $ 6,744.70 | $ 6,070.23 | $ 674.47 |
| 4414292 | 02/27/20 | $ 943.70 | $ 0.00 | $ 943.70 |
| | | Total Previous Outstanding Balance | | $ 1,618.17 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434796

Dinsmore & Shohl LLP
Client Number ₪ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.40 | $ 178.00 |

Current Amount Due This Invoice     $178.00

1

March 26, 2020
Invoice # 4434796

Dinsmore & Shohl LLP
Client Number ▯ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 01/31/20 | DKL | 0.10 | Review, sign, file and serve post hearing brief. |
| 02/04/20 | WER | 0.20 | Review and analyze Post Hearing Brief. |
| 02/10/20 | DKL | 0.10 | Receive and review Claimant's Post-Hearing Brief. |

Total Hours     0.40

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434763

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 1,208.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434763

Dinsmore & Shohl LLP
Client Number ▯ 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392420 | 01/31/20 | $ 1,597.00 | $ 1,437.30 | $ 159.70 |
| 4414180 | 02/27/20 | $ 1,049.10 | $ 0.00 | $ 1,049.10 |
| | | Total Previous Outstanding Balance | | $ 1,208.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434763

Dinsmore & Shohl LLP
Client Number ▯ 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice       $38.50

1

March 26, 2020
Invoice # 4434763

Dinsmore & Shohl LLP
Client Number  123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/13/20 | DKL | 0.10 | Review Claimant's Post-Hearing Closing Argument. |

Total Hours    0.10

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    March 26, 2020
46226 National Road                                              Invoice # 4434764
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.196
Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 -
Marion County Coal Co.
2016-BLA-05940

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---|
| Previous Balance Owed | $ 3.55 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434764

Dinsmore & Shohl LLP
Client Number ⬛ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392422 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| | | Total Previous Outstanding Balance | | $ 3.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434764

Dinsmore & Shohl LLP
Client Number ⬡ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

March 26, 2020
Invoice # 4434764

Dinsmore & Shohl LLP
Client Number ‖ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/10/20 | MO | 0.20 | Email to client with Attorney Long fee petitions |
| 02/10/20 | DKL | 0.10 | Receive and review claimant's application for Representation Fee. |

Total Hours    0.30



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  March 26, 2020
46226 National Road                                             Invoice # 4434765
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.200
Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 -
Monongalia County Coal Co.
2018-BLA-05326

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 242.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434765

Dinsmore & Shohl LLP
Client Number ‖ 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392431 | 01/31/20 | $ 214.50 | $ 193.05 | $ 21.45 |
| 4414189 | 02/27/20 | $ 220.65 | $ 0.00 | $ 220.65 |
| | | Total Previous Outstanding Balance | | $ 242.10 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434765

Dinsmore & Shohl LLP
Client Number ⏹ 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice            $69.50

1

March 26, 2020
Invoice # 4434765

Dinsmore & Shohl LLP
Client Number ▯ 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/10/20 | MO | 0.20 | Email client with Attorney Long fee petitions |
| 02/10/20 | DKL | 0.10 | Receive and review application for payment of representatives fees. |

Total Hours    0.30

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      March 26, 2020
46226 National Road                                              Invoice # 4434766
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 14.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434766

Dinsmore & Shohl LLP
Client Number ⸴ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392435 | 01/31/20 | $ 142.00 | $ 127.80 | $ 14.20 |

Total Previous Outstanding Balance        $ 14.20

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434766

Dinsmore & Shohl LLP
Client Number ‖ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.70 | $ 200.50 |

Current Amount Due This Invoice     $200.50

1

March 26, 2020
Invoice # 4434766

Dinsmore & Shohl LLP
Client Number ⏃ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/27/20 | DKL | 0.30 | Receive and review Proposed Decision and Order awarding benefits with all evidence submitted. |
| 02/28/20 | MO | 0.30 | Prepare request for formal ALJ Hearing to Department of Labor |
| 02/28/20 | DKL | 0.10 | Review, sign and file Appeal of the Proposed Decision and Order to Administrative Law Judge. |

Total Hours       0.70

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   March 26, 2020
46226 National Road                                            Invoice # 4434770
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.212
Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI:
01/01/2005 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 10,923.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434770

Dinsmore & Shohl LLP
Client Number ǁ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409079 | 01/31/20 | $ 239.40 | $ 216.46 | $ 22.94 |
| 4451473 | 02/27/20 | $ 10,900.55 | $ 0.00 | $ 10,900.55 |
| | | Total Previous Outstanding Balance | | $ 10,923.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434770

Dinsmore & Shohl LLP
Client Number ‖ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

1

March 26, 2020
Invoice # 4434770

Dinsmore & Shohl LLP
Client Number ‖ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/24/20 | DKL | 0.10 | Receive and review correspondence from Department of Labor requesting pilot project report from physician. |
| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA ꟾ COLORADO ꟾ CONNECTICUT
FLORIDA ꟾ GEORGIA ꟾ ILLINOIS ꟾ KENTUCKY
MASSACHUSETTS ꟾ MICHIGAN ꟾ OHIO
PENNSYLVANIA ꟾ WASHINGTON, D.C. ꟾ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                          March 26, 2020
46226 National Road                                             Invoice # 4434775
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.218
Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI:
09/09/1999; Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 269.50 |
| Attorney Costs | $ 4.80 |
| Current Total Due for Professional Services | $ 274.30 |
| **Total Due for Current Professional Services** | **$ 274.30** |

| | |
|---|---|
| Previous Balance Owed | $ 663.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434775

Dinsmore & Shohl LLP
Client Number ▯ 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414214 | 02/27/20 | $ 663.50 | $ 0.00 | $ 663.50 |
| | | Total Previous Outstanding Balance | | $ 663.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434775

Dinsmore & Shohl LLP
Client Number  123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.70 |
| | Partner | |
| | Total Hours / Fees | 0.70 | $ 269.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 4.80 |
| Total Attorney Costs | $4.80 |
| Current Amount Due This Invoice | $274.30 |

1

March 26, 2020
Invoice # 4434775

Dinsmore & Shohl LLP
Client Number ⬛ 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/07/20 | DKL | 0.70 | Review medical records and director's exhibits in preparation for Administrative Law Judge Hearing. |
| | Total Hours | 0.70 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                       March 26, 2020
46226 National Road                                          Invoice # 4434778
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.222
Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI:
06/05/2015 Marshall County Coal Co.
17-0030

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 817.00 |
| Attorney Costs | $ 4.20 |
| Current Total Due for Professional Services | $ 821.20 |
| **Total Due for Current Professional Services** | **$ 821.20** |

| | |
|---|---|
| Previous Balance Owed | $ 949.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434778

Dinsmore & Shohl LLP
Client Number ⬜ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414268 | 02/27/20 | $ 949.50 | $ 0.00 | $ 949.50 |
| | | Total Previous Outstanding Balance | | $ 949.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

March 26, 2020
Invoice # 4434778

Dinsmore & Shohl LLP
Client Number ꞁ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.60 | $ 817.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.20 | |
| Total Attorney Costs | | $4.20 |
| Current Amount Due This Invoice | | $821.20 |

1

March 26, 2020
Invoice # 4434778

Dinsmore & Shohl LLP
Client Number 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/21/20 | MO | 0.30 | Prepare letter to Judge Swank sending copy of Employer's Notice of Appearance sent to Claims Examiner |
| 02/21/20 | MO | 0.50 | Calculate and calendar Employer deadlines pursuant to Notice of 05-18-2020 hearing before Judge Swank |
| 02/21/20 | DKL | 0.10 | Letter to Administrative Law Judge confirming appearance regarding hearing. |
| 02/21/20 | DKL | 0.10 | Receive and review Hearing Notice and Pre-Hearing Order. |
| 02/21/20 | DKL | 0.50 | Review, analyze and select evidence for submission at Administrative Law Judge Hearing. |
| 02/26/20 | DKL | 1.10 | Review pre-trial order regarding identifying stipulation and medical evidence for submission per order. |

Total Hours    2.60

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ][ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        March 26, 2020
46226 National Road                                                   Invoice # 4434780
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.224
Matter: Clarence Messick - DOI: 02/01/1999 - Claim # -
2018-BLA-5759 - Marion County Coal Co.
2018-BLA-5759

### Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 216.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 216.50 |
| **Total Due for Current Professional Services** | **$ 216.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434780

Dinsmore & Shohl LLP
Client Number  123837.224
**Matter: Clarence Messick - DOI: 02/01/1999 - Claim # - 2018-BLA-5759 - Marion County Coal Co.**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Total Hours / Fees | | 0.50 | $ 216.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $216.50 |

March 26, 2020
Invoice # 4434780

Dinsmore & Shohl LLP
Client Number ǁ 123837.224
**Matter: Clarence Messick - DOI: 02/01/1999 - Claim # - 2018-BLA-5759 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/04/20 | DKL | 0.10 | Emails with Claimant's Counsel regarding death of Mr. Messick. |
| 02/25/20 | DKL | 0.10 | Receive and review claimant's survivor application and claimant's death certificate. |
| 02/25/20 | DKL | 0.10 | Receive and review correspondence from claimant's counsel regarding outstanding benefits; can survivor cash. |
| 02/25/20 | WER | 0.20 | Review and analyze Survivor Application and corresponding Death Certificate. |

Total Hours     0.50

# Dinsmôre

CALIFORNIA ⏌ COLORADO ⏌ CONNECTICUT
FLORIDA ⏌ GEORGIA ⏌ ILLINOIS ⏌ KENTUCKY
MASSACHUSETTS ⏌ MICHIGAN ⏌ OHIO
PENNSYLVANIA ⏌ WASHINGTON, D.C. ⏌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

March 26, 2020
Invoice # 4434786

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through February 29, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,442.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,442.50 |
| **Total Due for Current Professional Services** | **$ 1,442.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

March 26, 2020
Invoice # 4434786

Dinsmore & Shohl LLP
Client Number ⬜ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.70 | |
| | Partner | | |
| Mary R. Ontko | | 2.60 | |
| | Paralegal | | |
| | | ———— | |
| | Total Hours / Fees | 5.30 | $ 1,442.50 |
| | | | |
| | Current Amount Due This Invoice | | $1,442.50 |

March 26, 2020
Invoice # 4434786

Dinsmore & Shohl LLP
Client Number ∥ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 02/12/20 | MO | 0.30 | Prepare Employer's Notice of Appearance to Claims Examiner |
| 02/12/20 | MO | 0.60 | Prepare Employer's requests for production of documents with attached authorization for release of medical records and letter to L. Glagola requesting responses |
| 02/13/20 | DKL | 0.10 | Review, sign and file Notice of Appearance. |
| 02/13/20 | DKL | 0.10 | Review, sign, file and serve Request for Production of Documents. |
| 02/13/20 | DKL | 1.70 | Review and analyze initial claim file including Department of Labor medical evidence and detailed work history and Schedule for the Submission of Additional Evidence. |
| 02/19/20 | DKL | 0.40 | Review and analyze evidence to send to Expert; revise letter to Expert. |
| 02/19/20 | MO | 0.80 | Review claim file for documents to be sent to Dr. Fino for review |
| 02/19/20 | MO | 0.90 | Prepare letter to Dr. Fino with documents for his review |
| 02/26/20 | DKL | 0.40 | Review and analyze evidence to respond to Schedule for the Submission of Additional Evidence. |

Total Hours      5.30

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills March 1-March 31)**



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          April 17, 2020
46226 National Road                                    Invoice # 4459165
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.27
Matter: Workers▌ Compensation Claims

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 127.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 127.50 |
| **Total Due for Current Professional Services** | **$ 127.50** |

| | |
|---|---|
| Previous Balance Owed | $ 41.03 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459165

Dinsmore & Shohl LLP
Client Number  123837.27
**Matter: Workers Compensation Claims**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4370777 | 12/31/19 | $ 410.25 | $ 369.22 | $ 41.03 |
| | | Total Previous Outstanding Balance | | $ 41.03 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459165

Dinsmore & Shohl LLP
Client Number 123837.27
**Matter: Workers Compensation Claims**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.50 | $ 127.50 |

Current Amount Due This Invoice        $127.50

1



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459163

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -
        Marion County Coal Co.
JCN 2018013969 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 259.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 259.50 |
| **Total Due for Current Professional Services** | **$ 259.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 479.26 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459163

Dinsmore & Shohl LLP
Client Number ‖ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392340 | 01/31/20 | $ 495.13 | $ 445.62 | $ 49.51 |
| 4414108 | 02/27/20 | $ 357.75 | $ 0.00 | $ 357.75 |
| 4434718 | 03/26/20 | $ 72.00 | $ 0.00 | $ 72.00 |
| | | Total Previous Outstanding Balance | | $ 479.26 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459163

Dinsmore & Shohl LLP
Client Number ⏽ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**                    **Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.90 | $ 259.50 |
| Current Amount Due This Invoice | | | $259.50 |

1

April 17, 2020
Dinsmore & Shohl LLP                                         Invoice # 4459163
Client Number ⫿ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**              **Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/20/20 | AMS | 0.20 | Review Administrative Law Judge's 3/13/20 Order reversing Order dated 2/26/19. |
| 03/20/20 | AMS | 0.30 | Draft correspondence to client regarding Administrative Law Judge's 3/13/2020 Order. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/13/20 ALJ Decision reversing the Claim Order dated 2/26/19. |
| 03/20/20 | WER | 0.20 | Review and analyze ALJ⫿s 3/13/20 Order and related correspondence. |

Total Hours     0.90

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  April 17, 2020
46226 National Road                                         Invoice # 4459162
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 154.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.50 |
| **Total Due for Current Professional Services** | **$ 154.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 2,332.54 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459162

Dinsmore & Shohl LLP
Client Number ▯ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392348 | 01/31/20 | $ 1,084.05 | $ 975.64 | $ 108.41 |
| 4414112 | 02/27/20 | $ 549.10 | $ 0.00 | $ 549.10 |
| 4434721 | 03/26/20 | $ 1,675.03 | $ 0.00 | $ 1,675.03 |

Total Previous Outstanding Balance    $ 2,332.54

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459162

Dinsmore & Shohl LLP
Client Number ▯ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 154.50 |
| | Current Amount Due This Invoice | | $154.50 |

1

April 17, 2020
Invoice # 4459162

Dinsmore & Shohl LLP
Client Number ▯ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/23/20 | MO | 0.20 | Update chronology to include 3/17/20 Claimant's evidence. |
| 03/23/20 | MO | 0.30 | Update chronology to include additional records. |
| 03/24/20 | DKL | 0.20 | Review evidence submitted by claimant. |

Total Hours      0.70

2

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459159

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,140.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,140.00 |
| **Total Due for Current Professional Services** | **$ 1,140.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 463.50

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459159

Dinsmore & Shohl LLP
Client Number ‖ 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414116 | 02/27/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| 4434737 | 03/26/20 | $ 263.00 | $ 0.00 | $ 263.00 |
| | | Total Previous Outstanding Balance | | $ 463.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459159

Dinsmore & Shohl LLP
Client Number 〖 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.20 | $ 1,140.00 |
| | Current Amount Due This Invoice | | $1,140.00 |

1

April 17, 2020
Invoice # 4459159

Dinsmore & Shohl LLP
Client Number ⬭ 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/20/20 | DKL | 0.10 | Review Notice of Appeal filed by Claimant. |
| 03/20/20 | DKL | 0.20 | Begin work on Board of Review Brief. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/12/20 Claimant's appeal to the Board of Review. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/17/20 Board of Review acknowledgement of Claimant's appeal. |
| 03/23/20 | DKL | 1.40 | Initial draft of Brief to WC Board of Review. |
| 03/26/20 | DKL | 1.10 | Continue draft of Brief. |

Total Hours        3.20



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        April 17, 2020
46226 National Road                                                   Invoice # 4459157
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.45
Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall
County Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 223.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 223.50 |
| **Total Due for Current Professional Services** | **$ 223.50** |

Previous Balance Owed                                                      $ 501.00
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459157

Dinsmore & Shohl LLP
Client Number ▯ 123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414123 | 02/27/20 | $ 300.50 | $ 0.00 | $ 300.50 |
| 4434741 | 03/26/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| | | Total Previous Outstanding Balance | | $ 501.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459157

Dinsmore & Shohl LLP
Client Number ‖ 123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 223.50 |

Current Amount Due This Invoice        $223.50

1

April 17, 2020
Invoice # 4459157

Dinsmore & Shohl LLP
Client Number ▯ 123837.45
**Matter: Blake, Jack - 6/1/1987 - JCN 2018016618 OP- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DKL | 0.40 | Review medical evidence in preparation for Final Occupational Pneumoconiosis Board Hearing. |
| 03/20/20 | DKL | 0.10 | Review Order Continuing Hearing. |
| 03/20/20 | MO | 0.20 | Update chronology to include OP Board notice continuing hearing. |

Total Hours    0.70

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459155

Billing Attorney - William E Robinson

Client Number - 123837.46
Matter: Blake, Jerry - 9/21/2013 - JCN 2014009347 INJ -
          Marshall County Coal Co.
JCN 2014009347 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459155

Dinsmore & Shohl LLP
Client Number ‖ 123837.46
**Matter: Blake, Jerry - 9/21/2013 - JCN 2014009347 INJ -**               **Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

April 17, 2020
Invoice # 4459155

Dinsmore & Shohl LLP
Client Number ▯ 123837.46
**Matter: Blake, Jerry - 9/21/2013 - JCN 2014009347 INJ -**                    **Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/25/20 correspondence to Claimant acknowledging treatment request. |
| | Total Hours | 0.20 | |



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        April 17, 2020
46226 National Road                                                     Invoice # 4459153
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 155.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314     Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459153

Dinsmore & Shohl LLP
Client Number ▯ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392364 | 01/31/20 | $ 704.50 | $ 634.05 | $ 70.45 |
| 4414131 | 02/27/20 | $ 46.95 | $ 0.00 | $ 46.95 |
| 4434744 | 03/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | | Total Previous Outstanding Balance | $ 155.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459153

Dinsmore & Shohl LLP
Client Number ▯ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.40 | $ 62.00 |

Current Amount Due This Invoice    $62.00

1

April 17, 2020
Invoice # 4459153

Dinsmore & Shohl LLP
Client Number ▯ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | MO | 0.40 | Update chronology to include Claimant's 03/12/20 submission of evidence. |
|  | Total Hours | 0.40 | |



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                       April 17, 2020
46226 National Road                                                  Invoice # 4459151
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 259.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 259.00 |
| **Total Due for Current Professional Services** | **$ 259.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 772.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459151

Dinsmore & Shohl LLP
Client Number ⅃ 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414134 | 02/27/20 | $ 102.00 | $ 0.00 | $ 102.00 |
| 4434745 | 03/26/20 | $ 670.45 | $ 0.00 | $ 670.45 |
| | | Total Previous Outstanding Balance | | $ 772.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459151

Dinsmore & Shohl LLP
Client Number 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 259.00 |
| | Current Amount Due This Invoice | | $259.00 |

1

April 17, 2020
Invoice # 4459151

Dinsmore & Shohl LLP
Client Number ‖ 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/13/20 | MO | 0.20 | Update chronology to include ALJ Decision. |
| 03/19/20 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 3/11/20 Order. |
| 03/20/20 | AMS | 0.20 | Review Administrative Law Judge's 3/11/20 Order. |
| 03/20/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 3/11/2020 Order. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/16/20 Claimant's Notice of Appeal to the Board of Review regarding ALJ Decision. |
| 03/24/20 | DKL | 0.10 | Review Workers Compensation Board of Review acknowledging claimant's appeal. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/18/20 Board of Review Acknowledgement of Appeal. |

Total Hours    1.20

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459148

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 265.36 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459148

Dinsmore & Shohl LLP
Client Number ‖ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392370 | 01/31/20 | $ 1,003.65 | $ 903.29 | $ 100.36 |
| 4414138 | 02/27/20 | $ 134.00 | $ 0.00 | $ 134.00 |
| 4434747 | 03/26/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| | | Total Previous Outstanding Balance | | $ 265.36 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459148

Dinsmore & Shohl LLP
Client Number ⏾ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |
| | Current Amount Due This Invoice | | $46.50 |

1

April 17, 2020
Invoice # 4459148

Dinsmore & Shohl LLP
Client Number �008 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/18/20 | MO | 0.30 | Review client's website for additional medical records. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459103
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,010.00 |
| Attorney Costs | $ 3.30 |
| Current Total Due for Professional Services | $ 1,013.30 |
| **Total Due for Current Professional Services** | **$ 1,013.30** |

| | |
|---|---:|
| Previous Balance Owed | $ 315.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459103

Dinsmore & Shohl LLP
Client Number ⏘ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392372 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414145 | 02/27/20 | $ 185.65 | $ 0.00 | $ 185.65 |
| 4434750 | 03/26/20 | $ 126.00 | $ 0.00 | $ 126.00 |
| | | Total Previous Outstanding Balance | | $ 315.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459103

Dinsmore & Shohl LLP
Client Number ▯ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.10 | |
| | Partner | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 1,010.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.30 | |
| | Total Attorney Costs | $3.30 |
| | Current Amount Due This Invoice | $1,013.30 |

1

April 17, 2020
Invoice # 4459103

Dinsmore & Shohl LLP
Client Number ‖ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/20 | MO | 0.20 | Update chronology to include 2/28/20 Time Frame Order. |
| 03/04/20 | DKL | 0.10 | Review Time Frame Order. |
| 03/16/20 | MO | 0.60 | Review claim file for documents to submit as evidence. |
| 03/17/20 | DKL | 0.50 | Initial review of all evidence relative to deadline for closing argument. |
| 03/17/20 | MO | 0.50 | Prepare Employer evidence submission. |
| 03/19/20 | DKL | 1.10 | Initial draft of closing argument. |
| 03/20/20 | DKL | 0.40 | Continue draft of closing argument. |

Total Hours    3.40



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459104

Billing Attorney - William E Robinson

Client Number - 123837.56
Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ -
Marshall County Coal Co.
JCN 2018016154 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 485.00 |
| Attorney Costs | $ 5.55 |
| Current Total Due for Professional Services | $ 490.55 |
| **Total Due for Current Professional Services** | **$ 490.55** |

| | |
|---|---:|
| Previous Balance Owed | $ 569.74 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459104

Dinsmore & Shohl LLP
Client Number 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392376 | 01/31/20 | $ 252.40 | $ 227.16 | $ 25.24 |
| 4414152 | 02/27/20 | $ 488.00 | $ 0.00 | $ 488.00 |
| 4434752 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 569.74 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459104

Dinsmore & Shohl LLP
Client Number ₪ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 |
| Mary R. Ontko | Paralegal | 2.80 |
| | Total Hours / Fees | 3.00 |

$ 485.00

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 5.55

Total Attorney Costs                    $5.55

Current Amount Due This Invoice         $490.55

1

April 17, 2020
Invoice # 4459104

Dinsmore & Shohl LLP
Client Number ⬚ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/20 | MO | 0.20 | Update chronology to include 3/11/20 correspondence to Claimant. |
| 03/16/20 | AMS | 0.10 | Review 3/11/20 Order. |
| 03/18/20 | MO | 0.60 | Review client's website for additional medical records. |
| 03/19/20 | MO | 0.90 | Update chronology with new medical records from client's website. |
| 03/19/20 | MO | 0.30 | Prepare subpoena to hospital for medical records. |
| 03/24/20 | AMS | 0.10 | Review 3/17/020 Order. |
| 03/31/20 | MO | 0.80 | Update chronology to include new medical records. |

Total Hours     3.00

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     April 17, 2020
46226 National Road                                              Invoice # 4459105
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.57
Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP -
Marion County Coal Co.
JCN 2019015948 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,021.00 |
| Attorney Costs | $ 10.35 |
| Current Total Due for Professional Services | $ 1,031.35 |
| **Total Due for Current Professional Services** | **$ 1,031.35** |

| | |
|---|---:|
| Previous Balance Owed | $ 111.35 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459105

Dinsmore & Shohl LLP
Client Number ‖ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392379 | 01/31/20 | $ 728.50 | $ 655.65 | $ 72.85 |
| 4414155 | 02/27/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 111.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459105

Dinsmore & Shohl LLP
Client Number ◻ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.00 | |
| William E Robinson | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 2.80 | |
| | Total Hours / Fees | 4.20 | $ 1,021.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 10.35 | |
| Total Attorney Costs | | $10.35 |
| Current Amount Due This Invoice | | $1,031.35 |

1

April 17, 2020
Invoice # 4459105

Dinsmore & Shohl LLP
Client Number ‖ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/06/20 | DKL | 0.10 | Letter to claimant's counsel regarding testing scheduled. |
| 03/09/20 | MO | 0.20 | Telephone call to medical facility regarding scheduling of retesting. |
| 03/09/20 | MO | 0.30 | Correspondence to Attorney Garrett regarding scheduled retesting. |
| 03/09/20 | MO | 0.30 | Correspondence to medical facility confirming appointment for retesting, |
| 03/23/20 | DKL | 0.10 | Review repeat diffusion study. |
| 03/24/20 | DKL | 0.10 | Emails with Ed Pauley and M. Ontko regarding withdrawal of protest. |
| 03/24/20 | DKL | 0.10 | File Motion to Withdraw Protest. |
| 03/24/20 | MO | 0.30 | Review Employer's evidence submission. |
| 03/24/20 | MO | 0.50 | Prepare Motion to Withdraw Employer's protest with letter to the Office of Judges filing same. |
| 03/26/20 | DKL | 0.40 | Review, analyze and select evidence to submit with Motion for Final Occupational Pneumoconiosis Board Hearing. |
| 03/26/20 | MO | 0.60 | Finalize Employer's evidence submission along with document submission forms. |
| 03/27/20 | DKL | 0.10 | Correspondence from claimant's counsel requesting testing. |
| 03/27/20 | MO | 0.40 | Update chronology to include Employer's Motion for Final OP Board Hearing and evidence submission. |
| 03/30/20 | DKL | 0.10 | Review claimant's request for extension of time frame. |
| 03/31/20 | MO | 0.20 | Update chronology to include 3/26/20 Claimant's request for extension of time frame. |
| 03/31/20 | WER | 0.40 | Review and analyze Motion for Hearing and related documents. |

Total Hours       4.20

# Dinsmôre

CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459111

Billing Attorney - William E Robinson

Client Number - 123837.63
Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP -
Harrison County Coal Co.
 JCN 2012014930 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,910.00 |
| Attorney Costs | $ 6.00 |
| Current Total Due for Professional Services | $ 1,916.00 |
| **Total Due for Current Professional Services** | **$ 1,916.00** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 489.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459111

Dinsmore & Shohl LLP
Client Number ☐ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392390 | 01/31/20 | $ 1,457.00 | $ 1,311.30 | $ 145.70 |
| 4414170 | 02/27/20 | $ 344.00 | $ 0.00 | $ 344.00 |
| | | Total Previous Outstanding Balance | | $ 489.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459111

Dinsmore & Shohl LLP
Client Number ꘏ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 4.80 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 5.20 | $ 1,910.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.00 | |
| Total Attorney Costs | | $6.00 |
| Current Amount Due This Invoice | | $1,916.00 |

1

April 17, 2020
Invoice # 4459111

Dinsmore & Shohl LLP
Client Number ▯ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/27/20 Claimant's Brief to the Board of Review. |
| 03/02/20 | DKL | 0.30 | Review Claimant's Brief to Board of Review. |
| 03/06/20 | DKL | 0.20 | Revisions to Brief to Board of Review. |
| 03/09/20 | DKL | 2.00 | Review of evidence and initial draft of Brief to Board of Review. |
| 03/09/20 | DKL | 0.40 | Revisions to Brief to Board of Review. |
| 03/12/20 | DKL | 0.80 | Continue draft of Brief to Board of Review. |
| 03/17/20 | DKL | 0.30 | Revisions to Brief to Board of Review. |
| 03/19/20 | DKL | 0.40 | Continue draft of Brief to Board of Review. |
| 03/20/20 | DKL | 0.30 | Final revisions to Brief to Board of Reviews. |
| 03/20/20 | DKL | 0.10 | Review, sign and file Brief. |
| 03/23/20 | MO | 0.20 | Update chronology to include 3/23/20 Employer's Reply Brief to the Board of Review. |

Total Hours      5.20

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459113

Billing Attorney - William E Robinson

Client Number - 123837.64
Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ
- Marion County Coal Co.
JCN 2016026225 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 87.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 87.50 |
| **Total Due for Current Professional Services** | **$ 87.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459113

Dinsmore & Shohl LLP
Client Number ▯ 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.50 | $ 87.50 |

| Current Amount Due This Invoice | $87.50 |
|---|---|

April 17, 2020
Invoice # 4459113

Dinsmore & Shohl LLP
Client Number 123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/20/20 | MO | 0.20 | Update chronology to include 3/13/20 letter to Claimant. |
| 03/24/20 | AMS | 0.10 | Review Claimant's protest to 3/13/20 Order. |
| 03/24/20 | MO | 0.20 | Update chronology to include 3/20/20 Claimant's protest. |

Total Hours     0.50

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459115

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 215.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 215.00 |
| **Total Due for Current Professional Services** | **$ 215.00** |

| | |
|---|---|
| Previous Balance Owed | $ 688.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number ▯ 123837.67

**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

April 17, 2020
Invoice # 4459115

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392397 | 01/31/20 | $ 1,316.35 | $ 1,184.72 | $ 131.63 |
| 4414173 | 02/27/20 | $ 367.65 | $ 0.00 | $ 367.65 |
| 4434758 | 03/26/20 | $ 189.50 | $ 0.00 | $ 189.50 |
| | | | Total Previous Outstanding Balance | $ 688.78 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459115

Dinsmore & Shohl LLP
Client Number ‖ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 1.00 | $ 215.00 |

Current Amount Due This Invoice          $215.00

1

April 17, 2020
Invoice # 4459115

Dinsmore & Shohl LLP
Client Number ▯ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/23/20 | AMS | 0.10 | Review evidence filed by Claimant in support of his protest. |
| 03/24/20 | AMS | 0.50 | Review Claimant's Board of Review appeal brief regarding Administrative Law Judge's 12/17/19 Order. |
| 03/24/20 | MO | 0.20 | Update chronology to include 2/26/20 Claimant's submission of evidence. |
| 03/24/20 | MO | 0.20 | Update chronology to include 3/18/20 Claimant's Appeal Brief to the Board of Review. |

| | | |
|---|---|---|
| Total Hours | 1.00 | |

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459106
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 127.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 127.50 |
| **Total Due for Current Professional Services** | **$ 127.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 225.20 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459106

Dinsmore & Shohl LLP
Client Number ⏅ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392382 | 01/31/20 | $ 357.00 | $ 321.30 | $ 35.70 |
| 4414160 | 02/27/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| 4434754 | 03/26/20 | $ 158.50 | $ 0.00 | $ 158.50 |
| | | Total Previous Outstanding Balance | | $ 225.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459106

Dinsmore & Shohl LLP
Client Number ⬡ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Jessica Spencer Benedict | Associate | 0.50 | |
| | Total Hours / Fees | 0.50 | $ 127.50 |
| | Current Amount Due This Invoice | | $127.50 |

1

April 17, 2020
Invoice # 4459106

Dinsmore & Shohl LLP
Client Number ⬜ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | JSB | 0.50 | Prepare for and attend hearing. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  April 17, 2020
46226 National Road                                           Invoice # 4459107
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 51.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 51.00 |
| **Total Due for Current Professional Services** | **$ 51.00** |

Previous Balance Owed                                              $ 700.99
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459107

Dinsmore & Shohl LLP
Client Number 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392386 | 01/31/20 | $ 1,554.95 | $ 1,399.46 | $ 155.49 |
| 4414163 | 02/27/20 | $ 82.00 | $ 0.00 | $ 82.00 |
| 4434755 | 03/26/20 | $ 463.50 | $ 0.00 | $ 463.50 |
| | | Total Previous Outstanding Balance | | $ 700.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459107

Dinsmore & Shohl LLP
Client Number ▯ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.20 | $ 51.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $51.00 |

1

April 17, 2020
Invoice # 4459107

Dinsmore & Shohl LLP
Client Number ⬜ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/31/20 | AMS | 0.20 | Review Claimant's Board of Review response brief. |

Total Hours    0.20



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459109
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.85
Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074
OP -- Marshall County Coal Co.
JCN 2018003074 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 93.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 93.00 |
| **Total Due for Current Professional Services** | **$ 93.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 201.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459109

Dinsmore & Shohl LLP
Client Number ꭢ 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392388 | 01/31/20 | $ 290.43 | $ 261.39 | $ 29.04 |
| 4414166 | 02/27/20 | $ 115.70 | $ 0.00 | $ 115.70 |
| 4434756 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 201.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459109

Dinsmore & Shohl LLP
Client Number ▯ 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.60 | $ 93.00 |

Current Amount Due This Invoice        $93.00

1

April 17, 2020
Dinsmore & Shohl LLP                                    Invoice # 4459109
Client Number ▯ 123837.85
**Matter: Gardner, Richard Sr. -- 2/14/2014 -- JCN 2018003074 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | MO | 0.20 | Respond to client's request for a copy of the Statutory Notice of Appeal from the WV Supreme Court of Appeals. |
| 03/19/20 | MO | 0.20 | Phone call to WV Supreme Court Clerk requesting copy of the Statutory Notice of Appeal. |
| 03/19/20 | MO | 0.20 | Email to client with requested copy of Statutory Notice of Appeal from WV Supreme Court. |

Total Hours        0.60

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459229
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.92
Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ -
Ohio County Coal Co.
JCN 2019018684 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 113.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 113.00 |
| **Total Due for Current Professional Services** | **$ 113.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,526.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459229

Dinsmore & Shohl LLP
Client Number ▯ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392471 | 01/31/20 | $ 3,196.50 | $ 2,876.85 | $ 319.65 |
| 4414307 | 02/27/20 | $ 1,135.15 | $ 0.00 | $ 1,135.15 |
| 4434803 | 03/26/20 | $ 72.00 | $ 0.00 | $ 72.00 |
| | | | Total Previous Outstanding Balance | $ 1,526.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459229

Dinsmore & Shohl LLP
Client Number ▯ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.60 | $ 113.00 |

Current Amount Due This Invoice    $113.00

1

April 17, 2020
Invoice # 4459229

Dinsmore & Shohl LLP
Client Number 0 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | AMS | 0.10 | Review Claimant's Notice of Withdrawal of protest. |
| 03/09/20 | MO | 0.20 | Update chronology to include Claimant's 3/3/20 withdrawal of protest. |
| 03/13/20 | MO | 0.20 | Update chronology to include 3/4/20 Order dismissing Claimant's protest. |
| 03/13/20 | AMS | 0.10 | Review Office of Judge's 3/4/2020 Order dismissing Claimant's protest |

Total Hours    0.60

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459235

Billing Attorney - William E Robinson

Client Number - 123837.95
Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP -
Marshall County Coal Co.
JCN 2017022385 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 262.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 262.00 |
| **Total Due for Current Professional Services** | **$ 262.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 234.21 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459235

Dinsmore & Shohl LLP
Client Number ‖ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392482 | 01/31/20 | $ 384.10 | $ 345.69 | $ 38.41 |
| 4414316 | 02/27/20 | $ 118.80 | $ 0.00 | $ 118.80 |
| 4434807 | 03/26/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | | Total Previous Outstanding Balance | $ 234.21 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459235

Dinsmore & Shohl LLP
Client Number ⬚ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 262.00 |
| | Current Amount Due This Invoice | | $262.00 |

1

April 17, 2020
Invoice # 4459235

Dinsmore & Shohl LLP
Client Number ‖ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | MO | 0.20 | Update chronology to include 3/3/20 Notice of Occupational Pneumoconiosis Board Hearing. |
| 03/05/20 | DKL | 0.10 | Review Notice of Occupational Pneumoconiosis Board Hearing. |
| 03/05/20 | DKL | 0.50 | Review medical evidence to prepare for final Occupational Pneumoconiosis Board Hearing. |

Total Hours     0.80

2



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459237
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 418.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 418.50 |
| **Total Due for Current Professional Services** | **$ 418.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,947.02 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459237

Dinsmore & Shohl LLP
Client Number ▯ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392486 | 01/31/20 | $ 5,868.66 | $ 5,281.79 | $ 586.87 |
| 4414319 | 02/27/20 | $ 738.50 | $ 0.00 | $ 738.50 |
| 4434809 | 03/26/20 | $ 621.65 | $ 0.00 | $ 621.65 |
| | | Total Previous Outstanding Balance | | $ 1,947.02 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459237

Dinsmore & Shohl LLP
Client Number ⬛ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 2.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 418.50 |
| | Current Amount Due This Invoice | | $418.50 |

1

April 17, 2020
Invoice # 4459237

Dinsmore & Shohl LLP
Client Number ▯ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/26/20 letter to Claimant. |
| 03/04/20 | MO | 0.20 | Update chronology to include 3/2/20 Order Extending Time Frame. |
| 03/09/20 | MO | 0.20 | Update chronology to include 3/3/20 Board of Review briefing schedule regarding ALJ Decision dated 2/14/20. |
| 03/31/20 | MO | 0.20 | Update chronology to include 3/16/20 letter to Claimant. |
| 03/31/20 | MO | 0.80 | Review client website for additional medical records. |
| 03/31/20 | MO | 1.10 | Update chronology with new medical records from client website. |

Total Hours     2.70



CALIFORNIA ▐ COLORADO ▐ CONNECTICUT
FLORIDA ▐ GEORGIA ▐ ILLINOIS ▐ KENTUCKY
MASSACHUSETTS ▐ MICHIGAN ▐ OHIO
PENNSYLVANIA ▐ WASHINGTON, D.C. ▐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459241

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 571.00 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 578.65 |
| **Total Due for Current Professional Services** | **$ 578.65** |

Previous Balance Owed                                                  $ 136.54
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459241

Dinsmore & Shohl LLP
Client Number ⬚ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392494 | 01/31/20 | $ 900.45 | $ 810.41 | $ 90.04 |
| 4414328 | 02/27/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | Total Previous Outstanding Balance | | $ 136.54 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459241

Dinsmore & Shohl LLP
Client Number ▯ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.40 |
| | Partner | |
| Aimee M Stern | | 0.90 |
| | Of Counsel | |
| Mary R. Ontko | | 0.90 |
| | Paralegal | |
| | Total Hours / Fees | 2.20 |

$ 571.00

### Summary of Current Attorney Costs Incurred

Photocopies                                $ 7.65

Total Attorney Costs                $7.65

Current Amount Due This Invoice                $578.65

1

April 17, 2020
Invoice # 4459241

Dinsmore & Shohl LLP
Client Number ⬜ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | AMS | 0.30 | Review Administrative Law Judge's 3/2/20 Order. |
| 03/09/20 | AMS | 0.50 | Draft correspondence to client regarding Administrative Law Judge's 3/2/20. |
| 03/09/20 | AMS | 0.10 | Review 3/3/2020 Order. |
| 03/09/20 | MO | 0.20 | Update chronology to include 3/3/20 Order. |
| 03/09/20 | MO | 0.30 | Prepare Notice of Appeal to the Board of Review re ALJ Decision. |
| 03/09/20 | WER | 0.20 | Review and analyze ALJ⬜s 3/2/20 Order and related correspondence. |
| 03/10/20 | WER | 0.20 | Review and analyze Notice of Appeal. |
| 03/16/20 | MO | 0.20 | Update chronology to include 3/11/20 acknowledgement of ALJ Decision. |
| 03/23/20 | MO | 0.20 | Update chronology to include Board of Review's acknowledgement of appeal and briefing schedule. |

Total Hours    2.20

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      April 17, 2020
46226 National Road                                              Invoice # 4459248
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.101
Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752
OP - Murray American Energy
JCN 2019017752 OP

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,516.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,516.00 |
| **Total Due for Current Professional Services** | **$ 1,516.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 137.80 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459248

Dinsmore & Shohl LLP
Client Number 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392503 | 01/31/20 | $ 913.00 | $ 821.70 | $ 91.30 |
| 4434814 | 03/26/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | Total Previous Outstanding Balance | | $ 137.80 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459248

Dinsmore & Shohl LLP
Client Number ▯ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.90 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.60 | |
| | Paralegal | | |
| Total Hours / Fees | | 4.80 | $ 1,516.00 |
| | | | |
| Current Amount Due This Invoice | | | $1,516.00 |

1

April 17, 2020
Invoice # 4459248

Dinsmore & Shohl LLP
Client Number ▯ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/24/20 | DKL | 0.10 | Review Administrative Law Judge Decision reversing Claims Administrator Order. |
| 03/25/20 | DKL | 1.00 | Detailed review of Administrative Law Judge Decision and evidence filed to analyze appeal. |
| 03/27/20 | DKL | 0.20 | Revise letter to Ed Pauley with Administrative Law Judge Decision. |
| 03/27/20 | MO | 0.20 | Update chronology to include 03-18-20 ALJ Decision reversing claim order dated 03-20-19. |
| 03/27/20 | MO | 0.80 | Review Office of Judges website to ascertain medical evidence filed by Claimant. |
| 03/27/20 | MO | 0.30 | Email Attorney Liberati with documents from Office of Judges website. |
| 03/28/20 | WER | 0.30 | Review and analyze ALJ▯s 3/18/20 Decision and related correspondence. |
| 03/30/20 | DKL | 0.80 | Review deposition and evidence regarding appeal. |
| 03/30/20 | DKL | 0.30 | Email to Ed Pauley regarding potential Appeal to Board of Review. |
| 03/31/20 | DKL | 0.20 | Emails with E. Pauley regarding potential Appeal; emails with M. Ontko. |
| 03/31/20 | DKL | 0.10 | Email from B. Vinskovich authorizing appeal. |
| 03/31/20 | DKL | 0.20 | Review, sign and file Notice of Appeal to Board of Review. |
| 03/31/20 | MO | 0.30 | Prepare Notice of Appeal to Board of Review regarding ALJ Decision. |

Total Hours     4.80

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                            Invoice # 4459273
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.102
Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio
County Coal Co.
JCN 2019016626 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 571.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459273

Dinsmore & Shohl LLP
Client Number ⬜ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392556 | 01/31/20 | $ 794.50 | $ 715.05 | $ 79.45 |
| 4414370 | 02/27/20 | $ 222.50 | $ 0.00 | $ 222.50 |
| 4434842 | 03/26/20 | $ 269.50 | $ 0.00 | $ 269.50 |
|  |  | Total Previous Outstanding Balance |  | $ 571.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459273

Dinsmore & Shohl LLP
Client Number ⬚ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

April 17, 2020
Invoice # 4459273

Dinsmore & Shohl LLP
Client Number ‖ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | MO | 0.20 | Update chronology to include Notice of Occupational Pneumoconiosis Board Hearing. |
| 03/05/20 | DKL | 0.10 | Review Notice of Occupational Pneumoconiosis Board Hearing. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459275

Billing Attorney - William E Robinson

Client Number - 123837.103
Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP -
Marshall County Coal. Co.
JCN 2017014996 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 825.50 |
| Attorney Costs | $ 20.40 |
| Current Total Due for Professional Services | $ 845.90 |
| **Total Due for Current Professional Services** | **$ 845.90** |

| | |
|---|---|
| Previous Balance Owed | $ 393.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459275

Dinsmore & Shohl LLP
Client Number ▯ 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414372 | 02/27/20 | $ 192.50 | $ 0.00 | $ 192.50 |
| 4434844 | 03/26/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| | | Total Previous Outstanding Balance | | $ 393.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459275

Dinsmore & Shohl LLP
Client Number 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 1.50 |
| | Partner | |
| Mary R. Ontko | | 1.60 |
| | Paralegal | |
| | Total Hours / Fees | 3.10 |

$ 825.50

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 20.40

Total Attorney Costs                           $20.40

Current Amount Due This Invoice                $845.90

1

April 17, 2020
Invoice # 4459275

Dinsmore & Shohl LLP
Client Number ▯ 123837.103
**Matter: Hoskins, Gary - 12/30/1998 - JCN 2017014996 OP - Marshall County Coal. Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DKL | 0.50 | Review medical evidence and prior hearing transcript to prepare for Final Occupational Pneumoconiosis Board Hearing. |
| 03/20/20 | DKL | 0.20 | Review evidence submission from claimant. |
| 03/20/20 | DKL | 0.10 | Review Order Continuing Hearing. |
| 03/20/20 | MO | 0.20 | Update chronology to include Notice Continuing OP Board Hearing. |
| 03/20/20 | MO | 0.60 | Review pleadings and pull all evidence submitted to the Office of Judges. |
| 03/20/20 | MO | 0.80 | Prepare chart of evidence submitted by both parties for comparison. |
| 03/24/20 | DKL | 0.70 | Review and analyze recent evidence submission by claimant in comparison with existing evidence. |

Total Hours    3.10

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                             April 17, 2020
46226 National Road                                                       Invoice # 4459276
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.104
Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP -
Marion County Coal Co.
JCN 2019005830 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 223.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 223.50 |
| **Total Due for Current Professional Services** | **$ 223.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 486.06 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459276

Dinsmore & Shohl LLP
Client Number □ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392559 | 01/31/20 | $ 570.60 | $ 513.54 | $ 57.06 |
| 4414375 | 02/27/20 | $ 151.50 | $ 0.00 | $ 151.50 |
| 4434846 | 03/26/20 | $ 277.50 | $ 0.00 | $ 277.50 |
| | | Total Previous Outstanding Balance | | $ 486.06 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459276

Dinsmore & Shohl LLP
Client Number ⬜ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 223.50 |

Current Amount Due This Invoice          $223.50

1

April 17, 2020
Invoice # 4459276

Dinsmore & Shohl LLP
Client Number ▯ 123837.104
**Matter: Hurley, Milton - 7/22/2018 - JCN 2019005830 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/16/20 | DKL | 0.40 | Review medical evidence in preparation for Final Occupational Pneumoconiosis Board Hearing (No Initial Hearing). |
| 03/20/20 | DKL | 0.10 | Review Order Continuing Hearing. |
| 03/20/20 | MO | 0.20 | Update chronology to include OP Board Notice Continuing Hearing. |

Total Hours    0.70

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459279

Billing Attorney - William E Robinson

Client Number - 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ -
Marion County Coal Co.
JCN 2019001358 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 278.00 |
| Attorney Costs | $ 10.80 |
| Current Total Due for Professional Services | $ 288.80 |
| **Total Due for Current Professional Services** | **$ 288.80** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 2,665.54 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459279

Dinsmore & Shohl LLP
Client Number ‖ 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392567 | 01/31/20 | $ 1,196.88 | $ 1,077.19 | $ 119.69 |
| 4414379 | 02/27/20 | $ 719.15 | $ 0.00 | $ 719.15 |
| 4434850 | 03/26/20 | $ 1,826.70 | $ 0.00 | $ 1,826.70 |
| | | Total Previous Outstanding Balance | | $ 2,665.54 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459279

Dinsmore & Shohl LLP
Client Number ⬚ 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 1.30 | |
| | Total Hours / Fees | 1.60 | $ 278.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 10.80 | |
| Total Attorney Costs | | $10.80 |
| Current Amount Due This Invoice | | $288.80 |

1

April 17, 2020
Invoice # 4459279

Dinsmore & Shohl LLP
Client Number ▯ 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | AMS | 0.30 | Review evidence filed by Claimant in support of his protest. |
| 03/09/20 | MO | 0.80 | Update chronology to include Claimant's 3/4/20 evidence. |
| 03/09/20 | MO | 0.30 | Review documents on Office of Judges website for Order extending the time frame. |
| 03/09/20 | MO | 0.20 | Update chronology to include Order extending the time frame. |

Total Hours    1.60

2

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          April 17, 2020
46226 National Road                                                   Invoice # 4459280
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.106
Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230
INJ - Marion County Coal Co.
JCN 2017021230 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 2,078.05 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314       Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459280

Dinsmore & Shohl LLP
Client Number ▯ 123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392570 | 01/31/20 | $ 432.00 | $ 388.80 | $ 43.20 |
| 4414380 | 02/27/20 | $ 280.50 | $ 0.00 | $ 280.50 |
| 4434852 | 03/26/20 | $ 1,754.35 | $ 0.00 | $ 1,754.35 |
| | | Total Previous Outstanding Balance | | $ 2,078.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459280

Dinsmore & Shohl LLP
Client Number ‖ 123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 82.00 |

Current Amount Due This Invoice     $82.00

April 17, 2020
Invoice # 4459280

Dinsmore & Shohl LLP
Client Number ⬜ 123837.106
**Matter: Johnson, Christopher - 2/28/2017 - JCN 2017021230 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/24/20 | AMS | 0.20 | Review Claimant's brief in response to Employer's Petition for Appeal to WV Supreme Court regarding Board of Review's 1/24/2020 Order. |
| 03/24/20 | MO | 0.20 | Update chronology to include 3/18/20 Claimant's Response to Employer's Petition for Appeal to the WV Supreme Court of Appeals. |

Total Hours    0.40

2



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459282

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 97.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 97.50 |
| **Total Due for Current Professional Services** | **$ 97.50** |

| | |
|---|---|
| Previous Balance Owed | $ 825.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314     Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459282

Dinsmore & Shohl LLP
Client Number ▯ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392578 | 01/31/20 | $ 1,302.80 | $ 1,172.52 | $ 130.28 |
| 4414386 | 02/27/20 | $ 638.50 | $ 0.00 | $ 638.50 |
| 4434856 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |

Total Previous Outstanding Balance    $ 825.28

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459282

Dinsmore & Shohl LLP
Client Number ▯ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.50 | $ 97.50 |
| | Current Amount Due This Invoice | | $97.50 |

1

April 17, 2020
Invoice # 4459282

Dinsmore & Shohl LLP
Client Number ⏐ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | AMS | 0.20 | Review evidence filed by Claimant in support of his protest to 7/2/19 Order. |
| 03/09/20 | MO | 0.30 | Update chronology with Claimant's 3/2/20 evidence regarding Claim Order dated 7/2/19. |

Total Hours     0.50

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              April 17, 2020
46226 National Road                                       Invoice # 4459281
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 87.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 87.50 |
| **Total Due for Current Professional Services** | **$ 87.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 2,571.33 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number ⬚ 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

April 17, 2020
Invoice # 4459281

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392575 | 01/31/20 | $ 3,204.35 | $ 2,883.92 | $ 320.43 |
| 4414383 | 02/27/20 | $ 1,776.90 | $ 0.00 | $ 1,776.90 |
| 4434854 | 03/26/20 | $ 474.00 | $ 0.00 | $ 474.00 |
| | | Total Previous Outstanding Balance | | $ 2,571.33 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459281

Dinsmore & Shohl LLP
Client Number ⬧ 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 87.50 |

Current Amount Due This Invoice          $87.50

1

April 17, 2020
Invoice # 4459281

Dinsmore & Shohl LLP
Client Number ‖ 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/11/20 | MO | 0.20 | Update chronology to include 3/9/20 Claimant's Notice of Appeal to the Board of Review. |
| 03/11/20 | AMS | 0.10 | Review Claimant's Notice of Appeal of Administrative Law Judge's 2/15/20 Order. |
| 03/18/20 | MO | 0.20 | Update chronology to include Board of Review Acknowledgement of Appeal and Briefing Schedule. |

Total Hours    0.50

2

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459277

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 708.65 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459277

Dinsmore & Shohl LLP
Client Number ⬡ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392561 | 01/31/20 | $ 1,832.50 | $ 1,649.25 | $ 183.25 |
| 4414376 | 02/27/20 | $ 468.90 | $ 0.00 | $ 468.90 |
| 4434848 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | | Total Previous Outstanding Balance | $ 708.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459277

Dinsmore & Shohl LLP
Client Number ▯ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

1

April 17, 2020
Invoice # 4459277

Dinsmore & Shohl LLP
Client Number □ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/10/20 | MO | 0.20 | Update chronology to include 3/6/20 Order Extending Time Frame. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.20 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     April 17, 2020
46226 National Road                                              Invoice # 4459272
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.121
Matter: Moodie, Sean -- 9/18/2018 --        JCN 2019006525
INJ -- Ohio County Coal Co.
JCN 2019006525 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 255.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 255.00 |
| **Total Due for Current Professional Services** | **$ 255.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 365.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459272

Dinsmore & Shohl LLP
Client Number ‖ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392550 | 01/31/20 | $ 110.00 | $ 99.00 | $ 11.00 |
| 4414369 | 02/27/20 | $ 123.35 | $ 0.00 | $ 123.35 |
| 4434840 | 03/26/20 | $ 231.50 | $ 0.00 | $ 231.50 |
| | | Total Previous Outstanding Balance | | $ 365.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459272

Dinsmore & Shohl LLP
Client Number ⧠ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.00 | |
| | Total Hours / Fees | 1.00 | $ 255.00 |

Current Amount Due This Invoice $255.00

1

April 17, 2020
Invoice # 4459272

Dinsmore & Shohl LLP
Client Number ⬙ 123837.121
**Matter: Moodie, Sean -- 9/18/2018 --JCN 2019006525 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/10/20 | AMS | 0.30 | Review information from client and relevant portions of chronology. |
| 03/12/20 | AMS | 0.50 | Review file received from client for purposes of advising client regarding benefits. |
| 03/12/20 | AMS | 0.20 | Confer with client regarding suspension of benefits. |

Total Hours     1.00



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459271

Billing Attorney - William E Robinson

Client Number - 123837.122
Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ --
Ohio County Coal Co.
JCN 2018023959 INJ

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 333.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459271

Dinsmore & Shohl LLP
Client Number ▯ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392547 | 01/31/20 | $ 490.00 | $ 441.00 | $ 49.00 |
| 4414367 | 02/27/20 | $ 151.50 | $ 0.00 | $ 151.50 |
| 4434837 | 03/26/20 | $ 132.50 | $ 0.00 | $ 132.50 |
| | | | Total Previous Outstanding Balance | $ 333.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459271

Dinsmore & Shohl LLP
Client Number ⬚ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice         $46.50

1

April 17, 2020
Invoice # 4459271

Dinsmore & Shohl LLP
Client Number  123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/10/20 | MO | 0.30 | Update chronology with 3/5/20 correspondence regarding Claimant's scheduled doctor appointment. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459269

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 1,357.75 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459269

Dinsmore & Shohl LLP
Client Number ▯ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392544 | 01/31/20 | $ 300.00 | $ 270.00 | $ 30.00 |
| 4414363 | 02/27/20 | $ 709.00 | $ 0.00 | $ 709.00 |
| 4434835 | 03/26/20 | $ 618.75 | $ 0.00 | $ 618.75 |
| | | | Total Previous Outstanding Balance | $ 1,357.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459269

Dinsmore & Shohl LLP
Client Number ⬭ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice        $56.50

1

April 17, 2020
Invoice # 4459269

Dinsmore & Shohl LLP
Client Number ▯ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/25/20 | AMS | 0.10 | Review Attending Physician's Report and Claimant's 3/18/20 request for payment of benefits. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/18/20 Claimant's request for payment of benefits. |

Total Hours     0.30

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                                  Invoice # 4459267
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,032.00 |
| Attorney Costs | $ 3.75 |
| Current Total Due for Professional Services | $ 1,035.75 |
| **Total Due for Current Professional Services** | **$ 1,035.75** |

| | |
|---|---:|
| Previous Balance Owed | $ 2,036.28 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459267

Dinsmore & Shohl LLP
Client Number ‖ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392538 | 01/31/20 | $ 864.85 | $ 778.37 | $ 86.48 |
| 4414360 | 02/27/20 | $ 1,002.30 | $ 0.00 | $ 1,002.30 |
| 4434832 | 03/26/20 | $ 947.50 | $ 0.00 | $ 947.50 |
|  |  |  | Total Previous Outstanding Balance | $ 2,036.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459267

Dinsmore & Shohl LLP
Client Number ⬚ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.60 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 2.80 | $ 1,032.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.75 | |
| Total Attorney Costs | | $3.75 |
| Current Amount Due This Invoice | | $1,035.75 |

1

April 17, 2020
Invoice # 4459267

Dinsmore & Shohl LLP
Client Number 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/20 | DKL | 0.50 | Select evidence exhibits for claimant's deposition. |
| 03/05/20 | DKL | 0.50 | Prepare for claimant's deposition. |
| 03/06/20 | DKL | 0.90 | Prepare for and begin deposition (deposition continued). |
| 03/09/20 | DKL | 0.20 | Review social security earnings and report filed by claimant. |
| 03/11/20 | DKL | 0.10 | Emails regarding re-setting deposition of claimant. |
| 03/18/20 | DKL | 0.20 | Prepare for deposition of claimant; emails re same. |
| 03/18/20 | MO | 0.20 | Update chronology to include 3/16/20 letter to Claimant scheduling examination with the OP Board. |
| 03/19/20 | DKL | 0.10 | Emails regarding cancellation of claimant's deposition. |
| 03/19/20 | DKL | 0.10 | Correspondence from regarding Claimant's scheduled Occupational Pneumoconiosis Board ezamination. |

Total Hours      2.80



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459266

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 153.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 153.00 |
| **Total Due for Current Professional Services** | **$ 153.00** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 3,557.60 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459266

Dinsmore & Shohl LLP
Client Number ⬜ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392532 | 01/31/20 | $ 917.00 | $ 825.30 | $ 91.70 |
| 4414356 | 02/27/20 | $ 2,049.50 | $ 0.00 | $ 2,049.50 |
| 4434830 | 03/26/20 | $ 1,416.40 | $ 0.00 | $ 1,416.40 |
| | | | Total Previous Outstanding Balance | $ 3,557.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459266

Dinsmore & Shohl LLP
Client Number ⫾ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Jessica Spencer Benedict | Associate | 0.60 | |
| | Total Hours / Fees | 0.60 | $ 153.00 |

Current Amount Due This Invoice             $153.00

1

April 17, 2020
Invoice # 4459266

Dinsmore & Shohl LLP
Client Number ▯ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | JSB | 0.60 | Prepare for and attend hearing. |
| | Total Hours | 0.60 | |

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          April 17, 2020
46226 National Road                                                        Invoice # 4459264
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 800.56 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459264

Dinsmore & Shohl LLP
Client Number ▯ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392523 | 01/31/20 | $ 2,274.50 | $ 2,047.05 | $ 227.45 |
| 4414354 | 02/27/20 | $ 426.61 | $ 0.00 | $ 426.61 |
| 4434828 | 03/26/20 | $ 146.50 | $ 0.00 | $ 146.50 |
|  |  | Total Previous Outstanding Balance |  | $ 800.56 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459264

Dinsmore & Shohl LLP
Client Number ⬚ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |
| | Current Amount Due This Invoice | | $69.50 |

1

April 17, 2020
Invoice # 4459264

Dinsmore & Shohl LLP
Client Number ⬛ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/13/20 | MO | 0.20 | Update chronology to include Claimant's 3/11/20 request for extension of time frame. |
| 03/16/20 | DKL | 0.10 | Review claimant's request for extension of time to file evidence. |

Total Hours    0.30

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  April 17, 2020
46226 National Road                                          Invoice # 4459262
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.132
Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ
-- Marshall County Coal Co.
JCN 2013002855 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 132.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 132.50 |
| **Total Due for Current Professional Services** | **$ 132.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,429.91 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459262

Dinsmore & Shohl LLP
Client Number ☐ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409085 | 01/31/20 | $ 47.65 | $ 42.89 | $ 4.76 |
| 4414352 | 02/27/20 | $ 1,286.65 | $ 0.00 | $ 1,286.65 |
| 4434826 | 03/26/20 | $ 138.50 | $ 0.00 | $ 138.50 |
| | | | Total Previous Outstanding Balance | $ 1,429.91 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459262

Dinsmore & Shohl LLP
Client Number ⬜ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.50 | $ 132.50 |

Current Amount Due This Invoice                $132.50

1

April 17, 2020
Invoice # 4459262

Dinsmore & Shohl LLP
Client Number ⏹ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/27/20 Order. |
| 03/09/20 | AMS | 0.10 | Review Office of Judge's 2/27/20 Order. |
| 03/09/20 | AMS | 0.10 | Draft correspondence to client regarding Office of Judge's 2/27/20 Order. |
| 03/09/20 | WER | 0.10 | Review and analyze ALJ⏹s 2/27/20 Order and related correspondence. |

Total Hours    0.50

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459261
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.133
Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP
-- Ohio County Coal Co.
JCN 2019011703 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 337.50 |
| Attorney Costs | $ 18.90 |
| Current Total Due for Professional Services | $ 356.40 |
| **Total Due for Current Professional Services** | **$ 356.40** |

| | |
|---|---:|
| Previous Balance Owed | $ 583.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314     Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459261

Dinsmore & Shohl LLP
Client Number □ 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392522 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4434824 | 03/26/20 | $ 579.50 | $ 0.00 | $ 579.50 |
| | | Total Previous Outstanding Balance | | $ 583.05 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459261

Dinsmore & Shohl LLP
Client Number ▯ 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 337.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 18.90 | |
| Total Attorney Costs | | $18.90 |
| Current Amount Due This Invoice | | $356.40 |

1

April 17, 2020
Invoice # 4459261

Dinsmore & Shohl LLP
Client Number ⫾ 123837.133
**Matter: Rogers, Donald -- 12/31/2016 -- JCN 2019011703 OP -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/20 | MO | 0.80 | Finalize Employer's evidence submission to Office of Judges. |
| 03/27/20 | MO | 0.40 | Update chronology to include Motion for Final OP Board Hearing and evidence submission. |
| 03/31/20 | WER | 0.30 | Review and analyze Motion for Hearing and related documents. |

Total Hours    1.50

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     April 17, 2020
46226 National Road                                              Invoice # 4459260
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.135
Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL --
Monongalia County Coal Co.
JCN 2019021250 ODHL

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 107.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 107.50 |
| **Total Due for Current Professional Services** | **$ 107.50** |

| | |
|---|---|
| Previous Balance Owed | $ 68.99 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459260

Dinsmore & Shohl LLP
Client Number ▯ 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392519 | 01/31/20 | $ 69.90 | $ 62.91 | $ 6.99 |
| 4414351 | 02/27/20 | $ 62.00 | $ 0.00 | $ 62.00 |
| | | | Total Previous Outstanding Balance | $ 68.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459260

Dinsmore & Shohl LLP
Client Number ⃞ 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.50 | $ 107.50 |

Current Amount Due This Invoice          $107.50

1

April 17, 2020
Invoice # 4459260

Dinsmore & Shohl LLP
Client Number ‖ 123837.135
**Matter: Sapp, Robert -- 8/14/2016 -- JCN 2019021250 ODHL -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/10/20 | AMS | 0.20 | Review Administrative Law Judge's 3/5/20 Order. |
| 03/10/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 3/5/20 Order. |
| 03/11/20 | MO | 0.20 | Update chronology to include 3/5/20 ALJ Order. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459257
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.136
Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP --
Monongalia County Coal Co.
JCN 2019021913 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 426.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 426.00 |
| **Total Due for Current Professional Services** | **$ 426.00** |

| | |
|---|---|
| Previous Balance Owed | $ 328.69 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459257

Dinsmore & Shohl LLP
Client Number ▯ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392515 | 01/31/20 | $ 771.95 | $ 694.76 | $ 77.19 |
| 4414345 | 02/27/20 | $ 85.00 | $ 0.00 | $ 85.00 |
| 4434821 | 03/26/20 | $ 166.50 | $ 0.00 | $ 166.50 |
| | | Total Previous Outstanding Balance | | $ 328.69 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459257

Dinsmore & Shohl LLP
Client Number ▯ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| William E Robinson | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.40 | $ 426.00 |
| | Current Amount Due This Invoice | | $426.00 |

1

April 17, 2020
Invoice # 4459257

Dinsmore & Shohl LLP
Client Number ⏷ 123837.136
**Matter: Sapp, Robert -- 8/13/2016 --JCN 2019021913 OP -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | MO | 0.20 | Update chronology with 3/2/20 Order Vacating 2/21/20 ALJ Decision. |
| 03/05/20 | MO | 0.20 | Update chronology to include 3/3/20 corrected ALJ Decision. |
| 03/05/20 | MO | 0.30 | Prepare letter to client with Order Vacating ALJ Decision and Corrected ALJ Decision. |
| 03/05/20 | DKL | 0.20 | Review corrected Decision of Administrative Law Judge. |
| 03/05/20 | DKL | 0.10 | Letter to Ed Pauley with corrected Administrative Law Judge Decision. |
| 03/05/20 | WER | 0.20 | Review and analyze 3/2/20 Order Vacating Decision of Administrative Law Judge. |
| 03/11/20 | WER | 0.20 | Review and analyze 3/5/20 Order and related correspondence. |

Total Hours    1.40

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          April 17, 2020
46226 National Road                                                   Invoice # 4459254
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.137
Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ --
Harrison County Coal Co.
JCN 2019000919 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 570.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 570.50 |
| **Total Due for Current Professional Services** | **$ 570.50** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 351.25 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459254

Dinsmore & Shohl LLP
Client Number  123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392511 | 01/31/20 | $ 1,302.50 | $ 1,171.25 | $ 131.25 |
| 4414343 | 02/27/20 | $ 62.00 | $ 0.00 | $ 62.00 |
| 4434819 | 03/26/20 | $ 158.00 | $ 0.00 | $ 158.00 |
| | | | Total Previous Outstanding Balance | $ 351.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459254

Dinsmore & Shohl LLP
Client Number 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.10 | $ 570.50 |
| | Current Amount Due This Invoice | | $570.50 |

1

April 17, 2020
Invoice # 4459254

Dinsmore & Shohl LLP
Client Number ‖ 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/04/20 | MO | 0.20 | Update chronology to include Board of Review 3/2/20 Notice of Appeal by Claimant. |
| 03/09/20 | AMS | 0.10 | Review correspondence from Claimant to Board of Review regarding his appeal of Administrative Law Judge's 1/29/20 Order. |
| 03/27/20 | AMS | 1.00 | Draft Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 1/29/20 Order. |
| 03/30/20 | AMS | 0.30 | Finish drafting Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 1/29/20 Order. |
| 03/30/20 | WER | 0.30 | Review and analyze Employer's Brief. |
| 03/31/20 | MO | 0.20 | Update chronology to include 3/30/20 Employer's Board of Review Brief. |

Total Hours    2.10



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                           April 17, 2020
46226 National Road                                    Invoice # 4459251
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 260.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 260.50 |
| **Total Due for Current Professional Services** | **$ 260.50** |

| | |
|---|---|
| Previous Balance Owed | $ 531.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459251

Dinsmore & Shohl LLP
Client Number  123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392507 | 01/31/20 | $ 583.50 | $ 525.15 | $ 58.35 |
| 4414340 | 02/27/20 | $ 442.50 | $ 0.00 | $ 442.50 |
| 4434817 | 03/26/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| | | | Total Previous Outstanding Balance | $ 531.85 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459251

Dinsmore & Shohl LLP
Client Number ⬜ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Jessica Spencer Benedict | Associate | 0.50 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 1.10 | $ 260.50 |

Current Amount Due This Invoice        $260.50

1

April 17, 2020
Invoice # 4459251

Dinsmore & Shohl LLP
Client Number □ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/26/20 ALJ Decision. |
| 03/18/20 | AMS | 0.40 | Prepare for Board of Review oral argument regarding Employer's appeal of Administrative Law Judge's 10/18/19 Order. |
| 03/19/20 | JSB | 0.50 | Prepare for and attend hearing. |

Total Hours    1.10

2

# Dinsmôre

CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459249

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 512.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 512.50 |
| **Total Due for Current Professional Services** | **$ 512.50** |

| | |
|---|---|
| Previous Balance Owed | $ 367.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459249

Dinsmore & Shohl LLP
Client Number ⏐ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392505 | 01/31/20 | $ 1,563.00 | $ 1,406.70 | $ 156.30 |
| 4414338 | 02/27/20 | $ 155.00 | $ 0.00 | $ 155.00 |
| 4434815 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 367.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459249

Dinsmore & Shohl LLP
Client Number ⬚ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.90 | $ 512.50 |

Current Amount Due This Invoice          $512.50

1

April 17, 2020
Invoice # 4459249

Dinsmore & Shohl LLP
Client Number □ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | MO | 0.20 | Update chronology to include 3/2/20 Order Extending Time Frame. |
| 03/09/20 | AMS | 0.50 | Review Administrative Law Judge's 2/26/20 Order. |
| 03/09/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 2/26/20 Order. |
| 03/09/20 | WER | 0.30 | Review and analyze ALJ□s 2/26/20 Order and related correspondence. |
| 03/19/20 | AMS | 0.20 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 2/26/20 Order. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/16/20 Claimant's Notice of Appeal to the Board of Review. |
| 03/24/20 | DKL | 0.10 | Review Workers Compensation Board of Review acknowledging claimant's appeal. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/18/20 Board of Review Acknowledgement of Appeal and briefing schedule. |

Total Hours    1.90

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459243

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 226.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 226.00 |
| **Total Due for Current Professional Services** | **$ 226.00** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 955.55 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459243

Dinsmore & Shohl LLP
Client Number ⸋ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 390.60 | $ 43.40 |
| 4414332 | 02/27/20 | $ 855.65 | $ 0.00 | $ 855.65 |
| 4434813 | 03/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | | Total Previous Outstanding Balance | $ 955.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459243

Dinsmore & Shohl LLP
Client Number ⬜ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.20 | $ 226.00 |

Current Amount Due This Invoice              $226.00

1

April 17, 2020
Invoice # 4459243

Dinsmore & Shohl LLP
Client Number ▯ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/26/20 correspondence to Claimant authorizing consult with physician's office. |
| 03/05/20 | MO | 0.20 | Update chronology to include 3/3/20 Claimant's reply to Employer's Brief. |
| 03/09/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame. |
| 03/09/20 | AMS | 0.20 | Review Claimant's Board of Review Brief in response to Employer's Appeal Brief. |
| 03/09/20 | AMS | 0.10 | Review 2/26/20 Order authorizing consult with physician. |
| 03/09/20 | MO | 0.20 | Update chronology to include Claimant's 3/2/20 request for extension of time frame. |
| 03/18/20 | MO | 0.20 | Update chronology to include 3/16/20 Order Extending Time Frame. |

Total Hours    1.20

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          April 17, 2020
46226 National Road                               Invoice # 4459233
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.143
Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP --
Ohio County Coal Co.
JCN 2019000831 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 223.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 223.50 |
| **Total Due for Current Professional Services** | **$ 223.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 327.32 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459233

Dinsmore & Shohl LLP
Client Number ‖ 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392481 | 01/31/20 | $ 498.20 | $ 448.38 | $ 49.82 |
| 4434806 | 03/26/20 | $ 277.50 | $ 0.00 | $ 277.50 |
| | | Total Previous Outstanding Balance | | $ 327.32 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459233

Dinsmore & Shohl LLP
Client Number 0 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.70 | $ 223.50 |

Current Amount Due This Invoice          $223.50

1

April 17, 2020
Invoice # 4459233

Dinsmore & Shohl LLP
Client Number ‖ 123837.143
**Matter: Stopski, Stephen -- 1/31/2016 -- JCN 2019000831 OP -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DKL | 0.40 | Review medical evidence in preparation for Final Occupational Pneumoconiosis Board Hearing. |
| 03/20/20 | DKL | 0.10 | Review Order Continuing Hearing. |
| 03/20/20 | MO | 0.20 | Update chronology to include OP Board Notice Continuing Hearing scheduled for 3/18/20. |

| | Total Hours | 0.70 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459231

Billing Attorney - William E Robinson

Client Number - 123837.144
Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP --
Marshall County Coal Co.
JCN 2013017054 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 224.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 224.50 |
| **Total Due for Current Professional Services** | **$ 224.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 1,690.09 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459231

Dinsmore & Shohl LLP
Client Number □ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392475 | 01/31/20 | $ 309.78 | $ 278.80 | $ 30.98 |
| 4414311 | 02/27/20 | $ 1,589.61 | $ 0.00 | $ 1,589.61 |
| 4434805 | 03/26/20 | $ 69.50 | $ 0.00 | $ 69.50 |
| | | Total Previous Outstanding Balance | | $ 1,690.09 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459231

Dinsmore & Shohl LLP
Client Number ⬜ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.70 | $ 224.50 |
| Current Amount Due This Invoice | | | $224.50 |

1

April 17, 2020
Invoice # 4459231

Dinsmore & Shohl LLP
Client Number ‖ 123837.144
**Matter: Swinney, Larry -- 2/24/2009 -- JCN 2013017054 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/20 | MO | 0.30 | Prepare letter to client with 3/9/20 ALJ Decision. |
| 03/12/20 | DKL | 0.10 | Review Decision of Administrative Law Judge Affirming Claim's Administrator's Award. |
| 03/12/20 | DKL | 0.10 | Letter to Ed Pauley with Administrative Law Judge's Order. |
| 03/12/20 | WER | 0.20 | Review and analyze 3/9/20 Order and related correspondence. |

Total Hours        0.70

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                                  Invoice # 4459223
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,745.50 |
| Attorney Costs | $ 54.90 |
| Current Total Due for Professional Services | $ 2,800.40 |
| **Total Due for Current Professional Services** | **$ 2,800.40** |

| | |
|---|---:|
| Previous Balance Owed | $ 765.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459223

Dinsmore & Shohl LLP
Client Number ▯ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392460 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| 4414295 | 02/27/20 | $ 537.50 | $ 0.00 | $ 537.50 |
| 4434798 | 03/26/20 | $ 220.50 | $ 0.00 | $ 220.50 |
| | | | Total Previous Outstanding Balance | $ 765.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459223

Dinsmore & Shohl LLP
Client Number ⏐ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | Partner | 0.40 |
| Aimee M Stern | Of Counsel | 7.30 |
| Mary R. Ontko | Paralegal | 4.40 |
| Total Hours / Fees | | 12.10 |

$ 2,745.50

### Summary of Current Attorney Costs Incurred

Photocopies                                        $ 54.90

Total Attorney Costs                $54.90

Current Amount Due This Invoice         $2,800.40

1

April 17, 2020
Invoice # 4459223

Dinsmore & Shohl LLP
Client Number ▯ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.40 | Update chronology to include Claimant's 2/27/20 evidence regarding Claim Order dated 11/25/19. |
| 03/09/20 | AMS | 0.10 | Review Claimant's submission of evidence in support of protest to 11/25/19 Order. |
| 03/09/20 | AMS | 0.40 | Identify evidence to file in support of 11/25/19 Order. |
| 03/10/20 | MO | 0.80 | Locate documents for submission into evidence regarding Claim Order dated 11/25/19. |
| 03/10/20 | AMS | 1.00 | Continuing identifying evidence to file in support of 11/25/19 Order. |
| 03/11/20 | MO | 0.80 | Review Office of Judges website and download Claimant's evidence submissions. |
| 03/11/20 | MO | 0.40 | Update chronology to include 3/11/20 Employer's evidence submission. |
| 03/11/20 | AMS | 0.90 | Finish identifyig evidence to file in support of 11/25/19 Claim Order. |
| 03/11/20 | WER | 0.40 | Review and analyze Employer▯s Evidence regarding 11/25/19 Order. |
| 03/16/20 | MO | 0.30 | Prepare additional evidence submission regarding Claim Order dated 11/25/19. |
| 03/16/20 | MO | 0.40 | Review documents on client's website for additional medical records/reports. |
| 03/16/20 | MO | 0.30 | Update chronology to include Employer's 3/16/20 additional evidence submission. |
| 03/16/20 | MO | 0.60 | Review Claimant's evidence submissions from Office of Judges Website and update chronology. |
| 03/16/20 | AMS | 1.00 | Draft Closing Argument in support of 11/25/19 Claim Order. |
| 03/23/20 | AMS | 1.10 | Continue drafting Closing Argument in support of 11/25/19 Order. |
| 03/25/20 | AMS | 1.60 | Continue drafting Closing Argument in support of 11/25/19 Order. |
| 03/25/20 | MO | 0.40 | Review claim file documents to determine actual retirement date. |
| 03/26/20 | AMS | 0.50 | Review Claimant's 3/23/20 submission of rebuttal evidence. |
| 03/26/20 | AMS | 0.70 | Finalize Closing Argument in support of 11/25/19 Order. |

Total Hours     12.10

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT<br>
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY<br>
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO<br>
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              April 17, 2020
46226 National Road                                         Invoice # 4459219
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 134.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 134.00 |
| **Total Due for Current Professional Services** | **$ 134.00** |

| | |
|---|---|
| Previous Balance Owed | $ 2,750.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459219

Dinsmore & Shohl LLP
Client Number ▯ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392451 | 01/31/20 | $ 2,777.00 | $ 2,499.30 | $ 277.70 |
| 4414288 | 02/27/20 | $ 995.85 | $ 0.00 | $ 995.85 |
| 4434794 | 03/26/20 | $ 1,476.90 | $ 0.00 | $ 1,476.90 |
| | | Total Previous Outstanding Balance | | $ 2,750.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459219

Dinsmore & Shohl LLP
Client Number ⬜ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.80 | $ 134.00 |

Current Amount Due This Invoice          $134.00

1

April 17, 2020
Invoice # 4459219

Dinsmore & Shohl LLP
Client Number ☐ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/28/20 Motion for Extension of Time Frame. |
| 03/09/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time Frame. |
| 03/18/20 | MO | 0.50 | Update chronology with Agreed Orders Submitting Protests to Claim Orders. |

Total Hours     0.80

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459217

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 734.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 734.50 |
| **Total Due for Current Professional Services** | **$ 734.50** |

| | |
|---|---|
| Previous Balance Owed | $ 5,164.60 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459217

Dinsmore & Shohl LLP
Client Number ▯ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392449 | 01/31/20 | $ 4,819.03 | $ 4,337.13 | $ 481.90 |
| 4414284 | 02/27/20 | $ 1,403.85 | $ 0.00 | $ 1,403.85 |
| 4434793 | 03/26/20 | $ 3,278.85 | $ 0.00 | $ 3,278.85 |
| | | | Total Previous Outstanding Balance | $ 5,164.60 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459217

Dinsmore & Shohl LLP
Client Number  123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Jessica Spencer Benedict | Associate | 0.70 | |
| Mary R. Ontko | Paralegal | 2.60 | |
| | Total Hours / Fees | 3.90 | $ 734.50 |
| | Current Amount Due This Invoice | | $734.50 |

1

April 17, 2020
Invoice # 4459217

Dinsmore & Shohl LLP
Client Number 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/13/20 | MO | 0.20 | Update chronology to include 3/10/20 correspondence to Claimant. |
| 03/16/20 | MO | 0.30 | Update chronology to include 3/12/20 Order Submitting Protest. |
| 03/19/20 | JSB | 0.70 | Prepare for and attend hearing. |
| 03/23/20 | AMS | 0.10 | Review evidence submitted by Claimant. |
| 03/24/20 | MO | 0.50 | Update chronology to include Claimant's 2/20/20 request for payment of benefits from 07-09-19 to present and supporting evidence |
| 03/24/20 | MO | 0.20 | Email request to client for any new medical records. |
| 03/25/20 | MO | 0.60 | Update chronology to include new medical records received from client. |
| 03/26/20 | AMS | 0.10 | Review updated medical records. |
| 03/26/20 | AMS | 0.10 | Review Claimant's 3/23/20 protest to 2/25/2020 Order concerning benefits. |
| 03/26/20 | AMS | 0.10 | Review Claimant's 3/23/2020 protest to Order concerning authorization for physical therapy. |
| 03/26/20 | AMS | 0.20 | Review Claimant's Brief in Response to Employer's Petition for Appeal to WV Supreme Court. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/23/20 Claimant's Protest regarding Claim Order dated 3/10/20. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/23/20 Claimant's Protest to Claim Order dated 2/25/20. |
| 03/26/20 | MO | 0.20 | Update chronology to include 3/23/20 Claimant's Request for Enlargement of Time to file Reply to Employer's Petition for Appeal to WV Supreme Court of Appeals. |
| 03/26/20 | MO | 0.20 | Update chronology to include Claimant's 3/23/20 Response to Employer's Petition for Appeal to WV Supreme Court. |

Total Hours    3.90

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459212
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 356.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 356.50 |
| **Total Due for Current Professional Services** | **$ 356.50** |

Previous Balance Owed                                              $ 1,724.70
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459212

Dinsmore & Shohl LLP
Client Number ‖ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414278 | 02/27/20 | $ 127.50 | $ 0.00 | $ 127.50 |
| 4434790 | 03/26/20 | $ 1,597.20 | $ 0.00 | $ 1,597.20 |
|  |  |  | Total Previous Outstanding Balance | $ 1,724.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459212

Dinsmore & Shohl LLP
Client Number ▯ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 356.50 |
| | Current Amount Due This Invoice | | $356.50 |

1

April 17, 2020
Invoice # 4459212

Dinsmore & Shohl LLP
Client Number ▯ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.30 | Update chronology to include 2/26/20 Claim Order. |
| 03/24/20 | AMS | 0.40 | Review Administrative Law Judge 3/18/20 Order. |
| 03/24/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 3/18/20 Order. |
| 03/24/20 | WER | 0.30 | Review and analyze ALJ▯s 3/18/20 Decision. |
| 03/24/20 | MO | 0.20 | Update chronology to include 3/18/20 ALJ Decision. |

Total Hours      1.30

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              April 17, 2020
46226 National Road                                    Invoice # 4459116
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.151
Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ
-- Ohio County Coal Co.
JCN 2019013694 INJ

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 133.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 133.00 |
| **Total Due for Current Professional Services** | **$ 133.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 110.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459116

Dinsmore & Shohl LLP
Client Number 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392401 | 01/31/20 | $ 597.05 | $ 537.35 | $ 59.70 |
| 4434759 | 03/26/20 | $ 51.00 | $ 0.00 | $ 51.00 |
| | | | Total Previous Outstanding Balance | $ 110.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459116

Dinsmore & Shohl LLP
Client Number ⫿ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.60 | $ 133.00 |

Current Amount Due This Invoice        $133.00

1

April 17, 2020
Invoice # 4459116

Dinsmore & Shohl LLP
Client Number ᵈ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/24/20 | AMS | 0.40 | Review Claimant's Petition for Appeal. |
| 03/24/20 | MO | 0.20 | Update chronology to include Claimant's Petition for Appeal. |

Total Hours    0.60

2

# Dinsmore

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459214

Billing Attorney - William E Robinson

Client Number - 123837.157
Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 -
Monongalia County Coal Co.
2BT4X-2019122

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 726.04 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459214

Dinsmore & Shohl LLP
Client Number ▯ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392445 | 01/31/20 | $ 6,020.95 | $ 5,418.86 | $ 602.09 |
| 4434791 | 03/26/20 | $ 123.95 | $ 0.00 | $ 123.95 |
| | | Total Previous Outstanding Balance | | $ 726.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459214

Dinsmore & Shohl LLP
Client Number ▯ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

1

April 17, 2020
Invoice # 4459214

Dinsmore & Shohl LLP
Client Number ‖ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/03/20 | DKL | 0.10 | Review Department of Labor's acknowledgement of Employee's Appeal to Administrative Law Judge. |
| 03/12/20 | DKL | 0.10 | Review initial determination from the Department of Labor. |

| | Total Hours | 0.20 |
|--|-------------|------|

2

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459232

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 356.00 |
| Attorney Costs | $ 2.55 |
| Current Total Due for Professional Services | $ 358.55 |
| **Total Due for Current Professional Services** | **$ 358.55** |

| | |
|---|---|
| Previous Balance Owed | $ 181.75 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459232

Dinsmore & Shohl LLP
Client Number ‖ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392479 | 01/31/20 | $ 963.00 | $ 866.70 | $ 96.30 |
| 4414315 | 02/27/20 | $ 85.45 | $ 0.00 | $ 85.45 |
| | | | Total Previous Outstanding Balance | $ 181.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459232

Dinsmore & Shohl LLP
Client Number ⧠ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 1.80 | |
| | Total Hours / Fees | 2.00 | $ 356.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 2.55 |
| | Total Attorney Costs | $2.55 |
| | Current Amount Due This Invoice | $358.55 |

1

April 17, 2020
Invoice # 4459232

Dinsmore & Shohl LLP
Client Number 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/06/20 | DKL | 0.10 | Review copy of widows Appointment as Executrix. |
| 03/06/20 | DKL | 0.10 | Letter to counsel requesting response to discovery requests. |
| 03/09/20 | MO | 0.60 | Review claim file for names of medical providers to request records. |
| 03/09/20 | MO | 0.30 | Letter to Attorney Wolfe regarding responses to requests for production of documents. |
| 03/09/20 | MO | 0.90 | Prepare medical records requests to various medical providers. |

Total Hours    2.00

2

# Dinsmore

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459245

Billing Attorney - William E Robinson

Client Number - 123837.164
Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 -
Marion County Coal Co.
2BF3Q-2017334

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459245

Dinsmore & Shohl LLP
Client Number 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

April 17, 2020
Invoice # 4459245

Dinsmore & Shohl LLP
Client Number ▯ 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | DKL | 0.10 | Review correspondence from Department of Labor requesting supplemental report per pilot program. |

| | Total Hours | 0.10 |

# Dinsmôre

CALIFORNIA ▍COLORADO ▍CONNECTICUT
FLORIDA ▍GEORGIA ▍ILLINOIS ▍KENTUCKY
MASSACHUSETTS ▍MICHIGAN ▍OHIO
PENNSYLVANIA ▍WASHINGTON, D.C. ▍WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459246

Billing Attorney - William E Robinson

Client Number - 123837.165
Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall
County Coal CO.
2BGZL-2018256

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459246

Dinsmore & Shohl LLP
Client Number  123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 200.50 |
| | Current Amount Due This Invoice | | $200.50 |

April 17, 2020
Invoice # 4459246

Dinsmore & Shohl LLP
Client Number ⏸ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.30 | Prepare request for formal ALJ hearing. |
| 03/02/20 | DKL | 0.20 | Review Proposed Decision and Order awarding benefits. |
| 03/03/20 | DKL | 0.10 | Review, sign and file appeal of Proposed Decision and Order to Administrative Law Judge. |
| 03/30/20 | DKL | 0.10 | Review fee petition from Claimant's counsel. |

Total Hours      0.70



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                            Invoice # 4459250
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.167
Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison
County Coal Co.
2NKNZ-2018249

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 808.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 808.50 |
| **Total Due for Current Professional Services** | **$ 808.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 200.80 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314         Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459250

Dinsmore & Shohl LLP
Client Number 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434816 | 03/26/20 | $ 200.80 | $ 0.00 | $ 200.80 |
| | | Total Previous Outstanding Balance | | $ 200.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459250

Dinsmore & Shohl LLP
Client Number 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.10 | |
| | Partner | | |
| | | ———— | |
| | Total Hours / Fees | 2.10 | $ 808.50 |

Current Amount Due This Invoice        $808.50

1

April 17, 2020
Invoice # 4459250

Dinsmore & Shohl LLP
Client Number ▯ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/06/20 | DKL | 0.10 | Review acknowledgement of our appeal to Administrative Law Judge. |
| 03/16/20 | DKL | 0.10 | Receive and review Initial Determination. |
| 03/30/20 | DKL | 1.40 | Detailed review of Director's Exhibits and medical evidence regarding preparation for Administrative Law Judges Hearing. |
| 03/30/20 | DKL | 0.50 | Analyze and select evidence to send to expert witness. |

Total Hours    2.10



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459258
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,325.00 |
| Attorney Costs | $ 29.85 |
| Current Total Due for Professional Services | $ 1,354.85 |
| **Total Due for Current Professional Services** | **$ 1,354.85** |

| | |
|---|---|
| Previous Balance Owed | $ 3,645.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459258

Dinsmore & Shohl LLP
Client Number  123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392517 | 01/31/20 | $ 790.50 | $ 711.45 | $ 79.05 |
| 4414347 | 02/27/20 | $ 2,671.50 | $ 0.00 | $ 2,671.50 |
| 4434822 | 03/26/20 | $ 895.30 | $ 0.00 | $ 895.30 |
| | | Total Previous Outstanding Balance | | $ 3,645.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459258

Dinsmore & Shohl LLP
Client Number ⬜ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 1.80 |
| J. Michael Prascik | Associate | 1.30 |
| Mary R. Ontko | Paralegal | 2.40 |
| | Total Hours / Fees | 5.50 |   $ 1,325.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 29.85 |
| Total Attorney Costs | $29.85 |
| Current Amount Due This Invoice | $1,354.85 |

April 17, 2020
Invoice # 4459258

Dinsmore & Shohl LLP
Client Number 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/03/20 | MO | 0.50 | Review prior evidence, director's exhibit and claim file for documents to submit into evidence. |
| 03/03/20 | MO | 0.80 | Prepare Pre-Hearing Memorandum. |
| 03/03/20 | MO | 0.30 | Prepare exhibit labels. |
| 03/03/20 | MO | 0.50 | Prepare Black Lung Evidence Submission Form. |
| 03/03/20 | MO | 0.30 | Prepare correspondence to Judge Price to submit Employer evidence. |
| 03/03/20 | DKL | 0.40 | Initial draft of stipulations and evidence summary for submission of claim. |
| 03/06/20 | DKL | 0.20 | Conference with counsel regarding Claimant's deposition. |
| 03/09/20 | JMP | 0.20 | Review physician's report to prepare for deposition of Claimant's son. |
| 03/09/20 | JMP | 0.30 | Review employer's submission of initial evidence to prepare for deposition of Claimant's son. |
| 03/09/20 | JMP | 0.10 | Review physician's report to prepare for deposition of Claimant's son. |
| 03/09/20 | JMP | 0.70 | Telephonic deposition of Claimant's son. |
| 03/17/20 | DKL | 0.20 | Review and file stipulation and evidence. |
| 03/19/20 | DKL | 0.20 | Telephone call with Claimant's Counsel regarding stipulations for hearing. |
| 03/27/20 | DKL | 0.30 | Review transcript of deposition of Claimant's son, |
| 03/27/20 | DKL | 0.10 | Review correspondence with evidence from Claimant. |
| 03/27/20 | DKL | 0.20 | Review Claimant's evidence submission to Administrative Law Judge. |
| 03/30/20 | DKL | 0.20 | Review and analyze medical report from Claimant's expert. |

Total Hours     5.50

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459284

Billing Attorney - William E Robinson

Client Number - 123837.186
Matter: Lemmons, Ralph - JCN No. 2016002123 OP - DOI
06/30/11 - Marshall County Coal Company
JCN 2016002123 OP

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---|
| Previous Balance Owed | $ 1,000.56 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459284

Dinsmore & Shohl LLP
Client Number 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392579 | 01/31/20 | $ 364.50 | $ 328.05 | $ 36.45 |
| 4414388 | 02/27/20 | $ 550.11 | $ 0.00 | $ 550.11 |
| 4434858 | 03/26/20 | $ 414.00 | $ 0.00 | $ 414.00 |
|  |  |  | Total Previous Outstanding Balance | $ 1,000.56 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459284

Dinsmore & Shohl LLP
Client Number ‖ 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP - DOI 06/30/11 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |
| | Current Amount Due This Invoice | | $69.50 |

1

April 17, 2020
Invoice # 4459284

Dinsmore & Shohl LLP
Client Number ▯ 123837.186
**Matter: Lemmons, Ralph - JCN No. 2016002123 OP -  DOI 06/30/11 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include correspondence to Claimant. |
| 03/02/20 | DKL | 0.10 | Review Order. |

|  | Total Hours | 0.30 |
|--|-------------|------|

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     April 17, 2020
46226 National Road                                            Invoice # 4459122
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,461.00 |
| Attorney Costs | $ 4.20 |
| Current Total Due for Professional Services | $ 1,465.20 |
| **Total Due for Current Professional Services** | **$ 1,465.20** |

Previous Balance Owed                                               $ 214.70
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459122

Dinsmore & Shohl LLP
Client Number ▯ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392435 | 01/31/20 | $ 142.00 | $ 127.80 | $ 14.20 |
| 4434766 | 03/26/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| | | | Total Previous Outstanding Balance | $ 214.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459122

Dinsmore & Shohl LLP
Client Number  123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.50 | |
| Mary R. Ontko | Paralegal | 5.70 | |
| | Total Hours / Fees | 7.20 | $ 1,461.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 4.20 |
| Total Attorney Costs | $4.20 |
| Current Amount Due This Invoice | $1,465.20 |

1

April 17, 2020
Invoice # 4459122

Dinsmore & Shohl LLP
Client Number ⃝ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | DKL | 0.10 | Review acknowledgement of request for final hearing. |
| 03/12/20 | DKL | 0.10 | Review correspondence to Department of Labor continuing to contest liability. |
| 03/16/20 | DKL | 0.10 | Review Initial Determination. |
| 03/17/20 | DKL | 0.50 | Review Director's Exhibits. |
| 03/17/20 | MO | 0.60 | Prepare Employer's Request for Production of Documents to Claimant. |
| 03/17/20 | MO | 0.20 | Prepare authorization to request medical records. |
| 03/17/20 | MO | 0.30 | Prepare letter to Attorney Long to serve Employer requests for production of documents. |
| 03/17/20 | MO | 0.80 | Review claim file for documents to send to expert physician for review. |
| 03/18/20 | DKL | 0.20 | Review, sign and serve discovery on claimant. |
| 03/19/20 | MO | 3.80 | Preparation of letter to expert while reviewing claimant's medical records and organizing documents to be sent to expert. |
| 03/24/20 | DKL | 0.50 | Anslyze and select evidence for letter to expert requesting records review. |

Total Hours      7.20

2

# Dinsmôre

CALIFORNIA ▌COLORADO ▌CONNECTICUT
FLORIDA ▌GEORGIA ▌ILLINOIS ▌KENTUCKY
MASSACHUSETTS ▌MICHIGAN ▌OHIO
PENNSYLVANIA ▌WASHINGTON, D.C. ▌WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459125

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 533.50 |
| Attorney Costs | $ 10.65 |
| Current Total Due for Professional Services | $ 544.15 |
| **Total Due for Current Professional Services** | **$ 544.15** |

Previous Balance Owed                                                          $ 3,589.71
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459125

Dinsmore & Shohl LLP
Client Number ‖ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392437 | 01/31/20 | $ 937.10 | $ 843.39 | $ 93.71 |
| 4414193 | 02/27/20 | $ 3,291.00 | $ 0.00 | $ 3,291.00 |
| 4434767 | 03/26/20 | $ 205.00 | $ 0.00 | $ 205.00 |
| | | | Total Previous Outstanding Balance | $ 3,589.71 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459125

Dinsmore & Shohl LLP
Client Number ⬤ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.10 | $ 533.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 10.65 | |
| Total Attorney Costs | | $10.65 |
| Current Amount Due This Invoice | | $544.15 |

1

April 17, 2020
Invoice # 4459125

Dinsmore & Shohl LLP
Client Number ‖ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/20/20 ALJ Decision. |
| 03/02/20 | MO | 0.30 | Prepare Notice of Appeal to Board of Review regarding 2/20/20 ALJ Decision. |
| 03/05/20 | MO | 0.20 | Update chronology to include 3/2/20 correspondence to Claimant acknowledging ALJ Decision. |
| 03/09/20 | WER | 0.20 | Review and analyze Notice of Appeal. |
| 03/24/20 | MO | 0.20 | Update chronology to include 3/16/20 Board of Review acknowledgement of receipt of appeal and briefing schedule. |
| 03/26/20 | DKL | 0.60 | Initial review of prior Federal Black Lung Claim. |
| 03/31/20 | MO | 0.20 | Update chronology to include 3/25/20 correspondence to Claimant. |
| 03/31/20 | MO | 0.20 | Update chronology to include 3/25/20 correspondence to Claimant. |

Total Hours    2.10

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459127

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 893.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 893.50 |
| **Total Due for Current Professional Services** | **$ 893.50** |

Previous Balance Owed                                    $ 6,123.30
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459127

Dinsmore & Shohl LLP
Client Number 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 27.45 | $ 3.05 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 0.00 | $ 3,571.60 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 0.00 | $ 2,548.65 |
| | | | Total Previous Outstanding Balance | $ 6,123.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459127

Dinsmore & Shohl LLP
Client Number ‖ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 2.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.70 | $ 893.50 |
| | Current Amount Due This Invoice | | $893.50 |

1

April 17, 2020
Invoice # 4459127

Dinsmore & Shohl LLP
Client Number ⬜ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/05/20 | MO | 0.20 | Update chronology to include 3/2/20 Order Extending Time Frame. |
| 03/09/20 | AMS | 0.20 | Review evidence filed by Claimant in support of protest to 9/27/19 Order. |
| 03/09/20 | MO | 0.20 | Update chronology to include 2/26/20 transcript of Claimant's deposition. |
| 03/10/20 | MO | 0.40 | Update chronology with Claimant's 3/5/20 evidence regarding Claim Order dated 9/27/19. |
| 03/18/20 | AMS | 0.90 | Draft Closing Argument. |
| 03/19/20 | AMS | 0.70 | Finish drafting Closing Argument. |
| 03/20/20 | AMS | 0.70 | Finalize Closing Argument. |
| 03/20/20 | MO | 0.20 | Update chronology to include 3/20/20 Closing Argument. |
| 03/20/20 | WER | 0.20 | Review and analyze Employer⬜s Closing Argument. |

Total Hours    3.70

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459131

Billing Attorney - William E Robinson

Client Number - 123837.211
Matter: Richard W. McDowell: WC 2020001969-OP DOI:
12/07/2014 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 7.10 |
| Current Total Due for Professional Services | $ 7.10 |
| **Total Due for Current Professional Services** | **$ 7.10** |

| | |
|---|---|
| Previous Balance Owed | $ 718.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459131

Dinsmore & Shohl LLP
Client Number ‖ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414247 | 02/27/20 | $ 672.00 | $ 0.00 | $ 672.00 |
| 4434769 | 03/26/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | | Total Previous Outstanding Balance | $ 718.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459131

Dinsmore & Shohl LLP
Client Number  123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.60 | |
| Medical Records | $ 6.50 | |
| | Total Attorney Costs | $7.10 |
| | Current Amount Due This Invoice | $7.10 |

1

April 17, 2020
Invoice # 4459131

Dinsmore & Shohl LLP
Client Number ‖ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |

Total Hours    0.00

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459133

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 463.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 463.00 |
| **Total Due for Current Professional Services** | **$ 463.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,825.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459133

Dinsmore & Shohl LLP
Client Number ‖ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409082 | 01/31/20 | $ 951.50 | $ 856.35 | $ 95.15 |
| 4414208 | 02/27/20 | $ 256.00 | $ 0.00 | $ 256.00 |
| 4434773 | 03/26/20 | $ 1,474.40 | $ 0.00 | $ 1,474.40 |

Total Previous Outstanding Balance  $ 1,825.55

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459133

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.60 | $ 463.00 |
| | Current Amount Due This Invoice | | $463.00 |

1

April 17, 2020
Invoice # 4459133

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/02/20 | MO | 0.40 | Review new medical records received from client. |
| 03/02/20 | MO | 0.20 | Email to client requesting additional medical records. |
| 03/02/20 | MO | 0.50 | Update chronology with new documents received from client. |
| 03/05/20 | MO | 0.20 | Update chronology to include 3/2/20 correspondence to Claimant regarding IME moved to 3/12/20. |
| 03/09/20 | AMS | 0.10 | Review updated medical records. |
| 03/11/20 | MO | 0.20 | Update chronology with 2/19/20 medical office notes received from client. |
| 03/11/20 | AMS | 0.10 | Review updated medical records. |
| 03/23/20 | AMS | 0.20 | Review Independent Medical Examination Report. |
| 03/23/20 | MO | 0.50 | Update chronology to include IME report. |
| 03/24/20 | AMS | 0.20 | Confer with clients regarding Independent Medical Examination Report. |

Total Hours    2.60



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                              Invoice # 4459134
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.217
Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437
- Marshall County Coal Co.
2019010437

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 220.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459134

Dinsmore & Shohl LLP
Client Number ⬭ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414211 | 02/27/20 | $ 133.00 | $ 0.00 | $ 133.00 |
| 4434774 | 03/26/20 | $ 87.50 | $ 0.00 | $ 87.50 |
| | | | Total Previous Outstanding Balance | $ 220.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459134

Dinsmore & Shohl LLP
Client Number ▯ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice $31.00

1

April 17, 2020
Invoice # 4459134

Dinsmore & Shohl LLP
Client Number ⬚ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/23/20 | MO | 0.20 | Update chronology to include 3/16/20 Order Extending Time Frame. |

| Total Hours | 0.20 |
|-------------|------|

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459135

Billing Attorney - William E Robinson

Client Number - 123837.219
Matter: Henry, Robert: WC Claim No. 2019020260 DOI:
03/22/2019 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,090.50 |
| Attorney Costs | $ 6.30 |
| Current Total Due for Professional Services | $ 1,096.80 |
| **Total Due for Current Professional Services** | **$ 1,096.80** |

Previous Balance Owed                                          $ 2,547.00
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459135

Dinsmore & Shohl LLP
Client Number 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414262 | 02/27/20 | $ 1,018.00 | $ 0.00 | $ 1,018.00 |
| 4434776 | 03/26/20 | $ 1,529.00 | $ 0.00 | $ 1,529.00 |
| | | Total Previous Outstanding Balance | | $ 2,547.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459135

Dinsmore & Shohl LLP
Client Number ⏅ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 3.00 | |
| Mary R. Ontko | Paralegal | 2.10 | |
| | Total Hours / Fees | 5.10 | $ 1,090.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.30 | |
| Total Attorney Costs | | $6.30 |
| Current Amount Due This Invoice | | $1,096.80 |

1

April 17, 2020
Invoice # 4459135

Dinsmore & Shohl LLP
Client Number ⸱ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/11/20 | MO | 0.60 | Review new medical records received from client and update chronology. |
| 03/12/20 | MO | 0.30 | Update chronology with additional new medical record from client. |
| 03/16/20 | AMS | 0.30 | Identify medical records to send to physician for review prior to IME. |
| 03/17/20 | AMS | 1.40 | Finish identifying medical records to send to physician regarding IME and draft correspondence regarding the same. |
| 03/18/20 | AMS | 0.70 | Finalize medical records and correspondence to send to physician regarding independent medical examination. |
| 03/20/20 | AMS | 0.10 | Confer with client regarding independent medical examination. |
| 03/20/20 | MO | 0.30 | Prepare letter to fax to physician regarding 3/25/20 IME appointment still scheduled in light of coronavirus crisis. |
| 03/23/20 | AMS | 0.30 | Confer with clients regarding conducting independent medical examination via telephone. |
| 03/25/20 | AMS | 0.10 | Review updated medical records. |
| 03/25/20 | MO | 0.20 | Email to physician's office with additional  office notes. |
| 03/26/20 | MO | 0.30 | Update chronology to include office notes from physician's office received from client. |
| 03/31/20 | AMS | 0.10 | Review updated medical records. |
| 03/31/20 | MO | 0.40 | Update chronology to include new medical records. |

Total Hours    5.10

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                April 17, 2020
46226 National Road                                      Invoice # 4459136
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.221
Matter: Pelkowski, Richard - DOI: 01/10/2005 -
2BXPM-2018058 - Marshall County Coal Co.
2BXPM-2018058

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.30 |
| Current Total Due for Professional Services | $ 38.80 |
| **Total Due for Current Professional Services** | **$ 38.80** |

Previous Balance Owed                                            $ 620.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459136

Dinsmore & Shohl LLP
Client Number ▯ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414265 | 02/27/20 | $ 620.90 | $ 0.00 | $ 620.90 |
| | | Total Previous Outstanding Balance | | $ 620.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459136

Dinsmore & Shohl LLP
Client Number 0 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 0.30 |
| Total Attorney Costs | $0.30 |
| Current Amount Due This Invoice | $38.80 |

1

April 17, 2020
Invoice # 4459136

Dinsmore & Shohl LLP
Client Number 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/23/20 | DKL | 0.10 | Review Department of Labor's acknowledgement of request for Administrative Law Judge Hearing. |

| | Total Hours | 0.10 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459138

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,105.55

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459138

Dinsmore & Shohl LLP
Client Number ▯ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414270 | 02/27/20 | $ 601.00 | $ 0.00 | $ 601.00 |
| 4434779 | 03/26/20 | $ 504.55 | $ 0.00 | $ 504.55 |
| | | | Total Previous Outstanding Balance | $ 1,105.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459138

Dinsmore & Shohl LLP
Client Number ‖ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

April 17, 2020
Invoice # 4459138

Dinsmore & Shohl LLP
Client Number ‖ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 03/02/20 | MO | 0.20 | Update chronology to include 2/24/20 correspondence to Claimant denying request for reconsideration. |
| 03/02/20 | DKL | 0.10 | Review Order denying claimant's request for reconsideration. |
| | Total Hours | 0.30 | |

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    April 17, 2020
46226 National Road                                        Invoice # 4459139
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 247.00 |
| Attorney Costs | $ 0.45 |
| Current Total Due for Professional Services | $ 247.45 |
| **Total Due for Current Professional Services** | **$ 247.45** |

| | |
|---|---:|
| Previous Balance Owed | $ 4,527.90 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459139

Dinsmore & Shohl LLP
Client Number ⬛ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4455982 | 03/26/20 | $ 4,527.90 | $ 0.00 | $ 4,527.90 |
| | | Total Previous Outstanding Balance | | $ 4,527.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459139

Dinsmore & Shohl LLP
Client Number ‖ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| <u>Timekeeper</u> | <u>Staff Level</u> | <u>Hours</u> | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 1.40 | $ 247.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.45 | |
| Total Attorney Costs | | $0.45 |
| Current Amount Due This Invoice | | $247.45 |

1

April 17, 2020
Invoice # 4459139

Dinsmore & Shohl LLP
Client Number ⁪ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | MO | 0.60 | Update chronology with review of physician's IME report submitted as evidence by claimant. |
| 03/05/20 | MO | 0.30 | Prepare second request for medical authorization and send to Claimant's counsel. |
| 03/09/20 | AMS | 0.30 | Review evidence filed by Claimant in support of protest to 12/27/19 Order. |
| 03/13/20 | MO | 0.20 | Update chronology to include 3/11/20 Order Submitting Protest. |

Total Hours      1.40

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459140

Billing Attorney - William E Robinson

Client Number - 123837.226
Matter: Hawkinberry, Robert - DOI: 01/01/1983 -
2NG2B-2014356 - Monongalia County Coal Co.
2NG2B-2014356

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 423.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 423.50 |
| **Total Due for Current Professional Services** | **$ 423.50** |

| | |
|---|---|
| Previous Balance Owed | $ 538.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459140

Dinsmore & Shohl LLP
Client Number �II 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4455983 | 03/26/20 | $ 538.15 | $ 0.00 | $ 538.15 |
| | | Total Previous Outstanding Balance | | $ 538.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459140

Dinsmore & Shohl LLP
Client Number ‖ 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| | | —————— | |
| | Total Hours / Fees | 1.10 | $ 423.50 |

Current Amount Due This Invoice          $423.50

1

April 17, 2020
Invoice # 4459140

Dinsmore & Shohl LLP
Client Number ⏐ 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/02/20 | DKL | 0.20 | Email exchange with Counsel regarding holding by Benefits Review Board. |
| 03/19/20 | DKL | 0.20 | Telephone call with Claimant's counsel regarding stipulations for hearing. |
| 03/20/20 | DKL | 0.70 | Review and analyze Board of Review Decision in light of remand and Department of Labor Order. |

Total Hours    1.10

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                                      April 17, 2020
46226 National Road                                                                Invoice # 4459142
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.230
Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI:
01/03/2020 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 144.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 144.00 |
| **Total Due for Current Professional Services** | **$ 144.00** |

Previous Balance Owed                                                                $ 919.75
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459142

Dinsmore & Shohl LLP
Client Number ▯ 123837.230
**Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI: 01/03/2020 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434787 | 03/26/20 | $ 919.75 | $ 0.00 | $ 919.75 |
| | | Total Previous Outstanding Balance | | $ 919.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459142

Dinsmore & Shohl LLP
Client Number □ 123837.230
**Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI: 01/03/2020 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.80 | $ 144.00 |
| | Current Amount Due This Invoice | | $144.00 |

1

April 17, 2020
Invoice # 4459142

Dinsmore & Shohl LLP
Client Number �micro 123837.230
**Matter: Burch, Trevor J. WC Claim No.: Not Assigned DOI: 01/03/2020 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/05/20 | MO | 0.60 | Update chronology with review of IME report. |
| 03/09/20 | AMS | 0.10 | Review physician's 3/4/20 Independent Medical Examination report. |
| 03/09/20 | AMS | 0.10 | Confer with client regarding physician's 3/4/20 Independent Medical Examination report. |

| | Total Hours | 0.80 |
|---|---|---|

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459143

Billing Attorney - William E Robinson

Client Number - 123837.231
Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI:
02-14-2019; Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,036.50 |
| Attorney Costs | $ 36.60 |
| Current Total Due for Professional Services | $ 1,073.10 |
| **Total Due for Current Professional Services** | **$ 1,073.10** |

| | |
|---|---|
| Previous Balance Owed | $ 2,108.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459143

Dinsmore & Shohl LLP
Client Number 0 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434788 | 03/26/20 | $ 2,108.00 | $ 0.00 | $ 2,108.00 |
| | | Total Previous Outstanding Balance | | $ 2,108.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459143

Dinsmore & Shohl LLP
Client Number 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 3.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.30 | $ 1,036.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 36.60 | |
| Total Attorney Costs | | $36.60 |
| Current Amount Due This Invoice | | $1,073.10 |

1

April 17, 2020
Invoice # 4459143

Dinsmore & Shohl LLP
Client Number ‖ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/20 | AMS | 0.90 | Review file received from client. |
| 03/12/20 | AMS | 0.60 | Draft Initial Litigation Evaluation. |
| 03/18/20 | AMS | 1.00 | Identify evidence to file in support of 10/14/19 Order. |
| 03/18/20 | MO | 0.50 | Identify documents to submit into evidence. |
| 03/18/20 | MO | 0.60 | Prepare Employer's evidence submission regarding Claim Order dated 10/14/19. |
| 03/20/20 | AMS | 0.40 | Finalize Initial Litigation Evaluation. |
| 03/24/20 | AMS | 0.10 | Finalize Initial Litigation Evaluation. |
| 03/24/20 | WER | 0.20 | Review and analyze Initial Litigation Evaluation. |

Total Hours     4.30

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459144

Billing Attorney - William E Robinson

Client Number - 123837.232
Matter: Yanero, Christopher WC Claim No.: 2019023452;
DOI: 05-02-19;  Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,435.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,435.00 |
| **Total Due for Current Professional Services** | **$ 1,435.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459144

Dinsmore & Shohl LLP
Client Number �landscape 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 2.80 | |
| Mary R. Ontko | Paralegal | 4.00 | |
| | Total Hours / Fees | 7.00 | $ 1,435.00 |
| | Current Amount Due This Invoice | | $1,435.00 |

April 17, 2020
Invoice # 4459144

Dinsmore & Shohl LLP
Client Number ◌ 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/27/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 03/02/20 | MO | 3.60 | Review claim file documents to prepare chronology. |
| 03/27/20 | AMS | 0.70 | Review file received from client. |
| 03/30/20 | AMS | 1.90 | Draft Initial Litigation Evaluation. |
| 03/31/20 | AMS | 0.20 | Finalize Initial Litigation Evaluation. |
| 03/31/20 | WER | 0.20 | Review and analyze Initial Case Evaluation. |

Total Hours    7.00



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459145

Billing Attorney - William E Robinson

Client Number - 123837.233
Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 -
Marshall County Coal Co.
2008024293

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 4,920.00 |
| Attorney Costs | $ 63.90 |
| Current Total Due for Professional Services | $ 4,983.90 |
| **Total Due for Current Professional Services** | **$ 4,983.90** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459145

Dinsmore & Shohl LLP
Client Number □ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 30.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 31.00 | $ 4,920.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 63.90 | |
| Total Attorney Costs | | $63.90 |
| Current Amount Due This Invoice | | $4,983.90 |

April 17, 2020
Invoice # 4459145

Dinsmore & Shohl LLP
Client Number ‖ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/10/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter filing same to Office of Judges. |
| 03/10/20 | MO | 4.80 | Begin chronology from review of claim file documents. |
| 03/11/20 | MO | 4.60 | Continue preparing chronology from review of claim file documents. |
| 03/11/20 | MO | 1.80 | Continue to prepare chronology from claim file documents. |
| 03/12/20 | MO | 5.20 | Continue to review claim file to extract relevant documents and records. |
| 03/12/20 | DKL | 0.20 | Review medical report from expert. |
| 03/12/20 | DKL | 0.30 | Review, analyze and select evidence for submission per Schedule for the Submission of Additional Evidence. |
| 03/13/20 | MO | 4.80 | Continue to create chronology from review of claim file documents. |
| 03/13/20 | MO | 3.10 | Continue to create chronology from review of claim file documents. |
| 03/16/20 | MO | 0.20 | Update chronology to include 3/11/20 correspondence to Claimant concerning treatment authorization. |
| 03/16/20 | MO | 3.80 | Continue to review claim file documents to complete chronology. |
| 03/16/20 | MO | 1.80 | Complete review of claim file documents and chronology. |

Total Hours    31.00

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                   April 17, 2020
46226 National Road                                          Invoice # 4459200
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.237
Matter: Shapley, David - DOI: 10/23/2013 - 2014013145 -
Marshall County Coal Co.
2014013145

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459200

Dinsmore & Shohl LLP
Client Number ▯ 123837.237
**Matter: Shapley, David - DOI: 10/23/2013 - 2014013145 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | ——————— | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

April 17, 2020
Invoice # 4459200

Dinsmore & Shohl LLP
Client Number ‖ 123837.237
**Matter: Shapley, David - DOI: 10/23/2013 - 2014013145 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | AMS | 0.10 | Review 3/13/20 Order. |
| 03/20/20 | MO | 0.20 | Update chronology to include Order. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                                April 17, 2020
46226 National Road                                                   Invoice # 4459205
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.238
Matter: Jones, John L. WC Claim No.: 2020010417; DOI:
10-16-2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,700.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,700.00 |
| **Total Due for Current Professional Services** | **$ 2,700.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459205

Dinsmore & Shohl LLP
Client Number ⬜ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.20 | |
| Mary R. Ontko | Paralegal | 13.80 | |
| | Total Hours / Fees | 16.00 | $ 2,700.00 |
| | Current Amount Due This Invoice | | $2,700.00 |

April 17, 2020
Invoice # 4459205

Dinsmore & Shohl LLP
Client Number □ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/19/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to the Office of Judges filing same. |
| 03/20/20 | MO | 1.20 | Begin chronology from review of claim file documents. |
| 03/23/20 | MO | 3.10 | Continue to prepare chronology from review of claim file documents. |
| 03/23/20 | MO | 0.30 | Prepare authorization for release of medical records and send to Attorney Stultz for client signature. |
| 03/24/20 | MO | 1.80 | Continue to prepare chronology from claim file documents. |
| 03/25/20 | MO | 1.10 | Continue to prepare chronology from claim file documents |
| 03/25/20 | MO | 1.30 | Continue to prepare chronology from review of claim file documents. |
| 03/26/20 | MO | 1.40 | Continue to prepare chronology from claim file documents. |
| 03/27/20 | MO | 1.60 | Continue to prepare chronology from review of claim file documents. |
| 03/27/20 | MO | 1.60 | Complete chronology from review of claim file documents. |
| 03/30/20 | AMS | 1.50 | Review file received from client. |
| 03/31/20 | AMS | 0.70 | Finish reviewing file received from client. |

Total Hours     16.00

Black Lung Bills

# Dinsmore

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                               April 17, 2020
46226 National Road                                        Invoice # 4459230
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 386.50 |
| Attorney Costs | $ 14.70 |
| Current Total Due for Professional Services | $ 401.20 |
| **Total Due for Current Professional Services** | **$ 401.20** |

| | |
|---|---|
| Previous Balance Owed | $ 3,257.06 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459230

Dinsmore & Shohl LLP
Client Number 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 787.14 | $ 87.46 |
| 4414310 | 02/27/20 | $ 936.60 | $ 0.00 | $ 936.60 |
| 4434804 | 03/26/20 | $ 2,233.00 | $ 0.00 | $ 2,233.00 |
| | | | Total Previous Outstanding Balance | $ 3,257.06 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459230

Dinsmore & Shohl LLP
Client Number ▯ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| Total Hours / Fees | | 1.30 | $ 386.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.70 | |
| Total Attorney Costs | $14.70 | |
| Current Amount Due This Invoice | $401.20 | |

1

April 17, 2020
Invoice # 4459230

Dinsmore & Shohl LLP
Client Number ‖ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/09/20 | MO | 0.30 | Review Post-Hearing Brief and hearing transcript to add citations in Brief. |
| 03/11/20 | MO | 0.30 | Prepare letter to Judge filing Employer's Post-Hearing Brief. |
| 03/11/20 | DKL | 0.40 | Review and revise Post-Hearing Brief. |
| 03/17/20 | DKL | 0.10 | File Post-Hearing Brief. |
| 03/31/20 | WER | 0.20 | Review and analyze Post-Hearing Brief. |

Total Hours     1.30

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                April 17, 2020
46226 National Road                                           Invoice # 4459253
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 -
Harrison County Coal Co.
2019-BLA-05778

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 402.50 |
| Attorney Costs | $ 4.50 |
| Current Total Due for Professional Services | $ 407.00 |
| **Total Due for Current Professional Services** | **$ 407.00** |

Previous Balance Owed                                            $ 1,901.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459253

Dinsmore & Shohl LLP
Client Number ▯ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392509 | 01/31/20 | $ 1,108.50 | $ 997.65 | $ 110.85 |
| 4414341 | 02/27/20 | $ 1,524.05 | $ 0.00 | $ 1,524.05 |
| 4434818 | 03/26/20 | $ 267.00 | $ 0.00 | $ 267.00 |
| | | Total Previous Outstanding Balance | | $ 1,901.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459253

Dinsmore & Shohl LLP
Client Number ‖ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.40 |
| | Partner | |
| William E Robinson | | 0.40 |
| | Partner | |
| Mary R. Ontko | | 0.30 |
| | Paralegal | |
| | Total Hours / Fees | 1.10 | $ 402.50 |

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 4.50

Total Attorney Costs              $4.50

Current Amount Due This Invoice        $407.00

1

April 17, 2020
Invoice # 4459253

Dinsmore & Shohl LLP
Client Number ‖ 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DKL | 0.20 | Review Administrative Law Judges Decision and Order Awarding Benefits. |
| 03/17/20 | MO | 0.30 | Prepare letter to client with Decision and Order. |
| 03/18/20 | DKL | 0.20 | Letter to Emily Dean with Administrative Law Judge Decision. |
| 03/19/20 | WER | 0.40 | Review and analyze 3/11/20 Decision and related documents. |

Total Hours    1.10

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                                    April 17, 2020
46226 National Road                                                              Invoice # 4459255
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.169
Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 -
Monongalia County Coal Co.
2019-BLA-05710

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 178.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 178.00 |
| **Total Due for Current Professional Services** | **$ 178.00** |

Previous Balance Owed                                                                  $ 310.37
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459255

Dinsmore & Shohl LLP
Client Number ⬚ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392513 | 01/31/20 | $ 2,718.70 | $ 2,446.83 | $ 271.87 |
| 4434820 | 03/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 310.37 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459255

Dinsmore & Shohl LLP
Client Number ⬭ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.40 | $ 178.00 |
| | Current Amount Due This Invoice | | $178.00 |

1

April 17, 2020
Invoice # 4459255

Dinsmore & Shohl LLP
Client Number ‖ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/24/20 | DKL | 0.10 | Review Proposed Decision and Order denying modification. |
| 03/24/20 | WER | 0.20 | Review and analyze 3/18/20 Proposed Decision and Order Denying Claimant‖s Request for Modification. |
| 03/30/20 | DKL | 0.10 | Review correspondence regarding denial of modification. |

| | | |
|---|---|---|
| Total Hours | 0.40 | |



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                             Invoice # 4459225
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.170
Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 -
Monongalia County Coal Co.
2018-BLA-06132

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 154.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.00 |
| **Total Due for Current Professional Services** | **$ 154.00** |

| | |
|---|---|
| Previous Balance Owed | $ 77.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459225

Dinsmore & Shohl LLP
Client Number ⬚ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434799 | 03/26/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | Total Previous Outstanding Balance | | $ 77.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459225

Dinsmore & Shohl LLP
Client Number ▯ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Total Hours / Fees | | 0.40 | $ 154.00 |

Current Amount Due This Invoice          $154.00

1

April 17, 2020
Invoice # 4459225

Dinsmore & Shohl LLP
Client Number ▯ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/20 | DKL | 0.20 | Review Proposed Decision and Order. |
| 03/16/20 | DKL | 0.10 | Review claimant's request for Administrative Law Judge Hearing. |
| 03/30/20 | DKL | 0.10 | Review correspondence from Department of Labor regarding referral to Administrative Law Judge. |

Total Hours    0.40

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      April 17, 2020
46226 National Road                                                 Invoice # 4459228
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.171
Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 -
Monongalia County Coal Co.
2019-BLA-05341

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 414.00 |
| Attorney Costs | $ 8.55 |
| Current Total Due for Professional Services | $ 422.55 |
| **Total Due for Current Professional Services** | **$ 422.55** |

| | |
|---|---|
| Previous Balance Owed | $ 166.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459228

Dinsmore & Shohl LLP
Client Number ‖ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392468 | 01/31/20 | $ 1,664.90 | $ 1,498.41 | $ 166.49 |

Total Previous Outstanding Balance     $ 166.49

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459228

Dinsmore & Shohl LLP
Client Number ▯ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.40 | $ 414.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 8.55 | |
| Total Attorney Costs | | $8.55 |
| Current Amount Due This Invoice | | $422.55 |

1

April 17, 2020
Invoice # 4459228

Dinsmore & Shohl LLP
Client Number ▯ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/06/20 | DKL | 0.20 | Review Decision and Order of Administrative Law Judge awarding benefits. |
| 03/10/20 | MO | 0.40 | Prepare letter to client regarding Decision and Order awarding benefits. |
| 03/10/20 | MO | 0.30 | Prepare letter to client with Decision and Order. |
| 03/11/20 | DKL | 0.10 | Letter to Emily Dean with Administrative Law Judge Decision. |
| 03/11/20 | WER | 0.30 | Review and analyze 3/4/20 Decision and Order. |
| 03/20/20 | DKL | 0.10 | Review correspondence regarding status of claim. |

Total Hours    1.40

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                             Invoice # 4459236
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 336.50 |
| Attorney Costs | $ 1.50 |
| Current Total Due for Professional Services | $ 338.00 |
| **Total Due for Current Professional Services** | **$ 338.00** |

Previous Balance Owed                                                $ 2,589.34
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459236

Dinsmore & Shohl LLP
Client Number ‖ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392484 | 01/31/20 | $ 934.40 | $ 840.96 | $ 93.44 |
| 4414318 | 02/27/20 | $ 917.40 | $ 0.00 | $ 917.40 |
| 4434808 | 03/26/20 | $ 1,578.50 | $ 0.00 | $ 1,578.50 |
| | | Total Previous Outstanding Balance | | $ 2,589.34 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459236

Dinsmore & Shohl LLP
Client Number ⸝ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.90 | $ 336.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|--|--|--|
| Photocopies | $ 1.50 | |
| Total Attorney Costs | | $1.50 |
| Current Amount Due This Invoice | | $338.00 |

1

April 17, 2020
Invoice # 4459236

Dinsmore & Shohl LLP
Client Number ‖ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/11/20 | MO | 0.20 | Prepare letter to Judge Swank to file Employer's Post-Hearing Brief. |
| 03/11/20 | DKL | 0.30 | Review hearing transcript. |
| 03/17/20 | DKL | 0.10 | File Post-Hearing Brief. |
| 03/21/20 | WER | 0.30 | Review and analyze Employer‖s Post-Hearing Brief. |

Total Hours    0.90

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

April 17, 2020
Invoice # 4459238

Billing Attorney - William E Robinson

Client Number - 123837.175
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio
County Coal Company
2020-BLA-05050

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.50 |
| Attorney Costs | $ 11.85 |
| Current Total Due for Professional Services | $ 89.35 |
| **Total Due for Current Professional Services** | **$ 89.35** |

| | |
|---|---|
| Previous Balance Owed | $ 429.14 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459238

Dinsmore & Shohl LLP
Client Number 0 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392489 | 01/31/20 | $ 693.90 | $ 624.51 | $ 69.39 |
| 4414323 | 02/27/20 | $ 359.75 | $ 0.00 | $ 359.75 |
| | | Total Previous Outstanding Balance | | $ 429.14 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459238

Dinsmore & Shohl LLP
Client Number  123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 77.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.85 | |
| Total Attorney Costs | | $11.85 |
| Current Amount Due This Invoice | | $89.35 |

1

April 17, 2020
Invoice # 4459238

Dinsmore & Shohl LLP
Client Number ⁰ 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | MO | 0.30 | Review Post-Hearing Brief and hearing transcript to add citations in Brief. |
| 03/11/20 | MO | 0.20 | Prepare letter to Judge Swank to file Employer's Post-Hearing Brief. |

| | | |
|------|------|------|
| Total Hours | 0.50 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                                  Invoice # 4459239
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 362.50 |
| Attorney Costs | $ 5.10 |
| Current Total Due for Professional Services | $ 367.60 |
| **Total Due for Current Professional Services** | **$ 367.60** |

Previous Balance Owed                                                $ 3,494.81
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459239

Dinsmore & Shohl LLP
Client Number ⬜ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**


### Previous Invoices Outstanding


As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392490 | 01/31/20 | $ 5,163.50 | $ 4,647.15 | $ 516.35 |
| 4414325 | 02/27/20 | $ 1,508.21 | $ 0.00 | $ 1,508.21 |
| 4434810 | 03/26/20 | $ 1,470.25 | $ 0.00 | $ 1,470.25 |
| | | | Total Previous Outstanding Balance | $ 3,494.81 |


If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459239

Dinsmore & Shohl LLP
Client Number ‖ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.70 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 1.30 | $ 362.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.10 | |
| | Total Attorney Costs | $5.10 |
| | Current Amount Due This Invoice | $367.60 |

1

April 17, 2020
Invoice # 4459239

Dinsmore & Shohl LLP
Client Number ⬜ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | MO | 0.30 | Review Post-Hearing Brief and hearing transcript to add citations in Brief. |
| 03/11/20 | MO | 0.30 | Prepare letter to Judge Swank to file Employer's Post-Hearing Brief. |
| 03/11/20 | DKL | 0.30 | Review hearing transcript. |
| 03/17/20 | DKL | 0.10 | File Post-Hearing Brief. |
| 03/17/20 | DKL | 0.30 | File Motion for Final Occupational Pneumoconiosis Hearing; review, select and file evidence. |

Total Hours      1.30

.

2



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        April 17, 2020
46226 National Road                                                      Invoice # 4459240
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 239.00 |
| Attorney Costs | $ 8.55 |
| Current Total Due for Professional Services | $ 247.55 |
| **Total Due for Current Professional Services** | **$ 247.55** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,084.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314            Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459240

Dinsmore & Shohl LLP
Client Number ▯ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392492 | 01/31/20 | $ 1,144.00 | $ 1,029.60 | $ 114.40 |
| 4414326 | 02/27/20 | $ 742.95 | $ 0.00 | $ 742.95 |
| 4434811 | 03/26/20 | $ 227.15 | $ 0.00 | $ 227.15 |
| | | | Total Previous Outstanding Balance | $ 1,084.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459240

Dinsmore & Shohl LLP
Client Number ⬛ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.80 | $ 239.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 8.55 |
| Total Attorney Costs | $8.55 |
| Current Amount Due This Invoice | $247.55 |

1

April 17, 2020
Invoice # 4459240

Dinsmore & Shohl LLP
Client Number ⬡ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/12/20 | DKL | 0.20 | Review Administrative Law Judge decision awarding benefits. |
| 03/17/20 | DKL | 0.30 | Draft letter to Emily Dean with Administrative Law Judge Decision. |
| 03/17/20 | MO | 0.30 | Prepare letter to client with Decision and Order awarding benefits to Claimant. |

| | | |
|---|---|---|
| Total Hours | 0.80 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                April 17, 2020
46226 National Road                                           Invoice # 4459221
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.184
Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 -
Harrison County Coal Co.
2019-BLA-05941

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 352.00 |
| Attorney Costs | $ 8.55 |
| Current Total Due for Professional Services | $ 360.55 |
| **Total Due for Current Professional Services** | **$ 360.55** |

| | |
|---|---|
| Previous Balance Owed | $ 1,796.17 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459221

Dinsmore & Shohl LLP
Client Number ᐧ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392455 | 01/31/20 | $ 6,744.70 | $ 6,070.23 | $ 674.47 |
| 4414292 | 02/27/20 | $ 943.70 | $ 0.00 | $ 943.70 |
| 4434796 | 03/26/20 | $ 178.00 | $ 0.00 | $ 178.00 |
| | | Total Previous Outstanding Balance | | $ 1,796.17 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459221

Dinsmore & Shohl LLP
Client Number ‖ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 1.00 | $ 352.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 8.55 | |
| Total Attorney Costs | | $8.55 |
| Current Amount Due This Invoice | | $360.55 |

1

April 17, 2020
Invoice # 4459221

Dinsmore & Shohl LLP
Client Number 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/16/20 | DKL | 0.20 | Review Administrative Law Judges Hearing Awarding Benefits. |
| 03/17/20 | MO | 0.30 | Prepare letter to client with Decision and Order. |
| 03/18/20 | DKL | 0.20 | Letter to E. Dean with Administrative Law Judge Decision. |
| 03/19/20 | WER | 0.30 | Review and analyze 3/11/20 Decision and related documents. |

Total Hours    1.00

2



CALIFORNIA ∎ COLORADO ∎ CONNECTICUT
FLORIDA ∎ GEORGIA ∎ ILLINOIS ∎ KENTUCKY
MASSACHUSETTS ∎ MICHIGAN ∎ OHIO
PENNSYLVANIA ∎ WASHINGTON, D.C. ∎ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                              April 17, 2020
46226 National Road                                                      Invoice # 4459118
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 154.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.00 |
| **Total Due for Current Professional Services** | **$ 154.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,247.30 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459118

Dinsmore & Shohl LLP
Client Number 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392420 | 01/31/20 | $ 1,597.00 | $ 1,437.30 | $ 159.70 |
| 4414180 | 02/27/20 | $ 1,049.10 | $ 0.00 | $ 1,049.10 |
| 4434763 | 03/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | | Total Previous Outstanding Balance | $ 1,247.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459118

Dinsmore & Shohl LLP
Client Number 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| | Total Hours / Fees | 0.40 | $ 154.00 |

Current Amount Due This Invoice          $154.00

1

April 17, 2020
Invoice # 4459118

Dinsmore & Shohl LLP
Client Number 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/09/20 | DKL | 0.10 | Review Hearing transcript. |
| 03/09/20 | DKL | 0.30 | Prepare for deposition of Claimant's son. |

| | | | |
|------|-----------|-------|-------------|
| Total Hours | | 0.40 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    April 17, 2020
46226 National Road                                             Invoice # 4459120
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.198
Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 -
Harrison County Coal Co.
2019-BLA-05308

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 60.60 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459120

Dinsmore & Shohl LLP
Client Number ⧠ 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392427 | 01/31/20 | $ 221.00 | $ 198.90 | $ 22.10 |
| 4414187 | 02/27/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | | Total Previous Outstanding Balance | $ 60.60 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459120

Dinsmore & Shohl LLP
Client Number  123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

April 17, 2020
Invoice # 4459120

Dinsmore & Shohl LLP
Client Number ▯ 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/11/20 | DKL | 0.10 | Review Department of Labor Notice regarding payment due per Administrative Law Judge Decision. |

| | Total Hours | 0.10 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  April 17, 2020
46226 National Road                                            Invoice # 4459132
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.215
Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No.
2018-BLA-05344 - Marshall County Coal Co.
2018-BLA-05344

### Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 539.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 539.00 |
| **Total Due for Current Professional Services** | **$ 539.00** |

| | |
|---|---|
| Previous Balance Owed | $ 77.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459132

Dinsmore & Shohl LLP
Client Number ▯ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414206 | 02/27/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | Total Previous Outstanding Balance | | $ 77.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459132

Dinsmore & Shohl LLP
Client Number ⬝ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.40 | |
| | Total Hours / Fees | 1.40 | $ 539.00 |

Current Amount Due This Invoice          $539.00

1

April 17, 2020
Invoice # 4459132

Dinsmore & Shohl LLP
Client Number ⬚ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/23/20 | DKL | 0.80 | Continue Closing Argument. |
| 03/25/20 | DKL | 0.60 | Revise evidence submission and Closing Argument. |

| Total Hours | 1.40 |
|-------------|------|

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    April 17, 2020
46226 National Road                                          Invoice # 4459137
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.222
Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI:
06/05/2015 Marshall County Coal Co.
17-0030

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 665.50 |
| Attorney Costs | $ 15.75 |
| Current Total Due for Professional Services | $ 681.25 |
| **Total Due for Current Professional Services** | **$ 681.25** |

Previous Balance Owed                                             $ 1,770.70
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459137

Dinsmore & Shohl LLP
Client Number ‖ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414268 | 02/27/20 | $ 949.50 | $ 0.00 | $ 949.50 |
| 4434778 | 03/26/20 | $ 821.20 | $ 0.00 | $ 821.20 |
| | | | Total Previous Outstanding Balance | $ 1,770.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459137

Dinsmore & Shohl LLP
Client Number ⫿ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 2.40 | |
| | Total Hours / Fees | 3.10 | $ 665.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 15.75 |
| | Total Attorney Costs | $15.75 |
| | Current Amount Due This Invoice | $681.25 |

1

April 17, 2020
Invoice # 4459137

Dinsmore & Shohl LLP
Client Number ‖ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/03/20 | MO | 0.60 | Review claim file for evidence to submit at May 19, 2020 hearing. |
| 03/03/20 | MO | 0.80 | Prepare Pre-Hearing Memorandum. |
| 03/03/20 | MO | 0.20 | Prepare exhibit labels. |
| 03/03/20 | MO | 0.50 | Prepare Black Lung Evidence Submission Form. |
| 03/03/20 | MO | 0.30 | Prepare letter to Attorney Long regarding submission of Employer evidence. |
| 03/04/20 | DKL | 0.40 | Final review and select evidence for Administrative Law Judge hearing. |
| 03/21/20 | WER | 0.20 | Review and analyze Employer‖s Initial Evidence. |
| 03/30/20 | DKL | 0.10 | Telephone call with Administrative Law Judge's office regarding hearing continued. |

Total Hours    3.10

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  April 17, 2020
46226 National Road                                              Invoice # 4459141
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 947.50 |
| Attorney Costs | $ 78.79 |
| Current Total Due for Professional Services | $ 1,026.29 |
| **Total Due for Current Professional Services** | **$ 1,026.29** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,442.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459141

Dinsmore & Shohl LLP
Client Number ‖ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434786 | 03/26/20 | $ 1,442.50 | $ 0.00 | $ 1,442.50 |
|  |  | Total Previous Outstanding Balance |  | $ 1,442.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

April 17, 2020
Invoice # 4459141

Dinsmore & Shohl LLP
Client Number ⬜ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.90 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 2.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.10 | $ 947.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 61.65 | |
| Federal Express | $ 17.14 | |
| Total Attorney Costs | | $78.79 |
| Current Amount Due This Invoice | | $1,026.29 |

1

April 17, 2020
Invoice # 4459141

Dinsmore & Shohl LLP
Client Number ▯ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/05/20 | DKL | 0.10 | Emails with expert's office regarding conference call. |
| 03/05/20 | DKL | 0.30 | Review medical evidence in preparation for conference call with expert. |
| 03/11/20 | DKL | 0.30 | Prepare for telephone call with expert. |
| 03/11/20 | DKL | 0.20 | Telephone call with expert regarding opinion and writing report. |
| 03/12/20 | MO | 0.80 | Prepare Employer's Schedule for Submission of Additional Evidence. |
| 03/12/20 | MO | 0.60 | Prepare Black Lung Evidence Submission Form. |
| 03/12/20 | MO | 0.40 | Prepare exhibit labels for Employer's evidence submission. |
| 03/12/20 | MO | 0.80 | Bates number Employer's individual exhibits per Department of Labor guidelines. |
| 03/12/20 | MO | 0.30 | Prepare letter to Claims Examiner filing Employer's evidence. |
| 03/12/20 | WER | 0.30 | Review and analyze Employer's Initial Evidence Submission. |

Total Hours    4.10



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      April 17, 2020
46226 National Road                                          Invoice # 4459146
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI:
01/01/98 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,765.00 |
| Attorney Costs | $ 24.75 |
| Current Total Due for Professional Services | $ 1,789.75 |
| **Total Due for Current Professional Services** | **$ 1,789.75** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459146

Dinsmore & Shohl LLP
Client Number ⬚ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 3.90 | |
| | Partner | | |
| Mary R. Ontko | | 1.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.60 | $ 1,765.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 24.75 | |
| Total Attorney Costs | | $24.75 |
| Current Amount Due This Invoice | | $1,789.75 |

April 17, 2020
Invoice # 4459146

Dinsmore & Shohl LLP
Client Number ▯ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/05/20 | DKL | 0.30 | Review email from E. Dean regarding new claim and possible Responsible Operator issue. |
| 03/05/20 | DKL | 0.40 | Research Code of Federal Regulations as to what constitutes coal mine employment for one year. |
| 03/09/20 | DKL | 1.10 | Initial review of claim file. |
| 03/11/20 | DKL | 0.10 | File Notice of Appearance. |
| 03/11/20 | DKL | 0.30 | Memo to B. Vinskovich regarding responsible operator issue. |
| 03/12/20 | DKL | 0.20 | Revise memo to B. Vinskovich regarding responsible operator issue. |
| 03/25/20 | DKL | 0.20 | Review, sign, and serve discovery requests on claimant. |
| 03/25/20 | DKL | 0.30 | Several emails with D. Ewedosh, B. Vinskovich and Emily Dean regarding work history and responsible operator issue. |
| 03/25/20 | MO | 0.90 | Prepare Employer's requests for production to Claimant with authorization for medical records and letter to Attorney Wolfe. |
| 03/26/20 | DKL | 0.10 | Email from Emily Dean and M. Ontko regarding responsible operator issue. |
| 03/26/20 | MO | 0.80 | Review claim file to prepare email to Attorney Liberati re claim status and possible expert. |
| 03/27/20 | DKL | 0.30 | Compare current Federal Black Lung file medical evidence with medical evidence from 2018 Federal Black Lung file. |
| 03/31/20 | DKL | 0.50 | Analyze medical evidence checklist of items and process to defend claim. |
| 03/31/20 | DKL | 0.10 | Review x-ray evidence from claimant. |

Total Hours     5.60



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      April 17, 2020
46226 National Road                                                    Invoice # 4459210
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.239
Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 -
Monongalia County Coal Co.
2017-BLA-05455

## Remittance Advice

For Professional Services Rendered Through March 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314         Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

April 17, 2020
Invoice # 4459210

Dinsmore & Shohl LLP
Client Number ‖ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

April 17, 2020
Invoice # 4459210

Dinsmore & Shohl LLP
Client Number ⫿ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/26/20 | DKL | 0.10 | Review claimants request for Administrative Law Judges Hearing. |

| | | |
|--|--|--|
| Total Hours | 0.10 | |