**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills April 1-April 30)**



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                             Invoice # 4481078
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.27
Matter: Workers▌ Compensation Claims

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 178.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 178.50 |
| **Total Due for Current Professional Services** | **$ 178.50** |

Previous Balance Owed                                                $ 168.53
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481078

Dinsmore & Shohl LLP
Client Number ▯ 123837.27
**Matter: Workers▯ Compensation Claims**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4370777 | 12/31/19 | $ 410.25 | $ 369.22 | $ 41.03 |
| 4459165 | 04/17/20 | $ 127.50 | $ 0.00 | $ 127.50 |
| | | Total Previous Outstanding Balance | | $ 168.53 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481078

Dinsmore & Shohl LLP
Client Number ▯ 123837.27
**Matter: Workers▯ Compensation Claims**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.70 | $ 178.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $178.50 |

1

Dinsmore & Shohl LLP
Client Number ▯ 123837.27
**Matter: Workers▯ Compensation Claims**

May 26, 2020
Invoice # 4481078

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/27/20 | AMS | 0.70 | Research Office of Insurance Commissioner requirements for self-insured employer to change name of company. |
| | Total Hours | 0.70 | |



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   May 26, 2020
46226 National Road                                          Invoice # 4481077
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 648.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 648.50 |
| **Total Due for Current Professional Services** | **$ 648.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 433.38 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481077

Dinsmore & Shohl LLP
Client Number 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392335 | 01/31/20 | $ 1,948.70 | $ 1,753.83 | $ 194.87 |
| 4414105 | 02/27/20 | $ 2,282.10 | $ 2,053.89 | $ 228.21 |
| 4434717 | 03/26/20 | $ 103.00 | $ 92.70 | $ 10.30 |
| | | | Total Previous Outstanding Balance | $ 433.38 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481077

Dinsmore & Shohl LLP
Client Number ￼ 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 1.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 648.50 |
| | Current Amount Due This Invoice | | $648.50 |

1

May 26, 2020
Invoice # 4481077

Dinsmore & Shohl LLP
Client Number ‖ 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and documents. |
| 04/02/20 | MO | 0.30 | Letter to counsel with medical authorization and provider list. |
| 04/09/20 | AMS | 0.50 | Identify additional evidence to file in support of 8-23-19 Order. |
| 04/17/20 | AMS | 1.00 | Draft Motion requesting Office of Judges issue Order to Show Cause. |
| 04/20/20 | MO | 0.30 | Prepare letter to Office of Judges filing Employer's Motion to Show Cause. |
| 04/20/20 | AMS | 0.10 | Finalize Motion to Compel. |
| 04/20/20 | WER | 0.20 | Review Employer‖s Motion for Order to Show Cause. |

Total Hours     2.70



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                May 26, 2020
46226 National Road                                         Invoice # 4481076
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -
        Marion County Coal Co.
JCN 2018013969 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 211.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 211.50 |
| **Total Due for Current Professional Services** | **$ 211.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 351.99 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481076

Dinsmore & Shohl LLP
Client Number �backslash 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392340 | 01/31/20 | $ 495.13 | $ 445.62 | $ 49.51 |
| 4414108 | 02/27/20 | $ 357.75 | $ 321.97 | $ 35.78 |
| 4434718 | 03/26/20 | $ 72.00 | $ 64.80 | $ 7.20 |
| 4459163 | 04/17/20 | $ 259.50 | $ 0.00 | $ 259.50 |
| | | Total Previous Outstanding Balance | | $ 351.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481076

Dinsmore & Shohl LLP
Client Number □ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**                **Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 211.50 |

Current Amount Due This Invoice                $211.50

1

May 26, 2020
Invoice # 4481076

Dinsmore & Shohl LLP
Client Number ▯ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**                         **Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.40 | Review client website for new medical records and other documents. |
| 04/06/20 | MO | 0.40 | Update chronology with new medical records. |
| 04/08/20 | AMS | 0.10 | Review updated medical records. |
| 04/29/20 | MO | 0.20 | Update chronology to include 04-22-2020 correspondence to physician's office. |
| 04/29/20 | MO | 0.20 | Update chronology to include 04-22-2020 correspondence to Claimant. |

Total Hours       1.30

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      May 26, 2020
46226 National Road                                                Invoice # 4481075
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.37
Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ -
Marshall County Coal Co.
JCN 2018027148 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 135.88 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481075

Dinsmore & Shohl LLP
Client Number 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392343 | 01/31/20 | $ 1,186.25 | $ 1,067.63 | $ 118.62 |
| 4414110 | 02/27/20 | $ 116.15 | $ 104.54 | $ 11.61 |
| 4434719 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | Total Previous Outstanding Balance | | $ 135.88 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481075

Dinsmore & Shohl LLP
Client Number ‖ 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $46.50 |

1

May 26, 2020
Invoice # 4481075

Dinsmore & Shohl LLP
Client Number ‖ 123837.37
**Matter: Asturi, Joseph - 6/13/2018 - JCN 2018027148 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |

| | | Total Hours | 0.30 |
|--|--|-------------|------|

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   May 26, 2020
46226 National Road                                            Invoice # 4481074
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.38
Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ -
Marion County Coal Co.
JCN 2016011923 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 93.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 93.00 |
| **Total Due for Current Professional Services** | **$ 93.00** |

| | |
|---|---|
| Previous Balance Owed | $ 48.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481074

Dinsmore & Shohl LLP
Client Number ▯ 123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392345 | 01/31/20 | $ 245.50 | $ 220.95 | $ 24.55 |
| 4434720 | 03/26/20 | $ 234.50 | $ 211.05 | $ 23.45 |
| | | Total Previous Outstanding Balance | | $ 48.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481074

Dinsmore & Shohl LLP
Client Number ⬜ 123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.60 | $ 93.00 |
| | Current Amount Due This Invoice | | $93.00 |

1

May 26, 2020
Invoice # 4481074

Dinsmore & Shohl LLP
Client Number ▯ 123837.38
**Matter: Austin, Joey - 10/31/2015 - JCN 2016011923 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |
| 04/02/20 | MO | 0.30 | Letter to counsel with new medical authorization and provider list. |
| Total Hours | | 0.60 | |

2

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481073

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 271.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 271.00 |
| **Total Due for Current Professional Services** | **$ 271.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,186.35

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481073

Dinsmore & Shohl LLP
Client Number ᐧ 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414116 | 02/27/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4434737 | 03/26/20 | $ 263.00 | $ 236.70 | $ 26.30 |
| 4459159 | 04/17/20 | $ 1,140.00 | $ 0.00 | $ 1,140.00 |
| | | Total Previous Outstanding Balance | | $ 1,186.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481073

Dinsmore & Shohl LLP
Client Number ‖ 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 1.00 | $ 271.00 |
| | Current Amount Due This Invoice | | $271.00 |

1

May 26, 2020
Invoice # 4481073

Dinsmore & Shohl LLP
Client Number ⬚ 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/08/20 | MO | 0.20 | Update chronology to include Employer's 04-09-2020 Reply to Claimant's Appeal. |
| 04/09/20 | WER | 0.20 | Review and analyze Employer⬚s Brief. |
| 04/15/20 | DKL | 0.10 | Conference with M. Ontko regarding revisions to Brief. |
| 04/27/20 | DKL | 0.10 | Review protest from Claimant. |
| 04/27/20 | MO | 0.20 | Update chronology to include 04-01-2020 correspondence from Claimant to Board of Review. |
| 04/27/20 | MO | 0.20 | Update chronology to include 04-23-2020 letter to Claimant from Board Of Review. |

Total Hours    1.00



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.　　　　　　　　　　　　May 26, 2020
46226 National Road　　　　　　　　　　　　　　　　　Invoice # 4481072
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.42
Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ-
Marion County Coal Co.
JCN 2017007930 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 217.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 217.00 |
| **Total Due for Current Professional Services** | **$ 217.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 48.95 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:　　Dinsmore and Shohl LLP
　　　　　　　PO Box 639038
　　　　　　　Cincinnati, Ohio 45263-9038

By Wire/ACH:　Bank: Fifth Third Bank
　　　　　　　Account Name: Dinsmore and Shohl LLP
　　　　　　　ABA Number: 042000314　　　　Swift Code: FTBCUS3C
　　　　　　　Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481072

Dinsmore & Shohl LLP
Client Number ⬭ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414121 | 02/27/20 | $ 274.45 | $ 247.00 | $ 27.45 |
| 4434739 | 03/26/20 | $ 215.00 | $ 193.50 | $ 21.50 |
| | | Total Previous Outstanding Balance | | $ 48.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481072

Dinsmore & Shohl LLP
Client Number ▯ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.40 | |
| Total Hours / Fees | | 1.40 | $ 217.00 |

Current Amount Due This Invoice          $217.00

1

May 26, 2020
Invoice # 4481072

Dinsmore & Shohl LLP
Client Number ⸱ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |
| 04/02/20 | MO | 0.20 | Email to client regarding additional medical records. |
| 04/02/20 | MO | 0.90 | Prepare subpoenas to request updated medical records from healthcare providers. |

Total Hours    1.40

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                             Invoice # 4481070
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 186.00 |
| Attorney Costs | $ 26.57 |
| Current Total Due for Professional Services | $ 212.57 |
| **Total Due for Current Professional Services** | **$ 212.57** |

| | |
|---|---:|
| Previous Balance Owed | $ 140.99 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481070

Dinsmore & Shohl LLP
Client Number □ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392364 | 01/31/20 | $ 704.50 | $ 634.05 | $ 70.45 |
| 4414131 | 02/27/20 | $ 46.95 | $ 42.26 | $ 4.69 |
| 4434744 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459153 | 04/17/20 | $ 62.00 | $ 0.00 | $ 62.00 |
| | | Total Previous Outstanding Balance | | $ 140.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481070

Dinsmore & Shohl LLP
Client Number ꙮ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 186.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 26.57 | |
| Total Attorney Costs | | $26.57 |
| Current Amount Due This Invoice | | $212.57 |

1

May 26, 2020
Invoice # 4481070

Dinsmore & Shohl LLP
Client Number ⬚ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/20 | MO | 1.20 | Prepare medical records requests to various healthcare providers. |

Total Hours    1.20

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                               Invoice # 4481037
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 184.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 184.00 |
| **Total Due for Current Professional Services** | **$ 184.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 336.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481037

Dinsmore & Shohl LLP
Client Number  123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414134 | 02/27/20 | $ 102.00 | $ 91.80 | $ 10.20 |
| 4434745 | 03/26/20 | $ 670.45 | $ 603.41 | $ 67.04 |
| 4459151 | 04/17/20 | $ 259.00 | $ 0.00 | $ 259.00 |
| | | Total Previous Outstanding Balance | | $ 336.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481037

Dinsmore & Shohl LLP
Client Number ▯ 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.80 | $ 184.00 |

Current Amount Due This Invoice     $184.00

May 26, 2020
Invoice # 4481037

Dinsmore & Shohl LLP
Client Number ☐ 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/14/20 | MO | 0.20 | Update chronology to include Claimant's Brief. |
| 04/15/20 | AMS | 0.20 | Review Claimant's Brief. |
| 04/28/20 | AMS | 0.40 | Begin drafting Board of Review Brief in response to Claimant's appeal. |

| | | |
|--|--|--|
| Total Hours | 0.80 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481038

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,702.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,702.00 |
| **Total Due for Current Professional Services** | **$ 1,702.00** |

| | |
|---|---|
| Previous Balance Owed | $ 163.36 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481038

Dinsmore & Shohl LLP
Client Number ▯ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392370 | 01/31/20 | $ 1,003.65 | $ 903.29 | $ 100.36 |
| 4414138 | 02/27/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4434747 | 03/26/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4459148 | 04/17/20 | $ 46.50 | $ 0.00 | $ 46.50 |

Total Previous Outstanding Balance          $ 163.36

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481038

Dinsmore & Shohl LLP
Client Number ‖ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 2.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 5.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.40 | $ 1,702.00 |
| | Current Amount Due This Invoice | | $1,702.00 |

1

May 26, 2020
Invoice # 4481038

Dinsmore & Shohl LLP
Client Number 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/17/20 | AMS | 0.40 | Identify evidence to file in support of 12-09-19 Order. |
| 04/20/20 | MO | 0.90 | Locate evidentiary documents for submission by Employer. |
| 04/20/20 | MO | 0.60 | Prepare Employer evidence submission. |
| 04/20/20 | MO | 0.50 | Locate additional evidentiary documents to submit as evidence. |
| 04/20/20 | AMS | 1.00 | Continue identifying evidence to file in support of 12-09-19 Order. |
| 04/21/20 | MO | 0.90 | Finalize Employer evidence submission regarding Claim Order dated 12-09-19. |
| 04/21/20 | MO | 0.50 | Update chronology to include Employer's evidence submission. |
| 04/21/20 | AMS | 0.50 | Finish identifying evidence to file in support of 12-09-19 Order. |
| 04/21/20 | WER | 0.40 | Review and analyze Employer evidence submission. |
| 04/22/20 | MO | 0.40 | Update chronology to include 04-20-2020 Claimant's submission of records (miscellaneous). |
| 04/22/20 | MO | 0.50 | Update chronology to include 04-20-2020 Claimant's submission of records (judicial decisions). |
| 04/22/20 | MO | 0.50 | Update chronology to include 04-20-2020 Claimant's submission of records (medical records). |
| 04/23/20 | AMS | 0.50 | Review evidence filed by Claimant. |
| 04/27/20 | MO | 0.40 | Update chronology to include 04-23-2020 Claimant's submission of records (medical). |
| 04/27/20 | MO | 0.20 | Update chronology to include Claimant's 04-24-2020 Closing Argument. |
| 04/28/20 | AMS | 0.20 | Begin drafting Closing Argument. |

Total Hours    8.40



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                            May 26, 2020
46226 National Road                                                    Invoice # 4481039
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 310.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 310.50 |
| **Total Due for Current Professional Services** | **$ 310.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,048.02 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481039

Dinsmore & Shohl LLP
Client Number ⬜ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392372 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414145 | 02/27/20 | $ 185.65 | $ 167.08 | $ 18.57 |
| 4434750 | 03/26/20 | $ 126.00 | $ 113.40 | $ 12.60 |
| 4459103 | 04/17/20 | $ 1,013.30 | $ 0.00 | $ 1,013.30 |

Total Previous Outstanding Balance          $ 1,048.02

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481039

Dinsmore & Shohl LLP
Client Number ⬜ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.10 | $ 310.50 |

Current Amount Due This Invoice     $310.50

1

May 26, 2020
Invoice # 4481039

Dinsmore & Shohl LLP
Client Number ‖ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/16/20 | MO | 0.20 | Update chronology to include Claimant's request for extension of time frame. |
| 04/21/20 | MO | 0.50 | Update chronology to include Employer's 04-21-2020 closing argument and evidence submission. |
| 04/21/20 | WER | 0.40 | Review and analyze the Employer‖s Closing Argument and related evidence. |

Total Hours    1.10

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                May 26, 2020
46226 National Road                                        Invoice # 4481040
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.56
Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ -
Marshall County Coal Co.
JCN 2018016154 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 438.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 438.50 |
| **Total Due for Current Professional Services** | **$ 438.50** |

| | |
|---|---|
| Previous Balance Owed | $ 570.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481040

Dinsmore & Shohl LLP
Client Number ▯ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392376 | 01/31/20 | $ 252.40 | $ 227.16 | $ 25.24 |
| 4414152 | 02/27/20 | $ 488.00 | $ 439.20 | $ 48.80 |
| 4434752 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459104 | 04/17/20 | $ 490.55 | $ 0.00 | $ 490.55 |
| | | | Total Previous Outstanding Balance | $ 570.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481040

Dinsmore & Shohl LLP
Client Number ⏐ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 2.50 | |
| | Total Hours / Fees | 2.70 | $ 438.50 |

Current Amount Due This Invoice        $438.50

1

May 26, 2020
Invoice # 4481040

Dinsmore & Shohl LLP
Client Number ‖ 123837.56
**Matter: Cecil, Lawrence - 1/12/2018 - JCN 2018016154 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.40 | Review client website for new medical records and other documents. |
| 04/06/20 | MO | 0.50 | Update chronology with new records. |
| 04/06/20 | MO | 0.30 | Prepare subpoena for medical records. |
| 04/08/20 | MO | 0.90 | Update chronology with new records. |
| 04/08/20 | AMS | 0.10 | Review updated medical records. |
| 04/24/20 | MO | 0.20 | Update chronology to include 04-20-2020 correspondence to Claimant. |
| 04/24/20 | MO | 0.20 | Update chronology to include 04-20-2020  employer decision. |
| 04/27/20 | AMS | 0.10 | Review Notice of Maximum Benefits and Order. |

Total Hours     2.70

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481041

Billing Attorney - William E Robinson

Client Number - 123837.57
Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP -
Marion County Coal Co.
JCN 2019015948 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,108.05 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481041

Dinsmore & Shohl LLP
Client Number ▯ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392379 | 01/31/20 | $ 728.50 | $ 655.65 | $ 72.85 |
| 4414155 | 02/27/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459105 | 04/17/20 | $ 1,031.35 | $ 0.00 | $ 1,031.35 |
| | | Total Previous Outstanding Balance | | $ 1,108.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481041

Dinsmore & Shohl LLP
Client Number ‖ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice     $38.50

1

May 26, 2020
Invoice # 4481041

Dinsmore & Shohl LLP
Client Number ⬜ 123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/17/20 | DKL | 0.10 | Review Claimant's withdrawal of protest. |

Total Hours    0.10

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                May 26, 2020
46226 National Road                                     Invoice # 4481042
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.58
Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ -
Marshall County Coal Co.
JCN 2017020926 INJ

**Remittance Advice**

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 17.27 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481042

Dinsmore & Shohl LLP
Client Number ▯ 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414157 | 02/27/20 | $ 116.15 | $ 104.53 | $ 11.62 |
| 4434753 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | Total Previous Outstanding Balance | | $ 17.27 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481042

Dinsmore & Shohl LLP
Client Number ⬚ 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $46.50 |

1

May 26, 2020
Invoice # 4481042

Dinsmore & Shohl LLP
Client Number �paragraph 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |

| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481044

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 706.50 |
| Attorney Costs | $ 28.00 |
| Current Total Due for Professional Services | $ 734.50 |
| **Total Due for Current Professional Services** | **$ 734.50** |

| | |
|---|---|
| Previous Balance Owed | $ 261.04 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481044

Dinsmore & Shohl LLP
Client Number ⸫ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392386 | 01/31/20 | $ 1,554.95 | $ 1,399.46 | $ 155.49 |
| 4414163 | 02/27/20 | $ 82.00 | $ 73.80 | $ 8.20 |
| 4434755 | 03/26/20 | $ 463.50 | $ 417.15 | $ 46.35 |
| 4459107 | 04/17/20 | $ 51.00 | $ 0.00 | $ 51.00 |
| | | Total Previous Outstanding Balance | | $ 261.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481044

Dinsmore & Shohl LLP
Client Number ⬜ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 3.90 | |
| | Total Hours / Fees | 4.30 | $ 706.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 28.00 | |
| Total Attorney Costs | | $28.00 |
| Current Amount Due This Invoice | | $734.50 |

1

May 26, 2020
Invoice # 4481044

Dinsmore & Shohl LLP
Client Number ⏐ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/01/20 | MO | 0.20 | Update chronology to include Claimant's reply brief. |
| 04/13/20 | AMS | 0.10 | Review 4-7-2020 Order. |
| 04/13/20 | MO | 0.20 | Update chronology to include 04-07-2020 correspondence to Claimant. |
| 04/14/20 | MO | 0.50 | Review client website for medical documentation. |
| 04/14/20 | MO | 1.10 | Update chronology to include new medical records. |
| 04/15/20 | MO | 0.30 | Prepare medical records request. |
| 04/15/20 | AMS | 0.30 | Review updated medical records. |
| 04/22/20 | MO | 1.60 | Update chronology with new medical records. |

Total Hours    4.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481045

Billing Attorney - William E Robinson

Client Number - 123837.64
Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ
- Marion County Coal Co.
JCN 2016026225 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 702.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 702.00 |
| **Total Due for Current Professional Services** | **$ 702.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 87.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481045

Dinsmore & Shohl LLP
Client Number ▯ 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459113 | 04/17/20 | $ 87.50 | $ 0.00 | $ 87.50 |
| | | Total Previous Outstanding Balance | | $ 87.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481045

Dinsmore & Shohl LLP
Client Number ⧠ 123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 4.20 | |
| | Total Hours / Fees | 4.40 | $ 702.00 |

Current Amount Due This Invoice          $702.00

1

May 26, 2020
Invoice # 4481045

Dinsmore & Shohl LLP
Client Number ⬜ 123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.20 | Prepare and send new medical records authorization to counsel for client's signature. |
| 04/02/20 | MO | 0.80 | Review client website for new medical records and other documents. |
| 04/08/20 | MO | 2.60 | Update chronology with new medical records. |
| 04/09/20 | AMS | 0.20 | Review updated medical records. |
| 04/13/20 | MO | 0.60 | Prepare medical records requests to healthcare providers. |

Total Hours     4.40

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                   Invoice # 4481047
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,211.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,211.00 |
| **Total Due for Current Professional Services** | **$ 1,211.00** |

Previous Balance Owed                                                        $ 402.35
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481047

Dinsmore & Shohl LLP
Client Number ☐ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392397 | 01/31/20 | $ 1,316.35 | $ 1,184.72 | $ 131.63 |
| 4414173 | 02/27/20 | $ 367.65 | $ 330.88 | $ 36.77 |
| 4434758 | 03/26/20 | $ 189.50 | $ 170.55 | $ 18.95 |
| 4459115 | 04/17/20 | $ 215.00 | $ 0.00 | $ 215.00 |
| | | Total Previous Outstanding Balance | | $ 402.35 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481047

Dinsmore & Shohl LLP
Client Number ‖ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 3.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.20 | $ 1,211.00 |
| | Current Amount Due This Invoice | | $1,211.00 |

1

May 26, 2020
Invoice # 4481047

Dinsmore & Shohl LLP
Client Number 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.20 | Request new medical records from client. |
| 04/13/20 | AMS | 0.90 | Draft Board of Review Brief. |
| 04/14/20 | AMS | 0.80 | Continue drafting Brief. |
| 04/15/20 | MO | 0.30 | Prepare letter to Board of Review filing Employer's Reply to Claimant's Appeal. |
| 04/15/20 | MO | 0.20 | Update chronology to include Employer's 04-15-2020 Reply to Claimant's Appeal. |
| 04/15/20 | WER | 0.30 | Review and analyze Brief of Employer. |
| 04/16/20 | AMS | 1.30 | Review evidence filed by Claimant in support of protest. |
| 04/16/20 | MO | 0.50 | Update chronology to include 04-14-2020 Claimant's evidence (miscellaneous). |
| 04/16/20 | MO | 0.50 | Update chronology to include 04-14-2020 Claimant's second submission of evidence (miscellaneous). |
| 04/27/20 | MO | 0.20 | Update chronology to include 04-23-2020 Board of Review Order. |

Total Hours    5.20

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                   May 26, 2020
46226 National Road                                               Invoice # 4481046
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ -
Marshall County Coal Co.
JCN 2001056879 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 288.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 288.00 |
| **Total Due for Current Professional Services** | **$ 288.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 104.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481046

Dinsmore & Shohl LLP
Client Number ▯ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392395 | 01/31/20 | $ 1,042.85 | $ 938.57 | $ 104.28 |
| | | Total Previous Outstanding Balance | | $ 104.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481046

Dinsmore & Shohl LLP
Client Number ⬚ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 1.20 | |
| | Total Hours / Fees | 1.60 | $ 288.00 |

Current Amount Due This Invoice       $288.00

1

May 26, 2020
Invoice # 4481046

Dinsmore & Shohl LLP
Client Number 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | AMS | 0.10 | Review medical statement of physician assistant and request for authorization of treatment. |
| 04/03/20 | MO | 0.20 | Update chronology to include 03-30-2020  correspondence to Claimant. |
| 04/03/20 | MO | 0.20 | Update chronology to include 03-30-2020 correspondence to Claimant. |
| 04/06/20 | AMS | 0.10 | Review 3-30-2020 Orders. |
| 04/09/20 | AMS | 0.20 | Review updated medical records. |
| 04/10/20 | MO | 0.80 | Update chronology to include new medical records. |

Total Hours    1.60

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                               Invoice # 4481043
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 208.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 208.50 |
| **Total Due for Current Professional Services** | **$ 208.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 182.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481043

Dinsmore & Shohl LLP
Client Number ▯ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392382 | 01/31/20 | $ 357.00 | $ 321.30 | $ 35.70 |
| 4414160 | 02/27/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4434754 | 03/26/20 | $ 158.50 | $ 142.65 | $ 15.85 |
| 4459106 | 04/17/20 | $ 127.50 | $ 0.00 | $ 127.50 |
| | | Total Previous Outstanding Balance | | $ 182.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481043

Dinsmore & Shohl LLP
Client Number ⍰ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 208.50 |
| | Current Amount Due This Invoice | | $208.50 |

1

May 26, 2020
Invoice # 4481043

Dinsmore & Shohl LLP
Client Number ‖ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | MO | 0.20 | Update chronology to include 04-14-2020 Board of Review Order. |
| 04/24/20 | AMS | 0.10 | Review Board of Review's 4-14-2020 Order. |
| 04/24/20 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 4-14-2020 Order. |
| 04/28/20 | WER | 0.20 | Review Board of Review‖s 4-14-20 Order and related correspondence. |

Total Hours   0.70

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                   May 26, 2020
46226 National Road                                                Invoice # 4481071
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

**Remittance Advice**

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 224.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 224.50 |
| **Total Due for Current Professional Services** | **$ 224.50** |


Previous Balance Owed                                               $ 84.36
(see outstanding invoice listing attached)

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481071

Dinsmore & Shohl LLP
Client Number ▯ 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 264.15 | $ 29.35 |
| 4414129 | 02/27/20 | $ 426.61 | $ 383.95 | $ 42.66 |
| 4434743 | 03/26/20 | $ 123.50 | $ 111.15 | $ 12.35 |
| | | | Total Previous Outstanding Balance | $ 84.36 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481071

Dinsmore & Shohl LLP
Client Number ▯ 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.70 | $ 224.50 |

Current Amount Due This Invoice           $224.50

1

May 26, 2020
Invoice # 4481071

Dinsmore & Shohl LLP
Client Number ⬜ 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/29/20 | MO | 0.30 | Prepare letter to client with 04-22-2020 ALJ Decision. |
| 04/29/20 | DKL | 0.10 | Review Decision of Administrative Law Judge. |
| 04/30/20 | DKL | 0.10 | Letter to Mr. Pauley with Administrative Law Judge Decision. |
| 04/30/20 | WER | 0.20 | Review and analyze 4-22-20 ALJ Decision and related correspondence. |

Total Hours    0.70

2



CALIFORNIA ▊ COLORADO ▊ CONNECTICUT
FLORIDA ▊ GEORGIA ▊ ILLINOIS ▊ KENTUCKY
MASSACHUSETTS ▊ MICHIGAN ▊ OHIO
PENNSYLVANIA ▊ WASHINGTON, D.C. ▊ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481118

Billing Attorney - William E Robinson

Client Number - 123837.92
Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ -
Ohio County Coal Co.
JCN 2019018684 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 392.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 392.00 |
| **Total Due for Current Professional Services** | **$ 392.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 553.37 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314       Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481118

Dinsmore & Shohl LLP
Client Number ⧠ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392471 | 01/31/20 | $ 3,196.50 | $ 2,876.85 | $ 319.65 |
| 4414307 | 02/27/20 | $ 1,135.15 | $ 1,021.63 | $ 113.52 |
| 4434803 | 03/26/20 | $ 72.00 | $ 64.80 | $ 7.20 |
| 4459229 | 04/17/20 | $ 113.00 | $ 0.00 | $ 113.00 |

Total Previous Outstanding Balance   $ 553.37

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481118

Dinsmore & Shohl LLP
Client Number 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.40 | $ 392.00 |
| | Current Amount Due This Invoice | | $392.00 |

1

May 26, 2020
Invoice # 4481118

Dinsmore & Shohl LLP
Client Number ⏀ 123837.92
**Matter: Graham, Clayton - 7/2/2018 - JCN 2019018684 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | AMS | 0.50 | Review Administrative Law Judge's 4-15-2020 Order. |
| 04/20/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 4-15-2020 Order. |
| 04/21/20 | MO | 0.20 | Update chronology to include 04-15-2020 ALJ Decision. |
| 04/21/20 | WER | 0.30 | Review 4-15-20 ALJ Decision and related correspondence. |
| 04/29/20 | MO | 0.20 | Update chronology to include 04-24-2020 letter to Claimant. |

Total Hours    1.40

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  May 26, 2020
46226 National Road                                          Invoice # 4481121
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.95
Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP -
Marshall County Coal Co.
JCN 2017022385 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

Previous Balance Owed                                                  $ 319.99
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481121

Dinsmore & Shohl LLP
Client Number ⬛ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392482 | 01/31/20 | $ 384.10 | $ 345.69 | $ 38.41 |
| 4414316 | 02/27/20 | $ 118.80 | $ 106.92 | $ 11.88 |
| 4434807 | 03/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4459235 | 04/17/20 | $ 262.00 | $ 0.00 | $ 262.00 |
| | | Total Previous Outstanding Balance | | $ 319.99 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481121

Dinsmore & Shohl LLP
Client Number ⬚ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |
| | Current Amount Due This Invoice | | $69.50 |

1

May 26, 2020
Invoice # 4481121

Dinsmore & Shohl LLP
Client Number ⫿ 123837.95
**Matter: Habig, Thomas - 3/31/2011 - JCN 2017022385 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/13/20 | DKL | 0.10 | Review Notice to Continue Hearing. |
| 04/14/20 | MO | 0.20 | Update chronology to include 03-30-2020 Order continuing the OP Board hearing. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

# Dinsmore

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481122

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 743.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 743.50 |
| **Total Due for Current Professional Services** | **$ 743.50** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,141.39 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481122

Dinsmore & Shohl LLP
Client Number ⬜ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392486 | 01/31/20 | $ 5,868.66 | $ 5,281.79 | $ 586.87 |
| 4414319 | 02/27/20 | $ 738.50 | $ 664.65 | $ 73.85 |
| 4434809 | 03/26/20 | $ 621.65 | $ 559.48 | $ 62.17 |
| 4459237 | 04/17/20 | $ 418.50 | $ 0.00 | $ 418.50 |
| | | Total Previous Outstanding Balance | | $ 1,141.39 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481122

Dinsmore & Shohl LLP
Client Number ‖ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 2.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 2.70 | $ 743.50 |

Current Amount Due This Invoice          $743.50

1

May 26, 2020
Invoice # 4481122

Dinsmore & Shohl LLP
Client Number ‖ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | AMS | 0.20 | Review updated medical and claim re-opening application. |
| 04/28/20 | MO | 0.20 | Update chronology to include Employer's Brief. |
| 04/28/20 | AMS | 2.00 | Draft Board of Review Brief. |
| 04/28/20 | WER | 0.30 | Review and analyze Employer's Brief. |

|  | Total Hours | 2.70 |
|--|-------------|------|

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481125
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 673.34 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481125

Dinsmore & Shohl LLP
Client Number ⬜ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392494 | 01/31/20 | $ 900.45 | $ 810.41 | $ 90.04 |
| 4414328 | 02/27/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4459241 | 04/17/20 | $ 578.65 | $ 0.00 | $ 578.65 |
| | | | Total Previous Outstanding Balance | $ 673.34 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020

Dinsmore & Shohl LLP
Client Number ◌ 123837.98

Invoice # 4481125

**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice           $56.50

1

May 26, 2020
Invoice # 4481125

Dinsmore & Shohl LLP
Client Number ‖ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.20 | Update chronology to include 03-27-2020 Employer Decision. |
| 04/06/20 | AMS | 0.10 | Review 3-27-2020 Order. |

Total Hours     0.30

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481129

Billing Attorney - William E Robinson

Client Number - 123837.101
Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752
OP - Murray American Energy
JCN 2019017752 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,703.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,703.00 |
| **Total Due for Current Professional Services** | **$ 1,703.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,611.95 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481129

Dinsmore & Shohl LLP
Client Number ▯ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392503 | 01/31/20 | $ 913.00 | $ 821.70 | $ 91.30 |
| 4434814 | 03/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4459248 | 04/17/20 | $ 1,516.00 | $ 0.00 | $ 1,516.00 |
| | | | Total Previous Outstanding Balance | $ 1,611.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481129

Dinsmore & Shohl LLP
Client Number ⏹ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 4.00 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 4.60 | $ 1,703.00 |
| | Current Amount Due This Invoice | | $1,703.00 |

1

May 26, 2020
Invoice # 4481129

Dinsmore & Shohl LLP
Client Number 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | DKL | 0.50 | Outline issue for argument to Bureau of Workers Compensation Board of Review. |
| 04/01/20 | MO | 0.20 | Update chronology to include Employer's 04-01-2020 Notice of Appeal to the Board of Review re: ALJ Decision dated 03-18-2020. |
| 04/01/20 | WER | 0.20 | Review and analyze Employer's Notice of Appeal to the Board of Review regarding the 03-18-2020 ALJ Decision. |
| 04/01/20 | DKL | 0.40 | Analyze evidence and Administrative Law Judge findings and conclusions. |
| 04/02/20 | DKL | 1.50 | Initial draft of Brief to Bureau of Workers Compensation Board of Review. |
| 04/06/20 | DKL | 0.50 | Revisions to Brief to Bureau of Workers Compensation Board of Review. |
| 04/09/20 | DKL | 0.20 | Final revisions to Brief. |
| 04/13/20 | DKL | 0.10 | Review SmartCasualty Order acknowledging receipt of Administrative Law Judge's Order. |
| 04/14/20 | MO | 0.20 | Update chronology to include 04-08-2020 SmartCasualty letter to Claimant. |
| 04/16/20 | DKL | 0.10 | Telephone call with Beth at Workers Compensation Board of Review. |
| 04/16/20 | DKL | 0.20 | Emails with A. Stern regarding appeal. |
| 04/21/20 | DKL | 0.40 | Draft email to Ed Pauley regarding appeal. |
| 04/23/20 | DKL | 0.10 | Email to Ed Pauley regarding appeal. |

Total Hours    4.60



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481142

Billing Attorney - William E Robinson

Client Number - 123837.102
Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio
County Coal Co.
JCN 2019016626 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

Previous Balance Owed                                                        $ 198.15
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481142

Dinsmore & Shohl LLP
Client Number ▯ 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392556 | 01/31/20 | $ 794.50 | $ 715.05 | $ 79.45 |
| 4414370 | 02/27/20 | $ 222.50 | $ 200.25 | $ 22.25 |
| 4434842 | 03/26/20 | $ 269.50 | $ 242.55 | $ 26.95 |
| 4459273 | 04/17/20 | $ 69.50 | $ 0.00 | $ 69.50 |
| | | Total Previous Outstanding Balance | | $ 198.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481142

Dinsmore & Shohl LLP
Client Number 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice         $69.50

1

May 26, 2020
Invoice # 4481142

Dinsmore & Shohl LLP
Client Number 123837.102
**Matter: Hill, Jeffrey - 9/28/2015 - JCN 2019016626 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | DKL | 0.10 | Review Order Continuing Hearing. |
| 04/01/20 | MO | 0.20 | Update chronology to include 03-20-2020 Order Continuing Hearing. |

| | Total Hours | 0.30 | |

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                              May 26, 2020
46226 National Road                                                        Invoice # 4481145
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ -
Marion County Coal Co.
JCN 2019001358 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

Previous Balance Owed                                                           $ 663.08
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481145

Dinsmore & Shohl LLP
Client Number ⬜ 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392567 | 01/31/20 | $ 1,196.88 | $ 1,077.19 | $ 119.69 |
| 4414379 | 02/27/20 | $ 719.15 | $ 647.23 | $ 71.92 |
| 4434850 | 03/26/20 | $ 1,826.70 | $ 1,644.03 | $ 182.67 |
| 4459279 | 04/17/20 | $ 288.80 | $ 0.00 | $ 288.80 |
| | | Total Previous Outstanding Balance | | $ 663.08 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481145

Dinsmore & Shohl LLP
Client Number ▯ 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice    $46.50

1

May 26, 2020
Invoice # 4481145

Dinsmore & Shohl LLP
Client Number 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |

| | | | |
|---|---|---|---|
| | Total Hours | 0.30 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481147

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 297.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481147

Dinsmore & Shohl LLP
Client Number ⬜ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392578 | 01/31/20 | $ 1,302.80 | $ 1,172.52 | $ 130.28 |
| 4414386 | 02/27/20 | $ 638.50 | $ 574.65 | $ 63.85 |
| 4434856 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459282 | 04/17/20 | $ 97.50 | $ 0.00 | $ 97.50 |
| | | | Total Previous Outstanding Balance | $ 297.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481147

Dinsmore & Shohl LLP
Client Number 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 46.50 |

Current Amount Due This Invoice         $46.50

1

May 26, 2020
Invoice # 4481147

Dinsmore & Shohl LLP
Client Number ▯ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |

| | | | |
|---|---|---|---|
| | Total Hours | 0.30 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                            Invoice # 4481146
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.110
Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP --
Marshall County Coal Co.
JCN 2008005321 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 616.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 616.50 |
| **Total Due for Current Professional Services** | **$ 616.50** |

Previous Balance Owed                                              $ 12.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481146

Dinsmore & Shohl LLP
Client Number ‖ 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392572 | 01/31/20 | $ 129.00 | $ 116.10 | $ 12.90 |
| | | Total Previous Outstanding Balance | | $ 12.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481146

Dinsmore & Shohl LLP
Client Number  123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.40 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 1.90 | $ 616.50 |
| | Current Amount Due This Invoice | | $616.50 |

1

May 26, 2020
Invoice # 4481146

Dinsmore & Shohl LLP
Client Number ⫿ 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | DKL | 0.20 | Review Claimant's evidence submission. |
| 04/16/20 | MO | 0.50 | Update chronology to include Claimant's 04-13-2020 evidence regarding claim order dated 09-18-19. |
| 04/23/20 | DKL | 0.50 | Review and analyze comparison of Occupational Pneumoconiosis Board studies and Hospital studies regarding claim defense. |
| 04/23/20 | DKL | 0.70 | Review and analyze medical chronology regarding defense of claim. |

Total Hours     1.90

2

# Dinsmore

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481144

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 180.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 180.50 |
| **Total Due for Current Professional Services** | **$ 180.50** |

| | |
|---|---|
| Previous Balance Owed | $ 266.79 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481144

Dinsmore & Shohl LLP
Client Number ▯ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392561 | 01/31/20 | $ 1,832.50 | $ 1,649.25 | $ 183.25 |
| 4414376 | 02/27/20 | $ 468.90 | $ 422.01 | $ 46.89 |
| 4434848 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459277 | 04/17/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| | | Total Previous Outstanding Balance | | $ 266.79 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481144

Dinsmore & Shohl LLP
Client Number ▯ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 1.00 | |
| | Total Hours / Fees | 1.10 | $ 180.50 |
| | Current Amount Due This Invoice | | $180.50 |

1

May 26, 2020
Invoice # 4481144

Dinsmore & Shohl LLP
Client Number ▯ 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.40 | Review client website for new medical records and other documents and download the same. |
| 04/06/20 | MO | 0.60 | Update chronology with new records from client website. |
| 04/09/20 | AMS | 0.10 | Review updated medical records. |

| | | |
|------|------|---|
| Total Hours | 1.10 | |

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481143

Billing Attorney - William E Robinson

Client Number - 123837.114
Matter: Leary, David -- 2/23/2017 -- JCN 2017020984 INJ --
Harrison County Coal Co.
JCN 2017020984 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481143

Dinsmore & Shohl LLP
Client Number ▯ 123837.114
**Matter: Leary, David -- 2/23/2017 -- JCN 2017020984 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| | Current Amount Due This Invoice | $38.50 |

May 26, 2020
Invoice # 4481143

Dinsmore & Shohl LLP
Client Number ⬜ 123837.114
**Matter: Leary, David -- 2/23/2017 -- JCN 2017020984 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/02/20 | DKL | 0.10 | Review correspondence from SmartCasualty regarding Director's Exhibits. |

|  | Total Hours | 0.10 |

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481141

Billing Attorney - William E Robinson

Client Number - 123837.119
Matter: Miller, Robert D. -- 7/17/2018 -- JCN 2019002583 INJ
-- Harrison County Coal Co.
JCN 2019002583 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481141

Dinsmore & Shohl LLP
Client Number ⸗ 123837.119
**Matter: Miller, Robert D. -- 7/17/2018 -- JCN 2019002583 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

May 26, 2020
Invoice # 4481141

Dinsmore & Shohl LLP
Client Number ⬛ 123837.119
**Matter: Miller, Robert D. -- 7/17/2018 -- JCN 2019002583 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.30 | Review client website for new medical records. |

Total Hours    0.30



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              May 26, 2020
46226 National Road                                        Invoice # 4481140
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.122
Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ --
Ohio County Coal Co.
JCN 2018023959 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 159.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 159.50 |
| **Total Due for Current Professional Services** | **$ 159.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 123.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481140

Dinsmore & Shohl LLP
Client Number ▯ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392547 | 01/31/20 | $ 490.00 | $ 441.00 | $ 49.00 |
| 4414367 | 02/27/20 | $ 151.50 | $ 136.35 | $ 15.15 |
| 4434837 | 03/26/20 | $ 132.50 | $ 119.25 | $ 13.25 |
| 4459271 | 04/17/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | Total Previous Outstanding Balance | | $ 123.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481140

Dinsmore & Shohl LLP
Client Number ▯ 123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.90 | $ 159.50 |
| | Current Amount Due This Invoice | | $159.50 |

1

May 26, 2020
Invoice # 4481140

Dinsmore & Shohl LLP
Client Number  123837.122
**Matter: Morgan, James -- 4/28/2018 -- JCN 2018023959 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/13/20 | MO | 0.20 | Update chronology to include SmartCasualty 04-07-2020 Order. |
| 04/13/20 | MO | 0.50 | Update chronology to include physician's IME Report dated 04-03-2020. |
| 04/13/20 | AMS | 0.20 | Review physician's IME report and SmartCasualty's 4-7-2020 Order. |

Total Hours     0.90

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      May 26, 2020
46226 National Road                                              Invoice # 4481139
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 134.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 134.00 |
| **Total Due for Current Professional Services** | **$ 134.00** |

| | |
|---|---|
| Previous Balance Owed | $ 219.27 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481139

Dinsmore & Shohl LLP
Client Number ‖ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392544 | 01/31/20 | $ 300.00 | $ 270.00 | $ 30.00 |
| 4414363 | 02/27/20 | $ 709.00 | $ 638.10 | $ 70.90 |
| 4434835 | 03/26/20 | $ 618.75 | $ 556.88 | $ 61.87 |
| 4459269 | 04/17/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 219.27 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481139

Dinsmore & Shohl LLP
Client Number ☐ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.80 | $ 134.00 |
| | Current Amount Due This Invoice | | $134.00 |

1

May 26, 2020
Invoice # 4481139

Dinsmore & Shohl LLP
Client Number ‖ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.30 | Review client website for new medical records. |
| 04/03/20 | MO | 0.20 | Update chronology to include 03-30-2020 SmartCasualty letter to Claimant. |
| 04/03/20 | MO | 0.20 | Update chronology to include 03-30-2020 SmartCasualty letter to Claimant. |
| 04/06/20 | AMS | 0.10 | Review SmartCasualty's 3-30-2020 Order. |

Total Hours      0.80

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481138

Billing Attorney - William E Robinson

Client Number - 123837.124
Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156
INJ -- Marshall County Coal Co.
JCN 2018016156 INJ

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 139.62 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481138

Dinsmore & Shohl LLP
Client Number ⬜ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392541 | 01/31/20 | $ 1,116.00 | $ 1,004.40 | $ 111.60 |
| 4414362 | 02/27/20 | $ 223.65 | $ 201.28 | $ 22.37 |
| 4434834 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | Total Previous Outstanding Balance | | $ 139.62 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481138

Dinsmore & Shohl LLP
Client Number ⸰ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

May 26, 2020
Invoice # 4481138

Dinsmore & Shohl LLP
Client Number ▯ 123837.124
**Matter: Parsons, Benjamin -- 1/12/2018 -- JCN 2018016156 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/03/20 | MO | 0.30 | Review client website for new medical records. |

Total Hours    0.30

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                             Invoice # 4481137
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

Previous Balance Owed                                              $ 1,317.21
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481137

Dinsmore & Shohl LLP
Client Number ⫾ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392538 | 01/31/20 | $ 864.85 | $ 778.37 | $ 86.48 |
| 4414360 | 02/27/20 | $ 1,002.30 | $ 902.07 | $ 100.23 |
| 4434832 | 03/26/20 | $ 947.50 | $ 852.75 | $ 94.75 |
| 4459267 | 04/17/20 | $ 1,035.75 | $ 0.00 | $ 1,035.75 |
| | | Total Previous Outstanding Balance | | $ 1,317.21 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481137

Dinsmore & Shohl LLP
Client Number ⁅ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 69.50 |
| | Current Amount Due This Invoice | | $69.50 |

1

May 26, 2020
Invoice # 4481137

Dinsmore & Shohl LLP
Client Number ⏺ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/27/20 | DKL | 0.10 | Review Order extending time frame. |
| 04/27/20 | MO | 0.20 | Update chronology to include 04-22-2020 ALJ Order. |

Total Hours    0.30

2

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481136

Billing Attorney - William E Robinson

Client Number - 123837.127
Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243
INJ -- Monongalia County Coal Co.
JCN 2018010243 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 12.15 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481136

Dinsmore & Shohl LLP
Client Number ⬚ 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392536 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| 4414359 | 02/27/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| | | Total Previous Outstanding Balance | | $ 12.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481136

Dinsmore & Shohl LLP
Client Number ‖ 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

May 26, 2020
Invoice # 4481136

Dinsmore & Shohl LLP
Client Number ▯ 123837.127
**Matter: Pritchard, Spencer -- 10/19/2017 -- JCN 2018010243 INJ -- Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.30 | Review client website for new medical records. |

| | Total Hours | 0.30 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        May 26, 2020
46226 National Road                                                   Invoice # 4481135
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 107.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 107.50 |
| **Total Due for Current Professional Services** | **$ 107.50** |

Previous Balance Owed                                                     $ 591.30
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314           Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481135

Dinsmore & Shohl LLP
Client Number Ⅱ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392532 | 01/31/20 | $ 917.00 | $ 825.30 | $ 91.70 |
| 4414356 | 02/27/20 | $ 2,049.50 | $ 1,844.55 | $ 204.95 |
| 4434830 | 03/26/20 | $ 1,416.40 | $ 1,274.75 | $ 141.65 |
| 4459266 | 04/17/20 | $ 153.00 | $ 0.00 | $ 153.00 |
| | | | Total Previous Outstanding Balance | $ 591.30 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481135

Dinsmore & Shohl LLP
Client Number ‖ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.50 | $ 107.50 |

Current Amount Due This Invoice          $107.50

1

May 26, 2020
Invoice # 4481135

Dinsmore & Shohl LLP
Client Number ⏹ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | MO | 0.20 | Update chronology to include Board of Review Order dated 04-14-2020. |
| 04/24/20 | AMS | 0.10 | Review Board of Review's 4-14-2020 Order. |
| 04/24/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 8-29-19 Order. |

Total Hours    0.50

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481134

Billing Attorney - William E Robinson

Client Number - 123837.134
Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP --
Marshall County Coal Co.
JCN 2013032862 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 285.50 |
| Attorney Costs | $ 30.40 |
| Current Total Due for Professional Services | $ 315.90 |
| **Total Due for Current Professional Services** | **$ 315.90** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481134

Dinsmore & Shohl LLP
Client Number ⏐ 123837.134
**Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| Total Hours / Fees | | 1.10 | $ 285.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 30.40 | |
| Total Attorney Costs | | $30.40 |
| Current Amount Due This Invoice | | $315.90 |

May 26, 2020
Invoice # 4481134

Dinsmore & Shohl LLP
Client Number ⬚ 123837.134
**Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | MO | 0.30 | Prepare medical records request. |
| 04/16/20 | MO | 0.30 | Letter to physician's office regarding medical records. |
| 04/24/20 | DKL | 0.50 | Review and analyze medical chronology regarding defense of claim. |

Total Hours    1.10

# Dinsmôre

CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481132

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,196.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,196.50 |
| **Total Due for Current Professional Services** | **$ 1,196.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 366.20 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481132

Dinsmore & Shohl LLP
Client Number ⬚ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392507 | 01/31/20 | $ 583.50 | $ 525.15 | $ 58.35 |
| 4414340 | 02/27/20 | $ 442.50 | $ 398.25 | $ 44.25 |
| 4434817 | 03/26/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4459251 | 04/17/20 | $ 260.50 | $ 0.00 | $ 260.50 |
| | | Total Previous Outstanding Balance | | $ 366.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481132

Dinsmore & Shohl LLP
Client Number ‖ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 1.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 4.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.30 | $ 1,196.50 |

Current Amount Due This Invoice            $1,196.50

1

May 26, 2020
Invoice # 4481132

Dinsmore & Shohl LLP
Client Number ▯ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/03/20 | MO | 0.20 | Email to claims representative requesting additional records. |
| 04/13/20 | AMS | 0.10 | Review SmartCasualty's 4/8/2020 Order. |
| 04/14/20 | MO | 0.20 | Update chronology to include 04-08-2020 decision. |
| 04/15/20 | AMS | 0.80 | Review updated medical records. |
| 04/16/20 | MO | 1.20 | Begin update of chronology with new medical records. |
| 04/20/20 | MO | 0.20 | Update chronology to include 04-14-2020 Board of Review Order. |
| 04/21/20 | MO | 2.60 | Complete update of chronology to include new medical records. |
| 04/24/20 | MO | 0.20 | Update chronology to include 04-17-2020 correspondence to Claimant acknowledging Board of Review Order dated 04-14-2020. |
| 04/24/20 | AMS | 0.30 | Review Board of Review's 4-14-2020 Order. |
| 04/24/20 | AMS | 0.30 | Draft correspondence to client regarding Board of Review's 4-14-2020 Order. |
| 04/28/20 | WER | 0.20 | Review Board of Review▯s 4-14-20 Order and related correspondence. |

Total Hours        6.30

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481130

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 308.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 308.00 |
| **Total Due for Current Professional Services** | **$ 308.00** |

| | |
|---|---|
| Previous Balance Owed | $ 689.95 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481130

Dinsmore & Shohl LLP
Client Number ⬚ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392505 | 01/31/20 | $ 1,563.00 | $ 1,406.70 | $ 156.30 |
| 4414338 | 02/27/20 | $ 155.00 | $ 139.50 | $ 15.50 |
| 4434815 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459249 | 04/17/20 | $ 512.50 | $ 0.00 | $ 512.50 |
| | | Total Previous Outstanding Balance | | $ 689.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481130

Dinsmore & Shohl LLP
Client Number ⬭ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 1.00 | |
| | Total Hours / Fees | 1.60 | $ 308.00 |

Current Amount Due This Invoice          $308.00

1

May 26, 2020
Invoice # 4481130

Dinsmore & Shohl LLP
Client Number ☐ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.40 | Review client website for new medical records. |
| 04/03/20 | MO | 0.20 | Update chronology to include 03-26-2020 correspondence to Claimant. |
| 04/03/20 | MO | 0.20 | Update chronology to include 02-26-2020 Diagnosis Update. |
| 04/08/20 | MO | 0.20 | Email to Attorney T. Greene with requested copy of 11-19-19 report. |
| 04/27/20 | AMS | 0.60 | Review Claimant's appeal brief regarding Administrative Law Judge's 2-26-2020 Order. |

Total Hours    1.60

2

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481126

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 314.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 314.50 |
| **Total Due for Current Professional Services** | **$ 314.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 360.62 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP PO Box 639038 Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank Account Name: Dinsmore and Shohl LLP ABA Number: 042000314   Swift Code: FTBCUS3C Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481126

Dinsmore & Shohl LLP
Client Number ▯ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 390.60 | $ 43.40 |
| 4414332 | 02/27/20 | $ 855.65 | $ 770.08 | $ 85.57 |
| 4434813 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459243 | 04/17/20 | $ 226.00 | $ 0.00 | $ 226.00 |
| | | | Total Previous Outstanding Balance | $ 360.62 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481126

Dinsmore & Shohl LLP
Client Number ◊ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 1.70 | |
| | Total Hours / Fees | 1.90 | $ 314.50 |

Current Amount Due This Invoice     $314.50

1

May 26, 2020
Invoice # 4481126

Dinsmore & Shohl LLP
Client Number ⫿ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.60 | Review client website for new medical records. |
| 04/08/20 | AMS | 0.20 | Review updated medical records. |
| 04/09/20 | MO | 1.10 | Update chronology to include new medical records. |

| | Total Hours | 1.90 | |

2



CALIFORNIA ▍ COLORADO ▍ CONNECTICUT
FLORIDA ▍ GEORGIA ▍ ILLINOIS ▍ KENTUCKY
MASSACHUSETTS ▍ MICHIGAN ▍ OHIO
PENNSYLVANIA ▍ WASHINGTON, D.C. ▍ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                               Invoice # 4481115
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 578.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 578.50 |
| **Total Due for Current Professional Services** | **$ 578.50** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 2,883.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481115

Dinsmore & Shohl LLP
Client Number ⫶ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392460 | 01/31/20 | $ 75.00 | $ 67.50 | $ 7.50 |
| 4414295 | 02/27/20 | $ 537.50 | $ 483.75 | $ 53.75 |
| 4434798 | 03/26/20 | $ 220.50 | $ 198.45 | $ 22.05 |
| 4459223 | 04/17/20 | $ 2,800.40 | $ 0.00 | $ 2,800.40 |
| | | | Total Previous Outstanding Balance | $ 2,883.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481115

Dinsmore & Shohl LLP
Client Number 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.10 | |
| | Paralegal | | |
| Total Hours / Fees | | 2.70 | $ 578.50 |

Current Amount Due This Invoice                $578.50

1

May 26, 2020
Invoice # 4481115

Dinsmore & Shohl LLP
Client Number ▯ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | MO | 0.50 | Update chronology to include 03-23-2020 Claimant's rebuttal evidence. |
| 04/07/20 | MO | 0.20 | Update chronology to include Claimant's 04-02-2020 Proposed Findings of Fact. |
| 04/07/20 | MO | 0.20 | Update chronology to include Claimant's 04-02-2020 Proposed Findings of Fact re: Claimant's rebuttal evidence. |
| 04/08/20 | AMS | 0.60 | Review Claimant's proposed Findings of Fact for evidence regarding his protest to 11-25-19 Order. |
| 04/09/20 | AMS | 1.00 | Review Claimant's 4-6-2020 Closing Argument in support of his protest to SmartCasualty's 11-25-19 Order. |
| 04/09/20 | MO | 0.20 | Update chronology to include Claimant's 04-06-2020 closing argument. |

Total Hours    2.70

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              May 26, 2020
46226 National Road                                      Invoice # 4481113
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 118.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 118.50 |
| **Total Due for Current Professional Services** | **$ 118.50** |

Previous Balance Owed                                         $ 658.98
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314            Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481113

Dinsmore & Shohl LLP
Client Number ☐ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392451 | 01/31/20 | $ 2,777.00 | $ 2,499.30 | $ 277.70 |
| 4414288 | 02/27/20 | $ 995.85 | $ 896.27 | $ 99.58 |
| 4434794 | 03/26/20 | $ 1,476.90 | $ 1,329.20 | $ 147.70 |
| 4459219 | 04/17/20 | $ 134.00 | $ 0.00 | $ 134.00 |
| | | | Total Previous Outstanding Balance | $ 658.98 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481113

Dinsmore & Shohl LLP
Client Number ▯ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.70 | $ 118.50 |

Current Amount Due This Invoice          $118.50

1

May 26, 2020
Invoice # 4481113

Dinsmore & Shohl LLP
Client Number ⏐ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.40 | Review client website for new medical records. |
| 04/03/20 | MO | 0.20 | Update chronology to include 02-10-2020 office note from physician's office. |
| 04/09/20 | AMS | 0.10 | Review updated medical note from physician's office. |

Total Hours       0.70

2

# Dinsmore

CALIFORNIA ▌COLORADO ▌CONNECTICUT
FLORIDA ▌GEORGIA ▌ILLINOIS ▌KENTUCKY
MASSACHUSETTS ▌MICHIGAN ▌OHIO
PENNSYLVANIA ▌WASHINGTON, D.C. ▌WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481112

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,126.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,126.00 |
| **Total Due for Current Professional Services** | **$ 1,126.00** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,684.67 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481112

Dinsmore & Shohl LLP
Client Number ‖ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392449 | 01/31/20 | $ 4,819.03 | $ 4,337.13 | $ 481.90 |
| 4414284 | 02/27/20 | $ 1,403.85 | $ 1,263.46 | $ 140.39 |
| 4434793 | 03/26/20 | $ 3,278.85 | $ 2,950.97 | $ 327.88 |
| 4459217 | 04/17/20 | $ 734.50 | $ 0.00 | $ 734.50 |
| | | | Total Previous Outstanding Balance | $ 1,684.67 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481112

Dinsmore & Shohl LLP
Client Number ⧠ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 1.80 | |
| | Of Counsel | | |
| Mary R. Ontko | | 3.00 | |
| | Paralegal | | |
| Total Hours / Fees | | 5.20 | $ 1,126.00 |

Current Amount Due This Invoice                    $1,126.00

1

May 26, 2020
Invoice # 4481112

Dinsmore & Shohl LLP
Client Number ‖ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/06/20 | MO | 0.60 | Prepare medical records requests. |
| 04/09/20 | MO | 0.40 | Update chronology to include new medical records. |
| 04/14/20 | MO | 0.30 | Prepare Employer's Notice of Appeal to the Board of Review. |
| 04/14/20 | MO | 0.30 | Prepare Employer's Notice of Appeal to Board of Review. |
| 04/14/20 | MO | 0.20 | Update chronology to include 04-06-2020 ALJ Decision. |
| 04/14/20 | MO | 0.20 | Update chronology to include 04-06-2020 ALJ Decision. |
| 04/14/20 | MO | 0.20 | Update chronology to include Employer's Notice of Appeal to the Board of Review re: ALJ Decision 04-06-2020 re: claim order dated 12-12-19. |
| 04/14/20 | MO | 0.20 | Update chronology to include Employer's Notice of Appeal to the Board of Review. |
| 04/14/20 | AMS | 0.10 | Review request for treatment. |
| 04/14/20 | AMS | 0.10 | Confer with client regarding response to request for treatment. |
| 04/16/20 | AMS | 0.40 | Review Administrative Law Judge's 4-6-2020 Order. |
| 04/16/20 | AMS | 0.40 | Draft correspondence to client regarding Administrative Law Judge's 4/6/2020 Order. |
| 04/16/20 | AMS | 0.20 | Review Administrative Law Judge's Order reversing SmartCasualty's 12-12-19 Order. |
| 04/16/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 4-6-2020 Order. |
| 04/20/20 | MO | 0.20 | Update chronology to include Board of Review Order dated 04-14-2020. |
| 04/20/20 | AMS | 0.10 | Review SmartCasualty's 4-16-2020 Order authorizing PRP injection. |
| 04/20/20 | WER | 0.30 | Review and analyze Notice of Appeal and related documents. |
| 04/21/20 | AMS | 0.20 | Review Board of Review's 4-14-2020 Order. |
| 04/21/20 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 4-14-2020 Order. |
| 04/21/20 | WER | 0.10 | Review and analyze Board of Review‖s 4-14-20 Order and related correspondence. |
| 04/22/20 | MO | 0.20 | Update chronology to include 04-17-2020 SmartCasualty letter acknowledging receipt of 04-06-2020 ALJ Decision. |
| 04/22/20 | MO | 0.20 | Update chronology to include 04-17-2020 SmartCasualty letter. |

Total Hours    5.20

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481110
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 113.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 113.00 |
| **Total Due for Current Professional Services** | **$ 113.00** |

| | |
|---|---|
| Previous Balance Owed | $ 528.97 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481110

Dinsmore & Shohl LLP
Client Number ⬛ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414278 | 02/27/20 | $ 127.50 | $ 114.75 | $ 12.75 |
| 4434790 | 03/26/20 | $ 1,597.20 | $ 1,437.48 | $ 159.72 |
| 4459212 | 04/17/20 | $ 356.50 | $ 0.00 | $ 356.50 |
| | | | Total Previous Outstanding Balance | $ 528.97 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481110

Dinsmore & Shohl LLP
Client Number ᵔ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.60 | $ 113.00 |
| | Current Amount Due This Invoice | | $113.00 |

1

May 26, 2020
Invoice # 4481110

Dinsmore & Shohl LLP
Client Number ‖ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/14/20 | MO | 0.20 | Update chronology to include Claimant's 04-09-2020 Notice of Appeal. |
| 04/14/20 | AMS | 0.10 | Review Claimant's 4-9-2020 Notice of Appeal. |
| 04/16/20 | AMS | 0.10 | Review Claimant's Notice of Appeal of Administrative Law Judge's 3-18-2020 Order. |
| 04/27/20 | MO | 0.20 | Update chronology to include 04-23-2020 Board of Review Acknowledgement of Claimant's appeal. |

Total Hours    0.60

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481048
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.151
Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ
-- Ohio County Coal Co.
JCN 2019013694 INJ

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,103.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,103.50 |
| **Total Due for Current Professional Services** | **$ 1,103.50** |

| | |
|---|---|
| Previous Balance Owed | $ 197.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481048

Dinsmore & Shohl LLP
Client Number ⏀ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392401 | 01/31/20 | $ 597.05 | $ 537.35 | $ 59.70 |
| 4434759 | 03/26/20 | $ 51.00 | $ 45.90 | $ 5.10 |
| 4459116 | 04/17/20 | $ 133.00 | $ 0.00 | $ 133.00 |
| | | | Total Previous Outstanding Balance | $ 197.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481048

Dinsmore & Shohl LLP
Client Number ⬜ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 2.20 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 5.70 | $ 1,103.50 |

Current Amount Due This Invoice          $1,103.50

1

May 26, 2020
Invoice # 4481048

Dinsmore & Shohl LLP
Client Number ⬚ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/10/20 | AMS | 1.50 | Draft WV Supreme Court brief in response to Claimant's petition for appeal regarding Board of Review's 2-21-2020 Order. |
| 04/13/20 | MO | 0.80 | Locate documents to include in Appendix to Supreme Court Reply Brief. |
| 04/13/20 | MO | 0.50 | Prepare exhibit labels for appendix documents. |
| 04/13/20 | MO | 0.50 | Prepare Appendix index of documents for Supreme Court Brief. |
| 04/13/20 | MO | 0.40 | Prepare Table of Contents for Supreme Court Brief. |
| 04/13/20 | MO | 0.50 | Prepare Table of Points and Authorities for Supreme Court Brief. |
| 04/13/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk filing Reply Brief and Appendix of Exhibits. |
| 04/13/20 | AMS | 0.70 | Finish drafting WV Supreme Court brief in response to Claimant's petition for appeal of Board of Review's 2-21-2020 Order. |
| 04/13/20 | MO | 0.50 | Update chronology to include Employer's 04-13-2020 Reply Brief to Claimant's Petition for Appeal to WV Supreme Court and Appendix of Exhibits. |

Total Hours     5.70

2

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                   Invoice # 4481109
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.156
Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 -
Harrison County Coal Co.
2B2HS-2018176

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 577.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 577.50 |
| **Total Due for Current Professional Services** | **$ 577.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 3.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481109

Dinsmore & Shohl LLP
Client Number ⏀ 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414276 | 02/27/20 | $ 38.50 | $ 34.65 | $ 3.85 |

| | | | Total Previous Outstanding Balance | $ 3.85 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481109

Dinsmore & Shohl LLP
Client Number ‖ 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.50 | |
| | Total Hours / Fees | 1.50 | $ 577.50 |

Current Amount Due This Invoice     $577.50

1

May 26, 2020
Invoice # 4481109

Dinsmore & Shohl LLP
Client Number ▯ 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | DKL | 1.50 | Review medical records and employment history in file to outline defense of claim. |

| | Total Hours | 1.50 |
|--|-------------|------|

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                    Invoice # 4481111
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.157
Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 -
Monongalia County Coal Co.
2BT4X-2019122

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 755.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 755.00 |
| **Total Due for Current Professional Services** | **$ 755.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 691.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481111

Dinsmore & Shohl LLP
Client Number ‖ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392445 | 01/31/20 | $ 6,020.95 | $ 5,418.86 | $ 602.09 |
| 4434791 | 03/26/20 | $ 123.95 | $ 111.55 | $ 12.40 |
| 4459214 | 04/17/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | | Total Previous Outstanding Balance | $ 691.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481111

Dinsmore & Shohl LLP
Client Number ⬚ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.80 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 2.20 | $ 755.00 |
| | Current Amount Due This Invoice | | $755.00 |

1

May 26, 2020
Invoice # 4481111

Dinsmore & Shohl LLP
Client Number ‖ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/02/20 | DKL | 0.10 | Review list of Director's Exhibits. |
| 04/02/20 | DKL | 0.10 | Analyze list for documents to review. |
| 04/03/20 | DKL | 0.80 | Review and analyze Director's Exhibits. |
| 04/03/20 | DKL | 0.20 | Review issue of Employer's evidence that was submitted but not addressed in Proposed Decision Order. |
| 04/03/20 | MO | 0.40 | Email exchange with Attorney Liberati regarding physician's report. |
| 04/03/20 | DKL | 0.10 | Emails with M. Ontko regarding Director's Exhibits. |
| 04/03/20 | DKL | 0.40 | Analyze need for further evidence development. |
| 04/13/20 | DKL | 0.10 | Review correspondence from SmartCasualty regarding Director's Exhibits. |

Total Hours        2.20

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                   Invoice # 4481120
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 142.67 |
| Current Total Due for Professional Services | $ 142.67 |
| **Total Due for Current Professional Services** | **$ 142.67** |

| | |
|---|---:|
| Previous Balance Owed | $ 463.39 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481120

Dinsmore & Shohl LLP
Client Number ▯ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392479 | 01/31/20 | $ 963.00 | $ 866.70 | $ 96.30 |
| 4414315 | 02/27/20 | $ 85.45 | $ 76.91 | $ 8.54 |
| 4459232 | 04/17/20 | $ 358.55 | $ 0.00 | $ 358.55 |
| | | | Total Previous Outstanding Balance | $ 463.39 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481120

Dinsmore & Shohl LLP
Client Number ⬭ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | |
| --- | --- |
| Medical Records | $ 142.67 |
| Total Attorney Costs | $142.67 |
| Current Amount Due This Invoice | $142.67 |

1

May 26, 2020
Invoice # 4481120

Dinsmore & Shohl LLP
Client Number ᵭ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
|      | Total Hours | 0.00 |            |

2



CALIFORNIA ▍COLORADO ▍CONNECTICUT
FLORIDA ▍GEORGIA ▍ILLINOIS ▍KENTUCKY
MASSACHUSETTS ▍MICHIGAN ▍OHIO
PENNSYLVANIA ▍WASHINGTON, D.C. ▍WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        May 26, 2020
46226 National Road                                               Invoice # 4481127
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.163
Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 -
Monongalia County Coal Co.
BG6CF-2019025

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 177.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 177.50 |
| **Total Due for Current Professional Services** | **$ 177.50** |

Previous Balance Owed                                                    $ 581.33
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481127

Dinsmore & Shohl LLP
Client Number ▯ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392500 | 01/31/20 | $ 5,494.72 | $ 4,945.25 | $ 549.47 |
| 4414334 | 02/27/20 | $ 318.65 | $ 286.79 | $ 31.86 |
| | | | Total Previous Outstanding Balance | $ 581.33 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481127

Dinsmore & Shohl LLP
Client Number ⬭ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.70 | $ 177.50 |

Current Amount Due This Invoice $177.50

1

May 26, 2020
Invoice # 4481127

Dinsmore & Shohl LLP
Client Number ▯ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | MO | 0.20 | Telephone call to Department of Labor regarding Director Exhibits. |
| 04/23/20 | MO | 0.20 | Telephone conference with Claims Examiner regarding password for CD. |
| 04/28/20 | DKL | 0.30 | Review correspondence from Department of Labor to physician with medical records requesting follow-up opinion. |

Total Hours    0.70

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481128
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.165
Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall
County Coal CO.
2BGZL-2018256

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 685.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 685.50 |
| **Total Due for Current Professional Services** | **$ 685.50** |

| | |
|---|---|
| Previous Balance Owed | $ 200.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481128

Dinsmore & Shohl LLP
Client Number ▯ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459246 | 04/17/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| | | Total Previous Outstanding Balance | | $ 200.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481128

Dinsmore & Shohl LLP
Client Number ☐ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.70 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 1.90 | $ 685.50 |

Current Amount Due This Invoice    $685.50

1

May 26, 2020
Invoice # 4481128

Dinsmore & Shohl LLP
Client Number ⬭ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/07/20 | DKL | 0.10 | Review Department of Labor's Order approving fee petition. |
| 04/07/20 | MO | 0.20 | Email to client with Department of Labor 04-02-2020 evaluation of Claimant attorney fee petition. |
| 04/16/20 | DKL | 0.20 | Review list of Director's Exhibits. |
| 04/17/20 | DKL | 1.30 | Review and analyze Director's Exhibits. |
| 04/24/20 | DKL | 0.10 | Receive and review correspondence from SmartCasualty regarding Director's Exhibits. |

Total Hours     1.90

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481131
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.167
Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison
County Coal Co.
2NKNZ-2018249

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 679.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 679.00 |
| **Total Due for Current Professional Services** | **$ 679.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 828.58 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481131

Dinsmore & Shohl LLP
Client Number ▯ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434816 | 03/26/20 | $ 200.80 | $ 180.72 | $ 20.08 |
| 4459250 | 04/17/20 | $ 808.50 | $ 0.00 | $ 808.50 |
| | | Total Previous Outstanding Balance | | $ 828.58 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481131

Dinsmore & Shohl LLP
Client Number ⁅ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.20 | |
| Mary R. Ontko | Paralegal | 1.40 | |
| | Total Hours / Fees | 2.60 | $ 679.00 |
| | Current Amount Due This Invoice | | $679.00 |

1

May 26, 2020
Invoice # 4481131

Dinsmore & Shohl LLP
Client Number ⬚ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | DKL | 0.30 | Revise letter to expert requesting medical report. |
| 04/01/20 | MO | 0.80 | Prepare letter to expert for records review. |
| 04/01/20 | MO | 0.40 | Revise letter to expert to include physician's report and testing. |
| 04/01/20 | DKL | 0.40 | Analyze evidence for expert review. |
| 04/06/20 | DKL | 0.20 | Review, sign and file letter to expert with evidence requesting report. |
| 04/15/20 | DKL | 0.30 | Review expert medical opinion from Doctor. |
| 04/15/20 | MO | 0.20 | Telephone call with physician's office regarding records review report. |

Total Hours   2.60

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                  Invoice # 4481133
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,470.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 3,470.50 |
| **Total Due for Current Professional Services** | **$ 3,470.50** |

Previous Balance Owed                                                      $ 1,790.58
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314              Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481133

Dinsmore & Shohl LLP
Client Number ⏐ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392517 | 01/31/20 | $ 790.50 | $ 711.45 | $ 79.05 |
| 4414347 | 02/27/20 | $ 2,671.50 | $ 2,404.35 | $ 267.15 |
| 4434822 | 03/26/20 | $ 895.30 | $ 805.77 | $ 89.53 |
| 4459258 | 04/17/20 | $ 1,354.85 | $ 0.00 | $ 1,354.85 |
| | | Total Previous Outstanding Balance | | $ 1,790.58 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481133

Dinsmore & Shohl LLP
Client Number ▯ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 8.50 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | | ———— | |
| | Total Hours / Fees | 9.10 | $ 3,470.50 |

Current Amount Due This Invoice     $3,470.50

1

May 26, 2020
Invoice # 4481133

Dinsmore & Shohl LLP
Client Number ▯ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/07/20 | DKL | 0.50 | Review medical evidence. |
| 04/07/20 | DKL | 0.20 | Review Director's Exhibits regarding clarification of issues and additional documents needed for brief. |
| 04/07/20 | DKL | 0.10 | Review additional Director's Exhibits. |
| 04/07/20 | DKL | 1.30 | Initial work on draft of hearing brief. |
| 04/08/20 | DKL | 1.70 | Prepare draft of hearing brief. |
| 04/08/20 | DKL | 0.70 | Summarize all expert medical evidence. |
| 04/13/20 | DKL | 2.30 | Continue draft of hearing brief. |
| 04/15/20 | DKL | 0.30 | Continue work on hearing brief. |
| 04/20/20 | MO | 0.30 | Prepare letter to Judge Price filing Employer's brief in lieu of hearing. |
| 04/20/20 | DKL | 0.90 | Final revisions to hearing brief. |
| 04/21/20 | DKL | 0.10 | Letter to Administrative Law Judge with hearing brief. |
| 04/22/20 | WER | 0.30 | Review and analyze Employer▯s Brief. |
| 04/29/20 | DKL | 0.20 | Review Claimant's hearing brief. |
| 04/29/20 | DKL | 0.20 | Emails with M. Ontko regarding evidence submitted in light of Claimant's brief. |

Total Hours        9.10

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                            Invoice # 4481050
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,685.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 3,685.00 |
| **Total Due for Current Professional Services** | **$ 3,685.00** |

Previous Balance Owed                                              $ 1,499.45
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314            Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481050

Dinsmore & Shohl LLP
Client Number ⬚ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392435 | 01/31/20 | $ 142.00 | $ 127.80 | $ 14.20 |
| 4434766 | 03/26/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4459122 | 04/17/20 | $ 1,465.20 | $ 0.00 | $ 1,465.20 |
| | | Total Previous Outstanding Balance | | $ 1,499.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481050

Dinsmore & Shohl LLP
Client Number 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.60 | |
| Mary R. Ontko | Paralegal | 19.80 | |
| | Total Hours / Fees | 21.40 | $ 3,685.00 |
| | Current Amount Due This Invoice | | $3,685.00 |

1

May 26, 2020
Invoice # 4481050

Dinsmore & Shohl LLP
Client Number ‖ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/20 | DKL | 0.10 | Emails to schedule meeting with expert witness. |
| 04/06/20 | DKL | 0.20 | Review medical records regarding conference call to expert. |
| 04/07/20 | DKL | 0.40 | Conference call with expert witness. |
| 04/07/20 | DKL | 0.40 | Review file for further clarification on claimants work history and smoking history per expert witness request. |
| 04/07/20 | MO | 0.40 | Review claim file for employment information. |
| 04/07/20 | MO | 0.20 | Email to third party administrator regarding any prior black lung claims ans Social Security earnings report. |
| 04/08/20 | DKL | 0.20 | Emails with M. Ontko regarding additional employment history. |
| 04/08/20 | MO | 0.20 | Email Attorney Liberati regarding review of claim file. |
| 04/09/20 | DKL | 0.30 | Draft discovery request and letter requesting Social Security records. |
| 04/09/20 | MO | 0.40 | Locate and prepare Request for Social Security Earnings report. |
| 04/09/20 | MO | 0.30 | Letter to Attorney Long with Social Security earnings report request for Claimant's signature and return. |
| 04/09/20 | MO | 0.30 | Prepare letter to Attorney Long with Employer's First Set of Interrogatories to Claimant. |
| 04/13/20 | MO | 1.60 | Begin review of medical records in Claimant's state occupational pneumoconiosis claim for documents for additional review by expert witness. |
| 04/24/20 | MO | 0.60 | Prepare chronology from review of additional medical records. |
| 04/24/20 | MO | 0.80 | Prepare chronology from review of Hospital records. |
| 04/27/20 | MO | 3.20 | Prepare chronology of Hospital records from occupational pneumoconiosis file. |
| 04/27/20 | MO | 2.60 | Continue to prepare chronology of Hospital records from occupational pneumoconiosis file documents. |
| 04/28/20 | MO | 3.80 | Begin to prepare chronology from review of medical records. |
| 04/29/20 | MO | 2.80 | Continue to prepare summary of medical records. |
| 04/30/20 | MO | 2.10 | Complete chronology from review of medical records. |
| 04/30/20 | MO | 0.50 | Prepare chronology of medical records. |

Total Hours    21.40

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                            May 26, 2020
46226 National Road                                                    Invoice # 4481051
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 458.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 458.50 |
| **Total Due for Current Professional Services** | **$ 458.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 987.46 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314           Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481051

Dinsmore & Shohl LLP
Client Number ▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392437 | 01/31/20 | $ 937.10 | $ 843.39 | $ 93.71 |
| 4414193 | 02/27/20 | $ 3,291.00 | $ 2,961.90 | $ 329.10 |
| 4434767 | 03/26/20 | $ 205.00 | $ 184.50 | $ 20.50 |
| 4459125 | 04/17/20 | $ 544.15 | $ 0.00 | $ 544.15 |
| | | Total Previous Outstanding Balance | | $ 987.46 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481051

Dinsmore & Shohl LLP
Client Number ▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 458.50 |
| | Current Amount Due This Invoice | | $458.50 |

1

May 26, 2020
Invoice # 4481051

Dinsmore & Shohl LLP
Client Number ‖ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.80 | Review client website for new medical records. |
| 04/08/20 | MO | 1.50 | Update chronology with new medical records. |
| 04/08/20 | AMS | 0.40 | Review updated medical records. |
| | Total Hours | 2.70 | |

# Dinsmôre

CALIFORNIA ▍ COLORADO ▍ CONNECTICUT
FLORIDA ▍ GEORGIA ▍ ILLINOIS ▍ KENTUCKY
MASSACHUSETTS ▍ MICHIGAN ▍ OHIO
PENNSYLVANIA ▍ WASHINGTON, D.C. ▍ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481054

Billing Attorney - William E Robinson

Client Number - 123837.209
Matter: Gary Kota: WC Claim No. 2020002459-OP DOI:
01/01/2017 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 232.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 232.50 |
| **Total Due for Current Professional Services** | **$ 232.50** |

| | |
|---|---|
| Previous Balance Owed | $ 68.40 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481054

Dinsmore & Shohl LLP
Client Number 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409080 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414252 | 02/27/20 | $ 648.50 | $ 583.65 | $ 64.85 |
| | | Total Previous Outstanding Balance | | $ 68.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481054

Dinsmore & Shohl LLP
Client Number ▯ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.50 | |
| Total Hours / Fees | | 1.50 | $ 232.50 |

Current Amount Due This Invoice          $232.50

1

May 26, 2020
Invoice # 4481054

Dinsmore & Shohl LLP
Client Number ‖ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | MO | 1.20 | Prepare medical records requests. |
| 04/30/20 | MO | 0.30 | Prepare second request to physician's office for medical records. |

Total Hours    1.50

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481055
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 484.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 484.00 |
| **Total Due for Current Professional Services** | **$ 484.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,508.57 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481055

Dinsmore & Shohl LLP
Client Number 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 27.45 | $ 3.05 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 3,214.44 | $ 357.16 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 2,293.79 | $ 254.86 |
| 4459127 | 04/17/20 | $ 893.50 | $ 0.00 | $ 893.50 |
| | | | Total Previous Outstanding Balance | $ 1,508.57 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481055

Dinsmore & Shohl LLP
Client Number ⏐ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 2.30 | |
| Total Hours / Fees | | 2.80 | $ 484.00 |

Current Amount Due This Invoice          $484.00

1

May 26, 2020
Invoice # 4481055

Dinsmore & Shohl LLP
Client Number ▯ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | AMS | 0.10 | Review Order dated 4-9-2020. |
| 04/16/20 | MO | 0.20 | Update chronology to include 04-09-2020 SmartCasualty letter to Claimant. |
| 04/16/20 | MO | 0.50 | Review client's website for new medical records. |
| 04/16/20 | MO | 1.60 | Update chronology to include new medical records. |
| 04/20/20 | AMS | 0.20 | Review updated medical records. |
| 04/23/20 | AMS | 0.20 | Finish reviewing updated medical records. |

Total Hours    2.80



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              May 26, 2020
46226 National Road                                       Invoice # 4481056
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.214
Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368
- Ohio County Coal Co.
2018008368

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 268.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 268.00 |
| **Total Due for Current Professional Services** | **$ 268.00** |

| | |
|---|---|
| Previous Balance Owed | $ 2.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481056

Dinsmore & Shohl LLP
Client Number ‖ 123837.214
**Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368 - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414204 | 02/27/20 | $ 25.50 | $ 22.95 | $ 2.55 |
| | | Total Previous Outstanding Balance | | $ 2.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481056

Dinsmore & Shohl LLP
Client Number ⫾ 123837.214
**Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368 - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.60 | $ 268.00 |

Current Amount Due This Invoice          $268.00

1

May 26, 2020
Invoice # 4481056

Dinsmore & Shohl LLP
Client Number  123837.214
**Matter: Shunk, Martin - DOI: 10/03/2017 - Claim #2018008368 - Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.80 | Review client website for new medical records. |
| 04/09/20 | AMS | 0.20 | Review updated medical records. |
| 04/09/20 | MO | 0.60 | Update chronology to include new medical records. |

| | | |
|---|---|---|
| Total Hours | 1.60 | |

2



CALIFORNIA ‖ COLORADO ‖ CONNECTICUT
FLORIDA ‖ GEORGIA ‖ ILLINOIS ‖ KENTUCKY
MASSACHUSETTS ‖ MICHIGAN ‖ OHIO
PENNSYLVANIA ‖ WASHINGTON, D.C. ‖ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                            May 26, 2020
46226 National Road                                                     Invoice # 4481058
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,103.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,103.50 |
| **Total Due for Current Professional Services** | **$ 1,103.50** |

Previous Balance Owed                                                         $ 731.19
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481058

Dinsmore & Shohl LLP
Client Number □ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409082 | 01/31/20 | $ 951.50 | $ 856.35 | $ 95.15 |
| 4414208 | 02/27/20 | $ 256.00 | $ 230.40 | $ 25.60 |
| 4434773 | 03/26/20 | $ 1,474.40 | $ 1,326.96 | $ 147.44 |
| 4459133 | 04/17/20 | $ 463.00 | $ 0.00 | $ 463.00 |
| | | Total Previous Outstanding Balance | | $ 731.19 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481058

Dinsmore & Shohl LLP
Client Number ❪ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.20 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 5.70 | $ 1,103.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $1,103.50 |

1

May 26, 2020
Invoice # 4481058

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | AMS | 0.70 | Review file for response to request for authorization of testing. |
| 04/02/20 | AMS | 0.10 | Confer with client regarding response to request for authorization. |
| 04/07/20 | MO | 0.20 | Review client website for new medical records. |
| 04/07/20 | MO | 0.20 | Email to client requesting all new medical documentation. |
| 04/07/20 | MO | 0.30 | Update chronology with 03-06-2020 office note from physician's office. |
| 04/07/20 | MO | 0.20 | Update chronology to include 03-13-2020 employer decision. |
| 04/07/20 | MO | 0.20 | Update chronology to include 03-27-2020 employer decision. |
| 04/08/20 | AMS | 0.10 | Review updated medical records. |
| 04/14/20 | AMS | 0.70 | Review request for prescription co-pay reimbursement. |
| 04/14/20 | AMS | 0.20 | Confer with client regarding response to the request for prescription co-pay reimbursement. |
| 04/15/20 | MO | 2.10 | Update chronology to include new medical records. |
| 04/15/20 | AMS | 0.40 | Review updated medical records. |
| 04/30/20 | MO | 0.30 | Update chronology with physician's notes dated 04-21-2020. |

Total Hours     5.70

2



CALIFORNIA ▐ COLORADO ▐ CONNECTICUT
FLORIDA ▐ GEORGIA ▐ ILLINOIS ▐ KENTUCKY
MASSACHUSETTS ▐ MICHIGAN ▐ OHIO
PENNSYLVANIA ▐ WASHINGTON, D.C. ▐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              May 26, 2020
46226 National Road                                       Invoice # 4481059
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.219
Matter: Henry, Robert: WC Claim No. 2019020260 DOI:
03/22/2019 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

|                                              |            |
|----------------------------------------------|-----------:|
| Current Fee for Hours Worked                 | $ 308.00   |
| Attorney Costs                               | $ 0.00     |
| Current Total Due for Professional Services  | $ 308.00   |
| **Total Due for Current Professional Services** | **$ 308.00** |

| Previous Balance Owed                        | $ 1,351.50 |
|----------------------------------------------|-----------:|
| (see outstanding invoice listing attached)   |            |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481059

Dinsmore & Shohl LLP
Client Number ⫸ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414262 | 02/27/20 | $ 1,018.00 | $ 916.20 | $ 101.80 |
| 4434776 | 03/26/20 | $ 1,529.00 | $ 1,376.10 | $ 152.90 |
| 4459135 | 04/17/20 | $ 1,096.80 | $ 0.00 | $ 1,096.80 |
| | | Total Previous Outstanding Balance | | $ 1,351.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481059

Dinsmore & Shohl LLP
Client Number ▯ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 1.00 | |
| | Total Hours / Fees | 1.60 | $ 308.00 |
| | Current Amount Due This Invoice | | $308.00 |

1

May 26, 2020
Invoice # 4481059

Dinsmore & Shohl LLP
Client Number ⫐ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/10/20 | MO | 0.20 | Update chronology to include employer decision. |
| 04/17/20 | AMS | 0.40 | Review medical report. |
| 04/20/20 | MO | 0.50 | Update chronology to include 04-15-2020 medical report. |
| 04/24/20 | MO | 0.30 | Update chronology to include new medical office notes received from client. |
| 04/24/20 | AMS | 0.10 | Confer with client regarding permanent partial disability and continuing treatment. |
| 04/29/20 | AMS | 0.10 | Review updated medical records. |

Total Hours    1.60

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481060

Billing Attorney - William E Robinson

Client Number - 123837.221
Matter: Pelkowski, Richard - DOI: 01/10/2005 -
2BXPM-2018058 - Marshall County Coal Co.
2BXPM-2018058

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 100.89 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481060

Dinsmore & Shohl LLP
Client Number ▯ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414265 | 02/27/20 | $ 620.90 | $ 558.81 | $ 62.09 |
| 4459136 | 04/17/20 | $ 38.80 | $ 0.00 | $ 38.80 |
| | | | Total Previous Outstanding Balance | $ 100.89 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481060

Dinsmore & Shohl LLP
Client Number ⁏ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice    $69.50

1

May 26, 2020
Invoice # 4481060

Dinsmore & Shohl LLP
Client Number ▯ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | MO | 0.20 | Telephone call to Claims Examiner regarding records to be sent to expert witness. |
| 04/02/20 | DKL | 0.10 | Review correspondence from SmartCasualty regarding Initial Determination. |

Total Hours        0.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                                    May 26, 2020
46226 National Road                                                   Invoice # 4481062
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 485.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 485.00 |
| **Total Due for Current Professional Services** | **$ 485.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 700.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481062

Dinsmore & Shohl LLP
Client Number ▯ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4455982 | 03/26/20 | $ 4,527.90 | $ 4,075.11 | $ 452.79 |
| 4459139 | 04/17/20 | $ 247.45 | $ 0.00 | $ 247.45 |
| | | Total Previous Outstanding Balance | | $ 700.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481062

Dinsmore & Shohl LLP
Client Number ▯ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 2.80 | |
| | Total Hours / Fees | 3.00 | $ 485.00 |
| | Current Amount Due This Invoice | | $485.00 |

1

May 26, 2020
Invoice # 4481062

Dinsmore & Shohl LLP
Client Number ⏶ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.90 | Prepare medical records requests to medical facilities. |
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |
| 04/09/20 | AMS | 0.20 | Review updated medical records. |
| 04/15/20 | MO | 1.60 | Update chronology with new medical records. |

| | Total Hours | 3.00 | |
|--|-----------|------|--|

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481063
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.227
Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI:
12/31/2012  Marshall County Coal Company
2013017058 OP

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 217.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 217.00 |
| **Total Due for Current Professional Services** | **$ 217.00** |

Previous Balance Owed                                               $ 300.23
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481063

Dinsmore & Shohl LLP
Client Number ‖ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434783 | 03/26/20 | $ 2,984.35 | $ 2,684.12 | $ 300.23 |
| | | Total Previous Outstanding Balance | | $ 300.23 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481063

Dinsmore & Shohl LLP
Client Number ⬜ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.40 | |
| | Total Hours / Fees | 1.40 | $ 217.00 |

Current Amount Due This Invoice          $217.00

1

May 26, 2020
Invoice # 4481063

Dinsmore & Shohl LLP
Client Number 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | MO | 1.10 | Prepare medical records requests to medical facilities. |
| 04/27/20 | MO | 0.30 | Update chronology to include physician's office notes dated 01-27-2020. |

| | | |
|--|--|--|
| Total Hours | 1.40 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481064

Billing Attorney - William E Robinson

Client Number - 123837.228
Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP;
DOI: 12/28/2014; Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 95.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481064

Dinsmore & Shohl LLP
Client Number  123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434785 | 03/26/20 | $ 958.00 | $ 862.20 | $ 95.80 |
| | | Total Previous Outstanding Balance | | $ 95.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481064

Dinsmore & Shohl LLP
Client Number ▯ 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice     $46.50

1

May 26, 2020
Invoice # 4481064

Dinsmore & Shohl LLP
Client Number ‖ 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | MO | 0.30 | Prepare medical records request. |
| | Total Hours | 0.30 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                            Invoice # 4481066
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.231
Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI:
02-14-2019; Ohio County Coal Co.

---

### Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

Previous Balance Owed                                                 $ 1,283.90
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481066

Dinsmore & Shohl LLP
Client Number ▯ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434788 | 03/26/20 | $ 2,108.00 | $ 1,897.20 | $ 210.80 |
| 4459143 | 04/17/20 | $ 1,073.10 | $ 0.00 | $ 1,073.10 |
| | | Total Previous Outstanding Balance | | $ 1,283.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481066

Dinsmore & Shohl LLP
Client Number ⏐ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

May 26, 2020
Invoice # 4481066

Dinsmore & Shohl LLP
Client Number ▯ 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | MO | 0.30 | Review client website for new medical records and other documents. |

Total Hours     0.30

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                          May 26, 2020
46226 National Road                                             Invoice # 4481067
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.232
Matter: Yanero, Christopher WC Claim No.: 2019023452;
DOI: 05-02-19;  Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

Previous Balance Owed                                          $ 1,435.00
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481067

Dinsmore & Shohl LLP
Client Number ⬜ 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459144 | 04/17/20 | $ 1,435.00 | $ 0.00 | $ 1,435.00 |
|  |  | Total Previous Outstanding Balance |  | $ 1,435.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481067

Dinsmore & Shohl LLP
Client Number ⫂ 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $46.50 |

1

May 26, 2020
Invoice # 4481067

Dinsmore & Shohl LLP
Client Number ‖ 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/03/20 | MO | 0.30 | Review client website for new medical records. |

|  | Total Hours | 0.30 | |

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                              Invoice # 4481068
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.233
Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 -
Marshall County Coal Co.
2008024293

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 4,054.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 4,054.50 |
| **Total Due for Current Professional Services** | **$ 4,054.50** |

Previous Balance Owed                                                 $ 4,983.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481068

Dinsmore & Shohl LLP
Client Number ‖ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459145 | 04/17/20 | $ 4,983.90 | $ 0.00 | $ 4,983.90 |
| | | Total Previous Outstanding Balance | | $ 4,983.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481068

Dinsmore & Shohl LLP
Client Number ⬜ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.80 | |
| | Partner | | |
| Aimee M Stern | | 10.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 7.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 17.90 | $ 4,054.50 |
| | Current Amount Due This Invoice | | $4,054.50 |

1

May 26, 2020
Invoice # 4481068

Dinsmore & Shohl LLP
Client Number ⏢ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | AMS | 0.80 | Begin reviewing file received from client. |
| 04/02/20 | MO | 0.50 | Update chronology to include Claimant's evidence submission. |
| 04/02/20 | AMS | 0.70 | Continue reviewing file received by client. |
| 04/03/20 | AMS | 0.50 | Review Claimant's 3-31-2020 submission of evidence. |
| 04/06/20 | MO | 0.80 | Locate evidence from claim file for filing with Office of Judges. |
| 04/06/20 | MO | 0.60 | Prepare Employer's evidence submission. |
| 04/06/20 | AMS | 0.70 | Review Claimant's submission of medical research and medical records. |
| 04/06/20 | AMS | 0.50 | Identify evidence to file in support of protest to Orders dated 1-7-2020 and 1-13-2020. |
| 04/06/20 | AMS | 0.10 | Review correspondence from Claimant's attorney. |
| 04/06/20 | AMS | 1.40 | Draft initial litigation evaluation. |
| 04/07/20 | MO | 0.50 | Update chronology to include 04-07-2020 Employer's evidence. |
| 04/07/20 | MO | 0.80 | Review Employer's 04-07-2020 evidence submission, prepare document submission forms. |
| 04/07/20 | AMS | 2.40 | Finish identifying evidence to file in support of 1-7-2020 and 1-13-2020 Orders. |
| 04/07/20 | WER | 0.40 | Review and analyze Employer⏢s evidence submission. |
| 04/14/20 | AMS | 0.50 | Review Claimant's Closing Argument in support of protest to 1-7-2020 and 1-13-2020 Orders. |
| 04/14/20 | AMS | 0.20 | Finalize Initial Litigation Evaluation. |
| 04/15/20 | MO | 0.20 | Update chronology to include Claimant's 04-08-2020 Closing Argument. |
| 04/15/20 | AMS | 0.10 | Review correspondence from Claimant's attorney requesting authorization for medication and physician's 4-10-2020 medical statement. |
| 04/15/20 | WER | 0.20 | Review and analyze initial litigation evaluation. |
| 04/20/20 | AMS | 0.10 | Review 4-16-2020 Order. |
| 04/20/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with filing letter to Office of Judges |
| 04/21/20 | MO | 0.20 | Update chronology to include 04-16-2020 decision. |
| 04/21/20 | AMS | 1.40 | Begin drafting Closing Argument. |
| 04/22/20 | MO | 2.90 | Update chronology with new records. |
| 04/23/20 | MO | 0.20 | Update chronology to include Employer's Closing Argument. |
| 04/23/20 | AMS | 0.40 | Finalize Closing Argument. |

2

May 26, 2020
Invoice # 4481068

Dinsmore & Shohl LLP
Client Number ‖ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

| 04/23/20 | WER | 0.20 | Review and analyze Employer‖s Closing Argument. |
| 04/27/20 | AMS | 0.20 | Review updated medical records. |

Total Hours    17.90

3



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

June 1, 2020
Invoice # 4510387

Billing Attorney - William E Robinson

Client Number - 123837.238
Matter: Jones, John L. WC Claim No.: 2020010417; DOI:
10-16-2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,155.00 |
| Attorney Costs | $ 56.80 |
| Current Total Due for Professional Services | $ 2,211.80 |
| **Total Due for Current Professional Services** | **$ 2,211.80** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 2,700.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314  Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 1, 2020
Invoice # 4510387

Dinsmore & Shohl LLP
Client Number  123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459205 | 04/17/20 | $ 2,700.00 | $ 0.00 | $ 2,700.00 |
| | | Total Previous Outstanding Balance | | $ 2,700.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 1, 2020
Invoice # 4510387

Dinsmore & Shohl LLP
Client Number   123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 4.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 5.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 10.00 | $ 2,155.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 56.80 | |
| | Total Attorney Costs | $56.80 |
| | Current Amount Due This Invoice | $2,211.80 |

1

June 1, 2020
Invoice # 4510387

Dinsmore & Shohl LLP
Client Number    123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | AMS | 1.50 | Draft Initial Litigation Evaluation. |
| 04/01/20 | WER | 0.20 | Review and analyze Initial Case Evaluation. |
| 04/02/20 | MO | 0.20 | Update chronology to include 03-31-2020 Confirmation of Telephone Deposition. |
| 04/02/20 | MO | 0.20 | Update chronology to include 03-31-2020 Claimant's request for extension of time frame. |
| 04/03/20 | AMS | 0.10 | Review Claimant's request for extension of time frame. |
| 04/13/20 | MO | 1.10 | Prepare medical records requests. |
| 04/17/20 | AMS | 1.00 | Identify evidence to file in support of 2-10-2020 Order. |
| 04/20/20 | MO | 0.50 | Locate evidentiary documents for submission by Employer. |
| 04/20/20 | MO | 0.50 | Prepare evidence submission. |
| 04/20/20 | MO | 0.30 | Locate additional records for evidence submission. |
| 04/20/20 | AMS | 0.70 | Finish identifying evidence to file in support of 2-10-2020 Order. |
| 04/21/20 | MO | 0.80 | Finalize Employer evidence submission. |
| 04/21/20 | MO | 0.50 | Update chronology to include 04-21-2020 evidence submission. |
| 04/21/20 | AMS | 0.40 | Finish identifying evidence to file in support of  2-20-2020 Order. |
| 04/21/20 | WER | 0.30 | Review and analyze Employer evidence submission. |
| 04/22/20 | MO | 1.10 | Update chronology to include new medical records. |
| 04/27/20 | AMS | 0.40 | Review updated medical records. |
| 04/28/20 | AMS | 0.20 | Begin draft Closing Argument. |

Total Hours    10.00

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    May 26, 2020
46226 National Road                                        Invoice # 4481105
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.240
Matter: Campbell, Mark   WC Claim No.: 2019023299-OP;
DOI: 09/16/2016; Ohio Countyt Coal Company

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,676.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,676.50 |
| **Total Due for Current Professional Services** | **$ 1,676.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481105

Dinsmore & Shohl LLP
Client Number ⸗ 123837.240
**Matter: Campbell, Mark   WC Claim No.: 2019023299-OP; DOI: 09/16/2016; Ohio Countyt Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| David K. Liberati | | 2.10 | |
| | Partner | | |
| Mary R. Ontko | | 5.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.70 | $ 1,676.50 |

Current Amount Due This Invoice     $1,676.50

May 26, 2020
Invoice # 4481105

Dinsmore & Shohl LLP
Client Number ‖ 123837.240
**Matter: Campbell, Mark   WC Claim No.: 2019023299-OP; DOI: 09/16/2016; Ohio Countyt Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 03/17/20 | DKL | 0.10 | File Notice of Appearance. |
| 03/17/20 | DKL | 0.10 | Review Claimant's Protest. |
| 03/23/20 | DKL | 0.10 | Review correspondence with accompanying claim form. |
| 03/24/20 | DKL | 0.50 | Initial review of file and medical evidence. |
| 03/30/20 | MO | 5.60 | Prepare chronology from review of claim file documents |
| 03/31/20 | DKL | 0.60 | Draft initial litigation evaluation. |
| 04/03/20 | DKL | 0.30 | Revise Initial Litigation Evaluation. |
| 04/08/20 | DKL | 0.40 | Revisions to Initial Litigation Evaluation. |

Total Hours   7.70



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    May 26, 2020
46226 National Road                                         Invoice # 4481106
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.241
Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI,
DOI: 9/15/2018, Marion County Coal Company

**Remittance Advice**

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 951.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 951.00 |
| **Total Due for Current Professional Services** | **$ 951.00** |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481106

Dinsmore & Shohl LLP
Client Number ‖ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 2.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.20 | $ 951.00 |
| | Current Amount Due This Invoice | | $951.00 |

May 26, 2020
Invoice # 4481106

Dinsmore & Shohl LLP
Client Number ⬚ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with filing letter to Office of Judges |
| 04/23/20 | MO | 1.30 | Prepare chronology from review of claim file |
| 04/23/20 | AMS | 1.00 | Review file received from client. |
| 04/24/20 | AMS | 1.00 | Draft Initial Litigation Evaluation. |
| 04/29/20 | AMS | 0.30 | Finish drafting Initial Litigation Evaluation. |
| 04/29/20 | WER | 0.20 | Review and analyze Initial Litigation Evaluation. |

Total Hours    4.20



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                May 26, 2020
46226 National Road                                   Invoice # 4481107
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.242
Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP,
DOI: 01/02/2019, Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 969.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 969.50 |
| **Total Due for Current Professional Services** | **$ 969.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481107

Dinsmore & Shohl LLP
Client Number ⁣ 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.30 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 2.70 | |
| Total Hours / Fees | | 4.10 | $ 969.50 |
| Current Amount Due This Invoice | | | $969.50 |

May 26, 2020
Invoice # 4481107

Dinsmore & Shohl LLP
Client Number ⌐ 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/20/20 | DKL | 0.10 | File Notice of Appearance. |
| 04/20/20 | DKL | 0.60 | Initial review of file from SmartCasualty. |
| 04/20/20 | MO | 0.20 | Email to Attorney Stultz with Employer's Notice of Appearance |
| 04/21/20 | DKL | 0.40 | Draft Initial Litigation Evaluation. |
| 04/23/20 | DKL | 0.20 | Revisions to Initial Litigation Evaluation. |
| 04/23/20 | MO | 2.20 | Prepare chronology from review of claim file |
| 04/23/20 | MO | 0.30 | Prepare and send authorization for medical records to Attorney Stultz for client signature |
| 04/27/20 | WER | 0.10 | Review and analyze Initial Litigation Evaluation. |

Total Hours     4.10



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                              May 26, 2020
46226 National Road                                                Invoice # 4481108
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.243
Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP,
DOI: 01/02/2019, Harrison County Coal Company

**Remittance Advice**

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,247.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,247.50 |
| **Total Due for Current Professional Services** | **$ 1,247.50** |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481108

Dinsmore & Shohl LLP
Client Number ⫶ 123837.243
**Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP, DOI: 01/02/2019, Harrison County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.70 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 5.30 | $ 1,247.50 |
| | Current Amount Due This Invoice | | $1,247.50 |

May 26, 2020
Invoice # 4481108

Dinsmore & Shohl LLP
Client Number ⬚ 123837.243
**Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP, DOI: 01/02/2019, Harrison County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/21/20 | DKL | 0.10 | Enter Notice of Appearance in claim. |
| 04/21/20 | DKL | 0.90 | Review initial file received from SmartCasualty regarding defense of the claim. |
| 04/21/20 | DKL | 0.40 | Draft Initial Litigation Evaluation. |
| 04/21/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with filing letter to Office of Judges |
| 04/22/20 | DKL | 0.20 | Review and Revise Initial Litigation Evaluation. |
| 04/23/20 | DKL | 0.10 | Review and sign Initial Litigation Evaluation. |
| 04/23/20 | MO | 2.80 | Prepare chronology from review of claim file documents |
| 04/23/20 | MO | 0.30 | Prepare letter to Attorney Glauser with medical authorization for client's signature |
| 04/23/20 | WER | 0.10 | Review and analyze Initial Case Evaluation. |

Total Hours    5.30

Black Lung Bills



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                May 26, 2020
46226 National Road                                         Invoice # 4481119
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 805.62 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481119

Dinsmore & Shohl LLP
Client Number ▯ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 787.14 | $ 87.46 |
| 4414310 | 02/27/20 | $ 936.60 | $ 842.94 | $ 93.66 |
| 4434804 | 03/26/20 | $ 2,233.00 | $ 2,009.70 | $ 223.30 |
| 4459230 | 04/17/20 | $ 401.20 | $ 0.00 | $ 401.20 |
| | | | Total Previous Outstanding Balance | $ 805.62 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481119

Dinsmore & Shohl LLP
Client Number ▯ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 77.00 |

Current Amount Due This Invoice          $77.00

1

May 26, 2020
Invoice # 4481119

Dinsmore & Shohl LLP
Client Number ▯ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/01/20 | DKL | 0.20 | Review post-hearing Brief of Claimant. |

|  | Total Hours | 0.20 |
|--|-------------|------|

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     May 26, 2020
46226 National Road                                           Invoice # 4481116
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.170
Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 -
Monongalia County Coal Co.
2018-BLA-06132

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 115.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 115.50 |
| **Total Due for Current Professional Services** | **$ 115.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 161.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481116

Dinsmore & Shohl LLP
Client Number ▯ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434799 | 03/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4459225 | 04/17/20 | $ 154.00 | $ 0.00 | $ 154.00 |
| | | Total Previous Outstanding Balance | | $ 161.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481116

Dinsmore & Shohl LLP
Client Number ⏐ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Total Hours / Fees | | 0.30 | $ 115.50 |

Current Amount Due This Invoice         $115.50

1

May 26, 2020
Invoice # 4481116

Dinsmore & Shohl LLP
Client Number ☐ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | DKL | 0.10 | Review correspondence from SmartCasualty regarding operator notification. |
| 04/28/20 | DKL | 0.20 | Review list of Director's Exhibits to select those for review regarding modification. |

Total Hours    0.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481117

Billing Attorney - William E Robinson

Client Number - 123837.171
Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 -
Monongalia County Coal Co.
2019-BLA-05341

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 589.04 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481117

Dinsmore & Shohl LLP
Client Number ⬜ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392468 | 01/31/20 | $ 1,664.90 | $ 1,498.41 | $ 166.49 |
| 4459228 | 04/17/20 | $ 422.55 | $ 0.00 | $ 422.55 |
| | | | Total Previous Outstanding Balance | $ 589.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481117

Dinsmore & Shohl LLP
Client Number ☐ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.30 | $ 69.50 |

Current Amount Due This Invoice        $69.50

1

May 26, 2020
Invoice # 4481117

Dinsmore & Shohl LLP
Client Number ▯ 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/07/20 | DKL | 0.10 | Review Order of payment from Department of Labor. |
| 04/07/20 | MO | 0.20 | Email to client with 04-03-2020 Initial Determination from the Department of Labor. |

| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481123

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,181.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481123

Dinsmore & Shohl LLP
Client Number ▯ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392490 | 01/31/20 | $ 5,163.50 | $ 4,647.15 | $ 516.35 |
| 4414325 | 02/27/20 | $ 1,508.21 | $ 1,357.38 | $ 150.83 |
| 4434810 | 03/26/20 | $ 1,470.25 | $ 1,323.23 | $ 147.02 |
| 4459239 | 04/17/20 | $ 367.60 | $ 0.00 | $ 367.60 |
| | | Total Previous Outstanding Balance | | $ 1,181.80 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481123

Dinsmore & Shohl LLP
Client Number ⏐ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

1

May 26, 2020
Invoice # 4481123

Dinsmore & Shohl LLP
Client Number ⌷ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | DKL | 0.20 | Review Claimant's post-hearing brief. |
| | Total Hours | 0.20 | |

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481124

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 458.96 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481124

Dinsmore & Shohl LLP
Client Number ⬚ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392492 | 01/31/20 | $ 1,144.00 | $ 1,029.60 | $ 114.40 |
| 4414326 | 02/27/20 | $ 742.95 | $ 668.65 | $ 74.30 |
| 4434811 | 03/26/20 | $ 227.15 | $ 204.44 | $ 22.71 |
| 4459240 | 04/17/20 | $ 247.55 | $ 0.00 | $ 247.55 |
| | | | Total Previous Outstanding Balance | $ 458.96 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481124

Dinsmore & Shohl LLP
Client Number ⏐ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

| | Current Amount Due This Invoice | $77.00 |
|---|---|---|

1

May 26, 2020
Invoice # 4481124

Dinsmore & Shohl LLP
Client Number ▯ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |
| 04/09/20 | DKL | 0.10 | Review fee petitions from Claimant's Counsel. |
| Total Hours | | 0.20 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                May 26, 2020
46226 National Road                                          Invoice # 4481114
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.184
Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 -
Harrison County Coal Co.
2019-BLA-05941

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                              $ 1,147.19
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481114

Dinsmore & Shohl LLP
Client Number  123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392455 | 01/31/20 | $ 6,744.70 | $ 6,070.23 | $ 674.47 |
| 4414292 | 02/27/20 | $ 943.70 | $ 849.33 | $ 94.37 |
| 4434796 | 03/26/20 | $ 178.00 | $ 160.20 | $ 17.80 |
| 4459221 | 04/17/20 | $ 360.55 | $ 0.00 | $ 360.55 |
| | | Total Previous Outstanding Balance | | $ 1,147.19 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481114

Dinsmore & Shohl LLP
Client Number ▯ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Total Hours / Fees | | 0.10 | $ 38.50 |

Current Amount Due This Invoice     $38.50

1

May 26, 2020
Invoice # 4481114

Dinsmore & Shohl LLP
Client Number ▯ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/21/20 | DKL | 0.10 | Emails with Claims Examiner regarding payment and whether claim will be appealed. |
| | Total Hours | 0.10 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          May 26, 2020
46226 National Road                                                   Invoice # 4481049
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.196
Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 -
Marion County Coal Co.
2016-BLA-05940

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 10.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481049

Dinsmore & Shohl LLP
Client Number  123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392422 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4434764 | 03/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| | | Total Previous Outstanding Balance | | $ 10.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481049

Dinsmore & Shohl LLP
Client Number ▯ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

May 26, 2020
Invoice # 4481049

Dinsmore & Shohl LLP
Client Number ⌐ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/13/20 | DKL | 0.10 | Review Department of Labor's approval of claimant's fee petition. |

Total Hours    0.10

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                          Invoice # 4481052
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.207
Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 -
Consolidation Coal Company
2018-BLA-05632

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                                    $ 25.40
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481052

Dinsmore & Shohl LLP
Client Number ⬚ 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409077 | 01/31/20 | $ 114.50 | $ 103.05 | $ 11.45 |
| 4414242 | 02/27/20 | $ 139.50 | $ 125.55 | $ 13.95 |
| | | Total Previous Outstanding Balance | | $ 25.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481052

Dinsmore & Shohl LLP
Client Number ⏿ 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |
| | Current Amount Due This Invoice | | $38.50 |

1

May 26, 2020
Invoice # 4481052

Dinsmore & Shohl LLP
Client Number ‖ 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/06/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

Total Hours     0.10

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    May 26, 2020
46226 National Road                                            Invoice # 4481053
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.212
Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI:
01/01/2005 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 313.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 313.50 |
| **Total Due for Current Professional Services** | **$ 313.50** |

| | |
|---|---|
| Previous Balance Owed | $ 1,116.84 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481053

Dinsmore & Shohl LLP
Client Number ⑂ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409079 | 01/31/20 | $ 239.40 | $ 216.46 | $ 22.94 |
| 4451473 | 02/27/20 | $ 10,900.55 | $ 9,810.50 | $ 1,090.05 |
| 4434770 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| | | | Total Previous Outstanding Balance | $ 1,116.84 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481053

Dinsmore & Shohl LLP
Client Number ⬚ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.90 | $ 313.50 |
| | Current Amount Due This Invoice | | $313.50 |

1

May 26, 2020
Invoice # 4481053

Dinsmore & Shohl LLP
Client Number ⏷ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 04/07/20 | DKL | 0.20 | Review Proposed Decision and Order. |
| 04/08/20 | MO | 0.30 | Letter to client with 04-03-2020 Proposed Decision and Order. |
| 04/09/20 | DKL | 0.10 | Letter to Ms. Dean with Proposed Decision and Order. |
| 04/09/20 | WER | 0.30 | Review and analyze 04-03-2020 Proposed Decision and Order. |

Total Hours    0.90

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

May 26, 2020
Invoice # 4481057

Billing Attorney - William E Robinson

Client Number - 123837.215
Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No.
2018-BLA-05344 - Marshall County Coal Co.
2018-BLA-05344

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 115.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 115.50 |
| **Total Due for Current Professional Services** | **$ 115.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 546.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481057

Dinsmore & Shohl LLP
Client Number ⬚ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414206 | 02/27/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4459132 | 04/17/20 | $ 539.00 | $ 0.00 | $ 539.00 |
| | | Total Previous Outstanding Balance | | $ 546.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481057

Dinsmore & Shohl LLP
Client Number ‖ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 0.30 | $ 115.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $115.50 |

1

May 26, 2020
Invoice # 4481057

Dinsmore & Shohl LLP
Client Number ‖ 123837.215
**Matter: Cameron, Victor - DOI: 01/01/2014 - FBL Claim No. 2018-BLA-05344 - Marshall County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/15/20 | DKL | 0.10 | Review Motion to Extend Time for Filing Evidence. |
| 04/15/20 | DKL | 0.20 | Review, sign and file Closing Argument and evidence. |

Total Hours    0.30

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      May 26, 2020
46226 National Road                                         Invoice # 4481061
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.222
Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI:
06/05/2015 Marshall County Coal Co.
17-0030

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 271.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 271.00 |
| **Total Due for Current Professional Services** | **$ 271.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 858.32 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481061

Dinsmore & Shohl LLP
Client Number 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414268 | 02/27/20 | $ 949.50 | $ 854.55 | $ 94.95 |
| 4434778 | 03/26/20 | $ 821.20 | $ 739.08 | $ 82.12 |
| 4459137 | 04/17/20 | $ 681.25 | $ 0.00 | $ 681.25 |
| | | Total Previous Outstanding Balance | | $ 858.32 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481061

Dinsmore & Shohl LLP
Client Number ▯ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 1.00 | $ 271.00 |
| | Current Amount Due This Invoice | | $271.00 |

1

May 26, 2020
Dinsmore & Shohl LLP                                               Invoice # 4481061
Client Number ▯ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/08/20 | MO | 0.30 | Finalize Employer's evidence submission to Judge. |
| 04/08/20 | MO | 0.30 | Prepare letter to Judge Swank with Employer's pre-hearing memorandum and black lung evidence submission form. |
| 04/09/20 | DKL | 0.20 | Review, sign and file Initial Evidence disclosure and Pretrial Memorandum. |
| 04/22/20 | WER | 0.20 | Review and analyze Employer▯s Initial Evidence. |

Total Hours        1.00

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                               May 26, 2020
46226 National Road                                        Invoice # 4481065
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                        $ 1,170.54
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481065

Dinsmore & Shohl LLP
Client Number ⬜ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434786 | 03/26/20 | $ 1,442.50 | $ 1,298.25 | $ 144.25 |
| 4459141 | 04/17/20 | $ 1,026.29 | $ 0.00 | $ 1,026.29 |
| | | | Total Previous Outstanding Balance | $ 1,170.54 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481065

Dinsmore & Shohl LLP
Client Number ☐ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice         $38.50

1

May 26, 2020
Invoice # 4481065

Dinsmore & Shohl LLP
Client Number ⫾ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/24/20 | DKL | 0.10 | Review correspondence sent by Department of Labor to examining physician. |

| | Total Hours | 0.10 |
|--|-----------|------|

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                         May 26, 2020
46226 National Road                                          Invoice # 4481069
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI:
01/01/98 Marion County Coal Co.

<hr>

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 754.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 754.00 |
| **Total Due for Current Professional Services** | **$ 754.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,789.75 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481069

Dinsmore & Shohl LLP
Client Number ⸿ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459146 | 04/17/20 | $ 1,789.75 | $ 0.00 | $ 1,789.75 |
| | | Total Previous Outstanding Balance | | $ 1,789.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481069

Dinsmore & Shohl LLP
Client Number ⁰ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.80 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 1.90 | |
| Total Hours / Fees | | 3.00 | $ 754.00 |

Current Amount Due This Invoice    $754.00

1

May 26, 2020
Invoice # 4481069

Dinsmore & Shohl LLP
Client Number � 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/01/20 | MO | 0.30 | Prepare letter to Claims Examiner requesting Claimant's records be sent to expert witness for review. |
| 04/23/20 | DKL | 0.10 | Review x-ray reading from Employer's radiologist. |
| 04/23/20 | DKL | 0.20 | File rebuttal x-ray reading as evidence per schedule for the submission of additional evidence. |
| 04/23/20 | DKL | 0.30 | Create checklist for defense of claim moving forward. |
| 04/23/20 | MO | 0.20 | Telephone conference with Claims Examiner regarding records be sent to expert for review. |
| 04/23/20 | MO | 0.30 | Prepare letter to Attorney Wolfe sending copy of 04-14-2020 medical records. |
| 04/24/20 | DKL | 0.10 | Letter to Claimant's counsel with x-ray interpretation. |
| 04/24/20 | DKL | 0.10 | Correspondence to the Department of Labor with rebuttal evidence. |
| 04/24/20 | MO | 0.80 | Prepare Employer's rebuttal evidence submission along with Black Lung evidence submission form. |
| 04/24/20 | MO | 0.30 | Prepare letter to Claims Examination to file Employer's evidence and Black Lung Evidence Submission Form. |
| 04/30/20 | WER | 0.30 | Review and analyze Employer‖s rebuttal evidence. |

Total Hours    3.00

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   May 26, 2020
46226 National Road                                          Invoice # 4481104
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.239
Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 -
Monongalia County Coal Co.
2017-BLA-05455

## Remittance Advice

For Professional Services Rendered Through April 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 38.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

May 26, 2020
Invoice # 4481104

Dinsmore & Shohl LLP
Client Number ‖ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459210 | 04/17/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 38.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

May 26, 2020
Invoice # 4481104

Dinsmore & Shohl LLP
Client Number ⮡ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice        $38.50

1

May 26, 2020
Invoice # 4481104

Dinsmore & Shohl LLP
Client Number ‖ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 04/02/20 | DKL | 0.10 | Review correspondence regarding Claimant's denial of Request for Modification. |

| | Total Hours | 0.10 |
|---|---|---|

2

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills May 1-May 31)**

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                          Invoice # 4498640
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 1.50 |
| Current Total Due for Professional Services | $ 27.00 |
| **Total Due for Current Professional Services** | **$ 27.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,081.88 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498640

Dinsmore & Shohl LLP
Client Number    123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392335 | 01/31/20 | $ 1,948.70 | $ 1,753.83 | $ 194.87 |
| 4414105 | 02/27/20 | $ 2,282.10 | $ 2,053.89 | $ 228.21 |
| 4434717 | 03/26/20 | $ 103.00 | $ 92.70 | $ 10.30 |
| 4481077 | 05/26/20 | $ 648.50 | $ 0.00 | $ 648.50 |
| | | Total Previous Outstanding Balance | | $ 1,081.88 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498640

Dinsmore & Shohl LLP
Client Number   123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.50 | |
| | Total Attorney Costs | $1.50 |
| | Current Amount Due This Invoice | $27.00 |

1

June 19, 2020
Invoice # 4498640

Dinsmore & Shohl LLP
Client Number    123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/27/20 | AMS | 0.10 | Review correspondence from Attorney Lefler requesting that Motion to Show Cause be withdrawn. |

Total Hours    0.10

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      June 19, 2020
46226 National Road                                                    Invoice # 4498641
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.33
Matter: Andears, Conrad - 6/1/2008 - JCN 2016009302 OP -
Marion County Coal Co.
JCN 2016009302 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 180.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 180.00 |
| **Total Due for Current Professional Services** | **$ 180.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498641

Dinsmore & Shohl LLP
Client Number    123837.33
**Matter: Andears, Conrad - 6/1/2008 - JCN 2016009302 OP  - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Annette J. Javorsky | Paralegal | 1.20 | |
| | Total Hours / Fees | 1.20 | $ 180.00 |
| | Current Amount Due This Invoice | | $180.00 |

June 19, 2020
Invoice # 4498641

Dinsmore & Shohl LLP
Client Number   123837.33
**Matter: Andears, Conrad - 6/1/2008 - JCN 2016009302 OP  - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/06/20 | AJ | 1.20 | Search Digital Courthouse for records regarding Murray Energy entities in Harrison County, West Virginia and obtain copies of the same. |

Total Hours   1.20

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498642

Billing Attorney - William E Robinson

Client Number - 123837.34
Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL
-Marion County Coal Co.
JCN 2019018682 ODHL

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 25.50 |
| **Total Due for Current Professional Services** | **$ 25.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 15.00 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                  PO Box 639038
                  Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                  Account Name: Dinsmore and Shohl LLP
                  ABA Number: 042000314        Swift Code: FTBCUS3C
                  Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498642

Dinsmore & Shohl LLP
Client Number    123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392337 | 01/31/20 | $ 150.00 | $ 135.00 | $ 15.00 |
| | | Total Previous Outstanding Balance | | $ 15.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498642

Dinsmore & Shohl LLP
Client Number    123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

Current Amount Due This Invoice          $25.50

1

June 19, 2020
Invoice # 4498642

Dinsmore & Shohl LLP
Client Number    123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/20 | AMS | 0.10 | Identify additional information needed to file in support of 5/14/19 Order. |
| | Total Hours | 0.10 | |

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        June 19, 2020
46226 National Road                                              Invoice # 4498643
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 425.00 |
| Attorney Costs | $ 74.79 |
| Current Total Due for Professional Services | $ 499.79 |
| **Total Due for Current Professional Services** | **$ 499.79** |

| | |
|---|---|
| Previous Balance Owed | $ 485.33 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314              Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498643

Dinsmore & Shohl LLP
Client Number   123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392348 | 01/31/20 | $ 1,084.05 | $ 975.64 | $ 108.41 |
| 4414112 | 02/27/20 | $ 549.10 | $ 494.19 | $ 54.91 |
| 4434721 | 03/26/20 | $ 1,675.03 | $ 1,507.52 | $ 167.51 |
| 4459162 | 04/17/20 | $ 154.50 | $ 0.00 | $ 154.50 |
| | | | Total Previous Outstanding Balance | $ 485.33 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498643

Dinsmore & Shohl LLP
Client Number   123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 1.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.00 | $ 425.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 7.95 |
| Medical Records | $ 66.84 |
| Total Attorney Costs | $74.79 |
| Current Amount Due This Invoice | $499.79 |

1

June 19, 2020
Invoice # 4498643

Dinsmore & Shohl LLP
Client Number    123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.30 | Email to Attorney Stultz with second request for medical authorization and list of medical providers. |
| 05/01/20 | MO | 0.90 | Prepare medical records authorizations to various healthcare providers. |
| 05/04/20 | MO | 0.30 | Prepare medical records request to Doctors Urgent Care |
| 05/11/20 | DKL | 0.50 | Review and analyze medical evidence in preparation for final hearing. |

Total Hours        2.00

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  June 19, 2020
46226 National Road                                       Invoice # 4498644
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 8.55 |
| Current Total Due for Professional Services | $ 47.05 |
| **Total Due for Current Professional Services** | **$ 47.05** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,457.35 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314         Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498644

Dinsmore & Shohl LLP
Client Number    123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414116 | 02/27/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4434737 | 03/26/20 | $ 263.00 | $ 236.70 | $ 26.30 |
| 4459159 | 04/17/20 | $ 1,140.00 | $ 0.00 | $ 1,140.00 |
| 4481073 | 05/26/20 | $ 271.00 | $ 0.00 | $ 271.00 |
| | | Total Previous Outstanding Balance | | $ 1,457.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498644

Dinsmore & Shohl LLP
Client Number   123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.10 |
| | Partner | |
| | Total Hours / Fees | 0.10 |

$ 38.50

### Summary of Current Attorney Costs Incurred

Photocopies                                          $ 8.55

Total Attorney Costs          $8.55

Current Amount Due This Invoice          $47.05

1

June 19, 2020
Invoice # 4498644

Dinsmore & Shohl LLP
Client Number   123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | DKL | 0.10 | Review notice from Workers' Compensation Board of Review regarding right to request oral argument. |
| | Total Hours | 0.10 | |



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498646

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,079.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,079.00 |
| **Total Due for Current Professional Services** | **$ 1,079.00** |

| | |
|---|---|
| Previous Balance Owed | $ 264.64 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498646

Dinsmore & Shohl LLP
Client Number    123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392360 | 01/31/20 | $ 462.80 | $ 416.52 | $ 46.28 |
| 4414128 | 02/27/20 | $ 423.50 | $ 381.15 | $ 42.35 |
| 4434742 | 03/26/20 | $ 1,760.03 | $ 1,584.02 | $ 176.01 |
| | | | Total Previous Outstanding Balance | $ 264.64 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498646

Dinsmore & Shohl LLP
Client Number    123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.40 | |
| | Partner | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 1,079.00 |

Current Amount Due This Invoice          $1,079.00

1

June 19, 2020
Invoice # 4498646

Dinsmore & Shohl LLP
Client Number   123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/14/20 | DKL | 0.50 | Review and analyze medical evidence in file regarding preparation for brief to Workers' Compensation Board of Review. |
| 05/14/20 | DKL | 0.20 | Review Administrative Law Judge opinion. |
| 05/14/20 | DKL | 0.10 | Letter to Ed Pauley with Administrative Law Judge Decision. |
| 05/14/20 | DKL | 0.10 | Review Claimant's Notice of Appeal to Board of Review of Administrative Law Judge Decision. |
| 05/14/20 | MO | 0.30 | Prepare letter to client forwarding 05-05-2020 ALJ Decision affirming the Claim Order dated 10-29-18. |
| 05/14/20 | MO | 0.20 | Update chronology to include 05-05-2020 ALJ Decision affirming the Claim Order dated 10-29-18. |
| 05/14/20 | MO | 0.30 | Update chronology to include 05-11-2020 Claimant's Notice of Appeal to the Board of Review regarding ALJ Decision dated 05-05-2020. |
| 05/15/20 | DKL | 1.50 | Initial draft of brief to Board of Revision. |
| 05/26/20 | MO | 0.20 | Update chronology to include 05-20-2020 Board of Review Acknowledgement of Claimant's Appeal of ALJ Decision. |

Total Hours        3.40

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      June 19, 2020
46226 National Road                                              Invoice # 4498648
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 402.00 |
| Attorney Costs | $ 174.95 |
| Current Total Due for Professional Services | $ 576.95 |
| **Total Due for Current Professional Services** | **$ 576.95** |

| | |
|---|---:|
| Previous Balance Owed | $ 353.56 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498648

Dinsmore & Shohl LLP
Client Number    123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392364 | 01/31/20 | $ 704.50 | $ 634.05 | $ 70.45 |
| 4414131 | 02/27/20 | $ 46.95 | $ 42.26 | $ 4.69 |
| 4434744 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459153 | 04/17/20 | $ 62.00 | $ 0.00 | $ 62.00 |
| 4481070 | 05/26/20 | $ 212.57 | $ 0.00 | $ 212.57 |

Total Previous Outstanding Balance      $ 353.56

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498648

Dinsmore & Shohl LLP
Client Number   123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.40 |
| | Partner | |
| Mary R. Ontko | | 1.60 |
| | Paralegal | |
| | Total Hours / Fees | 2.00 | $ 402.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 1.50 |
| Medical Records | $ 173.45 |
| Total Attorney Costs | $174.95 |
| Current Amount Due This Invoice | $576.95 |

1

June 19, 2020
Invoice # 4498648

Dinsmore & Shohl LLP
Client Number    123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | DKL | 0.40 | Review and analyze evidence submitted by Claimant regarding evidence submission deadline. |
| 05/06/20 | MO | 0.50 | Review new medical records received from physician's office. |
| 05/08/20 | MO | 1.10 | Review new medical records received from healthcare facility. |

Total Hours    2.00

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                          Invoice # 4498649
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 488.00 |
| Attorney Costs | $ 2.40 |
| Current Total Due for Professional Services | $ 490.40 |
| **Total Due for Current Professional Services** | **$ 490.40** |

| | |
|---|---:|
| Previous Balance Owed | $ 520.24 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498649

Dinsmore & Shohl LLP
Client Number   123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414134 | 02/27/20 | $ 102.00 | $ 91.80 | $ 10.20 |
| 4434745 | 03/26/20 | $ 670.45 | $ 603.41 | $ 67.04 |
| 4459151 | 04/17/20 | $ 259.00 | $ 0.00 | $ 259.00 |
| 4481037 | 05/26/20 | $ 184.00 | $ 0.00 | $ 184.00 |
| | | Total Previous Outstanding Balance | | $ 520.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498649

Dinsmore & Shohl LLP
Client Number   123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | | 0.40 | |
| | Partner | | |
| Aimee M Stern | | 1.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.60 | $ 488.00 |

### Summary of Current Attorney Costs Incurred

| | | |
| --- | --- | --- |
| Photocopies | $ 2.40 | |
| | Total Attorney Costs | $2.40 |
| | Current Amount Due This Invoice | $490.40 |

1

June 19, 2020
Invoice # 4498649

Dinsmore & Shohl LLP
Client Number    123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | AMS | 0.70 | Continue drafting Board of Review Brief regarding Administrative Law Judge's 03-11-2020 Order. |
| 05/05/20 | WER | 0.20 | Review and analyze Employer's Brief. |
| 05/05/20 | AMS | 0.30 | Finalize Board of Review Brief in response to Claimant's appeal of Administrative Law Judge's 03-11-2020 Order. |
| 05/05/20 | MO | 0.20 | Update chronology to include Employer's 05-05-2020 Reply Brief to the Board of Review. |
| 05/06/20 | WER | 0.20 | Review and analyze Employer s Brief. |

Total Hours    1.60



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                         Invoice # 4498650
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,050.00 |
| Attorney Costs | $ 78.30 |
| Current Total Due for Professional Services | $ 1,128.30 |
| **Total Due for Current Professional Services** | **$ 1,128.30** |

| | |
|---|---|
| Previous Balance Owed | $ 1,865.36 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498650

Dinsmore & Shohl LLP
Client Number    123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392370 | 01/31/20 | $ 1,003.65 | $ 903.29 | $ 100.36 |
| 4414138 | 02/27/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4434747 | 03/26/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4459148 | 04/17/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| 4481038 | 05/26/20 | $ 1,702.00 | $ 0.00 | $ 1,702.00 |
| | | Total Previous Outstanding Balance | | $ 1,865.36 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498650

Dinsmore & Shohl LLP
Client Number    123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|------------|-------------|-------|
| William E Robinson | | 0.20 |
| | Partner | |
| Aimee M Stern | | 3.60 |
| | Of Counsel | |
| Mary R. Ontko | | 0.20 |
| | Paralegal | |
| | Total Hours / Fees | 4.00 |

$ 1,050.00

## Summary of Current Attorney Costs Incurred

Photocopies                                  $ 78.30

Total Attorney Costs            $78.30

Current Amount Due This Invoice            $1,128.30

1

June 19, 2020
Invoice # 4498650

Dinsmore & Shohl LLP
Client Number    123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | AMS | 1.60 | Continue drafting Closing Argument in support of 12-09-19 Order. |
| 05/06/20 | AMS | 1.20 | Finish drafting Closing Argument in support of 12-09-19 Order. |
| 05/07/20 | MO | 0.20 | Update chronology to include Employer's 05-07-2020 Closing Argument regarding Claim Order dated 12-09-19. |
| 05/07/20 | AMS | 0.80 | Finalize Closing Argument in support of 12-09-19 Order. |
| 05/07/20 | WER | 0.20 | Review and analyze Employer s Closing Argument. |

Total Hours    4.00

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498652

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 52.95 |
| Current Total Due for Professional Services | $ 122.45 |
| **Total Due for Current Professional Services** | **$ 122.45** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,358.52 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498652

Dinsmore & Shohl LLP
Client Number    123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392372 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414145 | 02/27/20 | $ 185.65 | $ 167.08 | $ 18.57 |
| 4434750 | 03/26/20 | $ 126.00 | $ 113.40 | $ 12.60 |
| 4459103 | 04/17/20 | $ 1,013.30 | $ 0.00 | $ 1,013.30 |
| 4481039 | 05/26/20 | $ 310.50 | $ 0.00 | $ 310.50 |
| | | Total Previous Outstanding Balance | | $ 1,358.52 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498652

Dinsmore & Shohl LLP
Client Number   123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.10 |
| | Partner | |
| Mary R. Ontko | | 0.20 |
| | Paralegal | |
| | Total Hours / Fees | 0.30 |

$ 69.50

### Summary of Current Attorney Costs Incurred

Photocopies                                     $ 52.95

Total Attorney Costs                $52.95

Current Amount Due This Invoice          $122.45

1

June 19, 2020
Invoice # 4498652

Dinsmore & Shohl LLP
Client Number   123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/15/20 | DKL | 0.10 | Review Order Extending Time Frame. |
| 05/15/20 | MO | 0.20 | Update chronology to include 05-08-2020 Order Extending Time Frame. |

|  |  |
|--|--|
| Total Hours | 0.30 |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                          Invoice # 4498653
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.57
Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP -
Marion County Coal Co.
JCN 2019015948 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 139.00 |
| Attorney Costs | $ 0.30 |
| Current Total Due for Professional Services | $ 139.30 |
| **Total Due for Current Professional Services** | **$ 139.30** |

Previous Balance Owed                                          $ 1,146.55
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498653

Dinsmore & Shohl LLP
Client Number   123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392379 | 01/31/20 | $ 728.50 | $ 655.65 | $ 72.85 |
| 4414155 | 02/27/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459105 | 04/17/20 | $ 1,031.35 | $ 0.00 | $ 1,031.35 |
| 4481041 | 05/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | | Total Previous Outstanding Balance | $ 1,146.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498653

Dinsmore & Shohl LLP
Client Number    123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 139.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.30 | |
| | Total Attorney Costs | $0.30 |
| | Current Amount Due This Invoice | $139.30 |

1

June 19, 2020
Invoice # 4498653

Dinsmore & Shohl LLP
Client Number   123837.57
**Matter: Chapman, David - 4/21/2016 - JCN 2019015948 OP - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | MO | 0.20 | Update chronology to include 04-28-2020 Order dismissing Claimant's protest. |
| 05/04/20 | MO | 0.20 | Update chronology to include 04-28-2020 Order dismissing Employer's protest. |
| 05/04/20 | DKL | 0.10 | Review Order dismissing employer's protest. |
| 05/04/20 | DKL | 0.10 | Review Order dismissing Claimant's protest. |

Total Hours       0.60

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                      June 19, 2020
46226 National Road                                               Invoice # 4498655
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 309.00 |
| Attorney Costs | $ 3.00 |
| Current Total Due for Professional Services | $ 312.00 |
| **Total Due for Current Professional Services** | **$ 312.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 995.54 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498655

Dinsmore & Shohl LLP
Client Number    123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392386 | 01/31/20 | $ 1,554.95 | $ 1,399.46 | $ 155.49 |
| 4414163 | 02/27/20 | $ 82.00 | $ 73.80 | $ 8.20 |
| 4434755 | 03/26/20 | $ 463.50 | $ 417.15 | $ 46.35 |
| 4459107 | 04/17/20 | $ 51.00 | $ 0.00 | $ 51.00 |
| 4481044 | 05/26/20 | $ 734.50 | $ 0.00 | $ 734.50 |
| | | Total Previous Outstanding Balance | | $ 995.54 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498655

Dinsmore & Shohl LLP
Client Number    123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 1.50 | |
| | Total Hours / Fees | 1.80 | $ 309.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.00 | |
| Total Attorney Costs | | $3.00 |
| Current Amount Due This Invoice | | $312.00 |

1

June 19, 2020
Invoice # 4498655

Dinsmore & Shohl LLP
Client Number    123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | AMS | 0.10 | Review 04-30-2020 Order. |
| 05/05/20 | MO | 0.20 | Update  chronology to include 04-30-2020 Employer Decision. |
| 05/05/20 | MO | 0.20 | Update chronology to include 04-30-2020 letter to Claimant regarding benefits. |
| 05/26/20 | MO | 0.20 | Update chronology to include 05-20-2020 letter to client regarding benefits. |
| 05/26/20 | AMS | 0.10 | Review 05-20-2020 Order regarding benefits. |
| 05/27/20 | MO | 0.30 | Review client's website for medical documentation to support the 05-20-2020 Claim Order regarding benefits. |
| 05/27/20 | MO | 0.40 | Update chronology with new medical records and office notes from client website. |
| 05/29/20 | AMS | 0.10 | Review updated medical records. |
| 05/29/20 | MO | 0.20 | Update chronology to include 05-26-2020 Board of Review Notice of Telephone Hearing. |

Total Hours    1.80

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498656

Billing Attorney - William E Robinson

Client Number - 123837.63
Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP -
Harrison County Coal Co.
 JCN 2012014930 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 108.00 |
| **Total Due for Current Professional Services** | **$ 108.00** |

| | |
|---|---|
| Previous Balance Owed | $ 2,096.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314            Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498656

Dinsmore & Shohl LLP
Client Number   123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392390 | 01/31/20 | $ 1,457.00 | $ 1,311.30 | $ 145.70 |
| 4414170 | 02/27/20 | $ 344.00 | $ 309.60 | $ 34.40 |
| 4459111 | 04/17/20 | $ 1,916.00 | $ 0.00 | $ 1,916.00 |

Total Previous Outstanding Balance   $ 2,096.10

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498656

Dinsmore & Shohl LLP
Client Number   123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.40 | $ 108.00 |

Current Amount Due This Invoice          $108.00

1

June 19, 2020
Invoice # 4498656

Dinsmore & Shohl LLP
Client Number    123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | DKL | 0.10 | Review Notice from Workers' Compensation Board of Review regarding right to request oral argument. |
| 05/29/20 | DKL | 0.10 | Review Board of Review Order affirming Administrative Law Judge Decision. |
| 05/29/20 | MO | 0.20 | Update chronology to include 05-27-2020 Board of Review Order affirming ALJ Decision. |

Total Hours        0.40

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                         Invoice # 4498657
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.64
Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ
- Marion County Coal Co.
JCN 2016026225 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 713.50 |
| Attorney Costs | $ 5.70 |
| Current Total Due for Professional Services | $ 719.20 |
| **Total Due for Current Professional Services** | **$ 719.20** |

| | |
|---|---|
| Previous Balance Owed | $ 789.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498657

Dinsmore & Shohl LLP
Client Number: 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459113 | 04/17/20 | $ 87.50 | $ 0.00 | $ 87.50 |
| 4481045 | 05/26/20 | $ 702.00 | $ 0.00 | $ 702.00 |
| | | Total Previous Outstanding Balance | | $ 789.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498657

Dinsmore & Shohl LLP
Client Number   123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | Of Counsel | 1.40 |
| Mary R. Ontko | Paralegal | 2.30 |
| | Total Hours / Fees | 3.70 | $ 713.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 5.70 |
| Total Attorney Costs | $5.70 |
| Current Amount Due This Invoice | $719.20 |

1

June 19, 2020
Invoice # 4498657

Dinsmore & Shohl LLP
Client Number  123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.20 | Update chronology to include 04-27-2020 Time Frame Order regarding Claim Order dated 03-13-2020. |
| 05/04/20 | MO | 0.50 | Update chronology to include Claimant's 05-01-2020 evidence submission regarding Claim Order dated 03-13-2020. |
| 05/04/20 | AMS | 0.40 | Review evidence filed by Claimant in support of protest to 03-13-2020 Order. |
| 05/12/20 | AMS | 0.50 | Identify additional evidence to file in support of 03-13-2020 Order. |
| 05/27/20 | MO | 1.60 | Review new medical records received and update chronology with the same. |
| 05/29/20 | AMS | 0.50 | Review updated medical records. |

Total Hours     3.70

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   June 19, 2020
46226 National Road                                           Invoice # 4498696
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 14.55 |
| Current Total Due for Professional Services | $ 14.55 |
| **Total Due for Current Professional Services** | **$ 14.55** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,613.35 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498696

Dinsmore & Shohl LLP
Client Number  123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392397 | 01/31/20 | $ 1,316.35 | $ 1,184.72 | $ 131.63 |
| 4414173 | 02/27/20 | $ 367.65 | $ 330.88 | $ 36.77 |
| 4434758 | 03/26/20 | $ 189.50 | $ 170.55 | $ 18.95 |
| 4459115 | 04/17/20 | $ 215.00 | $ 0.00 | $ 215.00 |
| 4481047 | 05/26/20 | $ 1,211.00 | $ 0.00 | $ 1,211.00 |
| | | Total Previous Outstanding Balance | | $ 1,613.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498696

Dinsmore & Shohl LLP
Client Number ❲ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.55 | |
| Total Attorney Costs | | $14.55 |
| Current Amount Due This Invoice | | $14.55 |

1

June 19, 2020
Invoice # 4498696

Dinsmore & Shohl LLP
Client Number ‖ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| | Total Hours | 0.00 | |



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                         June 19, 2020
46226 National Road                                                  Invoice # 4498659
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ -
Marshall County Coal Co.
JCN 2001056879 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 164.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 164.00 |
| **Total Due for Current Professional Services** | **$ 164.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 392.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498659

Dinsmore & Shohl LLP
Client Number ‖ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392395 | 01/31/20 | $ 1,042.85 | $ 938.57 | $ 104.28 |
| 4481046 | 05/26/20 | $ 288.00 | $ 0.00 | $ 288.00 |
| | | Total Previous Outstanding Balance | | $ 392.28 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498659

Dinsmore & Shohl LLP
Client Number ⬜ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.80 | $ 164.00 |

Current Amount Due This Invoice          $164.00

1

June 19, 2020
Invoice # 4498659

Dinsmore & Shohl LLP
Client Number ⏐ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/07/20 | MO | 0.20 | Update chronology to include Claimant's 05-05-2020 Petition for failure to timely act regarding request from TMS therapy. |
| 05/08/20 | AMS | 0.30 | Review Claimant's Petition Alleging Failure to Timely Act regarding 11-22-19 request for TMS therapy. |
| 05/08/20 | AMS | 0.10 | Review physician's medical statement dated 05-06-2020 and Claimant's request for authorization of medications. |
| 05/29/20 | MO | 0.20 | Update chronology with 05-22-2020 Order acknowledging Claimant's Petition for Failure to Timely Act and Time Frame for explanation regarding treatment issue. |

Total Hours    0.80

2

# Dinsm͡ore

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                         June 19, 2020
46226 National Road                                                    Invoice # 4498658
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.71
Matter: Delbert, Charles -2/13/1999 - JCN 990051738 INJ -
Marshall County Coal Co.
JCN 990051738 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 118.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 118.50 |
| **Total Due for Current Professional Services** | **$ 118.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498658

Dinsmore & Shohl LLP
Client Number   123837.71
**Matter: Delbert, Charles -2/13/1999 - JCN 990051738 INJ - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| Total Hours / Fees | | 0.70 | $ 118.50 |

Current Amount Due This Invoice              $118.50

June 19, 2020
Invoice # 4498658

Dinsmore & Shohl LLP
Client Number   123837.71
**Matter: Delbert, Charles -2/13/1999 - JCN 990051738 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/20 | AMS | 0.10 | Review physician's medical statement dated 05-06-2020 and Claimant's request for authorization of medicines. |
| 05/14/20 | MO | 0.20 | Update chronology to include Claimant's  request for authorization for medications. |
| 05/14/20 | MO | 0.20 | Update chronology to include 05-06-2020 physician's medical statement. |
| 05/14/20 | MO | 0.20 | Update chronology to include 05-06-2020 request for authorization for medications. |

Total Hours      0.70



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          June 19, 2020
46226 National Road                                                     Invoice # 4498654
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 875.50 |
| Attorney Costs | $ 25.65 |
| Current Total Due for Professional Services | $ 901.15 |
| **Total Due for Current Professional Services** | **$ 901.15** |

Previous Balance Owed                                                       $ 390.65
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498654

Dinsmore & Shohl LLP
Client Number    123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392382 | 01/31/20 | $ 357.00 | $ 321.30 | $ 35.70 |
| 4414160 | 02/27/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4434754 | 03/26/20 | $ 158.50 | $ 142.65 | $ 15.85 |
| 4459106 | 04/17/20 | $ 127.50 | $ 0.00 | $ 127.50 |
| 4481043 | 05/26/20 | $ 208.50 | $ 0.00 | $ 208.50 |
| | | Total Previous Outstanding Balance | | $ 390.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498654

Dinsmore & Shohl LLP
Client Number   123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.40 | |
| Aimee M Stern | Of Counsel | 1.00 | |
| Mary R. Ontko | Paralegal | 2.70 | |
| | Total Hours / Fees | 4.10 | $ 875.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 25.65 | |
| Total Attorney Costs | $25.65 | |
| Current Amount Due This Invoice | $901.15 | |

1

June 19, 2020
Invoice # 4498654

Dinsmore & Shohl LLP
Client Number   123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/05/20 | AMS | 0.30 | Begin drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order affirming Administrative Law Judge's 09-10-19 Order. |
| 05/06/20 | AMS | 0.40 | Continue drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | MO | 0.50 | Locate evidentiary documents to prepare Appendix to submit with WV Supreme Court Petition for Appeal. |
| 05/07/20 | MO | 0.50 | Prepare Appendix index of evidence to submit with WV Supreme Court Petition for Appeal. |
| 05/07/20 | MO | 0.30 | Prepare exhibit labels for Appendix documents to submit with Petition for Appeal. |
| 05/07/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk for filing Petition for Appeal. |
| 05/07/20 | MO | 0.40 | Prepare Docketing Statement for submission to WV Supreme Court with Petition for Appeal. |
| 05/07/20 | MO | 0.50 | Update chronology to include Employer's 05-07-2020 Petition for Appeal to WV Supreme Court. |
| 05/07/20 | AMS | 0.30 | Finalize WV Supreme Court Petition regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | WER | 0.40 | Review and analyze Supreme Court Petition for Appeal and related documents. |
| 05/29/20 | MO | 0.20 | Update chronology to include WV Supreme Court of Appeals Statutory Notice of Filing Petition for Appeal. |

Total Hours        4.10

2

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                          Invoice # 4498647
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 747.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 747.50 |
| **Total Due for Current Professional Services** | **$ 747.50** |

| | |
|---|---|
| Previous Balance Owed | $ 308.86 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498647

Dinsmore & Shohl LLP
Client Number    123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 264.15 | $ 29.35 |
| 4414129 | 02/27/20 | $ 426.61 | $ 383.95 | $ 42.66 |
| 4434743 | 03/26/20 | $ 123.50 | $ 111.15 | $ 12.35 |
| 4481071 | 05/26/20 | $ 224.50 | $ 0.00 | $ 224.50 |
| | | Total Previous Outstanding Balance | | $ 308.86 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498647

Dinsmore & Shohl LLP
Client Number    123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| David K. Liberati | | 1.70 | |
| | Partner | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.30 | $ 747.50 |
| | Current Amount Due This Invoice | | $747.50 |

1

June 19, 2020
Invoice # 4498647

Dinsmore & Shohl LLP
Client Number 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | DKL | 0.10 | Review Notice of Appeal to Workers' Compensation Board of Review filed by Claimant. |
| 05/01/20 | MO | 0.20 | Update chronology to include 04-29-2020 Claimant's Notice of Appeal to the Board of Review. |
| 05/04/20 | DKL | 0.30 | Review and analyze medical evidence regarding Claimant's Appeal to Board of Review Board. |
| 05/04/20 | DKL | 0.20 | Review and analyze hearing transcripts regarding Claimant's Appeal to Board of Review Board. |
| 05/15/20 | DKL | 0.10 | Review correspondence from Board of Review acknowledging Claimant's Appeal. |
| 05/15/20 | MO | 0.20 | Update chronology to include Board of Review acknowledgement of Claimant's Appeal. |
| 05/27/20 | MO | 0.20 | Update chronology to include Claimant's 05-21-2020 Appeal Brief to the Board of Review. |
| 05/27/20 | DKL | 0.30 | Review Claimant's Brief to the Board of Review. |
| 05/27/20 | DKL | 0.30 | Initial outline of Brief to West Virginia Workers' Compensation Board of Review. |
| 05/28/20 | DKL | 0.40 | Review and analyze transcript of Occupational Pneumoconiosis Board hearings regarding Brief to Board of Review. |

Total Hours 2.30

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498651

Billing Attorney - William E Robinson

Client Number - 123837.83
Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ --
Harrison County Coal Co.
JCN 2017020639 INJ

**Remittance Advice**

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 25.50 |
| **Total Due for Current Professional Services** | **$ 25.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 7.75 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498651

Dinsmore & Shohl LLP
Client Number    123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414143 | 02/27/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4434749 | 03/26/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| | | | Total Previous Outstanding Balance | $ 7.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498651

Dinsmore & Shohl LLP
Client Number   123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $25.50 |

1

June 19, 2020
Invoice # 4498651

Dinsmore & Shohl LLP
Client Number    123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/12/20 | AMS | 0.10 | Identify additional evidence needed to file in support of Order dated 09-03-19. |

|  | Total Hours | 0.10 |  |

2

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                         Invoice # 4498725
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 164.00 |
| Attorney Costs | $ 13.05 |
| Current Total Due for Professional Services | $ 177.05 |
| **Total Due for Current Professional Services** | **$ 177.05** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,884.89 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498725

Dinsmore & Shohl LLP
Client Number ⬭ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392486 | 01/31/20 | $ 5,868.66 | $ 5,281.79 | $ 586.87 |
| 4414319 | 02/27/20 | $ 738.50 | $ 664.65 | $ 73.85 |
| 4434809 | 03/26/20 | $ 621.65 | $ 559.48 | $ 62.17 |
| 4459237 | 04/17/20 | $ 418.50 | $ 0.00 | $ 418.50 |
| 4481122 | 05/26/20 | $ 743.50 | $ 0.00 | $ 743.50 |
| | | | Total Previous Outstanding Balance | $ 1,884.89 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498725

Dinsmore & Shohl LLP
Client Number ⏐ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 164.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 13.05 | |
| Total Attorney Costs | | $13.05 |
| Current Amount Due This Invoice | | $177.05 |

1

June 19, 2020
Invoice # 4498725

Dinsmore & Shohl LLP
Client Number ⬜ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | AMS | 0.40 | Review Claimant's Board of Review Brief in Response to Employer's Appeal of Administrative Law Judge's 02-14-2020 Order. |
| 05/27/20 | MO | 0.20 | Update chronology to include 05-21-2020 Claimant's Reply Brief to the Board of Review. |
| 05/29/20 | MO | 0.20 | Update chronology to include Claimant's 05-22-2020 Request for Extension of Time Frame. |

Total Hours    0.80

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498729

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 601.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 601.50 |
| **Total Due for Current Professional Services** | **$ 601.50** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 729.84 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498729

Dinsmore & Shohl LLP
Client Number ⏳ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392494 | 01/31/20 | $ 900.45 | $ 810.41 | $ 90.04 |
| 4414328 | 02/27/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4459241 | 04/17/20 | $ 578.65 | $ 0.00 | $ 578.65 |
| 4481125 | 05/26/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 729.84 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498729

Dinsmore & Shohl LLP
Client Number ⬜ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.30 | $ 601.50 |
| | Current Amount Due This Invoice | | $601.50 |

1

June 19, 2020
Invoice # 4498729

Dinsmore & Shohl LLP
Client Number ⏗ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/20 | AMS | 0.20 | Begin drafting Board of Review Brief regarding Administrative Law Judge's 03-02-2020 Order. |
| 05/12/20 | AMS | 0.70 | Continue drafting Board of Review Brief regarding Administrative Law Judge's 03-02-2020 Order. |
| 05/13/20 | MO | 0.20 | Update chronology to include 05-13-2020 Employer's Appeal Brief to the Board of Review. |
| 05/13/20 | AMS | 0.50 | Finalize Board of Review Brief regarding Administrative Law Judge's 03-02-2020 Order. |
| 05/13/20 | WER | 0.30 | Review and analyze Employer's Brief. |
| 05/21/20 | MO | 0.20 | Update chronology to include 05-15-20 correspondence to physician's office regarding examination scheduled for 07-07-2020. |
| 05/21/20 | MO | 0.20 | Update chronology to include 05-15-2020 correspondence to Claimant regarding examination scheduled with physician's office for 07-07-2020. |

Total Hours    2.30

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          June 19, 2020
46226 National Road                                                   Invoice # 4498737
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.101
Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752
OP - Murray American Energy
JCN 2019017752 OP

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 4.50 |
| Current Total Due for Professional Services | $ 81.50 |
| **Total Due for Current Professional Services** | **$ 81.50** |

| | |
|---|---|
| Previous Balance Owed | $ 3,314.95 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498737

Dinsmore & Shohl LLP
Client Number ⬭ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392503 | 01/31/20 | $ 913.00 | $ 821.70 | $ 91.30 |
| 4434814 | 03/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4459248 | 04/17/20 | $ 1,516.00 | $ 0.00 | $ 1,516.00 |
| 4481129 | 05/26/20 | $ 1,703.00 | $ 0.00 | $ 1,703.00 |
| | | Total Previous Outstanding Balance | | $ 3,314.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498737

Dinsmore & Shohl LLP
Client Number ‖ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 4.50 |
|---|---|
| Total Attorney Costs | $4.50 |
| Current Amount Due This Invoice | $81.50 |

1

June 19, 2020
Invoice # 4498737

Dinsmore & Shohl LLP
Client Number ‖ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/08/20 | DKL | 0.10 | Telephone call with Workers Compensation office regarding appeal dismissal. |
| 05/11/20 | DKL | 0.10 | Review Order from Bureau of Workers' Compensation dismissing appeal as interlocutory. |

| | Total Hours | 0.20 |
|--|-------------|------|

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                            Invoice # 4498774
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.50 |
| **Total Due for Current Professional Services** | **$ 77.50** |

| | |
|---|---|
| Previous Balance Owed | $ 343.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498774

Dinsmore & Shohl LLP
Client Number    123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392578 | 01/31/20 | $ 1,302.80 | $ 1,172.52 | $ 130.28 |
| 4414386 | 02/27/20 | $ 638.50 | $ 574.65 | $ 63.85 |
| 4434856 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459282 | 04/17/20 | $ 97.50 | $ 0.00 | $ 97.50 |
| 4481147 | 05/26/20 | $ 46.50 | $ 0.00 | $ 46.50 |

|  |  | Total Previous Outstanding Balance | $ 343.78 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498774

Dinsmore & Shohl LLP
Client Number   123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.50 | |
| Total Hours / Fees | | 0.50 | $ 77.50 |

Current Amount Due This Invoice          $77.50

1

June 19, 2020
Invoice # 4498774

Dinsmore & Shohl LLP
Client Number   123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/29/20 | MO | 0.50 | Update chronology with 05-27-2020 Order Submitting Protest. |

Total Hours   0.50

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                             Invoice # 4498770
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 266.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 266.00 |
| **Total Due for Current Professional Services** | **$ 266.00** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 633.02 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498770

Dinsmore & Shohl LLP
Client Number    123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392575 | 01/31/20 | $ 3,204.35 | $ 2,883.92 | $ 320.43 |
| 4414383 | 02/27/20 | $ 1,776.90 | $ 1,599.21 | $ 177.69 |
| 4434854 | 03/26/20 | $ 474.00 | $ 426.60 | $ 47.40 |
| 4459281 | 04/17/20 | $ 87.50 | $ 0.00 | $ 87.50 |
| | | | Total Previous Outstanding Balance | $ 633.02 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498770

Dinsmore & Shohl LLP
Client Number   123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 0.80 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 1.20 | $ 266.00 |

Current Amount Due This Invoice $266.00

1

June 19, 2020
Invoice # 4498770

Dinsmore & Shohl LLP
Client Number   123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/15/20 | MO | 0.20 | Update chronology to include Claimant's 05-22-2020 Brief to the Board of Review regarding the 02-12-2020 ALJ Decision. |
| 05/15/20 | AMS | 0.80 | Review Claimant's Board of Review Brief regarding Administrative Law Judge's 2-12-2020 Order. |
| 05/26/20 | MO | 0.20 | Update chronology to include 05-20-2020 Board of Review Order permitting Claimant to file a brief in excess of 20 pages. |

Total Hours   1.20

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498768

Billing Attorney - William E Robinson

Client Number - 123837.110
Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP --
Marshall County Coal Co.
JCN 2008005321 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 308.00 |
| Attorney Costs | $ 7.80 |
| Current Total Due for Professional Services | $ 315.80 |
| **Total Due for Current Professional Services** | **$ 315.80** |

| | |
|---|---|
| Previous Balance Owed | $ 629.40 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498768

Dinsmore & Shohl LLP
Client Number   123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392572 | 01/31/20 | $ 129.00 | $ 116.10 | $ 12.90 |
| 4481146 | 05/26/20 | $ 616.50 | $ 0.00 | $ 616.50 |
| | | Total Previous Outstanding Balance | | $ 629.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498768

Dinsmore & Shohl LLP
Client Number   123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.80 | |
| | Total Hours / Fees | 0.80 | $ 308.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.80 | |
| Total Attorney Costs | | $7.80 |
| Current Amount Due This Invoice | | $315.80 |

1

June 19, 2020
Invoice # 4498768

Dinsmore & Shohl LLP
Client Number   123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/20 | DKL | 0.80 | Review, analyze and select evidence for submission for final Occupational Pneumoconiosis Board hearing. |

Total Hours    0.80

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498765

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 379.00 |
| Attorney Costs | $ 23.70 |
| Current Total Due for Professional Services | $ 402.70 |
| **Total Due for Current Professional Services** | **$ 402.70** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 447.29 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498765

Dinsmore & Shohl LLP
Client Number   123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392561 | 01/31/20 | $ 1,832.50 | $ 1,649.25 | $ 183.25 |
| 4414376 | 02/27/20 | $ 468.90 | $ 422.01 | $ 46.89 |
| 4434848 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459277 | 04/17/20 | $ 31.00 | $ 0.00 | $ 31.00 |
| 4481144 | 05/26/20 | $ 180.50 | $ 0.00 | $ 180.50 |
| | | | Total Previous Outstanding Balance | $ 447.29 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498765

Dinsmore & Shohl LLP
Client Number   123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.00 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.80 | $ 379.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 23.70 | |
| Total Attorney Costs | | $23.70 |
| Current Amount Due This Invoice | | $402.70 |

1

June 19, 2020
Invoice # 4498765

Dinsmore & Shohl LLP
Client Number    123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/29/20 | AMS | 0.30 | Confer with claimant's attorney regarding settlement. |
| 05/29/20 | AMS | 0.60 | Review updated claim file provided by client prior to providing same to claimant's attorney in response to his request. |
| 05/29/20 | AMS | 0.10 | Confer with claimant's attorney regarding Mr. Kincaid's prior permanent partial disability awards. |
| 05/29/20 | MO | 0.80 | Review new documents received from client. |

Total Hours    1.80

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                              Invoice # 4498763
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ
_____

**Remittance Advice**

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 118.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 118.50 |
| **Total Due for Current Professional Services** | **$ 118.50** |


Previous Balance Owed                                                 $ 353.27
(see outstanding invoice listing attached)

**Payment Due on Receipt**

_____

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038
_____

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945
_____

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498763

Dinsmore & Shohl LLP
Client Number   123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392544 | 01/31/20 | $ 300.00 | $ 270.00 | $ 30.00 |
| 4414363 | 02/27/20 | $ 709.00 | $ 638.10 | $ 70.90 |
| 4434835 | 03/26/20 | $ 618.75 | $ 556.88 | $ 61.87 |
| 4459269 | 04/17/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| 4481139 | 05/26/20 | $ 134.00 | $ 0.00 | $ 134.00 |

Total Previous Outstanding Balance          $ 353.27

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498763

Dinsmore & Shohl LLP
Client Number    123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.70 | $ 118.50 |

Current Amount Due This Invoice          $118.50

1

June 19, 2020
Invoice # 4498763

Dinsmore & Shohl LLP
Client Number   123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/20 | AMS | 0.10 | Review 05-07-2020 Order closing claim for temporary total disability. |
| 05/12/20 | MO | 0.20 | Update chronology to include 05-07-2020 decision regarding closing claim. |
| 05/21/20 | MO | 0.20 | Update chronology to include 05-19-2020 letter to Claimant regarding notice of appointment with physician. |
| 05/21/20 | MO | 0.20 | Update chronology to include 05-18-2020 letter to physician confirming appointment. |
| Total Hours | | 0.70 | |

2

# Dinsmôre

CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                            Invoice # 4498761
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 501.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 501.00 |
| **Total Due for Current Professional Services** | **$ 501.00** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,386.71 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498761

Dinsmore & Shohl LLP
Client Number   123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392538 | 01/31/20 | $ 864.85 | $ 778.37 | $ 86.48 |
| 4414360 | 02/27/20 | $ 1,002.30 | $ 902.07 | $ 100.23 |
| 4434832 | 03/26/20 | $ 947.50 | $ 852.75 | $ 94.75 |
| 4459267 | 04/17/20 | $ 1,035.75 | $ 0.00 | $ 1,035.75 |
| 4481137 | 05/26/20 | $ 69.50 | $ 0.00 | $ 69.50 |

Total Previous Outstanding Balance   $ 1,386.71

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498761

Dinsmore & Shohl LLP
Client Number    123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.60 | $ 501.00 |
| | Current Amount Due This Invoice | | $501.00 |

1

June 19, 2020
Invoice # 4498761

Dinsmore & Shohl LLP
Client Number    123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --  Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/05/20 | DKL | 0.10 | Confer with M. Ontko regarding Claimant's deposition being rescheduled. |
| 05/05/20 | MO | 0.30 | Email to Attorney Stultz regarding scheduling Claimant's deposition. |
| 05/06/20 | DKL | 0.20 | Emails to arrange deposition of Claimant. |
| 05/11/20 | DKL | 0.10 | Review deposition notice of Claimant. |
| 05/11/20 | MO | 0.20 | Update chronology to include 05-06-2020 confirmation of in person telephone deposition of Claimant on 06-02-2020. |
| 05/29/20 | DKL | 0.20 | Several emails regarding deposition and deposition exhibits. |
| 05/29/20 | DKL | 0.50 | Review documents on Claimant's employment history to prepare for Claimant's deposition. |

Total Hours        1.60

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498758

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,452.50 |
| Attorney Costs | $ 81.30 |
| Current Total Due for Professional Services | $ 1,533.80 |
| **Total Due for Current Professional Services** | **$ 1,533.80** |

| | |
|---|---:|
| Previous Balance Owed | $ 698.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498758

Dinsmore & Shohl LLP
Client Number   123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392532 | 01/31/20 | $ 917.00 | $ 825.30 | $ 91.70 |
| 4414356 | 02/27/20 | $ 2,049.50 | $ 1,844.55 | $ 204.95 |
| 4434830 | 03/26/20 | $ 1,416.40 | $ 1,274.75 | $ 141.65 |
| 4459266 | 04/17/20 | $ 153.00 | $ 0.00 | $ 153.00 |
| 4481135 | 05/26/20 | $ 107.50 | $ 0.00 | $ 107.50 |
| | | Total Previous Outstanding Balance | | $ 698.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498758

Dinsmore & Shohl LLP
Client Number   123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.70 | |
| | Partner | | |
| Aimee M Stern | | 2.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 3.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.50 | $ 1,452.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 81.30 |
|---|---|
| Total Attorney Costs | $81.30 |
| Current Amount Due This Invoice | $1,533.80 |

1

June 19, 2020
Invoice # 4498758

Dinsmore & Shohl LLP
Client Number   123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/05/20 | AMS | 0.50 | Begin drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/06/20 | AMS | 0.80 | Continue drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | MO | 0.60 | Locate evidentiary documents to prepare Appendix for Petition for Appeal to WV Supreme Court. |
| 05/07/20 | MO | 0.50 | Prepare Appendix index for submission to WV Supreme Court with Petition for Appeal. |
| 05/07/20 | MO | 0.50 | Prepare exhibit labels for Appendix documents for submission to WV Supreme Court with Petition for Appeal. |
| 05/07/20 | MO | 0.30 | Prepare letter to Supreme Court Clerk for filing Petition for Appeal. |
| 05/07/20 | MO | 0.40 | Prepare Docketing Statement to file with Petition for Appeal. |
| 05/07/20 | MO | 0.30 | Prepare Table of Contents for WV Supreme Court Petition for Appeal. |
| 05/07/20 | MO | 0.40 | Prepare Table of Points and Authorities to submit with WV Supreme Court Petition for Appeal. |
| 05/07/20 | MO | 0.60 | Update chronology to include Employer's 05-07-2020 Petition for Appeal to WV Supreme Court. |
| 05/07/20 | AMS | 0.70 | Finalize WV Supreme Court brief regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | WER | 0.70 | Review and analyze Supreme Court Petition for Appeal and related documents. |
| 05/29/20 | MO | 0.20 | Update chronology to include WV Supreme Court Statutory Notice of Filing Petition for Appeal. |

Total Hours     6.50



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                        Invoice # 4498756
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 642.50 |
| Attorney Costs | $ 31.20 |
| Current Total Due for Professional Services | $ 673.70 |
| **Total Due for Current Professional Services** | **$ 673.70** |

| | |
|---|---:|
| Previous Balance Owed | $ 354.26 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498756

Dinsmore & Shohl LLP
Client Number ⏐ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392523 | 01/31/20 | $ 2,274.50 | $ 2,047.05 | $ 227.45 |
| 4414354 | 02/27/20 | $ 426.61 | $ 383.95 | $ 42.66 |
| 4434828 | 03/26/20 | $ 146.50 | $ 131.85 | $ 14.65 |
| 4459264 | 04/17/20 | $ 69.50 | $ 0.00 | $ 69.50 |
| | | Total Previous Outstanding Balance | | $ 354.26 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498756

Dinsmore & Shohl LLP
Client Number ☐ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 3.40 | |
| | Total Hours / Fees | 3.70 | $ 642.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 31.20 | |
| Total Attorney Costs | | $31.20 |
| Current Amount Due This Invoice | | $673.70 |

1

June 19, 2020
Invoice # 4498756

Dinsmore & Shohl LLP
Client Number ‖ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.30 | Prepare and send medical authorization with list of medical providers to counsel for Claimant signature. |
| 05/05/20 | DKL | 0.20 | Review file to determine if Claimant submitted evidence as evidence time frame for Claimant has passed. |
| 05/15/20 | DKL | 0.10 | Review Order Extending Time Frame. |
| 05/15/20 | MO | 0.20 | Update chronology to include 05-08-2020 Order Extending Time Frame. |
| 05/18/20 | MO | 1.20 | Prepare medical records requests to various healthcare providers. |
| 05/21/20 | MO | 0.60 | Update chronology with new medical records. |
| 05/26/20 | MO | 1.10 | Update chronology with additional medical records received from physician's office. |

Total Hours          3.70

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498753

Billing Attorney - William E Robinson

Client Number - 123837.134
Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP --
Marshall County Coal Co.
JCN 2013032862 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 774.50 |
| Attorney Costs | $ 29.85 |
| Current Total Due for Professional Services | $ 804.35 |
| **Total Due for Current Professional Services** | **$ 804.35** |

| | |
|---|---|
| Previous Balance Owed | $ 315.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498753

Dinsmore & Shohl LLP
Client Number ⫿ 123837.134
**Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP -- Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481134 | 05/26/20 | $ 315.90 | $ 0.00 | $ 315.90 |
| | | Total Previous Outstanding Balance | | $ 315.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498753

Dinsmore & Shohl LLP
Client Number ⬜ 123837.134
**Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.40 |
| | Partner | |
| William E Robinson | | 0.40 |
| | Partner | |
| Mary R. Ontko | | 2.70 |
| | Paralegal | |
| | Total Hours / Fees | 3.50 |

$ 774.50

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 29.85 |
| Total Attorney Costs | $29.85 |
| Current Amount Due This Invoice | $804.35 |

1

June 19, 2020
Invoice # 4498753

Dinsmore & Shohl LLP
Client Number �003 123837.134
**Matter: Rusiecki, Louis -- 1/28/2013 -- JCN 2013032862 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/11/20 | MO | 0.20 | Telephone call to physician's office regarding medical records. |
| 05/20/20 | MO | 0.60 | Update chronology with new medical records. |
| 05/26/20 | MO | 0.60 | Review claim file and medical records for evidence to submit in defense of Claim Order dated 10-19-18. |
| 05/26/20 | MO | 0.70 | Prepare Employer's evidence submission regarding Claim Order dated 10-19-18. |
| 05/27/20 | DKL | 0.30 | Review, analyze, and select evidence to file with Motion for Final Hearing. |
| 05/28/20 | MO | 0.60 | Finalize Employer's evidence submission regarding Claim Order dated 07-30-19. |
| 05/29/20 | DKL | 0.10 | Review, sign, and file evidence and Motion for final Occupational Pneumoconiosis Board hearing. |
| 05/29/20 | WER | 0.40 | Review and analyze Employer⍰s Motion for Final OP Board Hearing and corresponding evidence. |

Total Hours    3.50

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498741

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 704.50 |
| Attorney Costs | $ 11.70 |
| Current Total Due for Professional Services | $ 716.20 |
| **Total Due for Current Professional Services** | **$ 716.20** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,562.70 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498741

Dinsmore & Shohl LLP
Client Number ☐ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392507 | 01/31/20 | $ 583.50 | $ 525.15 | $ 58.35 |
| 4414340 | 02/27/20 | $ 442.50 | $ 398.25 | $ 44.25 |
| 4434817 | 03/26/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4459251 | 04/17/20 | $ 260.50 | $ 0.00 | $ 260.50 |
| 4481132 | 05/26/20 | $ 1,196.50 | $ 0.00 | $ 1,196.50 |

Total Previous Outstanding Balance    $ 1,562.70

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498741

Dinsmore & Shohl LLP
Client Number ‖ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | Of Counsel | 1.00 |
| Mary R. Ontko | Paralegal | 2.90 |
| | Total Hours / Fees | 3.90 |

$ 704.50

### Summary of Current Attorney Costs Incurred

Photocopies                                         $ 11.70

Total Attorney Costs                    $11.70

Current Amount Due This Invoice                    $716.20

1

June 19, 2020
Invoice # 4498741

Dinsmore & Shohl LLP
Client Number ⏺ 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | AMS | 0.50 | Begin drafting Petition for Appeal to WV Supreme Court regarding Board of Review's 04-14-2020 Order. |
| 05/05/20 | AMS | 0.50 | Continue drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/05/20 | MO | 0.60 | Locate exhibits for appendix for WV Supreme Court Petition. |
| 05/05/20 | MO | 0.50 | Prepare index of appendix exhibits for WV Supreme Court Petition. |
| 05/05/20 | MO | 0.40 | Prepare exhibit labels for appendix documents for WV Supreme Court Petition. |
| 05/05/20 | MO | 0.30 | Prepare Table of Contents for WV Supreme Court Petition. |
| 05/05/20 | MO | 0.30 | Prepare Table of Points and Authorities for WV Supreme Court Petition. |
| 05/05/20 | MO | 0.50 | Prepare Docketing Statement to accompany WV Supreme Court Petition. |
| 05/05/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk to file Petition, Appendix and Docketing Statement. |

Total Hours      3.90

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498738

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 953.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 953.00 |
| **Total Due for Current Professional Services** | **$ 953.00** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 997.95 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498738

Dinsmore & Shohl LLP
Client Number 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392505 | 01/31/20 | $ 1,563.00 | $ 1,406.70 | $ 156.30 |
| 4414338 | 02/27/20 | $ 155.00 | $ 139.50 | $ 15.50 |
| 4434815 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459249 | 04/17/20 | $ 512.50 | $ 0.00 | $ 512.50 |
| 4481130 | 05/26/20 | $ 308.00 | $ 0.00 | $ 308.00 |
| | | Total Previous Outstanding Balance | | $ 997.95 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498738

Dinsmore & Shohl LLP
Client Number ‖ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 2.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.60 | $ 953.00 |
| | Current Amount Due This Invoice | | $953.00 |

1

June 19, 2020
Invoice # 4498738

Dinsmore & Shohl LLP
Client Number ⏐ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/14/20 | AMS | 0.20 | Begin drafting brief in response to Claimant's Board of Review appeal brief regarding Administrative Law Judge's 02-26-2020 Order. |
| 05/15/20 | AMS | 0.40 | Continue drafting brief in response to Claimant's appeal brief regarding Administrative Law Judge's 02-26-2020 Order. |
| 05/18/20 | AMS | 1.50 | Continue drafting Board of Review brief regarding Administrative Law Judge's 02-26-2020 Order. |
| 05/19/20 | MO | 0.20 | Update chronology to include Employer's 05-19-2020 reply brief to the Board of Review regarding ALJ Decision dated 02-26-2020. |
| 05/19/20 | AMS | 0.80 | Finish drafting Board of Review brief regarding Administrative Law Judge's 02-26-2020 Order. |
| 05/19/20 | WER | 0.30 | Review and analyze Employer⏐s Brief. |
| 05/29/20 | MO | 0.20 | Update chronology to include 05-22-2020 Claimant's Request for Extension of Time Frame. |

Total Hours        3.60

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498731

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 490.00 |
| Attorney Costs | $ 7.95 |
| Current Total Due for Professional Services | $ 497.95 |
| **Total Due for Current Professional Services** | **$ 497.95** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 675.12 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

June 19, 2020
Invoice # 4498731

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 390.60 | $ 43.40 |
| 4414332 | 02/27/20 | $ 855.65 | $ 770.08 | $ 85.57 |
| 4434813 | 03/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4459243 | 04/17/20 | $ 226.00 | $ 0.00 | $ 226.00 |
| 4481126 | 05/26/20 | $ 314.50 | $ 0.00 | $ 314.50 |
| | | Total Previous Outstanding Balance | | $ 675.12 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498731

Dinsmore & Shohl LLP
Client Number□ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | Of Counsel | 1.80 |
| Mary R. Ontko | Paralegal | 0.20 |
| | Total Hours / Fees | 2.00 | $ 490.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 7.95 |
|---|---|
| Total Attorney Costs | $7.95 |
| Current Amount Due This Invoice | $497.95 |

1

June 19, 2020
Invoice # 4498731

Dinsmore & Shohl LLP
Client Number □ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/19/20 | AMS | 1.30 | Prepare for Board of Review oral argument regarding Employer's appeal of Administrative Law Judge's 11-14-19 Order. |
| 05/21/20 | AMS | 0.50 | Attend Board of Review telephonic hearing on Employer's appeal of Administrative Law Judge's 11-14-19 Order. |
| 05/27/20 | MO | 0.20 | Update chronology to include 05-21-2020 Board of Review Order affirming the 11-14-19 ALJ Decision. |

Total Hours    2.00

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          June 19, 2020
46226 National Road                                                   Invoice # 4498717
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

Previous Balance Owed                                                      $ 777.48
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498717

Dinsmore & Shohl LLP
Client Number ▯ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392451 | 01/31/20 | $ 2,777.00 | $ 2,499.30 | $ 277.70 |
| 4414288 | 02/27/20 | $ 995.85 | $ 896.27 | $ 99.58 |
| 4434794 | 03/26/20 | $ 1,476.90 | $ 1,329.20 | $ 147.70 |
| 4459219 | 04/17/20 | $ 134.00 | $ 0.00 | $ 134.00 |
| 4481113 | 05/26/20 | $ 118.50 | $ 0.00 | $ 118.50 |

Total Previous Outstanding Balance     $ 777.48

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498717

Dinsmore & Shohl LLP
Client Number ⬜ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 31.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $31.00 |

1

June 19, 2020
Invoice # 4498717

Dinsmore & Shohl LLP
Client Number ‖ 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/20 | MO | 0.20 | Update chronology to include 05-06-2020 Order extending the time frame regarding Claim Order dated 09-13-19. |

Total Hours        0.20

2

# Dinsmore

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA [] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          June 19, 2020
46226 National Road                                                   Invoice # 4498715
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,693.50 |
| Attorney Costs | $ 431.55 |
| Current Total Due for Professional Services | $ 4,125.05 |
| **Total Due for Current Professional Services** | **$ 4,125.05** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 2,810.67 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314           Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498715

Dinsmore & Shohl LLP
Client Number ⬚ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392449 | 01/31/20 | $ 4,819.03 | $ 4,337.13 | $ 481.90 |
| 4414284 | 02/27/20 | $ 1,403.85 | $ 1,263.46 | $ 140.39 |
| 4434793 | 03/26/20 | $ 3,278.85 | $ 2,950.97 | $ 327.88 |
| 4459217 | 04/17/20 | $ 734.50 | $ 0.00 | $ 734.50 |
| 4481112 | 05/26/20 | $ 1,126.00 | $ 0.00 | $ 1,126.00 |
| | | | Total Previous Outstanding Balance | $ 2,810.67 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498715

Dinsmore & Shohl LLP
Client Number ▯ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 6.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 12.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 18.70 | $ 3,693.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 240.90 | |
| Medical Records | $ 190.65 | |
| Total Attorney Costs | | $431.55 |
| Current Amount Due This Invoice | | $4,125.05 |

1

June 19, 2020
Invoice # 4498715

Dinsmore & Shohl LLP
Client Number ⏐ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.20 | Update chronology to include 04-27-2020 Time Frame Order regarding Claim Order dated 03-10-2020. |
| 05/01/20 | MO | 0.20 | Update chronology to include 04-27-2020 Time Frame Order regarding Claim Order dated 02-25-2020. |
| 05/01/20 | AMS | 0.10 | Review Claimant's Notice of Election of Expedited Hearing regarding protest to Order dated 02-25-2020. |
| 05/04/20 | MO | 1.20 | Update chronology with new medical records. |
| 05/04/20 | MO | 0.20 | Update chronology to include Claimant's 05-01-2020 Request for expedited adjudication regarding Claim Order dated 02-25-2020. |
| 05/04/20 | MO | 0.20 | Update chronology to include Claimant's 05-01-2020 Request for expedited adjudication regarding Claim Order dated 03-10-2020. |
| 05/04/20 | AMS | 0.10 | Review Claimant's Notice of Election of Expedited Hearing process regarding protest to 03-10-2020 Order. |
| 05/05/20 | AMS | 0.50 | Begin drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/05/20 | MO | 1.20 | Locate exhibits for appendix for WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.90 | Prepare Appendix Index to file with WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.90 | Prepare exhibit labels for appendix documents for filing with WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.40 | Prepare Motion to Exceed Page Limit for filing with WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.30 | Prepare Table of Contents for WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.40 | Prepare Table of Points and Authorities for WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.60 | Prepare Docketing Statement with appendices for filing with WV Supreme Court Petition for Appeal. |
| 05/05/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk for filing Petition for Appeal, Appendix of Exhibits, Docketing Statement, and Motion to Exceed Page Limit. |
| 05/06/20 | AMS | 1.00 | Continue drafting WV Supreme Court Petition for Appeal regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | MO | 0.80 | Update chronology to include Employer's 05-07-2020 Petition for Appeal to WV Supreme Court. |
| 05/07/20 | AMS | 0.90 | Finalize WV Supreme Court brief regarding Board of Review's 04-14-2020 Order. |
| 05/07/20 | WER | 0.50 | Review and analyze Supreme Court Petition for Appeal and related documents. |
| 05/08/20 | MO | 1.60 | Update chronology with new medical records received. |
| 05/11/20 | MO | 0.20 | Update chronology to include 04-29-2020 Board of Review briefing schedule regarding ALJ Decision dated 04-06-2020. |
| 05/12/20 | AMS | 0.20 | Identify additional evidence to file in support of Order dated 03-10-2020. |

2

June 19, 2020
Invoice # 4498715

Dinsmore & Shohl LLP
Client Number ⏍ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

| | | | |
|---|---|---|---|
| 05/12/20 | AMS | 0.10 | Identify additional evidence to file in support of Order dated 02-25-2020. |
| 05/15/20 | AMS | 0.70 | Review updated medical records. |
| 05/18/20 | MO | 0.20 | Update chronology to include 05-13-2020 Notice of Expedited Hearing and Amended Time Frame regarding Claim Order dated 02-25-2020. |
| 05/18/20 | MO | 0.20 | Update chronology to include 05-13-2020 Notice of Expedited Hearing and Amended Time Frame regarding Claim Order dated 03-10-2020. |
| 05/27/20 | MO | 0.20 | Update chronology to include 05-26-2020 Confirmation of Telephone Deposition of Claimant. |
| 05/27/20 | MO | 0.40 | Update chronology to include 05-05-2020 Attending Physician's Report and application for reopening claim. |
| 05/27/20 | AMS | 0.70 | Identify evidence to file in support of 02-25-2020 Order closing claim for temporary total disability and 03-10-2020 Order denying continued physical therapy. |
| 05/27/20 | AMS | 0.40 | Prepare for deposition of Claimant. |
| 05/28/20 | AMS | 0.30 | Attend deposition of Claimant. |
| 05/28/20 | AMS | 1.20 | Finish identifying evidence to file in support of 02-25-2020 Order closing claim for temporary total disability and 03-10-2020 Order denying physical therapy. |
| 05/28/20 | MO | 0.50 | Update chronology to include Employer's 05-28-2020 evidence submission regarding Claim Order dated 02-25-2020 denying temporary total disability benefits and Claim Order dated 03-10-2020 denying physical therapy. |
| 05/29/20 | MO | 0.20 | Update chronology to include 05-21-2020 WV Supreme Court Statutory Notice of Filing Petition for Appeal. |
| 05/29/20 | MO | 0.70 | Update chronology with Employer's 05-27-2020 Evidence regarding Claim Order dated 02-25-2020 and 03-10-2020. |

Total Hours    18.70

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498660

Billing Attorney - William E Robinson

Client Number - 123837.151
Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ
-- Ohio County Coal Co.
JCN 2019013694 INJ

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 90.30 |
| Current Total Due for Professional Services | $ 121.30 |
| **Total Due for Current Professional Services** | **$ 121.30** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,301.30 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498660

Dinsmore & Shohl LLP
Client Number ⬚ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392401 | 01/31/20 | $ 597.05 | $ 537.35 | $ 59.70 |
| 4434759 | 03/26/20 | $ 51.00 | $ 45.90 | $ 5.10 |
| 4459116 | 04/17/20 | $ 133.00 | $ 0.00 | $ 133.00 |
| 4481048 | 05/26/20 | $ 1,103.50 | $ 0.00 | $ 1,103.50 |
| | | Total Previous Outstanding Balance | | $ 1,301.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498660

Dinsmore & Shohl LLP
Client Number ☐ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | —————— | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 90.30 | |
| | Total Attorney Costs | $90.30 |
| | Current Amount Due This Invoice | $121.30 |

1

June 19, 2020
Invoice # 4498660

Dinsmore & Shohl LLP
Client Number ◊ 123837.151
**Matter: Wade, Sherman -- 12/20/2018 -- JCN 2019013694 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | MO | 0.20 | Update chronology to include WV Supreme Court of Appeals Statutory Notice of Filing Petition for Appeal. |

Total Hours    0.20

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498713

Billing Attorney - William E Robinson

Client Number - 123837.157
Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 -
Monongalia County Coal Co.
2BT4X-2019122

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 36.45 |
| Current Total Due for Professional Services | $ 36.45 |
| **Total Due for Current Professional Services** | **$ 36.45** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,446.49 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498713

Dinsmore & Shohl LLP
Client Number ▯ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392445 | 01/31/20 | $ 6,020.95 | $ 5,418.86 | $ 602.09 |
| 4434791 | 03/26/20 | $ 123.95 | $ 111.55 | $ 12.40 |
| 4459214 | 04/17/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| 4481111 | 05/26/20 | $ 755.00 | $ 0.00 | $ 755.00 |
| | | Total Previous Outstanding Balance | | $ 1,446.49 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498713

Dinsmore & Shohl LLP
Client Number ‖ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | | _____ | |
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 36.45 |
|---|---|
| Total Attorney Costs | $36.45 |
| Current Amount Due This Invoice | $36.45 |

1

June 19, 2020
Invoice # 4498713

Dinsmore & Shohl LLP
Client Number ▯ 123837.157
**Matter: Clovis, Timothy - 1/11/2012 - 2BT4X-2019122 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |

Total Hours    0.00

2

# Dinsmore

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498723

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,593.50 |
| Attorney Costs | $ 141.10 |
| Current Total Due for Professional Services | $ 2,734.60 |
| **Total Due for Current Professional Services** | **$ 2,734.60** |

| | |
|---|---|
| Previous Balance Owed | $ 606.06 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498723

Dinsmore & Shohl LLP
Client Number 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392479 | 01/31/20 | $ 963.00 | $ 866.70 | $ 96.30 |
| 4414315 | 02/27/20 | $ 85.45 | $ 76.91 | $ 8.54 |
| 4459232 | 04/17/20 | $ 358.55 | $ 0.00 | $ 358.55 |
| 4481120 | 05/26/20 | $ 142.67 | $ 0.00 | $ 142.67 |
| | | | Total Previous Outstanding Balance | $ 606.06 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498723

Dinsmore & Shohl LLP
Client Number ⬜ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| Mary R. Ontko | | 14.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 15.10 | $ 2,593.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 39.60 | |
| Medical Records | $ 101.50 | |
| | Total Attorney Costs | $141.10 |
| | Current Amount Due This Invoice | $2,734.60 |

1

June 19, 2020
Invoice # 4498723

Dinsmore & Shohl LLP
Client Number ▯ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/12/20 | MO | 1.80 | Prepare chronology of medical records from healthcare facility. |
| 05/12/20 | MO | 3.60 | Begin to prepare chronology of medical records from physician's office. |
| 05/13/20 | MO | 1.80 | Continue chronology of medical records from physician's office. |
| 05/13/20 | MO | 0.60 | Prepare medical records requests to healthcare facilities. |
| 05/13/20 | MO | 3.60 | Complete chronology of medical records from physician's office. |
| 05/14/20 | MO | 2.10 | Prepare chronology of medical records for review for documents to send to expert for review. |
| 05/15/20 | MO | 0.30 | Medical Records request to Veterans' Administration. |
| 05/29/20 | DKL | 0.40 | Review and compare medical records from 2007 Federal Black Lung claim to current Federal Black Lung claim. |
| 05/29/20 | DKL | 0.70 | Review and analyze medical records from healthcare facility dated 2010-2020. |
| 05/29/20 | MO | 0.20 | Confer with Attorney Liberati regarding status of claim. |

Total Hours    15.10

2



CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ‖ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID:  31-0263070

---

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                          Invoice # 4498730
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion
County Coal Co.
2BZW8-2917038

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 433.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 433.00 |
| **Total Due for Current Professional Services** | **$ 433.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 68.70 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

---

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

---

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498730

Dinsmore & Shohl LLP
Client Number 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409084 | 01/31/20 | $ 71.00 | $ 63.90 | $ 7.10 |
| 4434812 | 03/26/20 | $ 616.00 | $ 554.40 | $ 61.60 |
| | | Total Previous Outstanding Balance | | $ 68.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498730

Dinsmore & Shohl LLP
Client Number 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 1.80 | |
| | Total Hours / Fees | 2.20 | $ 433.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $433.00 |

1

June 19, 2020
Invoice # 4498730

Dinsmore & Shohl LLP
Client Number ⬚ 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/20/20 | MO | 0.40 | Review of Hearing Notice from Department of Labor regarding hearing date. |
| 05/20/20 | MO | 0.20 | Telephone call to Washington DC Office of Administrative Law Judges regarding hearing date. |
| 05/20/20 | MO | 0.20 | Email to Attorney Liberati regarding no actual hearing date in the Hearing Notice. |
| 05/20/20 | MO | 0.20 | Telephone call to Pittsburgh Office of Administrative Law Judges regarding hearing date. |
| 05/20/20 | MO | 0.20 | Return phone call from Pittsburgh Office of Administrative Law Judges regarding hearing date. |
| 05/20/20 | DKL | 0.10 | Review Pre-hearing Order. |
| 05/21/20 | DKL | 0.20 | Review Pre-hearing Order from Judge Applewhite and note deadlines. |
| 05/27/20 | MO | 0.30 | Prepare and fax letter to Washington DC Office of Administrative Law Judges regarding hearing date |
| 05/28/20 | MO | 0.30 | Letter to counsel regarding initial exchange of evidence per Pre Hearing Order |
| 05/29/20 | DKL | 0.10 | Letter to Claimant's counsel with evidence disclosure. |

Total Hours     2.20

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498733

Billing Attorney - William E Robinson

Client Number - 123837.163
Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 -
Monongalia County Coal Co.
BG6CF-2019025

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 44.85 |
| Current Total Due for Professional Services | $ 44.85 |
| **Total Due for Current Professional Services** | **$ 44.85** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 758.83 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498733

Dinsmore & Shohl LLP
Client Number ▯ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392500 | 01/31/20 | $ 5,494.72 | $ 4,945.25 | $ 549.47 |
| 4414334 | 02/27/20 | $ 318.65 | $ 286.79 | $ 31.86 |
| 4481127 | 05/26/20 | $ 177.50 | $ 0.00 | $ 177.50 |
| | | | Total Previous Outstanding Balance | $ 758.83 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498733

Dinsmore & Shohl LLP
Client Number ‖ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| | | ———— | |
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|--|--|--|
| Photocopies | $ 44.85 | |
| | Total Attorney Costs | $44.85 |
| | Current Amount Due This Invoice | $44.85 |

1

June 19, 2020
Invoice # 4498733

Dinsmore & Shohl LLP
Client Number ▯ 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |
|      | Total Hours | 0.00 |            |

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              June 19, 2020
46226 National Road                                       Invoice # 4498734
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.164
Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 -
Marion County Coal Co.
2BF3Q-2017334

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 267.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 267.00 |
| **Total Due for Current Professional Services** | **$ 267.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 38.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498734

Dinsmore & Shohl LLP
Client Number 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459245 | 04/17/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 38.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498734

Dinsmore & Shohl LLP
Client Number ⁪ 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| William E Robinson | Partner | 0.30 | |
| Total Hours / Fees | | 0.60 | $ 267.00 |

Current Amount Due This Invoice          $267.00

1

June 19, 2020
Invoice # 4498734

Dinsmore & Shohl LLP
Client Number ⬜ 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/27/20 | DKL | 0.20 | Review Proposed Decision and Order. |
| 05/29/20 | DKL | 0.10 | Letter to Emily Dean with Proposed Decision and Order. |
| 05/29/20 | WER | 0.30 | Review and analyze 5/20/20 Proposed Decision and Order. |

Total Hours      0.60

2

# Dinsm͡ôre

CALIFORNIA ⏐ COLORADO ⏐ CONNECTICUT
FLORIDA ⏐ GEORGIA ⏐ ILLINOIS ⏐ KENTUCKY
MASSACHUSETTS ⏐ MICHIGAN ⏐ OHIO
PENNSYLVANIA ⏐ WASHINGTON, D.C. ⏐ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                            Invoice # 4498736
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.165
Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall
County Coal CO.
2BGZL-2018256

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 34.35 |
| Current Total Due for Professional Services | $ 72.85 |
| **Total Due for Current Professional Services** | **$ 72.85** |

| | |
|---|---:|
| Previous Balance Owed | $ 886.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498736

Dinsmore & Shohl LLP
Client Number ⫿ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459246 | 04/17/20 | $ 200.50 | $ 0.00 | $ 200.50 |
| 4481128 | 05/26/20 | $ 685.50 | $ 0.00 | $ 685.50 |
| | | Total Previous Outstanding Balance | | $ 886.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498736

Dinsmore & Shohl LLP
Client Number ꞏ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 34.35 |
|---|---|
| Total Attorney Costs | $34.35 |
| Current Amount Due This Invoice | $72.85 |

1

June 19, 2020
Invoice # 4498736

Dinsmore & Shohl LLP
Client Number ⬚ 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | DKL | 0.10 | Review Notice of Appearance filed by Robert Seer. |

| | Total Hours | 0.10 | |

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                  June 19, 2020
46226 National Road                                          Invoice # 4498740
St. Clairsville OH 43950


Billing Attorney - William E Robinson

Client Number - 123837.167
Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison
County Coal Co.
2NKNZ-2018249

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 13.80 |
| Current Total Due for Professional Services | $ 13.80 |
| **Total Due for Current Professional Services** | **$ 13.80** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,507.58 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498740

Dinsmore & Shohl LLP
Client Number ᵁ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434816 | 03/26/20 | $ 200.80 | $ 180.72 | $ 20.08 |
| 4459250 | 04/17/20 | $ 808.50 | $ 0.00 | $ 808.50 |
| 4481131 | 05/26/20 | $ 679.00 | $ 0.00 | $ 679.00 |
| | | Total Previous Outstanding Balance | | $ 1,507.58 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498740

Dinsmore & Shohl LLP
Client Number ⦙ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 13.80 | |
| Total Attorney Costs | | $13.80 |
| Current Amount Due This Invoice | | $13.80 |

1

June 19, 2020
Invoice # 4498740

Dinsmore & Shohl LLP
Client Number ▯ 123837.167
**Matter: Leary, David - 6/25/2014 - 2NKNZ-2018249 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      | Total Hours | 0.00 |          |

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA [ ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                              Invoice # 4498750
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 14.40 |
| Current Total Due for Professional Services | $ 52.90 |
| **Total Due for Current Professional Services** | **$ 52.90** |

Previous Balance Owed                                          $ 5,261.08
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498750

Dinsmore & Shohl LLP
Client Number 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392517 | 01/31/20 | $ 790.50 | $ 711.45 | $ 79.05 |
| 4414347 | 02/27/20 | $ 2,671.50 | $ 2,404.35 | $ 267.15 |
| 4434822 | 03/26/20 | $ 895.30 | $ 805.77 | $ 89.53 |
| 4459258 | 04/17/20 | $ 1,354.85 | $ 0.00 | $ 1,354.85 |
| 4481133 | 05/26/20 | $ 3,470.50 | $ 0.00 | $ 3,470.50 |

Total Previous Outstanding Balance    $ 5,261.08

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498750

Dinsmore & Shohl LLP
Client Number ⬛ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 14.40 | |
| | Total Attorney Costs | $14.40 |
| | Current Amount Due This Invoice | $52.90 |

1

June 19, 2020
Invoice # 4498750

Dinsmore & Shohl LLP
Client Number ⏐ 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | DKL | 0.10 | Review correspondence from Claim examiner acknowledging appeal. |

Total Hours    0.10

2

# Dinsmore

CALIFORNIA ⌋ COLORADO ⌋ CONNECTICUT
FLORIDA ⌋ GEORGIA ⌋ ILLINOIS ⌊ KENTUCKY
MASSACHUSETTS ⌋ MICHIGAN ⌋ OHIO
PENNSYLVANIA ⌋ WASHINGTON, D.C. ⌋ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                         Invoice # 4498662
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.197
Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 -
Marshall County Coal Co.
BXGGB-2018285

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 393.00 |
| Attorney Costs | $ 11.70 |
| Current Total Due for Professional Services | $ 404.70 |
| **Total Due for Current Professional Services** | **$ 404.70** |

| | |
|---|---|
| Previous Balance Owed | $ 116.03 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498662

Dinsmore & Shohl LLP
Client Number 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392424 | 01/31/20 | $ 959.50 | $ 863.55 | $ 95.95 |
| 4414184 | 02/27/20 | $ 200.80 | $ 180.72 | $ 20.08 |
| | | | Total Previous Outstanding Balance | $ 116.03 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498662

Dinsmore & Shohl LLP
Client Number ⫻ 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.90 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 393.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 11.70 | |
| Total Attorney Costs | | $11.70 |
| Current Amount Due This Invoice | | $404.70 |

1

June 19, 2020
Invoice # 4498662

Dinsmore & Shohl LLP
Client Number 0 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | DKL | 0.10 | Review list of Director's Exhibits to select for further review. |
| 05/27/20 | DKL | 0.10 | Receive and review of correspondence from Department of Labor acknowledging request for formal hearing. |
| 05/28/20 | DKL | 0.50 | Review and analyze Director's Exhibits regarding need for evidence at Administrative Law Judge hearing. |
| 05/28/20 | MO | 0.30 | Letter to Attorney Long re: need signed medical authorization and estate representative appointment document returned as soon as possible |
| 05/29/20 | DKL | 0.10 | Follow-up letter to claimant's counsel requesting medical authorization. |
| 05/29/20 | DKL | 0.10 | Receive and review Exhibit list in survivor's claim. |

Total Hours     1.20

2

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          June 19, 2020
46226 National Road                                    Invoice # 4498665
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.201
Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP
- Ohio County Coal Co.
JCN 2019016355 OP

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 533.50 |
| Attorney Costs | $ 8.40 |
| Current Total Due for Professional Services | $ 541.90 |
| **Total Due for Current Professional Services** | **$ 541.90** |

| | |
|---|---:|
| Previous Balance Owed | $ 10.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498665

Dinsmore & Shohl LLP
Client Number ⬜ 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392433 | 01/31/20 | $ 108.00 | $ 97.20 | $ 10.80 |
| | | Total Previous Outstanding Balance | | $ 10.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498665

Dinsmore & Shohl LLP
Client Number ⬙ 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 2.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.70 | $ 533.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 8.40 |
| | Total Attorney Costs | $8.40 |
| | Current Amount Due This Invoice | $541.90 |

1

June 19, 2020
Invoice # 4498665

Dinsmore & Shohl LLP
Client Number ◊ 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.30 | Prepare and send medical authorization with list of medical providers to Attorney Stultz for client signature. |
| 05/04/20 | DKL | 0.50 | Review evidence regarding submission per request for final hearing. |
| 05/14/20 | MO | 0.60 | Prepare medical records requests to healthcare providers. |
| 05/20/20 | MO | 0.70 | Update chronology with new medical records received from healthcare provider. |
| 05/21/20 | MO | 0.60 | Update chronology with additional medical records received from healthcare provider. |

Total Hours        2.70

2

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498666

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,697.00 |
| Attorney Costs | $ 33.60 |
| Current Total Due for Professional Services | $ 2,730.60 |
| **Total Due for Current Professional Services** | **$ 2,730.60** |

| | |
|---|---:|
| Previous Balance Owed | $ 5,184.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498666

Dinsmore & Shohl LLP
Client Number ‖ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392435 | 01/31/20 | $ 142.00 | $ 127.80 | $ 14.20 |
| 4434766 | 03/26/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4459122 | 04/17/20 | $ 1,465.20 | $ 0.00 | $ 1,465.20 |
| 4481050 | 05/26/20 | $ 3,685.00 | $ 0.00 | $ 3,685.00 |
| | | Total Previous Outstanding Balance | | $ 5,184.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498666

Dinsmore & Shohl LLP
Client Number ⫿ 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 3.10 |
| Mary R. Ontko | Paralegal | 9.70 |
| Total Hours / Fees | | 12.80 |

$ 2,697.00

### Summary of Current Attorney Costs Incurred

Photocopies                           $ 33.60

Total Attorney Costs                  $33.60

Current Amount Due This Invoice       $2,730.60

1

June 19, 2020
Invoice # 4498666

Dinsmore & Shohl LLP
Client Number  123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/01/20 | MO | 2.60 | Review medical records to prepare chronology to select records for expert review. |
| 05/01/20 | MO | 2.40 | Review State Occupational Pneumoconiosis claim file for documents to use for expert review. |
| 05/04/20 | MO | 2.10 | Continue preparing chronology of State Occupational Pneumoconiosis claim file documents in order to locate documents for expert review. |
| 05/05/20 | DKL | 0.60 | Review and analyze summary of medical records from State Occupational Pneumoconiosis claim regarding need for additional information to expert. |
| 05/05/20 | DKL | 0.30 | Review medical records summary regarding sending additional records to expert. |
| 05/05/20 | DKL | 0.30 | Review additional medical summary regarding additional information to expert witness. |
| 05/05/20 | MO | 2.40 | Complete chronology of State Occupational Pneumoconiosis documents to ascertain documents to send to expert. |
| 05/06/20 | DKL | 0.70 | Review summary of medical records from Hospital regarding providing additional information to expert. |
| 05/06/20 | DKL | 0.40 | Review additional medical records summary regarding providing additional information to expert. |
| 05/06/20 | DKL | 0.30 | Review medical records regarding providing further information to expert. |
| 05/06/20 | DKL | 0.50 | Review healthcare provider's medical records regarding providing further information for expert. |
| 05/29/20 | MO | 0.20 | Conference with Attorney Liberati re status of claim. |

Total Hours    12.80

2

# Dinsmore

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                           Invoice # 4498667
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 822.00 |
| Attorney Costs | $ 6.00 |
| Current Total Due for Professional Services | $ 828.00 |
| **Total Due for Current Professional Services** | **$ 828.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,445.96 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498667

Dinsmore & Shohl LLP
Client Number 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392437 | 01/31/20 | $ 937.10 | $ 843.39 | $ 93.71 |
| 4414193 | 02/27/20 | $ 3,291.00 | $ 2,961.90 | $ 329.10 |
| 4434767 | 03/26/20 | $ 205.00 | $ 184.50 | $ 20.50 |
| 4459125 | 04/17/20 | $ 544.15 | $ 0.00 | $ 544.15 |
| 4481051 | 05/26/20 | $ 458.50 | $ 0.00 | $ 458.50 |
| | | | Total Previous Outstanding Balance | $ 1,445.96 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498667

Dinsmore & Shohl LLP
Client Number ▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 822.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.00 | |
| | Total Attorney Costs | $6.00 |
| | Current Amount Due This Invoice | $828.00 |

1

June 19, 2020
Invoice # 4498667

Dinsmore & Shohl LLP
Client Number ⫿ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/07/20 | MO | 0.20 | Update chronology to include 05-05-2020 employer decision. |
| 05/11/20 | MO | 0.20 | Update chronology to include 05-05-2020 assignment of claim representative. |
| 05/11/20 | AMS | 0.30 | Begin drafting Board of Review appeal brief regarding Administrative Law Judge's 2/20/2020 Order. |
| 05/11/20 | AMS | 0.10 | Review 5/5/2020 Order closing claim. |
| 05/12/20 | MO | 0.40 | Update chronology to include new medical records received from client. |
| 05/12/20 | AMS | 0.70 | Continue drafting Board of Review brief regarding Administrative Law Judge's 2/20/2020 Order. |
| 05/13/20 | MO | 0.20 | Update chronology to include Employer's 05-13-2020 appeal brief to the Board of Review. |
| 05/13/20 | AMS | 0.30 | Finalize Board of Review brief regarding Administrative Law Judge's 2/20/2020 Order. |
| 05/13/20 | WER | 0.30 | Review and analyze Employer's Brief. |
| 05/14/20 | AMS | 0.30 | Review updated medical information from physician's office. |
| 05/14/20 | AMS | 0.10 | Confer with client regarding referral to pain management. |
| 05/18/20 | MO | 0.20 | Update chronology to include 05-14-2020 employer decision. |
| 05/18/20 | AMS | 0.10 | Review 4/14/2020 Order authorizing pain clinic evaluation. |

Total Hours        3.40

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          June 19, 2020
46226 National Road                                   Invoice # 4498668
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.205
Matter: WC Claim No. 2019022877-OP: David E. Giles DOI:
01/22/17 Ohio County Coal Co.

---

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 57.65 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498668

Dinsmore & Shohl LLP
Client Number ▯ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392443 | 01/31/20 | $ 235.50 | $ 211.95 | $ 23.55 |
| 4414201 | 02/27/20 | $ 341.00 | $ 306.90 | $ 34.10 |
| | | Total Previous Outstanding Balance | | $ 57.65 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498668

Dinsmore & Shohl LLP
Client Number ⬜ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice                    $46.50

1

June 19, 2020
Invoice # 4498668

Dinsmore & Shohl LLP
Client Number ▯ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | MO | 0.30 | Prepare and send medical authorization with list of medical providers to Attorney Stultz for Claimant signature. |

| | Total Hours | 0.30 |
|--|--|--|

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      June 19, 2020
46226 National Road                                                 Invoice # 4498672
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.209
Matter: Gary Kota: WC Claim No. 2020002459-OP DOI:
01/01/2017 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 930.00 |
| Attorney Costs | $ 154.00 |
| Current Total Due for Professional Services | $ 1,084.00 |
| **Total Due for Current Professional Services** | **$ 1,084.00** |

Previous Balance Owed                                                       $ 300.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498672

Dinsmore & Shohl LLP
Client Number ⏺ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409080 | 01/31/20 | $ 35.50 | $ 31.95 | $ 3.55 |
| 4414252 | 02/27/20 | $ 648.50 | $ 583.65 | $ 64.85 |
| 4481054 | 05/26/20 | $ 232.50 | $ 0.00 | $ 232.50 |
| | | Total Previous Outstanding Balance | | $ 300.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498672

Dinsmore & Shohl LLP
Client Number ‖ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 6.00 | |
| | Total Hours / Fees | 6.00 | $ 930.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 21.15 |
| Medical Records | $ 132.85 |
| Total Attorney Costs | $154.00 |
| Current Amount Due This Invoice | $1,084.00 |

1

June 19, 2020
Invoice # 4498672

Dinsmore & Shohl LLP
Client Number ⬜ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 05/06/20 | MO | 2.80 | Update chronology to include new medical records. |
| 05/14/20 | MO | 0.50 | Update chronology with additional medical records. |
| 05/21/20 | MO | 1.20 | Begin to update chronology with new medical records. |
| 05/21/20 | MO | 1.50 | Complete update of chronology with new medical records. |

Total Hours    6.00

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                        Invoice # 4498673
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 547.00 |
| Attorney Costs | $ 9.00 |
| Current Total Due for Professional Services | $ 556.00 |
| **Total Due for Current Professional Services** | **$ 556.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,992.57 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498673

Dinsmore & Shohl LLP
Client Number ⧠ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 27.45 | $ 3.05 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 3,214.44 | $ 357.16 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 2,293.79 | $ 254.86 |
| 4459127 | 04/17/20 | $ 893.50 | $ 0.00 | $ 893.50 |
| 4481055 | 05/26/20 | $ 484.00 | $ 0.00 | $ 484.00 |
| | | Total Previous Outstanding Balance | | $ 1,992.57 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498673

Dinsmore & Shohl LLP
Client Number ⏐ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 3.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 547.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 9.00 |
| Total Attorney Costs | $9.00 |
| Current Amount Due This Invoice | $556.00 |

1

June 19, 2020
Invoice # 4498673

Dinsmore & Shohl LLP
Client Number ⬜ 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/07/20 | MO | 0.20 | Update chronology to include 05-04-2020 employer decision. |
| 05/07/20 | MO | 0.50 | Review documents on client's website for documents to support the 05-04-2020 claim. |
| 05/08/20 | MO | 0.80 | Update chronology with new medical records from client website. |
| 05/11/20 | AMS | 0.10 | Review 5/4/2020 order authorizing work conditioning. |
| 05/14/20 | AMS | 0.10 | Review 5/12/2020 Order. |
| 05/15/20 | MO | 0.20 | Update chronology to include 05-12-2020 letter to Claimant regarding benefits. |
| 05/18/20 | MO | 0.40 | Review client's website for new medical records. |
| 05/18/20 | MO | 1.10 | Update chronology with new medical records from client's website. |

Total Hours    3.40



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498675

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 127.50 |
| Attorney Costs | $ 16.05 |
| Current Total Due for Professional Services | $ 143.55 |
| **Total Due for Current Professional Services** | **$ 143.55** |

Previous Balance Owed                                                    $ 1,834.69
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498675

Dinsmore & Shohl LLP
Client Number 0 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409082 | 01/31/20 | $ 951.50 | $ 856.35 | $ 95.15 |
| 4414208 | 02/27/20 | $ 256.00 | $ 230.40 | $ 25.60 |
| 4434773 | 03/26/20 | $ 1,474.40 | $ 1,326.96 | $ 147.44 |
| 4459133 | 04/17/20 | $ 463.00 | $ 0.00 | $ 463.00 |
| 4481058 | 05/26/20 | $ 1,103.50 | $ 0.00 | $ 1,103.50 |
| | | Total Previous Outstanding Balance | | $ 1,834.69 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498675

Dinsmore & Shohl LLP
Client Number  123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.50 | $ 127.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 16.05 | |
| Total Attorney Costs | | $16.05 |
| Current Amount Due This Invoice | | $143.55 |

1

June 19, 2020
Invoice # 4498675

Dinsmore & Shohl LLP
Client Number  123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | AMS | 0.40 | Review updated medical records from physician's office and message from Mr. Yost. |
| 05/01/20 | AMS | 0.10 | Review updated medical records. |

| | | |
|---|---|---|
| Total Hours | 0.50 | |

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498676

Billing Attorney - William E Robinson

Client Number - 123837.219
Matter: Henry, Robert: WC Claim No. 2019020260 DOI:
03/22/2019 Marshall County Coal Co.

---

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 51.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 51.00 |
| **Total Due for Current Professional Services** | **$ 51.00** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,659.50 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498676

Dinsmore & Shohl LLP
Client Number ▯ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414262 | 02/27/20 | $ 1,018.00 | $ 916.20 | $ 101.80 |
| 4434776 | 03/26/20 | $ 1,529.00 | $ 1,376.10 | $ 152.90 |
| 4459135 | 04/17/20 | $ 1,096.80 | $ 0.00 | $ 1,096.80 |
| 4481059 | 05/26/20 | $ 308.00 | $ 0.00 | $ 308.00 |
| | | Total Previous Outstanding Balance | | $ 1,659.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498676

Dinsmore & Shohl LLP
Client Number ‖ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.20 | $ 51.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $51.00 |

1

June 19, 2020
Invoice # 4498676

Dinsmore & Shohl LLP
Client Number ▯ 123837.219
**Matter: Henry, Robert: WC Claim No. 2019020260 DOI: 03/22/2019 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | AMS | 0.10 | Review information received from client regarding continuing therapy. |
| 05/01/20 | AMS | 0.10 | Confer with client regarding review of his information regarding continuing therapy. |

|  | Total Hours | 0.20 |
|--|-------------|------|

2



CALIFORNIA ⏋ COLORADO ⏋ CONNECTICUT
FLORIDA ⏋ GEORGIA ⏌ ILLINOIS ⏋ KENTUCKY
MASSACHUSETTS ⏋ MICHIGAN ⏋ OHIO
PENNSYLVANIA ⏋ WASHINGTON, D.C. ⏋ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498679

Billing Attorney - William E Robinson

Client Number - 123837.221
Matter: Pelkowski, Richard - DOI: 01/10/2005 -
2BXPM-2018058 - Marshall County Coal Co.
2BXPM-2018058

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 247.00 |
| Attorney Costs | $ 125.45 |
| Current Total Due for Professional Services | $ 372.45 |
| **Total Due for Current Professional Services** | **$ 372.45** |

| | |
|---|---:|
| Previous Balance Owed <br> (see outstanding invoice listing attached) | $ 170.39 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498679

Dinsmore & Shohl LLP
Client Number ⬜ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414265 | 02/27/20 | $ 620.90 | $ 558.81 | $ 62.09 |
| 4459136 | 04/17/20 | $ 38.80 | $ 0.00 | $ 38.80 |
| 4481060 | 05/26/20 | $ 69.50 | $ 0.00 | $ 69.50 |
| | | | Total Previous Outstanding Balance | $ 170.39 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498679

Dinsmore & Shohl LLP
Client Number ▯ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 1.00 | $ 247.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 0.45 |
| Expert Fees | | $ 125.00 |
| | Total Attorney Costs | $125.45 |
| | Current Amount Due This Invoice | $372.45 |

1

June 19, 2020
Invoice # 4498679

Dinsmore & Shohl LLP
Client Number ▯ 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/07/20 | DKL | 0.10 | Review B-reading from physician's office. |
| 05/07/20 | DKL | 0.10 | Letter to H. Long with B-reading. |
| 05/07/20 | DKL | 0.20 | Letter to expert with evidence requesting opinion. |
| 05/07/20 | MO | 0.30 | Prepare letter to Attorney Long with B-reading. |
| 05/07/20 | MO | 0.30 | Revise letter to physician's office with documents for review to include B-reading. |

Total Hours      1.00

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                              June 19, 2020
46226 National Road                                              Invoice # 4498683
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,001.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,001.00 |
| **Total Due for Current Professional Services** | **$ 1,001.00** |

Previous Balance Owed                                              $ 180.05
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314           Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498683

Dinsmore & Shohl LLP
Client Number □ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414270 | 02/27/20 | $ 601.00 | $ 540.90 | $ 60.10 |
| 4434779 | 03/26/20 | $ 504.55 | $ 454.10 | $ 50.45 |
| 4459138 | 04/17/20 | $ 69.50 | $ 0.00 | $ 69.50 |
| | | Total Previous Outstanding Balance | | $ 180.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498683

Dinsmore & Shohl LLP
Client Number ▯ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.60 | |
| | Total Hours / Fees | 2.60 | $ 1,001.00 |
| | Current Amount Due This Invoice | | $1,001.00 |

1

June 19, 2020
Invoice # 4498683

Dinsmore & Shohl LLP
Client Number ▯ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | DKL | 0.10 | Emails with M. Ontko regarding date of switch of location of Blacksville #2 portal. |
| 05/04/20 | DKL | 0.50 | Review evidence on non-medical issue under protest work in Pennsylvania, not West Virginia. |
| 05/04/20 | DKL | 0.40 | Draft Affidavit for work record of Claimant in Pennsylvania. |
| 05/11/20 | DKL | 1.20 | Draft Closing Argument. |
| 05/13/20 | DKL | 0.40 | Revisions to Closing Argument. |

Total Hours    2.60

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                      June 19, 2020
46226 National Road                                          Invoice # 4498684
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.50 |
| Attorney Costs | $ 24.15 |
| Current Total Due for Professional Services | $ 101.65 |
| **Total Due for Current Professional Services** | **$ 101.65** |

Previous Balance Owed                                          $ 1,185.24
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314            Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498684

Dinsmore & Shohl LLP
Client Number ▯ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4455982 | 03/26/20 | $ 4,527.90 | $ 4,075.11 | $ 452.79 |
| 4459139 | 04/17/20 | $ 247.45 | $ 0.00 | $ 247.45 |
| 4481062 | 05/26/20 | $ 485.00 | $ 0.00 | $ 485.00 |
| | | | Total Previous Outstanding Balance | $ 1,185.24 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498684

Dinsmore & Shohl LLP
Client Number 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 0.50 | $ 77.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 10.50 |
| Medical Records | $ 13.65 |
| Total Attorney Costs | $24.15 |
| Current Amount Due This Invoice | $101.65 |

1

June 19, 2020
Invoice # 4498684

Dinsmore & Shohl LLP
Client Number Ⅱ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/21/20 | MO | 0.50 | Compare new medical records received from Hospital with records already received. |

| | Total Hours | 0.50 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498685

Billing Attorney - William E Robinson

Client Number - 123837.226
Matter: Hawkinberry, Robert - DOI: 01/01/1983 -
2NG2B-2014356 - Monongalia County Coal Co.
2NG2B-2014356

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 477.31 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498685

Dinsmore & Shohl LLP
Client Number ▯ 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4455983 | 03/26/20 | $ 538.15 | $ 484.34 | $ 53.81 |
| 4459140 | 04/17/20 | $ 423.50 | $ 0.00 | $ 423.50 |
| | | Total Previous Outstanding Balance | | $ 477.31 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498685

Dinsmore & Shohl LLP
Client Number ▯ 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice   $77.00

1

June 19, 2020
Invoice # 4498685

Dinsmore & Shohl LLP
Client Number ▯ 123837.226
**Matter: Hawkinberry, Robert - DOI: 01/01/1983 - 2NG2B-2014356 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/13/20 | DKL | 0.10 | Letter from Claimant's counsel regarding status of claim. |
| 05/13/20 | DKL | 0.10 | Respond to Claimant's counsel regarding status of appeal of Proposed Decision and Order. |

| | | |
|---|---|---|
| Total Hours | 0.20 | |

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                              Invoice # 4498686
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.227
Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI:
12/31/2012  Marshall County Coal Company
2013017058 OP

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 550.00 |
| Attorney Costs | $ 70.94 |
| Current Total Due for Professional Services | $ 620.94 |
| **Total Due for Current Professional Services** | **$ 620.94** |

Previous Balance Owed                                                  $ 517.23
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498686

Dinsmore & Shohl LLP
Client Number ᴵ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434783 | 03/26/20 | $ 2,984.35 | $ 2,684.12 | $ 300.23 |
| 4481063 | 05/26/20 | $ 217.00 | $ 0.00 | $ 217.00 |
| | | Total Previous Outstanding Balance | | $ 517.23 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498686

Dinsmore & Shohl LLP
Client Number ⬚ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 3.30 | |
| | Total Hours / Fees | 3.40 | $ 550.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 2.10 |
| Medical Records | $ 68.84 |
| Total Attorney Costs | $70.94 |
| Current Amount Due This Invoice | $620.94 |

1

June 19, 2020
Invoice # 4498686

Dinsmore & Shohl LLP
Client Number ⬚ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/06/20 | MO | 0.50 | Review new medical records received. |
| 05/06/20 | MO | 0.20 | Email to client regarding Federal black lung claim file available for Claimant. |
| 05/06/20 | MO | 2.40 | Update chronology with new records. |
| 05/27/20 | MO | 0.20 | Update chronology to include 05-21-2020 Claimant's Request for Extension of Time Frame. |
| 05/27/20 | DKL | 0.10 | Review claimant's request for extension of time to file evidence. |

Total Hours     3.40

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                        June 19, 2020
46226 National Road                                             Invoice # 4498687
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.228
Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP;
DOI: 12/28/2014; Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 403.00 |
| Attorney Costs | $ 307.60 |
| Current Total Due for Professional Services | $ 710.60 |
| **Total Due for Current Professional Services** | **$ 710.60** |

| | |
|---|---:|
| Previous Balance Owed | $ 142.30 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498687

Dinsmore & Shohl LLP
Client Number ▯ 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434785 | 03/26/20 | $ 958.00 | $ 862.20 | $ 95.80 |
| 4481064 | 05/26/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | | Total Previous Outstanding Balance | $ 142.30 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498687

Dinsmore & Shohl LLP
Client Number � 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.60 | |
| | Total Hours / Fees | 2.60 | $ 403.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 87.60 |
| Medical Records | $ 220.00 |
| Total Attorney Costs | $307.60 |
| Current Amount Due This Invoice | $710.60 |

1

June 19, 2020
Invoice # 4498687

Dinsmore & Shohl LLP
Client Number ❑ 123837.228

**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/26/20 | MO | 1.00 | Begin to update chronology with new medical records. |
| 05/26/20 | MO | 1.60 | Complete update of chronology with new medical records. |

| | | |
|---|---|---|
| Total Hours | 2.60 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498699

Billing Attorney - William E Robinson

Client Number - 123837.233
Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 -
Marshall County Coal Co.
2008024293

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 41.25 |
| Current Total Due for Professional Services | $ 41.25 |
| **Total Due for Current Professional Services** | **$ 41.25** |

Previous Balance Owed                                                    $ 9,038.40
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498699

Dinsmore & Shohl LLP
Client Number ⫿ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459145 | 04/17/20 | $ 4,983.90 | $ 0.00 | $ 4,983.90 |
| 4481068 | 05/26/20 | $ 4,054.50 | $ 0.00 | $ 4,054.50 |
| | | Total Previous Outstanding Balance | | $ 9,038.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498699

Dinsmore & Shohl LLP
Client Number 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 41.25 | |
| Total Attorney Costs | | $41.25 |
| Current Amount Due This Invoice | | $41.25 |

1

June 19, 2020
Invoice # 4498699

Dinsmore & Shohl LLP
Client Number ⬜ 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      | Total Hours | 0.00 |            |

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                          June 19, 2020
46226 National Road                                          Invoice # 4498692
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.238
Matter: Jones, John L. WC Claim No.: 2020010417; DOI:
10-16-2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,608.50 |
| Attorney Costs | $ 95.25 |
| Current Total Due for Professional Services | $ 1,703.75 |
| **Total Due for Current Professional Services** | **$ 1,703.75** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 4,911.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498692

Dinsmore & Shohl LLP
Client Number ⬜ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459205 | 04/17/20 | $ 2,700.00 | $ 0.00 | $ 2,700.00 |
| 4510387 | 06/01/20 | $ 2,211.80 | $ 0.00 | $ 2,211.80 |
| | | Total Previous Outstanding Balance | | $ 4,911.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498692

Dinsmore & Shohl LLP
Client Number ⏷ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 5.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.70 | $ 1,608.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 77.10 |
| Medical Records | $ 18.15 |
| Total Attorney Costs | $95.25 |
| Current Amount Due This Invoice | $1,703.75 |

1

June 19, 2020
Invoice # 4498692

Dinsmore & Shohl LLP
Client Number ⬛ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/01/20 | AMS | 0.70 | Continue drafting Closing Argument in support of 03-05-2020 Order. |
| 05/05/20 | AMS | 0.90 | Continue drafting Closing Argument in support of 03-05-2020 Order. |
| 05/07/20 | MO | 0.20 | Update chronology to include 05-07-2020 Employer's Closing Argument. |
| 05/07/20 | AMS | 0.50 | Finalize Closing Argument in support of 05-05-2020 Order. |
| 05/07/20 | WER | 0.20 | Review and analyze Employer⬛s Closing Argument. |
| 05/12/20 | AMS | 0.10 | Identify additional evidence needed to file in support of 02-10-2020 Order. |
| 05/13/20 | AMS | 1.20 | Prepare for deposition of Claimant. |
| 05/18/20 | MO | 0.30 | Prepare medical records request. |
| 05/18/20 | AMS | 0.70 | Attend depositions of Claimant. |
| 05/19/20 | MO | 0.30 | Prepare medical records request to Health Center. |
| 05/26/20 | MO | 0.20 | Update chronology to include 05-14-2020 Order Extending Time Frame regarding Claim Order dated 02-10-2020. |
| 05/29/20 | AMS | 0.90 | Identify evidence to file in support of 02-10-2020 Order. |
| 05/29/20 | MO | 0.50 | Update chronology to include 05-26-2020 Claimant's evidence regarding Claim Order dated 02-10-2020. |

Total Hours     6.70



CALIFORNIA ⟧ COLORADO ⟧ CONNECTICUT
FLORIDA ⟧ GEORGIA ⟧ ILLINOIS ⟦ KENTUCKY
MASSACHUSETTS ⟧ MICHIGAN ⟧ OHIO
PENNSYLVANIA ⟧ WASHINGTON, D.C. ⟧ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                        June 19, 2020
46226 National Road                                          Invoice # 4498701
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.240
Matter: Campbell, Mark   WC Claim No.: 2019023299-OP;
DOI: 09/16/2016; Ohio Countyt Coal Company

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,676.50 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498701

Dinsmore & Shohl LLP
Client Number 123837.240
**Matter: Campbell, Mark   WC Claim No.: 2019023299-OP; DOI: 09/16/2016; Ohio Countyt Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481105 | 05/26/20 | $ 1,676.50 | $ 0.00 | $ 1,676.50 |
| | | Total Previous Outstanding Balance | | $ 1,676.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498701

Dinsmore & Shohl LLP
Client Number ⃞ 123837.240
**Matter: Campbell, Mark   WC Claim No.: 2019023299-OP; DOI: 09/16/2016; Ohio Countyt Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 69.50 |

Current Amount Due This Invoice                $69.50

1

June 19, 2020
Invoice # 4498701

Dinsmore & Shohl LLP
Client Number ⫽ 123837.240
**Matter: Campbell, Mark   WC Claim No.: 2019023299-OP; DOI: 09/16/2016; Ohio Countyt Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/20 | DKL | 0.10 | Review Time Frame Order. |
| 05/11/20 | MO | 0.20 | Update chronology to include 05-04-2020 Time Frame Order. |

| Total Hours | 0.30 |
|-------------|------|

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498702

Billing Attorney - William E Robinson

Client Number - 123837.241
Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI,
DOI: 9/15/2018, Marion County Coal Company

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 951.00 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498702

Dinsmore & Shohl LLP
Client Number ▯ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481106 | 05/26/20 | $ 951.00 | $ 0.00 | $ 951.00 |
| | | Total Previous Outstanding Balance | | $ 951.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498702

Dinsmore & Shohl LLP
Client Number ‖ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice  $56.50

1

June 19, 2020
Invoice # 4498702

Dinsmore & Shohl LLP
Client Number ▯ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | MO | 0.20 | Update chronology to include 04-28-2020 Time Frame Order. |
| 05/12/20 | AMS | 0.10 | Identify additional evidence needed to file in support of 03-26-2020 Order. |

Total Hours   0.30



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      June 19, 2020
46226 National Road                                          Invoice # 4498704
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.242
Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP,
DOI: 01/02/2019, Marshall County Coal Company

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,161.50 |
| Attorney Costs | $ 296.10 |
| Current Total Due for Professional Services | $ 2,457.60 |
| **Total Due for Current Professional Services** | **$ 2,457.60** |

| | |
|---|---:|
| Previous Balance Owed | $ 969.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498704

Dinsmore & Shohl LLP
Client Number ⬚ 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal
Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481107 | 05/26/20 | $ 969.50 | $ 0.00 | $ 969.50 |
| | | Total Previous Outstanding Balance | | $ 969.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498704

Dinsmore & Shohl LLP
Client Number ⏽ 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal
Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 13.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 13.50 | $ 2,161.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 67.20 | |
| Medical Records | $ 228.90 | |
| | Total Attorney Costs | $296.10 |
| | Current Amount Due This Invoice | $2,457.60 |

1

June 19, 2020
Invoice # 4498704

Dinsmore & Shohl LLP
Client Number 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | MO | 1.10 | Prepare medical records requests to various healthcare providers. |
| 05/04/20 | MO | 0.20 | Update chronology to include 04-28-2020 Time Frame Order. |
| 05/04/20 | DKL | 0.10 | Review automatic Time Frame Order. |
| 05/07/20 | MO | 0.40 | Update chronology to include 05-04-2020 Claimant's evidence regarding Claim Order dated 02-07-2020. |
| 05/08/20 | MO | 1.80 | Update chronology to include new medical records. |
| 05/08/20 | DKL | 0.20 | Review medical evidence submitted by Claimant. |
| 05/14/20 | MO | 2.60 | Begin update of chronology with additional medical records. |
| 05/15/20 | MO | 0.90 | Prepare medical records requests to various healthcare providers. |
| 05/15/20 | MO | 3.60 | Continue to update chronology with new medical records. |
| 05/15/20 | MO | 0.80 | Complete update of chronology with new medical records. |
| 05/18/20 | MO | 0.30 | Prepare second request for medical records to healthcare providers. |
| 05/20/20 | MO | 0.90 | Update chronology with new medical records. |
| 05/20/20 | MO | 0.60 | Update chronology with additional medical records. |

Total Hours    13.50



CALIFORNIA COLORADO CONNECTICUT
FLORIDA GEORGIA ILLINOIS KENTUCKY
MASSACHUSETTS MICHIGAN OHIO
PENNSYLVANIA WASHINGTON, D.C. WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      June 19, 2020
46226 National Road                                     Invoice # 4498705
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.243
Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP,
DOI: 01/02/2019, Harrison County Coal Company

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 619.50 |
| Attorney Costs | $ 136.88 |
| Current Total Due for Professional Services | $ 756.38 |
| **Total Due for Current Professional Services** | **$ 756.38** |

Previous Balance Owed                                             $ 1,247.50
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498705

Dinsmore & Shohl LLP
Client Number ☐ 123837.243
**Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP, DOI: 01/02/2019, Harrison County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481108 | 05/26/20 | $ 1,247.50 | $ 0.00 | $ 1,247.50 |
| | | Total Previous Outstanding Balance | | $ 1,247.50 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498705

Dinsmore & Shohl LLP
Client Number [] 123837.243
**Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP, DOI: 01/02/2019, Harrison County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 3.70 | $ 619.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 39.00 | |
| Medical Records | $ 97.88 | |
| Total Attorney Costs | | $136.88 |
| Current Amount Due This Invoice | | $756.38 |

1

June 19, 2020
Invoice # 4498705

Dinsmore & Shohl LLP
Client Number ▯ 123837.243
**Matter: Courtney, Donald M. WC Claim No.: 2020001809-OP, DOI: 01/02/2019, Harrison County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/06/20 | DKL | 0.10 | Review correspondence with Claimant's counsel regarding status of protest. |
| 05/11/20 | DKL | 0.10 | Review Time Frame Order. |
| 05/11/20 | MO | 0.20 | Update chronology to include 05-04-2020 Time Frame Order. |
| 05/11/20 | MO | 0.90 | Prepare medical records requests to various healthcare providers. |
| 05/11/20 | MO | 0.80 | Update chronology with new medical records. |
| 05/20/20 | MO | 0.50 | Update chronology with additional medical records. |
| 05/20/20 | MO | 1.10 | Update chronology with new medical records. |

Total Hours      3.70

2



CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    June 19, 2020
46226 National Road                                        Invoice # 4498709
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.244
Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP;
DOI:7-1-2010 The Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,379.00 |
| Attorney Costs | $ 0.60 |
| Current Total Due for Professional Services | $ 1,379.60 |
| **Total Due for Current Professional Services** | **$ 1,379.60** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498709

Dinsmore & Shohl LLP
Client Number ‖ 123837.244

**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.80 | |
| | Partner | | |
| William E Robinson | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 4.10 | |
| | Paralegal | | |
| Total Hours / Fees | | 6.00 | $ 1,379.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.60 | |
| Total Attorney Costs | | $0.60 |
| Current Amount Due This Invoice | | $1,379.60 |

June 19, 2020
Invoice # 4498709

Dinsmore & Shohl LLP
Client Number ‖ 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/05/20 | DKL | 0.10 | File and serve Notice of Appearance. |
| 05/05/20 | DKL | 0.60 | Initial review of claim file from client. |
| 05/06/20 | DKL | 0.50 | Draft Initial Litigation Evaluation. |
| 05/11/20 | DKL | 0.20 | Final revisions to Initial Litigation Evaluation. |
| 05/11/20 | DKL | 0.30 | Review, analyze, and select evidence for submission in defense of order in litigation. |
| 05/11/20 | MO | 2.90 | Prepare chronology from review of claim file documents. |
| 05/12/20 | MO | 0.30 | Review client's website for 2015 Occupational Pneumoconiosis Board Findings. |
| 05/13/20 | DKL | 0.10 | Review and analyze Occupational Pneumoconiosis Board testing from 02-05-15. |
| 05/13/20 | WER | 0.10 | Review and analyze initial case evaluation. |
| 05/14/20 | MO | 0.90 | Prepare medical records requests to various physician offices. |

Total Hours        6.00

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                        June 19, 2020
46226 National Road                                          Invoice # 4498710
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.245
Matter: Marling, Tim WC Claim No.: 2020010344; DOI:
10/13/2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,934.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,934.50 |
| **Total Due for Current Professional Services** | **$ 2,934.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498710

Dinsmore & Shohl LLP
Client Number ⬜ 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 4.00 | |
| Mary R. Ontko | Paralegal | 11.70 | |
| | Total Hours / Fees | 15.90 | $ 2,934.50 |
| | Current Amount Due This Invoice | | $2,934.50 |

June 19, 2020
Invoice # 4498710

Dinsmore & Shohl LLP
Client Number  123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/13/20 | MO | 0.40 | Prepare Employer's Notice of Appearance to Office of Judges with letter filing same. |
| 05/14/20 | AMS | 1.70 | Review file received from client. |
| 05/15/20 | AMS | 1.10 | Draft Initial Litigation Evaluation. |
| 05/18/20 | MO | 0.30 | Prepare letter to Attorney Wallace with medical authorization and provider list for signature by client. |
| 05/18/20 | MO | 1.80 | Begin preparation of chronology from claim file documents. |
| 05/18/20 | MO | 1.20 | Continue to prepare chronology from claim file documents. |
| 05/19/20 | MO | 2.60 | Continue to prepare chronology from claim file documents. |
| 05/19/20 | MO | 2.80 | Complete chronology from review of claim file documents. |
| 05/19/20 | MO | 0.60 | Update chronology with new IME report and addendum report. |
| 05/19/20 | AMS | 0.30 | Review 5/13/2020 IME report and 5/13/2020 IME addendum. |
| 05/19/20 | AMS | 0.70 | Finish drafting Initial Litigation Evaluation. |
| 05/19/20 | WER | 0.20 | Review and analyze Initial Litigation Evaluation. |
| 05/20/20 | MO | 0.80 | Prepare subpoenas for medical records from various healthcare facilities. |
| 05/21/20 | MO | 0.20 | Update chronology to include 05-19-2020 employer decision. |
| 05/26/20 | AMS | 0.10 | Review 5/19/2020 Order. |
| 05/26/20 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to 3/6/2020 Order. |
| 05/27/20 | MO | 0.20 | Update chronology to include 05-22-2020 Claimant's evidence submission re: claim order dated 03-06-2020. |
| 05/29/20 | MO | 0.50 | Review claim file for out of state medical providers. |
| 05/29/20 | MO | 0.30 | Prepare medical records request to healthcare providers. |

Total Hours    15.90

Black Lung Bills



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                                June 19, 2020
46226 National Road                                                          Invoice # 4498746
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.169
Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 -
Monongalia County Coal Co.
2019-BLA-05710

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 346.50 |
| Attorney Costs | $ 15.30 |
| Current Total Due for Professional Services | $ 361.80 |
| **Total Due for Current Professional Services** | **$ 361.80** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 453.72 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498746

Dinsmore & Shohl LLP
Client Number ‖ 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392513 | 01/31/20 | $ 2,718.70 | $ 2,446.83 | $ 271.87 |
| 4434820 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459255 | 04/17/20 | $ 178.00 | $ 0.00 | $ 178.00 |
| | | | Total Previous Outstanding Balance | $ 453.72 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498746

Dinsmore & Shohl LLP
Client Number 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.90 |
| | Partner | |
| | Total Hours / Fees | 0.90 | $ 346.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 15.30 |
| Total Attorney Costs | $15.30 |
| Current Amount Due This Invoice | $361.80 |

1

June 19, 2020
Invoice # 4498746

Dinsmore & Shohl LLP
Client Number 123837.169
**Matter: McDougal, Donnie - 6/26/2013 - 2019-BLA-05710 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/08/20 | DKL | 0.20 | Review list of Director's Exhibits to select further evidence for review in modification of claim. |
| 05/13/20 | DKL | 0.60 | Review and analyze Director's Exhibits regarding Claimant's appeal of Denial for Modification. |
| 05/14/20 | DKL | 0.10 | Review correspondence regarding Director's Exhibits. |

Total Hours   0.90

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498721

Billing Attorney - William E Robinson

Client Number - 123837.170
Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 -
Monongalia County Coal Co.
2018-BLA-06132

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 6.45 |
| Current Total Due for Professional Services | $ 44.95 |
| **Total Due for Current Professional Services** | **$ 44.95** |

| | |
|---|---|
| Previous Balance Owed | $ 277.20 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498721

Dinsmore & Shohl LLP
Client Number ▯ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434799 | 03/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4459225 | 04/17/20 | $ 154.00 | $ 0.00 | $ 154.00 |
| 4481116 | 05/26/20 | $ 115.50 | $ 0.00 | $ 115.50 |
| | | | Total Previous Outstanding Balance | $ 277.20 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498721

Dinsmore & Shohl LLP
Client Number ‖ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.45 | |
| Total Attorney Costs | | $6.45 |
| Current Amount Due This Invoice | | $44.95 |

1

June 19, 2020
Invoice # 4498721

Dinsmore & Shohl LLP
Client Number ⬜ 123837.170
**Matter: Moorehead, Jerry - 9/1/2010 - 2018-BLA-06132 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/14/20 | DKL | 0.10 | Review correspondence regarding Director's Exhibits. |

| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                          Invoice # 4498726
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 8.25 |
| Current Total Due for Professional Services | $ 8.25 |
| **Total Due for Current Professional Services** | **$ 8.25** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 1,258.80 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498726

Dinsmore & Shohl LLP
Client Number ⬤ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392490 | 01/31/20 | $ 5,163.50 | $ 4,647.15 | $ 516.35 |
| 4414325 | 02/27/20 | $ 1,508.21 | $ 1,357.38 | $ 150.83 |
| 4434810 | 03/26/20 | $ 1,470.25 | $ 1,323.23 | $ 147.02 |
| 4459239 | 04/17/20 | $ 367.60 | $ 0.00 | $ 367.60 |
| 4481123 | 05/26/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | | Total Previous Outstanding Balance | $ 1,258.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498726

Dinsmore & Shohl LLP
Client Number ‖ 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 8.25 |
| Total Attorney Costs | | $8.25 |
| Current Amount Due This Invoice | | $8.25 |

1

June 19, 2020
Invoice # 4498726

Dinsmore & Shohl LLP
Client Number  123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |           |       |             |

Total Hours    0.00

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                         Invoice # 4498727
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 535.96 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314       Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498727

Dinsmore & Shohl LLP
Client Number ⬜ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392492 | 01/31/20 | $ 1,144.00 | $ 1,029.60 | $ 114.40 |
| 4414326 | 02/27/20 | $ 742.95 | $ 668.65 | $ 74.30 |
| 4434811 | 03/26/20 | $ 227.15 | $ 204.44 | $ 22.71 |
| 4459240 | 04/17/20 | $ 247.55 | $ 0.00 | $ 247.55 |
| 4481124 | 05/26/20 | $ 77.00 | $ 0.00 | $ 77.00 |
|  |  | Total Previous Outstanding Balance |  | $ 535.96 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498727

Dinsmore & Shohl LLP
Client Number ⸗ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Total Hours / Fees | | 0.20 | $ 77.00 |

Current Amount Due This Invoice $77.00

1

June 19, 2020
Invoice # 4498727

Dinsmore & Shohl LLP
Client Number 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/14/20 | DKL | 0.10 | Review correspondence from Administrative Law Judge regarding future service in case due to COVID-19. |
| 05/15/20 | DKL | 0.10 | Review Supplemental Order regarding attorney fees. |

| | | |
|--|--|--|
| Total Hours | 0.20 | |

2

# Dinsmôre

CALIFORNIA ] COLORADO ] CONNECTICUT
FLORIDA ] GEORGIA ] ILLINOIS [ KENTUCKY
MASSACHUSETTS ] MICHIGAN ] OHIO
PENNSYLVANIA ] WASHINGTON, D.C. ] WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498748

Billing Attorney - William E Robinson

Client Number - 123837.180
Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion
County Coal Co.
2016-BLA-05787

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 575.00 |
| Attorney Costs | $ 7.80 |
| Current Total Due for Professional Services | $ 582.80 |
| **Total Due for Current Professional Services** | **$ 582.80** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498748

Dinsmore & Shohl LLP
Client Number ⬚ 123837.180
**Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 1.40 | $ 575.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 7.80 | |
| | Total Attorney Costs | $7.80 |
| | Current Amount Due This Invoice | $582.80 |

June 19, 2020
Invoice # 4498748

Dinsmore & Shohl LLP
Client Number ⬜ 123837.180
**Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/15/20 | DKL | 0.40 | Detailed review of Administrative Law Judge Decision awarding benefits - reversing prior Order. |
| 05/18/20 | DKL | 0.50 | Detailed letter to E. Dean and B. Vinskovich with Administrative Law Judge Decision awarding benefits. |
| 05/19/20 | DKL | 0.20 | Revise detailed letter to E. Dean regarding appeal of Administrative Law Judge Decision. |
| 05/21/20 | WER | 0.30 | Review and analyze 5/14/20 Decision and Order. |

Total Hours    1.40

# Dinsmôre

CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498751

Billing Attorney - William E Robinson

Client Number - 123837.182
Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 -
Monongalia County Coal Co.
2018-BLA-05476

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 12.75 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498751

Dinsmore & Shohl LLP
Client Number ⏀ 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414348 | 02/27/20 | $ 127.50 | $ 114.75 | $ 12.75 |
| | | Total Previous Outstanding Balance | | $ 12.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498751

Dinsmore & Shohl LLP
Client Number ⬚ 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

June 19, 2020
Invoice # 4498751

Dinsmore & Shohl LLP
Client Number ‖ 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/27/20 | DKL | 0.10 | Review follow-up correspondence from claimant regarding fee petition. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      June 19, 2020
46226 National Road                                               Invoice # 4498718
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.184
Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 -
Harrison County Coal Co.
2019-BLA-05941

**Remittance Advice**

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                                $ 1,185.69
(see outstanding invoice listing attached)

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498718

Dinsmore & Shohl LLP
Client Number 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392455 | 01/31/20 | $ 6,744.70 | $ 6,070.23 | $ 674.47 |
| 4414292 | 02/27/20 | $ 943.70 | $ 849.33 | $ 94.37 |
| 4434796 | 03/26/20 | $ 178.00 | $ 160.20 | $ 17.80 |
| 4459221 | 04/17/20 | $ 360.55 | $ 0.00 | $ 360.55 |
| 4481114 | 05/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |

Total Previous Outstanding Balance       $ 1,185.69

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498718

Dinsmore & Shohl LLP
Client Number ▯ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice            $38.50

1

June 19, 2020
Invoice # 4498718

Dinsmore & Shohl LLP
Client Number ‖ 123837.184
**Matter: Yeager, Eddie - 6/19/2013 - 2019-BLA-05941 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | DKL | 0.10 | Review order of payment from Department of Labor. |
| | Total Hours | 0.10 | |

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                              June 19, 2020
46226 National Road                                                       Invoice # 4498661
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 390.50 |
| Attorney Costs | $ 2.85 |
| Current Total Due for Professional Services | $ 393.35 |
| **Total Due for Current Professional Services** | **$ 393.35** |

| | |
|---|---:|
| Previous Balance Owed | $ 422.46 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498661

Dinsmore & Shohl LLP
Client Number ▯ 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392420 | 01/31/20 | $ 1,597.00 | $ 1,437.30 | $ 159.70 |
| 4414180 | 02/27/20 | $ 1,049.10 | $ 944.19 | $ 104.91 |
| 4434763 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459118 | 04/17/20 | $ 154.00 | $ 0.00 | $ 154.00 |
| | | Total Previous Outstanding Balance | | $ 422.46 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498661

Dinsmore & Shohl LLP
Client Number ⬜ 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 1.10 | $ 390.50 |

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 2.85

Total Attorney Costs                          $2.85

Current Amount Due This Invoice               $393.35

1

June 19, 2020
Invoice # 4498661

Dinsmore & Shohl LLP
Client Number ⬚ 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | DKL | 0.10 | Review order regarding future service of all documents by email. |
| 05/05/20 | DKL | 0.20 | Review Administrative Law Judge decision awarding benefits. |
| 05/07/20 | DKL | 0.10 | Letter to E. Dean with Administrative Law Judge Decision. |
| 05/07/20 | MO | 0.30 | Letter to client with 05-04-2020 Decision and Order. |
| 05/07/20 | WER | 0.30 | Review and analyze 5-4-2020 Decision and Order. |
| 05/08/20 | DKL | 0.10 | Emails with B. Vinskovich regarding no appeal of Administrative Law Judge Decision. |

Total Hours     1.10

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    June 19, 2020
46226 National Road                                                  Invoice # 4498663
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.198
Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 -
Harrison County Coal Co.
2019-BLA-05308

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 64.45 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498663

Dinsmore & Shohl LLP
Client Number 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392427 | 01/31/20 | $ 221.00 | $ 198.90 | $ 22.10 |
| 4414187 | 02/27/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4459120 | 04/17/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 64.45 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498663

Dinsmore & Shohl LLP
Client Number □ 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice    $38.50

1

June 19, 2020
Invoice # 4498663

Dinsmore & Shohl LLP
Client Number ▯ 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/27/20 | DKL | 0.10 | Review follow-up correspondence from claimant regarding fee petition. |

| | Total Hours | 0.10 |
|--|------------|------|

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        June 19, 2020
46226 National Road                                                  Invoice # 4498664
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.200
Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 -
Monongalia County Coal Co.
2018-BLA-05326

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 50.46 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498664

Dinsmore & Shohl LLP
Client Number ▯ 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392431 | 01/31/20 | $ 214.50 | $ 193.05 | $ 21.45 |
| 4414189 | 02/27/20 | $ 220.65 | $ 198.59 | $ 22.06 |
| 4434765 | 03/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| | | | Total Previous Outstanding Balance | $ 50.46 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498664

Dinsmore & Shohl LLP
Client Number ▯ 123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice         $38.50

1

June 19, 2020
Invoice # 4498664

Dinsmore & Shohl LLP
Client Number  123837.200
**Matter: Shrout, Jackie - DOI: 1/10/2014 - 2018-BLA-05326 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/20 | DKL | 0.10 | Review approval of claimant's counsel's attorney fees. |

| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                        Invoice # 4498670
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.206
Matter: Jeskey, Raymond - DOI: 03/01/2014 -
2017-BLA-05828 - Marshall County Coal Co.
2017-BLA-05828

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 42.35 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498670

Dinsmore & Shohl LLP
Client Number ▯ 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414240 | 02/27/20 | $ 423.50 | $ 381.15 | $ 42.35 |
| | | Total Previous Outstanding Balance | | $ 42.35 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498670

Dinsmore & Shohl LLP
Client Number  123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

June 19, 2020
Invoice # 4498670

Dinsmore & Shohl LLP
Client Number ☐ 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/20/20 | DKL | 0.10 | Emails regarding Jeskey overpayment issues. |

Total Hours      0.10

2



CALIFORNIA   COLORADO   CONNECTICUT
FLORIDA   GEORGIA   ILLINOIS   KENTUCKY
MASSACHUSETTS   MICHIGAN   OHIO
PENNSYLVANIA   WASHINGTON, D.C.   WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                               June 19, 2020
46226 National Road                                            Invoice # 4498671
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.212
Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI:
01/01/2005 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                          $ 1,430.34
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498671

Dinsmore & Shohl LLP
Client Number 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409079 | 01/31/20 | $ 239.40 | $ 216.46 | $ 22.94 |
| 4451473 | 02/27/20 | $ 10,900.55 | $ 9,810.50 | $ 1,090.05 |
| 4434770 | 03/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4481053 | 05/26/20 | $ 313.50 | $ 0.00 | $ 313.50 |
| | | Total Previous Outstanding Balance | | $ 1,430.34 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498671

Dinsmore & Shohl LLP
Client Number ⫾ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

June 19, 2020
Invoice # 4498671

Dinsmore & Shohl LLP
Client Number ▯ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/18/20 | DKL | 0.10 | Review Department of Labor's acknowledgement of Claimant's appeal. |

| | Total Hours | 0.10 | |

2



CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID:  31-0263070

Murray American Energy, Inc.                                               June 19, 2020
46226 National Road                                                    Invoice # 4498681
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.222
Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI:
06/05/2015 Marshall County Coal Co.
17-0030

### Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 15.00 |
| Current Total Due for Professional Services | $ 53.50 |
| **Total Due for Current Professional Services** | **$ 53.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,129.32 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314           Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498681

Dinsmore & Shohl LLP
Client Number ‖ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414268 | 02/27/20 | $ 949.50 | $ 854.55 | $ 94.95 |
| 4434778 | 03/26/20 | $ 821.20 | $ 739.08 | $ 82.12 |
| 4459137 | 04/17/20 | $ 681.25 | $ 0.00 | $ 681.25 |
| 4481061 | 05/26/20 | $ 271.00 | $ 0.00 | $ 271.00 |
| | | | Total Previous Outstanding Balance | $ 1,129.32 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498681

Dinsmore & Shohl LLP
Client Number ▯ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 15.00 | |
| Total Attorney Costs | | $15.00 |
| Current Amount Due This Invoice | | $53.50 |

1

June 19, 2020
Invoice # 4498681

Dinsmore & Shohl LLP
Client Number ⬦ 123837.222
**Matter: Bednarczyk, Gary J. : FBL Claim No. 17-0030 DOI: 06/05/2015 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | DKL | 0.10 | Review order continuing hearing. |
| | Total Hours | 0.10 | |

2



CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ⌐ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                        June 19, 2020
46226 National Road                                                   Invoice # 4498688
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,029.50 |
| Attorney Costs | $ 16.95 |
| Current Total Due for Professional Services | $ 1,046.45 |
| **Total Due for Current Professional Services** | **$ 1,046.45** |

| | |
|---|---|
| Previous Balance Owed | $ 1,209.04 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314              Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498688

Dinsmore & Shohl LLP
Client Number ⏐ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434786 | 03/26/20 | $ 1,442.50 | $ 1,298.25 | $ 144.25 |
| 4459141 | 04/17/20 | $ 1,026.29 | $ 0.00 | $ 1,026.29 |
| 4481065 | 05/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 1,209.04 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498688

Dinsmore & Shohl LLP
Client Number 0 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.10 | |
| William E Robinson | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 3.30 | $ 1,029.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 16.95 | |
| Total Attorney Costs | | $16.95 |
| Current Amount Due This Invoice | | $1,046.45 |

1

June 19, 2020
Invoice # 4498688

Dinsmore & Shohl LLP
Client Number 123837.229

**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/18/20 | DKL | 0.30 | Review Proposed Decision and Order with all medicals attached. |
| 05/19/20 | MO | 0.30 | Prepare request for formal ALJ Hearing |
| 05/19/20 | MO | 0.30 | Letter to Ms. Glagola regarding second request for responses to Employer's discovery requests. |
| 05/19/20 | DKL | 0.10 | Letter to claimant's counsel requesting compliance with discovery request. |
| 05/19/20 | DKL | 0.10 | File appeal of Proposed Decision and Order requesting Administrative Law Judge hearing. |
| 05/20/20 | MO | 0.30 | Prepare letter to Claims Examiner requesting that 08-27-19 chest Xray be sent to our expert for review. |
| 05/20/20 | DKL | 0.90 | Review and analyze Claims Examiner's findings in Proposed Decision and Order to determine what additional evidence needed on appeal. |
| 05/20/20 | DKL | 0.20 | Memo to M. Ontko regarding evidence needed for letter to expert. |
| 05/20/20 | DKL | 0.10 | Memo to M. Ontko regarding need for x-ray re-read by expert. |
| 05/20/20 | DKL | 0.30 | Draft letter to expert seeking supplemental opinion. |
| 05/21/20 | MO | 0.20 | Email to Attorney Liberati regarding status of claim and deadline to exchange initial evidence with claimant's counsel. |
| 05/21/20 | WER | 0.10 | Review Request for Formal ALJ Hearing. |
| 05/26/20 | DKL | 0.10 | Revise letter to expert regarding supplemental report. |

Total Hours        3.30



CALIFORNIA ⟧ COLORADO ⟧ CONNECTICUT
FLORIDA ⟧ GEORGIA ⟧ ILLINOIS ⟧ KENTUCKY
MASSACHUSETTS ⟧ MICHIGAN ⟧ OHIO
PENNSYLVANIA ⟧ WASHINGTON, D.C. ⟧ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    June 19, 2020
46226 National Road                                        Invoice # 4498690
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI:
01/01/98 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 865.50 |
| Attorney Costs | $ 159.35 |
| Current Total Due for Professional Services | $ 1,024.85 |
| **Total Due for Current Professional Services** | **$ 1,024.85** |

Previous Balance Owed                                             $ 2,543.75
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498690

Dinsmore & Shohl LLP
Client Number ▯ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459146 | 04/17/20 | $ 1,789.75 | $ 0.00 | $ 1,789.75 |
| 4481069 | 05/26/20 | $ 754.00 | $ 0.00 | $ 754.00 |
| | | | Total Previous Outstanding Balance | $ 2,543.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

June 19, 2020
Invoice # 4498690

Dinsmore & Shohl LLP
Client Number ⬜ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.00 | |
| | Partner | | |
| Mary R. Ontko | | 3.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.10 | $ 865.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 34.35 |
| Medical Records | $ 125.00 |
| Total Attorney Costs | $159.35 |
| Current Amount Due This Invoice | $1,024.85 |

1

June 19, 2020
Invoice # 4498690

Dinsmore & Shohl LLP
Client Number ⏽ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/11/20 | DKL | 0.10 | Review correspondence from Claimant regarding 11-12-19 x-ray. |
| 05/11/20 | DKL | 0.20 | Review Proposed Decision and Order. |
| 05/12/20 | MO | 0.30 | Prepare request to Claims Examiner for formal ALJ hearing. |
| 05/13/20 | DKL | 0.10 | File appeal of Proposed Decision and Order request formal hearing. |
| 05/13/20 | DKL | 0.10 | Follow up correspondence to Claimant's counsel requesting discovery responses. |
| 05/14/20 | DKL | 0.10 | Review claimant's discovery responses. |
| 05/15/20 | DKL | 0.20 | Email with M. Ontko regarding litigation strategy and independent medical examination. |
| 05/15/20 | MO | 0.40 | Review black lung claim file for names of medical providers. |
| 05/15/20 | MO | 0.30 | Prepare medical records request. |
| 05/15/20 | MO | 0.30 | Email to Attorney Liberati regarding status of claim. |
| 05/15/20 | MO | 0.30 | Email to physician's office regarding special protocols in place regarding IMEs during the pandemic. |
| 05/18/20 | MO | 0.30 | Prepare letter to Attorney Wolfe with 05-11-2020 B-reading of 05-17-2018 chest Xray. |
| 05/18/20 | DKL | 0.10 | Letter to Claimant's counsel with rebuttal evidence. |
| 05/26/20 | DKL | 0.10 | Review correspondence from Claim Examiner acknowledging request for Administrative Law Judge hearing. |
| 05/29/20 | MO | 1.20 | Begin to prepare chronology of medical records received. |

Total Hours    4.10

2

# Dinsmôre

CALIFORNIA  COLORADO  CONNECTICUT
FLORIDA  GEORGIA  ILLINOIS  KENTUCKY
MASSACHUSETTS  MICHIGAN  OHIO
PENNSYLVANIA  WASHINGTON, D.C.  WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                June 19, 2020
46226 National Road                                          Invoice # 4498700
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.239
Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 -
Monongalia County Coal Co.
2017-BLA-05455

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 731.50 |
| Attorney Costs | $ 35.70 |
| Current Total Due for Professional Services | $ 767.20 |
| **Total Due for Current Professional Services** | **$ 767.20** |

| | |
|---|---|
| Previous Balance Owed | $ 77.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498700

Dinsmore & Shohl LLP
Client Number  123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459210 | 04/17/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| 4481104 | 05/26/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 77.00 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number ‖ 123837.239

June 19, 2020
Invoice # 4498700

**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.90 | |
| | Partner | | |
| | Total Hours / Fees | 1.90 | $ 731.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 35.70 |
| Total Attorney Costs | $35.70 |
| Current Amount Due This Invoice | $767.20 |

1

June 19, 2020
Invoice # 4498700

Dinsmore & Shohl LLP
Client Number ⬜ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/07/20 | DKL | 0.10 | Review list of Directors' exhibits to select exhibits for review. |
| 05/08/20 | DKL | 1.20 | Detailed review of Director's Exhibits regarding Administrative Law Judge hearing on modifications. |
| 05/08/20 | DKL | 0.10 | Review correspondence regarding status of Director's Exhibits. |
| 05/13/20 | DKL | 0.10 | Confer with M. Ontko regarding timeliness issue of medical evidence submitted by Claimant. |
| 05/28/20 | DKL | 0.10 | Email from Claimant's attorney regarding status of modification. |
| 05/28/20 | DKL | 0.20 | Review new evidence submitted by Claimant regarding Claimant's request for modification. |
| 05/29/20 | DKL | 0.10 | Request CT scan for review by our expert. |

Total Hours     1.90

2

# Dinsmôre

CALIFORNIA ⌐ COLORADO ⌐ CONNECTICUT
FLORIDA ⌐ GEORGIA ⌐ ILLINOIS ⌐ KENTUCKY
MASSACHUSETTS ⌐ MICHIGAN ⌐ OHIO
PENNSYLVANIA ⌐ WASHINGTON, D.C. ⌐ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

June 19, 2020
Invoice # 4498712

Billing Attorney - William E Robinson

Client Number - 123837.246
Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI:
08/08/2015; Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through May 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 686.50 |
| Attorney Costs | $ 4.50 |
| Current Total Due for Professional Services | $ 691.00 |
| **Total Due for Current Professional Services** | **$ 691.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

June 19, 2020
Invoice # 4498712

Dinsmore & Shohl LLP
Client Number ▯ 123837.246
**Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI: 08/08/2015; Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.50 | $ 686.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 4.50 |
|---|---|
| Total Attorney Costs | $4.50 |
| Current Amount Due This Invoice | $691.00 |

June 19, 2020
Invoice # 4498712

Dinsmore & Shohl LLP
Client Number ⬜ 123837.246
**Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI: 08/08/2015; Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/14/20 | DKL | 0.10 | Correspondence and email regarding Exhibit list. |
| 05/21/20 | MO | 0.30 | Prepare Employer's Notice of Appearance to Claims Examiner. |
| 05/26/20 | DKL | 0.10 | File Notice of Appearance. |
| 05/26/20 | DKL | 0.80 | Initial review of file from client. |
| 05/27/20 | DKL | 0.10 | File Notice of Appearance. |
| 05/28/20 | DKL | 0.20 | Request for discovery to claimant. |
| 05/28/20 | MO | 0.60 | Prepare Employer's requests for production of documents with attached medical authorization and provider list. |
| 05/28/20 | MO | 0.30 | Letter to Attorney Long sending Employer's requests for production, authorization and provider list. |

Total Hours     2.50