**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills June 1-June 30)**



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520242

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 682.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 682.50 |
| **Total Due for Current Professional Services** | **$ 682.50** |

Previous Balance Owed                                                   $ 91.85
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520242

Dinsmore & Shohl LLP
Client Number⏐ 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481077 | 05/26/20 | $ 648.50 | $ 583.65 | $ 64.85 |
| 4498640 | 06/19/20 | $ 27.00 | $ 0.00 | $ 27.00 |
| | | Total Previous Outstanding Balance | | $ 91.85 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520242

Dinsmore & Shohl LLP
Client Number  123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.50 | $ 682.50 |
| | Current Amount Due This Invoice | | $682.50 |

1

July 29, 2020
Invoice # 4520242

Dinsmore & Shohl LLP
Client Number ▯ 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | AMS | 0.10 | Review Office of Judge's 6/10/2020 Order to Show Cause to Claimant for failure to comply. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/10/2020 Order to Show Cause for Failure to Comply. |
| 06/22/20 | AMS | 0.10 | Review Claimant's response to Order to Show Cause regarding protest to 8/23/19 Order. |
| 06/22/20 | MO | 0.90 | Prepare medical records requests. |
| 06/24/20 | AMS | 0.70 | Review updated medical records from physician's office. |
| 06/24/20 | MO | 0.60 | Update chronology to include new medical records. |
| 06/24/20 | MO | 0.40 | Email exchange with Attorney Stern re: medical records and evidence previously filed. |
| 06/24/20 | AMS | 0.50 | Review relevant medical records to determine whether request for extension of time frame is necessary. |

Total Hours        3.50

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520243

Billing Attorney - William E Robinson

Client Number - 123837.34
Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL
-Marion County Coal Co.
JCN 2019018682 ODHL

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 611.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 611.50 |
| **Total Due for Current Professional Services** | **$ 611.50** |

| | |
|---|---|
| Previous Balance Owed | $ 25.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314     Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520243

Dinsmore & Shohl LLP
Client Number‖ 123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498642 | 06/19/20 | $ 25.50 | $ 0.00 | $ 25.50 |
| | | Total Previous Outstanding Balance | | $ 25.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520243

Dinsmore & Shohl LLP
Client Number‖ 123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.30 | $ 611.50 |
| | Current Amount Due This Invoice | | $611.50 |

1

July 29, 2020
Invoice # 4520243

Dinsmore & Shohl LLP
Client Number  123837.34
**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/20 | AMS | 0.30 | Identify evidence to file in support of 5/14/19 Order. |
| 06/22/20 | AMS | 0.50 | Finish identifying evidence to file in support of 5/24/19 Order. |
| 06/22/20 | AMS | 0.70 | Draft Closing Argument in support of 5/24/19 Order. |
| 06/22/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and Employer's Evidence. |
| 06/23/20 | MO | 0.50 | Update chronology to include 6/22/2020 Employer's Closing Argument and evidence regarding Claim Order dated 05-24-19. |

Total Hours    2.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520244

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -
        Marion County Coal Co.
JCN 2018013969 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 131.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 131.50 |
| **Total Due for Current Professional Services** | **$ 131.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 47.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520244

Dinsmore & Shohl LLP
Client Number 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**                    **Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459163 | 04/17/20 | $ 259.50 | $ 233.55 | $ 25.95 |
| 4481076 | 05/26/20 | $ 211.50 | $ 190.35 | $ 21.15 |
| | | Total Previous Outstanding Balance | | $ 47.10 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520244

Dinsmore & Shohl LLP
Client Number ‖ 123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.70 | $ 131.50 |
| | Current Amount Due This Invoice | | $131.50 |

1

July 29, 2020
Invoice # 4520244

Dinsmore & Shohl LLP
Client Number   123837.36
**Matter: Ashley, Rex -12/4/2017 - JCN 2018013969 INJ -**

**Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/08/20 | MO | 0.20 | Update chronology to include 06-03-2020 correspondence to Claimant regarding missed appointment with DOL physician. |
| 06/09/20 | DKL | 0.10 | Review notice that claimant missed appointment for examination with Department of Labor physician. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-26-2020 WV Supreme Court Memorandum Opinion affirming the Board of Review Order. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-26-2020 WV Supreme Court Memorandum Opinion affirming the Board of Review Order. |

Total Hours      0.70

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520245

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 232.50 |
| Attorney Costs | $ 68.49 |
| Current Total Due for Professional Services | $ 300.99 |
| **Total Due for Current Professional Services** | **$ 300.99** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 515.24 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520245

Dinsmore & Shohl LLP
Client Number ⬭ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459162 | 04/17/20 | $ 154.50 | $ 139.05 | $ 15.45 |
| 4498643 | 06/19/20 | $ 499.79 | $ 0.00 | $ 499.79 |
| | | Total Previous Outstanding Balance | | $ 515.24 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520245

Dinsmore & Shohl LLP
Client Number ▯ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.50 | |
| | Total Hours / Fees | 1.50 | $ 232.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 9.60 | |
| Medical Records | $ 58.89 | |
| | Total Attorney Costs | $68.49 |
| | Current Amount Due This Invoice | $300.99 |

1

July 29, 2020
Invoice # 4520245

Dinsmore & Shohl LLP
Client Number▯ 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | MO | 0.60 | Update chronology with new medical records received from physician's office. |
| 06/19/20 | MO | 0.90 | Review new medical records from Hospital and update chronology. |

Total Hours   1.50

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520246

Billing Attorney - William E Robinson

Client Number - 123837.42
Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ-
Marion County Coal Co.
JCN 2017007930 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 21.70 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520246

Dinsmore & Shohl LLP
Client Number ⏌ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481072 | 05/26/20 | $ 217.00 | $ 195.30 | $ 21.70 |
| | | Total Previous Outstanding Balance | | $ 21.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520246

Dinsmore & Shohl LLP
Client Number ▯ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $31.00 |

1

July 29, 2020
Invoice # 4520246

Dinsmore & Shohl LLP
Client Number ▯ 123837.42
**Matter: Bartlett, Beau - 9/21/2016 - JCN 2017007930 INJ- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | MO | 0.20 | Update chronology to include 06-11-20 WV Supreme Court of Appeals Mandate certifying the 02-21-2020 Memorandum Opinion. |

| | Total Hours | 0.20 | |

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                 July 29, 2020
46226 National Road                                          Invoice # 4520286
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 539.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 539.00 |
| **Total Due for Current Professional Services** | **$ 539.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,079.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520286

Dinsmore & Shohl LLP
Client Number ▯ 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498646 | 06/19/20 | $ 1,079.00 | $ 0.00 | $ 1,079.00 |
| | | Total Previous Outstanding Balance | | $ 1,079.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520286

Dinsmore & Shohl LLP
Client Number ∏ 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.40 | |
| | Partner | | |
| | Total Hours / Fees | 1.40 | $ 539.00 |
| | Current Amount Due This Invoice | | $539.00 |

1

July 29, 2020
Invoice # 4520286

Dinsmore & Shohl LLP
Client Number ▯ 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/29/20 | DKL | 0.20 | Review Claimant's Brief to Board of Review. |
| 06/30/20 | DKL | 0.80 | Revisions to Brief to Board of Review. |
| 06/30/20 | DKL | 0.40 | Review hearing transcripts of Initial and Final Occupational Pneumoconiosis Board Hearing regarding further evidence development. |

Total Hours    1.40



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520290

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 231.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 231.00 |
| **Total Due for Current Professional Services** | **$ 231.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 604.42 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number ▯ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

July 29, 2020
Invoice # 4520290

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459153 | 04/17/20 | $ 62.00 | $ 55.80 | $ 6.20 |
| 4481070 | 05/26/20 | $ 212.57 | $ 191.30 | $ 21.27 |
| 4498648 | 06/19/20 | $ 576.95 | $ 0.00 | $ 576.95 |
| | | Total Previous Outstanding Balance | | $ 604.42 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520290

Dinsmore & Shohl LLP
Client Number [] 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| | Total Hours / Fees | 0.60 | $ 231.00 |
| | Current Amount Due This Invoice | | $231.00 |

1

July 29, 2020
Invoice # 4520290

Dinsmore & Shohl LLP
Client Number ‖ 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/20 | DKL | 0.60 | Review file and select evidence for submission with request for final hearing. |

Total Hours   0.60

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520292

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 494.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 494.00 |
| **Total Due for Current Professional Services** | **$ 494.00** |

| | |
|---|---|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 1,303.15 |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520292

Dinsmore & Shohl LLP
Client Number ⬜ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459148 | 04/17/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4481038 | 05/26/20 | $ 1,702.00 | $ 1,531.80 | $ 170.20 |
| 4498650 | 06/19/20 | $ 1,128.30 | $ 0.00 | $ 1,128.30 |
| | | | Total Previous Outstanding Balance | $ 1,303.15 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520292

Dinsmore & Shohl LLP
Client Number ⏽ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.80 | $ 494.00 |
| | | | |
| | Current Amount Due This Invoice | | $494.00 |

1

July 29, 2020
Invoice # 4520292

Dinsmore & Shohl LLP
Client Number ▯ 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | MO | 0.60 | Update chronology with Claimant's 05-29-2020 Submission of Records, Medical Records and Judicial Records. |
| 06/04/20 | AMS | 0.50 | Review evidence submitted by Claimant in support of protest to 11/6/19 Order. |
| 06/16/20 | AMS | 0.10 | Review Claimant's 6/11/2020 corrected submission of medical records in support of protest to 12/9/19 Order. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/11/2020 Claimant's Submission of Records. |
| 06/16/20 | MO | 0.30 | Review Claimant's prior 04-23-2020 submission of medical records and compare with 06-11-2020 corrected submission. |
| 06/18/20 | MO | 0.40 | Update chronology to include 06/16/2020 Order Submitting Protest regarding Claim Order dated 12-09-19. |
| 06/18/20 | MO | 0.50 | Review Claimant's evidence submissions regarding Claim Order dated 12-09-19 regarding secondary conditions. |
| 06/26/20 | MO | 0.20 | Update chronology to include Clamant's 06-24-2020 Notice of Change of Address. |

Total Hours     2.80

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                              Invoice # 4520294
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.52
Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ -
Harrison County Coal Co.
JCN 2016014547 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 259.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 259.50 |
| **Total Due for Current Professional Services** | **$ 259.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520294

Dinsmore & Shohl LLP
Client Number ▯ 123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.90 | $ 259.50 |
| | | | |
| Current Amount Due This Invoice | | | $259.50 |

July 29, 2020
Invoice # 4520294

Dinsmore & Shohl LLP
Client Number 123837.52
**Matter: Bush, Franklin - 11/30/2015 - JCN 2016014547 INJ - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | AMS | 0.20 | Review WV Supreme Court's 6/10/2020 Memorandum Decision affirming Board of Review's 9/20/18 Order. |
| 06/16/20 | AMS | 0.30 | Draft correspondence to client regarding WV Supreme Court's 6/10/2020 Memorandum Decision affirming Board of Review's 9/20/18 Order. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/10/2020 WV Supreme Court of Appeals Memorandum Opinion affirming the Board of Review Order dated 09/20/2018. |
| 06/16/20 | WER | 0.20 | Review and analyze WV Supreme Court of Appeals Order and related correspondence. |

Total Hours    0.90



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520298

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 115.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 115.50 |
| **Total Due for Current Professional Services** | **$ 115.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 254.83 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520298

Dinsmore & Shohl LLP
Client Number▯ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459103 | 04/17/20 | $ 1,013.30 | $ 911.97 | $ 101.33 |
| 4481039 | 05/26/20 | $ 310.50 | $ 279.45 | $ 31.05 |
| 4498652 | 06/19/20 | $ 122.45 | $ 0.00 | $ 122.45 |
| | | Total Previous Outstanding Balance | | $ 254.83 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520298

Dinsmore & Shohl LLP
Client Number 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 0.30 | $ 115.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $115.50 |

1

July 29, 2020
Invoice # 4520298

Dinsmore & Shohl LLP
Client Number‖ 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/18/20 | DKL | 0.20 | Review evidence to determine if additional evidence is needed after time frame extension. |
| 06/22/20 | DKL | 0.10 | Review and analyze status of evidence as time frame to expire. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520302

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 690.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 690.00 |
| **Total Due for Current Professional Services** | **$ 690.00** |

| | |
|---|---|
| Previous Balance Owed | $ 390.55 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

July 29, 2020
Invoice # 4520302

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459107 | 04/17/20 | $ 51.00 | $ 45.90 | $ 5.10 |
| 4481044 | 05/26/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4498655 | 06/19/20 | $ 312.00 | $ 0.00 | $ 312.00 |
| | | Total Previous Outstanding Balance | | $ 390.55 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520302

Dinsmore & Shohl LLP
Client Number ⎪ 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 1.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | ———— | |
| | Total Hours / Fees | 3.00 | $ 690.00 |
| | Current Amount Due This Invoice | | $690.00 |

1

July 29, 2020
Invoice # 4520302

Dinsmore & Shohl LLP
Client Number 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/08/20 | MO | 0.20 | Update chronology to include 06-02-2020 correspondence to Claimant. |
| 06/08/20 | MO | 0.20 | Update chronology to include 06-02-2020 correspondence to Claimant regarding Notice of Appointment. |
| 06/08/20 | MO | 0.20 | Update chronology to include 06-02-2020 correspondence to physician regarding appointment scheduled. |
| 06/10/20 | AMS | 0.10 | Review Order approving temporary total disability benefits. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06-11-2020 correspondence to Claimant regarding missed appointment. |
| 06/24/20 | AMS | 1.00 | Prepare for Board of Review oral argument regarding Employer's appeal of Administrative Law Judge's 12/3/19 Order. |
| 06/25/20 | AMS | 0.50 | Attend telephonic Board of Review hearing regarding Employer's appeal of Administrative Law Judge's 12/3/19 Order. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-25-2020 Board of Review Order affirming the 01-23-19 ALJ Decision. |
| 06/30/20 | AMS | 0.10 | Review Board of Review's 6/25/2020 Order affirming Administrative Law Judge's 12/3/19 Order. |
| 06/30/20 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 6/25/2020 Order. |
| 06/30/20 | WER | 0.10 | Review and analyze Board of Review's 6/25/2020 Order and related correspondence. |

Total Hours     3.00

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                            July 29, 2020
46226 National Road                                                   Invoice # 4520305
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.63
Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP -
Harrison County Coal Co.
 JCN 2012014930 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,725.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,725.50 |
| **Total Due for Current Professional Services** | **$ 1,725.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 299.60 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520305

Dinsmore & Shohl LLP
Client Number ▯ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459111 | 04/17/20 | $ 1,916.00 | $ 1,724.40 | $ 191.60 |
| 4498656 | 06/19/20 | $ 108.00 | $ 0.00 | $ 108.00 |
| | | Total Previous Outstanding Balance | | $ 299.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520305

Dinsmore & Shohl LLP
Client Number ⬛ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 4.20 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 4.90 | $ 1,725.50 |
| | Current Amount Due This Invoice | | $1,725.50 |

1

July 29, 2020
Invoice # 4520305

Dinsmore & Shohl LLP
Client Number ▯ 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/26/20 | MO | 0.50 | Update chronology to include Claimant's 06-23-2020 Petition for Appeal to WV Supreme Court and Appendix of Exhibits. |
| 06/26/20 | DKL | 0.10 | Review Claimant's Petition for Appeal to West Virginia Supreme Court. |
| 06/26/20 | DKL | 0.40 | Initial review of Claimant's Appeal Brief in support of petition. |
| 06/26/20 | DKL | 0.30 | Initial review of Appendix of Exhibits filed with Brief to West Virginia Supreme Court. |
| 06/29/20 | DKL | 0.70 | Detailed review of Exhibits for appeal and outline of argument for Brief. |
| 06/29/20 | DKL | 1.50 | Initial draft of Response Brief to Supreme Court. |
| 06/29/20 | DKL | 0.60 | Research standard of review of workers compensation case by West Virginia Supreme Court. |
| 06/29/20 | DKL | 0.10 | Review statutory notice from West Virginia Supreme Court. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-26-2020 WV Supreme Court of Appeals Statutory Notice of Filing Petition for Appeal. |
| 06/30/20 | DKL | 0.50 | Revisions to initial draft of Brief to Supreme Court. |

Total Hours        4.90

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  July 29, 2020
46226 National Road                                          Invoice # 4520307
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.64
Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ
- Marion County Coal Co.
JCN 2016026225 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,492.00 |
| Attorney Costs | $ 126.00 |
| Current Total Due for Professional Services | $ 2,618.00 |
| **Total Due for Current Professional Services** | **$ 2,618.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 798.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314    Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520307

Dinsmore & Shohl LLP
Client Number 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459113 | 04/17/20 | $ 87.50 | $ 78.75 | $ 8.75 |
| 4481045 | 05/26/20 | $ 702.00 | $ 631.80 | $ 70.20 |
| 4498657 | 06/19/20 | $ 719.20 | $ 0.00 | $ 719.20 |
| | | Total Previous Outstanding Balance | | $ 798.15 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520307

Dinsmore & Shohl LLP
Client Number ▯ 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.80 | |
| | Partner | | |
| Aimee M Stern | | 6.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 3.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 10.40 | $ 2,492.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 50.40 | |
| Medical Records | $ 75.60 | |
| Total Attorney Costs | | $126.00 |
| Current Amount Due This Invoice | | $2,618.00 |

1

July 29, 2020
Invoice # 4520307

Dinsmore & Shohl LLP
Client Number ▯ 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.80 | Identify evidence to file in support of 3/13/2020 Order. |
| 06/02/20 | AMS | 0.30 | Begin drafting Closing Argument in support of 3/13/2020 Order. |
| 06/03/20 | AMS | 1.50 | Continue identifying evidence to file in support of 3/13/2020 Order. |
| 06/03/20 | MO | 1.10 | Review chronology for traumatic brain injury physical therapy treatment, total treatments and discharge date. |
| 06/03/20 | MO | 1.10 | Sort physical therapy records by types of treatment |
| 06/03/20 | MO | 0.30 | Email to Attorney Stern regarding physical therapy records, types of treatment and dates of treatment, discharge summaries |
| 06/04/20 | AMS | 0.80 | Continue identifying evidence to file in support of 3/13/2020 Order. |
| 06/04/20 | MO | 0.50 | Update chronology to include 06-04-2020 Employer's evidence regarding Claim Order dated 03-13-2020. |
| 06/04/20 | WER | 0.50 | Review and analyze Employer▯s Evidence. |
| 06/08/20 | AMS | 0.50 | Finish identifying evidence to file in support of 3/13/2020 Order. |
| 06/08/20 | WER | 0.30 | Review and analyze Employer▯s Additional Evidence. |
| 06/08/20 | MO | 0.40 | Update chronology to include 06/08/2020 Employer's evidence regarding Claim Order dated 03/13/2020. |
| 06/11/20 | AMS | 1.30 | Continue drafting Closing Argument in support of 3/13/2020 Order. |
| 06/15/20 | AMS | 0.80 | Finalize Closing Argument in support of 3/13/2020 Order. |
| 06/16/20 | MO | 0.20 | Update chronology to include Employer's 06/16/2020 Closing Argument regarding Claim Order dated 03/13/2020. |

Total Hours    10.40



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520313

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 202.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 202.00 |
| **Total Due for Current Professional Services** | **$ 202.00** |

| | |
|---|---|
| Previous Balance Owed
(see outstanding invoice listing attached) | $ 157.15 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520313

Dinsmore & Shohl LLP
Client Number ▯ 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459115 | 04/17/20 | $ 215.00 | $ 193.50 | $ 21.50 |
| 4481047 | 05/26/20 | $ 1,211.00 | $ 1,089.90 | $ 121.10 |
| 4498696 | 06/19/20 | $ 14.55 | $ 0.00 | $ 14.55 |
| | | | Total Previous Outstanding Balance | $ 157.15 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520313

Dinsmore & Shohl LLP
Client Number 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 0.80 | $ 202.00 |
| Current Amount Due This Invoice | | | $202.00 |

1

July 29, 2020
Invoice # 4520313

Dinsmore & Shohl LLP
Client Number 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | MO | 0.20 | Update chronology to include 06-11-2020 WV Supreme Court Mandate certifying the 02-21-2020 Memorandum Decision. |
| 06/29/20 | DKL | 0.10 | Review Order from West Virginia Workers' Compensation Board of Review affirming decision of Administrative Law Judge. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06/25/2020 Board of Review Order regarding ALJ Decision 12/17/19. |
| 06/30/20 | AMS | 0.10 | Review Board of Review's 6/25/2020 Order affirming Administrative Law Judge's 12/17/19 Order. |
| 06/30/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 6/25/2020 Order. |
| 06/30/20 | WER | 0.10 | Review and analyze Board of Review's 6/25/2020 Order and related correspondence. |

Total Hours      0.80

2

# Dinsmôre

CALIFORNIA ⏐ COLORADO ⏐ CONNECTICUT
FLORIDA ⏐ GEORGIA ⏐ ILLINOIS ⏐ KENTUCKY
MASSACHUSETTS ⏐ MICHIGAN ⏐ OHIO
PENNSYLVANIA ⏐ WASHINGTON, D.C. ⏐ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                               July 29, 2020
46226 National Road                                        Invoice # 4520311
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ -
Marshall County Coal Co.
JCN 2001056879 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 848.00 |
| Attorney Costs | $ 6.75 |
| Current Total Due for Professional Services | $ 854.75 |
| **Total Due for Current Professional Services** | **$ 854.75** |

| | |
|---|---:|
| Previous Balance Owed | $ 192.80 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number▯ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

July 29, 2020
Invoice # 4520311

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481046 | 05/26/20 | $ 288.00 | $ 259.20 | $ 28.80 |
| 4498659 | 06/19/20 | $ 164.00 | $ 0.00 | $ 164.00 |
| | | Total Previous Outstanding Balance | | $ 192.80 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520311

Dinsmore & Shohl LLP
Client Number‖ 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.20 |
| | Partner | |
| Aimee M Stern | | 2.20 |
| | Of Counsel | |
| Mary R. Ontko | | 1.20 |
| | Paralegal | |
| Total Hours / Fees | | 3.60 |

Total Hours / Fees    3.60    $ 848.00

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 6.75 |
|---|---|

Total Attorney Costs    $6.75

Current Amount Due This Invoice    $854.75

1

July 29, 2020
Invoice # 4520311

Dinsmore & Shohl LLP
Client Number 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/20 | AMS | 0.10 | Review Claimant's 6/17/2020 request for authorization of counseling and treatment. |
| 06/18/20 | AMS | 1.20 | Draft Response to Claimant's Petition Alleging Failure to Timely Act. |
| 06/19/20 | MO | 0.40 | Update chronology to include 06/16/2020 medical statement and request for medications. |
| 06/19/20 | MO | 0.20 | Update chronology to include Employer's 06/19/2020 Employer's response to Claimant's Petition. |
| 06/19/20 | AMS | 0.50 | Finalize Response to Claimant's Petition Alleging Failure to Timely Act. |
| 06/19/20 | WER | 0.20 | Review and analyze Employer's Response to Claimant's Petition for Failure to Timely Act. |
| 06/23/20 | MO | 0.20 | Update chronology to include Claimant's 06/18/2020 closing argument. |
| 06/23/20 | MO | 0.20 | Update chronology to include 06/18/2020 Claimant's Request for Authorization. |
| 06/23/20 | AMS | 0.20 | Review Claimant's 6/18/2020 Closing Argument in support of his Petition Alleging Failure to Timely Act. |
| 06/23/20 | AMS | 0.10 | Review Claimant's 6/18/2020 request for authorization of counseling and treatment. |
| 06/29/20 | MO | 0.20 | Update chronology to include 06/25/2020 employer decision. |
| 06/30/20 | AMS | 0.10 | Review 6/25/2020 Order |

Total Hours     3.60

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                          Invoice # 4520300
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.76
Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ -
Ohio County Coal Co.
JCN 2019019922 INJ

---

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

Previous Balance Owed                                              $ 934.75
(see outstanding invoice listing attached)

## Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520300

Dinsmore & Shohl LLP
Client Number 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459106 | 04/17/20 | $ 127.50 | $ 114.75 | $ 12.75 |
| 4481043 | 05/26/20 | $ 208.50 | $ 187.65 | $ 20.85 |
| 4498654 | 06/19/20 | $ 901.15 | $ 0.00 | $ 901.15 |
| | | | Total Previous Outstanding Balance | $ 934.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520300

Dinsmore & Shohl LLP
Client Number⬚ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | | _____ | |
| | Total Hours / Fees | 0.40 | $ 82.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $82.00 |

1

July 29, 2020
Invoice # 4520300

Dinsmore & Shohl LLP
Client Number ∥ 123837.76
**Matter: Dornon, Lance - 3/7/2019 - JCN 2019019922 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | MO | 0.20 | Update chronology to include Claimant's Response to Employer's Petition for Appeal. |
| 06/10/20 | AMS | 0.20 | Review Claimant's brief in response to the Employer's Petition for Appeal. |

| | | | |
|------|------|------|------|
| Total Hours | 0.40 | | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                         Invoice # 4520288
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,641.50 |
| Attorney Costs | $ 4.50 |
| Current Total Due for Professional Services | $ 1,646.00 |
| **Total Due for Current Professional Services** | **$ 1,646.00** |

| | |
|---|---|
| Previous Balance Owed | $ 812.42 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520288

Dinsmore & Shohl LLP
Client Number □ 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 279.98 | $ 13.52 |
| 4414129 | 02/27/20 | $ 426.61 | $ 406.96 | $ 19.65 |
| 4434743 | 03/26/20 | $ 123.50 | $ 114.20 | $ 9.30 |
| 4481071 | 05/26/20 | $ 224.50 | $ 202.05 | $ 22.45 |
| 4498647 | 06/19/20 | $ 747.50 | $ 0.00 | $ 747.50 |
|  |  | Total Previous Outstanding Balance |  | $ 812.42 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520288

Dinsmore & Shohl LLP
Client Number 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 3.80 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 4.50 | $ 1,641.50 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 4.50 |
|---|---|
| Total Attorney Costs | $4.50 |
| Current Amount Due This Invoice | $1,646.00 |

1

July 29, 2020
Invoice # 4520288

Dinsmore & Shohl LLP
Client Number ▯ 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | DKL | 1.80 | Initial draft of Reply Brief to Board of Review. |
| 06/09/20 | DKL | 0.70 | Revisions to Reply Brief to Board of Review. |
| 06/11/20 | DKL | 0.80 | Add section to Reply Brief rebutting claimants arguments. |
| 06/12/20 | DKL | 0.30 | Final revisions to Reply Brief to Board of Review. |
| 06/15/20 | MO | 0.30 | Prepare letter to Board of Review with Employer's brief. |
| 06/15/20 | WER | 0.20 | Review and analyze Employer▯s Reply Brief. |
| 06/15/20 | DKL | 0.10 | Review, sign and file Reply Brief to Board of Review. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06-15-2020 Employer's Reply Brief to the Board of Review. |
| 06/26/20 | DKL | 0.10 | Review correspondence from Board of Review regarding Oral Argument. |

Total Hours     4.50

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520296

Billing Attorney - William E Robinson

Client Number - 123837.83
Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ --
Harrison County Coal Co.
JCN 2017020639 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 132.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 132.50 |
| **Total Due for Current Professional Services** | **$ 132.50** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 25.50 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520296

Dinsmore & Shohl LLP
Client Number▯ 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498651 | 06/19/20 | $ 25.50 | $ 0.00 | $ 25.50 |
| | | Total Previous Outstanding Balance | | $ 25.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520296

Dinsmore & Shohl LLP
Client Number❑ 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 132.50 |
| | Current Amount Due This Invoice | | $132.50 |

1

July 29, 2020
Invoice # 4520296

Dinsmore & Shohl LLP
Client Number ⏢ 123837.83
**Matter: Fittro, Jason -- 2/7/2017 -- JCN 2017020639 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/05/20 | MO | 0.20 | Update chronology to include 6/1/2020 Order. |
| 06/05/20 | AMS | 0.10 | Review Office of Judges' 6/1/2020 Order affirming 9/3/19 Order. |
| 06/05/20 | AMS | 0.10 | Draft correspondence to client regarding Office of Judges 6/1/2020 Order. |
| 06/08/20 | WER | 0.10 | Review and analyze 6/1/20 Order and related correspondence. |

Total Hours       0.50

# Dinsmôre

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520375

Billing Attorney - William E Robinson

Client Number - 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730
ODHL - Harrison County Coal Co.
JCN 2019024730 ODHL

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 76.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 76.50 |
| **Total Due for Current Professional Services** | **$ 76.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520375

Dinsmore & Shohl LLP
Client Number 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 76.50 |

| | Current Amount Due This Invoice | $76.50 |
|---|---|---|

July 29, 2020
Invoice # 4520375

Dinsmore & Shohl LLP
Client Number‖ 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | AMS | 0.30 | Identify additional evidence needed to file in support of 8/29/19 Order. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520377

Billing Attorney - William E Robinson

Client Number - 123837.91
Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ -
Harrison County Coal Co.
JCN 2017018624 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 149.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 149.50 |
| **Total Due for Current Professional Services** | **$ 149.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520377

Dinsmore & Shohl LLP
Client Number ▯ 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.90 | $ 149.50 |

Current Amount Due This Invoice                    $149.50

July 29, 2020
Invoice # 4520377

Dinsmore & Shohl LLP
Client Number ⬜ 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | MO | 0.20 | Update chronology to include 06/11/2020 WV Supreme Court of Appeals Mandate certifying the 02/28/2020 Memorandum Decision. |
| 06/22/20 | AMS | 0.10 | Review Claimant's 6/18/2020 correspondence requesting referral for disability evaluation. |
| 06/23/20 | MO | 0.20 | Update chronology to include 06/18/2020 Request for Referral for Disability Evaluation. |
| 06/29/20 | MO | 0.20 | Update chronology to include 06/25/2020 correspondence to Claimant regarding Notice of Appointment with physician. |
| 06/29/20 | MO | 0.20 | Update chronology to include 06/25/2020 correspondence to physician regarding appointment scheduled and approved diagnoses codes. |

Total Hours       0.90

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520381

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 668.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 668.50 |
| **Total Due for Current Professional Services** | **$ 668.50** |

| | |
|---|---|
| Previous Balance Owed | $ 293.25 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520381

Dinsmore & Shohl LLP
Client Number 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459237 | 04/17/20 | $ 418.50 | $ 376.65 | $ 41.85 |
| 4481122 | 05/26/20 | $ 743.50 | $ 669.15 | $ 74.35 |
| 4498725 | 06/19/20 | $ 177.05 | $ 0.00 | $ 177.05 |
| | | Total Previous Outstanding Balance | | $ 293.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520381

Dinsmore & Shohl LLP
Client Number 0 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | Partner | 0.10 |
| William E Robinson | Partner | 0.10 |
| Aimee M Stern | Of Counsel | 1.30 |
| Mary R. Ontko | Paralegal | 1.60 |
| Total Hours / Fees | | 3.10 |

Total Hours / Fees    3.10    $ 668.50

Current Amount Due This Invoice    $668.50

1

July 29, 2020
Invoice # 4520381

Dinsmore & Shohl LLP
Client Number॥ 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.10 | Review claimant's Motion for Extension of Time regarding his protest to 8/19/19 Order. |
| 06/05/20 | MO | 0.40 | Update chronology to include Physician's portion of reopening application received from client |
| 06/09/20 | DKL | 0.10 | Receive and review correspondence providing claim records to claimant's counsel. |
| 06/10/20 | WER | 0.10 | Review Request for Oral Argument. |
| 06/10/20 | AMS | 0.40 | Review Claim Reopening Application and relevant medical records of Claimant. |
| 06/10/20 | AMS | 0.10 | Confer with client regarding response to Re-opening Application. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/11/2020 employer decision. |
| 06/17/20 | AMS | 0.10 | Review 6/11/2020 Order denying temporary total disability re-opening application. |
| 06/19/20 | MO | 0.20 | Update chronology to include 06/17/2020 Claimant's protest to the Claim Order. |
| 06/22/20 | AMS | 0.10 | Review Claimant's protest to 6/11/2020 Order. |
| 06/23/20 | MO | 0.20 | Update chronology to include 06/18/2020 Order Extending Time Frame. |
| 06/24/20 | MO | 0.20 | Update chronology to include 06/19/2020 correspondence to Claimant acknowledging benefits request dated 06/09/2020. |
| 06/25/20 | MO | 0.20 | Update chronology to include 06/23/2020 confirmation of telephone deposition. |
| 06/25/20 | MO | 0.20 | Update chronology to include 06/22/2020 Time Frame Order regarding Claim Order dated 06/11/2020. |
| 06/29/20 | AMS | 0.50 | Identify additional evidence needed to file in support of 6/11/2020 Order. |

Total Hours     3.10

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                           Invoice # 4520385
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 138.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 138.00 |
| **Total Due for Current Professional Services** | **$ 138.00** |

Previous Balance Owed                                            $ 665.02
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520385

Dinsmore & Shohl LLP
Client Number ⫶ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459241 | 04/17/20 | $ 578.65 | $ 520.78 | $ 57.87 |
| 4481125 | 05/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4498729 | 06/19/20 | $ 601.50 | $ 0.00 | $ 601.50 |
| | | Total Previous Outstanding Balance | | $ 665.02 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520385

Dinsmore & Shohl LLP
Client Number▯ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 138.00 |
| | Current Amount Due This Invoice | | $138.00 |

1

July 29, 2020
Invoice # 4520385

Dinsmore & Shohl LLP
Client Number ‖ 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 06/11/20 | MO | 0.20 | Update chronology to include 06/09/2020 Claimant's Response to Employer's Brief to Board of Review. |
| 06/16/20 | AMS | 0.10 | Review Claimant's 6/9/2020 Board of Review Brief in response to Employer's appeal. |
| 06/22/20 | WER | 0.10 | Review Request for Oral Argument. |
| 06/24/20 | MO | 0.20 | Update chronology to include 06/19/2020 correspondence to Claimant regarding appointment scheduled with physician. |

| | | |
|---|---|---|
| Total Hours | 0.60 | |

2

# Dinsmôre

CALIFORNIA ⫶ COLORADO ⫶ CONNECTICUT
FLORIDA ⫶ GEORGIA ⫶ ILLINOIS ⫶ KENTUCKY
MASSACHUSETTS ⫶ MICHIGAN ⫶ OHIO
PENNSYLVANIA ⫶ WASHINGTON, D.C. ⫶ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                              Invoice # 4520390
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.101
Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752
OP - Murray American Energy
JCN 2019017752 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                                $ 403.40
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520390

Dinsmore & Shohl LLP
Client Number⫾ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice<br>Number | Invoice<br>Date | Original Invoice<br>Amount | Payments and<br>Credits Applied | Remaining<br>Amount<br>Due |
|---|---|---|---|---|
| 4459248 | 04/17/20 | $ 1,516.00 | $ 1,364.40 | $ 151.60 |
| 4481129 | 05/26/20 | $ 1,703.00 | $ 1,532.70 | $ 170.30 |
| 4498737 | 06/19/20 | $ 81.50 | $ 0.00 | $ 81.50 |
| | | Total Previous Outstanding Balance | | $ 403.40 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520390

Dinsmore & Shohl LLP
Client Number ▯ 123837.101
**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |
| | Current Amount Due This Invoice | | $38.50 |

1

Dinsmore & Shohl LLP
Client Number 123837.101

July 29, 2020
Invoice # 4520390

**Matter: Higginbotham, William - 9/29/1984 - JCN 2019017752 OP - Murray American Energy**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/04/20 | DKL | 0.10 | Review referral of Claimant to Occupational Pneumoconiosis Board for examination. |

| | | | |
|--|--|--|--|
| Total Hours | | 0.10 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520402

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 576.50 |
| Attorney Costs | $ 7.65 |
| Current Total Due for Professional Services | $ 584.15 |
| **Total Due for Current Professional Services** | **$ 584.15** |

Previous Balance Owed                                                    $ 91.90
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520402

Dinsmore & Shohl LLP
Client Number  123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459282 | 04/17/20 | $ 97.50 | $ 87.75 | $ 9.75 |
| 4481147 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4498774 | 06/19/20 | $ 77.50 | $ 0.00 | $ 77.50 |
| | | | Total Previous Outstanding Balance | $ 91.90 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520402

Dinsmore & Shohl LLP
Client Number 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | Partner | 0.40 |
| Aimee M Stern | Of Counsel | 0.80 |
| Mary R. Ontko | Paralegal | 1.10 |
| Total Hours / Fees | | 2.30 |

$ 576.50

## Summary of Current Attorney Costs Incurred

Photocopies                    $ 7.65

Total Attorney Costs                $7.65

Current Amount Due This Invoice            $584.15

1

July 29, 2020
Invoice # 4520402

Dinsmore & Shohl LLP
Client Number ▯ 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/15/20 | MO | 0.20 | Update chronology to include 06-08-2020 ALJ Decision. |
| 06/15/20 | MO | 0.30 | Prepare Notice of Appeal to the Board of Review. |
| 06/16/20 | AMS | 0.50 | Review Administrative Law Judge's 6-8-2020 Order. |
| 06/16/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 6-8-2020 Order. |
| 06/16/20 | WER | 0.20 | Review and analyze ALJ's 6-8-2020 Order and related correspondence. |
| 06/19/20 | MO | 0.20 | Update chronology to include Employer's Notice of Appeal to the Board of Review. |
| 06/19/20 | WER | 0.20 | Review and analyze Employer's Notice of Appeal to the Board of Review. |
| 06/23/20 | MO | 0.20 | Update chronology to include 06-18-2020 correspondence to Claimant acknowledging ALJ Decision dated 06-08-2020. |
| 06/26/20 | MO | 0.20 | Update chronology to include 06-24-2020 Board of Review Acknowledgement and Briefing Schedule. |
| 06/26/20 | AMS | 0.20 | Identify additional evidence needed to file in support of 7-1-19 Order. |

Total Hours    2.30



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520401

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 566.50 |
| Attorney Costs | $ 4.95 |
| Current Total Due for Professional Services | $ 571.45 |
| **Total Due for Current Professional Services** | **$ 571.45** |

| | |
|---|---|
| Previous Balance Owed | $ 274.75 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314      Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number ▯ 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

July 29, 2020
Invoice # 4520401

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459281 | 04/17/20 | $ 87.50 | $ 78.75 | $ 8.75 |
| 4498770 | 06/19/20 | $ 266.00 | $ 0.00 | $ 266.00 |
| | | Total Previous Outstanding Balance | | $ 274.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520401

Dinsmore & Shohl LLP
Client Number 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.30 | $ 566.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.95 | |
| Total Attorney Costs | | $4.95 |
| Current Amount Due This Invoice | | $571.45 |

1

July 29, 2020
Invoice # 4520401

Dinsmore & Shohl LLP
Client Number‖ 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | AMS | 0.30 | Begin drafting Board of Review brief in response to claimant's appeal of Administrative Law Judge's 2/12/2020 Order. |
| 06/04/20 | AMS | 1.30 | Continue drafting Board of Review brief in response to Claimant's appeal brief regarding Administrative Law Judge's 2-12-2020 Order. |
| 06/08/20 | AMS | 0.50 | Finish drafting Board of Review brief in response to claimant's appeal of Administrative Law Judge's 2-12-2020 Order. |
| 06/08/20 | MO | 0.20 | Update chronology to include Employer's 06-08-2020 response to Claimant's appeal brief to the Board of Review. |

Total Hours    2.30

2

# Dinsmôre

CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520400

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 252.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 252.50 |
| **Total Due for Current Professional Services** | **$ 252.50** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 186.17 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520400

Dinsmore & Shohl LLP
Client Number 0 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434835 | 03/26/20 | $ 618.75 | $ 570.13 | $ 48.62 |
| 4459269 | 04/17/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4481139 | 05/26/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4498763 | 06/19/20 | $ 118.50 | $ 0.00 | $ 118.50 |

Total Previous Outstanding Balance    $ 186.17

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520400

Dinsmore & Shohl LLP
Client Number 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 252.50 |

Current Amount Due This Invoice            $252.50

1

July 29, 2020
Invoice # 4520400

Dinsmore & Shohl LLP
Client Number □ 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/23/20 | MO | 0.20 | Update chronology to include 06-16-2020 employer decision. |
| 06/25/20 | MO | 0.50 | Update chronology to include 06-12-2020 independent medical examination report. |
| 06/25/20 | AMS | 0.10 | Review 6-12-2020 independent medical examination report and 6-16-2020 Order. |
| 06/26/20 | MO | 0.20 | Update chronology to include Claimant's 06-24-2020 Protest to Claim Order. |
| 06/29/20 | AMS | 0.10 | Review Claimant's protest to 6-16-2020 Order. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-25-2020 Time Frame Order. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-24-2020 Submit Order regarding claim order dated 08-02-19. |

Total Hours     1.50

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520399

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,455.00 |
| Attorney Costs | $ 11.85 |
| Current Total Due for Professional Services | $ 1,466.85 |
| **Total Due for Current Professional Services** | **$ 1,466.85** |

| | |
|---|---:|
| Previous Balance Owed | $ 611.53 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520399

Dinsmore & Shohl LLP
Client Number 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459267 | 04/17/20 | $ 1,035.75 | $ 932.17 | $ 103.58 |
| 4481137 | 05/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498761 | 06/19/20 | $ 501.00 | $ 0.00 | $ 501.00 |
| | | Total Previous Outstanding Balance | | $ 611.53 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520399

Dinsmore & Shohl LLP
Client Number‖ 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 2.50 |
| | Partner | |
| William E Robinson | | 0.30 |
| | Partner | |
| Mary R. Ontko | | 2.20 |
| | Paralegal | |
| | | ———— |
| | Total Hours / Fees | 5.00 |

$ 1,455.00

### Summary of Current Attorney Costs Incurred

Photocopies                                  $ 11.85

Total Attorney Costs          $11.85

Current Amount Due This Invoice          $1,466.85

1

July 29, 2020
Invoice # 4520399

Dinsmore & Shohl LLP
Client Number 123837.125
**Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | DKL | 0.20 | Emails regarding cancellation of deposition due to lockdown. |
| 06/03/20 | DKL | 0.20 | Emails to reschedule deposition. |
| 06/04/20 | MO | 0.20 | Update chronology to include 06-03-2020 confirmation of rescheduling of Claimant's in person deposition. |
| 06/09/20 | DKL | 0.10 | Email to M. Ontko regarding status of claimant's scheduled deposition. |
| 06/10/20 | DKL | 1.20 | Take deposition of claimant regarding protest to non medical order on presumption issue and date of last exposure. |
| 06/10/20 | DKL | 0.20 | Email to Mr. Pauley summarizing deposition. |
| 06/11/20 | DKL | 0.10 | Email with Mr. Pauley regarding status of claim and claimant's deposition. |
| 06/15/20 | MO | 0.50 | Prepare Employer's additional evidence submission of Claimant's deposition transcript. |
| 06/18/20 | MO | 0.50 | Finalize Employer's additional evidence submission regarding 07-01-19 Claim Order. |
| 06/19/20 | MO | 0.30 | Update chronology to include 06-22-20 Employer's additional evidence. |
| 06/19/20 | MO | 0.20 | Update chronology to include 06-10-2020 transcript of Claimant's deposition. |
| 06/19/20 | DKL | 0.30 | Review deposition transcript. |
| 06/19/20 | DKL | 0.10 | Email to Mr. Pauley with deposition transcript. |
| 06/19/20 | DKL | 0.10 | File claimant's deposition transcript with Office of Judges. |
| 06/19/20 | WER | 0.30 | Review and analyze Employer's additional evidence submission. |
| 06/23/20 | MO | 0.50 | Update chronology to include Claimant's 06-19-2020 closing argument and evidence regarding Claim Order dated 07-01-19. |

Total Hours      5.00

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  July 29, 2020
46226 National Road                                        Invoice # 4520398
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 128.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 128.50 |
| **Total Due for Current Professional Services** | **$ 128.50** |

Previous Balance Owed                                          $ 1,559.85
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520398

Dinsmore & Shohl LLP
Client Number 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459266 | 04/17/20 | $ 153.00 | $ 137.70 | $ 15.30 |
| 4481135 | 05/26/20 | $ 107.50 | $ 96.75 | $ 10.75 |
| 4498758 | 06/19/20 | $ 1,533.80 | $ 0.00 | $ 1,533.80 |

Total Previous Outstanding Balance $ 1,559.85

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520398

Dinsmore & Shohl LLP
Client Number 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 128.50 |
| | Current Amount Due This Invoice | | $128.50 |

1

July 29, 2020
Invoice # 4520398

Dinsmore & Shohl LLP
Client Number ▯ 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | MO | 0.20 | Update chronology to include Claimant's 05-29-2020 Reply to Employer's Petition for Appeal. |
| 06/04/20 | AMS | 0.20 | Review Claimant's brief in response to Employer's Petition for Appeal of Board of Review's 4-14-2020 Order. |
| 06/05/20 | MO | 0.30 | Update chronology to include 05-29-2020 Order Submitting Protest. |

|  | Total Hours | 0.70 |

2

# Dinsmôre

CALIFORNIA ⬛ COLORADO ⬛ CONNECTICUT
FLORIDA ⬛ GEORGIA ⬛ ILLINOIS ⬛ KENTUCKY
MASSACHUSETTS ⬛ MICHIGAN ⬛ OHIO
PENNSYLVANIA ⬛ WASHINGTON, D.C. ⬛ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520397

Billing Attorney - William E Robinson

Client Number - 123837.130
Matter: Reha, Michael - 8/31/2011 - JCN 201207780 INJ -
Consolidation Coal Co.
JCN 201207780 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 6.63 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314    Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520397

Dinsmore & Shohl LLP
Client Number 123837.130
**Matter: Reha, Michael - 8/31/2011 - JCN 201207780 INJ - Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392526 | 01/31/20 | $ 144.00 | $ 137.37 | $ 6.63 |
| | | Total Previous Outstanding Balance | | $ 6.63 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520397

Dinsmore & Shohl LLP
Client Number ▯ 123837.130
**Matter: Reha, Michael - 8/31/2011 - JCN 201207780 INJ - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

1

July 29, 2020
Invoice # 4520397

Dinsmore & Shohl LLP
Client Number  123837.130
**Matter: Reha, Michael - 8/31/2011 - JCN 201207780 INJ - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/23/20 | MO | 0.20 | Update chronology to include 06-17-2020 correspondence to doctor. |

| | | | |
|------|------|------|------|
| Total Hours | 0.20 | | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                         July 29, 2020
46226 National Road                                                  Invoice # 4520396
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 263.50 |
| Attorney Costs | $ 85.85 |
| Current Total Due for Professional Services | $ 349.35 |
| **Total Due for Current Professional Services** | **$ 349.35** |

| | |
|---|---|
| Previous Balance Owed | $ 680.65 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520396

Dinsmore & Shohl LLP
Client Number □ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459264 | 04/17/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498756 | 06/19/20 | $ 673.70 | $ 0.00 | $ 673.70 |
| | | Total Previous Outstanding Balance | | $ 680.65 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520396

Dinsmore & Shohl LLP
Client Number 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.70 | |
| | Total Hours / Fees | 1.70 | $ 263.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.10 | |
| Medical Records | $ 80.75 | |
| Total Attorney Costs | | $85.85 |
| Current Amount Due This Invoice | | $349.35 |

1

July 29, 2020
Invoice # 4520396

Dinsmore & Shohl LLP
Client Number ▯ 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/15/20 | MO | 0.30 | Review new medical records received from physician's office. |
| 06/24/20 | MO | 0.50 | Update chronology to include new medical records from physician's office. |
| 06/24/20 | MO | 0.90 | Update chronology with new medical records from Hospital. |

| | | |
|---|---|---|
| Total Hours | 1.70 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     July 29, 2020
46226 National Road                                              Invoice # 4520395
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.132
Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ
-- Marshall County Coal Co.
JCN 2013002855 INJ

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 13.25 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520395

Dinsmore & Shohl LLP
Client Number □ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459262 | 04/17/20 | $ 132.50 | $ 119.25 | $ 13.25 |

Total Previous Outstanding Balance  $ 13.25

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520395

Dinsmore & Shohl LLP
Client Number ᵒ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

1

July 29, 2020
Invoice # 4520395

Dinsmore & Shohl LLP
Client Number ￼ 123837.132
**Matter: Richards, Joshua -- 7/19/2012 -- JCN 2013002855 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | MO | 0.20 | Update chronology to include 06-11-2020 WV Supreme Court of Appeals Mandate certifying the 02-21-2020 Memorandum Decision. |

| | Total Hours | 0.20 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520393

Billing Attorney - William E Robinson

Client Number - 123837.137
Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ --
Harrison County Coal Co.
JCN 2019000919 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 158.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 158.00 |
| **Total Due for Current Professional Services** | **$ 158.00** |

| | |
|---|---|
| Previous Balance Owed | $ 57.05 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520393

Dinsmore & Shohl LLP
Client Number 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459254 | 04/17/20 | $ 570.50 | $ 513.45 | $ 57.05 |

Total Previous Outstanding Balance $ 57.05

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520393

Dinsmore & Shohl LLP
Client Number 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 158.00 |
| | Current Amount Due This Invoice | | $158.00 |

1

July 29, 2020
Invoice # 4520393

Dinsmore & Shohl LLP
Client Number ⬚ 123837.137
**Matter: Shuck, Dennis -- 7/3/2018 -- JCN 2019000919 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/30/20 | MO | 0.20 | Update chronology to include 06-25-2020 Board of Review Order affirming the ALJ Decision. |
| 06/30/20 | AMS | 0.10 | Review Board of Review's 6-25-2020 Order affirming Administrative Law Judge's 6-29-2020 Order. |
| 06/30/20 | AMS | 0.20 | Draft correspondence to client regarding Board of Review's 6-25-2020 Order. |
| 06/30/20 | WER | 0.10 | Review and analyze Board of Review⬚s 6-25-2020 Order and related correspondence. |

Total Hours    0.60



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                          Invoice # 4520392
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 861.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520392

Dinsmore & Shohl LLP
Client Number 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459251 | 04/17/20 | $ 260.50 | $ 234.45 | $ 26.05 |
| 4481132 | 05/26/20 | $ 1,196.50 | $ 1,076.85 | $ 119.65 |
| 4498741 | 06/19/20 | $ 716.20 | $ 0.00 | $ 716.20 |
| | | Total Previous Outstanding Balance | | $ 861.90 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520392

Dinsmore & Shohl LLP
Client Number 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

July 29, 2020
Invoice # 4520392

Dinsmore & Shohl LLP
Client Number 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.10 | Review 5-28-2020 Order authorizing random drug screening. |
| 06/01/20 | MO | 0.20 | Update chronology with 05-28-2020 Order. |

| | Total Hours | 0.30 | |

2

# Dinsmôre

CALIFORNIA ⫶ COLORADO ⫶ CONNECTICUT
FLORIDA ⫶ GEORGIA ⫶ ILLINOIS ⫶ KENTUCKY
MASSACHUSETTS ⫶ MICHIGAN ⫶ OHIO
PENNSYLVANIA ⫶ WASHINGTON, D.C. ⫶ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520391

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,035.05

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520391

Dinsmore & Shohl LLP
Client Number   123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459249 | 04/17/20 | $ 512.50 | $ 461.25 | $ 51.25 |
| 4481130 | 05/26/20 | $ 308.00 | $ 277.20 | $ 30.80 |
| 4498738 | 06/19/20 | $ 953.00 | $ 0.00 | $ 953.00 |
| | | Total Previous Outstanding Balance | | $ 1,035.05 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520391

Dinsmore & Shohl LLP
Client Number‖ 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

July 29, 2020
Invoice # 4520391

Dinsmore & Shohl LLP
Client Number  123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.10 | Review claimant's Motion for Extension of Time. |
| 06/25/20 | MO | 0.20 | Update chronology to include 06-22-2020 Order Extending Time Frame. |
| Total Hours | | 0.30 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                          Invoice # 4520388
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 200.50 |
| **Total Due for Current Professional Services** | **$ 200.50** |

Previous Balance Owed                                             $ 614.01
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520388

Dinsmore & Shohl LLP
Client Number 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 414.01 | $ 19.99 |
| 4414332 | 02/27/20 | $ 855.65 | $ 816.23 | $ 39.42 |
| 4434813 | 03/26/20 | $ 56.50 | $ 53.90 | $ 2.60 |
| 4459243 | 04/17/20 | $ 226.00 | $ 203.40 | $ 22.60 |
| 4481126 | 05/26/20 | $ 314.50 | $ 283.05 | $ 31.45 |
| 4498731 | 06/19/20 | $ 497.95 | $ 0.00 | $ 497.95 |

Total Previous Outstanding Balance    $ 614.01

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520388

Dinsmore & Shohl LLP
Client Number▯ 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.10 | $ 200.50 |
| | Current Amount Due This Invoice | | $200.50 |

1

July 29, 2020
Invoice # 4520388

Dinsmore & Shohl LLP
Client Number 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | MO | 0.20 | Update chronology with 05-28-2020 letter from Attorney Stultz to Claimant. |
| 06/05/20 | MO | 0.20 | Update chronology to include 03-13-2020 request for treatment received from client. |
| 06/05/20 | AMS | 0.10 | Review physician's request for authorization of treatment. |
| 06/05/20 | AMS | 0.10 | Confer with client regarding response to request for authorization of treatment. |
| 06/10/20 | MO | 0.20 | Update chronology to include 6-5-2020 Order. |
| 06/11/20 | AMS | 0.10 | Review 6-5-2020 Order denying authorization for nerve root block. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-26-2020 WV Supreme Court Memorandum Opinion affirming the Board of Review Order. |

Total Hours    1.10

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520376

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 337.89 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520376

Dinsmore & Shohl LLP
Client Number 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459223 | 04/17/20 | $ 2,800.40 | $ 2,520.36 | $ 280.04 |
| 4481115 | 05/26/20 | $ 578.50 | $ 520.65 | $ 57.85 |
| | | Total Previous Outstanding Balance | | $ 337.89 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520376

Dinsmore & Shohl LLP
Client Number ▯ 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | | 0.10 |
| | Of Counsel | |
| Mary R. Ontko | | 0.20 |
| | Paralegal | |
| | Total Hours / Fees | 0.30 |

$ 56.50

Current Amount Due This Invoice          $56.50

July 29, 2020
Invoice # 4520376

Dinsmore & Shohl LLP
Client Number 123837.146
**Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/10/20 | AMS | 0.10 | Review Office of Judge's 6-5-2020 Order. |
| 06/11/20 | MO | 0.20 | Update chronology to include 06-05-2020 Order Accepting Claimant's Proposed Findings of Fact. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520374

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,656.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,656.00 |
| **Total Due for Current Professional Services** | **$ 1,656.00** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 4,311.10 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314    Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520374

Dinsmore & Shohl LLP
Client Number 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459217 | 04/17/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4481112 | 05/26/20 | $ 1,126.00 | $ 1,013.40 | $ 112.60 |
| 4498715 | 06/19/20 | $ 4,125.05 | $ 0.00 | $ 4,125.05 |
| | | | Total Previous Outstanding Balance | $ 4,311.10 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520374

Dinsmore & Shohl LLP
Client Number 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 4.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.20 | $ 1,656.00 |
| | Current Amount Due This Invoice | | $1,656.00 |

1

July 29, 2020
Invoice # 4520374

Dinsmore & Shohl LLP
Client Number ▯ 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.30 | Review evidence filed by claimant in support of protest to 2-25-2020 Order. |
| 06/02/20 | AMS | 0.20 | Review evidence filed by claimant in support of protest to 2-25-2020 Order. |
| 06/02/20 | AMS | 1.50 | Prepare for expedited hearing regarding claimant's protest to 2-25-2020 Order. |
| 06/03/20 | AMS | 0.10 | Review claimant's Closing Argument in support of protest to 2-25-2020 Order. |
| 06/03/20 | AMS | 0.50 | Attend telephonic hearing regarding claimant's protest to 2-25-2020 Order, |
| 06/04/20 | MO | 0.20 | Update chronology to include 05-28-2020 transcript of Claimant's deposition |
| 06/05/20 | MO | 0.20 | Update chronology to include Claimant's 06-03-2020 response to Employer's Petition for Appeal to WV Supreme Court re: Board of Review Appeal 2054610 |
| 06/05/20 | AMS | 0.30 | Review Claimant's brief in response to Employer's Petition for Appeal to the West Virginia Supreme Court regarding the Board of Review's 4-14-2020 Order. |
| 06/15/20 | MO | 0.40 | Update chronology to include 06-08-2020 Order Submitting Protest regarding Claim Order dated 02-25-2020. |
| 06/15/20 | MO | 0.30 | Update chronology to include 06-08-2020 Order Submitting Protest regarding Claim Order dated 03-10-2020. |
| 06/22/20 | AMS | 0.70 | Draft Board of Review brief regarding Administrative Law Judge's 4-6-2020 Order. |
| 06/23/20 | MO | 0.80 | Review chronology re: physical therapy notes. |
| 06/23/20 | AMS | 1.00 | Finish drafting Board of Review brief regarding Administrative Law Judge's 4-6-2020 Order. |
| 06/24/20 | MO | 0.20 | Update chronology to include Employer's 06-22-2020 Brief to the Board of Review. |
| 06/24/20 | WER | 0.20 | Review and analyze Employer⬚s Brief and related correspondence. |
| 06/29/20 | AMS | 0.10 | Review 6-1-2020 acknowledgement of treatment request regarding temporary total disability benefits. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-03-2020 transcript of expedited hearing. |

Total Hours    7.20

2

# Dinsm∧ôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                       July 29, 2020
46226 National Road                                                  Invoice # 4520373
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,035.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,035.00 |
| **Total Due for Current Professional Services** | **$ 1,035.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 46.95 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520373

Dinsmore & Shohl LLP
Client Number 123837.149
**Matter: Tominack, John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459212 | 04/17/20 | $ 356.50 | $ 320.85 | $ 35.65 |
| 4481110 | 05/26/20 | $ 113.00 | $ 101.70 | $ 11.30 |
| | | | Total Previous Outstanding Balance | $ 46.95 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520373

Dinsmore & Shohl LLP
Client Number [] 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 3.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.00 | $ 1,035.00 |
| | Current Amount Due This Invoice | | $1,035.00 |

1

July 29, 2020
Invoice # 4520373

Dinsmore & Shohl LLP
Client Number ⬛ 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | MO | 0.20 | Update chronology to include 06-05-2020 Claimant's Appeal Brief to the Board of Review. |
| 06/10/20 | AMS | 0.50 | Review Claimant's Board of Review appeal brief. |
| 06/15/20 | MO | 0.20 | Update chronology to include 06-08-2020 Board of Review Order permitting Claimant's brief to exceed the 20 page limit |
| 06/22/20 | AMS | 0.70 | Draft Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 3/18/2020 Order. |
| 06/25/20 | AMS | 1.30 | Continue drafting Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 3/18/2020 Order. |
| 06/29/20 | AMS | 0.50 | Finish drafting Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 3/18/2020 Order. |
| 06/30/20 | MO | 0.20 | Update chronology to include 06-30-2020 Employer's Reply Brief to the Board of Review. |
| 06/30/20 | AMS | 0.10 | Finalize Board of Review brief in response to Claimant's appeal of Administrative Law Judge's 3/18/2020 Order. |
| 06/30/20 | WER | 0.30 | Review and analyze Employer's Brief and related correspondence. |

Total Hours    4.00

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520309

Billing Attorney - William E Robinson

Client Number - 123837.154
Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP --
Marshall County Coal Co.
JCN 2014029897 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 354.50 |
| Attorney Costs | $ 6.30 |
| Current Total Due for Professional Services | $ 360.80 |
| **Total Due for Current Professional Services** | **$ 360.80** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520309

Dinsmore & Shohl LLP
Client Number‖ 123837.154
**Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.80 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| Total Hours / Fees | | 1.10 | $ 354.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 6.30 |
| Total Attorney Costs | $6.30 |
| Current Amount Due This Invoice | $360.80 |

July 29, 2020
Invoice # 4520309

Dinsmore & Shohl LLP
Client Number 123837.154
**Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/24/20 | DKL | 0.50 | Review current medical evidence regarding time frame expiration and need for development. |
| 06/25/20 | MO | 0.30 | Review chronology to update with Claimant's reopening application and supporting medical |
| 06/25/20 | DKL | 0.30 | Review Petition to Reopen with meds in support previously missing from pleadings file. |

Total Hours    1.10

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520379

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 4,420.50 |
| Attorney Costs | $ 251.29 |
| Current Total Due for Professional Services | $ 4,671.79 |
| **Total Due for Current Professional Services** | **$ 4,671.79** |

| | |
|---|---:|
| Previous Balance Owed<br>(see outstanding invoice listing attached) | $ 2,793.26 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314           Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520379

Dinsmore & Shohl LLP
Client Number ▯ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414315 | 02/27/20 | $ 85.45 | $ 76.91 | $ 8.54 |
| 4459232 | 04/17/20 | $ 358.55 | $ 322.70 | $ 35.85 |
| 4481120 | 05/26/20 | $ 142.67 | $ 128.40 | $ 14.27 |
| 4498723 | 06/19/20 | $ 2,734.60 | $ 0.00 | $ 2,734.60 |
| | | | Total Previous Outstanding Balance | $ 2,793.26 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520379

Dinsmore & Shohl LLP
Client Number ⫾ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.90 | |
| | Partner | | |
| Mary R. Ontko | | 23.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 25.70 | $ 4,420.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 6.60 | |
| Medical Records | $ 244.69 | |
| | Total Attorney Costs | $251.29 |
| | Current Amount Due This Invoice | $4,671.79 |

1

July 29, 2020
Invoice # 4520379

Dinsmore & Shohl LLP
Client Number ☐ 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | DKL | 0.30 | Review and analyze summary of medical records from hospital. |
| 06/01/20 | DKL | 0.50 | Review and analyze extensive medical records summary of physician. |
| 06/05/20 | MO | 1.50 | Prepare chronology of new medical records from healthcare provider. |
| 06/09/20 | MO | 5.50 | Begin to review voluminous medical records received from healthcare provider and prepare chronology. |
| 06/10/20 | DKL | 0.40 | Review and analyze medical records from healthcare provider. |
| 06/10/20 | MO | 5.90 | Continue to review and prepare chronology of voluminous medical records from healthcare provider. |
| 06/11/20 | MO | 4.10 | Complete chronology of records received from healthcare provider. |
| 06/15/20 | DKL | 0.70 | Review healthcare provider medical record summary from 2002-2019. |
| 06/26/20 | MO | 2.60 | Begin review of medical records to select documents to send to expert for records review. |
| 06/29/20 | MO | 2.60 | Continue to review medical records and select documents to send to expert for review. |
| 06/29/20 | MO | 1.60 | Begin to prepare letter to expert for records review. |

Total Hours    25.70

2



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID:  31-0263070

Murray Energy Corporation, et al.                                          July 29, 2020
46226 National Road                                                    Invoice # 4520387
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion
County Coal Co.
2BZW8-2917038

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 185.00 |
| Attorney Costs | $ 0.45 |
| Current Total Due for Professional Services | $ 185.45 |
| **Total Due for Current Professional Services** | **$ 185.45** |

Previous Balance Owed                                                       $ 433.00
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520387

Dinsmore & Shohl LLP
Client Number 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498730 | 06/19/20 | $ 433.00 | $ 0.00 | $ 433.00 |
| | | Total Previous Outstanding Balance | | $ 433.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520387

Dinsmore & Shohl LLP
Client Number  123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 185.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.45 | |
| Total Attorney Costs | | $0.45 |
| Current Amount Due This Invoice | | $185.45 |

1

July 29, 2020
Invoice # 4520387

Dinsmore & Shohl LLP
Client Number 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 06/02/20 | DKL | 0.20 | Exchange evidence with claimant's counsel. |
| 06/15/20 | MO | 0.20 | Telephone call to Department of Labor regarding Notice of Assignment and PreHearing Order. |
| 06/23/20 | DKL | 0.20 | Letter to Claimant's counsel regarding in-person hearing. |

Total Hours      0.60

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                          Invoice # 4520389
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.164
Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 -
Marion County Coal Co.
2BF3Q-2017334

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 270.85 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520389

Dinsmore & Shohl LLP
Client Number 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459245 | 04/17/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4498734 | 06/19/20 | $ 267.00 | $ 0.00 | $ 267.00 |
| | | Total Previous Outstanding Balance | | $ 270.85 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520389

Dinsmore & Shohl LLP
Client Number ▯  123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| | Current Amount Due This Invoice | $38.50 |

1

July 29, 2020
Invoice # 4520389

Dinsmore & Shohl LLP
Client Number ⬚ 123837.164
**Matter: Johnson, Michael - 12/23/2015 - 2BF3Q-2017334 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review correspondence regarding Proposed Decision and Order denying benefits to claimant. |

| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520386

Billing Attorney - William E Robinson

Client Number - 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 -
Marshall County Coal CO.
2B2Y4-2018182

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,746.50 |
| Attorney Costs | $ 47.25 |
| Current Total Due for Professional Services | $ 1,793.75 |
| **Total Due for Current Professional Services** | **$ 1,793.75** |

| | |
|---|---|
| Previous Balance Owed | $ 13.15 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520386

Dinsmore & Shohl LLP
Client Number 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414331 | 02/27/20 | $ 131.50 | $ 118.35 | $ 13.15 |
| | | Total Previous Outstanding Balance | | $ 13.15 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520386

Dinsmore & Shohl LLP
Client Number ⫾ 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.00 | |
| | Partner | | |
| Mary R. Ontko | | 6.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.30 | $ 1,746.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 47.25 | |
| Total Attorney Costs | | $47.25 |
| Current Amount Due This Invoice | | $1,793.75 |

1

July 29, 2020
Invoice # 4520386

Dinsmore & Shohl LLP
Client Number 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/04/20 | DKL | 0.20 | Review Director's Exhibits and select documents for review in preparation for Administrative Law Judge hearing. |
| 06/08/20 | MO | 1.10 | Review claim file for medical documents and medical provider names. |
| 06/08/20 | MO | 0.50 | Prepare medical records requests to physicians' offices and letter to Claimant with authorizations for signature. |
| 06/08/20 | MO | 0.60 | Review Director Exhibits for additional medical and claim documents. |
| 06/08/20 | MO | 0.30 | Email to Attorney Liberati with status of claim. |
| 06/09/20 | DKL | 0.50 | Review and analyze Director's Exhibits in anticipation of Administrative Law Judge hearing. |
| 06/09/20 | DKL | 0.10 | Review memo from M. Ontko regarding status of evidence in pending FBL claim. |
| 06/12/20 | DKL | 0.70 | Review medical records including supplemental report from Department of Labor physician to develop strategy for defense at upcoming Administrative Law Judge hearing. |
| 06/15/20 | DKL | 0.10 | Emails with M. Ontko regarding reward order from Judge Kane with discussions concerning strategy moving forward. |
| 06/17/20 | MO | 3.80 | Review medical documentation and prepare summary letter to Expert for records review. |
| 06/18/20 | DKL | 0.20 | Revise letter to Expert requesting medical report. |
| 06/22/20 | DKL | 0.10 | Review, sign, and send letter to Expert requesting report. |
| 06/25/20 | DKL | 0.10 | Review Notice of Appearance from claimant's counsel. |

Total Hours    8.30

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          July 29, 2020
46226 National Road                                        Invoice # 4520318
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.197
Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 -
Marshall County Coal Co.
BXGGB-2018285

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 404.70 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520318

Dinsmore & Shohl LLP
Client Number▯ 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498662 | 06/19/20 | $ 404.70 | $ 0.00 | $ 404.70 |
| | | Total Previous Outstanding Balance | | $ 404.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520318

Dinsmore & Shohl LLP
Client Number  123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 192.50 |

Current Amount Due This Invoice          $192.50

1

July 29, 2020
Invoice # 4520318

Dinsmore & Shohl LLP
Client Number ▯ 123837.197
**Matter: Fillon, James - DOI: 5/1/1997 - BXGGB-2018285 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | DKL | 0.20 | Review list of Director's Exhibits in survivor's claim. |
| 06/04/20 | DKL | 0.30 | Review Director's Exhibits regarding Administrative Law Judge hearing. |

Total Hours    0.50

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520322

Billing Attorney - William E Robinson

Client Number - 123837.201
Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP
- Ohio County Coal Co.
JCN 2019016355 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 649.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 649.50 |
| **Total Due for Current Professional Services** | **$ 649.50** |

| | |
|---|---|
| Previous Balance Owed | $ 541.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520322

Dinsmore & Shohl LLP
Client Number▯ 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498665 | 06/19/20 | $ 541.90 | $ 0.00 | $ 541.90 |

Total Previous Outstanding Balance — $ 541.90

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520322

Dinsmore & Shohl LLP
Client Number  123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 2.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.30 | $ 649.50 |
| | Current Amount Due This Invoice | | $649.50 |

1

July 29, 2020
Invoice # 4520322

Dinsmore & Shohl LLP
Client Number 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | MO | 0.80 | Review claim file for evidence to submit in support of claim order dated 09-24-19. |
| 06/16/20 | MO | 0.40 | Review medical records for possible evidence to submit. |
| 06/16/20 | MO | 0.30 | Prepare Motion for Final OP Board Hearing. |
| 06/16/20 | MO | 1.20 | Prepare Employer's evidence submission re: claim order dated 09-24-19. |
| 06/17/20 | DKL | 0.50 | Review file and select evidence for submission with request for final hearing. |
| 06/19/20 | DKL | 0.10 | Review, sign, and file Motion for final Occupational Pneumoconiosis Board hearing with evidence. |

Total Hours    3.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                                Invoice # 4520324
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 183.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 183.50 |
| **Total Due for Current Professional Services** | **$ 183.50** |

| | |
|---|---|
| Previous Balance Owed | $ 928.26 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520324

Dinsmore & Shohl LLP
Client Number▯ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459125 | 04/17/20 | $ 544.15 | $ 489.74 | $ 54.41 |
| 4481051 | 05/26/20 | $ 458.50 | $ 412.65 | $ 45.85 |
| 4498667 | 06/19/20 | $ 828.00 | $ 0.00 | $ 828.00 |

Total Previous Outstanding Balance  $ 928.26

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520324

Dinsmore & Shohl LLP
Client Number 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.40 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 183.50 |
| | Current Amount Due This Invoice | | $183.50 |

1

July 29, 2020
Invoice # 4520324

Dinsmore & Shohl LLP
Client Number◻ 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | AMS | 0.40 | Review Claimant's Board of Review brief. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/12/2020 Claimant's Board of Review brief. |
| 06/22/20 | WER | 0.10 | Review Request for Oral Argument. |

| | | |
|---|---|---|
| Total Hours | 0.70 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   July 29, 2020
46226 National Road                                            Invoice # 4520326
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.205
Matter: WC Claim No. 2019022877-OP: David E. Giles DOI:
01/22/17 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 269.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 269.50 |
| **Total Due for Current Professional Services** | **$ 269.50** |

Previous Balance Owed                                                 $ 46.50
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520326

Dinsmore & Shohl LLP
Client Number ⬚ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498668 | 06/19/20 | $ 46.50 | $ 0.00 | $ 46.50 |
| | | Total Previous Outstanding Balance | | $ 46.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520326

Dinsmore & Shohl LLP
Client Number‖ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| | Total Hours / Fees | 0.70 | $ 269.50 |

Current Amount Due This Invoice          $269.50

1

July 29, 2020
Invoice # 4520326

Dinsmore & Shohl LLP
Client Number❘ 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/24/20 | DKL | 0.70 | Review medical evidence in file to determine whether additional evidence is needed before expiration of time frame. |

| Total Hours | 0.70 |
|-------------|------|

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520336

Billing Attorney - William E Robinson

Client Number - 123837.209
Matter: Gary Kota: WC Claim No. 2020002459-OP DOI:
01/01/2017 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

Previous Balance Owed                                        $ 1,107.25
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520336

Dinsmore & Shohl LLP
Client Number  123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481054 | 05/26/20 | $ 232.50 | $ 209.25 | $ 23.25 |
| 4498672 | 06/19/20 | $ 1,084.00 | $ 0.00 | $ 1,084.00 |
| | | Total Previous Outstanding Balance | | $ 1,107.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520336

Dinsmore & Shohl LLP
Client Number 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 192.50 |

Current Amount Due This Invoice     $192.50

July 29, 2020
Invoice # 4520336

Dinsmore & Shohl LLP
Client Number‖ 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/24/20 | DKL | 0.50 | Review current medical evidence to determine if additional evidence development is needed before time frame expires. |

| | Total Hours | 0.50 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520339

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 469.50 |
| Attorney Costs | $ 1.65 |
| Current Total Due for Professional Services | $ 471.15 |
| **Total Due for Current Professional Services** | **$ 471.15** |

| | |
|---|---|
| Previous Balance Owed | $ 977.11 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520339

Dinsmore & Shohl LLP
Client Number 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 29.09 | $ 1.41 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 3,407.06 | $ 164.54 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 2,431.24 | $ 117.41 |
| 4459127 | 04/17/20 | $ 893.50 | $ 804.15 | $ 89.35 |
| 4481055 | 05/26/20 | $ 484.00 | $ 435.60 | $ 48.40 |
| 4498673 | 06/19/20 | $ 556.00 | $ 0.00 | $ 556.00 |

Total Previous Outstanding Balance $ 977.11

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520339

Dinsmore & Shohl LLP
Client Number 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.90 | $ 469.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.65 | |
| | Total Attorney Costs | $1.65 |
| | Current Amount Due This Invoice | $471.15 |

1

July 29, 2020
Invoice # 4520339

Dinsmore & Shohl LLP
Client Number 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/11/20 | MO | 0.30 | Update chronology to include 06/09/2020 Order Submitting Protest. |
| 06/15/20 | MO | 0.20 | Update chronology to include 06/05/2020 letter to Claimant regarding nurse case management service. |
| 06/23/20 | MO | 0.20 | Update chronology to include 06/17/2020 ALJ Order. |
| 06/23/20 | AMS | 0.40 | Review Administrative Law Judge's 6/17/2020 Order. |
| 06/23/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 6/17/2020 Order. |
| 06/24/20 | WER | 0.30 | Review and analyze ALJ's 6/17/2020 Order and related correspondence. |
| 06/25/20 | MO | 0.20 | Update chronology to include 06/22/2020 Claimant's Notice of Appeal to the Board of Review. |
| 06/25/20 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 6/17/2020 Order. |

Total Hours   1.90

2



CALIFORNIA ∥ COLORADO ∥ CONNECTICUT
FLORIDA ∥ GEORGIA ∥ ILLINOIS ∥ KENTUCKY
MASSACHUSETTS ∥ MICHIGAN ∥ OHIO
PENNSYLVANIA ∥ WASHINGTON, D.C. ∥ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                            Invoice # 4520332
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.211
Matter: Richard W. McDowell: WC 2020001969-OP DOI:
12/07/2014 Marshall County Coal Co.

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 0.71 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520332

Dinsmore & Shohl LLP
Client Number ▯ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459131 | 04/17/20 | $ 7.10 | $ 6.39 | $ 0.71 |
| | | Total Previous Outstanding Balance | | $ 0.71 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520332

Dinsmore & Shohl LLP
Client Number ☐ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 192.50 |
| | Current Amount Due This Invoice | | $192.50 |

1

July 29, 2020
Invoice # 4520332

Dinsmore & Shohl LLP
Client Number▯ 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/24/20 | DKL | 0.50 | Review claimant's medical evidence to determine if more evidence is needed by end of time frame. |

| | | | |
|------|-----------|-------|---|
| Total Hours | | 0.50 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   July 29, 2020
46226 National Road                                            Invoice # 4520343
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 994.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 994.00 |
| **Total Due for Current Professional Services** | **$ 994.00** |

Previous Balance Owed                                                $ 300.20
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314        Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520343

Dinsmore & Shohl LLP
Client Number 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459133 | 04/17/20 | $ 463.00 | $ 416.70 | $ 46.30 |
| 4481058 | 05/26/20 | $ 1,103.50 | $ 993.15 | $ 110.35 |
| 4498675 | 06/19/20 | $ 143.55 | $ 0.00 | $ 143.55 |
| | | Total Previous Outstanding Balance | | $ 300.20 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520343

Dinsmore & Shohl LLP
Client Number‖ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.80 | $ 994.00 |
| | Current Amount Due This Invoice | | $994.00 |

1

July 29, 2020
Invoice # 4520343

Dinsmore & Shohl LLP
Client Number ▯ 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/16/20 | AMS | 0.40 | Review physician's request for authorization of evaluation and treatment, and Claimants relevant medical records, for purpose of advising client regarding response to request. |
| 06/16/20 | AMS | 0.10 | Confer with client regarding response to physician's request for authorization of testing. |
| 06/16/20 | MO | 0.50 | Review client's website for new medical documents. |
| 06/17/20 | MO | 0.60 | Update chronology with new medical records from client website. |
| 06/26/20 | MO | 0.20 | Telephone call to physician's office regarding evaluations and referrals. |
| 06/26/20 | AMS | 0.90 | Review relevant portions of file for purpose of determining appropriate independent medical examination physician to evaluate claimant for maximum medical improvement. |
| 06/26/20 | AMS | 0.40 | Identify medical records to send to Expert for purpose of evaluating physician's request for authorization of testing. |
| 06/29/20 | AMS | 0.20 | Confer with client regarding independent medical examination. |
| 06/30/20 | MO | 0.50 | Prepare Scheduling Sheet and return to physician to schedule independent medical evaluation. |
| 06/30/20 | MO | 0.20 | Email concerning physician's addendum to 03/20/2020 report. |
| 06/30/20 | MO | 0.30 | Prepare letter to Claimant regarding independent medical evaluation scheduled. |
| 06/30/20 | AMS | 0.50 | Draft correspondence to physician regarding addendum. |

Total Hours     4.80



CALIFORNIA ⌷ COLORADO ⌷ CONNECTICUT
FLORIDA ⌷ GEORGIA ⌷ ILLINOIS ⌷ KENTUCKY
MASSACHUSETTS ⌷ MICHIGAN ⌷ OHIO
PENNSYLVANIA ⌷ WASHINGTON, D.C. ⌷ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                              Invoice # 4520345
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.217
Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437
- Marshall County Coal Co.
2019010437

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 3.10 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314       Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520345

Dinsmore & Shohl LLP
Client Number 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459134 | 04/17/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| | | Total Previous Outstanding Balance | | $ 3.10 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520345

Dinsmore & Shohl LLP
Client Number 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

July 29, 2020
Invoice # 4520345

Dinsmore & Shohl LLP
Client Number⊓ 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/11/20 | MO | 0.20 | Update chronology to include 06/05/2020 Order to Show Cause. |
| 06/11/20 | AMS | 0.10 | Review Order to Show Cause regarding Claimant's protest. |

|  | Total Hours | 0.30 |
|--|-------------|------|

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520349

Billing Attorney - William E Robinson

Client Number - 123837.221
Matter: Pelkowski, Richard - DOI: 01/10/2005 -
2BXPM-2018058 - Marshall County Coal Co.
2BXPM-2018058

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 108.50 |
| Attorney Costs | $ 500.30 |
| Current Total Due for Professional Services | $ 608.80 |
| **Total Due for Current Professional Services** | **$ 608.80** |

| | |
|---|---|
| Previous Balance Owed | $ 383.28 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520349

Dinsmore & Shohl LLP
Client Number 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459136 | 04/17/20 | $ 38.80 | $ 34.92 | $ 3.88 |
| 4481060 | 05/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498679 | 06/19/20 | $ 372.45 | $ 0.00 | $ 372.45 |
| | | Total Previous Outstanding Balance | | $ 383.28 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520349

Dinsmore & Shohl LLP
Client Number 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 108.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.30 | |
| Medical Exam and Report Fees | $ 500.00 | |
| Total Attorney Costs | | $500.30 |
| Current Amount Due This Invoice | | $608.80 |

1

July 29, 2020
Invoice # 4520349

Dinsmore & Shohl LLP
Client Number 123837.221
**Matter: Pelkowski, Richard - DOI: 01/10/2005 - 2BXPM-2018058 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | MO | 0.20 | Telephone conference with Expert's office regarding records review. |
| 06/03/20 | MO | 0.20 | Email to Attorney Liberati regarding discussion with Expert's office regarding records review. |
| 06/15/20 | MO | 0.30 | Prepare letter to claimant's representative with Expert's supplemental report. |

Total Hours     0.70

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520354

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 317.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 317.00 |
| **Total Due for Current Professional Services** | **$ 317.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,007.95

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520354

Dinsmore & Shohl LLP
Client Number 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459138 | 04/17/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498683 | 06/19/20 | $ 1,001.00 | $ 0.00 | $ 1,001.00 |
| | | Total Previous Outstanding Balance | | $ 1,007.95 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520354

Dinsmore & Shohl LLP
Client Number 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.30 | |
| | Paralegal | | |
| Total Hours / Fees | | 1.60 | $ 317.00 |

Current Amount Due This Invoice                $317.00

1

July 29, 2020
Invoice # 4520354

Dinsmore & Shohl LLP
Client Number ‖ 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 06/15/20 | MO | 0.60 | Review claim file and locate documents for evidence submission. |
| 06/15/20 | MO | 0.70 | Prepare employer's evidence submission. |
| 06/18/20 | DKL | 0.10 | Review, sign, and file Closing Argument. |
| 06/18/20 | DKL | 0.10 | Review and revise evidence to submit with Closing Argument. |
| 06/25/20 | DKL | 0.10 | Submit evidence with Closing Argument. |

Total Hours     1.60

# Dinsmore

CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520356

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 82.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 82.00 |
| **Total Due for Current Professional Services** | **$ 82.00** |

| | |
|---|---|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 174.90 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314    Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520356

Dinsmore & Shohl LLP
Client Number ☐ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459139 | 04/17/20 | $ 247.45 | $ 222.70 | $ 24.75 |
| 4481062 | 05/26/20 | $ 485.00 | $ 436.50 | $ 48.50 |
| 4498684 | 06/19/20 | $ 101.65 | $ 0.00 | $ 101.65 |
| | | Total Previous Outstanding Balance | | $ 174.90 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520356

Dinsmore & Shohl LLP
Client Number ▯ 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.40 | $ 82.00 |

Current Amount Due This Invoice     $82.00

1

July 29, 2020
Invoice # 4520356

Dinsmore & Shohl LLP
Client Number   123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | MO | 0.20 | Update chronology to include Claimant's 06-09-2020 settlement demand. |
| 06/22/20 | AMS | 0.10 | Review correspondence from Claimant's attorney setting forth settlement demand. |
| 06/22/20 | AMS | 0.10 | Confer with client regarding settlement demand. |

Total Hours      0.40

2



CALIFORNIA ⏷ COLORADO ⏷ CONNECTICUT
FLORIDA ⏷ GEORGIA ⏷ ILLINOIS ⏷ KENTUCKY
MASSACHUSETTS ⏷ MICHIGAN ⏷ OHIO
PENNSYLVANIA ⏷ WASHINGTON, D.C. ⏷ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                          Invoice # 4520358
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.227
Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI:
12/31/2012 Marshall County Coal Company
2013017058 OP

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

Previous Balance Owed                                              $ 642.64
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Dinsmore & Shohl LLP                                              Invoice # 4520358
Client Number 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481063 | 05/26/20 | $ 217.00 | $ 195.30 | $ 21.70 |
| 4498686 | 06/19/20 | $ 620.94 | $ 0.00 | $ 620.94 |
| | | Total Previous Outstanding Balance | | $ 642.64 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520358

Dinsmore & Shohl LLP
Client Number 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| Total Hours / Fees | | 0.30 | $ 69.50 |

Current Amount Due This Invoice          $69.50

1

July 29, 2020
Invoice # 4520358

Dinsmore & Shohl LLP
Client Number ‖ 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/20 | MO | 0.20 | Update chronology to include 06-12-2020 Order Extending Time Frame. |
| 06/17/20 | DKL | 0.10 | Review Order Extending Time Frame. |

Total Hours    0.30



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520361

Billing Attorney - William E Robinson

Client Number - 123837.238
Matter: Jones, John L. WC Claim No.: 2020010417; DOI:
10-16-2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,925.50 |
| Attorney Costs | $ 56.04 |
| Current Total Due for Professional Services | $ 3,981.54 |
| **Total Due for Current Professional Services** | **$ 3,981.54** |

| | |
|---|---:|
| Previous Balance Owed (see outstanding invoice listing attached) | $ 2,194.95 |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520361

Dinsmore & Shohl LLP
Client Number ⸏ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459205 | 04/17/20 | $ 2,700.00 | $ 2,430.00 | $ 270.00 |
| 4510387 | 06/01/20 | $ 2,211.80 | $ 1,990.60 | $ 221.20 |
| 4498692 | 06/19/20 | $ 1,703.75 | $ 0.00 | $ 1,703.75 |
| | | Total Previous Outstanding Balance | | $ 2,194.95 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520361

Dinsmore & Shohl LLP
Client Number⏻ 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.90 |
| | Partner | |
| Aimee M Stern | | 6.50 |
| | Of Counsel | |
| Mary R. Ontko | | 11.70 |
| | Paralegal | |
| | Total Hours / Fees | 19.10 | $ 3,925.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 26.40 | |
| Medical Records | $ 29.64 | |
| | Total Attorney Costs | $56.04 |
| | Current Amount Due This Invoice | $3,981.54 |

1

July 29, 2020
Invoice # 4520361

Dinsmore & Shohl LLP
Client Number 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | AMS | 0.70 | Continue identifying evidence to file in support 2/10/2020 Order. |
| 06/01/20 | AMS | 0.30 | Review evidence filed by claimant in support of protest to 2/10/2020 Order. |
| 06/01/20 | AMS | 0.10 | Review 5/26/2020 Acknowledgement of Treatment Request. |
| 06/01/20 | MO | 0.20 | Update chronology to include 05/26/2020 letter to Claimant regarding acknowledgement of treatment request. |
| 06/02/20 | AMS | 0.30 | Begin drafting Closing Argument in support of 2/10/2020 Order. |
| 06/02/20 | WER | 0.40 | Review and analyze Employer's Evidence. |
| 06/02/20 | MO | 2.60 | Update chronology with new medical records. |
| 06/03/20 | AMS | 1.40 | Continue drafting Closing Argument in support of 2/10/2020 Order closing claim. |
| 06/04/20 | AMS | 1.20 | Review updated medical records from Hospital. |
| 06/04/20 | MO | 0.50 | Update chronology to include Employer's 06/02/2020 Evidence regarding claim order dated 02/10/2020. |
| 06/04/20 | MO | 0.60 | Prepare medical records requests. |
| 06/04/20 | MO | 4.20 | Begin to update chronology with new records. |
| 06/05/20 | MO | 2.10 | Complete update of chronology to include new Hospital records. |
| 06/05/20 | AMS | 0.50 | Review updated medical records. |
| 06/08/20 | AMS | 0.70 | Finish identifying evidence to file in support of 2/10/2020 Order closing claim. |
| 06/08/20 | WER | 0.20 | Review and analyze Employer's Evidence. |
| 06/08/20 | WER | 0.20 | Review and analyze Employer's Brief. |
| 06/08/20 | MO | 0.40 | Update chronology with relevant records received from Hospital. |
| 06/08/20 | MO | 0.50 | Update chronology to include 06/08/2020 Employer's additional evidence regarding claim order dated 02/10/2020. |
| 06/09/20 | MO | 0.40 | Update chronology to include new relevant medical records received. |
| 06/10/20 | AMS | 0.10 | Review updated medical records. |
| 06/11/20 | AMS | 0.70 | Continue drafting Closing Argument in support of 2/10/2020 Order closing claim. |
| 06/15/20 | AMS | 0.50 | Finalize Closing Argument in support of 2/10/2020 Order closing claim. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/16/2020 Employer's Closing Argument regarding claim order dated 02/10/2020. |
| 06/16/20 | WER | 0.10 | Review and analyze Employer's Closing Argument and related evidence. |

July 29, 2020
Invoice # 4520361

Dinsmore & Shohl LLP
Client Number 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

Total Hours      19.10



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                     July 29, 2020
46226 National Road                                         Invoice # 4520363
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.241
Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI,
DOI: 9/15/2018, Marion County Coal Company

**Remittance Advice**

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---|
| Previous Balance Owed | $ 151.60 |
| (see outstanding invoice listing attached) | |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520363

Dinsmore & Shohl LLP
Client Number 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481106 | 05/26/20 | $ 951.00 | $ 855.90 | $ 95.10 |
| 4498702 | 06/19/20 | $ 56.50 | $ 0.00 | $ 56.50 |
| | | Total Previous Outstanding Balance | | $ 151.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520363

Dinsmore & Shohl LLP
Client Number □ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.30 | $ 56.50 |
| | Current Amount Due This Invoice | | $56.50 |

1

July 29, 2020
Invoice # 4520363

Dinsmore & Shohl LLP
Client Number ‖ 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | MO | 0.20 | Update chronology to include 05-27-2020 Claimant's response to Acknowledgement of Filed Protest. |
| 06/10/20 | AMS | 0.10 | Review Claimant's Closing Argument regarding protest to 3/26/2020 Order rejecting claim. |

Total Hours    0.30



CALIFORNIA ▌ COLORADO ▌ CONNECTICUT
FLORIDA ▌ GEORGIA ▌ ILLINOIS ▌ KENTUCKY
MASSACHUSETTS ▌ MICHIGAN ▌ OHIO
PENNSYLVANIA ▌ WASHINGTON, D.C. ▌ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    July 29, 2020
46226 National Road                                      Invoice # 4520364
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.242
Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP,
DOI: 01/02/2019, Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,743.50 |
| Attorney Costs | $ 130.95 |
| Current Total Due for Professional Services | $ 2,874.45 |
| **Total Due for Current Professional Services** | **$ 2,874.45** |

Previous Balance Owed                                          $ 2,554.55
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020

Dinsmore & Shohl LLP
Client Number 123837.242                                Invoice # 4520364

**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481107 | 05/26/20 | $ 969.50 | $ 872.55 | $ 96.95 |
| 4498704 | 06/19/20 | $ 2,457.60 | $ 0.00 | $ 2,457.60 |
| | | Total Previous Outstanding Balance | | $ 2,554.55 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520364

Dinsmore & Shohl LLP
Client Number 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 17.70 | |
| | Total Hours / Fees | 17.70 | $ 2,743.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 0.30 |
| Medical Records | $ 130.65 |
| Total Attorney Costs | $130.95 |
| Current Amount Due This Invoice | $2,874.45 |

1

July 29, 2020
Invoice # 4520364

Dinsmore & Shohl LLP
Client Number 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | MO | 2.30 | Begin to update chronology with medical records from Hospital. |
| 06/11/20 | MO | 0.20 | Telephone call to medical facility regarding request for medical records. |
| 06/18/20 | MO | 5.10 | Continue to update chronology with medical records from Hospital |
| 06/19/20 | MO | 3.10 | Continue to update chronology with medical records from Hospital. |
| 06/22/20 | MO | 4.80 | Continue to update chronology with medical records from Hospital. |
| 06/23/20 | MO | 2.20 | Complete updating chronology with medical records received from Hospital. |

Total Hours     17.70



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                          July 29, 2020
46226 National Road                                              Invoice # 4520366
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.244
Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP;
DOI:7-1-2010 The Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,931.50 |
| Attorney Costs | $ 17.70 |
| Current Total Due for Professional Services | $ 1,949.20 |
| **Total Due for Current Professional Services** | **$ 1,949.20** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,379.60 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520366

Dinsmore & Shohl LLP
Client Number 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498709 | 06/19/20 | $ 1,379.60 | $ 0.00 | $ 1,379.60 |
| | | Total Previous Outstanding Balance | | $ 1,379.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520366

Dinsmore & Shohl LLP
Client Number ❑ 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.60 | |
| | Partner | | |
| William E Robinson | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 4.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.70 | $ 1,931.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 17.70 | |
| Total Attorney Costs | | $17.70 |
| Current Amount Due This Invoice | | $1,949.20 |

1

July 29, 2020
Invoice # 4520366

Dinsmore & Shohl LLP
Client Number ‖ 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 05/04/20 | MO | 0.40 | Prepare Employer Notice of Appearance with letter to Office of Judges filing same. |
| 05/04/20 | MO | 0.30 | Prepare authorization and list of medical providers. |
| 06/08/20 | MO | 0.60 | Review claim file for documents to submit as evidence. |
| 06/08/20 | MO | 0.70 | Prepare Employer evidence submission regarding 03/05/2020 claim order. |
| 06/09/20 | DKL | 0.20 | Emails with M. Ontko regarding issue to be addressed in Closing Argument. |
| 06/09/20 | DKL | 0.30 | Review evidence to submit with Closing Argument. |
| 06/10/20 | DKL | 0.10 | Emails with M. Ontko regarding Closing Argument versus final hearing. |
| 06/11/20 | DKL | 0.80 | Draft Closing Argument letter to Administrative Law Judge. |
| 06/12/20 | DKL | 0.30 | Final revisions to written Closing Argument. |
| 06/15/20 | MO | 0.60 | Finalize Employer's evidence submission regarding Claim Order. |
| 06/15/20 | DKL | 0.20 | Several emails with M. Ontko regarding procedural history of claim. |
| 06/15/20 | DKL | 0.20 | Correction to procedural history in brief. |
| 06/15/20 | DKL | 0.10 | Final revisions to Closing Argument. |
| 06/16/20 | DKL | 0.10 | Letter filing evidence and Closing Argument. |
| 06/16/20 | WER | 0.40 | Review and analyze Employer‖s Closing Argument and related evidence. |
| 06/17/20 | MO | 0.50 | Update chronology to include 06/16/2020 Employer closing argument and evidence. |
| 06/17/20 | MO | 0.40 | Review new medical records to update chronology. |
| 06/19/20 | MO | 0.30 | Update chronology to include 06/16/2020 Claimant's evidence submission. |
| 06/19/20 | DKL | 0.20 | Review Claimant's Petition to Re-open with pulmonary function test attached. |
| 06/19/20 | DKL | 0.10 | Email to M. Ontko regarding supplement action of Closing Argument. |
| 06/30/20 | MO | 0.90 | Update chronology to include new records. |

Total Hours     7.70

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    July 29, 2020
46226 National Road                                        Invoice # 4520367
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.245
Matter: Marling, Tim WC Claim No.: 2020010344; DOI:
10/13/2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 433.00 |
| Attorney Costs | $ 4.20 |
| Current Total Due for Professional Services | $ 437.20 |
| **Total Due for Current Professional Services** | **$ 437.20** |

Previous Balance Owed                                         $ 2,934.50
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520367

Dinsmore & Shohl LLP
Client Number 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498710 | 06/19/20 | $ 2,934.50 | $ 0.00 | $ 2,934.50 |
| | | Total Previous Outstanding Balance | | $ 2,934.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520367

Dinsmore & Shohl LLP
Client Number ‖ 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.60 | $ 433.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.20 | |
| | Total Attorney Costs | $4.20 |
| | Current Amount Due This Invoice | $437.20 |

1

July 29, 2020
Invoice # 4520367

Dinsmore & Shohl LLP
Client Number‖ 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/02/20 | MO | 0.20 | Update chronology to include 05/28/2020 letter to Claimant acknowledging benefits request. |
| 06/03/20 | AMS | 0.10 | Review 5/28/2020 Order acknowledging benefit request. |
| 06/04/20 | MO | 0.20 | Update chronology to include Claimant's 06/01/2020 protest regarding Claim Order. |
| 06/05/20 | AMS | 0.10 | Review Claimant's protest to 4/10/2020 Order. |
| 06/15/20 | MO | 0.40 | Review new medical records received to update chronology. |
| 06/16/20 | MO | 0.20 | Update chronology to include 06/10/2020 Time Frame Order. |
| 06/17/20 | MO | 0.40 | Update chronology to include Claimant's 06/15/2020 evidence submission. |
| 06/18/20 | MO | 0.40 | Review client's website for new medical records. |
| 06/18/20 | MO | 0.50 | Update chronology to include new medical records. |
| 06/19/20 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to 4/10/2020 Order. |

Total Hours     2.60

2

Black Lung Bills



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                         July 29, 2020
46226 National Road                                                  Invoice # 4520378
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 616.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 616.50 |
| **Total Due for Current Professional Services** | **$ 616.50** |

| | |
|---|---|
| Previous Balance Owed | $ 234.13 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520378

Dinsmore & Shohl LLP
Client Number ⬚ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 834.31 | $ 40.29 |
| 4414310 | 02/27/20 | $ 936.60 | $ 893.45 | $ 43.15 |
| 4434804 | 03/26/20 | $ 2,233.00 | $ 2,130.13 | $ 102.87 |
| 4459230 | 04/17/20 | $ 401.20 | $ 361.08 | $ 40.12 |
| 4481119 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |

Total Previous Outstanding Balance     $ 234.13

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520378

Dinsmore & Shohl LLP
Client Number 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.90 | $ 616.50 |

Current Amount Due This Invoice        $616.50

1

July 29, 2020
Invoice # 4520378

Dinsmore & Shohl LLP
Client Number ᴵ 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/17/20 | DKL | 0.10 | Review correspondence from Department of Labor regarding service of future pleadings and findings by email. |
| 06/18/20 | DKL | 0.30 | Review 24-page Administrative Law Judge opinion and decision awarding benefits. |
| 06/25/20 | MO | 0.50 | Prepare letter to client with 06-17-2020 Decision & Order awarding benefits. |
| 06/25/20 | DKL | 0.10 | Emails with Mary Ontko regarding rationale for Administrative Law Judge Decision awarding benefits. |
| 06/26/20 | DKL | 0.50 | Review and analyze Administrative Law Judge opinion regarding possible appeal. |
| 06/26/20 | DKL | 0.30 | Letter to E. Dean regarding Administrative Law Judge opinion and possible appeal. |
| 06/29/20 | DKL | 0.10 | Review and revise letter to E. Dean with explanation of Administrative Law Judge Decision. |

Total Hours    1.90

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                          Invoice # 4520380
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 125.54 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314    Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520380

Dinsmore & Shohl LLP
Client Number ▯ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414318 | 02/27/20 | $ 917.40 | $ 825.66 | $ 91.74 |
| 4459236 | 04/17/20 | $ 338.00 | $ 304.20 | $ 33.80 |
| | | Total Previous Outstanding Balance | | $ 125.54 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520380

Dinsmore & Shohl LLP
Client Number 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

1

July 29, 2020
Invoice # 4520380

Dinsmore & Shohl LLP
Client Number‖ 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review notice from Department of Labor regarding service by email in miner's claim. |
| | Total Hours | 0.10 | |

2

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                          July 29, 2020
46226 National Road                                   Invoice # 4520382
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.175
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio
County Coal Company
2020-BLA-05050

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                      $ 44.91
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520382

Dinsmore & Shohl LLP
Client Number⫞ 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414323 | 02/27/20 | $ 359.75 | $ 323.78 | $ 35.97 |
| 4459238 | 04/17/20 | $ 89.35 | $ 80.41 | $ 8.94 |
| | | Total Previous Outstanding Balance | | $ 44.91 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520382

Dinsmore & Shohl LLP
Client Number  123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice                    $38.50

1

July 29, 2020
Invoice # 4520382

Dinsmore & Shohl LLP
Client Number ‖ 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review notice from Department of Labor regarding e-service of all pleadings in survivor's claim. |

| | Total Hours | 0.10 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520383

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

| | |
|---|---|
| Previous Balance Owed | $ 203.54 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520383

Dinsmore & Shohl LLP
Client Number 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414325 | 02/27/20 | $ 1,508.21 | $ 1,357.38 | $ 150.83 |
| 4459239 | 04/17/20 | $ 367.60 | $ 330.84 | $ 36.76 |
| 4481123 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4498726 | 06/19/20 | $ 8.25 | $ 0.00 | $ 8.25 |
| | | Total Previous Outstanding Balance | | $ 203.54 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520383

Dinsmore & Shohl LLP
Client Number 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 192.50 |

| | | | |
|---|---|---|---|
| | Current Amount Due This Invoice | | $192.50 |

1

July 29, 2020
Invoice # 4520383

Dinsmore & Shohl LLP
Client Number 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/12/20 | DKL | 0.10 | Review Notice from Department of Labor regarding future service and filing by email. |
| 06/15/20 | DKL | 0.30 | Review Administrative Law Judge Decision awarding benefits regarding potential appeal. |
| 06/15/20 | DKL | 0.10 | Email to M. Ontko with Administrative Law Judge opinion and analysis regarding appeal. |

|  | Total Hours | 0.50 |  |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                             July 29, 2020
46226 National Road                                   Invoice # 4520384
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 183.75 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520384

Dinsmore & Shohl LLP
Client Number □ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414326 | 02/27/20 | $ 742.95 | $ 668.65 | $ 74.30 |
| 4459240 | 04/17/20 | $ 247.55 | $ 222.80 | $ 24.75 |
| 4481124 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4498727 | 06/19/20 | $ 77.00 | $ 0.00 | $ 77.00 |
| | | Total Previous Outstanding Balance | | $ 183.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520384

Dinsmore & Shohl LLP
Client Number ⃝ 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

July 29, 2020
Invoice # 4520384

Dinsmore & Shohl LLP
Client Number  123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | DKL | 0.10 | Correspondence from claimant's counsel regarding payment of attorney fees. |
| | Total Hours | 0.10 | |



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                              July 29, 2020
46226 National Road                                      Invoice # 4520394
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.182
Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 -
Monongalia County Coal Co.
2018-BLA-05476

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 115.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 115.50 |
| **Total Due for Current Professional Services** | **$ 115.50** |

Previous Balance Owed                                          $ 51.25
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520394

Dinsmore & Shohl LLP
Client Number  123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414348 | 02/27/20 | $ 127.50 | $ 114.75 | $ 12.75 |
| 4498751 | 06/19/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 51.25 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520394

Dinsmore & Shohl LLP
Client Number ⏐ 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 0.30 | $ 115.50 |

Current Amount Due This Invoice    $115.50

1

July 29, 2020
Invoice # 4520394

Dinsmore & Shohl LLP
Client Number ⎕ 123837.182
**Matter: Wise, Gary - 1/1/2006 - 2018-BLA-05476 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | DKL | 0.10 | Notice from office of Administrative Law Judge regarding service of all documents by email. |
| 06/04/20 | DKL | 0.10 | Review Attorney Fee Order form from Department of Labor. |
| 06/22/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

Total Hours    0.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          July 29, 2020
46226 National Road                                                  Invoice # 4520315
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.196
Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 -
Marion County Coal Co.
2016-BLA-05940

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 3.85 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number 0  123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

July 29, 2020
Invoice # 4520315

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481049 | 05/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| | | Total Previous Outstanding Balance | | $ 3.85 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520315

Dinsmore & Shohl LLP
Client Number ⫾ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

1

July 29, 2020
Invoice # 4520315

Dinsmore & Shohl LLP
Client Number ‖ 123837.196
**Matter: Collins, Glenn - DOI: 6/1/2014 - 2016-BLA-05940 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | DKL | 0.10 | Review notice from Department of Labor regarding email filings required. |
| 06/29/20 | DKL | 0.10 | Review additional award of fees and costs. |

| | Total Hours | 0.20 |
|---|---|---|

# Dinsmôre

CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                       July 29, 2020
46226 National Road                                               Invoice # 4520320
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.198
Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 -
Harrison County Coal Co.
2019-BLA-05308

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 154.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.00 |
| **Total Due for Current Professional Services** | **$ 154.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 42.35 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number☐ 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

July 29, 2020
Invoice # 4520320

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459120 | 04/17/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4498663 | 06/19/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 42.35 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520320

Dinsmore & Shohl LLP
Client Number 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| | Total Hours / Fees | 0.40 | $ 154.00 |

Current Amount Due This Invoice        $154.00

1

July 29, 2020
Invoice # 4520320

Dinsmore & Shohl LLP
Client Number 123837.198
**Matter: Pillo, James - DOI: 1/1/2006 - 2019-BLA-05308 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | DKL | 0.10 | Review Notice from Administrative Law Judge regarding e-service on all documents. |
| 06/04/20 | DKL | 0.10 | Review Attorney Fee Order form from Department of Labor. |
| 06/04/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |
| 06/09/20 | DKL | 0.10 | Review revised fee petition from claimant. |

| | | |
|---|---|---|
| Total Hours | 0.40 | |

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                              Invoice # 4520330
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.206
Matter: Jeskey, Raymond - DOI: 03/01/2014 -
2017-BLA-05828 - Marshall County Coal Co.
2017-BLA-05828

### Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 38.50 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314         Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520330

Dinsmore & Shohl LLP
Client Number ‖ 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498670 | 06/19/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 38.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520330

Dinsmore & Shohl LLP
Client Number 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

1

July 29, 2020
Invoice # 4520330

Dinsmore & Shohl LLP
Client Number ‖ 123837.206
**Matter: Jeskey, Raymond - DOI: 03/01/2014 - 2017-BLA-05828 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

|  | Total Hours | 0.10 |
|--|-------------|------|

2



CALIFORNIA ▮ COLORADO ▮ CONNECTICUT
FLORIDA ▮ GEORGIA ▮ ILLINOIS ▮ KENTUCKY
MASSACHUSETTS ▮ MICHIGAN ▮ OHIO
PENNSYLVANIA ▮ WASHINGTON, D.C. ▮ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                              Invoice # 4520334
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.212
Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI:
01/01/2005 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 462.00 |
| Attorney Costs | $ 18.60 |
| Current Total Due for Professional Services | $ 480.60 |
| **Total Due for Current Professional Services** | **$ 480.60** |

| | |
|---|---:|
| Previous Balance Owed | $ 1,159.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520334

Dinsmore & Shohl LLP
Client Number 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4451473 | 02/27/20 | $ 10,900.55 | $ 9,810.50 | $ 1,090.05 |
| 4481053 | 05/26/20 | $ 313.50 | $ 282.15 | $ 31.35 |
| 4498671 | 06/19/20 | $ 38.50 | $ 0.00 | $ 38.50 |
| | | Total Previous Outstanding Balance | | $ 1,159.90 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number ‖ 123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

July 29, 2020
Invoice # 4520334

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| | Total Hours / Fees | 1.20 | $ 462.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 18.60 | |
| Total Attorney Costs | | $18.60 |
| Current Amount Due This Invoice | | $480.60 |

1

July 29, 2020
Invoice # 4520334

Dinsmore & Shohl LLP
Client Number  123837.212
**Matter: Dale E. Johnson: FBL Claim No. 19-0044 DOI: 01/01/2005 Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/26/20 | DKL | 0.30 | Review Index of Director's Exhibits and select exhibits for further review. |
| 06/30/20 | DKL | 0.90 | Detailed review of Director's Exhibits in preparation for hearing before Administrative Law Judge. |

Total Hours    1.20

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

July 29, 2020
Invoice # 4520359

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 447.50 |
| Attorney Costs | $ 127.25 |
| Current Total Due for Professional Services | $ 574.75 |
| **Total Due for Current Professional Services** | **$ 574.75** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,152.93

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314      Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520359

Dinsmore & Shohl LLP
Client Number ‖ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459141 | 04/17/20 | $ 1,026.29 | $ 923.66 | $ 102.63 |
| 4481065 | 05/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4498688 | 06/19/20 | $ 1,046.45 | $ 0.00 | $ 1,046.45 |
| | | Total Previous Outstanding Balance | | $ 1,152.93 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520359

Dinsmore & Shohl LLP
Client Number �amp; 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.70 | $ 447.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.25 | |
| Expert Fees | $ 125.00 | |
| | Total Attorney Costs | $127.25 |
| | Current Amount Due This Invoice | $574.75 |

1

July 29, 2020
Invoice # 4520359

Dinsmore & Shohl LLP
Client Number ❘ 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/04/20 | DKL | 0.10 | Review initial determination from Department of Labor. |
| 06/09/20 | DKL | 0.20 | Review supplemental medical report from expert. |
| 06/09/20 | DKL | 0.10 | Review correspondence regarding Initial Determination. |
| 06/11/20 | MO | 0.60 | Prepare medical records requests to healthcare facilities. |
| 06/15/20 | DKL | 0.10 | Letter to Claimant's counsel with evidence submission. |
| 06/24/20 | DKL | 0.10 | Review x-ray report from expert. |
| 06/24/20 | MO | 0.30 | Prepare correspondence with 06/11/2020 B-reading report from physician. |
| 06/25/20 | DKL | 0.10 | Review x-ray interpretation from expert. |
| 06/25/20 | DKL | 0.10 | Letter with x-ray interpretation to claimant's counsel. |

Total Hours      1.70

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      July 29, 2020
46226 National Road                                         Invoice # 4520360
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI:
01/01/98 Marion County Coal Co.

------

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,621.00 |
| Attorney Costs | $ 11.61 |
| Current Total Due for Professional Services | $ 1,632.61 |
| **Total Due for Current Professional Services** | **$ 1,632.61** |

Previous Balance Owed                                         $ 1,279.23
(see outstanding invoice listing attached)

## Payment Due on Receipt

------

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520360

Dinsmore & Shohl LLP
Client Number ‖ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459146 | 04/17/20 | $ 1,789.75 | $ 1,610.77 | $ 178.98 |
| 4481069 | 05/26/20 | $ 754.00 | $ 678.60 | $ 75.40 |
| 4498690 | 06/19/20 | $ 1,024.85 | $ 0.00 | $ 1,024.85 |
| | | Total Previous Outstanding Balance | | $ 1,279.23 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520360

Dinsmore & Shohl LLP
Client Number 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.60 | |
| Mary R. Ontko | Paralegal | 4.00 | |
| | Total Hours / Fees | 6.60 | $ 1,621.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 3.90 |
| Medical Records | $ 7.71 |
| Total Attorney Costs | $11.61 |
| Current Amount Due This Invoice | $1,632.61 |

1

July 29, 2020
Invoice # 4520360

Dinsmore & Shohl LLP
Client Number⏐ 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/01/20 | MO | 2.80 | Complete update of chronology with medical records. |
| 06/01/20 | MO | 0.60 | Prepare medical records requests to healthcare facilities. |
| 06/05/20 | MO | 0.60 | Prepare chronology of new medical records. |
| 06/09/20 | DKL | 0.10 | Review correspondence regarding Initial Determination. |
| 06/10/20 | DKL | 0.20 | Review and analyze medical records. |
| 06/11/20 | DKL | 0.70 | Review and analyze medical records from healthcare facility. |
| 06/16/20 | DKL | 0.10 | Review Amended Order for Benefits. |
| 06/23/20 | DKL | 1.50 | Review extensive set of Director's Exhibits for upcoming Administrative Law Judge hearing. |

Total Hours      6.60

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                July 29, 2020
46226 National Road                                           Invoice # 4520362
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.239
Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 -
Monongalia County Coal Co.
2017-BLA-05455

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 293.50 |
| Attorney Costs | $ 275.75 |
| Current Total Due for Professional Services | $ 569.25 |
| **Total Due for Current Professional Services** | **$ 569.25** |

| | |
|---|---:|
| Previous Balance Owed | $ 774.90 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520362

Dinsmore & Shohl LLP
Client Number ⏢ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459210 | 04/17/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4481104 | 05/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4498700 | 06/19/20 | $ 767.20 | $ 0.00 | $ 767.20 |
| | | Total Previous Outstanding Balance | | $ 774.90 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520362

Dinsmore & Shohl LLP
Client Number ▯ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 293.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 0.75 | |
| Expert Fees | $ 275.00 | |
| | Total Attorney Costs | $275.75 |
| | Current Amount Due This Invoice | $569.25 |

1

July 29, 2020
Invoice # 4520362

Dinsmore & Shohl LLP
Client Number ▯ 123837.239
**Matter: Rush, Danny - DOI: 02/28/2014 - 2017-BLA-05455 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/03/20 | MO | 0.30 | Letter to Cincinnati B-Readers with CD containing 10/19/18 CT scan for reading by expert. |
| 06/03/20 | DKL | 0.10 | Emails with M. Ontko regarding expert's review and potential report. |
| 06/04/20 | DKL | 0.10 | Review email from Mary regarding CT scan and securing re-read. |
| 06/22/20 | MO | 0.30 | Prepare letter to Attorney Long to return 10/19/18 CT scan of chest after review by Employer's expert. |
| 06/24/20 | MO | 0.30 | Letter to Attorney Long with 06/11/2020 report. |
| 06/25/20 | DKL | 0.10 | Review CT scan interpretation from expert. |
| 06/25/20 | DKL | 0.10 | Letter with CT scan interpretation to claimant's counsel. |

Total Hours    1.30

2



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                          July 29, 2020
46226 National Road                                                Invoice # 4520368
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.246
Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI:
08/08/2015; Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 691.00 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number‖ 123837.246

July 29, 2020
Invoice # 4520368

**Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI: 08/08/2015; Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498712 | 06/19/20 | $ 691.00 | $ 0.00 | $ 691.00 |
| | | Total Previous Outstanding Balance | | $ 691.00 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

July 29, 2020
Invoice # 4520368

Dinsmore & Shohl LLP
Client Number ▯ 123837.246
**Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI: 08/08/2015; Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

July 29, 2020
Invoice # 4520368

Dinsmore & Shohl LLP
Client Number  123837.246
**Matter: Bert A. Harlan FBL Claim No.: 19-0039; DOI: 08/08/2015; Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review claimant's response to discovery request. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |



CALIFORNIA ▯ COLORADO ▯ CONNECTICUT
FLORIDA ▯ GEORGIA ▯ ILLINOIS ▯ KENTUCKY
MASSACHUSETTS ▯ MICHIGAN ▯ OHIO
PENNSYLVANIA ▯ WASHINGTON, D.C. ▯ WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    July 29, 2020
46226 National Road                                              Invoice # 4520371
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.248
Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536
- Consolidation Coal Company
2018-BLA-005536

## Remittance Advice

For Professional Services Rendered Through June 30, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 394.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 394.00 |
| **Total Due for Current Professional Services** | **$ 394.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

July 29, 2020
Invoice # 4520371

Dinsmore & Shohl LLP
Client Number 123837.248
**Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.60 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| Total Hours / Fees | | 1.20 | $ 394.00 |
| Current Amount Due This Invoice | | | $394.00 |

July 29, 2020
Invoice # 4520371

Dinsmore & Shohl LLP
Client Number 123837.248
**Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 06/09/20 | DKL | 0.10 | Review notice from Department of Labor regarding future e-filing. |
| 06/10/20 | DKL | 0.20 | Review Administrative Law Judge opinion and decision awarding benefits. |
| 06/11/20 | MO | 0.40 | Letter to client enclosing 06-09-2020 Decision and Order Awarding Benefits, explaining basis for Judge's decision |
| 06/12/20 | DKL | 0.10 | Letter to E. Dean explaining decision of Administrative Law Judge awarding benefits. |
| 06/15/20 | WER | 0.20 | Review and analyze Decision and Order awarding benefits. |
| 06/15/20 | DKL | 0.10 | Letter to E. Dean with Administrative Law Judge Decision. |
| 06/17/20 | DKL | 0.10 | Email with B. Vinskovich regarding no appeal. |

Total Hours    1.20

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills July 1-July 31)**



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541961
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,270.00 |
| Attorney Costs | $ 203.67 |
| Current Total Due for Professional Services | $ 1,473.67 |
| **Total Due for Current Professional Services** | **$ 1,473.67** |

| | |
|---|---:|
| Previous Balance Owed | $ 135.80 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| | |
|---|---|
| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| | |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314        Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541961

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481077 | 05/26/20 | $ 648.50 | $ 583.65 | $ 64.85 |
| 4498640 | 06/19/20 | $ 27.00 | $ 24.30 | $ 2.70 |
| 4520242 | 07/29/20 | $ 682.50 | $ 614.25 | $ 68.25 |
|  |  |  | Total Previous Outstanding Balance | $ 135.80 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541961

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 1.50 | |
| | Of Counsel | | |
| Mary R. Ontko | | 5.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 7.00 | $ 1,270.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 4.50 |
| Medical Records | $ 199.17 |
| Total Attorney Costs | $203.67 |
| Current Amount Due This Invoice | $1,473.67 |

1

August 25, 2020
Invoice # 4541961

Dinsmore & Shohl LLP
Client Number – 123837.32
**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | MO | 0.20 | Update chronology to include 06/30/2020 McFadden withdrawal as Claimant's counsel. |
| 07/10/20 | AMS | 0.90 | Review updated medical records from physician's office. |
| 07/21/20 | AMS | 0.40 | Review updated medical from physician's office. |
| 07/21/20 | AMS | 0.10 | Review Administrative Law Judge's 7/14/2020 Order dismissing Claimant's Protest. |
| 07/21/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 7/14/2020 Order. |
| 07/21/20 | MO | 0.20 | Update chronology to include 07/14/2020 Order Dismissing Protest. |
| 07/21/20 | MO | 0.80 | Update chronology with new medical records received from physician's office. |
| 07/21/20 | MO | 0.60 | Prepare medical records requests to healthcare providers. |
| 07/21/20 | WER | 0.10 | Review and analyze ALJ's 7/14/2020 Order and related correspondence. |
| 07/29/20 | MO | 3.60 | Update chronology to include new medical records from physician's office. |

Total Hours    7.00



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541960
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ -
Marion County Coal Co.
JCN 2018013969 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 752.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 752.50 |
| **Total Due for Current Professional Services** | **$ 752.50** |

Previous Balance Owed                                                 $ 60.25
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541960

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459163 | 04/17/20 | $ 259.50 | $ 233.55 | $ 25.95 |
| 4481076 | 05/26/20 | $ 211.50 | $ 190.35 | $ 21.15 |
| 4520244 | 07/29/20 | $ 131.50 | $ 118.35 | $ 13.15 |
| | | Total Previous Outstanding Balance | | $ 60.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541960

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.70 | |
| | Partner | | |
| Aimee M Stern | | 1.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.50 | $ 752.50 |
| | Current Amount Due This Invoice | | $752.50 |

1

August 25, 2020
Invoice # 4541960

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | AMS | 0.20 | Review West Virginia Supreme Court's 6/26/2020 Order affirming Board of Review's 2/22/19 Order. |
| 07/01/20 | AMS | 0.20 | Review West Virginia Supreme Court's 6/26/2020 Order affirming Board of Review's 4/19/19 Order. |
| 07/01/20 | AMS | 0.40 | Draft correspondence to client regarding West Virginia Supreme Court's two Orders dated 6/26/2020. |
| 07/06/20 | MO | 0.20 | Update chronology to include 06/29/2020 correspondence to Claimant regarding doctor appointment scheduled for 08/17/2020. |
| 07/06/20 | MO | 0.20 | Update chronology to include 06/29/2020 correspondence to physician's office regarding appointment scheduled for 08/17/2020. |
| 07/06/20 | WER | 0.30 | Review and analyze Supreme Court's Memorandum Decisions. |
| 07/13/20 | MO | 0.20 | Update chronology to include 07/09/2020 WV Supreme Court of Appeals Memorandum Decision affirming the 04/19/19 Board of Review Order. |
| 07/21/20 | AMS | 0.30 | Review WV Supreme Court's 7/9/2020 Memorandum Decision. |
| 07/21/20 | AMS | 0.10 | Draft correspondence to client regarding WV Supreme Court's 7/9/2020 Memorandum Decision. |
| 07/21/20 | WER | 0.40 | Review and analyze WV Supreme Court of Appeals 7/9/20 Memorandum Decision and related correspondence. |

Total Hours    2.50

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541958
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 626.00 |
| Attorney Costs | $ 2.10 |
| Current Total Due for Professional Services | $ 628.10 |
| **Total Due for Current Professional Services** | **$ 628.10** |

Previous Balance Owed                                                   $ 95.52
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541958

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459162 | 04/17/20 | $ 154.50 | $ 139.05 | $ 15.45 |
| 4498643 | 06/19/20 | $ 499.79 | $ 449.81 | $ 49.98 |
| 4520245 | 07/29/20 | $ 300.99 | $ 270.90 | $ 30.09 |
| | | | Total Previous Outstanding Balance | $ 95.52 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541958

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.70 |
| | Partner | |
| Mary R. Ontko | | 2.30 |
| | Paralegal | |
| | Total Hours / Fees | 3.00 |

$ 626.00

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 2.10 |
| Total Attorney Costs | $2.10 |
| Current Amount Due This Invoice | $628.10 |

1

August 25, 2020
Invoice # 4541958

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/27/20 | MO | 0.90 | Review claim file documents for documents to submit as evidence regarding Claim Order dated 10/28/19. |
| 07/27/20 | MO | 0.50 | Review medical records for evidence to submit regarding Claim Order dated 10/28/19. |
| 07/28/20 | MO | 0.60 | Prepare Employer's submission of evidence regarding Claim Order dated 10/28/19. |
| 07/28/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing regarding Claim Order dated 10/28/19. |
| 07/29/20 | DKL | 0.40 | Review and analyze evidence to be submitted with Motion for final Occupational Pneumoconiosis Board hearing. |
| 07/29/20 | DKL | 0.30 | Review and analyze medical records from hospital dated 2015 and 2019. |

Total Hours     3.00

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                   August 25, 2020
46226 National Road                                                 Invoice # 4541957
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.40
Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP -
Consolidation Coal Co.
JCN 2018016618 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 347.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 347.00 |
| **Total Due for Current Professional Services** | **$ 347.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 167.17 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541957

Dinsmore & Shohl LLP
Client Number – 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414116 | 02/27/20 | $ 200.50 | $ 191.26 | $ 9.24 |
| 4434737 | 03/26/20 | $ 263.00 | $ 250.88 | $ 12.12 |
| 4459159 | 04/17/20 | $ 1,140.00 | $ 1,026.00 | $ 114.00 |
| 4481073 | 05/26/20 | $ 271.00 | $ 243.90 | $ 27.10 |
| 4498644 | 06/19/20 | $ 47.05 | $ 42.34 | $ 4.71 |
| | | Total Previous Outstanding Balance | | $ 167.17 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541957

Dinsmore & Shohl LLP
Client Number – 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.70 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 1.20 | $ 347.00 |

Current Amount Due This Invoice     $347.00

1

August 25, 2020
Invoice # 4541957

Dinsmore & Shohl LLP
Client Number – 123837.40
**Matter: Baker, Vernon -11/22/1992 - JCN 2018016618 OP - Consolidation Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | DKL | 0.20 | Review Order of Board of Review remanding claim to Office of Judges with attached evidence. |
| 07/07/20 | DKL | 0.10 | Letter to Ed Pauley with Board of Review decision remanding claim. |
| 07/07/20 | MO | 0.20 | Update chronology to include 06/26/2020 Board of Review Order remanding claim to Office of Judges. |
| 07/07/20 | MO | 0.30 | Letter to client with 06/26/2020 Board of Review Order remanding claim to the Office of Judges. |
| 07/15/20 | DKL | 0.10 | Review Order of ALJ returning claim to litigation and setting new time frame. |
| 07/15/20 | DKL | 0.10 | Email to M. Ontko regarding evidence referenced in ALJ Order. |
| 07/15/20 | DKL | 0.20 | Review of evidence referenced in Board of Review Order regarding evaluation of claim defense. |

Total Hours    1.20



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541954

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,152.50 |
| Attorney Costs | $ 5.40 |
| Current Total Due for Professional Services | $ 1,157.90 |
| **Total Due for Current Professional Services** | **$ 1,157.90** |

Previous Balance Owed                                          $ 161.80
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541954

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498646 | 06/19/20 | $ 1,079.00 | $ 971.10 | $ 107.90 |
| 4520286 | 07/29/20 | $ 539.00 | $ 485.10 | $ 53.90 |
| | | Total Previous Outstanding Balance | | $ 161.80 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541954

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.60 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 2.90 | $ 1,152.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 5.40 | |
| | Total Attorney Costs | $5.40 |
| | Current Amount Due This Invoice | $1,157.90 |

1

August 25, 2020
Invoice # 4541954

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | DKL | 1.50 | Draft Brief to Board of Review. |
| 07/07/20 | DKL | 0.80 | Final revisions to Board of Review Brief. |
| 07/09/20 | DKL | 0.20 | Review, sign, and file Brief with Board of Review. |
| 07/10/20 | WER | 0.30 | Review and analyze Employer's Reply to Claimant's appeal to Board of Review. |
| 07/23/20 | DKL | 0.10 | Review Notice from Board of Review of need to request oral argument within 10 days. |

Total Hours    2.90

2

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541951

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 301.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 301.50 |
| **Total Due for Current Professional Services** | **$ 301.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 108.27

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541951

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459153 | 04/17/20 | $ 62.00 | $ 55.80 | $ 6.20 |
| 4481070 | 05/26/20 | $ 212.57 | $ 191.30 | $ 21.27 |
| 4498648 | 06/19/20 | $ 576.95 | $ 519.25 | $ 57.70 |
| 4520290 | 07/29/20 | $ 231.00 | $ 207.90 | $ 23.10 |
| | | Total Previous Outstanding Balance | | $ 108.27 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541951

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 1.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 301.50 |

Current Amount Due This Invoice  $301.50

1

August 25, 2020
Invoice # 4541951

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/17/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing. |
| 07/17/20 | MO | 0.90 | Prepare Employer's evidence submission regarding Claim Order dated 08/22/19. |
| 07/20/20 | DKL | 0.30 | Review, analyze, and select evidence for submission with Motion for Final OP Board hearing. |

Total Hours    1.50



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541950

Billing Attorney - William E Robinson

Client Number - 123837.51
Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ -
Ohio County Coal Co.
JCN 2017006695 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 546.00 |
| Attorney Costs | $ 3.00 |
| Current Total Due for Professional Services | $ 549.00 |
| **Total Due for Current Professional Services** | **$ 549.00** |

| | |
|---|---|
| Previous Balance Owed | $ 337.08 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541950

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459148 | 04/17/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4481038 | 05/26/20 | $ 1,702.00 | $ 1,531.80 | $ 170.20 |
| 4498650 | 06/19/20 | $ 1,128.30 | $ 1,015.47 | $ 112.83 |
| 4520292 | 07/29/20 | $ 494.00 | $ 444.60 | $ 49.40 |
| | | Total Previous Outstanding Balance | | $ 337.08 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541950

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 1.00 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 2.20 | $ 546.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | | $ 3.00 |
|---|---|---|
| | Total Attorney Costs | $3.00 |
| | Current Amount Due This Invoice | $549.00 |

1

August 25, 2020
Invoice # 4541950

Dinsmore & Shohl LLP
Client Number – 123837.51
**Matter: Bradford,Leonard - 9/12/2016 - JCN 2017006695 INJ - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/13/20 | MO | 0.30 | Prepare Notice of Appeal to Board of Review regarding ALJ Decision. |
| 07/13/20 | MO | 0.20 | Update chronology to include 07/02/2020 ALJ Decision. |
| 07/13/20 | AMS | 0.50 | Review ALJ's 7/2/2020 Order. |
| 07/13/20 | AMS | 0.50 | Draft correspondence to client regarding ALJ's 7/2/2020 Order. |
| 07/13/20 | WER | 0.30 | Review and analyze ALJ's 7/2/20 Decision and related correspondence. |
| 07/23/20 | MO | 0.20 | Update chronology to include 07/20/2020 correspondence to Claimant acknowledging receipt of 07/02/2020 ALJ Decision. |
| 07/23/20 | MO | 0.20 | Update chronology to include 07/21/2020 Board of Review Acknowledgement & Briefing Schedule. |

Total Hours      2.20

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        August 25, 2020
46226 National Road                                                      Invoice # 4541949
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 116.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 116.00 |
| **Total Due for Current Professional Services** | **$ 116.00** |

| | |
|---|---|
| Previous Balance Owed | $ 156.18 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541949

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459103 | 04/17/20 | $ 1,013.30 | $ 911.97 | $ 101.33 |
| 4481039 | 05/26/20 | $ 310.50 | $ 279.45 | $ 31.05 |
| 4498652 | 06/19/20 | $ 122.45 | $ 110.20 | $ 12.25 |
| 4520298 | 07/29/20 | $ 115.50 | $ 103.95 | $ 11.55 |
|  |  | Total Previous Outstanding Balance | | $ 156.18 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541949

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 116.00 |

Current Amount Due This Invoice                $116.00

1

August 25, 2020
Invoice # 4541949

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/09/20 | DKL | 0.10 | Review evidence submitted by Claimant. |
| 07/09/20 | MO | 0.50 | Update chronology to include Claimant's 07/07/2020 evidence regarding Claim Order dated 01/07/2020. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.60 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541908
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 395.50 |
| Attorney Costs | $ 6.75 |
| Current Total Due for Professional Services | $ 402.25 |
| **Total Due for Current Professional Services** | **$ 402.25** |

| | |
|---|---:|
| Previous Balance Owed | $ 178.75 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541908

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459107 | 04/17/20 | $ 51.00 | $ 45.90 | $ 5.10 |
| 4481044 | 05/26/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4498655 | 06/19/20 | $ 312.00 | $ 280.80 | $ 31.20 |
| 4520302 | 07/29/20 | $ 690.00 | $ 621.00 | $ 69.00 |
| | | Total Previous Outstanding Balance | | $ 178.75 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541908

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | | 0.70 |
| | Of Counsel | |
| Mary R. Ontko | | 1.40 |
| | Paralegal | |
| | Total Hours / Fees | 2.10 |

$ 395.50

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 6.75

Total Attorney Costs              $6.75

Current Amount Due This Invoice              $402.25

1

August 25, 2020
Invoice # 4541908

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | MO | 0.30 | Telephone conference with Ms. Pauley regarding Claimant's non-appearance at IME scheduled 07/08/2020 and related issues. |
| 07/09/20 | MO | 0.30 | Conference with Attorney Stern regarding telephone conference with Ms. Pauley concerning Claimant's non-appearance at IME and related issues. |
| 07/10/20 | AMS | 0.10 | Review information regarding arrest of Mr. Cole. |
| 07/13/20 | AMS | 0.30 | Telephone conference with client regarding IME issues. |
| 07/14/20 | AMS | 0.30 | Confer with client regarding IME issues. |
| 07/14/20 | MO | 0.40 | Update chronology with new medical record from healthcare facility received from client. |
| 07/20/20 | MO | 0.20 | Update chronology to include 07/14/2020 correspondence to physician's office regarding Notice of Appointment scheduled for 08/05/2020. |
| 07/20/20 | MO | 0.20 | Update chronology to include 07/14/2020 correspondence to Claimant regarding Notice of Appointment scheduled for 08/05/2020. |

Total Hours    2.10



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541909

Billing Attorney - William E Robinson

Client Number - 123837.63
Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP -
Harrison County Coal Co.
 JCN 2012014930 OP

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,629.50 |
| Attorney Costs | $ 47.85 |
| Current Total Due for Professional Services | $ 1,677.35 |
| **Total Due for Current Professional Services** | **$ 1,677.35** |

| | |
|---|---:|
| Previous Balance Owed | $ 374.95 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541909

Dinsmore & Shohl LLP
Client Number – 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459111 | 04/17/20 | $ 1,916.00 | $ 1,724.40 | $ 191.60 |
| 4498656 | 06/19/20 | $ 108.00 | $ 97.20 | $ 10.80 |
| 4520305 | 07/29/20 | $ 1,725.50 | $ 1,552.95 | $ 172.55 |

Total Previous Outstanding Balance        $ 374.95

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541909

Dinsmore & Shohl LLP
Client Number – 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.50 | |
| William E Robinson | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 3.00 | |
| | Total Hours / Fees | 5.90 | $ 1,629.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 47.85 | |
| Total Attorney Costs | | $47.85 |

| | |
|---|---|
| Current Amount Due This Invoice | $1,677.35 |

1

August 25, 2020
Invoice # 4541909

Dinsmore & Shohl LLP
Client Number – 123837.63
**Matter: Cosner, Harold - 10/31/2011 - JCN 2012014930 OP - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | DKL | 1.20 | Initial draft of Supreme Court Brief. |
| 07/06/20 | DKL | 1.10 | continue to draft Supreme Court Brief. |
| 07/06/20 | MO | 0.60 | Review Office of Judges website for documents to submit to WV Supreme Court in Appendix with Employer's Response to Claimant's Petition for Appeal. |
| 07/07/20 | DKL | 0.20 | Final review, sign and file brief to Supreme Court with Appendix. |
| 07/07/20 | MO | 0.50 | Review evidence on Office of Judges website to determine who filed which evidence and what evidence was filed. |
| 07/07/20 | MO | 0.80 | Prepare Appendix of Exhibits with exhibit labels to accompany Employer's Response to Claimant's Petition for Appeal to WV Supreme Court. |
| 07/07/20 | MO | 0.60 | Review Employer Response to Claimant's Petition for Appeal, mark exhibits in text of response; check Table of Contents and Table of Points and Authorities. |
| 07/08/20 | MO | 0.50 | Update chronology to include 07/08/2020 Employer's Response and Appendix of Exhibits to Claimant's Petition for Appeal to WV Supreme Court of Appeals regarding Board of Review Order dated 05/27/2020. |
| 07/09/20 | WER | 0.40 | Review and analyze Employer's Response to the Claimant's Petition for Appeal to WV Supreme Court, and corresponding Appendix of Exhibits. |

| | Total Hours | 5.90 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                        August 25, 2020
46226 National Road                                    Invoice # 4541912
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.67
Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137
OP/PTD - Marshall County Coal Co.
JCN 2014014137 OP/PTD

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 261.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 261.50 |
| **Total Due for Current Professional Services** | **$ 261.50** |

Previous Balance Owed                                        $ 164.25
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541912

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459115 | 04/17/20 | $ 215.00 | $ 193.50 | $ 21.50 |
| 4481047 | 05/26/20 | $ 1,211.00 | $ 1,089.90 | $ 121.10 |
| 4498696 | 06/19/20 | $ 14.55 | $ 13.10 | $ 1.45 |
| 4520313 | 07/29/20 | $ 202.00 | $ 181.80 | $ 20.20 |
|  |  | Total Previous Outstanding Balance | | $ 164.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541912

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.60 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 261.50 |

Current Amount Due This Invoice          $261.50

1

August 25, 2020
Invoice # 4541912

Dinsmore & Shohl LLP
Client Number – 123837.67
**Matter: Delbert, Charles - 5/19/2009 - JCN 2014014137 OP/PTD - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/20/20 | MO | 0.50 | Update chronology to include Claimant's 07/17/2020 Petition for Appeal and Appendix of exhibits to WV Supreme Court of Appeal. |
| 07/21/20 | AMS | 0.60 | Review Claimant's Petition to WV Supreme Court regarding Board of Review's 6/25/2020 Order. |
| 07/24/20 | MO | 0.20 | Update chronology to include 07/22/2020 WV Supreme Court Statutory Notice of Filing Petition for Appeal. |

Total Hours     1.30

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541911
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ -
Marshall County Coal Co.
JCN 2001056879 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---|
| Previous Balance Owed | $ 130.67 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314      Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541911

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481046 | 05/26/20 | $ 288.00 | $ 259.20 | $ 28.80 |
| 4498659 | 06/19/20 | $ 164.00 | $ 147.60 | $ 16.40 |
| 4520311 | 07/29/20 | $ 854.75 | $ 769.28 | $ 85.47 |
| | | | Total Previous Outstanding Balance | $ 130.67 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541911

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

1

August 25, 2020
Invoice # 4541911

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | MO | 0.20 | Update chronology to include 07/10/2020 Submit Order regarding 05/05/2020 Claimant's Petition for Failure to Timely Act. |

Total Hours    0.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541955

Billing Attorney - William E Robinson

Client Number - 123837.79
Matter: Edgell, Ernest -- 5/2/2002 -- JCN 2019013956 OP --
Marshall County Coal Co.
JCN 2019013956 OP

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541955

Dinsmore & Shohl LLP
Client Number – 123837.79
**Matter: Edgell, Ernest -- 5/2/2002 -- JCN 2019013956 OP -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |
| | Current Amount Due This Invoice | | $38.50 |

August 25, 2020
Invoice # 4541955

Dinsmore & Shohl LLP
Client Number – 123837.79
**Matter: Edgell, Ernest -- 5/2/2002 -- JCN 2019013956 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/14/20 | DKL | 0.10 | Review correspondence scheduling Claimant for occupational pneumoconiosis board examination. |

| | | |
|---|---|---|
| Total Hours | 0.10 | |



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541953
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,834.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,834.50 |
| **Total Due for Current Professional Services** | **$ 1,834.50** |

Previous Balance Owed                                                $ 304.26
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541953

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $ 293.50 | $ 279.98 | $ 13.52 |
| 4414129 | 02/27/20 | $ 426.61 | $ 406.96 | $ 19.65 |
| 4434743 | 03/26/20 | $ 123.50 | $ 114.20 | $ 9.30 |
| 4481071 | 05/26/20 | $ 224.50 | $ 202.05 | $ 22.45 |
| 4498647 | 06/19/20 | $ 747.50 | $ 672.75 | $ 74.75 |
| 4520288 | 07/29/20 | $ 1,646.00 | $ 1,481.41 | $ 164.59 |

Total Previous Outstanding Balance   $ 304.26

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541953

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.10 | |
| | Partner | | |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Mary R. Ontko | | 1.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.30 | $ 1,834.50 |

Current Amount Due This Invoice        $1,834.50

1

August 25, 2020
Invoice # 4541953

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | DKL | 0.10 | Review Board of Review Decision affirming Order of Administrative Law Judge. |
| 07/09/20 | MO | 0.20 | Update chronology to include 07/07/2020 Board of Review Order affirming the 04/22/2020 ALJ Decision. |
| 07/09/20 | MO | 0.30 | Letter to client forwarding 07/07/2020 Board of Review Order. |
| 07/13/20 | DKL | 0.10 | Letter to Mr. Pauley with Board of Review Order. |
| 07/13/20 | WER | 0.20 | Review and analyze 7/7/2020 Board of Review Order and related correspondence. |
| 07/27/20 | MO | 0.50 | Update chronology to include Claimant's 07/23/2020 WV Supreme Court Petition for Appeal with Appendix of Exhibits regarding Board of Review Order dated 07/07/2020. |
| 07/27/20 | DKL | 0.50 | Review Claimant's Petition for Appeal and Brief to WV Supreme Court. |
| 07/28/20 | DKL | 1.90 | Work on initial draft of brief to WV Supreme Court. |
| 07/30/20 | DKL | 0.50 | Revisions to brief to WV Supreme Court. |
| 07/31/20 | DKL | 1.00 | Draft additional section of agreement portion of brief to WV Supreme Court. |

Total Hours        5.30

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                            August 25, 2020
46226 National Road                                                   Invoice # 4541988
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730
ODHL - Harrison County Coal Co.
JCN 2019024730 ODHL

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 178.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 178.50 |
| **Total Due for Current Professional Services** | **$ 178.50** |

| | |
|---|---|
| Previous Balance Owed | $ 7.65 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541988

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4520375 | 07/29/20 | $ 76.50 | $ 68.85 | $ 7.65 |
| | | Total Previous Outstanding Balance | | $ 7.65 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541988

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.70 | $ 178.50 |

Current Amount Due This Invoice            $178.50

1

August 25, 2020
Invoice # 4541988

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | AMS | 0.30 | Identify evidence to file in support of 8/29/19 Order. |
| 07/29/20 | AMS | 0.40 | Continue identifying evidence to file in support of 8/29/19 Order. |

Total Hours        0.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        August 25, 2020
46226 National Road                                                      Invoice # 4541998
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,160.00 |
| Attorney Costs | $ 3.30 |
| Current Total Due for Professional Services | $ 2,163.30 |
| **Total Due for Current Professional Services** | **$ 2,163.30** |

| | |
|---|---:|
| Previous Balance Owed | $ 200.75 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314       Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541998

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459237 | 04/17/20 | $ 418.50 | $ 376.65 | $ 41.85 |
| 4481122 | 05/26/20 | $ 743.50 | $ 669.15 | $ 74.35 |
| 4498725 | 06/19/20 | $ 177.05 | $ 159.35 | $ 17.70 |
| 4520381 | 07/29/20 | $ 668.50 | $ 601.65 | $ 66.85 |
| | | Total Previous Outstanding Balance | | $ 200.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541998

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 3.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 9.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 12.00 | $ 2,160.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.30 | |
| Total Attorney Costs | | $3.30 |
| Current Amount Due This Invoice | | $2,163.30 |

1

August 25, 2020
Invoice # 4541998

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.20 | Update chronology to include 6/30/2020 Board of Review Notice of Telephone Hearing. |
| 07/07/20 | MO | 0.20 | Phone call to Board of Review requesting that hearing be rescheduled. |
| 07/07/20 | MO | 0.20 | Email Attorney Stultz asking if he would agree to reschedule 07/30/2020 hearing. |
| 07/07/20 | MO | 4.00 | Prepare Motion for Continuance of Board of Review hearing. |
| 07/07/20 | MO | 0.30 | Letter to Board of Review filing Motion for Continuance of hearing. |
| 07/09/20 | MO | 0.60 | Review documents on client's website for new medical records. |
| 07/09/20 | MO | 0.90 | Prepare medical records requests for updated records to various healthcare providers. |
| 07/09/20 | MO | 0.60 | Update chronology with new documents downloaded from client's website. |
| 07/09/20 | AMS | 1.90 | Prepare for deposition of Claimant. |
| 07/09/20 | AMS | 0.10 | Review updated medical records. |
| 07/10/20 | MO | 0.20 | Update chronology to include 07/08/2020 Confirmation of Telephone Deposition of Claimant . |
| 07/13/20 | MO | 0.20 | Update chronology to include 07-08-2020 Board of Review Continuance of telephone hearing to August docket. |
| 07/20/20 | MO | 0.20 | Update chronology to include 07/17/2020 Board of Review Notice of Telephone Hearing. |
| 07/22/20 | MO | 0.20 | Email to physician's office obtaining an addendum to IME. |
| 07/22/20 | AMS | 0.50 | Attend telephonic deposition of Claimant. |
| 07/23/20 | AMS | 0.40 | Identify evidence to file in support of 6/11/2020 Order denying temporary total disability re-opening. |
| 07/24/20 | MO | 0.20 | Update chronology to include transcript of Claimant's Deposition. |
| 07/27/20 | MO | 0.20 | Update chronology to include 07/23/2020 employer decision. |
| 07/27/20 | MO | 0.20 | Update chronology to include 07/23/2020 letter to Claimant acknowledging benefits requested. |
| 07/28/20 | AMS | 0.10 | Review 7/23/2020 Order denying secondary conditions. |
| 07/29/20 | MO | 0.20 | Phone call to hospital medical records department to follow up on medical records request. |
| 07/29/20 | MO | 0.20 | Phone call to physician's office to follow up on medical records request. |
| 07/29/20 | MO | 0.20 | Phone call from hospital medical records department regarding status of medical records. |

Total Hours    12.00

2

August 25, 2020
Invoice # 4541998

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     August 25, 2020
46226 National Road                                                   Invoice # 4542003
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 93.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 93.00 |
| **Total Due for Current Professional Services** | **$ 93.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 137.47 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542003

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459241 | 04/17/20 | $ 578.65 | $ 520.78 | $ 57.87 |
| 4481125 | 05/26/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4498729 | 06/19/20 | $ 601.50 | $ 541.35 | $ 60.15 |
| 4520385 | 07/29/20 | $ 138.00 | $ 124.20 | $ 13.80 |
| | | Total Previous Outstanding Balance | | $ 137.47 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542003

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 93.00 |

Current Amount Due This Invoice          $93.00

1

August 25, 2020
Invoice # 4542003

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/10/20 | MO | 0.20 | Update chronology to include 07/07/2020 letter to Claimant regarding examination rescheduled for 07/21/2020. |
| 07/16/20 | MO | 0.20 | Update chronology to include 07/13/2020 letter to Claimant regarding examination rescheduled to 08/11/2020. |
| 07/20/20 | MO | 0.20 | Update chronology to include 07/17/2020 Board of Review Notice of Telephone Hearing. |

Total Hours    0.60

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4542018

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 714.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 714.00 |
| **Total Due for Current Professional Services** | **$ 714.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 79.66 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.108

August 25, 2020
Invoice # 4542018

**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459282 | 04/17/20 | $ 97.50 | $ 87.75 | $ 9.75 |
| 4481147 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4498774 | 06/19/20 | $ 77.50 | $ 70.65 | $ 6.85 |
| 4520402 | 07/29/20 | $ 584.15 | $ 525.74 | $ 58.41 |
| | | Total Previous Outstanding Balance | | $ 79.66 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542018

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 2.80 | |
| | Of Counsel | | |
| | Total Hours / Fees | 2.80 | $ 714.00 |

Current Amount Due This Invoice            $714.00

1

August 25, 2020
Invoice # 4542018

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | AMS | 0.80 | Identify evidence to file in support of 7/1/19 Order. |
| 07/28/20 | AMS | 1.00 | Continue identifying evidence to file in support of 7/1/19 Order. |
| 07/28/20 | AMS | 1.00 | Draft Closing Argument in support of 7/1/19 Order. |

| | | |
|---|---|---|
| Total Hours | 2.80 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4542016
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 132.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 132.50 |
| **Total Due for Current Professional Services** | **$ 132.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 92.49 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542016

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459281 | 04/17/20 | $ 87.50 | $ 78.75 | $ 8.75 |
| 4498770 | 06/19/20 | $ 266.00 | $ 239.40 | $ 26.60 |
| 4520401 | 07/29/20 | $ 571.45 | $ 514.31 | $ 57.14 |
| | | | Total Previous Outstanding Balance | $ 92.49 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542016

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 132.50 |
| | Current Amount Due This Invoice | | $132.50 |

1

August 25, 2020
Invoice # 4542016

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | AMS | 0.10 | Review Board of Review's 7/21/2020 Order. |
| 07/23/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 7/21/2020 Order. |
| 07/23/20 | MO | 0.20 | Update chronology to include 07/21/2020 Board of Review Order. |
| 07/23/20 | WER | 0.10 | Review and analyze Board of Review's 7/21/2020 Order and related correspondence. |

Total Hours     0.50

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4542015
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.112
Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ
-- Marshall County Coal Co.
JCN 2019007973 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 61.42 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542015

Dinsmore & Shohl LLP
Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459277 | 04/17/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4481144 | 05/26/20 | $ 180.50 | $ 162.45 | $ 18.05 |
| 4498765 | 06/19/20 | $ 402.70 | $ 362.43 | $ 40.27 |
| | | Total Previous Outstanding Balance | | $ 61.42 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542015

Dinsmore & Shohl LLP
Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $56.50 |

1

August 25, 2020
Invoice # 4542015

Dinsmore & Shohl LLP
Client Number – 123837.112
**Matter: Kincaid, Michael -- 10/9/2018 -- JCN 2019007973 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | AMS | 0.10 | Review Office of Judge's 6/29/2020 Order granting late extension of time frame. |
| 07/06/20 | MO | 0.20 | Update chronology to include 06/29/2020 Order granting Claimant's late extension of time frame. |

| | Total Hours | 0.30 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                August 25, 2020
46226 National Road                                              Invoice # 4542014
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 104.77 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542014

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434835 | 03/26/20 | $ 618.75 | $ 570.13 | $ 48.62 |
| 4459269 | 04/17/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4481139 | 05/26/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4498763 | 06/19/20 | $ 118.50 | $ 106.65 | $ 11.85 |
| 4520400 | 07/29/20 | $ 252.50 | $ 227.25 | $ 25.25 |

Total Previous Outstanding Balance $ 104.77

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542014

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice          $31.00

1

August 25, 2020
Invoice # 4542014

Dinsmore & Shohl LLP
Client Number – 123837.123
**Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/30/20 | MO | 0.20 | Update chronology to include 07/27/2020 Confirmation of Telephone Deposition of Claimant scheduled for 08/10/2020. |

Total Hours   0.20



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  August 25, 2020
46226 National Road                                          Invoice # 4542013
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.128
Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ --
Marion County Coal Co.
JCN 2019012443 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 208.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 208.50 |
| **Total Due for Current Professional Services** | **$ 208.50** |

Previous Balance Owed                                              $ 192.28
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542013

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459266 | 04/17/20 | $ 153.00 | $ 137.70 | $ 15.30 |
| 4481135 | 05/26/20 | $ 107.50 | $ 96.75 | $ 10.75 |
| 4498758 | 06/19/20 | $ 1,533.80 | $ 1,380.42 | $ 153.38 |
| 4520398 | 07/29/20 | $ 128.50 | $ 115.65 | $ 12.85 |
| | | | Total Previous Outstanding Balance | $ 192.28 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542013

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.70 | $ 208.50 |
| | Current Amount Due This Invoice | | $208.50 |

1

August 25, 2020
Invoice # 4542013

Dinsmore & Shohl LLP
Client Number – 123837.128
**Matter: Puccio, Sharon -- 12/5/2018 -- JCN 2019012443 INJ -- Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/20/20 | MO | 0.20 | Update chronology to include 07/15/2020 ALJ Decision. |
| 07/21/20 | AMS | 0.20 | Review Administrative Law Judge's 7/15/2020 Order. |
| 07/21/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 7/15/2020 Order. |
| 07/21/20 | WER | 0.20 | Review and analyze ALJ's 7/15/20 Order and related correspondence. |

Total Hours    0.70



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     August 25, 2020
46226 National Road                                                   Invoice # 4542009
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.138
Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ --
Harrison County Coal Co.
JCN 2001050749 INJ

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 56.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 56.50 |
| **Total Due for Current Professional Services** | **$ 56.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 222.97 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542009

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459251 | 04/17/20 | $ 260.50 | $ 234.45 | $ 26.05 |
| 4481132 | 05/26/20 | $ 1,196.50 | $ 1,076.85 | $ 119.65 |
| 4498741 | 06/19/20 | $ 716.20 | $ 644.58 | $ 71.62 |
| 4520392 | 07/29/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | | Total Previous Outstanding Balance | $ 222.97 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542009

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 56.50 |

Current Amount Due This Invoice          $56.50

1

August 25, 2020
Invoice # 4542009

Dinsmore & Shohl LLP
Client Number – 123837.138
**Matter: Smith, Michael -- 4/16/2001 -- JCN 2001050749 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | AMS | 0.10 | Review 6/29/2020 Order authorizing medications. |
| 07/06/20 | MO | 0.20 | Update chronology to include 06/29/2020 Employer Decision regarding medication authorization approved. |
| | Total Hours | 0.30 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4542007

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,639.50 |
| Attorney Costs | $ 19.20 |
| Current Total Due for Professional Services | $ 1,658.70 |
| **Total Due for Current Professional Services** | **$ 1,658.70** |

| | |
|---|---:|
| Previous Balance Owed | $ 185.89 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542007

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 414.01 | $ 19.99 |
| 4414332 | 02/27/20 | $ 855.65 | $ 816.23 | $ 39.42 |
| 4434813 | 03/26/20 | $ 56.50 | $ 53.90 | $ 2.60 |
| 4459243 | 04/17/20 | $ 226.00 | $ 203.40 | $ 22.60 |
| 4481126 | 05/26/20 | $ 314.50 | $ 283.05 | $ 31.45 |
| 4498731 | 06/19/20 | $ 497.95 | $ 448.17 | $ 49.78 |
| 4520388 | 07/29/20 | $ 200.50 | $ 180.45 | $ 20.05 |

Total Previous Outstanding Balance          $ 185.89

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542007

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 5.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 6.90 | $ 1,639.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 19.20 | |
|---|---|---|
| Total Attorney Costs | $19.20 | |
| Current Amount Due This Invoice | $1,658.70 | |

1

August 25, 2020
Invoice # 4542007

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | AMS | 0.10 | Review Claimant's protest to 6/5/2020 Order. |
| 07/01/20 | AMS | 0.30 | Review West Virginia Supreme Court's 6/26/2020 Order affirming Board of Review's 2/22/19 Order. |
| 07/01/20 | AMS | 0.20 | Draft correspondence to client regarding West Virginia Supreme Court's 6/26/2020 Order. |
| 07/01/20 | MO | 0.20 | Update chronology to include 6/29/2020 Claimant's protest to Claim Order dated 06/05/2020. |
| 07/06/20 | MO | 0.20 | Update chronology to include 07/01/2020 Order to Show Cause. |
| 07/06/20 | WER | 0.20 | Review and analyze Supreme Court's Memorandum Decision. |
| 07/07/20 | AMS | 0.10 | Review Office of Judge's 7/1/2020 Order to Show Cause regarding Claimant's protest. |
| 07/09/20 | MO | 0.20 | Update chronology to include 07/30/2020 Claimant's response to Order to Show Cause and Request for Extension of Time Frame to file evidence. |
| 07/09/20 | MO | 0.20 | Update chronology to include 07/02/2020 Time Frame Order regarding Claim Order dated 06/05/2020. |
| 07/09/20 | MO | 0.40 | Review client's website for new medical documents and download available new medical records. |
| 07/09/20 | AMS | 0.10 | Review Claimant's response to Order to Show Cause regarding protest to 7/1/19 Order. |
| 07/10/20 | AMS | 0.10 | Review updated medical from physician's office. |
| 07/14/20 | MO | 0.50 | Update chronology with new medical records. |
| 07/23/20 | AMS | 1.00 | Identify evidence to file in support of 6/5/2020 Order. |
| 07/28/20 | AMS | 0.70 | Continue identifying evidence to file in support of 6/5/2020 Order. |
| 07/29/20 | AMS | 1.00 | Continue identifying evidence to file in support of 6/5/2020 Order. |
| 07/29/20 | AMS | 1.40 | Draft Closing Argument in support of 6/5/2020 Order. |

Total Hours    6.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                           August 25, 2020
46226 National Road                                                         Invoice # 4541987
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 647.00 |
| Attorney Costs | $ 26.85 |
| Current Total Due for Professional Services | $ 673.85 |
| **Total Due for Current Professional Services** | **$ 673.85** |

Previous Balance Owed                                                        $ 29.25
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541987

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459219 | 04/17/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4481113 | 05/26/20 | $ 118.50 | $ 106.65 | $ 11.85 |
| 4498717 | 06/19/20 | $ 31.00 | $ 27.00 | $ 4.00 |
| | | Total Previous Outstanding Balance | | $ 29.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541987

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.50 | |
| | Partner | | |
| Aimee M Stern | | 1.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 2.40 | $ 647.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 26.85 | |
| | Total Attorney Costs | $26.85 |
| | Current Amount Due This Invoice | $673.85 |

1

August 25, 2020
Invoice # 4541987

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.20 | Update chronology to include 06/30/2020 ALJ Decision. |
| 07/06/20 | MO | 0.30 | Prepare Employer's Notice of Appeal to the Board of Review regarding ALJ Decision. |
| 07/07/20 | AMS | 0.70 | Review Administrative Law Judge's 6/30/2020 Order. |
| 07/07/20 | AMS | 0.30 | Draft correspondence to client regarding Administrative Law Judge's 6/30/2020 Order. |
| 07/07/20 | WER | 0.40 | Review and analyze ALJ's 6/30/2020 Order and related correspondence. |
| 07/08/20 | WER | 0.10 | Review and analyze Notice of Appeal. |
| 07/21/20 | MO | 0.20 | Update chronology to include 07/13/2020 Acknowledgement and Briefing Schedule from the Board of Review regarding ALJ Decision dated 06/30/2020. |
| 07/24/20 | MO | 0.20 | Update chronology to include 07/22/2020 letter to Claimant acknowledging 06/30/2020 ALJ Decision. |

Total Hours    2.40

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                August 25, 2020
46226 National Road                                              Invoice # 4541986
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 732.00 |
| Attorney Costs | $ 13.20 |
| Current Total Due for Professional Services | $ 745.20 |
| **Total Due for Current Professional Services** | **$ 745.20** |

Previous Balance Owed                                            $ 764.18
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541986

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459217 | 04/17/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4481112 | 05/26/20 | $ 1,126.00 | $ 1,013.40 | $ 112.60 |
| 4498715 | 06/19/20 | $ 4,125.05 | $ 3,712.52 | $ 412.53 |
| 4520374 | 07/29/20 | $ 1,656.00 | $ 1,490.40 | $ 165.60 |

Total Previous Outstanding Balance    $ 764.18

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541986

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 1.00 | |
| | Of Counsel | | |
| Mary R. Ontko | | 2.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.40 | $ 732.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 13.20 | |
| | Total Attorney Costs | $13.20 |
| | Current Amount Due This Invoice | $745.20 |

1

August 25, 2020
Invoice # 4541986

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/14/20 | MO | 0.40 | Email to Ms. Pauley regarding Claimant's benefits and advise Attorney Stern of the same. |
| 07/15/20 | MO | 0.30 | Prepare Employer's Notice of Appeal to Board of Review regarding ALJ Decision dated 07/02/2020. |
| 07/20/20 | MO | 0.20 | Update chronology to include Claimant's 07/17/2020 Reply Brief to the Board of Review. |
| 07/21/20 | AMS | 0.10 | Review Claimant's brief in response to Employer's Board of Review appeal brief. |
| 07/21/20 | AMS | 0.50 | Review Administrative Law Judge's 7/2/2020 Order. |
| 07/21/20 | AMS | 0.20 | Draft correspondence to client regarding Administrative Law Judge's 7/2/2020 Order. |
| 07/21/20 | WER | 0.30 | Review and analyze ALJ's 7/2/20 Order and related correspondence. |
| 07/24/20 | MO | 0.20 | Update chronology to include 07/22/2020 letter to Claimant acknowledging 07/02/2020 ALJ Decision. |
| 07/24/20 | MO | 0.20 | Update chronology to include 07/22/2020 letter to Claimant regarding benefits. |
| 07/27/20 | MO | 0.20 | Update chronology to include 07/20/2020 WV Supreme Court Order permitting Claimant to exceed page limit. |
| 07/27/20 | MO | 0.20 | Update chronology to include 07/20/2020 WV Supreme Court Order permitting Claimant to respond out of time. |
| 07/27/20 | MO | 0.20 | Update chronology to include 07/22/2020 Employer Decision. |
| 07/27/20 | AMS | 0.10 | Review Notice of Maximum Benefits dated 7/22/2020. |
| 07/27/20 | AMS | 0.10 | Review 7/22/2020 Order closing claim for temporary total disability benefits. |
| 07/30/20 | MO | 0.20 | Update chronology to include 07/27/2020 Board of Review Request for Oral Argument. |

Total Hours    3.40



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                              Invoice # 4541994
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,888.00 |
| Attorney Costs | $ 3.75 |
| Current Total Due for Professional Services | $ 2,891.75 |
| **Total Due for Current Professional Services** | **$ 2,891.75** |

Previous Balance Owed                                                  $ 799.29
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541994

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414315 | 02/27/20 | $ 85.45 | $ 76.91 | $ 8.54 |
| 4459232 | 04/17/20 | $ 358.55 | $ 322.70 | $ 35.85 |
| 4481120 | 05/26/20 | $ 142.67 | $ 128.40 | $ 14.27 |
| 4498723 | 06/19/20 | $ 2,734.60 | $ 2,461.14 | $ 273.46 |
| 4520379 | 07/29/20 | $ 4,671.79 | $ 4,204.62 | $ 467.17 |
| | | Total Previous Outstanding Balance | | $ 799.29 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541994

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.20 | |
| | Partner | | |
| Mary R. Ontko | | 8.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 12.40 | $ 2,888.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.75 | |
| Total Attorney Costs | | $3.75 |
| Current Amount Due This Invoice | | $2,891.75 |

1

August 25, 2020
Invoice # 4541994

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | MO | 3.80 | Prepare chronology for additional medical records received. |
| 07/06/20 | DKL | 1.80 | Review extensive medical records received dated 2015 through 2019. |
| 07/06/20 | MO | 2.90 | Assemble medical documents and documents from the DOL to send to expert for review. |
| 07/06/20 | MO | 0.60 | Finalize letter to expert for document review. |
| 07/07/20 | DKL | 1.10 | Begin analysis and selection of extensive medical records to send to expert with request for report. |
| 07/08/20 | DKL | 1.10 | Continue and complete analysis and selection of medical records to send to expert with request for report. |
| 07/09/20 | MO | 0.20 | Email to expert's office regarding sending medical records and documents for review. |
| 07/21/20 | MO | 0.30 | Prepare letter to Attorney Wolfe with CD containing medical records obtained using authorization provided by Claimant. |
| 07/22/20 | MO | 0.20 | Telephone call from expert's office regarding telephone conference with Attorney Liberati on 08/05/2020. |
| 07/22/20 | MO | 0.20 | Email to Attorney Liberati regarding expert's request for a telephone conference. |
| 07/22/20 | DKL | 0.10 | Email exchange to set up conference call with expert. |
| 07/22/20 | DKL | 0.10 | Letter to Claimant's counsel with medical records obtained by authorization. |

Total Hours    12.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          August 25, 2020
46226 National Road                                                        Invoice # 4542005
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion
County Coal Co.
2BZW8-2917038

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 719.50 |
| Attorney Costs | $ 1.50 |
| Current Total Due for Professional Services | $ 721.00 |
| **Total Due for Current Professional Services** | **$ 721.00** |

Previous Balance Owed                                                      $ 61.83
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542005

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498730 | 06/19/20 | $ 433.00 | $ 389.70 | $ 43.30 |
| 4520387 | 07/29/20 | $ 185.45 | $ 166.92 | $ 18.53 |
| | | Total Previous Outstanding Balance | | $ 61.83 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542005

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.50 | |
| | Partner | | |
| Mary R. Ontko | | 3.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.90 | $ 719.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.50 | |
| | Total Attorney Costs | $1.50 |
| | Current Amount Due This Invoice | $721.00 |

1

August 25, 2020
Invoice # 4542005

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | DKL | 0.10 | Review pretrial order and hearing notice. |
| 07/16/20 | MO | 0.70 | Review DOL pre-hearing Order and Notice of Hearing and calculate and calendar corresponding deadlines. |
| 07/27/20 | MO | 0.80 | Prepare Black Lung Evidence Submission Form with exhibit labels. |
| 07/27/20 | MO | 0.30 | Letter to Attorney Wolfe with Black Lung Evidence Submission Form. |
| 07/27/20 | MO | 0.40 | Review medical evidence contained in Director Exhibits to ascertain if there are any other documents to submit as evidence. |
| 07/27/20 | MO | 0.60 | Prepare Employer's Pre-Hearing Memorandum. |
| 07/27/20 | MO | 0.60 | Scan and bates number Employer's evidence exhibits in accordance with DOL guidelines. |
| 07/27/20 | DKL | 0.40 | Review and revise pre-hearing memorandum with evidence submission form. |

Total Hours    3.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                    August 25, 2020
46226 National Road                                  Invoice # 4541996
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.172
Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion
County Coal Co.
2BGXD-2018282

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,520.00 |
| Attorney Costs | $ 27.30 |
| Current Total Due for Professional Services | $ 1,547.30 |
| **Total Due for Current Professional Services** | **$ 1,547.30** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541996

Dinsmore & Shohl LLP
Client Number – 123837.172
**Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.70 | |
| Mary R. Ontko | Paralegal | 3.10 | |
| | Total Hours / Fees | 5.80 | $ 1,520.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 27.30 | |
| Total Attorney Costs | | $27.30 |
| Current Amount Due This Invoice | | $1,547.30 |

August 25, 2020
Invoice # 4541996

Dinsmore & Shohl LLP
Client Number – 123837.172
**Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/16/20 | MO | 0.60 | Review 07/15/2020 Notice of Hearing from Department of Labor, and calculate and calendar corresponding deadlines. |
| 07/16/20 | DKL | 0.10 | Review pre-hearing Order and hearing notice. |
| 07/16/20 | DKL | 0.90 | Review and analyze current state of medical evidence regarding need for further development prior to September hearing. |
| 07/22/20 | MO | 0.20 | Prepare Black Lung Evidence Submission Form. |
| 07/22/20 | MO | 0.30 | Prepare initial evidence submission to pro se Claimant. |
| 07/22/20 | DKL | 0.40 | Review Proposed Decision and Order and medical evidence to determine if existing evidence needs further development. |
| 07/23/20 | DKL | 0.10 | Email exchange with Claimant's counsel regarding Claimant's request for continuance. |
| 07/23/20 | DKL | 0.10 | Review Claimant's Motion for Continuance. |
| 07/23/20 | DKL | 0.20 | Review, sign, and file evidence exchange with Claimant. |
| 07/23/20 | MO | 0.30 | Conference with Attorney Liberati regarding Attorney Long's representation of Claimant and requesting a continuance. |
| 07/23/20 | MO | 0.50 | Prepare discovery requests for service upon Claimant's counsel with medical authorization. |
| 07/23/20 | MO | 0.30 | Prepare letter to Attorney Long serving Employer's discovery requests. |
| 07/24/20 | DKL | 0.20 | Review, sign, and serve discovery requests on Claimant. |
| 07/27/20 | DKL | 0.10 | Serve Claimant's counsel with evidence to be relied upon at hearing. |
| 07/30/20 | DKL | 0.10 | Review Order continuing hearing. |
| 07/30/20 | DKL | 0.20 | Review Claimant's discovery request to Employer. |
| 07/30/20 | DKL | 0.10 | Review Claimant's responses to Employer's discovery requests. |
| 07/30/20 | DKL | 0.20 | Review, sign, and file Employer's responses to Claimant's discovery requests. |
| 07/30/20 | MO | 0.60 | Prepare Employer's responses to Claimant's requests for production of documents. |
| 07/30/20 | MO | 0.30 | Prepare letter to Attorney Long submitting Employer's responses to Claimant's requests for production of documents. |

Total Hours   5.80



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        August 25, 2020
46226 National Road                                                      Invoice # 4542004
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 -
Marshall County Coal CO.
2B2Y4-2018182

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 262.50 |
| Attorney Costs | $ 3.30 |
| Current Total Due for Professional Services | $ 265.80 |
| **Total Due for Current Professional Services** | **$ 265.80** |

Previous Balance Owed                                                    $ 192.51
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542004

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414331 | 02/27/20 | $ 131.50 | $ 118.35 | $ 13.15 |
| 4520386 | 07/29/20 | $ 1,793.75 | $ 1,614.39 | $ 179.36 |
| | | Total Previous Outstanding Balance | | $ 192.51 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542004

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.40 | |
| | Partner | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.10 | $ 262.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.30 | |
| Total Attorney Costs | | $3.30 |
| Current Amount Due This Invoice | | $265.80 |

1

August 25, 2020
Invoice # 4542004

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | MO | 0.20 | Telephone conference with expert's office concerning status of report. |
| 07/09/20 | MO | 0.20 | Email to Attorney Liberati with expert's report |
| 07/10/20 | MO | 0.30 | Letter to Claimant with copy of expert's 07-09-2020 report. |
| 07/13/20 | DKL | 0.20 | Detailed review of favorable medical report from expert. |
| 07/13/20 | DKL | 0.10 | Email exchange with M. Ontko re expert's report. |
| 07/13/20 | DKL | 0.10 | Letter to Claimant with report from expert. |

Total Hours    1.10

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                 Invoice # 4542011
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.181
Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 -
Marshall County Coal CO.
B8SXG-2015351

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 231.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 231.00 |
| **Total Due for Current Professional Services** | **$ 231.00** |

| | |
|---|---|
| Previous Balance Owed | $ 754.98 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542011

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414347 | 02/27/20 | $ 2,671.50 | $ 2,404.35 | $ 267.15 |
| 4459258 | 04/17/20 | $ 1,354.85 | $ 1,219.36 | $ 135.49 |
| 4481133 | 05/26/20 | $ 3,470.50 | $ 3,123.45 | $ 347.05 |
| 4498750 | 06/19/20 | $ 52.90 | $ 47.61 | $ 5.29 |
| | | Total Previous Outstanding Balance | | $ 754.98 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542011

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| | Total Hours / Fees | 0.60 | $ 231.00 |

| | Current Amount Due This Invoice | $231.00 |
|---|---|---|

1

August 25, 2020
Invoice # 4542011

Dinsmore & Shohl LLP
Client Number – 123837.181
**Matter: Thomas, Gerald - 6/1/2001 - B8SXG-2015351 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/17/20 | DKL | 0.40 | Review Director's Exhibits. |
| 07/17/20 | DKL | 0.20 | Conference with Ms. Ontko regarding status of evidence prior to hearing. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.60 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541989
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.183
Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 -
Harrison County Coal Co.
2BKDV-2018117

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 873.00 |
| Attorney Costs | $ 4.50 |
| Current Total Due for Professional Services | $ 877.50 |
| **Total Due for Current Professional Services** | **$ 877.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541989

Dinsmore & Shohl LLP
Client Number – 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.10 | |
| | Partner | | |
| Mary R. Ontko | | 2.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.00 | $ 873.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.50 | |
| Total Attorney Costs | | $4.50 |
| Current Amount Due This Invoice | | $877.50 |

August 25, 2020
Invoice # 4541989

Dinsmore & Shohl LLP
Client Number – 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/16/20 | MO | 0.60 | Review 07/15/2020 Notice of Hearing from Department of Labor, and calculate and calendar correponding deadlines. |
| 07/16/20 | DKL | 0.10 | Review pre-hearing Order and hearing notice. |
| 07/20/20 | DKL | 0.50 | Initial review of medical evidence in preparation for September hearing. |
| 07/22/20 | MO | 0.40 | Review evidence submitted previously by Employer. |
| 07/22/20 | MO | 0.30 | Prepare letter to Attorney Long regarding initial exchange of evidence per Notice of Hearing. |
| 07/22/20 | MO | 0.20 | Prepare Black Lung Evidence Submission Form. |
| 07/22/20 | DKL | 0.20 | Correspondence to Claimant's counsel exchanging evidence per pre-hearing Order. |
| 07/24/20 | MO | 0.90 | Prepare Employer's pre-hearing memorandum to Judge Swank. |
| 07/27/20 | MO | 0.50 | Finalize Employer's pre-hearing memorandum. |
| 07/27/20 | DKL | 0.20 | Review and revise pre-hearing memorandum. |
| 07/29/20 | DKL | 0.10 | Review, sign, and send evidence summary to Claimant's counsel. |

Total Hours     4.00



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541913
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.188
Matter: Murray, James – DOI 10-06-13 - JCN 2019019342 OP
– Monongalia County Coal Co.
JCN 2019019342 OP

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 69.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 69.50 |
| **Total Due for Current Professional Services** | **$ 69.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541913

Dinsmore & Shohl LLP
Client Number – 123837.188
**Matter: Murray, James – DOI 10-06-13 - JCN 2019019342 OP – Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| Total Hours / Fees | | 0.30 | $ 69.50 |

Current Amount Due This Invoice        $69.50

August 25, 2020
Invoice # 4541913

Dinsmore & Shohl LLP
Client Number – 123837.188
**Matter: Murray, James – DOI 10-06-13 - JCN 2019019342 OP – Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/20/20 | MO | 0.20 | Update chronology to include 07/16/2020 letter to Claimant regarding Occupational Pneumoconiosis Board evaluation scheduled. |
| 07/20/20 | DKL | 0.10 | Review correspondence scheduling Claimant for Occupational Pneumoconiosis Board exam. |

| | | |
|---|---|---|
| Total Hours | 0.30 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541915
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.201
Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP
- Ohio County Coal Co.
JCN 2019016355 OP

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 202.00 |
| Attorney Costs | $ 9.90 |
| Current Total Due for Professional Services | $ 211.90 |
| **Total Due for Current Professional Services** | **$ 211.90** |

Previous Balance Owed                                                $ 119.14
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541915

Dinsmore & Shohl LLP
Client Number – 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498665 | 06/19/20 | $ 541.90 | $ 487.71 | $ 54.19 |
| 4520322 | 07/29/20 | $ 649.50 | $ 584.55 | $ 64.95 |
| | | | Total Previous Outstanding Balance | $ 119.14 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541915

Dinsmore & Shohl LLP
Client Number – 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.40 |
| | Partner | |
| | Total Hours / Fees | 0.40 |

$ 202.00

### Summary of Current Attorney Costs Incurred

Photocopies                    $ 9.90

Total Attorney Costs        $9.90

Current Amount Due This Invoice        $211.90

1

August 25, 2020
Invoice # 4541915

Dinsmore & Shohl LLP
Client Number – 123837.201
**Matter: Marody, Keith - DOI: 9/27/2007 - JCN 2019016355 OP - Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/24/20 | WER | 0.40 | Review and analyze Request for Final OP Board Hearing and related evidence. |

| | Total Hours | 0.40 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541917
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 85.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 85.00 |
| **Total Due for Current Professional Services** | **$ 85.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 788.08 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314          Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541917

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459122 | 04/17/20 | $ 1,465.20 | $ 1,318.68 | $ 146.52 |
| 4481050 | 05/26/20 | $ 3,685.00 | $ 3,316.50 | $ 368.50 |
| 4498666 | 06/19/20 | $ 2,730.60 | $ 2,457.54 | $ 273.06 |
| | | | Total Previous Outstanding Balance | $ 788.08 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541917

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.40 | $ 85.00 |
| | Current Amount Due This Invoice | | $85.00 |

1

August 25, 2020
Invoice # 4541917

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/21/20 | MO | 0.30 | Letter to Attorney Long with CD of medical records from Claimant's state occupational pneumoconiosis claim |
| 07/22/20 | DKL | 0.10 | Letter to Claimant's counsel with medical records from WV State Occupational Pneumoconiosis claim. |

Total Hours    0.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     August 25, 2020
46226 National Road                                                   Invoice # 4541918
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

Previous Balance Owed                                                 $ 201.41
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541918

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459125 | 04/17/20 | $ 544.15 | $ 489.74 | $ 54.41 |
| 4481051 | 05/26/20 | $ 458.50 | $ 412.65 | $ 45.85 |
| 4498667 | 06/19/20 | $ 828.00 | $ 745.20 | $ 82.80 |
| 4520324 | 07/29/20 | $ 183.50 | $ 165.15 | $ 18.35 |
| | | | Total Previous Outstanding Balance | $ 201.41 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541918

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice $31.00

1

August 25, 2020
Invoice # 4541918

Dinsmore & Shohl LLP
Client Number -- 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/20/20 | MO | 0.20 | Update chronology to include 07/17/2020 Board of Review Notice of Telephone Hearing. |
| | Total Hours | 0.20 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541922
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 415.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 415.50 |
| **Total Due for Current Professional Services** | **$ 415.50** |

Previous Balance Owed                                                  $ 523.81
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314       Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541922

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 29.09 | $ 1.41 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 3,407.06 | $ 164.54 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 2,431.24 | $ 117.41 |
| 4459127 | 04/17/20 | $ 893.50 | $ 804.15 | $ 89.35 |
| 4481055 | 05/26/20 | $ 484.00 | $ 435.60 | $ 48.40 |
| 4498673 | 06/19/20 | $ 556.00 | $ 500.40 | $ 55.60 |
| 4520339 | 07/29/20 | $ 471.15 | $ 424.05 | $ 47.10 |

Total Previous Outstanding Balance    $ 523.81

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541922

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.90 | |
| Mary R. Ontko | Paralegal | 1.20 | |
| | Total Hours / Fees | 2.10 | $ 415.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $415.50 |

1

August 25, 2020
Invoice # 4541922

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | MO | 0.20 | Update chronology to include 07/07/2020 Employer Decision. |
| 07/09/20 | MO | 0.20 | Update chronology to include 07/02/2020 letter to Claimant regarding IME scheduled for 07/30/20. |
| 07/09/20 | MO | 0.20 | Update chronology to include 07/07/2020 letter to doctor regarding appointment for IME. |
| 07/13/20 | MO | 0.20 | Update chronology to include 07/09/2020 Claimant's protest to Claim Order dated 07/02/2020. |
| 07/13/20 | MO | 0.20 | Update chronology to include 07/09/2020 Board of Review Acknowledgment and Briefing Schedule regarding ALJ Decision dated 06/17/2020. |
| 07/14/20 | AMS | 0.10 | Review Claimant's protest to 7/2/2020 Claim Order. |
| 07/14/20 | AMS | 0.30 | Conference with client regarding IME issues. |
| 07/15/20 | AMS | 0.50 | Review relevant portions of Code & CSR for purpose of advising client on response to Claimant's claim that Employer is required to provide transportation to IME. |
| 07/21/20 | MO | 0.20 | Update chronology to include 07/13/2020 Time Frame Order regarding Claim Order 07/02/2020. |

Total Hours    2.10

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                       August 25, 2020
46226 National Road                                                   Invoice # 4541923
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,289.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,289.50 |
| **Total Due for Current Professional Services** | **$ 2,289.50** |

Previous Balance Owed                                                     $ 270.40
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541923

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459133 | 04/17/20 | $ 463.00 | $ 416.70 | $ 46.30 |
| 4481058 | 05/26/20 | $ 1,103.50 | $ 993.15 | $ 110.35 |
| 4498675 | 06/19/20 | $ 143.55 | $ 129.20 | $ 14.35 |
| 4520343 | 07/29/20 | $ 994.00 | $ 894.60 | $ 99.40 |
| | | | Total Previous Outstanding Balance | $ 270.40 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541923

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.80 | |
| | Partner | | |
| Aimee M Stern | | 6.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 1.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.90 | $ 2,289.50 |
| | Current Amount Due This Invoice | | $2,289.50 |

1

August 25, 2020
Invoice # 4541923

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | WER | 0.20 | Review and analyze request for addendum to Dr. Hill. |
| 07/06/20 | WER | 0.10 | Review correspondence to Claimant regarding IME. |
| 07/09/20 | MO | 0.20 | Telephone conference with Ms. Pauley of SmartCasualty regarding her telephone conversation with Claimant's girlfriend regarding scheduled IME. |
| 07/09/20 | MO | 0.20 | Advise Attorney Stern regarding telephone conversation with Ms. Pauley of SmartCasualty and her telephone conversation with Claimant's girlfriend regarding scheduled IME. |
| 07/09/20 | AMS | 0.80 | Identify medical records to send to Dr. Grady for his review prior to independent medical examination. |
| 07/14/20 | AMS | 0.00 | Telephone conference with Dr. Hill regarding addendum report. |
| 07/15/20 | MO | 0.50 | Review claim file documents to locate physician;s request for authorization for testing. |
| 07/15/20 | AMS | 0.50 | Review Dr. Moorehead's recent treatment notes and request for authorization of neuropsychiatric testing for purpose of revising issue to be addressed in Dr. Hill's addendum, per Dr. Hill's request. |
| 07/15/20 | AMS | 0.40 | Draft correspondence to Dr. Hill revising questions to be addressed in her addendum report per her request. |
| 07/17/20 | MO | 0.40 | Update chronology to include Dr. Hill's addendum report dated 07/13/2020. |
| 07/20/20 | AMS | 0.30 | Continue identifying medical records to send to Dr. Grady regarding IME. |
| 07/21/20 | AMS | 0.10 | Review Dr. Hill's 7/13/2020 addendum report. |
| 07/21/20 | AMS | 0.10 | Confer with client regarding Dr. Hill's 7/13/2020 addendum report. |
| 07/22/20 | AMS | 1.50 | Continue identifying medical records to send to Dr. Grady regarding IME. |
| 07/22/20 | AMS | 1.60 | Draft correspondence to Dr. Grady regarding IME. |
| 07/23/20 | AMS | 0.80 | Finalize correspondence to Dr. Grady regarding independent medical examination. |
| 07/23/20 | WER | 0.50 | Review and analyze correspondence and records to physician regarding IME. |
| 07/27/20 | AMS | 0.10 | Review Dr. Moorehead's updated medical and request for authorization of vestibular therapy and neuropsych evaluation. |
| 07/27/20 | AMS | 0.10 | Confer with client regarding response to Dr. Moorehead's requests for authorization. |
| 07/28/20 | MO | 0.50 | Update chronology to include 07/14/2020 office notes from physician's office. |

August 25, 2020
Invoice # 4541923

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

Total Hours      8.90



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541924
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.217
Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437
- Marshall County Coal Co.
2019010437

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 132.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 132.50 |
| **Total Due for Current Professional Services** | **$ 132.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 8.75 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541924

Dinsmore & Shohl LLP
Client Number – 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459134 | 04/17/20 | $ 31.00 | $ 27.90 | $ 3.10 |
| 4520345 | 07/29/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | Total Previous Outstanding Balance | | $ 8.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541924

Dinsmore & Shohl LLP
Client Number – 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.10 | |
| | Partner | | |
| Aimee M Stern | | 0.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.50 | $ 132.50 |
| | Current Amount Due This Invoice | | $132.50 |

1

August 25, 2020
Invoice # 4541924

Dinsmore & Shohl LLP
Client Number – 123837.217
**Matter: Gossett, Nathan - DOI: 10/25/18 - Claim # 2019010437 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.20 | Update chronology to include 07/02/2020 Decision affirming 06/27/19 Claim Order. |
| 07/07/20 | AMS | 0.10 | Review Office of Judge's 7/2/2020 Order affirming Order dated 6/27/19. |
| 07/07/20 | AMS | 0.10 | Draft correspondence to client regarding Office of Judge's 7/2/2020 Order. |
| 07/07/20 | WER | 0.10 | Review and analyze ALJ's 7/2/2020 Order and related correspondence. |

Total Hours    0.50

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                     August 25, 2020
46226 National Road                                          Invoice # 4541925
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 229.00 |
| Attorney Costs | $ 8.10 |
| Current Total Due for Professional Services | $ 237.10 |
| **Total Due for Current Professional Services** | **$ 237.10** |

Previous Balance Owed                                             $ 138.75
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541925

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459138 | 04/17/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498683 | 06/19/20 | $ 1,001.00 | $ 900.90 | $ 100.10 |
| 4520354 | 07/29/20 | $ 317.00 | $ 285.30 | $ 31.70 |
| | | Total Previous Outstanding Balance | | $ 138.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541925

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.80 | $ 229.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 8.10 | |
| | Total Attorney Costs | $8.10 |
| | Current Amount Due This Invoice | $237.10 |

1

August 25, 2020
Invoice # 4541925

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 07/06/20 | MO | 0.50 | Update chronology to include Employer's 07/06/2020 closing argument and evidence submission regarding Claim Order dated 12/19/19. |
| 07/06/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and supporting evidence. |
| | Total Hours | 0.80 | |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                   August 25, 2020
46226 National Road                                           Invoice # 4541927
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 469.50 |
| Attorney Costs | $ 1.80 |
| Current Total Due for Professional Services | $ 471.30 |
| **Total Due for Current Professional Services** | **$ 471.30** |

Previous Balance Owed                                              $ 91.61
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541927

Dinsmore & Shohl LLP
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459139 | 04/17/20 | $ 247.45 | $ 222.70 | $ 24.75 |
| 4481062 | 05/26/20 | $ 485.00 | $ 436.50 | $ 48.50 |
| 4498684 | 06/19/20 | $ 101.65 | $ 91.49 | $ 10.16 |
| 4520356 | 07/29/20 | $ 82.00 | $ 73.80 | $ 8.20 |
|  |  |  | Total Previous Outstanding Balance | $ 91.61 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541927

Dinsmore & Shohl LLP
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.30 | |
| | Partner | | |
| Aimee M Stern | | 0.70 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.90 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.90 | $ 469.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 1.80 | |
| | Total Attorney Costs | $1.80 |
| | Current Amount Due This Invoice | $471.30 |

1

August 25, 2020
Invoice # 4541927

Dinsmore & Shohl LLP
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | MO | 0.30 | Prepare Notice of Appeal to Board of Review regarding ALJ Decision dated 07/06/2020 reversing Claim Order dated 12/20/19. |
| 07/13/20 | MO | 0.20 | Update chronology to include 07/06/2020 ALJ Decision reversing Claim Order 12/20/19. |
| 07/13/20 | AMS | 0.40 | Review ALJ's 7/6/2020 Order reversing 12/20/2019 Order. |
| 07/13/20 | AMS | 0.30 | Draft correspondence to client regarding ALJ's 7/6/2020 Claim Order. |
| 07/13/20 | WER | 0.30 | Review and analyze 07/06/2020 Board of Review Order and related correspondence. |
| 07/23/20 | MO | 0.20 | Update chronology to include 07/20/2020 letter to Claimant acknowledging ALJ Decision dated 07/06/2020 reversing Claim Order dated 12/30/19. |
| 07/23/20 | MO | 0.20 | Update chronology to include 07/21/2020 Board of Review Acknowledgement and Briefing Schedule regarding ALJ Decision dated 07/06/2020. |

Total Hours    1.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    August 25, 2020
46226 National Road                                            Invoice # 4541928
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.228
Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP;
DOI: 12/28/2014; Marshall County Coal Co.

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 162.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 162.00 |
| **Total Due for Current Professional Services** | **$ 162.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 75.71 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541928

Dinsmore & Shohl LLP
Client Number – 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481064 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4498687 | 06/19/20 | $ 710.60 | $ 639.54 | $ 71.06 |
| | | | Total Previous Outstanding Balance | $ 75.71 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541928

Dinsmore & Shohl LLP
Client Number – 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.30 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.60 | $ 162.00 |
| | Current Amount Due This Invoice | | $162.00 |

1

August 25, 2020
Invoice # 4541928

Dinsmore & Shohl LLP
Client Number – 123837.228
**Matter: Boruta, Charles V. WC Claim No.: 2020001581-OP; DOI: 12/28/2014; Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/08/20 | DKL | 0.10 | Email exchange with Ms. Ontko regarding evidence submitted by claimant. |
| 07/08/20 | DKL | 0.20 | Review medical records submitted as evidence by claimant. |
| 07/08/20 | MO | 0.30 | Update chronology to include Claimant's 07/06/2020 evidence regarding Claim Order dated 01/29/2020. |

Total Hours   0.60

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                                August 25, 2020
46226 National Road                                                              Invoice # 4541930
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.231
Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI:
02-14-2019; Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 286.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 286.00 |
| **Total Due for Current Professional Services** | **$ 286.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 111.96 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541930

Dinsmore & Shohl LLP
Client Number – 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459143 | 04/17/20 | $ 1,073.10 | $ 965.79 | $ 107.31 |
| 4481066 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| | | Total Previous Outstanding Balance | | $ 111.96 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541930

Dinsmore & Shohl LLP
Client Number – 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.30 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.70 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.20 | $ 286.00 |
| | Current Amount Due This Invoice | | $286.00 |

1

August 25, 2020
Invoice # 4541930

Dinsmore & Shohl LLP
Client Number – 123837.231
**Matter: Bliss, Alan. WC Claim No.: 2019017902; DOI: 02-14-2019; Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.50 | Update chronology with 06/29/2020 Order. |
| 07/27/20 | AMS | 0.20 | Review Administrative Law Judge's 7/23/2020 Order. |
| 07/27/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 7/23/2020 Order. |
| 07/28/20 | MO | 0.20 | Update chronology to include 07/23//2020 ALJ Decision. |
| 07/28/20 | WER | 0.20 | Review and analyze ALJ's 7/23/2020 Order and related correspondence. |

Total Hours     1.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                            August 25, 2020
46226 National Road                                                    Invoice # 4541932
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.232
Matter: Yanero, Christopher WC Claim No.: 2019023452;
DOI: 05-02-19; Harrison County Coal Co.

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 25.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 25.50 |
| **Total Due for Current Professional Services** | **$ 25.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 148.15 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541932

Dinsmore & Shohl LLP
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459144 | 04/17/20 | $ 1,435.00 | $ 1,291.50 | $ 143.50 |
| 4481067 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| | | | Total Previous Outstanding Balance | $ 148.15 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541932

Dinsmore & Shohl LLP
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452; DOI: 05-02-19; Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 0.10 | |
| | Of Counsel | | |
| | Total Hours / Fees | 0.10 | $ 25.50 |

Current Amount Due This Invoice          $25.50

1

August 25, 2020
Invoice # 4541932

Dinsmore & Shohl LLP
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/30/20 | AMS | 0.10 | Review Office of Judge's Order to Show Cause regarding Claimant's protest to 12/6/19 Order. |

Total Hours    0.10



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541933

Billing Attorney - William E Robinson

Client Number - 123837.233
Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 -
Marshall County Coal Co.
2008024293

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

| | |
|---|---|
| Previous Balance Owed | $ 907.96 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541933

Dinsmore & Shohl LLP
Client Number – 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459145 | 04/17/20 | $ 4,983.90 | $ 4,485.51 | $ 498.39 |
| 4481068 | 05/26/20 | $ 4,054.50 | $ 3,649.05 | $ 405.45 |
| 4498699 | 06/19/20 | $ 41.25 | $ 37.13 | $ 4.12 |
| | | | Total Previous Outstanding Balance | $ 907.96 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541933

Dinsmore & Shohl LLP
Client Number – 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $46.50 |

1

August 25, 2020
Invoice # 4541933

Dinsmore & Shohl LLP
Client Number – 123837.233
**Matter: Aston, Henry - DOI:11/21/2007 - 2008024293 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.30 | Update chronology to include 07/01/2020 Order. |

Total Hours    0.30

2

August 25, 2020
Invoice # 4541935

Dinsmore & Shohl LLP
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459205 | 04/17/20 | $ 2,700.00 | $ 2,430.00 | $ 270.00 |
| 4510387 | 06/01/20 | $ 2,211.80 | $ 1,990.60 | $ 221.20 |
| 4498692 | 06/19/20 | $ 1,703.75 | $ 1,533.38 | $ 170.37 |
| 4520361 | 07/29/20 | $ 3,981.54 | $ 3,583.40 | $ 398.14 |
| | | | Total Previous Outstanding Balance | $ 1,059.71 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541935

Dinsmore & Shohl LLP
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 0.90 | |
| | Of Counsel | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.30 | $ 361.50 |
| | Current Amount Due This Invoice | | $361.50 |

1

August 25, 2020
Invoice # 4541935

Dinsmore & Shohl LLP
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | MO | 0.20 | Update chronology to include 07/07/2020 Employer's Supplemental Closing Argument regarding Claim Order dated 02/10/2020. |
| 07/07/20 | AMS | 0.40 | Identify additional evidence to file in support of 02/10/2020 Order. |
| 07/07/20 | AMS | 0.50 | Draft Supplemental Closing Argument in support of 2/10/2020 Order. |
| 07/07/20 | WER | 0.20 | Review and analyze Employer's Supplemental Closing Argument. |

Total Hours    1.30

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      August 25, 2020
46226 National Road                                             Invoice # 4541938
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.241
Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI,
DOI: 9/15/2018, Marion County Coal Company

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 943.00 |
| Attorney Costs | $ 10.05 |
| Current Total Due for Professional Services | $ 953.05 |
| **Total Due for Current Professional Services** | **$ 953.05** |

| | |
|---|---:|
| Previous Balance Owed | $ 106.40 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541938

Dinsmore & Shohl LLP
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481106 | 05/26/20 | $ 951.00 | $ 855.90 | $ 95.10 |
| 4498702 | 06/19/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4520363 | 07/29/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| | | | Total Previous Outstanding Balance | $ 106.40 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541938

Dinsmore & Shohl LLP
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| William E Robinson | | 0.30 |
| | Partner | |
| Aimee M Stern | | 2.80 |
| | Of Counsel | |
| Mary R. Ontko | | 0.50 |
| | Paralegal | |
| | Total Hours / Fees | 3.60 |

$ 943.00

## Summary of Current Attorney Costs Incurred

Photocopies                                    $ 10.05

Total Attorney Costs          $10.05

Current Amount Due This Invoice          $953.05

1

August 25, 2020
Invoice # 4541938

Dinsmore & Shohl LLP
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | AMS | 0.50 | Identify evidence to file in support of 3/26/2020 Order rejecting claim. |
| 07/07/20 | AMS | 1.00 | Draft Closing Argument in support of 3/26/2020 Order. |
| 07/08/20 | MO | 0.50 | Update chronology to include 07/08/2020 Employer's Closing Argument and evidence regarding Claim Order dated 03/26/2020. |
| 07/08/20 | AMS | 1.30 | Finish drafting Closing Argument in support of 3/26/2020 Order. |
| 07/08/20 | WER | 0.30 | Review and analyze Employer's Closing argument and related evidence. |

Total Hours     3.60



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541939

Billing Attorney - William E Robinson

Client Number - 123837.242
Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP,
DOI: 01/02/2019, Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,317.50 |
| Attorney Costs | $ 9.45 |
| Current Total Due for Professional Services | $ 1,326.95 |
| **Total Due for Current Professional Services** | **$ 1,326.95** |

Previous Balance Owed                                          $ 629.16
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314          Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541939

Dinsmore & Shohl LLP
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481107 | 05/26/20 | $ 969.50 | $ 872.55 | $ 96.95 |
| 4498704 | 06/19/20 | $ 2,457.60 | $ 2,211.84 | $ 245.76 |
| 4520364 | 07/29/20 | $ 2,874.45 | $ 2,588.00 | $ 286.45 |
| | | Total Previous Outstanding Balance | | $ 629.16 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541939

Dinsmore & Shohl LLP
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | | 8.50 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.50 | $ 1,317.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 9.45 | |
| | Total Attorney Costs | $9.45 |
| | Current Amount Due This Invoice | $1,326.95 |

1

August 25, 2020
Invoice # 4541939

Dinsmore & Shohl LLP
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | MO | 0.20 | Phone call to provider to follow up on records request. |
| 07/22/20 | MO | 0.90 | Begin to update chronology with new medical records from provider. |
| 07/23/20 | MO | 0.50 | Complete updat.e of chronology with new medical records. |
| 07/30/20 | MO | 6.90 | Review 5200 plus pages of medical records for relevant documents to update chronology. |

Total Hours     8.50

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    August 25, 2020
46226 National Road                                          Invoice # 4542019
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.244
Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP;
DOI:7-1-2010 The Ohio County Coal Co.

_____

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 0.00 |
| Attorney Costs | $ 29.00 |
| Current Total Due for Professional Services | $ 29.00 |
| **Total Due for Current Professional Services** | **$ 29.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 332.87 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

_____

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542019

Dinsmore & Shohl LLP
Client Number – 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498709 | 06/19/20 | $ 1,379.60 | $ 1,241.64 | $ 137.96 |
| 4520366 | 07/29/20 | $ 1,949.20 | $ 1,754.29 | $ 194.91 |
| | | Total Previous Outstanding Balance | | $ 332.87 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542019

Dinsmore & Shohl LLP
Client Number – 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| | Total Hours / Fees | 0.00 | $ 0.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Medical Records | $ 29.00 |
| Total Attorney Costs | $29.00 |
| Current Amount Due This Invoice | $29.00 |

1

August 25, 2020
Invoice # 4542019

Dinsmore & Shohl LLP
Client Number – 123837.244
**Matter: Pegg, Larry T. WC Claim No.: 2015004462 OP; DOI:7-1-2010 The Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
|      |            |       |             |
|      | Total Hours | 0.00 |             |

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                         August 25, 2020
46226 National Road                                                  Invoice # 4541940
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.245
Matter: Marling, Tim WC Claim No.: 2020010344; DOI:
10/13/2019; Marshall County Coal Company

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 320.00 |
| Attorney Costs | $ 40.65 |
| Current Total Due for Professional Services | $ 360.65 |
| **Total Due for Current Professional Services** | **$ 360.65** |

| | |
|---|---:|
| Previous Balance Owed | $ 337.16 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541940

Dinsmore & Shohl LLP
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498710 | 06/19/20 | $ 2,934.50 | $ 2,641.05 | $ 293.45 |
| 4520367 | 07/29/20 | $ 437.20 | $ 393.49 | $ 43.71 |
| | | Total Previous Outstanding Balance | | $ 337.16 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541940

Dinsmore & Shohl LLP
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| Aimee M Stern | Of Counsel | 0.10 |
| Mary R. Ontko | Paralegal | 1.90 |
| Total Hours / Fees | | 2.00 |

$ 320.00

### Summary of Current Attorney Costs Incurred

Medical Records                  $ 40.65

Total Attorney Costs          $40.65

Current Amount Due This Invoice          $360.65

1

August 25, 2020
Invoice # 4541940

Dinsmore & Shohl LLP
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/28/20 | MO | 1.20 | Update chronology to include new hospital medical records. |
| 07/28/20 | MO | 0.30 | Review client's website for any new medical documents. |
| 07/28/20 | MO | 0.40 | Update chronology to include 06/30/2020 clinic notes found on client website. |
| 07/29/20 | AMS | 0.10 | Review updated medical records. |

Total Hours    2.00

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    August 25, 2020
46226 National Road                                            Invoice # 4559600
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.250
Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI:
02/28 12020; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 306.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 306.00 |
| **Total Due for Current Professional Services** | **$ 306.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4559600

Dinsmore & Shohl LLP
Client Number – 123837.250
**Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI: 02/2812020; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | | 1.20 | |
| | Of Counsel | | |
| | Total Hours / Fees | 1.20 | $ 306.00 |

Current Amount Due This Invoice          $306.00

August 25, 2020
Invoice # 4559600

Dinsmore & Shohl LLP
Client Number – 123837.250
**Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI: 02/2812020; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | AMS | 0.50 | Review file received from client. |
| 07/06/20 | AMS | 0.70 | Draft Initial Litigation Evaluation. |

| | | |
|---|---|---|
| Total Hours | 1.20 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541945

Billing Attorney - William E Robinson

Client Number - 123837.251
Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 -
Marshall County Coal Company
2020007425

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 5,275.00 |
| Attorney Costs | $ 9.11 |
| Current Total Due for Professional Services | $ 5,284.11 |
| **Total Due for Current Professional Services** | **$ 5,284.11** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541945

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | | 0.20 | |
| | Partner | | |
| Aimee M Stern | | 10.20 | |
| | Of Counsel | | |
| Mary R. Ontko | | 16.60 | |
| | Paralegal | | |
| | Total Hours / Fees | 27.00 | $ 5,275.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 9.11 | |
| | Total Attorney Costs | $9.11 |
| | Current Amount Due This Invoice | $5,284.11 |

August 25, 2020
Invoice # 4541945

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 07/10/20 | MO | 3.20 | Begin to prepare chronology from claim file documents and begin setting up electronic file. |
| 07/10/20 | AMS | 0.10 | Review Claimant's protest to 05/05/2020 Order. |
| 07/13/20 | MO | 5.10 | Complete chronology from claim file documents while setting up electronic file. |
| 07/13/20 | MO | 0.90 | Prepare subpoenas for medical records from various healthcare providers. |
| 07/14/20 | MO | 0.20 | Prepare authorizations for medical records release for signature by Claimant. |
| 07/14/20 | MO | 0.30 | Prepare letter to Claimant with WV Code 23-4-7 and Title 93-1-7 regarding release of medical records to employer. |
| 07/15/20 | MO | 0.30 | Prepare subpoena to healthcare provider for Claimant's medical records. |
| 07/15/20 | AMS | 1.60 | Review file received from client. |
| 07/16/20 | MO | 0.60 | Begin review of Hospital records and update chronology. |
| 07/16/20 | AMS | 1.40 | Continue reviewing file received from client. |
| 07/17/20 | MO | 4.60 | Update chronology with new medical records from Hospital. |
| 07/20/20 | AMS | 0.70 | Complete reviewi of file received from client. |
| 07/21/20 | AMS | 0.50 | Review medical records and other documents from Mr. Cecil's prior workers' compensation claims for purpose of evaluating whether any information contained therein is relevant to current claim issues. |
| 07/21/20 | AMS | 0.40 | Review updated medical records. |
| 07/21/20 | AMS | 0.30 | Draft Initial Litigation Evaluation. |
| 07/22/20 | AMS | 0.50 | Finish drafting Initial Litigation Evaluation. |
| 07/23/20 | AMS | 1.00 | Identify evidence to file in support of 5/5/2020 Order. |
| 07/24/20 | MO | 0.20 | Update chronology to include 07/22/2020 letter to Attorney Wallace regarding claim records request. |
| 07/27/20 | AMS | 1.40 | Finish drafting Initial Litigation Evaluation. |
| 07/27/20 | AMS | 1.20 | Continue identifying evidence to file in support of 5/5/2020 Order. |
| 07/27/20 | AMS | 0.90 | Draft Closing Argument in support of 5/5/2020 Order. |
| 07/27/20 | WER | 0.20 | Review and analyze Initial Litigation Evaluation. |
| 07/30/20 | MO | 0.50 | Update chronology to include 07/24/2020 Claimant's Submission of Evidence regarding Claim Order dated 05/05/2020. |
| 07/30/20 | MO | 0.30 | Prepare letter to Attorney Wallace with medical authorization and provider list for completion by client. |
| 07/30/20 | AMS | 0.20 | Review evidence submitted by Claimant in support of protest to 5/5/2020 Order. |

August 25, 2020
Invoice # 4541945

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

Total Hours    27.00



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                    August 25, 2020
46226 National Road                                            Invoice # 4541948
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.253
Matter: Miller, George W. WC Claim No.: 2020002832-OP;
DO I: 12/30/2014; The Ohio County Coal Company

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 820.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 820.00 |
| **Total Due for Current Professional Services** | **$ 820.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541948

Dinsmore & Shohl LLP
Client Number – 123837.253
**Matter: Miller, George W. WC Claim No.: 2020002832-OP; DO I: 12/30/2014; The Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.60 | |
| | Partner | | |
| Mary R. Ontko | | 3.80 | |
| | Paralegal | | |
| | Total Hours / Fees | 4.40 | $ 820.00 |

Current Amount Due This Invoice        $820.00

August 25, 2020
Invoice # 4541948

Dinsmore & Shohl LLP
Client Number – 123837.253
**Matter: Miller, George W. WC Claim No.: 2020002832-OP; DO I: 12/30/2014; The Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/09/20 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 07/09/20 | DKL | 0.50 | Initial review of claim file from client. |
| 07/09/20 | MO | 0.20 | Email to client asking if Claimant has any Federal black lung claims. |
| 07/14/20 | MO | 3.00 | Prepare chronology from claim file documents and set up electronic file. |
| 07/24/20 | MO | 0.60 | Prepare medical records requests to healthcare providers. |

Total Hours   4.40



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                   August 25, 2020
46226 National Road                                           Invoice # 4541981
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.254
Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI
O7/10/2014; Moundsville Eastern Region

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,000.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 2,000.50 |
| **Total Due for Current Professional Services** | **$ 2,000.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541981

Dinsmore & Shohl LLP
Client Number – 123837.254
**Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI O7/10/2014; Moundsville Eastern Region**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.70 | |
| | Partner | | |
| Mary R. Ontko | | 6.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 8.90 | $ 2,000.50 |

Current Amount Due This Invoice          $2,000.50

August 25, 2020
Invoice # 4541981

Dinsmore & Shohl LLP
Client Number – 123837.254
**Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI 07/10/2014; Moundsville Eastern Region**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/08/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to the Office of Judges filing same. |
| 07/08/20 | MO | 0.30 | Prepare authorization and medical provider list to Attorney Stultz for client signature. |
| 07/09/20 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 07/09/20 | DKL | 0.60 | Review initial claim file from client regarding denial of petition to reopen. |
| 07/09/20 | MO | 0.20 | Email to client asking if Claimant has any Federal black lung claims. |
| 07/10/20 | MO | 4.00 | Prepare chronology from claim file documents and set up electronic file. |
| 07/13/20 | DKL | 0.40 | Initial review of medical chronology 2005 to present. |
| 07/17/20 | MO | 0.60 | Review claim file documents for documents to submit as evidence in support of Claim Order dated 06/03/2020. |
| 07/17/20 | MO | 0.40 | Prepare Employer's evidence submission regarding Claim Order dated 06/03/2020. |
| 07/17/20 | DKL | 0.90 | Initial draft of Closing Argument in support of the 6/3/2020 Order. |
| 07/20/20 | DKL | 0.50 | Review, select, and analyze evidence for submission with Closing Argument. |
| 07/21/20 | MO | 0.30 | Prepare medical records request to physician's office. |
| 07/21/20 | DKL | 0.20 | Review Closing Argument. |

Total Hours       8.90



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      August 25, 2020
46226 National Road                                              Invoice # 4541982
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.255
Matter: Orr. Leslie D. WC Claim No.: 2014013139-OP; DOI:
10/30/2013; McElroy Coal Company

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 2,145.00 |
| Attorney Costs | $ 27.88 |
| Current Total Due for Professional Services | $ 2,172.88 |
| **Total Due for Current Professional Services** | **$ 2,172.88** |

---

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541982

Dinsmore & Shohl LLP
Client Number – 123837.255
**Matter: Orr. Leslie D. WC Claim No.: 2014013139-OP; DOI: 10/30/2013; McElroy Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours |
|---|---|---|
| David K. Liberati | | 0.70 |
| | Partner | |
| Mary R. Ontko | | 12.10 |
| | Paralegal | |
| | Total Hours / Fees | 12.80 | $ 2,145.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | $ 27.88 | |
| | Total Attorney Costs | $27.88 |

| | | |
|---|---|---|
| | Current Amount Due This Invoice | $2,172.88 |

August 25, 2020
Invoice # 4541982

Dinsmore & Shohl LLP
Client Number – 123837.255
**Matter: Orr. Leslie D. WC Claim No.: 2014013139-OP; DOI: 10/30/2013; McElroy Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/08/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to the Office of Judges filing same. |
| 07/08/20 | MO | 0.30 | Prepare authorization and medical provider list to Attorney Stultz for client signature. |
| 07/09/20 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 07/09/20 | DKL | 0.60 | Initial review of claim file from client. |
| 07/09/20 | MO | 0.20 | Email to client asking if Claimant has any Federal black lung claims. |
| 07/15/20 | MO | 3.20 | Begin to prepare chronology from claim file documents and setting up electronic file. |
| 07/15/20 | MO | 0.60 | Continue to prepare chronology from claim file documents and setting up electronic file. |
| 07/15/20 | MO | 2.60 | Complete chronology from review of claim file documents and setting up electronic file. |
| 07/15/20 | MO | 0.30 | Email to Attorney Stultz's office regarding missing page to physician's medical records. |
| 07/21/20 | MO | 1.20 | Prepare medical records requests to various healthcare providers. |
| 07/23/20 | MO | 3.00 | Review chronology and new medical records received from healthcare providers. |
| 07/27/20 | MO | 0.30 | Prepare new medical records request various healthcare providers. |

Total Hours    12.80



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541983

Billing Attorney - William E Robinson

Client Number - 123837.256
Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI:
07/21/2010; Marshall County Coal Company

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,907.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,907.50 |
| **Total Due for Current Professional Services** | **$ 1,907.50** |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541983

Dinsmore & Shohl LLP
Client Number – 123837.256
**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.70 | |
| | Partner | | |
| Mary R. Ontko | | 5.60 | |
| | Paralegal | | |
| Total Hours / Fees | | 8.30 | $ 1,907.50 |

Current Amount Due This Invoice        $1,907.50

August 25, 2020
Invoice # 4541983

Dinsmore & Shohl LLP
Client Number – 123837.256
**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/08/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to the Office of Judges filing same. |
| 07/08/20 | MO | 0.30 | Prepare authorization and medical provider list to Attorney Stultz for client signature. |
| 07/08/20 | MO | 1.80 | Begin review of claim file for preparation of chronology and set up electronic file. |
| 07/09/20 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 07/09/20 | DKL | 0.20 | Review and analyze claimant's medical chronology. |
| 07/09/20 | DKL | 0.30 | Brief legal research on Rule 85 C.S.R. 20 - eligibility for drug reimbursement. |
| 07/09/20 | DKL | 0.40 | Initial review of file from client. |
| 07/09/20 | MO | 0.20 | Email to client asking if requested testing had been performed or scheduled. |
| 07/09/20 | MO | 0.20 | Email to client asking if Claimant has any Federal black lung claims. |
| 07/09/20 | MO | 0.40 | Internet search for information on drugs. |
| 07/09/20 | MO | 1.10 | Complete chronology from claim file documents and setting up electronic file. |
| 07/15/20 | DKL | 0.90 | Initial draft of closing argument. |
| 07/17/20 | MO | 0.80 | Prepare Employer's evidence submission regarding Claim Order dated 06/19/2020. |
| 07/20/20 | MO | 0.40 | Finalize Employer's evidence submission regarding Claim Order dated 06/19/2020. |
| 07/20/20 | DKL | 0.30 | Review, analyze, and select evidence to file with Closing Argument. |
| 07/21/20 | DKL | 0.10 | Finalize and file evidence submission. |
| 07/21/20 | DKL | 0.30 | Review Closing Argument to resolve issue with claim number. |
| 07/28/20 | DKL | 0.10 | Email exchange to set up claimant's deposition. |

Total Hours     8.30

Black Lung Bills



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541990

Billing Attorney - William E Robinson

Client Number - 123837.159
Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 -
Marion County Coal Co.
2019-BLA-05865

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 834.00 |
| Attorney Costs | $ 33.30 |
| Current Total Due for Professional Services | $ 867.30 |
| **Total Due for Current Professional Services** | **$ 867.30** |

Previous Balance Owed                                                    $ 105.43
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541990

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414301 | 02/27/20 | $ 1,054.35 | $ 948.92 | $ 105.43 |
| | | Total Previous Outstanding Balance | | $ 105.43 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541990

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| Mary R. Ontko | | 2.40 | |
| | Paralegal | | |
| | Total Hours / Fees | 3.60 | $ 834.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 33.30 | |
| | Total Attorney Costs | $33.30 |
| | Current Amount Due This Invoice | $867.30 |

1

August 25, 2020
Invoice # 4541990

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/16/20 | MO | 0.60 | Review 07/15/2020 Notice of Hearing from Department of Labor and calculate corresponding deadlines. |
| 07/16/20 | DKL | 0.10 | Review pre-hearing Order and hearing notice. |
| 07/20/20 | DKL | 0.20 | Email with M. Ontko regarding strategy regarding medical evidence moving forward. |
| 07/20/20 | DKL | 0.30 | Review letter to expert requesting report. |
| 07/21/20 | MO | 0.30 | Prepare letter to Attorney Long regarding pre-hearing exchange. |
| 07/22/20 | MO | 0.20 | Prepare Black Lung Evidence Submission Form. |
| 07/22/20 | DKL | 0.30 | Letter to claimant's counsel with 50-day evidence exchange. |
| 07/24/20 | MO | 0.80 | Prepare Employer's pre-hearing memorandum to Judge Swank. |
| 07/27/20 | MO | 0.50 | Finalize Employer's pre-hearing memorandum. |
| 07/27/20 | DKL | 0.20 | Review and revise pre-hearing memorandum. |
| 07/29/20 | DKL | 0.10 | Review, sign, and send evidence summary to Claimant's counsel. |

Total Hours      3.60

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541993
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.160
Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 -
Harrison County Coal Co.
2019-BLA-05971

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 240.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 240.50 |
| **Total Due for Current Professional Services** | **$ 240.50** |

| | |
|---|---:|
| Previous Balance Owed | $ 295.78 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314         Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541993

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392473 | 01/31/20 | $ 874.60 | $ 834.31 | $ 40.29 |
| 4414310 | 02/27/20 | $ 936.60 | $ 893.45 | $ 43.15 |
| 4434804 | 03/26/20 | $ 2,233.00 | $ 2,130.13 | $ 102.87 |
| 4459230 | 04/17/20 | $ 401.20 | $ 361.08 | $ 40.12 |
| 4481119 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4520378 | 07/29/20 | $ 616.50 | $ 554.85 | $ 61.65 |

Total Previous Outstanding Balance    $ 295.78

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541993

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.40 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 240.50 |

Current Amount Due This Invoice        $240.50

1

August 25, 2020
Invoice # 4541993

Dinsmore & Shohl LLP
Client Number – 123837.160
**Matter: Graziano, Frank - 6/21/2013 - 2019-BLA-05971 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/01/20 | WER | 0.40 | Review and analyze 6/17/2020 Decision and Order. |
| 07/06/20 | DKL | 0.10 | Review email from Mr. Vinskovich regarding no appeal. |

| | Total Hours | 0.50 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          August 25, 2020
46226 National Road                                                        Invoice # 4542008
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.166
Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 -
Marion County Coal Co.
2016-BLA-05686

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,178.00 |
| Attorney Costs | $ 31.20 |
| Current Total Due for Professional Services | $ 3,209.20 |
| **Total Due for Current Professional Services** | **$ 3,209.20** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542008

Dinsmore & Shohl LLP
Client Number – 123837.166
**Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 2.90 | |
| | Partner | | |
| Mary R. Ontko | | 13.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 16.20 | $ 3,178.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 31.20 |
|---|---|
| Total Attorney Costs | $31.20 |
| Current Amount Due This Invoice | $3,209.20 |

August 25, 2020
Invoice # 4542008

Dinsmore & Shohl LLP
Client Number – 123837.166
**Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | MO | 1.10 | Review medical records provided by Claimant's counsel. |
| 07/14/20 | DKL | 0.10 | Review evidence submission from Claimant. |
| 07/15/20 | DKL | 0.20 | Evaluation of Claimant's current Xray evidence. |
| 07/16/20 | MO | 0.60 | Review 07/15/2020 Notice of Hearing from DOL and calculate and calendar corresponding deadlines. |
| 07/16/20 | DKL | 0.10 | Review pre-hearing Order and hearing notice. |
| 07/17/20 | MO | 0.30 | Email exchange with Attorney Liberati regarding how to proceed with claim. |
| 07/17/20 | DKL | 1.50 | Detailed review of ALJ decision and modification decision. |
| 07/20/20 | MO | 3.90 | Review claim file documents and medical records to locate documents to send to expert for review. |
| 07/20/20 | MO | 1.90 | Prepare letter to expert with records for review outlining claim history and treatment. |
| 07/21/20 | MO | 0.60 | Review letter to expert to add additional medical information. |
| 07/21/20 | MO | 0.30 | Conference with Attorney Liberati regarding how we will proceed in claim. |
| 07/21/20 | MO | 0.30 | Email to Attorney Petsonk's office asking for CD of xray so that it may be read by expert. |
| 07/21/20 | MO | 0.30 | Prepare letter to Cincinnati B-Readers to accompany CD of chest Xray. |
| 07/21/20 | MO | 0.80 | Finalize letter and medical records to exoert for review. |
| 07/21/20 | DKL | 0.40 | Detailed letter to expert requesting records review. |
| 07/21/20 | DKL | 0.20 | Request rebuttal x-ray reading from expert. |
| 07/22/20 | MO | 1.20 | Review Director Exhibits to determine what medical information is already in the record. |
| 07/22/20 | MO | 0.30 | Prepare initial evidence exchange with Attorney Petsonk per Notice of Hearing. |
| 07/22/20 | MO | 0.30 | Prepare Black Lung Evidence Submission Form. |
| 07/24/20 | MO | 0.90 | Prepare Employer's pre-hearing memorandum to Judge Swank. |
| 07/24/20 | DKL | 0.10 | Provide evidence to claimant's counsel. |
| 07/27/20 | MO | 0.50 | Finalize Employer's pre-hearing memorandum. |
| 07/27/20 | DKL | 0.30 | Review and revise pre-hearing memorandum. |

Total Hours    16.20

August 25, 2020
Invoice # 4542008

Dinsmore & Shohl LLP
Client Number – 123837.166
**Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.**



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541992
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.171
Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 -
Monongalia County Coal Co.
2019-BLA-05341

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 49.20 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541992

Dinsmore & Shohl LLP
Client Number – 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459228 | 04/17/20 | $ 422.55 | $ 380.30 | $ 42.25 |
| 4481117 | 05/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| | | Total Previous Outstanding Balance | | $ 49.20 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541992

Dinsmore & Shohl LLP
Client Number – 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice          $77.00

1

August 25, 2020
Invoice # 4541992

Dinsmore & Shohl LLP
Client Number – 123837.171
**Matter: Morris,Dennis - 1/30/2012 - 2019-BLA-05341 - Monongalia County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |
| 07/24/20 | DKL | 0.10 | Review Notice of Overpayment sent to claimant. |

Total Hours     0.20



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541997
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 508.50 |
| Attorney Costs | $ 3.60 |
| Current Total Due for Professional Services | $ 512.10 |
| **Total Due for Current Professional Services** | **$ 512.10** |

| | |
|---|---|
| Previous Balance Owed | $ 129.39 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541997

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414318 | 02/27/20 | $ 917.40 | $ 825.66 | $ 91.74 |
| 4459236 | 04/17/20 | $ 338.00 | $ 304.20 | $ 33.80 |
| 4520380 | 07/29/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| | | | Total Previous Outstanding Balance | $ 129.39 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541997

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| Mary R. Ontko | | 0.30 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.50 | $ 508.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.60 | |
| Total Attorney Costs | | $3.60 |
| Current Amount Due This Invoice | | $512.10 |

1

August 25, 2020
Invoice # 4541997

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | DKL | 0.20 | Email exchange with Claimant's counsel regarding late filing of brief. |
| 07/13/20 | DKL | 0.10 | Review Claimant's Motion to file Closing Argument out of time. |
| 07/13/20 | DKL | 0.20 | Review Claimant's closing argument. |
| 07/21/20 | DKL | 0.30 | Review Administrative Law Judge Decision and Order. |
| 07/21/20 | DKL | 0.10 | Email with M. Ontko regarding Administrative Law Judge Decision and Order. |
| 07/22/20 | MO | 0.30 | Prepare letter to client with Decisions and Orders awarding benefits |
| 07/22/20 | DKL | 0.20 | Letter to Ms. Dean with Administrative Law Judge Decisions. |
| 07/24/20 | DKL | 0.10 | Email with B. Vinskovich confirming no appeal. |

Total Hours     1.50

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          August 25, 2020
46226 National Road                                                        Invoice # 4541999
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.175
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio
County Coal Company
2020-BLA-05050

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 240.50 |
| Attorney Costs | $ 4.05 |
| Current Total Due for Professional Services | $ 244.55 |
| **Total Due for Current Professional Services** | **$ 244.55** |

Previous Balance Owed                                                      $ 48.76
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541999

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414323 | 02/27/20 | $ 359.75 | $ 323.78 | $ 35.97 |
| 4459238 | 04/17/20 | $ 89.35 | $ 80.41 | $ 8.94 |
| 4520382 | 07/29/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| | | Total Previous Outstanding Balance | | $ 48.76 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541999

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| William E Robinson | | 0.40 | |
| | Partner | | |
| | Total Hours / Fees | 0.50 | $ 240.50 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 4.05 | |
| Total Attorney Costs | | $4.05 |
| Current Amount Due This Invoice | | $244.55 |

1

August 25, 2020
Invoice # 4541999

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/21/20 | DKL | 0.10 | Review Administrative Law Judge Decision and Order. |
| 07/22/20 | WER | 0.40 | Review and analyze 7/20/2020 Decisions and Orders Awarding Benefits. |

| | | | |
|---|---|---|---|
| Total Hours | | 0.50 | |



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                  August 25, 2020
46226 National Road                                                Invoice # 4542001
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.176
Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 -
Ohio County Coal Company
2019-BLA-06361

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 421.00 |
| Attorney Costs | $ 3.75 |
| Current Total Due for Professional Services | $ 424.75 |
| **Total Due for Current Professional Services** | **$ 424.75** |

| | |
|---|---|
| Previous Balance Owed | $ 215.37 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542001

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414325 | 02/27/20 | $ 1,508.21 | $ 1,357.38 | $ 150.83 |
| 4459239 | 04/17/20 | $ 367.60 | $ 330.84 | $ 36.76 |
| 4481123 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4498726 | 06/19/20 | $ 8.25 | $ 7.42 | $ 0.83 |
| 4520383 | 07/29/20 | $ 192.50 | $ 173.25 | $ 19.25 |
| | | Total Previous Outstanding Balance | | $ 215.37 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542001

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.70 | |
| | Partner | | |
| William E Robinson | | 0.30 | |
| | Partner | | |
| | Total Hours / Fees | 1.00 | $ 421.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 3.75 | |
| Total Attorney Costs | | $3.75 |
| Current Amount Due This Invoice | | $424.75 |

1

August 25, 2020
Invoice # 4542001

Dinsmore & Shohl LLP
Client Number – 123837.176
**Matter: Rogers, Donald Sr. - 12/31/2016 - 2019-BLA-06361 - Ohio County Coal Company**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | DKL | 0.10 | Review Order from Department of Labor. |
| 07/22/20 | DKL | 0.10 | Review Claimant's application for attorney fees. |
| 07/22/20 | DKL | 0.40 | Letter to Ms. Dean explaining Administrative Law Judge Decision. |
| 07/22/20 | WER | 0.30 | Review and analyze 6/12/2020 Decisions and Orders. |
| 07/24/20 | DKL | 0.10 | Email with B. Vinskovich confirming no appeal. |

Total Hours   1.00



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4542002

Billing Attorney - William E Robinson

Client Number - 123837.177
Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 -
Harrison County Coal Co.
2019-BLA-06042

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 118.30

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542002

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414326 | 02/27/20 | $ 742.95 | $ 668.65 | $ 74.30 |
| 4459240 | 04/17/20 | $ 247.55 | $ 222.80 | $ 24.75 |
| 4481124 | 05/26/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4498727 | 06/19/20 | $ 77.00 | $ 69.30 | $ 7.70 |
| 4520384 | 07/29/20 | $ 38.50 | $ 34.65 | $ 3.85 |

Total Previous Outstanding Balance      $ 118.30

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542002

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice        $38.50

1

August 25, 2020
Invoice # 4542002

Dinsmore & Shohl LLP
Client Number – 123837.177
**Matter: Sandy, Richard - 2/27/2017 - 2019-BLA-06042 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

Total Hours    0.10

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4542010
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.180
Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion
County Coal Co.
2016-BLA-05787

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

| | |
|---|---|
| Previous Balance Owed | $ 58.27 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
            PO Box 639038
            Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4542010

Dinsmore & Shohl LLP
Client Number – 123837.180
**Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498748 | 06/19/20 | $ 582.80 | $ 524.53 | $ 58.27 |
| | | Total Previous Outstanding Balance | | $ 58.27 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4542010

Dinsmore & Shohl LLP
Client Number – 123837.180
**Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

1

August 25, 2020
Invoice # 4542010

Dinsmore & Shohl LLP
Client Number – 123837.180
**Matter: Taylor, Jesse - 6/30/1997 - 2016-BLA-05787 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | DKL | 0.10 | Review Order from Department of Labor. |

Total Hours     0.10

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

August 25, 2020
Invoice # 4541914

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 54.74 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541914

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459118 | 04/17/20 | $ 154.00 | $ 138.60 | $ 15.40 |
| 4498661 | 06/19/20 | $ 393.35 | $ 354.01 | $ 39.34 |
| | | | Total Previous Outstanding Balance | $ 54.74 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541914

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |
| | Current Amount Due This Invoice | | $77.00 |

1

August 25, 2020
Invoice # 4541914

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/20/20 | DKL | 0.10 | Review Order from Department of Labor. |
| 07/22/20 | DKL | 0.10 | Review Claimant's fee petition. |

Total Hours    0.20

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                    August 25, 2020
46226 National Road                                                  Invoice # 4541919
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.207
Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 -
Consolidation Coal Company
2018-BLA-05632

**Remittance Advice**

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed                                                $ 17.80
(see outstanding invoice listing attached)

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541919

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414242 | 02/27/20 | $ 139.50 | $ 125.55 | $ 13.95 |
| 4481052 | 05/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| | | | Total Previous Outstanding Balance | $ 17.80 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541919

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.10 | |
| | Partner | | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $38.50 |

1

August 25, 2020
Invoice # 4541919

Dinsmore & Shohl LLP
Client Number – 123837.207
**Matter: Hayes, Chester - DOI: 09/01/2001 - 2018-BLA-05632 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/23/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

Total Hours    0.10



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                        August 25, 2020
46226 National Road                                                      Invoice # 4541920
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.208
Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395
- Marshall County Coal Co.
2015-BLA-05395

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 339.00 |
| Attorney Costs | $ 2.10 |
| Current Total Due for Professional Services | $ 341.10 |
| **Total Due for Current Professional Services** | **$ 341.10** |

Previous Balance Owed                                                    $ 25.78
(see outstanding invoice listing attached)

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541920

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414244 | 02/27/20 | $ 257.85 | $ 232.07 | $ 25.78 |
| | | Total Previous Outstanding Balance | | $ 25.78 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541920

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.80 | |
| | Partner | | |
| Mary R. Ontko | | 0.20 | |
| | Paralegal | | |
| | Total Hours / Fees | 1.00 | $ 339.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | $ 2.10 | |
| Total Attorney Costs | | $2.10 |
| Current Amount Due This Invoice | | $341.10 |

1

August 25, 2020
Invoice # 4541920

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | DKL | 0.30 | Review Director's Exhibits on Remand including follow-up report of examining physician. |
| 07/07/20 | DKL | 0.50 | Review and analyze existing evidence developed thus far to set strategy for hearing regarding remand. |
| 07/07/20 | MO | 0.20 | Phone call to Claims Examiner regarding password to unlock disc of director exhibits. |

Total Hours    1.00

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                      August 25, 2020
46226 National Road                                                    Invoice # 4541929
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

---

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 462.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 462.00 |
| **Total Due for Current Professional Services** | **$ 462.00** |

| | |
|---|---:|
| Previous Balance Owed | $ 268.60 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

---

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541929

Dinsmore & Shohl LLP
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459141 | 04/17/20 | $ 1,026.29 | $ 923.66 | $ 102.63 |
| 4481065 | 05/26/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4498688 | 06/19/20 | $ 1,046.45 | $ 941.80 | $ 104.65 |
| 4520359 | 07/29/20 | $ 574.75 | $ 517.28 | $ 57.47 |
| | | | Total Previous Outstanding Balance | $ 268.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541929

Dinsmore & Shohl LLP
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.20 | |
| | Partner | | |
| | | ———— | |
| | Total Hours / Fees | 1.20 | $ 462.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $462.00 |

August 25, 2020
Invoice # 4541929

Dinsmore & Shohl LLP
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/02/20 | DKL | 0.10 | Review Initial Determination from Department of Labor. |
| 07/24/20 | DKL | 1.10 | Review 77 Director's Exhibits in preparation for Administrative Law Judge hearing. |

Total Hours    1.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                     August 25, 2020
46226 National Road                                                   Invoice # 4541943
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.248
Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536
- Consolidation Coal Company
2018-BLA-005536

### Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

| | |
|---|---|
| Previous Balance Owed | $ 39.40 |
| (see outstanding invoice listing attached) | |

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541943

Dinsmore & Shohl LLP
Client Number – 123837.248
**Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536 - Consolidation Coal Company**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4520371 | 07/29/20 | $ 394.00 | $ 354.60 | $ 39.40 |
| | | | Total Previous Outstanding Balance | $ 39.40 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

August 25, 2020
Invoice # 4541943

Dinsmore & Shohl LLP
Client Number – 123837.248
**Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536 - Consolidation Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 0.20 | |
| | Partner | | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

| | | |
|---|---|---|
| Current Amount Due This Invoice | | $77.00 |

1

August 25, 2020
Invoice # 4541943

Dinsmore & Shohl LLP
Client Number – 123837.248
**Matter: Davis, Jerril C. - DOI: 03/01/1998 - 2018-BLA-005536 - Consolidation Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/13/20 | DKL | 0.10 | Email exchange with Department of Labor regarding whether Employer filed an appeal. |
| 07/16/20 | DKL | 0.10 | Review Order from Department of Labor. |

| | Total Hours | 0.20 |
|---|---|---|

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      August 25, 2020
46226 National Road                                              Invoice # 4541946
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.252
Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098
Deanna Thaxton (widow) DOI: 6/29/2015 Marshall County
Coal Co.

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,236.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,236.00 |
| **Total Due for Current Professional Services** | **$ 1,236.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541946

Dinsmore & Shohl LLP
Client Number – 123837.252
**Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098 Deanna Thaxton (widow) DOI: 6/29/2015
Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 1.60 | |
| | Partner | | |
| Mary R. Ontko | | 4.00 | |
| | Paralegal | | |
| | Total Hours / Fees | 5.60 | $ 1,236.00 |

Current Amount Due This Invoice        $1,236.00

August 25, 2020
Invoice # 4541946

Dinsmore & Shohl LLP
Client Number – 123837.252
**Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098 Deanna Thaxton (widow) DOI: 6/29/2015
Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/07/20 | MO | 0.30 | Prepare Employer's Notice of Appearance for Harold Thaxton claim. |
| 07/07/20 | MO | 0.30 | Prepare Employer's Notice of Appearance in Deanna Thaxton claim. |
| 07/07/20 | MO | 0.50 | Prepare Employer's request for production of documents with medical authorization in Harold Thaxton claim. |
| 07/07/20 | MO | 0.50 | Prepare Employer's request for production of documents with medical authorization in Deanna Thaxton claim on behalf of Harold Thaxton. |
| 07/07/20 | MO | 0.30 | Prepare letter to Attorney Seer submitting Employer's discovery requests. |
| 07/08/20 | DKL | 0.10 | File Notices of Appearance. |
| 07/08/20 | DKL | 0.30 | Review and serve two sets of discovery requests on claimant. |
| 07/08/20 | DKL | 1.20 | Initial review of case file from client including extensive medical records. |
| 07/08/20 | MO | 1.80 | Review new claim file and organize file electronically to extract medical records to summarize. |
| 07/08/20 | MO | 0.30 | Review website to determine if Claimant ever filed a State occupational pneumoconiosis claim. |

Total Hours     5.60



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                        August 25, 2020
46226 National Road                                      Invoice # 4541984
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.257
Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI:
05-15-1999 - 2019-BLA-06139 - Marion County Coal
Company
2019-BLA-06139

## Remittance Advice

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 3,066.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 3,066.00 |
| **Total Due for Current Professional Services** | **$ 3,066.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4541984

Dinsmore & Shohl LLP
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | | 4.30 | |
| | Partner | | |
| Mary R. Ontko | | 9.10 | |
| | Paralegal | | |
| | Total Hours / Fees | 13.40 | $ 3,066.00 |

Current Amount Due This Invoice     $3,066.00

August 25, 2020
Invoice # 4541984

Dinsmore & Shohl LLP
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/16/20 | MO | 0.60 | Review 07/15/2020 Notice of Hearing from DOL, and calculate and calendar corresponding deadlines. |
| 07/16/20 | DKL | 0.10 | Review pre-hearing Order and hearing notice. |
| 07/16/20 | DKL | 0.50 | Review and analyze status of medical evidence in case. |
| 07/22/20 | MO | 0.30 | Telephone conference with Claims Examiner Hughes regarding director exhibits. |
| 07/22/20 | MO | 0.30 | Email to Attorney Liberati regarding status of director exhibits and prior claim file. |
| 07/23/20 | DKL | 0.20 | Conference with M. Ontko as to evidence on issue of claimant qualifying as survivor. |
| 07/23/20 | DKL | 0.30 | Email exchange with M. Ontko regarding status of standing as survivor. |
| 07/23/20 | DKL | 0.70 | Review miner's 2008 claim for evidence to use in survivor's claim. |
| 07/23/20 | DKL | 0.70 | Review and select evidence for exchange with claimant's counsel. |
| 07/23/20 | DKL | 0.20 | Conference with M. Ontko regarding issues to be contested at hearing. |
| 07/23/20 | MO | 0.60 | Review claim file for documents to submit as evidence. |
| 07/23/20 | MO | 0.80 | Review director exhibits for documents to submit as evidence. |
| 07/23/20 | MO | 0.50 | Prepare Black Lung Evidence Submission Form. |
| 07/23/20 | MO | 0.30 | Prepare letter to Attorney Long regarding initial exchange of evidence per Notice of Hearing. |
| 07/23/20 | MO | 0.30 | Conference with Attorney Liberati regarding when Claimant married the deceased miner. |
| 07/23/20 | MO | 0.30 | Telephone conference with records clerk at Marion County Courthouse regarding Claimant's marriage license on record. |
| 07/23/20 | MO | 0.30 | Telephone conference with clerk at WV Department of Vital Statistics in Charleston regarding marriage license on record or being issued anywhere in the State. |
| 07/23/20 | MO | 0.40 | Prepare memorandum to Attorney Liberati regarding telephone conversations with Marion County and State Vital Statistics regarding marriage license. |
| 07/23/20 | MO | 0.30 | Telephone conference with Attorney Liberati regarding location of documents provided to the District Director regarding Claimant's Motion to Remand based on marriage date. |
| 07/23/20 | MO | 0.60 | Review Director Exhibits to locate remand Motion and supporting documents, including 1996 marriage certificate. |
| 07/23/20 | MO | 0.30 | Email to Attorney Liberati attaching 1996 marriage certificate and remand Motion. |
| 07/24/20 | MO | 1.20 | Prepare Employer's pre-hearing memorandum to Judge Swank. |
| 07/24/20 | MO | 1.10 | Review Director Exhibits to establish timeline regarding Motion and Order regarding remand of claim. |
| 07/24/20 | MO | 0.40 | Email to Attorney Liberati regarding timeline of events regarding Motion and Order to remand. |

August 25, 2020
Invoice # 4541984

Dinsmore & Shohl LLP
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

| | | | |
|---|---|---|---|
| 07/24/20 | DKL | 0.20 | Conference with M. Ontko regarding evidence on ex-wife qualifying for survivor benefits. |
| 07/27/20 | MO | 0.50 | Finalize Employer's pre-hearing memorandum. |
| 07/27/20 | DKL | 0.30 | Revisions to pre-hearing memorandum. |
| 07/27/20 | DKL | 0.20 | Email exchange with claimant's counsel regarding evidence issues. |
| 07/27/20 | DKL | 0.40 | Telephone call with claimant's counsel regarding evidence issues on merits of claim and dependency. |
| 07/29/20 | DKL | 0.30 | Review pre-hearing memorandum. |
| 07/30/20 | DKL | 0.20 | Review, sign, and file pre-hearing memorandum. |

Total Hours      13.40



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                      August 25, 2020
46226 National Road                                              Invoice # 4559601
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.258
Matter: Allen Lee Pruitt; FBL Claim No.: 2020002830-OP;
DOI: 08/31/2016; Marshall County Coal Co.

**Remittance Advice**

For Professional Services Rendered Through July 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 951.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 951.00 |
| **Total Due for Current Professional Services** | **$ 951.00** |

**Payment Due on Receipt**

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

August 25, 2020
Invoice # 4559601

Dinsmore & Shohl LLP
Client Number – 123837.258
**Matter: Allen Lee Pruitt; FBL Claim No.: 2020002830-OP; D0I: 08/31/2016; Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | | 0.90 | |
| | Partner | | |
| Mary R. Ontko | | 3.90 | |
| | Paralegal | | |
| Total Hours / Fees | | 4.80 | $ 951.00 |

Current Amount Due This Invoice          $951.00

August 25, 2020
Invoice # 4559601

Dinsmore & Shohl LLP
Client Number – 123837.258
**Matter: Allen Lee Pruitt; FBL Claim No.: 2020002830-OP; DOI: 08/31/2016; Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/27/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 07/28/20 | MO | 2.60 | Prepare chronology from claim file documents and set up electronic file. |
| 07/28/20 | MO | 0.40 | Prepare letter to Attorney Maroney with authorization for release of medical records. |
| 07/28/20 | MO | 0.30 | Email exchange with Mr. Pauley regarding prior occupational pneumoconiosis claims. |
| 07/28/20 | MO | 0.20 | Email to client regarding whether Claimant ever filed a Federal black lung claim. |
| 07/28/20 | DKL | 0.60 | Review, and analyze initial claim file. |
| 07/29/20 | DKL | 0.10 | File and serve Notice of Appearance. |
| 07/29/20 | DKL | 0.20 | Review and analyze medical chronology. |

Total Hours      4.80

**Detailed Description of Services Provided**

**(Workers' Compensation and Black Lung Bills August 1-August 31)**

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564424

Billing Attorney - William E Robinson

Client Number - 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ -
Marion County Coal Co.
JCN 2016002259 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | |
| Attorney Costs | $ 436.50 |
| Current Total Due for Professional Services | $ 105.40 |
| | $ 541.90 |
| **Total Due for Current Professional Services** | |
| | **$ 541.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 283.17

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.

September 28, 2020
Invoice # 4564424

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481077 | 05/26/20 | $ 648.50 | $ 583.65 | $ 64.85 |
| 4498640 | 06/19/20 | $ 27.00 | $ 24.30 | $ 2.70 |
| 4520242 | 07/29/20 | $ 682.50 | $ 614.25 | $ 68.25 |
| 4541961 | 08/25/20 | $ 1,473.67 | $ 1,326.30 | $ 147.37 |

Total Previous Outstanding Balance  $ 283.17

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.32
Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.

September 28, 2020
Invoice # 4564424

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.80 | |
| Mary R. Ontko | Paralegal | 1.50 | |
| | Total Hours / Fees | 2.30 | $ 436.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 5.25 |
| Medical Records | $ 100.15 |

| | |
|---|---|
| Total Attorney Costs | $105.40 |
| Current Amount Due This Invoice | $541.90 |

1

Dinsmore & Shohl LLP
Client Number – 123837.32

September 28, 2020
Invoice # 4564424

**Matter: Arms, Garrett -2/10/2015 - JCN 2016002259 INJ - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/20 | AMS | 0.10 | Review correspondence from Mr. Arms' attorney and Motion for Extension of Time regarding Mr. Arms' protest to 10/23/19 Order. |
| 08/06/20 | MO | 0.60 | Update chronology with new medical records. |
| 08/06/20 | AMS | 0.20 | Review updated medical records. |
| 08/17/20 | MO | 0.50 | Update chronology to include 08/07/2020 Claimant's Evidence Submission regarding Claim Order dated 08/23/19. |
| 08/21/20 | AMS | 0.50 | Review evidence filed by Claimant in support of protest to 10/23/19 Order. |
| 08/26/20 | MO | 0.40 | Review Claimant's 08/24/2020 evidence submission and compare with his prior 08/07/2020 submission. |

Total Hours     2.30

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564425

Billing Attorney - William E Robinson

Client Number - 123837.34
Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL
-Marion County Coal Co.
JCN 2019018682 ODHL

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 63.70

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.34
Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.

September 28, 2020
Invoice # 4564425

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498642 | 06/19/20 | $ 25.50 | $ 22.95 | $ 2.55 |
| 4520243 | 07/29/20 | $ 611.50 | $ 550.35 | $ 61.15 |

|  |  |
|---|---|
| Total Previous Outstanding Balance | $ 63.70 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.34
Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.

September 28, 2020
Invoice # 4564425

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice          $46.50

1

Dinsmore & Shohl LLP
Client Number – 123837.34

September 28, 2020
Invoice # 4564425

**Matter: Arnold, Charles - 2/18/2019 - JCN 2019018682 ODHL -Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/06/20 | MO | 0.30 | Update chronology to include 08/04/2020 Order submitting protest regarding Claim Order dated 05/14/2019. |

Total Hours   0.30

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564426

Billing Attorney - William E Robinson

Client Number - 123837.36
Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ -
Marion County Coal Co.
JCN 2018013969 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 31.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 31.00 |
| **Total Due for Current Professional Services** | **$ 31.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 135.50

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314       Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564426

Dinsmore & Shohl LLP
Client Number – 123837.36
**Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459163 | 04/17/20 | $ 259.50 | $ 233.55 | $ 25.95 |
| 4481076 | 05/26/20 | $ 211.50 | $ 190.35 | $ 21.15 |
| 4520244 | 07/29/20 | $ 131.50 | $ 118.35 | $ 13.15 |
| 4541960 | 08/25/20 | $ 752.50 | $ 677.25 | $ 75.25 |

Total Previous Outstanding Balance  $ 135.50

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.36
Matter: Ashley, Rex - 12/4/2017 - JCN 2018013969 INJ - Marion County Coal Co.

September 28, 2020
Invoice # 4564426

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 31.00 |

Current Amount Due This Invoice     $31.00

1

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564428

Billing Attorney - William E Robinson

Client Number - 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP -
Marshall County Coal Co.
JCN 2017018012 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 399.00 |
| Attorney Costs | $ 11.70 |
| Current Total Due for Professional Services | $ 410.70 |
| **Total Due for Current Professional Services** | **$ 410.70** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 158.33

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.

September 28, 2020
Invoice # 4564428

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459162 | 04/17/20 | $ 154.50 | $ 139.05 | $ 15.45 |
| 4498643 | 06/19/20 | $ 499.79 | $ 449.81 | $ 49.98 |
| 4520245 | 07/29/20 | $ 300.99 | $ 270.90 | $ 30.09 |
| 4541958 | 08/25/20 | $ 628.10 | $ 565.29 | $ 62.81 |

| | Total Previous Outstanding Balance | $ 158.33 |
|---|---|---|

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564428

Dinsmore & Shohl LLP
Client Number – 123837.39
**Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 1.60 | $ 399.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 11.70 |
|-------------|---------|

| Total Attorney Costs | $11.70 |
|----------------------|--------|

| Current Amount Due This Invoice | $410.70 |
|---------------------------------|---------|

1

Dinsmore & Shohl LLP
Client Number – 123837.39
Matter: Auth, Larry - 9/22/2011 - JCN 2017018012 OP - Marshall County Coal Co.

September 28, 2020
Invoice # 4564428

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | MO | 0.60 | Finalize Employer's evidence submission regarding Claim Order dated 10/28/19. |
| 08/11/20 | DKL | 0.20 | Review, sign and file evidence submission with Motion for Final Occupational Pneumoconiosis Hearing. |
| 08/31/20 | MO | 0.50 | Update chronology to include Employer's 08/31/2020 Motion for Final OP Board hearing and evidence. |
| 08/31/20 | WER | 0.30 | Review and analyze Employer's Motion for Final OP Board Hearing and corresponding evidence. |

Total Hours    1.60

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564430

Billing Attorney - William E Robinson

Client Number - 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio
County Coal Co.
JCN 2018025833 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 379.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 379.00 |
| **Total Due for Current Professional Services** | **$ 379.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 277.59

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564430

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

#### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498646 | 06/19/20 | $1,079.00 | $971.10 | $107.90 |
| 4520286 | 07/29/20 | $539.00 | $485.10 | $53.90 |
| 4541954 | 08/25/20 | $1,157.90 | $1,042.11 | $115.79 |

| | |
|---|---|
| Total Previous Outstanding Balance | $277.59 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564430

Dinsmore & Shohl LLP
Client Number – 123837.47
Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.40 | $ 379.00 |

Current Amount Due This Invoice    $379.00

1

Dinsmore & Shohl LLP
Client Number – 123837.47
**Matter: Blake, Louis - 5/29/2015 - JCN 2018025833 OP -Ohio County Coal Co.**

September 28, 2020
Invoice # 4564430

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.40 | Prepare letter to client forwarding 08/05/2020 Board of Review Order. |
| 08/10/20 | MO | 0.20 | Update chronology to include 08/05/2020 Board of Review Order. |
| 08/10/20 | DKL | 0.20 | Review Board of Review Order reversing decision of the Administrative Law Judge. |
| 08/11/20 | DKL | 0.10 | Letter to Mr. Pauley with Board of Review Decision. |
| 08/11/20 | WER | 0.20 | Review and analyze 8/5/2020 Board of Review Order and related correspondence. |
| 08/21/20 | MO | 0.20 | Update chronology to include 08/19/2020 letter to Attorney Stultz acknowledging the 08/05/2020 Board of Review Order. |
| 08/31/20 | DKL | 0.10 | Review acknowledgement of Board of Review Order. |

Total Hours     1.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564434

Billing Attorney - William E Robinson

Client Number - 123837.48
Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP -
Marshall County Coal Co.
JCN 2019015213 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 194.00 |
| Attorney Costs | $ 9.90 |
| Current Total Due for Professional Services | $ 203.90 |
| **Total Due for Current Professional Services** | **$ 203.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 138.42

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314      Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564434

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459153 | 04/17/20 | $ 62.00 | $ 55.80 | $ 6.20 |
| 4481070 | 05/26/20 | $ 212.57 | $ 191.30 | $ 21.27 |
| 4498648 | 06/19/20 | $ 576.95 | $ 519.25 | $ 57.70 |
| 4520290 | 07/29/20 | $ 231.00 | $ 207.90 | $ 23.10 |
| 4541951 | 08/25/20 | $ 301.50 | $ 271.35 | $ 30.15 |

Total Previous Outstanding Balance    $ 138.42

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564434

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.60 | |
| | Total Hours / Fees | 0.80 | $ 194.00 |

## Summary of Current Attorney Costs Incurred

| | |
|--|--|
| Photocopies | $ 9.90 |

| | |
|--|--|
| Total Attorney Costs | $9.90 |

| | |
|--|--|
| Current Amount Due This Invoice | $203.90 |

1

September 28, 2020
Invoice # 4564434

Dinsmore & Shohl LLP
Client Number – 123837.48
**Matter: Bledsoe, Billy - 9/26/2017 - JCN 2019015213 OP - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/20 | MO | 0.60 | Update chronology to include Employer's 08/12/2020 Motion for Final OP Board Hearing and Evidence Submission. |
| 08/12/20 | WER | 0.20 | Review and analyze Employer's Motion for Final OP Board Hearing and related evidence. |

Total Hours    0.80

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564436

Billing Attorney - William E Robinson

Client Number - 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL
- Marshall County Coal Co.
JCN 2019015467 ODHL

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 183.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 183.00 |
| **Total Due for Current Professional Services** | **$ 183.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 128.93

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564436

Dinsmore & Shohl LLP
Client Number – 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414134 | 02/27/20 | $ 102.00 | $ 97.30 | $ 4.70 |
| 4434745 | 03/26/20 | $ 670.45 | $ 639.56 | $ 30.89 |
| 4459151 | 04/17/20 | $ 259.00 | $ 233.10 | $ 25.90 |
| 4481037 | 05/26/20 | $ 184.00 | $ 165.60 | $ 18.40 |
| 4498649 | 06/19/20 | $ 490.40 | $ 441.36 | $ 49.04 |

Total Previous Outstanding Balance    $ 128.93

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564436

Dinsmore & Shohl LLP
Client Number – 123837.50
Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.60 | $ 183.00 |

Current Amount Due This Invoice          $183.00

1

September 28, 2020
Invoice # 4564436

Dinsmore & Shohl LLP
Client Number – 123837.50
**Matter: Bosley, Jeffrey - 10/26/2018 - JCN 2019015467 ODHL - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/06/20 | MO | 0.20 | Update chronology to include 08/04/2020 Board of Review Order affirming the ALJ Decision dated 03/11/2020. |
| 08/06/20 | AMS | 0.10 | Review Board of Review's 8/4/2020 Order affirming Office of Judge's 3/11/2020 Order. |
| 08/06/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 8/4/2020 Order. |
| 08/06/20 | WER | 0.20 | Review and analyze and Board of Review's 8/4/20 Order and related correspondence. |

Total Hours     0.60

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564437

Billing Attorney - William E Robinson

Client Number - 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP -
Marshall County Coal Co.
JCN 2014031885 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 192.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 192.50 |
| **Total Due for Current Professional Services** | **$ 192.50** |

Previous Balance Owed                                                                        $ 167.78
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564437

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459103 | 04/17/20 | $ 1,013.30 | $ 911.97 | $ 101.33 |
| 4481039 | 05/26/20 | $ 310.50 | $ 279.45 | $ 31.05 |
| 4498652 | 06/19/20 | $ 122.45 | $ 110.20 | $ 12.25 |
| 4520298 | 07/29/20 | $ 115.50 | $ 103.95 | $ 11.55 |
| 4541949 | 08/25/20 | $ 116.00 | $ 104.40 | $ 11.60 |

Total Previous Outstanding Balance    $ 167.78

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564437

Dinsmore & Shohl LLP
Client Number – 123837.55
Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.50 | |
| | Total Hours / Fees | 0.50 | $ 192.50 |

Current Amount Due This Invoice         $192.50

1

September 28, 2020
Invoice # 4564437

Dinsmore & Shohl LLP
Client Number – 123837.55
**Matter: Cameron, Victor - 1/1/2014 - JCN 2014031885 OP - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | DKL | 0.50 | Review and analyze evidence for submission per Schedule for the Submission of Additional Evidence. |

Total Hours    0.50

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564440

Billing Attorney - William E Robinson

Client Number - 123837.58
Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ -
Marshall County Coal Co.
JCN 2017020926 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 208.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 208.50 |
| **Total Due for Current Professional Services** | **$ 208.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 4.65

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564440

Dinsmore & Shohl LLP
Client Number – 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481042 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| | | | Total Previous Outstanding Balance | $ 4.65 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564440

Dinsmore & Shohl LLP
Client Number – 123837.58
Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.70 | $ 208.50 |

Current Amount Due This Invoice          $208.50

1

September 28, 2020
Invoice # 4564440

Dinsmore & Shohl LLP
Client Number – 123837.58
**Matter: Clark, Randy - 2/27/2017 - JCN 2017020926 INJ - Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/31/2020 WV Supreme Court of Appeals Memorandum Decision affirming Board of Review Order dated 05/08/19. |
| 08/04/20 | AMS | 0.20 | Review WV Supreme Court's 7/31/2020 Memorandum Decision affirming Board of Review's 5/8/19 Order. |
| 08/04/20 | AMS | 0.10 | Draft correspondence to client regarding WV Supreme Court's 7/31/2020 Memorandum Decision. |
| 08/04/20 | WER | 0.20 | Review and analyze WV Supreme Court of Appeals 7/31/20 Decision and related correspondence. |

Total Hours       0.70



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564442

Billing Attorney - William E Robinson

Client Number - 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ -
Marion County Coal Co.

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 401.00 |
| Attorney Costs | $ 3.30 |
| Current Total Due for Professional Services | $ 404.30 |
| **Total Due for Current Professional Services** | **$ 404.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 218.98

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314         Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564442

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459107 | 04/17/20 | $ 51.00 | $ 45.90 | $ 5.10 |
| 4481044 | 05/26/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4498655 | 06/19/20 | $ 312.00 | $ 280.80 | $ 31.20 |
| 4520302 | 07/29/20 | $ 690.00 | $ 621.00 | $ 69.00 |
| 4541908 | 08/25/20 | $ 402.25 | $ 362.02 | $ 40.23 |

Total Previous Outstanding Balance   $ 218.98

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564442

Dinsmore & Shohl LLP
Client Number – 123837.61
Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.60 | |
| Mary R. Ontko | Paralegal | 1.60 | |
| | Total Hours / Fees | 2.20 | $ 401.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 3.30 |
|---|---|
| Total Attorney Costs | $3.30 |
| Current Amount Due This Invoice | $404.30 |

1

September 28, 2020
Invoice # 4564442

Dinsmore & Shohl LLP
Client Number – 123837.61
**Matter: Cole, Richard - 2/27/2019 - JCN 2019018778 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/17/20 | MO | 0.20 | Update chronology to include the 08/13/2020 correspondence to Claimant suspending temporary total disability benefits per physician's IME report dated 08/05/2020. |
| 08/17/20 | MO | 0.50 | Update chronology to include physician's evaluation dated 08/05/2020. |
| 08/17/20 | MO | 0.50 | Update chronology to include 07/19/2020 functional capacity evaluation. |
| 08/17/20 | AMS | 0.30 | Review 08/13/2020 Order suspending temporary total benefits, physician's report dated 08/05/2020 and FCE report dated 07/19/2020 |
| 08/25/20 | MO | 0.20 | Update chronology to include 08/20/2020 employer decision. |
| 08/25/20 | AMS | 0.20 | Review Dr. Grady's 8/5/2020 report and 8/20/2020 Order. |
| 08/31/20 | AMS | 0.10 | Review claimant's protest to 8/20/2020 Order. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/27/2020 Claimant's protest to Claim Order dated 08/20/2020. |

Total Hours    2.20

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564444

Billing Attorney - William E Robinson

Client Number - 123837.64
Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ
- Marion County Coal Co.
JCN 2016026225 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 412.67

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564444

Dinsmore & Shohl LLP
Client Number – 123837.64
**Matter: Cottingham, David -  2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459113 | 04/17/20 | $ 87.50 | $ 78.75 | $ 8.75 |
| 4481045 | 05/26/20 | $ 702.00 | $ 631.80 | $ 70.20 |
| 4498657 | 06/19/20 | $ 719.20 | $ 647.28 | $ 71.92 |
| 4520307 | 07/29/20 | $ 2,618.00 | $ 2,356.20 | $ 261.80 |

Total Previous Outstanding Balance   $ 412.67

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564444

Dinsmore & Shohl LLP
Client Number – 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 62.00 |

Current Amount Due This Invoice            $62.00

1

September 28, 2020
Invoice # 4564444

Dinsmore & Shohl LLP
Client Number – 123837.64
**Matter: Cottingham, David - 2/15/2016 - JCN 2016026225 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.40 | Update chronology to include 07/29/2020 Order Submitting Protest regarding Claim Order dated 03/13/2020. |

Total Hours    0.40

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564448

Billing Attorney - William E Robinson

Client Number - 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ -
Marshall County Coal Co.
JCN 2001056879 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 241.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 241.50 |
| **Total Due for Current Professional Services** | **$ 241.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 133.77

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314     Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564448

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481046 | 05/26/20 | $288.00 | $259.20 | $28.80 |
| 4498659 | 06/19/20 | $164.00 | $147.60 | $16.40 |
| 4520311 | 07/29/20 | $854.75 | $769.28 | $85.47 |
| 4541911 | 08/25/20 | $31.00 | $27.90 | $3.10 |

Total Previous Outstanding Balance  $133.77

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564448

Dinsmore & Shohl LLP
Client Number – 123837.68
Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.40 | |
| Mary R. Ontko | Paralegal | 0.90 | |
| | Total Hours / Fees | 1.30 | $ 241.50 |

Current Amount Due This Invoice         $241.50

1

September 28, 2020
Invoice # 4564448

Dinsmore & Shohl LLP
Client Number – 123837.68
**Matter: Delbert, Charles - 4/25/2001 - JCN 2001056879 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/21/20 | MO | 0.50 | Update chronology with records review report. |
| 08/21/20 | AMS | 0.10 | Review physician's 5/1/2020 file review report. |
| 08/21/20 | AMS | 0.30 | Conference with client regarding physician's 5/1/2020 file review report. |
| 08/27/20 | MO | 0.20 | Update chronology to include 08/24/2020 report to Insurance Commissioner regarding Petition for failure to timely act. |
| 08/28/20 | MO | 0.20 | Update chronology to include 08/25/2020 employer decision. |

Total Hours    1.30

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564431

Billing Attorney - William E Robinson

Client Number - 123837.80
Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall
County Co.
JCN 2016000969 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,017.50 |
| Attorney Costs | $ 40.65 |
| Current Total Due for Professional Services | $ 1,058.15 |
| **Total Due for Current Professional Services** | **$ 1,058.15** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 487.71

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564431

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392362 | 01/31/20 | $293.50 | $279.98 | $13.52 |
| 4414129 | 02/27/20 | $426.61 | $406.96 | $19.65 |
| 4434743 | 03/26/20 | $123.50 | $114.20 | $9.30 |
| 4481071 | 05/26/20 | $224.50 | $202.05 | $22.45 |
| 4498647 | 06/19/20 | $747.50 | $672.75 | $74.75 |
| 4520288 | 07/29/20 | $1,646.00 | $1,481.41 | $164.59 |
| 4541953 | 08/25/20 | $1,834.50 | $1,651.05 | $183.45 |

Total Previous Outstanding Balance $487.71

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564431

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.90 | |
| William E Robinson | Partner | 0.50 | |
| Mary R. Ontko | Paralegal | 2.70 | |
| | Total Hours / Fees | 4.10 | $ 1,017.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 40.65 |
|---|---|

| Total Attorney Costs | $40.65 |
|---|---|

| Current Amount Due This Invoice | $1,058.15 |
|---|---|

1

September 28, 2020
Invoice # 4564431

Dinsmore & Shohl LLP
Client Number – 123837.80
**Matter: Elias, Joel 4/30/2013 JCN 2016000969 OP Marshall County Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/27/2020 WV Supreme Court of Appeals Statutory Notice of Filing Petition for Appeal regarding ALJ Decision 07/07/2020. |
| 08/03/20 | DKL | 0.10 | Review of statutory notice of filing petition for appeal from WV Supreme Court. |
| 08/04/20 | MO | 0.50 | Review Employer's response to Claimant's WV Supreme Court Petition for Appeal and make corrections, add exhibit labeling to body of Response. |
| 08/04/20 | MO | 0.60 | Review Office of Judges website for documents to submit to WV Supreme Court with Employer's Response to Claimant's Petition for Appeal. |
| 08/04/20 | MO | 0.50 | Prepare exhibit labels for documents to be submitted to WV Supreme Court with Employer's Response to Claimant's Petition for Appeal. |
| 08/04/20 | MO | 0.60 | Prepare appendix of exhibits to accompany Employer's Response to Claimant's Petition for Appeal to Supreme Court. |
| 08/04/20 | MO | 0.30 | Prepare letter to WV Supreme Court Clerk filing Employer's Response to Claimant's Petition for Appeal. |
| 08/04/20 | DKL | 0.50 | Final revisions to Supreme Court brief. |
| 08/05/20 | DKL | 0.30 | Review, sign, and file brief with appendix to WV Supreme Court. |
| 08/05/20 | WER | 0.50 | Review and analyze Employer's Response to Claimant's Petition for Appeal to the WV Supreme Court, Employer's Appendix of Exhibits, and related correspondence. |

Total Hours    4.10



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564513

Billing Attorney - William E Robinson

Client Number - 123837.86
Matter: Gearde, David - 1/22/2018 - JCN 2018021516 INJ -
Marion County Coal Co.
JCN 2018021516 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 151.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 151.50 |
| **Total Due for Current Professional Services** | **$ 151.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564513

Dinsmore & Shohl LLP
Client Number – 123837.86
**Matter: Gearde, David - 1/22/2018 - JCN 2018021516 INJ - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 151.50 |

Current Amount Due This Invoice    $151.50

September 28, 2020
Invoice # 4564513

Dinsmore & Shohl LLP
Client Number – 123837.86
**Matter: Gearde, David - 1/22/2018 - JCN 2018021516 INJ - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/20/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and Employer's Evidence. |

Total Hours    0.30

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564519

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.87
Matter: Gearde, David - 2/19/2018 - JCN 2018019843 INJ -
Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 459.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 459.00 |
| **Total Due for Current Professional Services** | **$ 459.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314     Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564519

Dinsmore & Shohl LLP
Client Number – 123837.87
Matter: Gearde, David - 2/19/2018 - JCN 2018019843 INJ - Marion County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Aimee M Stern | Of Counsel | 1.80 | |
| | Total Hours / Fees | 1.80 | $459.00 |

Current Amount Due This Invoice          $459.00

September 28, 2020
Invoice # 4564519

Dinsmore & Shohl LLP
Client Number – 123837.87
**Matter: Gearde, David - 2/19/2018 - JCN 2018019843 INJ - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/20 | AMS | 0.50 | Finalize evidence to file in support of 08/29/19 Order. |
| 08/12/20 | AMS | 1.00 | Draft Closing Argument in support of 08/29/19 Order. |
| 08/13/20 | AMS | 0.30 | Finalize evidence and Closing Argument in support of 08/29/19 Order. |

Total Hours   1.80



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564523

Billing Attorney - William E Robinson

Client Number - 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730
ODHL - Harrison County Coal Co.
JCN 2019024730 ODHL

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 285.50 |
| Attorney Costs | $ 8.40 |
| Current Total Due for Professional Services | $ 293.90 |
| **Total Due for Current Professional Services** | **$ 293.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 25.50

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564523

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

#### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4520375 | 07/29/20 | $ 76.50 | $ 68.85 | $ 7.65 |
| 4541988 | 08/25/20 | $ 178.50 | $ 160.65 | $ 17.85 |
| | | | Total Previous Outstanding Balance | $ 25.50 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564523

Dinsmore & Shohl LLP
Client Number – 123837.89
Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 0.10 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 1.10 | $ 285.50 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 8.40 |
|---|---|

| Total Attorney Costs | $8.40 |
|---|---|

| Current Amount Due This Invoice | $293.90 |
|---|---|

1

September 28, 2020
Invoice # 4564523

Dinsmore & Shohl LLP
Client Number – 123837.89
**Matter: Gerard, Christopher - 5/23/2019 - JCN 2019024730 ODHL - Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/14/20 | MO | 0.50 | Update chronology to include 08/14/2020 Employer's Closing Argument and evidence regarding Claim Order dated 08/29/19. |
| 08/14/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and evidence. |
| 08/31/20 | AMS | 0.10 | Review claimant's Closing Argument in support of protest to 8/29/19 Order. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/21/2020 Claimant's Closing Argument regarding Claim Order dated 08/29/19. |

Total Hours     1.10

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564526

Billing Attorney - William E Robinson

Client Number - 123837.91
Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ -
Harrison County Coal Co.
JCN 2017018624 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 185.00 |
| Attorney Costs | $ 3.60 |
| Current Total Due for Professional Services | $ 188.60 |
| **Total Due for Current Professional Services** | **$ 188.60** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 14.95

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:   Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564526

Dinsmore & Shohl LLP
Client Number – 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4520377 | 07/29/20 | $ 149.50 | $ 134.55 | $ 14.95 |
| | | | Total Previous Outstanding Balance | $ 14.95 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564526

Dinsmore & Shohl LLP
Client Number – 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.30 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 1.00 | $ 185.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 3.60 |
|---|---|

| Total Attorney Costs | $3.60 |
|---|---|

| Current Amount Due This Invoice | $188.60 |
|---|---|

1

September 28, 2020
Invoice # 4564526

Dinsmore & Shohl LLP
Client Number – 123837.91
**Matter: Goff, David - 1/30/2017 - JCN 2017018624 INJ - Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/25/20 | MO | 0.50 | Update chronology to include physician's 08/12/2020 IME report. |
| 08/25/20 | MO | 0.20 | Update chronology to include 08/20/2020 employer decision. |
| 08/25/20 | AMS | 0.30 | Review physician's IME report and 8/20/2020 Order. |

Total Hours    1.00

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564531

Billing Attorney - William E Robinson

Client Number - 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ -
Marshall County Coal Co.
JCN 2019018874 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $4,842.50 |
| Attorney Costs | $72.00 |
| Current Total Due for Professional Services | $4,914.50 |
| **Total Due for Current Professional Services** | **$4,914.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$417.08

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                                Invoice # 4564531
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459237 | 04/17/20 | $418.50 | $376.65 | $41.85 |
| 4481122 | 05/26/20 | $743.50 | $669.15 | $74.35 |
| 4498725 | 06/19/20 | $177.05 | $159.35 | $17.70 |
| 4520381 | 07/29/20 | $668.50 | $601.65 | $66.85 |
| 4541998 | 08/25/20 | $2,163.30 | $1,946.97 | $216.33 |

Total Previous Outstanding Balance     $417.08

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564531

Dinsmore & Shohl LLP
Client Number – 123837.96
Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.90 | |
| Aimee M Stern | Of Counsel | 10.40 | |
| Mary R. Ontko | Paralegal | 11.20 | |
| | Total Hours / Fees | 22.50 | $ 4,842.50 |

## Summary of Current Attorney Costs Incurred

Photocopies $ 72.00

Total Attorney Costs $72.00

Current Amount Due This Invoice $4,914.50

1

September 28, 2020
Invoice # 4564531

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/04/20 | MO | 0.20 | Follow up with Hospital regarding receipt of medical records. |
| 08/05/20 | MO | 0.40 | Review new medical records received from Hospital. |
| 08/05/20 | MO | 4.20 | Update chronology with new medical records received from Hospital. |
| 08/07/20 | MO | 0.60 | Review documents on client website for Claim Orders and correspondence to IME examiner to verify diagnosis code provided for examination. |
| 08/07/20 | AMS | 0.50 | Review updated medical records. |
| 08/07/20 | AMS | 0.20 | Identify medical records for physician's review to address Claimant's application to re-open claim. |
| 08/07/20 | AMS | 1.20 | Draft correspondence to physician regarding file review. |
| 08/10/20 | AMS | 1.50 | Finish identifying medical records to send to reviewing physician. |
| 08/10/20 | AMS | 0.50 | Finish drafting correspondence to physician regarding file review. |
| 08/10/20 | AMS | 0.10 | Review Claimant's Motion to Extend Time Frame regarding protest to 6/11/2020 Order. |
| 08/10/20 | AMS | 0.10 | Review evidence filed by Claimant in support of protest to 6/11/2020 Order. |
| 08/10/20 | MO | 0.20 | Update chronology to include Claimant's 08/05/2020 request for an extension of the time frame regarding Claim Order dated 06/11/2020. |
| 08/10/20 | MO | 0.20 | Update chronology to include Claimant's 08/05/2020 evidence submission. |
| 08/10/20 | WER | 0.40 | Review and analyze correspondence with reviewing physician and corresponding medical records. |
| 08/12/20 | MO | 0.20 | Update chronology to include 08/07/2020 Time Frame Order regarding Claim Order dated 07/23/2020. |
| 08/12/20 | MO | 0.60 | Compare list of documents sent to reviewing physician with list of documents to submit as evidence regarding Claim Order dated 06/11/2020. |
| 08/12/20 | MO | 0.80 | Revise Employer's evidence submission regarding Claim Order dated 06/11/2020. |
| 08/12/20 | AMS | 1.30 | Continue identifying evidence to file in support of 06/11/2020 Order. |
| 08/13/20 | AMS | 0.20 | Confer with client regarding status of claim. |
| 08/13/20 | AMS | 0.10 | Finish identifying evidence to file in support of 06/11/2020 Claim Order. |
| 08/13/20 | MO | 0.20 | Update chronology to include 08/05/2020 Claimant's protest to Claim Order dated 07/23/2020. |
| 08/14/20 | MO | 0.60 | Update chronology to include Employer's 08/14/2020 evidence regarding Claim Order dated 06/11/2020. |
| 08/14/20 | AMS | 1.40 | Draft Closing Argument in support of 06/11/2020 Order. |
| 08/14/20 | WER | 0.50 | Review and analyze Employer's evidence. |

September 28, 2020
Invoice # 4564531

Dinsmore & Shohl LLP
Client Number – 123837.96
**Matter: Harding, William - 2/23/2019 - JCN 2019018874 INJ - Marshall County Coal Co.**

| | | | |
|---|---|---|---|
| 08/19/20 | MO | 0.50 | Prepare Employer's additional submission of evidence regarding Claim Order dated 06/11/2020. |
| 08/19/20 | MO | 0.50 | Update chronology to include 08/18/2020 records review report from reviewing physician. |
| 08/19/20 | MO | 1.10 | Update chronology to include Claimant's 08/13/2020 submission of evidence regarding Claim Orders dated 06/11/2020 and 07/23/2020. |
| 08/19/20 | AMS | 1.30 | Prepare for oral argument before Board of Review regarding appeal of Administrative Law Judge's 2/14/2020 Order. |
| 08/20/20 | AMS | 0.20 | Attend oral argument before Board of Review regarding Employer's appeal of Administrative Law Judge's 2/14/2020 Order. |
| 08/20/20 | AMS | 0.30 | Review evidence filed by Claimant in support of protest to 6/11/2020 Order and 7/23/2020 Order. |
| 08/20/20 | AMS | 0.20 | Identify additional evidence to file in support of 6/11/2020 Order. |
| 08/20/20 | AMS | 1.20 | Finish drafting Closing Argument in support of 6/11/2020 Order. |
| 08/20/20 | MO | 0.50 | Update chronology to include Employer's 08/20/2020 Closing Argument and Evidence regarding Claim Order dated 06/11/2020. |
| 08/20/20 | MO | 0.20 | Update chronology to include 08/14/2020 corrected Order. |
| 08/26/20 | AMS | 0.10 | Review 8/14/2020 corrected Order. |
| 08/27/20 | MO | 0.20 | Update chronology to include 08/24/2020 Order extending time frame regarding Claim Order dated 06/11/2020. |

Total Hours     22.50

3

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564533

Billing Attorney - William E Robinson

Client Number - 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ -
Marshall County Coal Co.
JCN 2012027687 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 178.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 178.50 |
| **Total Due for Current Professional Services** | **$ 178.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 146.77

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314      Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564533

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459241 | 04/17/20 | $578.65 | $520.78 | $57.87 |
| 4481125 | 05/26/20 | $56.50 | $50.85 | $5.65 |
| 4498729 | 06/19/20 | $601.50 | $541.35 | $60.15 |
| 4520385 | 07/29/20 | $138.00 | $124.20 | $13.80 |
| 4542003 | 08/25/20 | $93.00 | $83.70 | $9.30 |

|  |  |
|---|---|
| Total Previous Outstanding Balance | $146.77 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564533

Dinsmore & Shohl LLP
Client Number – 123837.98
**Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.70 | |
| | Total Hours / Fees | 0.70 | $ 178.50 |

Current Amount Due This Invoice $178.50

September 28, 2020
Invoice # 4564533

Dinsmore & Shohl LLP
Client Number – 123837.98
Matter: Harshey, Dustin - 1/20/2012 - JCN 2012027687 INJ - Marshall County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/19/20 | AMS | 0.50 | Prepare for oral argument before Board of Review regarding appeal of Administrative Law Judge's 3/2/2020 Order. |
| 08/20/20 | AMS | 0.20 | Attend oral argument before Board of Review regarding Employer's appeal of Administrative Law Judge's 3/2/2020 Order. |

Total Hours    0.70

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564545

Billing Attorney - William E Robinson

Client Number - 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ -
Marion County Coal Co.
JCN 2019001358 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 33.53

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564545

Dinsmore & Shohl LLP
Client Number – 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459279 | 04/17/20 | $288.80 | $259.92 | $28.88 |
| 4481145 | 05/26/20 | $46.50 | $41.85 | $4.65 |
| | | | Total Previous Outstanding Balance | $33.53 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564545

Dinsmore & Shohl LLP
Client Number – 123837.105
Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 62.00 |

Current Amount Due This Invoice          $62.00

1

September 28, 2020
Invoice # 4564545

Dinsmore & Shohl LLP
Client Number – 123837.105
**Matter: Jenkins, Russell - 7/14/2018 - JCN 2019001358 INJ - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.40 | Update chronology to include 07/30/2020 Order Submitting Protest regarding Claim Order dated 10/30/209. |

Total Hours    0.40

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564548

Billing Attorney - William E Robinson

Client Number - 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ --
Marion County Coal Co.
JCN 2016016193 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,426.00 |
| Attorney Costs | $ 9.30 |
| Current Total Due for Professional Services | $ 1,435.30 |
| **Total Due for Current Professional Services** | **$ 1,435.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 151.06

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564548

Dinsmore & Shohl LLP
Client Number – 123837.108
Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459282 | 04/17/20 | $ 97.50 | $ 87.75 | $ 9.75 |
| 4481147 | 05/26/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4498774 | 06/19/20 | $ 77.50 | $ 70.65 | $ 6.85 |
| 4520402 | 07/29/20 | $ 584.15 | $ 525.74 | $ 58.41 |
| 4542018 | 08/25/20 | $ 714.00 | $ 642.60 | $ 71.40 |

Total Previous Outstanding Balance   $ 151.06

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564548

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.60 | |
| Aimee M Stern | Of Counsel | 4.10 | |
| Mary R. Ontko | Paralegal | 0.50 | |
| | Total Hours / Fees | 5.20 | $ 1,426.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 9.30 |
|---|---|

| Total Attorney Costs | $9.30 |
|---|---|

| Current Amount Due This Invoice | $1,435.30 |
|---|---|

1

September 28, 2020
Invoice # 4564548

Dinsmore & Shohl LLP
Client Number – 123837.108
**Matter: Keller, Chad -- 12/6/2015 -- JCN 2016016193 INJ -- Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | MO | 0.50 | Update chronology to include Employer's 08/04/2020 Closing Argument and evidence regarding Claim Order dated 07/02/2019. |
| 08/04/20 | AMS | 0.50 | Continue drafting Closing Argument in support of 7/1/2019 Order. |
| 08/04/20 | AMS | 0.10 | Finalize evidence to file in support of 7/2/2019 Order. |
| 08/04/20 | WER | 0.40 | Review and analyze Employer's Closing Argument and Employer's Evidence. |
| 08/14/20 | AMS | 1.70 | Draft Board of Review brief regarding appeal of Administrative Law Judge's 06/08/2020 Order reversing 11/11/2019 Order. |
| 08/17/20 | AMS | 1.00 | Continue drafting Board of Review brief regarding appeal of Administrative Law Judge's 06/08/2020 Order. |
| 08/18/20 | AMS | 0.80 | Finalize Board of Review brief in support of Employer's appeal of Administrative Law Judge's 6/8/2020 Order. |
| 08/18/20 | WER | 0.20 | Review and analyze Employer's Brief. |

Total Hours    5.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564547

Billing Attorney - William E Robinson

Client Number - 123837.109
Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ --
Ohio County Coal Co.
JCN 2015033220 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,733.00 |
| Attorney Costs | $ 67.65 |
| Current Total Due for Professional Services | $ 1,800.65 |
| **Total Due for Current Professional Services** | **$ 1,800.65** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 105.74

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314     Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564547

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459281 | 04/17/20 | $ 87.50 | $ 78.75 | $ 8.75 |
| 4498770 | 06/19/20 | $ 266.00 | $ 239.40 | $ 26.60 |
| 4520401 | 07/29/20 | $ 571.45 | $ 514.31 | $ 57.14 |
| 4542016 | 08/25/20 | $ 132.50 | $ 119.25 | $ 13.25 |

Total Previous Outstanding Balance $ 105.74

If payment has already been sent, please disregard this notice. If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564547

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.70 | |
| Aimee M Stern | Of Counsel | 3.10 | |
| Mary R. Ontko | Paralegal | 3.80 | |
| | Total Hours / Fees | 7.60 | $ 1,733.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 67.65 |
| Total Attorney Costs | $67.65 |
| Current Amount Due This Invoice | $1,800.65 |

1

September 28, 2020
Invoice # 4564547

Dinsmore & Shohl LLP
Client Number – 123837.109
**Matter: Keller, Michael -- 6/3/2015 -- JCN 2015033220 INJ -- Ohio County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | MO | 0.50 | Update chronology to include Claimant's 08/07/2020 Petition for Appeal to the WV Supreme Court of Appeals and appendix of exhibits regarding the 07/21/2020 Board of Review Order. |
| 08/11/20 | AMS | 0.80 | Review Claimant's Petition for Appeal to West Virginia Supreme Court regarding Board of Review's 7/21/2020 Order and Motion to Consolidate Appeal of Board's 7/21/2020 Order with claimant's appeal of Board of Review's 1/17/2019 Order. |
| 08/20/20 | MO | 0.20 | Update chronology to include 08/18/2020 WV Supreme Court Statutory Notice of Filing Petition for Appeal. |
| 08/24/20 | AMS | 1.10 | Draft West Virginia Supreme Court brief in response to Claimant's Petition for Appeal regarding Board of Review's 7/21/2020 Order. |
| 08/24/20 | MO | 0.30 | Prepare letter filing Employer's response to Claimant's Petition for Appeal to WV Supreme Court Clerk. |
| 08/24/20 | MO | 0.60 | Locate documents to file as exhibits with Employer's Response to Claimant's Petition for Appeal to WV Supreme Court. |
| 08/24/20 | MO | 0.50 | Prepare Exhibit labels for documents to include in Employer's Appendix of Exhibits to WV Supreme Court. |
| 08/24/20 | MO | 0.60 | Prepare Employer's Appendix of Exhibits to include with Employer's Response to Claimant's Petition for Appeal to WV Supreme Court. |
| 08/24/20 | MO | 0.60 | Review Employer's Response and make corrections to exhibit lettering, spelling, table of contents and table of points and authorities. |
| 08/26/20 | AMS | 1.00 | Finish drafting West Virginia Supreme Court brief in Response to Claimant's appeal of Board of Review's 7/21/2020 Order. |
| 08/27/20 | AMS | 0.20 | Finalize West Virginia Supreme Court brief in Response to Claimant's Petition for Appeal regarding Board of Review's 7/21/2020 Order. |
| 08/31/20 | MO | 0.50 | Update chronology to include Employer's 08/31/2020 Response to Claimant's Petition for Appeal to WV Supreme Court and Appendix of exhibits. |
| 08/31/20 | WER | 0.70 | Review and analyze Employer's Response to Claimant's Petition for Appeal, Employer's Appendix of Exhibits and related correspondence. |

Total Hours    7.60

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564546

Billing Attorney - William E Robinson

Client Number - 123837.110
Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP --
Marshall County Coal Co.
JCN 2008005321 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 850.50 |
| Attorney Costs | $ 2.70 |
| Current Total Due for Professional Services | $ 853.20 |
| **Total Due for Current Professional Services** | **$ 853.20** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 99.17

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314      Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564546

Dinsmore & Shohl LLP
Client Number – 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice<br>Number | Invoice<br>Date | Original Invoice<br>Amount | Payments and<br>Credits Applied | Remaining<br>Amount<br>Due |
|---|---|---|---|---|
| 4392572 | 01/31/20 | $ 129.00 | $ 123.06 | $ 5.94 |
| 4481146 | 05/26/20 | $ 616.50 | $ 554.85 | $ 61.65 |
| 4498768 | 06/19/20 | $ 315.80 | $ 284.22 | $ 31.58 |
| | | | Total Previous Outstanding Balance | $ 99.17 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564546

Dinsmore & Shohl LLP
Client Number – 123837.110
Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.80 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 4.30 | $ 850.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 2.70 |
|-------------|--------|

| Total Attorney Costs | $2.70 |
|----------------------|-------|

| Current Amount Due This Invoice | $853.20 |
|---------------------------------|---------|

1

September 28, 2020
Invoice # 4564546

Dinsmore & Shohl LLP
Client Number – 123837.110
**Matter: Kelly, Roger -- 8/27/2007 -- JCN 2008005321 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | MO | 0.90 | Review claim file documents for documents to submit as evidence regarding Claim Order dated 09/18/2019. |
| 08/04/20 | MO | 0.90 | Review medical records for documents to submit as evidence regarding Claim Order dated 09/18/2019. |
| 08/04/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing |
| 08/04/20 | MO | 0.60 | Prepare Employer's evidence submission regarding Claim Order dated 09/18/2019. |
| 08/05/20 | DKL | 0.50 | Review, analyze, and select evidence for submission with Motion for final Occupational Pneumoconiosis Board hearing. |
| 08/11/20 | MO | 0.80 | Finalize Employer's evidence submission regarding Claim Order dated 09/18/2019. |
| 08/11/20 | DKL | 0.30 | Review, sign and file evidence submission with Motion for Final Occupational Pneumoconiosis Hearing. |

Total Hours    4.30

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564544

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ --
Marshall County Coal Co.
JCN 2020001574 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 901.00 |
| Attorney Costs | $ 3.00 |
| Current Total Due for Professional Services | $ 904.00 |
| **Total Due for Current Professional Services** | **$ 904.00** |

Previous Balance Owed                                                                 $ 107.87
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:        Dinsmore and Shohl LLP
                 PO Box 639038
                 Cincinnati, Ohio 45263-9038

By Wire/ACH:     Bank: Fifth Third Bank
                 Account Name: Dinsmore and Shohl LLP
                 ABA Number: 042000314          Swift Code: FTBCUS3C
                 Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564544

Dinsmore & Shohl LLP
Client Number – 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4434835 | 03/26/20 | $ 618.75 | $ 570.13 | $ 48.62 |
| 4459269 | 04/17/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4481139 | 05/26/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4498763 | 06/19/20 | $ 118.50 | $ 106.65 | $ 11.85 |
| 4520400 | 07/29/20 | $ 252.50 | $ 227.25 | $ 25.25 |
| 4542014 | 08/25/20 | $ 31.00 | $ 27.90 | $ 3.10 |

Total Previous Outstanding Balance $ 107.87

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564544

Dinsmore & Shohl LLP
Client Number – 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 1.80 | |
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 4.20 | $ 901.00 |

## Summary of Current Attorney Costs Incurred

| | |
|--|--|
| Photocopies | $ 3.00 |
| Total Attorney Costs | $3.00 |
| Current Amount Due This Invoice | $904.00 |

1

September 28, 2020
Invoice # 4564544

Dinsmore & Shohl LLP
Client Number – 123837.123
Matter: Myers, Timothy -- 7/17/2019 -- JCN 2020001574 INJ -- Marshall County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/07/20 | AMS | 0.60 | Prepare for Claimant's deposition. |
| 08/10/20 | AMS | 0.50 | Attend telephonic deposition of Claimant. |
| 08/10/20 | MO | 0.30 | Prepare subpoena for physician's medical records. |
| 08/11/20 | MO | 0.60 | Prepare subpoenas for medical records from healthcare facility. |
| 08/11/20 | AMS | 0.20 | Review updated medical records from physician. |
| 08/12/20 | MO | 0.60 | Update chronology to include new medical records from physician. |
| 08/17/20 | MO | 0.20 | Update chronology to include transcript of Claimant's deposition. |
| 08/18/20 | MO | 0.30 | Prepare second subpoena to physician for medical records. |
| 08/26/20 | AMS | 0.20 | Review Administrative Law Judge's 8/20/2020 Order. |
| 08/26/20 | AMS | 0.30 | Draft correspondence to client regarding Administrative Law Judge's 8/20/2020 Order. |
| 08/27/20 | MO | 0.20 | Update chronology to include 08/20/2020 ALJ Decision. |
| 08/27/20 | WER | 0.20 | Review and analyze ALJ's 8/20/20 Order and related correspondence. |

Total Hours    4.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564543

Billing Attorney - William E Robinson

Client Number - 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP --
Marshall County Coal Co.
JCN 2019025136 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 417.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 417.00 |
| **Total Due for Current Professional Services** | **$ 417.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 307.31

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564543

Dinsmore & Shohl LLP
Client Number – 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459267 | 04/17/20 | $ 1,035.75 | $ 932.17 | $ 103.58 |
| 4481137 | 05/26/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498761 | 06/19/20 | $ 501.00 | $ 450.90 | $ 50.10 |
| 4520399 | 07/29/20 | $ 1,466.85 | $ 1,320.17 | $ 146.68 |

Total Previous Outstanding Balance    $ 307.31

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

Dinsmore & Shohl LLP
Client Number – 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.

September 28, 2020
Invoice # 4564543

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.60 | |
| Mary R. Ontko | Paralegal | 1.20 | |
| | Total Hours / Fees | 1.80 | $ 417.00 |

Current Amount Due This Invoice     $417.00

1

September 28, 2020
Invoice # 4564543

Dinsmore & Shohl LLP
Client Number – 123837.125
Matter: Phillips, Jeffrey -- 1/16/2006 -- JCN 2019025136 OP -- Marshall County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/24/2020 letter to Claimant regarding OP Board examination. |
| 08/03/20 | MO | 0.20 | Update chronology to include 07/24/2020 letter to Claimant regarding OP Board examination scheduled 08/04/2020. |
| 08/03/20 | DKL | 0.10 | Review notice that Claimant scheduled for OP Board exam. |
| 08/14/20 | MO | 0.30 | Update chronology to include 08/12/2020 Order Submitting Protest to Claim Order dated 07/01/2020. |
| 08/14/20 | DKL | 0.10 | Review of Order Submitting Protest. |
| 08/15/20 | DKL | 0.10 | Review Notice of Hearing and pre-hearing Order. |
| 08/28/20 | MO | 0.20 | Update chronology to include 08/25/2020 ALJ Decision affirming the Claim Order dated 07/01/2020. |
| 08/28/20 | MO | 0.30 | Prepare letter to client forwarding 08/25/2020 ALJ Decision affirming the Claim Order dated 07/01/2020. |
| 08/31/20 | DKL | 0.20 | Review Administrative Law Judge Decision affirming Claim Order dated 07/01/2020. |
| 08/31/20 | DKL | 0.10 | Letter to Mr. Pauley regarding Administrative Law Judge Decision. |

Total Hours    1.80

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564542

Billing Attorney - William E Robinson

Client Number - 123837.131
Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP --
Consolidation Coal Co.
JCN 2009053056 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 139.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 139.00 |
| **Total Due for Current Professional Services** | **$ 139.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 109.25

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

September 28, 2020
Invoice # 4564542

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459264 | 04/17/20 | $69.50 | $62.55 | $6.95 |
| 4498756 | 06/19/20 | $673.70 | $606.33 | $67.37 |
| 4520396 | 07/29/20 | $349.35 | $314.42 | $34.93 |

|  |  |
|---|---|
| Total Previous Outstanding Balance | $109.25 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564542

Dinsmore & Shohl LLP
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.60 | $ 139.00 |

Current Amount Due This Invoice     $139.00

1

September 28, 2020
Dinsmore & Shohl LLP                                                            Invoice # 4564542
Client Number – 123837.131
**Matter: Rhodes, Daniel -- 4/30/2006 -- JCN 2009053056 OP -- Consolidation Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/29/2020 Claimant's request for extension of time regarding Claim Order dated 10/14/2019. |
| 08/03/20 | DKL | 0.10 | Review Claimant's request for extension of time to file evidence. |
| 08/21/20 | MO | 0.20 | Update chronology to include 08/19/2020 Order extending time frame regarding Claim Order dated 10/14/2019. |
| 08/31/20 | DKL | 0.10 | Review Order extending time frame. |

Total Hours     0.60

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564540

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.139
Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ --
Marion County Coal Co.
JCN 2019018163 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 501.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 501.00 |
| **Total Due for Current Professional Services** | **$ 501.00** |

Previous Balance Owed                                                   $ 183.00
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP
Invoice # 4564540
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459249 | 04/17/20 | $ 512.50 | $ 461.25 | $ 51.25 |
| 4481130 | 05/26/20 | $ 308.00 | $ 277.20 | $ 30.80 |
| 4498738 | 06/19/20 | $ 953.00 | $ 857.70 | $ 95.30 |
| 4520391 | 07/29/20 | $ 56.50 | $ 50.85 | $ 5.65 |

Total Previous Outstanding Balance    $ 183.00

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564540

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 0.90 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 2.20 | $ 501.00 |

Current Amount Due This Invoice      $501.00

1

September 28, 2020
Invoice # 4564540

Dinsmore & Shohl LLP
Client Number – 123837.139
**Matter: Smith, Robert -- 2/7/2019 -- JCN 2019018163 INJ -- Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/30/2020 Board of Review Order. |
| 08/04/20 | AMS | 0.10 | Review Board of Review's 7/30/2020 Order affirming Administrative Law Judge's 2/26/2020 Order. |
| 08/04/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 7/30/2020 Order. |
| 08/04/20 | WER | 0.20 | Review and analyze Board of Review's Order and related correspondence. |
| 08/06/20 | AMS | 0.30 | Review physician's 11/19/2019 Supplemental Report for purpose of responding to Claimant's attorney's request for said report. |
| 08/27/20 | AMS | 0.40 | Review Claimant's Petition for Appeal to West Virginia Supreme Court regarding Board of Review's 7/30/2020 Order. |
| 08/27/20 | MO | 0.70 | Update chronology to include 08/25/2020 Claimant's Petition for Appeal to WV Supreme Court of Appeals and Appendix of Exhibits. |
| 08/28/20 | MO | 0.20 | Update chronology to include Claimant's 08/26/2020 Motion to WV Supreme Court to File Petition for Appeal in excess of 20 pages. |

Total Hours    2.20

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564536

Billing Attorney - William E Robinson

Client Number - 123837.140
Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ
-- Marion County Coal Co.
JCN 2018004589 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,143.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,143.50 |
| **Total Due for Current Professional Services** | **$ 1,143.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 351.76

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                     Invoice # 4564536
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4392498 | 01/31/20 | $ 434.00 | $ 414.01 | $ 19.99 |
| 4414332 | 02/27/20 | $ 855.65 | $ 816.23 | $ 39.42 |
| 4434813 | 03/26/20 | $ 56.50 | $ 53.90 | $ 2.60 |
| 4459243 | 04/17/20 | $ 226.00 | $ 203.40 | $ 22.60 |
| 4481126 | 05/26/20 | $ 314.50 | $ 283.05 | $ 31.45 |
| 4498731 | 06/19/20 | $ 497.95 | $ 448.17 | $ 49.78 |
| 4520388 | 07/29/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4542007 | 08/25/20 | $ 1,658.70 | $ 1,492.83 | $ 165.87 |

| | |
|---|---|
| Total Previous Outstanding Balance | $ 351.76 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564536

Dinsmore & Shohl LLP
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.50 | |
| Aimee M Stern | Of Counsel | 2.40 | |
| Mary R. Ontko | Paralegal | 1.80 | |
| | Total Hours / Fees | 4.70 | $ 1,143.50 |

Current Amount Due This Invoice          $1,143.50

1

September 28, 2020
Dinsmore & Shohl LLP                                                      Invoice # 4564536
Client Number – 123837.140
**Matter: Stansberry, Terri -- 8/22/2017 -- JCN 2018004589 INJ -- Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.40 | Update chronology to include 07/31/2020 Claimant's evidence regarding Claim Order 06/05/2020. |
| 08/03/20 | MO | 0.40 | Update chronology to include 07/23/2020 IME report. |
| 08/04/20 | AMS | 0.50 | Review evidence filed by Claimant in support of protest to 6/5/2020 Order. |
| 08/10/20 | AMS | 0.50 | Finish identifying evidence to file in support of 6/5/2020 Order. |
| 08/10/20 | AMS | 0.50 | Continue drafting Closing Argument in support of 06/05/2020 Order. |
| 08/10/20 | MO | 0.30 | Review Office of Judges website to determine what evidence was filed by the Claimant regarding Claim Order dated 06/05/2020. |
| 08/11/20 | MO | 0.50 | Update chronology to include Employer's 08/11/2020 Closing Argument and evidence regarding Claim Order dated 06/05/2020. |
| 08/11/20 | AMS | 0.80 | Finalize Closing Argument in support of 06/05/2020 Order. |
| 08/11/20 | WER | 0.50 | Review and analyze Employer's Evidence and Employer's Closing Argument. |
| 08/17/20 | MO | 0.20 | Update chronology to include 08/12/2020 Order Extending Time Frame in response to Order to Show Cause regarding the Claim Order dated 07/01/2019. |
| 08/17/20 | AMS | 0.10 | Review Office of Judge's Order Extending Time Frame in response to Order to Show Cause regarding Claimant's protest to 07/01/2019 Order. |

Total Hours   4.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564525

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD --
Ohio County Coal Co.
JCN 2017018722 PTD

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

Previous Balance Owed                                                                                   $ 343.54
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564525

Dinsmore & Shohl LLP
Client Number – 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459223 | 04/17/20 | $2,800.40 | $2,520.36 | $280.04 |
| 4481115 | 05/26/20 | $578.50 | $520.65 | $57.85 |
| 4520376 | 07/29/20 | $56.50 | $50.85 | $5.65 |
| | | | Total Previous Outstanding Balance | $343.54 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564525

Dinsmore & Shohl LLP
Client Number – 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 62.00 |

Current Amount Due This Invoice          $62.00

September 28, 2020
Invoice # 4564525

Dinsmore & Shohl LLP
Client Number – 123837.146
Matter: Szalay, Francis -- 1/11/2016 -- JCN 2017018722 PTD -- Ohio County Coal Co.

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.40 | Update chronology with 07/28/2020 Order Submitting Protest regarding Claim Order dated 11/25/2019. |

Total Hours   0.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564522

Billing Attorney - William E Robinson

Client Number - 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ
-- Harrison County Coal Co.
JCN 2019021823 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 175.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 175.00 |
| **Total Due for Current Professional Services** | **$ 175.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 96.63

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564522

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459219 | 04/17/20 | $ 134.00 | $ 120.60 | $ 13.40 |
| 4481113 | 05/26/20 | $ 118.50 | $ 106.65 | $ 11.85 |
| 4498717 | 06/19/20 | $ 31.00 | $ 27.00 | $ 4.00 |
| 4541987 | 08/25/20 | $ 673.85 | $ 606.47 | $ 67.38 |

Total Previous Outstanding Balance     $ 96.63

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564522

Dinsmore & Shohl LLP
Client Number – 123837.147
Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.00 | $ 175.00 |

Current Amount Due This Invoice      $175.00

1

September 28, 2020
Invoice # 4564522

Dinsmore & Shohl LLP
Client Number – 123837.147
**Matter: Tedrow, John Jr. -- 4/11/2019 -- JCN 2019021823 INJ -- Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/31/2020 Claimant's Request for Extension of Time regarding Claim Order dated 09/13/2019. |
| 08/04/20 | AMS | 0.10 | Review Claimant's Motion for Extension of Time to File Evidence in support off protest to 9/13/19 Order. |
| 08/14/20 | MO | 0.40 | Review new medical records received from Hospital. |
| 08/24/20 | AMS | 0.10 | Review Administrative Law Judge's Order extending time frame. |
| 08/24/20 | MO | 0.20 | Update chronology to include 08/20/2020 Order extending time frame regarding Claim Order dated 09/13/19. |

Total Hours     1.00

2

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564520

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ --
Marshall County Coal Co.
JCN 2018016155 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 163.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 163.50 |
| **Total Due for Current Professional Services** | **$ 163.50** |

Previous Balance Owed                                                    $ 838.70
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564520

Dinsmore & Shohl LLP
Client Number – 123837.148
**Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459217 | 04/17/20 | $ 734.50 | $ 661.05 | $ 73.45 |
| 4481112 | 05/26/20 | $ 1,126.00 | $ 1,013.40 | $ 112.60 |
| 4498715 | 06/19/20 | $ 4,125.05 | $ 3,712.52 | $ 412.53 |
| 4520374 | 07/29/20 | $ 1,656.00 | $ 1,490.40 | $ 165.60 |
| 4541986 | 08/25/20 | $ 745.20 | $ 670.68 | $ 74.52 |

Total Previous Outstanding Balance     $ 838.70

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564520

Dinsmore & Shohl LLP
Client Number – 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
| --- | --- | --- | --- |
| William E Robinson | Partner | 0.10 | |
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.70 | $ 163.50 |

Current Amount Due This Invoice    $163.50

1

September 28, 2020
Invoice # 4564520

Dinsmore & Shohl LLP
Client Number – 123837.148
Matter: Titus, Connie -- 1/12/2018 -- JCN 2018016155 INJ -- Marshall County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/29/2020 Board of Review Acknowledgement and Briefing Schedule. |
| 08/04/20 | WER | 0.10 | Review and analyze Request for Oral Argument and related correspondence. |
| 08/20/20 | MO | 0.20 | Update chronology to include 08/18/2020 Board of Review Notice of Telephone Hearing. |
| 08/27/20 | AMS | 0.10 | Review physician's 8/20/2020 request for authorization of MRI. |
| 08/27/20 | AMS | 0.10 | Confer with client regarding response to request for authorization of MRI. |

Total Hours    0.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564517

Billing Attorney - William E Robinson

Client Number - 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ --
Ohio County Coal Co.
JCN 2016005162 INJ

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 183.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 183.00 |
| **Total Due for Current Professional Services** | **$ 183.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 150.45

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564517

Dinsmore & Shohl LLP
Client Number – 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459212 | 04/17/20 | $ 356.50 | $ 320.85 | $ 35.65 |
| 4481110 | 05/26/20 | $ 113.00 | $ 101.70 | $ 11.30 |
| 4520373 | 07/29/20 | $ 1,035.00 | $ 931.50 | $ 103.50 |

|  |  |
|---|---|
| Total Previous Outstanding Balance | $ 150.45 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564517

Dinsmore & Shohl LLP
Client Number – 123837.149
**Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 0.20 | |
| Mary R. Ontko | Paralegal | 0.20 | |
| | Total Hours / Fees | 0.60 | $ 183.00 |

Current Amount Due This Invoice          $183.00

1

September 28, 2020
Invoice # 4564517

Dinsmore & Shohl LLP
Client Number – 123837.149
Matter: Tominack,John -- 3/5/2015 -- JCN 2016005162 INJ -- Ohio County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/26/20 | AMS | 0.10 | Review Board of Review's 8/21/2020 Order affirming Administrative Law Judge's 3/18/2020 Order. |
| 08/26/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Reviews 8/21/2020 Order. |
| 08/27/20 | MO | 0.20 | Update chronology to include 08/21/2020 Board of Review Order affirming the ALJ Decision dated 03/18/2020. |
| 08/27/20 | WER | 0.20 | Review and analyze Board of Review's 8/21/2020 Order and related correspondence. |

Total Hours     0.60

2

# Dinsmôre

CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564446

Billing Attorney - William E Robinson

Client Number - 123837.154
Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP --
Marshall County Coal Co.
JCN 2014029897 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 372.00 |
| Attorney Costs | $ 3.00 |
| Current Total Due for Professional Services | $ 375.00 |
| **Total Due for Current Professional Services** | **$ 375.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 36.07

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564446

Dinsmore & Shohl LLP
Client Number – 123837.154
Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4520309 | 07/29/20 | $ 360.80 | $ 324.73 | $ 36.07 |
| | | | Total Previous Outstanding Balance | $ 36.07 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564446

Dinsmore & Shohl LLP
Client Number – 123837.154
Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 2.40 | |
| | Total Hours / Fees | 2.40 | $ 372.00 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 3.00 |
| | Total Attorney Costs | $3.00 |
| | Current Amount Due This Invoice | $375.00 |

1

September 28, 2020
Invoice # 4564446

Dinsmore & Shohl LLP
Client Number – 123837.154
**Matter: Young, Roger -- 3/15/2014 -- JCN 2014029897 OP -- Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/07/20 | MO | 0.80 | Review claim file and Federal black lung file for documents to submit as evidence regarding Claim Order dated 11/19/19. |
| 08/07/20 | MO | 0.50 | Prepare Employer's evidence submission regarding Claim Order dated 11/19/19. |
| 08/13/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing. |
| 08/13/20 | MO | 0.80 | Finalize Employer's evidence submission regarding Claim Order dated 11/19/19. |

Total Hours    2.40

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564515

Billing Attorney - William E Robinson

Client Number - 123837.156
Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 -
Harrison County Coal Co.
2B2HS-2018176

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 340.50 |
| Attorney Costs | $ 18.15 |
| Current Total Due for Professional Services | $ 358.65 |
| **Total Due for Current Professional Services** | **$ 358.65** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 57.75

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314      Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564515

Dinsmore & Shohl LLP
Client Number – 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481109 | 05/26/20 | $ 577.50 | $ 519.75 | $ 57.75 |
| | | | Total Previous Outstanding Balance | $ 57.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564515

Dinsmore & Shohl LLP
Client Number – 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 1.70 | |
| | Total Hours / Fees | 1.90 | $ 340.50 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 18.15 |
|---|---|

| Total Attorney Costs | $18.15 |
|---|---|

| Current Amount Due This Invoice | $358.65 |
|---|---|

1

September 28, 2020
Invoice # 4564515

Dinsmore & Shohl LLP
Client Number – 123837.156
**Matter: Cameron, Kenneth - 1/1/1983 - 2B2HS-2018176 - Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.80 | Review Department of Labor's re-issued schedule for submission of additional evidence and calendar new deadlines. |
| 08/10/20 | DKL | 0.20 | Review Schedule for the Submission of Additional Evidence awarding benefits with attached medical records. |
| 08/12/20 | MO | 0.60 | Prepare Employer's Initial Submission per the re-submitted schedule for submission of additional evidence from the Department of Labor. |
| 08/12/20 | MO | 0.30 | Prepare letter to Claims Examiner for filing of Employer's Initial Submission of Evidence. |

Total Hours    1.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564527

Billing Attorney - William E Robinson

Client Number - 123837.159
Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 -
Marion County Coal Co.
2019-BLA-05865

### Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 403.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 403.00 |
| **Total Due for Current Professional Services** | **$ 403.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 192.16

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564527

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414301 | 02/27/20 | $ 1,054.35 | $ 948.92 | $ 105.43 |
| 4541990 | 08/25/20 | $ 867.30 | $ 780.57 | $ 86.73 |
| | | | Total Previous Outstanding Balance | $ 192.16 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564527

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.20 | |
| William E Robinson | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 1.40 | $ 403.00 |

Current Amount Due This Invoice    $403.00

1

September 28, 2020
Invoice # 4564527

Dinsmore & Shohl LLP
Client Number – 123837.159
**Matter: Fowler, Thomas - 4/14/2014 - 2019-BLA-05865 - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | WER | 0.40 | Review and analyze correspondence to Claimant's counsel and related evidence. |
| 08/10/20 | DKL | 0.10 | Review Claimant's pre-hearing evidence summary. |
| 08/27/20 | MO | 0.50 | Prepare black lung evidence submission form for submission to Judge. |
| 08/27/20 | MO | 0.30 | Prepare letter to Judge filing black lung evidence submission form and pre-hearing memorandum. |
| 08/31/20 | DKL | 0.10 | Review, sign, and file pre-hearing memorandum and evidence submission. |

Total Hours    1.40

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564528

Billing Attorney - William E Robinson

Client Number - 123837.161
Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison
County Coal Co.
B495Q-2018261

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 462.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 462.00 |
| **Total Due for Current Professional Services** | **$ 462.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 1,088.47

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564528

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414315 | 02/27/20 | $ 85.45 | $ 76.91 | $ 8.54 |
| 4459232 | 04/17/20 | $ 358.55 | $ 322.70 | $ 35.85 |
| 4481120 | 05/26/20 | $ 142.67 | $ 128.40 | $ 14.27 |
| 4498723 | 06/19/20 | $ 2,734.60 | $ 2,461.14 | $ 273.46 |
| 4520379 | 07/29/20 | $ 4,671.79 | $ 4,204.62 | $ 467.17 |
| 4541994 | 08/25/20 | $ 2,891.75 | $ 2,602.57 | $ 289.18 |

Total Previous Outstanding Balance   $ 1,088.47

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564528

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.20 | |
| | Total Hours / Fees | 1.20 | $ 462.00 |

Current Amount Due This Invoice        $462.00

1

September 28, 2020
Invoice # 4564528

Dinsmore & Shohl LLP
Client Number – 123837.161
**Matter: Haun, Donald - 7/1/1999 - B495Q-2018261 - Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | DKL | 0.50 | Review medical records to prep for conference call with expert. |
| 08/05/20 | DKL | 0.30 | Conference with expert witness. |
| 08/05/20 | DKL | 0.30 | Memo to B. Vinskovich and E. Dean regarding conference with expert. |
| 08/06/20 | DKL | 0.10 | Memo to E. Dean and B. Vinskovich. |

Total Hours    1.20

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564535

Billing Attorney - William E Robinson

Client Number - 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion
County Coal Co.
2BZW8-2917038

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 754.00 |
| Attorney Costs | $ 21.15 |
| Current Total Due for Professional Services | $ 775.15 |
| **Total Due for Current Professional Services** | **$ 775.15** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 133.92

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314      Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564535

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498730 | 06/19/20 | $ 433.00 | $ 389.70 | $ 43.30 |
| 4520387 | 07/29/20 | $ 185.45 | $ 166.92 | $ 18.53 |
| 4542005 | 08/25/20 | $ 721.00 | $ 648.91 | $ 72.09 |

Total Previous Outstanding Balance     $ 133.92

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564535

Dinsmore & Shohl LLP
Client Number – 123837.162
Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.80 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 1.90 | |
| Total Hours / Fees | | 3.00 | $ 754.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 21.15 |
|---|---|

| Total Attorney Costs | $21.15 |
|---|---|

| Current Amount Due This Invoice | $775.15 |
|---|---|

1

September 28, 2020
Invoice # 4564535

Dinsmore & Shohl LLP
Client Number – 123837.162
**Matter: Horton, Barry - 6/1/2013 - 2BZW8-2917038 - Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | MO | 0.50 | Finalize Employer's initial submission of evidence. |
| 08/12/20 | DKL | 0.20 | Review, sign and file pre-hearing memo and serve on Claimant's Counsel. |
| 08/20/20 | DKL | 0.10 | Receive and review Director's Notice of Appearance. |
| 08/20/20 | DKL | 0.10 | Review correspondence from Director that he will not appear at telephone hearing. |
| 08/26/20 | WER | 0.30 | Review and analyze Black Lung Evidence Submission Form. |
| 08/27/20 | MO | 1.10 | Prepare Employer's responses to Claimant's discovery requests. |
| 08/31/20 | DKL | 0.30 | Draft responses to Claimant's discovery requests. |
| 08/31/20 | MO | 0.30 | Prepare letter to B. Vinskovich with Employer's responses to Claimant's discovery requests for review and verification. |
| 08/31/20 | DKL | 0.10 | Review Claimant's 50-day evidence submission. |

Total Hours     3.00

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564537

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.163
Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 -
Monongalia County Coal Co.
BG6CF-2019025

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 200.50 |
| Attorney Costs | $ 0.60 |
| Current Total Due for Professional Services | $ 201.10 |
| **Total Due for Current Professional Services** | **$ 201.10** |

Previous Balance Owed                                                                   $ 54.10
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314      Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564537

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414334 | 02/27/20 | $ 318.65 | $ 286.79 | $ 31.86 |
| 4481127 | 05/26/20 | $ 177.50 | $ 159.75 | $ 17.75 |
| 4498733 | 06/19/20 | $ 44.85 | $ 40.36 | $ 4.49 |
| | | | Total Previous Outstanding Balance | $ 54.10 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564537

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.70 | $ 200.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 0.60 |
|---|---|

| Total Attorney Costs | $0.60 |
|---|---|

| Current Amount Due This Invoice | $201.10 |
|---|---|

1

September 28, 2020
Invoice # 4564537

Dinsmore & Shohl LLP
Client Number – 123837.163
**Matter: Johnson, Harvey - 1/1/1991 - BG6CF-2019025 - Monongalia County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 08/17/20 | MO | 0.30 | Prepare Employer's request for formal ALJ hearing. |
| 08/17/20 | DKL | 0.20 | Review Proposed Decision and Order awarding benefits. |
| 08/19/20 | DKL | 0.20 | File request for Administrative Law Judge hearing. |

Total Hours      0.70

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564538

Billing Attorney - William E Robinson

Client Number - 123837.165
Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall
County Coal CO.
2BGZL-2018256

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 949.50 |
| Attorney Costs | $ 1.80 |
| Current Total Due for Professional Services | $ 951.30 |
| **Total Due for Current Professional Services** | **$ 951.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 95.88

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314   Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

Dinsmore & Shohl LLP
Client Number – 123837.165
Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.

September 28, 2020
Invoice # 4564538

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|----------------|--------------|-------------------------|------------------------------|----------------------|
| 4459246 | 04/17/20 | $ 200.50 | $ 180.45 | $ 20.05 |
| 4481128 | 05/26/20 | $ 685.50 | $ 616.95 | $ 68.55 |
| 4498736 | 06/19/20 | $ 72.85 | $ 65.57 | $ 7.28 |

| | |
|---|---|
| Total Previous Outstanding Balance | $ 95.88 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564538

Dinsmore & Shohl LLP
Client Number – 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.50 | |
| Mary R. Ontko | Paralegal | 2.40 | |
| | Total Hours / Fees | 3.90 | $ 949.50 |

## Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Photocopies | | $ 1.80 |
| | Total Attorney Costs | $1.80 |
| | Current Amount Due This Invoice | $951.30 |

1

September 28, 2020
Dinsmore & Shohl LLP                                                      Invoice # 4564538
Client Number – 123837.165
**Matter: Jones, Paul - 5/28/2015 - 2BGZL-2018256 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/14/20 | DKL | 0.10 | Review Notice from Administrative Law Judge that all future correspondence in claim will be electronic. |
| 08/15/20 | DKL | 0.10 | Review Notice of Hearing and pre-hearing Order. |
| 08/17/20 | MO | 0.60 | Review 08/14/2020 Notice of Hearing from Department of Labor. |
| 08/18/20 | MO | 0.80 | Memorandum to Attorney Liberati regarding deadlines and Judge's requirements pre-hearing. |
| 08/18/20 | MO | 0.20 | Telephone conference with Attorney Liberati regarding correspondence to Claimant's Attorney regarding scheduling telephone conference. |
| 08/18/20 | DKL | 0.20 | Letter to Claimant's Counsel per Judge's Order. |
| 08/18/20 | DKL | 0.20 | Review memo from M. Ontko regarding Scheduling Order requirements and forms. |
| 08/18/20 | DKL | 0.80 | Review medical evidence regarding further development in light of pre-hearing order. |
| 08/19/20 | MO | 0.30 | Prepare letter to Claimant's Attorney regarding scheduling telephone conference. |
| 08/20/20 | DKL | 0.10 | Letter to counsel regarding pre-hearing issues. |
| 08/21/20 | MO | 0.50 | Prepare 20 day report to Administrative Law Judge. |

Total Hours     3.90

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564539

Billing Attorney - William E Robinson

Client Number - 123837.166
Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 -
Marion County Coal Co.
2016-BLA-05686

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 666.00 |
| Attorney Costs | $ 131.30 |
| Current Total Due for Professional Services | $ 797.30 |
| **Total Due for Current Professional Services** | **$ 797.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 320.92

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564539

Dinsmore & Shohl LLP
Client Number – 123837.166
Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4542008 | 08/25/20 | $ 3,209.20 | $ 2,888.28 | $ 320.92 |
| | | | Total Previous Outstanding Balance | $ 320.92 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564539

Dinsmore & Shohl LLP
Client Number – 123837.166
**Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 2.90 | |
| | Total Hours / Fees | 3.40 | $ 666.00 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 6.30 |
|---|---|
| Mediator/Arbitrator | $ 125.00 |

Total Attorney Costs     $131.30

Current Amount Due This Invoice     $797.30

1

Dinsmore & Shohl LLP
September 28, 2020
Invoice # 4564539
Client Number – 123837.166
**Matter: Layman, James - 6/15/2006 - 2016-BLA-05686 - Marion County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/03/20 | WER | 0.20 | Review and analyze correspondence to Claimant's counsel and related evidence. |
| 08/13/20 | DKL | 0.10 | Review x-ray interpretation from expert. |
| 08/13/20 | MO | 0.20 | Review 07/25/2017 x-ray submitted as evidence by Claimant. |
| 08/13/20 | MO | 0.20 | Email to Attorney Liberati with copy of 07/25/2017 x-ray. |
| 08/14/20 | MO | 0.30 | Email to physician regarding x-ray review. |
| 08/27/20 | MO | 0.50 | Prepare black lung evidence submission form to submit to Judge. |
| 08/27/20 | MO | 0.30 | Prepare letter to Judge to file evidence submission form and pre-hearing memorandum. |
| 08/27/20 | MO | 0.50 | Finalize Employer's pre-hearing memorandum. |
| 08/27/20 | MO | 0.50 | Prepare Employer's exhibits and exhibit labels per Department of Labor guidelines. |
| 08/31/20 | DKL | 0.20 | Review, sign, and file evidence submission and pre-hearing memorandum. |
| 08/31/20 | MO | 0.40 | Prepare letter to E. Dean and B. Vinskovich regarding records review. |

Total Hours    3.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564541

Billing Attorney - William E Robinson

Client Number - 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 -
Harrison County Coal Co.
2019-BLA-05778

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 193.10

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564541

Dinsmore & Shohl LLP
Client Number – 123837.168
**Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.**

#### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414341 | 02/27/20 | $1,524.05 | $1,371.65 | $152.40 |
| 4459253 | 04/17/20 | $407.00 | $366.30 | $40.70 |
| | | | Total Previous Outstanding Balance | $193.10 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564541

Dinsmore & Shohl LLP
Client Number – 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice          $77.00

1

September 28, 2020
Invoice # 4564541

Dinsmore & Shohl LLP
Client Number – 123837.168
Matter: McCullough, David - 12/31/2012 - 2019-BLA-05778 - Harrison County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/20 | DKL | 0.10 | Review Pay Order from Department of Labor. |
| 08/31/20 | DKL | 0.10 | Review second Request Order for payment. |

Total Hours    0.20

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564529

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.172
Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion
County Coal Co.
2BGXD-2018282

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 232.50 |
| Attorney Costs | $ 0.60 |
| Current Total Due for Professional Services | $ 233.10 |
| **Total Due for Current Professional Services** | **$ 233.10** |

Previous Balance Owed                                         $ 154.60
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564529

Dinsmore & Shohl LLP
Client Number – 123837.172
**Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541996 | 08/25/20 | $1,547.30 | $1,392.70 | $154.60 |
| | | | Total Previous Outstanding Balance | $154.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564529

Dinsmore & Shohl LLP
Client Number – 123837.172
**Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| Mary R. Ontko | Paralegal | 1.50 | |
| | Total Hours / Fees | 1.50 | $ 232.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 0.60 |

| | |
|---|---|
| Total Attorney Costs | $0.60 |

| | |
|---|---|
| Current Amount Due This Invoice | $233.10 |

1

September 28, 2020
Invoice # 4564529

Dinsmore & Shohl LLP
Client Number – 123837.172
Matter: Nabors, Nathan - 1/1/2006 - 2BGXD-2018282 - Marion County Coal Co.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/20/20 | MO | 1.30 | Prepare medical records requests to various healthcare providers. |
| 08/20/20 | MO | 0.20 | Telephone call to Claims Examiner to inquire whether Claimant had a prior black lung claim. |

Total Hours    1.50

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564534

Billing Attorney - William E Robinson

Client Number - 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 -
Marshall County Coal CO.
2B2Y4-2018182

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 949.50 |
| Attorney Costs | $ 1.80 |
| Current Total Due for Professional Services | $ 951.30 |
| **Total Due for Current Professional Services** | **$ 951.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 219.08

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564534

Dinsmore & Shohl LLP
Client Number – 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414331 | 02/27/20 | $ 131.50 | $ 118.35 | $ 13.15 |
| 4520386 | 07/29/20 | $ 1,793.75 | $ 1,614.39 | $ 179.36 |
| 4542004 | 08/25/20 | $ 265.80 | $ 239.23 | $ 26.57 |
| | | | Total Previous Outstanding Balance | $ 219.08 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564534

Dinsmore & Shohl LLP
Client Number – 123837.178
**Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.50 | |
| Mary R. Ontko | Paralegal | 2.40 | |
| | Total Hours / Fees | 3.90 | $ 949.50 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 1.80 |
|---|---|

| Total Attorney Costs | $1.80 |
|---|---|

| Current Amount Due This Invoice | $951.30 |
|---|---|

1

September 28, 2020
Invoice # 4564534

Dinsmore & Shohl LLP
Client Number – 123837.178
Matter: Snyder, William - 3/15/2015 - 2B2Y4-2018182 - Marshall County Coal CO.

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/14/20 | DKL | 0.10 | Review Covid Notice from Administrative Law Judge regarding future e-filings. |
| 08/15/20 | DKL | 0.10 | Review Notice of Hearing and pre-hearing Order. |
| 08/17/20 | MO | 0.60 | Review 08/14/2020 Notice of Hearing from Department of Labor. |
| 08/17/20 | DKL | 1.00 | Review and analyze status of medical evidence in preparation for upcoming Administrative Law Judge's Hearing. |
| 08/18/20 | MO | 0.80 | Memorandum to Attorney Liberati regarding deadlines and Judge's requirements pre-hearing. |
| 08/18/20 | MO | 0.20 | Telephone conference with Attorney Liberati regarding letter to Claimant's Attorney regarding scheduling telephone conference. |
| 08/18/20 | DKL | 0.20 | Letter to Claimant's Counsel to set up pre-hearing conference required by Administrative Law Judge. |
| 08/19/20 | MO | 0.30 | Prepare letter to Claimant's Attorney regarding scheduling telephone conference per Department of Labor Notice of Hearing. |
| 08/20/20 | DKL | 0.10 | Letter to Claimant's counsel regarding pre-hearing conference. |
| 08/21/20 | MO | 0.50 | Prepare 20 day report to Administrative Law Judge. |

Total Hours     3.90

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564524

Billing Attorney - William E Robinson

Client Number - 123837.183
Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 -
Harrison County Coal Co.
2BKDV-2018117

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 255.00 |
| Attorney Costs | $ 4.80 |
| Current Total Due for Professional Services | $ 259.80 |
| **Total Due for Current Professional Services** | **$ 259.80** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 87.75

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564524

Dinsmore & Shohl LLP
Client Number – 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541989 | 08/25/20 | $ 877.50 | $ 789.75 | $ 87.75 |
| | | | Total Previous Outstanding Balance | $ 87.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020

Dinsmore & Shohl LLP
Client Number – 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

Invoice # 4564524

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.20 | |
| | Total Hours / Fees | 0.60 | $ 255.00 |

## Summary of Current Attorney Costs Incurred

Photocopies                                                     $ 4.80

Total Attorney Costs                        $4.80

Current Amount Due This Invoice                 $259.80

1

September 28, 2020
Invoice # 4564524

Dinsmore & Shohl LLP
Client Number – 123837.183
**Matter: Wise, Michael - 2/15/2008 - 2BKDV-2018117 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | WER | 0.20 | Review and analyze Initial Exchange of Evidence. |
| 08/06/20 | DKL | 0.20 | Review Claimant's Initial Evidence Disclosure. |
| 08/31/20 | DKL | 0.20 | Review, sign, and file Evidence Submission and Prehearing Memorandum. |

Total Hours   0.60

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564452

Billing Attorney - William E Robinson

Client Number - 123837.202
Matter: Digiandomenico, Alfred - DOI: 1/1/2001 -
2BMGC-2016294 - Marshall County Coal Co.
2BMGC-2016294

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 325.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 325.00 |
| **Total Due for Current Professional Services** | **$ 325.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 796.58

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check: Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                            Invoice # 4564452
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459122 | 04/17/20 | $1,465.20 | $1,318.68 | $146.52 |
| 4481050 | 05/26/20 | $3,685.00 | $3,316.50 | $368.50 |
| 4498666 | 06/19/20 | $2,730.60 | $2,457.54 | $273.06 |
| 4541917 | 08/25/20 | $85.00 | $76.50 | $8.50 |

Total Previous Outstanding Balance    $796.58

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564452

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 1.60 | |
| | Total Hours / Fees | 1.80 | $ 325.00 |

Current Amount Due This Invoice    $325.00

1

September 28, 2020
Invoice # 4564452

Dinsmore & Shohl LLP
Client Number – 123837.202
**Matter: Digiandomenico, Alfred - DOI: 1/1/2001 - 2BMGC-2016294 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/06/20 | DKL | 0.20 | Email exchange with Claimant regarding social security employment records. |
| 08/07/20 | MO | 1.60 | Begin to review claim file, state of WV Occupational Pneumoconiosis file, and state claim medical records for expert review. |

Total Hours    1.80

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564455

Billing Attorney - William E Robinson

Client Number - 123837.203
Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 -
Harrison County Coal
2020013100

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 828.00 |
| Attorney Costs | $ 2.10 |
| Current Total Due for Professional Services | $ 830.10 |
| **Total Due for Current Professional Services** | **$ 830.10** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 204.51

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314      Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564455

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459125 | 04/17/20 | $544.15 | $489.74 | $54.41 |
| 4481051 | 05/26/20 | $458.50 | $412.65 | $45.85 |
| 4498667 | 06/19/20 | $828.00 | $745.20 | $82.80 |
| 4520324 | 07/29/20 | $183.50 | $165.15 | $18.35 |
| 4541918 | 08/25/20 | $31.00 | $27.90 | $3.10 |

Total Previous Outstanding Balance    $204.51

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564455

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| William E Robinson | Partner | 0.20 | |
| Aimee M Stern | Of Counsel | 2.00 | |
| Mary R. Ontko | Paralegal | 1.40 | |
| | Total Hours / Fees | 3.60 | $ 828.00 |

### Summary of Current Attorney Costs Incurred

Photocopies                                    $ 2.10

Total Attorney Costs          $2.10

Current Amount Due This Invoice          $830.10

1

September 28, 2020
Invoice # 4564455

Dinsmore & Shohl LLP
Client Number – 123837.203
**Matter: Morris, Renee J. - DOI: 11/12/19 - 2020013100 - Harrison County Coal**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/14/20 | MO | 0.20 | Update chronology to include 08/11/2020 employer decision. |
| 08/14/20 | MO | 0.40 | Review client's website for documents supporting the 08/11/2020 employer decision. |
| 08/17/20 | MO | 0.60 | Update chronology with new medical records supporting the 08/11/2020 Claim Order. |
| 08/17/20 | AMS | 0.30 | Review 08/11/2020 Order and updated medical records. |
| 08/19/20 | AMS | 1.30 | Prepare for oral argument before Board of Review regarding appeal of Administrative Law Judge's 2/20/2020 Order. |
| 08/20/20 | AMS | 0.20 | Attend oral argument before Board of Review regarding Employer's appeal of Administrative Law Judge's 2/20/2020 Order. |
| 08/26/20 | AMS | 0.10 | Review Board of Review's 8/20/2020 Order affirming Administrative Law Judge's 2/20/2020 Order. |
| 08/26/20 | AMS | 0.10 | Draft correspondence to client regarding Board of Review's 8/20/2020 Order. |
| 08/27/20 | MO | 0.20 | Update chronology to include 08/20/2020 Board of Review Order affirming the ALJ Decision dated 02/20/2020. |
| 08/27/20 | WER | 0.20 | Review and analyze Board of Review's 8/20/20 Order and related correspondence. |

Total Hours    3.60

2

# Dinsmôre

CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

September 28, 2020
Invoice # 4564456

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.205
Matter: WC Claim No. 2019022877-OP: David E. Giles DOI:
01/22/17 Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $441.00 |
| Attorney Costs | $0.00 |
| Current Total Due for Professional Services | $441.00 |
| **Total Due for Current Professional Services** | **$441.00** |

Previous Balance Owed                                           $31.60
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564456

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498668 | 06/19/20 | $ 46.50 | $ 41.85 | $ 4.65 |
| 4520326 | 07/29/20 | $ 269.50 | $ 242.55 | $ 26.95 |
| | | | Total Previous Outstanding Balance | $ 31.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564456

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 2.10 | |
| | Total Hours / Fees | 2.40 | $ 441.00 |

Current Amount Due This Invoice    $441.00

1

September 28, 2020
Invoice # 4564456

Dinsmore & Shohl LLP
Client Number – 123837.205
**Matter: WC Claim No. 2019022877-OP: David E. Giles DOI: 01/22/17 Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.60 | Review claim file for documents to submit as evidence regarding Claim Order dated 11/19/19. |
| 08/10/20 | MO | 0.60 | Prepare Employer's submission of evidence regarding Claim Order dated 11/19/19. |
| 08/12/20 | DKL | 0.30 | Review and select evidence for Submission with Motion for Final Occupational Pneumoconiosis Hearing. |
| 08/13/20 | MO | 0.30 | Prepare Motion for Final OP Board Hearing. |
| 08/13/20 | MO | 0.60 | Finalize Employer's evidence submission regarding Claim Order dated 11/19/19. |

Total Hours    2.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564463

Billing Attorney - William E Robinson

Client Number - 123837.209
Matter: Gary Kota: WC Claim No. 2020002459-OP DOI:
01/01/2017 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 472.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 472.00 |
| **Total Due for Current Professional Services** | **$ 472.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 150.90

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564463

Dinsmore & Shohl LLP
Client Number – 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481054 | 05/26/20 | $ 232.50 | $ 209.25 | $ 23.25 |
| 4498672 | 06/19/20 | $ 1,084.00 | $ 975.60 | $ 108.40 |
| 4520336 | 07/29/20 | $ 192.50 | $ 173.25 | $ 19.25 |

Total Previous Outstanding Balance  $ 150.90

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564463

Dinsmore & Shohl LLP
Client Number – 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 2.30 | |
| | Total Hours / Fees | 2.60 | $ 472.00 |

Current Amount Due This Invoice          $472.00

September 28, 2020
Invoice # 4564463

Dinsmore & Shohl LLP
Client Number – 123837.209
**Matter: Gary Kota: WC Claim No. 2020002459-OP DOI: 01/01/2017 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.80 | Review claim file and medical records for documents to submit as evidence regarding Claim Order dated 11/26/19. |
| 08/10/20 | MO | 0.60 | Prepare Employer's evidence submission regarding Claim Order dated 11/26/19. |
| 08/12/20 | DKL | 0.30 | Review and select evidence for Submission with Motion for Final Occupational Pneumoconiosis Hearing. |
| 08/13/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing. |
| 08/13/20 | MO | 0.60 | Finalize Employer's evidence submission regarding Claim Order dated 11/26/19. |

Total Hours        2.60



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564465

Billing Attorney - William E Robinson

Client Number - 123837.210
Matter: Robert Wayne Wood: WC Claim No. 2019011403
DOI: 11/16/2018 Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,152.50 |
| Attorney Costs | $ 22.65 |
| Current Total Due for Professional Services | $ 3,175.15 |
| **Total Due for Current Professional Services** | **$ 3,175.15** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 565.36

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564465

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

#### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4409081 | 01/31/20 | $ 30.50 | $ 29.09 | $ 1.41 |
| 4414254 | 02/27/20 | $ 3,571.60 | $ 3,407.06 | $ 164.54 |
| 4455981 | 03/26/20 | $ 2,548.65 | $ 2,431.24 | $ 117.41 |
| 4459127 | 04/17/20 | $ 893.50 | $ 804.15 | $ 89.35 |
| 4481055 | 05/26/20 | $ 484.00 | $ 435.60 | $ 48.40 |
| 4498673 | 06/19/20 | $ 556.00 | $ 500.40 | $ 55.60 |
| 4520339 | 07/29/20 | $ 471.15 | $ 424.05 | $ 47.10 |
| 4541922 | 08/25/20 | $ 415.50 | $ 373.95 | $ 41.55 |

Total Previous Outstanding Balance $ 565.36

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564465

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 4.90 | |
| Mary R. Ontko | Paralegal | 11.30 | |
| | Total Hours / Fees | 16.50 | $ 3,152.50 |

## Summary of Current Attorney Costs Incurred

Photocopies                     $ 22.65

Total Attorney Costs          $22.65

Current Amount Due This Invoice          $3,175.15

1

September 28, 2020
Invoice # 4564465

Dinsmore & Shohl LLP
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/07/20 | MO | 0.20 | Update chronology to include 08/04/2020 letter to Claimant regarding benefits. |
| 08/07/20 | AMS | 0.10 | Review ALJ 8/4/2020 Order. |
| 08/10/20 | AMS | 0.20 | Review Administrative Law Judge's 8/3/2020 Order affirming 9/27/19 Order. |
| 08/10/20 | AMS | 0.10 | Draft correspondence to client regarding Administrative Law Judge's 8/3/2020 Order. |
| 08/11/20 | MO | 0.20 | Update chronology to include 08/03/2020 ALJ Decision affirming the 09/27/2019 Claim Order. |
| 08/11/20 | WER | 0.10 | Review and analyze ALJ 8/3/2020 Order and related correspondence. |
| 08/17/20 | MO | 0.20 | Update chronology to include 08/10/2020 Employer Decision. |
| 08/17/20 | MO | 0.50 | Update chronology to include 07/30/2020 IME. |
| 08/18/20 | AMS | 1.20 | Identify evidence to file in support of 7/13/2020 Order. |
| 08/20/20 | AMS | 1.90 | Finish identifying evidence to file in support of 7/13/2020 Order. |
| 08/20/20 | MO | 1.10 | Review documents on client's website to locate additional medical records. |
| 08/20/20 | MO | 0.60 | Prepare medical records requests to healthcare providers. |
| 08/20/20 | MO | 0.50 | Update chronology to include 08/20/2020 Employer's evidence regarding Claim Order dated 07/13/2020. |
| 08/20/20 | MO | 3.90 | Begin to update chronology to include new medical records. |
| 08/20/20 | WER | 0.20 | Review and analyze Employer's Evidence. |
| 08/21/20 | MO | 3.10 | Update chronology with new medical records from client's website. |
| 08/21/20 | MO | 0.20 | Update chronology to include 08/19/2020 Board of Review acknowledgement and briefing schedule. |
| 08/21/20 | AMS | 0.10 | Review updated medical records. |
| 08/21/20 | AMS | 1.00 | Draft Closing Argument in support of 7/13/2020 Order. |
| 08/24/20 | AMS | 0.10 | Review Claimant's protest to 8/10/2020 Order. |
| 08/24/20 | AMS | 0.10 | Review Claimant's request for extension of time frame regarding protest to 7/2/2020 Order. |
| 08/24/20 | AMS | 0.10 | Review Claimant's Notice of Appeal regarding Administrative Law Judge's 8/3/2020 Order. |
| 08/24/20 | MO | 0.20 | Update chronology to include 08/17/2020 Claimant's Motion for extension of time frame regarding Claim Order dated 07/02/2020. |
| 08/24/20 | MO | 0.20 | Update chronology to include 08/17/2020 Claimant's protest to Claim Order dated 08/10/2020. |
| 08/24/20 | MO | 0.20 | Update chronology to include 08/20/2020 time frame order regarding Claim Order dated 08/10/2020. |

2

September 28, 2020
Dinsmore & Shohl LLP                                    Invoice # 4564465
Client Number – 123837.210
**Matter: Robert Wayne Wood: WC Claim No. 2019011403 DOI: 11/16/2018 Harrison County Coal Co.**

08/24/20        MO        0.20   Update chronology to include 08/17/2020 Claimant's Notice of Appeal
                                 to Board of Review regarding the ALJ Decision dated 08/03/2020.

                Total Hours    16.50

3



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564461

Billing Attorney - William E Robinson

Client Number - 123837.211
Matter: Richard W. McDowell: WC 2020001969-OP DOI:
12/07/2014 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 495.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 495.00 |
| **Total Due for Current Professional Services** | **$ 495.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 19.96

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314     Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564461

Dinsmore & Shohl LLP
Client Number – 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459131 | 04/17/20 | $ 7.10 | $ 6.39 | $ 0.71 |
| 4520332 | 07/29/20 | $ 192.50 | $ 173.25 | $ 19.25 |
| | | | Total Previous Outstanding Balance | $ 19.96 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564461

Dinsmore & Shohl LLP
Client Number – 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| Mary R. Ontko | Paralegal | 2.20 | |
| | Total Hours / Fees | 2.60 | $ 495.00 |

Current Amount Due This Invoice    $495.00

1

September 28, 2020
Invoice # 4564461

Dinsmore & Shohl LLP
Client Number – 123837.211
**Matter: Richard W. McDowell: WC 2020001969-OP DOI: 12/07/2014 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.80 | Review claim file documents and medical records for documents to submit as evidence regarding Claim Order dated 11/26/19. |
| 08/10/20 | MO | 0.50 | Prepare Employer's evidence submission regarding Claim Order dated 11/26/19. |
| 08/12/20 | DKL | 0.40 | Review and select evidence for Submission with Motion for Final Occupational Pneumoconiosis Hearing. |
| 08/13/20 | MO | 0.30 | Prepare Employer's Motion for Final OP Board Hearing. |
| 08/13/20 | MO | 0.60 | Finalize Employer's evidence regarding Claim Order dated 11/26/19. |

Total Hours     2.60

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564467

Billing Attorney - William E Robinson

Client Number - 123837.216
Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683
- Harrison County Coal Co.
2020010683

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $558.50 |
| Attorney Costs | $6.00 |
| Current Total Due for Professional Services | $564.50 |
| **Total Due for Current Professional Services** | **$564.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$499.35

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564467

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459133 | 04/17/20 | $ 463.00 | $ 416.70 | $ 46.30 |
| 4481058 | 05/26/20 | $ 1,103.50 | $ 993.15 | $ 110.35 |
| 4498675 | 06/19/20 | $ 143.55 | $ 129.20 | $ 14.35 |
| 4520343 | 07/29/20 | $ 994.00 | $ 894.60 | $ 99.40 |
| 4541923 | 08/25/20 | $ 2,289.50 | $ 2,060.55 | $ 228.95 |

Total Previous Outstanding Balance    $ 499.35

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564467

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.40 | |
| Mary R. Ontko | Paralegal | 1.30 | |
| | Total Hours / Fees | 2.70 | $ 558.50 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 6.00 |

| | |
|---|---|
| Total Attorney Costs | $6.00 |

| | |
|---|---|
| Current Amount Due This Invoice | $564.50 |

1

September 28, 2020
Invoice # 4564467

Dinsmore & Shohl LLP
Client Number – 123837.216
**Matter: Yost, Richard - DOI: 10/21/2019 - Claim # 2020010683 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/25/20 | MO | 1.10 | Update chronology to include 07/31/2020 independent medical evaluation report. |
| 08/25/20 | AMS | 0.50 | Review 7/31/2020 independent medical examination. |
| 08/26/20 | AMS | 0.50 | Confer with client regarding 7/31/2020 independent medical examination report. |
| 08/27/20 | AMS | 0.40 | Confer with client regarding denial of authorization for medications. |
| 08/27/20 | MO | 0.20 | Email IME physician with additional questions and asking for supplementation of prior report. |

Total Hours     2.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564472

Billing Attorney - William E Robinson

Client Number - 123837.223
Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI:
07/27/2007 Morgantown North WV Region/Kuhntown Mine
2020014215

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 162.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 162.50 |
| **Total Due for Current Professional Services** | **$ 162.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 162.46

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564472

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459138 | 04/17/20 | $ 69.50 | $ 62.55 | $ 6.95 |
| 4498683 | 06/19/20 | $ 1,001.00 | $ 900.90 | $ 100.10 |
| 4520354 | 07/29/20 | $ 317.00 | $ 285.30 | $ 31.70 |
| 4541925 | 08/25/20 | $ 237.10 | $ 213.39 | $ 23.71 |

Total Previous Outstanding Balance    $ 162.46

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564472

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV
Region/Kuhntown Mine**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| Mary R. Ontko | Paralegal | 0.80 | |
| | Total Hours / Fees | 0.90 | $ 162.50 |

Current Amount Due This Invoice   $162.50

1

September 28, 2020
Invoice # 4564472

Dinsmore & Shohl LLP
Client Number – 123837.223
**Matter: Wilt, Stephen V.: WC Claim # 2020014215 OP DOI: 07/27/2007 Morgantown North WV Region/Kuhntown Mine**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/19/20 | MO | 0.30 | Update chronology to include 08/17/2020 Order Submitting Protest regarding Claim Order dated 12/16/19. |
| 08/19/20 | DKL | 0.10 | Review Order submitting time frame. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/28/2020 ALJ Decision affirming the Claim Order dated 12/16/19. |
| 08/31/20 | MO | 0.30 | Prepare letter to client enclosing 08/28/2020 ALJ Decision affirming the Claim Order dated 12/16/19. |

Total Hours    0.90



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564474

Billing Attorney - William E Robinson

Client Number - 123837.225
Matter: Basham, Edward: WC Claim # 2019026156 - DOI:
06/14/2019 - Marshall County Coal Company
2019026156

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 217.00 |
| Attorney Costs | $ 4.80 |
| Current Total Due for Professional Services | $ 221.80 |
| **Total Due for Current Professional Services** | **$ 221.80** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 138.74

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314        Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564474

Dinsmore & Shohl LLP
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459139 | 04/17/20 | $ 247.45 | $ 222.70 | $ 24.75 |
| 4481062 | 05/26/20 | $ 485.00 | $ 436.50 | $ 48.50 |
| 4498684 | 06/19/20 | $ 101.65 | $ 91.49 | $ 10.16 |
| 4520356 | 07/29/20 | $ 82.00 | $ 73.80 | $ 8.20 |
| 4541927 | 08/25/20 | $ 471.30 | $ 424.17 | $ 47.13 |

Total Previous Outstanding Balance    $ 138.74

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564474
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 1.40 | |
| | Total Hours / Fees | 1.40 | $ 217.00 |

**Summary of Current Attorney Costs Incurred**

| | |
|---|---|
| Photocopies | $ 4.80 |

| | |
|---|---|
| Total Attorney Costs | $4.80 |

| | |
|---|---|
| Current Amount Due This Invoice | $221.80 |

1

September 28, 2020
Invoice # 4564474

Dinsmore & Shohl LLP
Client Number – 123837.225
**Matter: Basham, Edward: WC Claim # 2019026156 - DOI: 06/14/2019 - Marshall County Coal Company**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/13/20 | MO | 0.50 | Review chronology to determine dates of last records received from providers. |
| 08/13/20 | MO | 0.90 | Prepare medical records requests for updated records from healthcare providers. |

Total Hours    1.40



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564476

Billing Attorney - William E Robinson

Client Number - 123837.227
Matter: White, Clifford.: WC Claim # 2013017058 OP DOI:
12/31/2012 Marshall County Coal Company
2013017058 OP

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 185.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 185.50 |
| **Total Due for Current Professional Services** | **$ 185.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 90.74

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314      Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564476

Dinsmore & Shohl LLP
Client Number – 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP DOI: 12/31/2012 Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481063 | 05/26/20 | $ 217.00 | $ 195.30 | $ 21.70 |
| 4498686 | 06/19/20 | $ 620.94 | $ 558.85 | $ 62.09 |
| 4520358 | 07/29/20 | $ 69.50 | $ 62.55 | $ 6.95 |

Total Previous Outstanding Balance $ 90.74

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                                Invoice # 4564476
Client Number – 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 0.70 | |
| | Total Hours / Fees | 0.90 | $ 185.50 |

Current Amount Due This Invoice       $185.50

1

September 28, 2020
Dinsmore & Shohl LLP                                          Invoice # 4564476
Client Number – 123837.227
**Matter: White, Clifford.: WC Claim # 2013017058 OP  DOI: 12/31/2012  Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/24/20 | MO | 0.20 | Update chronology to include 08/18/2020 Claimant's evidence regarding Claim Order dated 12/17/19. |
| 08/24/20 | MO | 0.50 | Update chronology to include physician's testing dated 08/13/2020. |
| 08/31/20 | DKL | 0.20 | Receive and review medical evidence submitted by Claimant's counsel. |

Total Hours    0.90

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564480

Billing Attorney - William E Robinson

Client Number - 123837.232
Matter: Yanero, Christopher WC Claim No.: 2019023452;
DOI: 05-02-19;  Harrison County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 62.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 62.00 |
| **Total Due for Current Professional Services** | **$ 62.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 150.70

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564480

Dinsmore & Shohl LLP
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

**Previous Invoices Outstanding**

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|----------------|--------------|-------------------------|------------------------------|----------------------|
| 4459144 | 04/17/20 | $1,435.00 | $1,291.50 | $143.50 |
| 4481067 | 05/26/20 | $46.50 | $41.85 | $4.65 |
| 4541932 | 08/25/20 | $25.50 | $22.95 | $2.55 |

| | |
|---|---|
| Total Previous Outstanding Balance | $150.70 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564480

Dinsmore & Shohl LLP
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 62.00 |

Current Amount Due This Invoice          $62.00

1

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564480
Client Number – 123837.232
**Matter: Yanero, Christopher WC Claim No.: 2019023452;  DOI: 05-02-19;  Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/28/2020 Order to Show Cause regarding Claim Order dated 12/06/19. |
| 08/27/20 | MO | 0.20 | Update chronology with 08/24/2020 Decision Affirming By Rule Claim Order dated 12/06/19. |

Total Hours     0.40



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564482

Billing Attorney - William E Robinson

Client Number - 123837.238
Matter: Jones, John L. WC Claim No.: 2020010417; DOI:
10-16-2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 422.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 422.00 |
| **Total Due for Current Professional Services** | **$ 422.00** |

| | |
|---|---|
| Previous Balance Owed | $ 1,095.86 |
| (see outstanding invoice listing attached) | |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314      Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564482
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been
received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459205 | 04/17/20 | $ 2,700.00 | $ 2,430.00 | $ 270.00 |
| 4510387 | 06/01/20 | $ 2,211.80 | $ 1,990.60 | $ 221.20 |
| 4498692 | 06/19/20 | $ 1,703.75 | $ 1,533.38 | $ 170.37 |
| 4520361 | 07/29/20 | $ 3,981.54 | $ 3,583.40 | $ 398.14 |
| 4541935 | 08/25/20 | $ 361.50 | $ 325.35 | $ 36.15 |

Total Previous Outstanding Balance    $ 1,095.86

If payment has already been sent, please disregard this notice.  If you have any questions, please call our
Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564482

Dinsmore & Shohl LLP
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 0.50 | |
| Mary R. Ontko | Paralegal | 1.90 | |
| | Total Hours / Fees | 2.40 | $ 422.00 |

Current Amount Due This Invoice    $422.00

1

September 28, 2020
Dinsmore & Shohl LLP                                                        Invoice # 4564482
Client Number – 123837.238
**Matter: Jones, John L. WC Claim No.: 2020010417; DOI: 10-16-2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/20 | MO | 0.50 | Update chronology to include Claimant's 08/10/2020 evidence regarding Claim Order dated 02/12/2020. |
| 08/12/20 | MO | 0.50 | Check client's website for additional medical records. |
| 08/12/20 | MO | 0.50 | Update chronology with new medical records retrieved from client's website. |
| 08/13/20 | AMS | 0.10 | Review updated medical records. |
| 08/13/20 | AMS | 0.40 | Review evidence filed in support of Claimant's protest to 02/12/2020 Order. |
| 08/19/20 | MO | 0.40 | Update chronology to include 08/14/2020 Order Submitting Protest regarding Claim Order dated 02/10/2020. |

Total Hours    2.40

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                          September 28, 2020
46226 National Road                                                  Invoice # 4564484
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.241
Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI,
DOI: 9/15/2018, Marion County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 46.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 46.50 |
| **Total Due for Current Professional Services** | **$ 46.50** |

Previous Balance Owed                                                  $ 201.71
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                   Invoice # 4564484
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481106 | 05/26/20 | $ 951.00 | $ 855.90 | $ 95.10 |
| 4498702 | 06/19/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4520363 | 07/29/20 | $ 56.50 | $ 50.85 | $ 5.65 |
| 4541938 | 08/25/20 | $ 953.05 | $ 857.74 | $ 95.31 |

Total Previous Outstanding Balance     $ 201.71

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564484

Dinsmore & Shohl LLP
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Mary R. Ontko | Paralegal | 0.30 | |
| | Total Hours / Fees | 0.30 | $ 46.50 |

Current Amount Due This Invoice     $46.50

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564484
Client Number – 123837.241
**Matter: Bailey, Albert D. WC Claim No.: 2020018182 ODHI, DOI: 9/15/2018, Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/24/20 | MO | 0.30 | Update chronology to include 08/20/2020 Order Submitting Protest regarding Claim Order dated 03/26/2020. |

Total Hours    0.30



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.                                September 28, 2020
46226 National Road                                         Invoice # 4564486
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.242
Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP,
DOI: 01/02/2019, Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 651.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 651.00 |
| **Total Due for Current Professional Services** | **$ 651.00** |

Previous Balance Owed                                       $ 761.86
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:       Dinsmore and Shohl LLP
                PO Box 639038
                Cincinnati, Ohio 45263-9038

By Wire/ACH:    Bank: Fifth Third Bank
                Account Name: Dinsmore and Shohl LLP
                ABA Number: 042000314        Swift Code: FTBCUS3C
                Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564486

Dinsmore & Shohl LLP
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4481107 | 05/26/20 | $969.50 | $872.55 | $96.95 |
| 4498704 | 06/19/20 | $2,457.60 | $2,211.84 | $245.76 |
| 4520364 | 07/29/20 | $2,874.45 | $2,588.00 | $286.45 |
| 4541939 | 08/25/20 | $1,326.95 | $1,194.25 | $132.70 |

Total Previous Outstanding Balance  $761.86

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564486

Dinsmore & Shohl LLP
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal
Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| Mary R. Ontko | Paralegal | 4.20 | |
| | Total Hours / Fees | 4.20 | $ 651.00 |

Current Amount Due This Invoice          $651.00

1

September 28, 2020
Dinsmore & Shohl LLP                                                 Invoice # 4564486
Client Number – 123837.242
**Matter: Devore, Thomas R. WC Claim No.: 2020002833-OP, DOI: 01/02/2019, Marshall County Coal
Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | MO | 4.20 | Update chronology to include new medical records. |

Total Hours    4.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564488

Billing Attorney - William E Robinson

Client Number - 123837.245
Matter: Marling, Tim WC Claim No.: 2020010344; DOI:
10/13/2019; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 628.00 |
| Attorney Costs | $ 2.55 |
| Current Total Due for Professional Services | $ 630.55 |
| **Total Due for Current Professional Services** | **$ 630.55** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 373.23

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314       Swift Code: FTBCUS3C
Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564488

Dinsmore & Shohl LLP
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4498710 | 06/19/20 | $ 2,934.50 | $ 2,641.05 | $ 293.45 |
| 4520367 | 07/29/20 | $ 437.20 | $ 393.49 | $ 43.71 |
| 4541940 | 08/25/20 | $ 360.65 | $ 324.58 | $ 36.07 |

| | |
|---|---|
| Total Previous Outstanding Balance | $ 373.23 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                            Invoice # 4564488
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.30 | |
| Aimee M Stern | Of Counsel | 1.20 | |
| Mary R. Ontko | Paralegal | 1.10 | |
| | Total Hours / Fees | 2.60 | $ 628.00 |

## Summary of Current Attorney Costs Incurred

| Photocopies | $ 2.55 |
|---|---|

| Total Attorney Costs | $2.55 |
|---|---|

| Current Amount Due This Invoice | $630.55 |
|---|---|

1

September 28, 2020
Dinsmore & Shohl LLP                                                                      Invoice # 4564488
Client Number – 123837.245
**Matter: Marling, Tim WC Claim No.: 2020010344; DOI: 10/13/2019; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/20 | MO | 0.30 | Check client's website for additional medical records. |
| 08/27/20 | AMS | 0.50 | Identify additional evidence needed to file in support of 4/10/2020 Order closing claim. |
| 08/27/20 | AMS | 0.30 | Identify medical records to send to reviewing physician for his review regarding issue of maximum medical improvement. |
| 08/27/20 | AMS | 0.40 | Draft correspondence to reviewing physician regarding file review. |
| 08/27/20 | MO | 0.60 | Download claim notes from client website and review for indication as to why claim representative switched independent medical examiners. |
| 08/27/20 | MO | 0.20 | Email to reviewing physician asking if he can do a quick file review of additional records and update his previous report. |
| 08/28/20 | WER | 0.30 | Review and analyze correspondence to reviewing physician regarding request for file review. |

Total Hours   2.60

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564490

Billing Attorney - William E Robinson

Client Number - 123837.250
Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI:
02/2812020; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,163.00 |
| Attorney Costs | $ 9.40 |
| Current Total Due for Professional Services | $ 1,172.40 |
| **Total Due for Current Professional Services** | **$ 1,172.40** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 30.60

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314          Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564490

Dinsmore & Shohl LLP
Client Number – 123837.250
**Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI: 02/2812020; Marshall County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4559600 | 08/25/20 | $ 306.00 | $ 275.40 | $ 30.60 |
|  |  |  | Total Previous Outstanding Balance | $ 30.60 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564490
Client Number – 123837.250
**Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI: 02/2812020; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 1.40 | |
| Mary R. Ontko | Paralegal | 5.20 | |
| | Total Hours / Fees | 6.60 | $ 1,163.00 |

### Summary of Current Attorney Costs Incurred

| | | |
|---|---|---|
| Medical Records | | $ 9.40 |
| | Total Attorney Costs | $9.40 |
| | Current Amount Due This Invoice | $1,172.40 |

1

September 28, 2020
Dinsmore & Shohl LLP                                                        Invoice # 4564490
Client Number – 123837.250
**Matter: Bradshaw, Kevin E. WC Claim No.: 2020021266; DOI: 02/2812020; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 07/06/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same |
| 07/06/20 | MO | 0.30 | Prepare authorization for release of medical records with list of providers, email to Attorney Stultz |
| 07/07/20 | MO | 0.30 | Prepare medical records request to MedExpress |
| 07/07/20 | MO | 0.60 | Prepare records requests to Corporate Health and Wheeling Hospital |
| 07/07/20 | MO | 2.10 | Prepare chronology from claim file documents and set up electronic file |
| 08/10/20 | MO | 0.20 | Telephone call from hospital medical records department regarding request for records. |
| 08/10/20 | MO | 0.30 | Prepare new records request for hospital records. |
| 08/12/20 | MO | 0.30 | Check client's website for additional medical records. |
| 08/19/20 | MO | 0.20 | Update chronology to include 06/01/2020 hospital medical records. |
| 08/21/20 | AMS | 0.10 | Review updated medical records from hospital. |
| 08/27/20 | AMS | 0.50 | Prepare for deposition of Claimant. |
| 08/31/20 | AMS | 0.80 | Attend deposition of Claimant. |
| 08/31/20 | MO | 0.20 | Telephone call to hospital medical records regarding 11/16/19 CT Scan. |
| 08/31/20 | MO | 0.30 | Prepare second request to hospital for medical records. |

Total Hours    6.60



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564493

Billing Attorney - William E Robinson

Client Number - 123837.251
Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 -
Marshall County Coal Company
2020007425

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,577.00 |
| Attorney Costs | $ 41.00 |
| Current Total Due for Professional Services | $ 1,618.00 |
| **Total Due for Current Professional Services** | **$ 1,618.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 528.41

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP
PO Box 639038
Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank
Account Name: Dinsmore and Shohl LLP
ABA Number: 042000314          Swift Code: FTBCUS3C
Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564493

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541945 | 08/25/20 | $ 5,284.11 | $ 4,755.70 | $ 528.41 |
| | | | Total Previous Outstanding Balance | $ 528.41 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564493

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| William E Robinson | Partner | 0.60 | |
| Aimee M Stern | Of Counsel | 2.20 | |
| Mary R. Ontko | Paralegal | 4.60 | |
| | Total Hours / Fees | 7.40 | $ 1,577.00 |

## Summary of Current Attorney Costs Incurred

| Medical Records | $ 41.00 |
|---|---|
| Total Attorney Costs | $41.00 |
| Current Amount Due This Invoice | $1,618.00 |

1

September 28, 2020
Invoice # 4564493

Dinsmore & Shohl LLP
Client Number – 123837.251
**Matter: Curtis Cecil - DOI: 09/16/2019 - 2020007425 - Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/20 | AMS | 0.60 | Continue drafting Closing Argument in support of 5/5/2020 Order. |
| 08/06/20 | MO | 0.50 | Update chronology to include Employer's 08/04/2020 Closing Argument and evidence regarding Claim Order dated 05/05/2020. |
| 08/06/20 | AMS | 0.60 | Finalize evidence and Closing Argument in support of 5/5/2020 Order. |
| 08/06/20 | WER | 0.60 | Review and analyze Employer's Closing Argument and Employer's Evidence. |
| 08/14/20 | MO | 4.10 | Update chronology to include new medical records received. |
| 08/14/20 | AMS | 1.00 | Review updated medical records. |

Total Hours    7.40

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564498

Billing Attorney - William E Robinson

Client Number - 123837.254
Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI
O7/10/2014; Moundsville Eastern Region

### Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 785.00 |
| Attorney Costs | $ 20.90 |
| Current Total Due for Professional Services | $ 805.90 |
| **Total Due for Current Professional Services** | **$ 805.90** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 200.05

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314    Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564498

Dinsmore & Shohl LLP
Client Number – 123837.254
**Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI O7/10/2014; Moundsville Eastern Region**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541981 | 08/25/20 | $ 2,000.50 | $ 1,800.45 | $ 200.05 |
| | | | Total Previous Outstanding Balance | $ 200.05 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564498

Dinsmore & Shohl LLP
Client Number – 123837.254
**Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI O7/10/2014; Moundsville Eastern Region**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.80 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 2.10 | |
| | Total Hours / Fees | 3.20 | $ 785.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 14.40 |
| Medical Records | $ 6.50 |

| | |
|---|---|
| Total Attorney Costs | $20.90 |

| | |
|---|---|
| Current Amount Due This Invoice | $805.90 |

1

September 28, 2020
Invoice # 4564498

Dinsmore & Shohl LLP
Client Number – 123837.254
**Matter: Redd John W. WC Claim No.: 2015001285-OP; DOI O7/10/2014; Moundsville Eastern Region**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | MO | 0.90 | Finalize Employer's evidence submission and Closing Argument. |
| 08/11/20 | DKL | 0.30 | Review and sign Closing Argument on Protest to Order denying Petition to Reopen. |
| 08/11/20 | DKL | 0.10 | Brief review of Claim Administrator's notes to confirm original Order was not protested. |
| 08/11/20 | DKL | 0.30 | Review and select evidence to file with Closing Argument. |
| 08/19/20 | MO | 0.20 | Update chronology to include Claimant's 08/13/2020 request for extension of time frame. |
| 08/19/20 | DKL | 0.10 | Review Claimant's request for extension of time frame. |
| 08/21/20 | MO | 0.50 | Review new medical records. |
| 08/24/20 | MO | 0.50 | Update chronology to include 08/24/2020 Employer's closing argument and evidence. |
| 08/25/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and evidence. |

Total Hours    3.20

2



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564501

Billing Attorney - William E Robinson

Client Number - 123837.256
Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI:
07/21/2010; Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,159.00 |
| Attorney Costs | $ 57.06 |
| Current Total Due for Professional Services | $ 2,216.06 |
| **Total Due for Current Professional Services** | **$ 2,216.06** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 190.75

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564501

Dinsmore & Shohl LLP
Client Number – 123837.256
**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541983 | 08/25/20 | $1,907.50 | $1,716.75 | $190.75 |
| | | | Total Previous Outstanding Balance | $190.75 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                     Invoice # 4564501
Client Number – 123837.256
**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 3.00 | |
| William E Robinson | Partner | 0.30 | |
| Mary R. Ontko | Paralegal | 5.50 | |
| | Total Hours / Fees | 8.80 | $ 2,159.00 |

### Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 22.50 |
| Medical Records | $ 34.56 |

| | |
|---|---|
| Total Attorney Costs | $57.06 |

| | |
|---|---|
| Current Amount Due This Invoice | $2,216.06 |

1

Dinsmore & Shohl LLP
Client Number – 123837.256September 28, 2020
Invoice # 4564501

**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 08/03/20 | MO | 0.20 | Update chronology to include 07/28/2020 Claimant's Request for Extension of Time. |
| 08/03/20 | MO | 0.20 | Update chronology to include 07/28/2020 Confirmation of Telephone Deposition. |
| 08/03/20 | MO | 0.90 | Prepare medical records requests to various healthcare providers. |
| 08/03/20 | DKL | 0.10 | Review Claimant's request for extension of time to file evidence. |
| 08/03/20 | DKL | 0.10 | Review correspondence from Claimant confirming deposition of Claimant. |
| 08/03/20 | DKL | 0.70 | Outline questions for Claimant's upcoming deposition. |
| 08/05/20 | MO | 0.50 | Update chronology to include 08/06/2020 Employer's Evidence and Closing Argument regarding Claim Order dated 06/19/2020. |
| 08/05/20 | MO | 0.40 | Review additional medical records. |
| 08/05/20 | WER | 0.30 | Review and analyze Employer's Closing Argument and Evidence. |
| 08/07/20 | DKL | 0.40 | Review and analyze additional medical records. |
| 08/07/20 | DKL | 0.10 | Submission of additional evidence in defense of claim. |
| 08/07/20 | MO | 0.60 | Update chronology with new medical records received. |
| 08/07/20 | MO | 0.60 | Prepare Employer's additional evidence for submission to Office of Judges regarding 06/19/2020 Claim Order. |
| 08/10/20 | DKL | 0.50 | Review file to prep for Claimant's deposition. |
| 08/10/20 | DKL | 0.50 | Telephone deposition of Claimant. |
| 08/17/20 | DKL | 0.30 | Review transcript of Claimant's deposition. |
| 08/21/20 | MO | 0.20 | Update chronology to include 08/18/2020 Order Extending Time Frame regarding Claim Order dated 06/19/2020. |
| 08/21/20 | MO | 0.50 | Prepare Employer's additional evidence submission regarding Claim Order dated 06/19/2020. |
| 08/21/20 | MO | 0.30 | Prepare medical records request to healthcare provider. |
| 08/21/20 | MO | 0.80 | Update chronology with new records received from hospital. |
| 08/26/20 | MO | 0.30 | Update chronology with Claimant's 08/24/2020 evidence regarding Claim Order dated 06/19/2020. |
| 08/31/20 | DKL | 0.10 | Review Order extending time frame. |
| 08/31/20 | DKL | 0.10 | Review evidence filed by Claimant's counsel. |
| 08/31/20 | DKL | 0.10 | Review deposition transcript filed as evidence by Claimant's counsel. |

September 28, 2020
Dinsmore & Shohl LLP                                                  Invoice # 4564501
Client Number – 123837.256
**Matter: Rine Daniel L. WC Claim No.: 201901 1704-OP; DOI: 07/21/2010; Marshall County Coal Company**

Total Hours      8.80



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564507

Billing Attorney - William E Robinson

Client Number - 123837.259
Matter: Danny Tomblin  WC Claim No.: 2020001808-OP DOI:
11/01/09 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 804.50 |
| Attorney Costs | $ 6.60 |
| Current Total Due for Professional Services | $ 811.10 |
| **Total Due for Current Professional Services** | **$ 811.10** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314      Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                           Invoice # 4564507
Client Number – 123837.259
**Matter: Danny Tomblin  WC Claim No.:  2020001808-OP DOI: 11/01/09 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.60 | |
| Mary R. Ontko | Paralegal | 3.70 | |
| | Total Hours / Fees | 4.30 | $ 804.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 6.60 |
|---|---|

| Total Attorney Costs | $6.60 |
|---|---|

| Current Amount Due This Invoice | $811.10 |
|---|---|

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564507
Client Number – 123837.259
**Matter: Danny Tomblin  WC Claim No.:  2020001808-OP DOI: 11/01/09 Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/06/20 | DKL | 0.50 | Initial review of claim file. |
| 08/06/20 | DKL | 0.10 | File Notice of Appearance in claim. |
| 08/06/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 08/06/20 | MO | 2.10 | Prepare chronology and set up electronic file from claim file documents. |
| 08/06/20 | MO | 0.30 | Prepare authorization with provider list and send to Attorney Stultz. |
| 08/25/20 | MO | 0.90 | Prepare medical records requests to various healthcare providers. |

Total Hours    4.30



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564511

Billing Attorney - William E Robinson

Client Number - 123837.261
Matter: William Todd Garamella WC Claim No.: 2019022787;
DOI: 01/27/2019; Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 3,955.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 3,955.50 |
| **Total Due for Current Professional Services** | **$ 3,955.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314         Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564511

Dinsmore & Shohl LLP
Client Number – 123837.261
**Matter: William Todd Garamella WC Claim No.: 2019022787; DOI: 01/27/2019; Marshall County Coal Co.**

#### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 5.30 | |
| Mary R. Ontko | Paralegal | 16.80 | |
| | Total Hours / Fees | 22.10 | $ 3,955.50 |

Current Amount Due This Invoice          $3,955.50

September 28, 2020
Dinsmore & Shohl LLP                                                                 Invoice # 4564511
Client Number – 123837.261
**Matter: William Todd Garamella WC Claim No.: 2019022787; DOI: 01/27/2019; Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/24/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges filing same. |
| 08/24/20 | MO | 1.10 | Begin chronology from review of claim file documents and setting up electronic file. |
| 08/24/20 | MO | 0.60 | Continue to review claim file to prepare chronology and set up electronic file. |
| 08/25/20 | MO | 0.30 | Request prior claim files from client. |
| 08/25/20 | MO | 6.20 | Continue to prepare chronology from review of claim file documents and set up electronic file. |
| 08/25/20 | AMS | 3.30 | Review file received from client. |
| 08/26/20 | MO | 6.80 | Continue to prepare chronology from review of claim file documents and set up electronic file. |
| 08/26/20 | MO | 0.30 | Prepare authorization for release of medical records and send to Attorney Stultz. |
| 08/26/20 | AMS | 1.00 | Draft Initial Litigation Evaluation. |
| 08/27/20 | MO | 0.90 | Complete chronology from review of claim file documents. |
| 08/31/20 | AMS | 1.00 | Continue drafting Initial Litigation Evaluation. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/24/2020 Time Frame Order regarding Claim Order dated 08/07/2020 closing the claim. |

Total Hours     22.10



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4581080

Billing Attorney - William E Robinson

Client Number - 123837.262
Matter: James Pizzuti WC Claim No.: 2019025570; DOI:
06/07/2019; Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 586.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 586.50 |
| **Total Due for Current Professional Services** | **$ 586.50** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314        Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4581080

Dinsmore & Shohl LLP
Client Number – 123837.262
**Matter: James Pizzuti WC Claim No.: 2019025570; DOI: 06/07/2019; Marshall County Coal Co.**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.30 | |
| | Total Hours / Fees | 2.30 | $ 586.50 |

Current Amount Due This Invoice        $586.50

September 28, 2020
Dinsmore & Shohl LLP                                                                          Invoice # 4581080
Client Number – 123837.262
**Matter: James Pizzuti WC Claim No.: 2019025570; DOI: 06/07/2019; Marshall County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/21/20 | AMS | 0.30 | Conference with client regarding continuation of temporary total disability and authorization of treatment. |
| 08/28/20 | AMS | 2.00 | Begin reviewing file received from client. |

Total Hours     2.30



CALIFORNIA · COLORADO · CONNECTICUT
FLORIDA · GEORGIA · ILLINOIS · KENTUCKY
MASSACHUSETTS · MICHIGAN · OHIO
PENNSYLVANIA · WASHINGTON, D.C. · WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4581081

Billing Attorney - William E Robinson

Client Number - 123837.263
Matter: Ernest Neal Palmer WC Claim No.: 2020025260; DOI:
06/01/2020 Marshall County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,490.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 1,490.00 |
| **Total Due for Current Professional Services** | **$ 1,490.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4581081

Dinsmore & Shohl LLP
Client Number – 123837.263
**Matter: Ernest Neal Palmer WC Claim No.: 2020025260; DOI: 06/01/2020 Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| Aimee M Stern | Of Counsel | 2.50 | |
| Mary R. Ontko | Paralegal | 5.50 | |
| | Total Hours / Fees | 8.00 | $ 1,490.00 |

Current Amount Due This Invoice     $1,490.00

September 28, 2020
Invoice # 4581081

Dinsmore & Shohl LLP
Client Number – 123837.263
**Matter: Ernest Neal Palmer WC Claim No.: 2020025260; DOI: 06/01/2020 Marshall County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/28/20 | MO | 0.40 | Prepare Employer's Notice of Appearance with letter to Office of Judges for filing. |
| 08/28/20 | MO | 0.30 | Prepare authorization for release of medical records to send to Attorney Stultz for client signature. |
| 08/28/20 | MO | 3.00 | Begin to prepare chronology and set up electronic file from claim file documents. |
| 08/31/20 | AMS | 2.00 | Review file received from client. |
| 08/31/20 | AMS | 0.50 | Draft Initial Litigation Evaluation. |
| 08/31/20 | MO | 0.80 | Complete chronology and electronic file from claim file documents. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/26/2020 correspondence to physician recommending treatment per 08/18/2020 IME report. |
| 08/31/20 | MO | 0.60 | Update chronology from review of IME report dated 08/18/2020. |
| 08/31/20 | MO | 0.20 | Update chronology to include 08/26/2020 employer decision. |

Total Hours    8.00

Black Lung Bills



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564530

Billing Attorney - William E Robinson

Client Number - 123837.174
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio
County Coal Company
020-BLA-05049

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 154.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.00 |
| **Total Due for Current Professional Services** | **$ 154.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 180.60

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:    Dinsmore and Shohl LLP
             PO Box 639038
             Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314        Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564530

Dinsmore & Shohl LLP
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414318 | 02/27/20 | $ 917.40 | $ 825.66 | $ 91.74 |
| 4459236 | 04/17/20 | $ 338.00 | $ 304.20 | $ 33.80 |
| 4520380 | 07/29/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4541997 | 08/25/20 | $ 512.10 | $ 460.89 | $ 51.21 |

Total Previous Outstanding Balance    $ 180.60

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                        Invoice # 4564530
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 154.00 |

Current Amount Due This Invoice          $154.00

1

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564530
Client Number – 123837.174
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05049 - Ohio County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | DKL | 0.20 | Email exchange with Claims Examiner regarding appeal. |
| 08/06/20 | DKL | 0.20 | Email exchange with Claims Examiner regarding no appeal in miner's claim. |

Total Hours     0.40



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564532

Billing Attorney - William E Robinson

Client Number - 123837.175
Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio
County Coal Company
2020-BLA-05050

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 77.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 77.00 |
| **Total Due for Current Professional Services** | **$ 77.00** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 73.22

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314  Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                Invoice # 4564532
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

#### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414323 | 02/27/20 | $ 359.75 | $ 323.78 | $ 35.97 |
| 4459238 | 04/17/20 | $ 89.35 | $ 80.41 | $ 8.94 |
| 4520382 | 07/29/20 | $ 38.50 | $ 34.65 | $ 3.85 |
| 4541999 | 08/25/20 | $ 244.55 | $ 220.09 | $ 24.46 |

Total Previous Outstanding Balance   $ 73.22

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564532

Dinsmore & Shohl LLP
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.20 | |
| | Total Hours / Fees | 0.20 | $ 77.00 |

Current Amount Due This Invoice          $77.00

September 28, 2020
Dinsmore & Shohl LLP                                                      Invoice # 4564532
Client Number – 123837.175
**Matter: Reineke, Conrad - 1/5/2005 - 2020-BLA-05050 - Ohio County Coal Company**

#### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/31/20 | DKL | 0.10 | Review Order to pay benefits. |
| 08/31/20 | DKL | 0.10 | Review Fee Petition filed by Claimant's counsel. |

Total Hours    0.20



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564521

Billing Attorney - William E Robinson

Client Number - 123837.185
Matter: Young, Roger - 4/4/2014 - 2018-BLA-05065 - Marshall
County Coal CO.
2018-BLA-05065

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 154.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 154.00 |
| **Total Due for Current Professional Services** | **$ 154.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314          Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564521

Dinsmore & Shohl LLP
Client Number – 123837.185
**Matter: Young, Roger - 4/4/2014 - 2018-BLA-05065 - Marshall County Coal CO.**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| | Total Hours / Fees | 0.40 | $ 154.00 |

Current Amount Due This Invoice     $154.00

September 28, 2020
Dinsmore & Shohl LLP                                                    Invoice # 4564521
Client Number – 123837.185
**Matter: Young, Roger - 4/4/2014 - 2018-BLA-05065 - Marshall County Coal CO.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/12/20 | DKL | 0.40 | Review and select evidence for Submission with Motion for Final Occupational Pneumoconiosis Hearing. |

Total Hours    0.40



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564450

Billing Attorney - William E Robinson

Client Number - 123837.195
Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 -
Harrison County Coal Co.
2018-BLA-06013

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 38.50 |
| **Total Due for Current Professional Services** | **$ 38.50** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 62.44

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564450

Dinsmore & Shohl LLP
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459118 | 04/17/20 | $154.00 | $138.60 | $15.40 |
| 4498661 | 06/19/20 | $393.35 | $354.01 | $39.34 |
| 4541914 | 08/25/20 | $77.00 | $69.30 | $7.70 |

| | | | Total Previous Outstanding Balance | $62.44 |
|---|---|---|---|---|

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                       Invoice # 4564450
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

Current Amount Due This Invoice          $38.50

1

September 28, 2020
Dinsmore & Shohl LLP                                                                    Invoice # 4564450
Client Number – 123837.195
**Matter: Payne, Harry - DOI: 8/1/2015 - 2018-BLA-06013 - Harrison County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 08/10/20 | DKL | 0.10 | Review request for reimbursement from Department of Labor. |

Total Hours    0.10

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.                                          September 28, 2020
46226 National Road                                                        Invoice # 4564458
St. Clairsville OH 43950

Billing Attorney - William E Robinson

Client Number - 123837.208
Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395
- Marshall County Coal Co.
2015-BLA-05395

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 2,002.00 |
| Attorney Costs | $ 10.05 |
| Current Total Due for Professional Services | $ 2,012.05 |
| **Total Due for Current Professional Services** | **$ 2,012.05** |

Previous Balance Owed                                                       $ 59.89
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564458

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4414244 | 02/27/20 | $ 257.85 | $ 232.07 | $ 25.78 |
| 4541920 | 08/25/20 | $ 341.10 | $ 306.99 | $ 34.11 |
| | | | Total Previous Outstanding Balance | $ 59.89 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564458

Dinsmore & Shohl LLP
Client Number – 123837.208
Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 2.10 | |
| Mary R. Ontko | Paralegal | 7.70 | |
| | Total Hours / Fees | 9.80 | $ 2,002.00 |

**Summary of Current Attorney Costs Incurred**

Photocopies                                    $ 10.05

Total Attorney Costs          $10.05

Current Amount Due This Invoice          $2,012.05

1

September 28, 2020
Invoice # 4564458

Dinsmore & Shohl LLP
Client Number – 123837.208
**Matter: Burdette, Walter - DOI: 01/01/2010 - 2015-BLA-05395 - Marshall County Coal Co.**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/14/20 | DKL | 0.10 | Review Notice from Administrative Law Judge that all future correspondence in claim will be electronic. |
| 08/17/20 | DKL | 0.20 | Detailed review of all pre-hearing requirements set out in Administrative Law Judge's Order. |
| 08/18/20 | MO | 0.60 | Review Notice of Hearing and in order to calculate and calendar deadlines. |
| 08/18/20 | MO | 0.50 | Prepare Memorandum to Attorney Liberati regarding deadlines and Judge's requirements for pre-hearing. |
| 08/18/20 | MO | 0.20 | Telephone call to Judge's assistant regarding Claimant's pro se status. |
| 08/18/20 | MO | 0.50 | Review claim file for documents to send to expert for review. |
| 08/18/20 | MO | 0.60 | Review medical records on file for documents to send to expert for review. |
| 08/18/20 | DKL | 0.20 | Letter to Claimant's Counsel to set up pre-hearing conference required by Administrative Law Judge. |
| 08/18/20 | DKL | 0.90 | Review medical evidence; analyze need for further expert testimony. |
| 08/18/20 | DKL | 0.10 | Review letter from Director that he does not intend to appear at telephone hearing. |
| 08/19/20 | MO | 0.40 | Prepare letter to Claimant regarding scheduling telephone conference per Department of Labor Notice of Hearing. |
| 08/19/20 | MO | 0.30 | Telephone conference with Judge Bell's office regarding Claimant's pro se status and compliance with Department of Labor Notice of Hearing. |
| 08/20/20 | DKL | 0.10 | Letter to pro se Claimant to set up pre-hearing phone conference. |
| 08/20/20 | DKL | 0.40 | Review additional medical records to send to expert. |
| 08/21/20 | MO | 0.50 | Prepare 20 day report to Administrative Law Judge. |
| 08/24/20 | MO | 1.60 | Review and organize documents to send to expert for records review. |
| 08/24/20 | MO | 0.50 | Correspondence to expert for review of medical records. |
| 08/28/20 | MO | 2.00 | Locate additional documents for expert review. |
| 08/31/20 | DKL | 0.10 | Review letter to expert with evidence package. |

Total Hours    9.80



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564468

Billing Attorney - William E Robinson

Client Number - 123837.218
Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI:
09/09/1999; Harrison County Coal Co.

---

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,307.50 |
| Attorney Costs | $ 9.15 |
| Current Total Due for Professional Services | $ 1,316.65 |
| **Total Due for Current Professional Services** | **$ 1,316.65** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 66.35

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP |
|---|---|
| | PO Box 639038 |
| | Cincinnati, Ohio 45263-9038 |

| By Wire/ACH: | Bank: Fifth Third Bank |
|---|---|
| | Account Name: Dinsmore and Shohl LLP |
| | ABA Number: 042000314    Swift Code: FTBCUS3C |
| | Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564468

Dinsmore & Shohl LLP
Client Number – 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---------|---------|---------|---------|---------|
| 4414214 | 02/27/20 | $ 663.50 | $ 597.15 | $ 66.35 |
| | | | Total Previous Outstanding Balance | $ 66.35 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564468

Dinsmore & Shohl LLP
Client Number – 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.00 | |
| William E Robinson | Partner | 0.20 | |
| Mary R. Ontko | Paralegal | 5.30 | |
| | Total Hours / Fees | 6.50 | $ 1,307.50 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 9.15 |

| | |
|---|---|
| Total Attorney Costs | $9.15 |

| | |
|---|---|
| Current Amount Due This Invoice | $1,316.65 |

1

September 28, 2020
Dinsmore & Shohl LLP                                                                                  Invoice # 4564468
Client Number – 123837.218
**Matter: Chenoweth, George: FBL Claim No. 18-0104 ; DOI: 09/09/1999; Harrison County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/10/20 | MO | 0.50 | Review Notice of 09/29/2020 hearing from the Department of Labor. |
| 08/10/20 | MO | 0.60 | Review claim file and director exhibits for evidence to submit for initial exchange with Claimant's counsel. |
| 08/10/20 | MO | 0.30 | Email to Attorney Liberati regarding status of claim and documents that can be submitted into evidence. |
| 08/10/20 | DKL | 0.10 | Review Claimant's pre-hearing evidence disclosure. |
| 08/10/20 | DKL | 0.20 | Email exchange with M. Ontko regarding possible rebuttal evidence. |
| 08/11/20 | MO | 0.60 | Prepare Federal Black Lung Evidence Submission Form. |
| 08/11/20 | MO | 0.40 | Prepare letter to Attorney Long regarding initial submission. |
| 08/11/20 | MO | 0.20 | Email Claimant's counsel with Employer's initial submission per the Notice of the 09/29/2020 hearing. |
| 08/11/20 | DKL | 0.50 | Review and select evidence for evidence submission per 50 day notice. |
| 08/11/20 | WER | 0.20 | Review and analyze Employer's initial exchange of evidence with Claimant and Notice of Hearing. |
| 08/12/20 | MO | 0.80 | Prepare Employer's pre-hearing memorandum. |
| 08/19/20 | MO | 1.20 | Review claim file for documents to send to expert for review. |
| 08/27/20 | MO | 0.40 | Prepare black lung evidence submission form to Judge with pre-hearing memorandum. |
| 08/27/20 | MO | 0.30 | Prepare letter to Judge filing black lung evidence submission form and pre-hearing memorandum. |
| 08/31/20 | DKL | 0.20 | Review, sign, and file pre-hearing memorandum and evidence submission. |

Total Hours     6.50



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564478

Billing Attorney - William E Robinson

Client Number - 123837.229
Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI:
6/9/2002 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 38.50 |
| Attorney Costs | $ 150.00 |
| Current Total Due for Professional Services | $ 188.50 |
| **Total Due for Current Professional Services** | **$ 188.50** |

Previous Balance Owed                                                                        $ 314.80
(see outstanding invoice listing attached)

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314          Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564478

Dinsmore & Shohl LLP
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

## Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459141 | 04/17/20 | $1,026.29 | $923.66 | $102.63 |
| 4481065 | 05/26/20 | $38.50 | $34.65 | $3.85 |
| 4498688 | 06/19/20 | $1,046.45 | $941.80 | $104.65 |
| 4520359 | 07/29/20 | $574.75 | $517.28 | $57.47 |
| 4541929 | 08/25/20 | $462.00 | $415.80 | $46.20 |

Total Previous Outstanding Balance    $314.80

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564478

Dinsmore & Shohl LLP
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.10 | |
| | Total Hours / Fees | 0.10 | $ 38.50 |

### Summary of Current Attorney Costs Incurred

| Medical Records | $ 150.00 |
|---|---|

| Total Attorney Costs | $150.00 |
|---|---|

| Current Amount Due This Invoice | $188.50 |
|---|---|

1

September 28, 2020

Dinsmore & Shohl LLP                                                                                 Invoice # 4564478
Client Number – 123837.229
**Matter: Wiley, Harley W. FBL Claim No.: 19-0042 DOI: 6/9/2002 Marion County Coal Co.**

**Detail of Current Hours Worked**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/03/20 | DKL | 0.10 | Review correspondence from client regarding Director's Exhibits. |

Total Hours    0.10



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564356

Billing Attorney - William E Robinson

Client Number - 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI:
01/01/98 Marion County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 1,995.00 |
| Attorney Costs | $ 8.25 |
| Current Total Due for Professional Services | $ 2,003.25 |
| **Total Due for Current Professional Services** | **$ 2,003.25** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 520.11

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:  Dinsmore and Shohl LLP
           PO Box 639038
           Cincinnati, Ohio 45263-9038

By Wire/ACH: Bank: Fifth Third Bank
             Account Name: Dinsmore and Shohl LLP
             ABA Number: 042000314      Swift Code: FTBCUS3C
             Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                            Invoice # 4564356
Client Number – 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4459146 | 04/17/20 | $ 1,789.75 | $ 1,610.77 | $ 178.98 |
| 4481069 | 05/26/20 | $ 754.00 | $ 678.60 | $ 75.40 |
| 4498690 | 06/19/20 | $ 1,024.85 | $ 922.37 | $ 102.48 |
| 4520360 | 07/29/20 | $ 1,632.61 | $ 1,469.36 | $ 163.25 |

Total Previous Outstanding Balance    $ 520.11

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564356

Dinsmore & Shohl LLP
Client Number – 123837.234
Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.80 | |
| Mary R. Ontko | Paralegal | 8.40 | |
| | Total Hours / Fees | 10.20 | $ 1,995.00 |

## Summary of Current Attorney Costs Incurred

| | |
|---|---|
| Photocopies | $ 8.25 |

| | |
|---|---|
| Total Attorney Costs | $8.25 |

| | |
|---|---|
| Current Amount Due This Invoice | $2,003.25 |

1

September 28, 2020
Dinsmore & Shohl LLP                                          Invoice # 4564356
Client Number – 123837.234
**Matter: Leonard R. Morris, Sr. FBL Claim No.: 19-0063 DOI: 01/01/98 Marion County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/04/20 | MO | 1.70 | Review claim file documents and medical records for documents to send to expert for possible independent medical evaluation or records review. |
| 08/05/20 | MO | 0.80 | Complete review of medical records for documents to send to expert for possible independent medical evaluation. |
| 08/05/20 | MO | 0.50 | Review 2018 black lung documents for documents to send to expert for possible independent medical evaluation. |
| 08/05/20 | MO | 0.20 | Email expert regarding availability to perform independent medical evaluation. |
| 08/05/20 | MO | 0.50 | Begin preparation of letter to expert for independent medical evaluation. |
| 08/05/20 | MO | 0.40 | Check client website to determine if Claimant filed any state occupational pneumoconiosis claims. |
| 08/06/20 | DKL | 0.10 | Letter to Claimant's counsel with medical records. |
| 08/06/20 | DKL | 0.70 | Review and analyze additional medical records. |
| 08/06/20 | DKL | 0.60 | Review and select evidence to send to expert with request for independent medical examination. |
| 08/06/20 | DKL | 0.20 | Email exchange with expert's office regarding issues of COVID testing prior to independent medical examination. |
| 08/06/20 | MO | 0.20 | Respond to expert's email regarding willingness to do independent medical evaluation. |
| 08/06/20 | MO | 1.20 | Complete letter to expert outlining Claimant's medical testing through Department of Labor and additional medical records for review. |
| 08/06/20 | MO | 0.30 | Letter to Attorney Wolfe with CD of medical records. |
| 08/06/20 | MO | 0.30 | Email to expert regarding options for COVID 19 testing and his suggestions prior to independent medical evaluation. |
| 08/13/20 | MO | 0.30 | Email exchange with expert regarding obtaining Department of Labor 05/17/18 and 11/12/19 x-rays for his review. |
| 08/13/20 | MO | 0.30 | Prepare letter to Claims Examiner requesting that CD of chest x-rays 05/17/18 and 11/12/19 be sent to expert. |
| 08/13/20 | MO | 0.30 | Prepare second request for medical records. |
| 08/13/20 | MO | 0.30 | Email to expert with medical records. |
| 08/13/20 | MO | 0.60 | Review medical records from physician's office. |
| 08/13/20 | DKL | 0.20 | Conference with M. Ontko regarding further evidence development and documents for expert. |
| 08/21/20 | MO | 0.30 | Letter to Claims Examiner regarding expert's review of x-ray. |
| 08/21/20 | MO | 0.20 | Email to expert regarding x-ray request. |

Total Hours    10.20

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564494

Billing Attorney - William E Robinson

Client Number - 123837.252
Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098
Deanna Thaxton (widow) DOI: 6/29/2015 Marshall County
Coal Co.

### Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $1,266.50 |
| Attorney Costs | $1.80 |
| Current Total Due for Professional Services | $1,268.30 |
| **Total Due for Current Professional Services** | **$1,268.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$123.60

### Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|
| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314    Swift Code: FTBCUS3C<br>Account Number: 7027505945 |

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Invoice # 4564494

Dinsmore & Shohl LLP
Client Number – 123837.252
**Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098 Deanna Thaxton (widow) DOI: 6/29/2015**
**Marshall County Coal Co.**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541946 | 08/25/20 | $1,236.00 | $1,112.40 | $123.60 |
| | | | Total Previous Outstanding Balance | $123.60 |

If payment has already been sent, please disregard this notice. If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Invoice # 4564494

Dinsmore & Shohl LLP
Client Number – 123837.252
**Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098 Deanna Thaxton (widow) DOI: 6/29/2015**
**Marshall County Coal Co.**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 1.80 | |
| Mary R. Ontko | Paralegal | 3.70 | |
| | Total Hours / Fees | 5.50 | $ 1,266.50 |

### Summary of Current Attorney Costs Incurred

| Photocopies | $ 1.80 |
|---|---|

| Total Attorney Costs | $1.80 |
|---|---|

| Current Amount Due This Invoice | $1,268.30 |
|---|---|

1

September 28, 2020
Dinsmore & Shohl LLP                                                                             Invoice # 4564494
Client Number – 123837.252
**Matter: Harold L. Thaxton (deceased) FBL Claim No. 18-0098 Deanna Thaxton (widow) DOI: 6/29/2015**
**Marshall County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/14/20 | DKL | 0.10 | Review correspondence from Administrative Law Judge regarding all future filings be email. |
| 08/15/20 | DKL | 0.10 | Review pre-hearing order and hearing notice. |
| 08/17/20 | MO | 0.30 | Email to Attorney Seer following up on Responses to Employer's Requests for Production of Documents and authorization for release of medical records. |
| 08/17/20 | MO | 0.60 | Review 08/14/2020 Notice of Hearing from Department of Labor for deadlines. |
| 08/17/20 | DKL | 0.90 | Review medical evidence to develop evidence for Administrative Law Judge hearing now scheduled for December. |
| 08/17/20 | DKL | 0.20 | Conference with M. Ontko regarding status of discovery. |
| 08/18/20 | MO | 0.80 | Memorandum to Attorney Liberati regarding deadlines and Judge's pre-hearing requirements . |
| 08/18/20 | MO | 0.20 | Telephone conference with Attorney Liberati regarding letter to Claimant's Attorney regarding scheduling telephone conference. |
| 08/18/20 | MO | 0.30 | Prepare subpoena to obtain 07/14/16 chest CT scan for expert review. |
| 08/18/20 | MO | 0.30 | Prepare letter to Attorney Seer regarding contact to schedule telephone conference to discuss issues set forth in Notice of Hearing. |
| 08/18/20 | DKL | 0.20 | Letter to Claimant's counsel to set up pre-hearing conference required by Administrative Law Judge. |
| 08/18/20 | DKL | 0.10 | Review Notice from Department of Labor that Director will not appear at telephone hearing. |
| 08/19/20 | MO | 0.30 | Telephone conference with Judge's office regarding claim files. |
| 08/19/20 | DKL | 0.10 | Review Notice from Department of Labor that Director will not appear at hearing. |
| 08/20/20 | DKL | 0.10 | Review letter to counsel to include request for CT scan. |
| 08/21/20 | MO | 0.50 | Prepare 20 day report to Administrative Law Judge. |
| 08/26/20 | MO | 0.40 | Telephone conference with Claims Examiner regarding claim files. |

Total Hours    5.50



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray Energy Corporation, et al.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564504

Billing Attorney - William E Robinson

Client Number - 123837.257
Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI:
05-15-1999 - 2019-BLA-06139 - Marion County Coal
Company
2019-BLA-06139

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 305.50 |
| Attorney Costs | $ 4.80 |
| Current Total Due for Professional Services | $ 310.30 |
| **Total Due for Current Professional Services** | **$ 310.30** |

Previous Balance Owed
(see outstanding invoice listing attached)

$ 306.60

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:      Dinsmore and Shohl LLP
               PO Box 639038
               Cincinnati, Ohio 45263-9038

By Wire/ACH:   Bank: Fifth Third Bank
               Account Name: Dinsmore and Shohl LLP
               ABA Number: 042000314        Swift Code: FTBCUS3C
               Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                        Invoice # 4564504
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

### Previous Invoices Outstanding

As of the date of this invoice our records indicate that payment on the following invoices has not been received.

| Invoice Number | Invoice Date | Original Invoice Amount | Payments and Credits Applied | Remaining Amount Due |
|---|---|---|---|---|
| 4541984 | 08/25/20 | $ 3,066.00 | $ 2,759.40 | $ 306.60 |
| | | | Total Previous Outstanding Balance | $ 306.60 |

If payment has already been sent, please disregard this notice.  If you have any questions, please call our Accounts Receivable Department at 513-977-8131, or 1-800-934-3477 ext. #8131.

September 28, 2020
Dinsmore & Shohl LLP                                                        Invoice # 4564504
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

## Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|---|---|---|---|
| David K. Liberati | Partner | 0.40 | |
| William E Robinson | Partner | 0.30 | |
| | Total Hours / Fees | 0.70 | $ 305.50 |

## Summary of Current Attorney Costs Incurred

Photocopies                                     $ 4.80

Total Attorney Costs                    $4.80

Current Amount Due This Invoice        $310.30

1

September 28, 2020
Dinsmore & Shohl LLP                                                      Invoice # 4564504
Client Number – 123837.257
**Matter: Nestor, Tina (Thomas Helmick, deceased) - DOI: 05-15-1999 - 2019-BLA-06139 - Marion County Coal Company**

### Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/05/20 | DKL | 0.10 | Sign and serve evidence summary sheet on Claimant's Counsel. |
| 08/05/20 | WER | 0.30 | Review and analyze Employer's initial exchange of evidence. |
| 08/12/20 | DKL | 0.20 | Email exchange with Claimant's Counsel regarding Claimant's request for continuance. |
| 08/13/20 | DKL | 0.10 | Review Claimant's Motion for Continuance. |

Total Hours    0.70

2



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4564509

Billing Attorney - William E Robinson

Client Number - 123837.260
Matter: James R. Thomas; FBL Claim No.: 20-0032; DOI
06/01/2004; Ohio County Coal Co.

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---:|
| Current Fee for Hours Worked | $ 1,004.50 |
| Attorney Costs | $ 47.40 |
| Current Total Due for Professional Services | $ 1,051.90 |
| **Total Due for Current Professional Services** | **$ 1,051.90** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

| By Check: | Dinsmore and Shohl LLP<br>PO Box 639038<br>Cincinnati, Ohio 45263-9038 |
|---|---|

| By Wire/ACH: | Bank: Fifth Third Bank<br>Account Name: Dinsmore and Shohl LLP<br>ABA Number: 042000314        Swift Code: FTBCUS3C<br>Account Number: 7027505945 |
|---|---|

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                                Invoice # 4564509
Client Number – 123837.260
**Matter: James R. Thomas; FBL Claim No.: 20-0032; DOI 06/01/2004; Ohio County Coal Co.**

**Summary of Current Hours Worked**

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|---|
| David K. Liberati | Partner | 1.20 | |
| Mary R. Ontko | Paralegal | 3.50 | |
| | Total Hours / Fees | 4.70 | $ 1,004.50 |

**Summary of Current Attorney Costs Incurred**

Photocopies                                    $ 47.40

Total Attorney Costs            $47.40

Current Amount Due This Invoice        $1,051.90

September 28, 2020
Dinsmore & Shohl LLP                                                                                     Invoice # 4564509
Client Number – 123837.260
**Matter: James R. Thomas; FBL Claim No.: 20-0032; DOI 06/01/2004; Ohio County Coal Co.**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/11/20 | MO | 0.30 | Prepare Employer's Notice of Appearance to Claims Examiner. |
| 08/11/20 | MO | 0.30 | Phone conversation with Claims Examiner regarding request for prior claim files for Claimant. |
| 08/11/20 | MO | 0.30 | Prepare letter to pro se Claimant with medical authorization for signature and return. |
| 08/11/20 | MO | 0.30 | Check client's website for any state occupational pneumoconiosis claims. |
| 08/12/20 | MO | 0.20 | Conference with Attorney Liberati regarding how to proceed in claim development. |
| 08/12/20 | MO | 0.30 | Correspondence to Claims Examiner requesting 05/28/2020 chest x-ray be sent to our expert for review. |
| 08/12/20 | DKL | 0.10 | File Notice of Appearance. |
| 08/12/20 | DKL | 0.80 | Initial review of claim file from client. |
| 08/12/20 | DKL | 0.30 | Conference with M. Ontko regarding evidence development and discovery. |
| 08/31/20 | MO | 0.90 | Review present claim file and old claim files for evidence to submit to the Department of Labor regarding the schedule for submission of additional evidence. |
| 08/31/20 | MO | 0.60 | Prepare Employer's initial submission of evidence for submission to Department of Labor. |
| 08/31/20 | MO | 0.30 | Prepare letter to Claims Examiner for submission of evidence. |

Total Hours    4.70



CALIFORNIA • COLORADO • CONNECTICUT
FLORIDA • GEORGIA • ILLINOIS • KENTUCKY
MASSACHUSETTS • MICHIGAN • OHIO
PENNSYLVANIA • WASHINGTON, D.C. • WEST VIRGINIA

Federal ID: 31-0263070

Murray American Energy, Inc.
46226 National Road
St. Clairsville OH 43950

September 28, 2020
Invoice # 4581082

Billing Attorney - William E Robinson

Client Number - 123837.264
Matter: Richard L. Gardner FBL Claim No.: 19-0069 DOI:
01/01/2005 Marshall County Coal Company

## Remittance Advice

For Professional Services Rendered Through August 31, 2020:

| | |
|---|---|
| Current Fee for Hours Worked | $ 494.00 |
| Attorney Costs | $ 0.00 |
| Current Total Due for Professional Services | $ 494.00 |
| **Total Due for Current Professional Services** | **$ 494.00** |

## Payment Due on Receipt

Please Return a Copy of this Remittance Advice with your Payment to:

By Check:     Dinsmore and Shohl LLP
              PO Box 639038
              Cincinnati, Ohio 45263-9038

By Wire/ACH:  Bank: Fifth Third Bank
              Account Name: Dinsmore and Shohl LLP
              ABA Number: 042000314          Swift Code: FTBCUS3C
              Account Number: 7027505945

For online payment options please visit https://payments.dinsmore.com or call (513) 977-8131

September 28, 2020
Dinsmore & Shohl LLP                                                      Invoice # 4581082
Client Number – 123837.264
**Matter: Richard L. Gardner FBL Claim No.: 19-0069 DOI: 01/01/2005 Marshall County Coal Company**

### Summary of Current Hours Worked

| Timekeeper | Staff Level | Hours | |
|------------|-------------|-------|--|
| David K. Liberati | Partner | 0.80 | |
| Mary R. Ontko | Paralegal | 1.20 | |
| | Total Hours / Fees | 2.00 | $ 494.00 |

Current Amount Due This Invoice          $494.00

September 28, 2020
Dinsmore & Shohl LLP                                                                           Invoice # 4581082
Client Number – 123837.264
**Matter: Richard L. Gardner FBL Claim No.: 19-0069 DOI: 01/01/2005 Marshall County Coal Company**

## Detail of Current Hours Worked

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 08/28/20 | MO | 0.60 | Prepare Employer's Request for Production of Documents to Claimant. |
| 08/28/20 | MO | 0.30 | Prepare letter to Attorney Long sending Employer's discovery requests to Claimant. |
| 08/28/20 | MO | 0.30 | Prepare Employers' Notice of Appearance to Department of Labor. |
| 08/31/20 | DKL | 0.10 | Review, sign, and file Notice of Appearance. |
| 08/31/20 | DKL | 0.20 | Review, sign, and file Request for Production of Documents. |
| 08/31/20 | DKL | 0.50 | Begin review of Federal Black Lung file received from client. |

Total Hours    2.00