## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| MURRAY ENERGY HOLDINGS CO., et al.,[1] | : | |
| | : | Case No. 19-56885 (JEH) |
| | : | |
| | : | Judge John E. Hoffman |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**NOTICE OF SECOND INTERIM AND FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE PROFESSIONALS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 6, 2019 THROUGH AUGUST 31, 2020**

**PLEASE TAKE NOTICE** that on October 9, 2020, The Official Committee of Unsecured Creditors (the "Committee") of Murray Energy Holdings Co. and its debtor affiliates filed the following documents:

- *Second Interim and Final Fee Application of Vorys, Sater, Seymour and Pease LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 11, 2019 through and including August 31, 2020* **[Docket No. 2241]**

- *Second Interim and Final Fee Application of Moelis & Company LLC for Compensation for Services and Reimbursement for Expenses as Investment Banker to the Official Committee of Unsecured Creditors for the Period from November 11, 2019 through August 31, 2020* **[Docket No. 2243]**

- *Final Application for Approval of Reimbursement Requests for Expenses Incurred by Members of the Official Committee of Unsecured Creditors for the Period from November 6, 2019 through August 31, 2020* **[Docket No. 2244]**

---

[1] Due to the large number of Debtors in these chapter 11 cases ("chapter 11 cases" or "cases"), for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

- *Second Interim and Final Fee Application of Morrison & Foerster LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from November 7, 2019 through and including August 31, 2020* **[Docket No. 2250]**

- *AlixPartners, LLP's Joint (I) Second Interim Fee Application for the Period March 1, 2020 through August 31, 2020 and (II) Final Fee Application for the Period November 11, 2019 through August 31, 2020 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors* **[Docket No. 2251]**

(collectively, the "Applications").

A hearing on the Applications will be held before the Honorable John E. Hoffman, Jr., United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Ohio, Courtroom A, 5th Floor, 170 North High Street, Columbus, Ohio 43215, on **December 17, 2020 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Applications shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Ohio, *General Order 30-3* from the United States Bankruptcy Court for the Southern District of Ohio, dated December 4, 2019 (the "General Order"), and the *Second Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No. 1103] (the "Case Management Order") approved by the Court; (c) be filed electronically with the Court on the docket of *In re Murray Energy Holdings, Co.,* Case No. 19-56885 (JEH), by registered users of the Court's electronic filing system and in accordance with the General Order (which is available on the Court's website at http//www.ohsb.uscourts.gov; and (d) be served so as to be actually received by **4:00 p.m. (prevailing Eastern Time) December 10, 2020** (the "Objection Deadline"), by (i) the entities on the Master Service List (as defined in the Case Management Order and available on the Debtors' case website at http://cases.primeclerk.com/MurrayEnergy and (ii) any person or entity with a particularized interest in the subject matter of the Applications.

2

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served with respect to the Applications, the Committee shall, on or after the Objection Deadline, submit to the Court an order to the Applications, which order the Court may enter with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Applications may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Applications may be obtained free of charge by visiting the website of Prime Clerk at http://cases.primeclerk.com/MurrayEnergy. You may also obtain copies of any pleadings by visiting the Court's website at http//www.ohsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  October 13, 2020

Respectfully submitted,

**VORYS, SATER, SEYMOUR AND PEASE LLP**

*/s/ Tiffany Strelow Cobb*
Tiffany Strelow Cobb (#0067516)
Melissa S. Giberson (#0082413)
52 East Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile:  (614) 464-6350
E-mail:  tscobb@vorys.com
          msgiberson@vorys.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

3