This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



*John E. Hoffman, Jr.*
United States Bankruptcy Judge

**Dated: December 23, 2020**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Murray Energy Holdings Co., et al., | Case No. 19-56885 |
| Debtors.[1] | Judge John E. Hoffman, Jr. |
| | (Jointly Administered) |

**ORDER ALLOWING INTERIM AND FINAL COMPENSATION FOR
SERVICES RENDERED AND REIMBURSENT OF EXPENSES OF THE
RETAINED PROFESSIONALS FOR THE PERIOD FROM
OCTOBER 29, 2019 THROUGH AUGUST 31, 2020
[Related to Docket Nos. 2236, 2240, 2241, 2243, 2245, 2246, 2248, 2250, 2251 and 2252]**

---

[1] Due to the large number of Debtors (as such term is defined herein) in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/MurrayEnergy. The location of Debtor Murray Energy Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 46226 National Road, St. Clairsville, Ohio 43950.

Upon the interim and final fee applications (the "Final Applications") of the professionals retained in the above-captioned Debtors' chapter 11 cases (collectively, the "Retained Professionals" and each a "Retained Professional"), and this Court having previously authorized the employment of the Retained Professionals listed on **Exhibit A** hereto in the Debtors' cases; and it appearing that all of the requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the local rules of this Court have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and proper and adequate notice of the Final Applications has been given and that no other or further notice is necessary; and no objections or other responses having been filed with regard to the Final Applications; and in consideration of the various agreed adjustments to the amounts sought and the recommendations of the fee examiner, Robert J. Keach (the "Fee Examiner") with respect to the Final Applications as set forth in the Fee Examiner's Consolidated Final Report Pertaining to the Interim Fee Applications of Retained Professionals for the Period From March 1, 2020 through August 31, 2020 and the Final Fee Applications of All Such Retained Professionals [Docket No. 2429] (the "Consolidated Report"); and the Court having considered the Interim Applications of the Retained Professionals and the Consolidated Report, and good and sufficient cause appearing therefore, accordingly, it is HEREBY ORDERED THAT:

1. The Final Applications are hereby approved in the amounts set forth on **Exhibit A and B** attached to this Order.[2]

---

[2] By operation of the UCC Advisor Fee Cap (as defined in the *Debtors' Second Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 2082-1]), Morrison & Foerster LLP shall be paid (a) $5,279,125.39 on account of its allowed fees incurred during the Final Application Period, and (b) $113,732.44 on account of its allowed expenses incurred during the Final Application Period.

2.   The Retained Professionals are hereby granted, on a final basis, allowance of compensation and reimbursement of expenses in the amounts set forth on **Exhibit B** (the "Allowed Professional Claims").

3.   The holdback amounts are hereby released as to each Retained Professional.

4.   The Debtors are hereby authorized and directed to remit to each Retained Professional the full amount of the Allowed Professional Claims less any and all amounts previously paid on account of such fees and expenses. Without limiting the foregoing, any amounts previously held back with respect to the period covered by the Final Applications may be released in payment of the Allowed Professional Claims.

5.   This Order shall constitute a separate order for each Retained Professional and the appeal of any order with respect to any Retained Professional shall have no effect on the authorized fees and expenses of the other Retained Professionals.

6.   This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

SO ORDERED.

Copies to Default List.

# Exhibit A

## Fee Examiner's Recommendations for the Second Fee Period

In re Murray Energy Holdings Co., et al.
United States Bankruptcy Court for the Southern District of Ohio, Western Division
Case No. 19-56885

Fee Examiner's Recommendations for the Second Fee Period

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Second Interim & Final Fee Period (3/1/2020 - 8/31/2020)** | | | | | | | |
| 1 | AlixPartners, LLP [Dkt. No. 2251] | 3/1/2020 - 8/31/2020 | $ 800,015.00 | $ 17,828.36 | $ 715.32 | $ 33.36 | $ 782,186.64 | $ 681.96 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 2 | Alvarez & Marsal North America, LLC [Dkt. No. 2240] | 3/1/2020 - 8/31/2020 | $ 5,849,822.50 | $ 58,298.00 | $ 25,004.97 | $ 3,350.77 | $ 5,791,524.50 | $ 21,654.20 |
| | *Financial Advisor to the Debtors* | | | | | | | |
| 3 | Dinsmore & Shohl LLP [Dkt No. 2252] | 3/1/2020 - 8/31/2020 | $ 2,179,488.00 | $ 25,105.00 | $ 19,967.37 | $ - | $ 2,154,383.00 | $ 19,967.37 |
| | *Co-Counsel to the Debtors* | | | | | | | |
| 4 | Evercore Group L.L.C. [Dkt No. 2248] | 3/1/2020 - 8/31/2020 | $ 9,790,000.00 | $ - | $ 46,400.79 | $ 2,179.15 | $ 9,790,000.00 | $ 44,221.64 |
| | *Investment Banker to the Debtors* | | | | | | | |
| 5 | Healey Block, LLC [Dkt No. 2266] | 3/1/2020 - 8/31/2020 | $ 98,840.00 | $ 2,333.00 | $ 420.00 | $ - | $ 96,507.00 | $ 420.00 |
| | *Counsel to the Official Committee of Retirees* | | | | | | | |
| 6 | Kirkland & Ellis International LLP [Dkt Nos.2246 & 2418] | 3/1/2020 - 8/31/2020 | $ 17,399,581.00 | $ 183,299.75 | $ 260,174.60 | $ 3,780.95 | $ 17,216,281.25 | $ 256,393.65 |
| | *Counsel to the Debtors* | | | | | | | |
| 7 | Moelis & Company LLC [Dkt No. 2243] | 3/11/2020 - 8/31/2020 | $ 2,525,000.00 | $ - | $ 14,596.51 | $ 1,288.50 | $ 2,525,000.00 | $ 13,308.01 |
| | *Investment Banker to the Official Committee of Unsecured Creditors* | | | | | | | |
| 8 | Morrison & Foerster LLP [Dkt No. 2250] | 3/1/2020 - 8/31/2020 | $ 2,528,256.50 | $ 25,466.50 | $ 42,902.28 | $ 19.01 | $ 2,502,790.00 | $ 42,883.27 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 9 | Prime Clerk LLC [Dkt No. 2245] | 10/29/2019 - 8/31/2020 | $ 149,365.35 | $ 1,608.00 | $ - | $ - | $ 147,757.35 | $ - |
| | *Administrative Advisor to the Debtors* | | | | | | | |
| 10 | Vorys, Sater, Seymour and Pease LLP [Dkt No. 2241] | 3/1/2020 - 8/31/2020 | $ 213,226.70 | $ 1,135.00 | $ 7,793.80 | $ - | $ 212,091.70 | $ 7,793.80 |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| | **TOTALS** | | $ 41,533,595.05 | $ 315,073.61 | $ 417,975.64 | $ 10,651.74 | $ 41,218,521.44 | $ 407,323.90 |

# Exhibit B

## Final Recommendations of the Fee Examiner

In re Murray Energy Holdings Co., et al.
United States Bankruptcy Court for the Southern District of Ohio, Western Division
Case No. 19-56885

Final Recommendations of the Fee Examiner

| Applicant | Final Fees Recommended for Approval | Final Expenses Recommended for Approval | Total Fees & Expenses |
|---|---:|---:|---:|
| AlixPartners, LLP [Dkt. No. 2251] | $ 1,849,254.34 | $ 3,486.87 | $ 1,852,741.21 |
| Alvarez & Marsal North America, LLC [Dkt. No. 2240] | $ 11,103,728.00 | $ 184,299.81 | $ 11,288,027.81 |
| Dinsmore & Shohl LLP [Dkt No. 2252] | $ 2,723,537.10 | $ 72,810.96 | $ 2,796,348.06 |
| Evercore Group L.L.C. [Dkt No. 2248] | $ 14,150,000.00 | $ 87,794.22 | $ 14,237,794.22 |
| Healey Block, LLC [Dkt No. 2266] | $ 122,982.00 | $ 420.00 | $ 123,402.00 |
| Kirkland & Ellis International LLP [Dkt Nos.2246 & 2418] | $ 28,653,286.50 | $ 641,776.81 | $ 29,295,063.31 |
| Moelis & Company LLC [Dkt No. 2243] | $ 2,975,000.00 | $ 49,462.44 | $ 3,024,462.44 |
| Morrison & Foerster LLP [Dkt No. 2250] | $ 5,316,078.60 | $ 114,346.68 | $ 5,430,425.28 |
| Prime Clerk LLC [Dkt No. 2245] | $ 147,757.35 | $ - | $ 147,757.35 |
| Vorys, Sater, Seymour and Pease LLP [Dkt No. 2241] | $ 422,643.10 | $ 14,440.35 | $ 437,083.45 |
| TOTALS | $ 67,464,266.99 | $ 1,168,838.14 | $ 68,633,105.13 |

12/14/2020